**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

Southern District of New York
_____(State)_____

Case number *(if known)*: _____    Chapter __11__

☐ Check if this is an amended filing

## Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy    04/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.

| | | |
|---|---|---|
| 1. | **Debtor's Name** | **Nine West Holdings, Inc.** |

| | | |
|---|---|---|
| 2. | **All other names debtor used in the last 8 years**<br><br>Include any assumed names, trade names, and *doing business as* names | **Jones Apparel Group USA, Inc.; Jones Apparel Group Holdings, Inc.; JAG Footwear, Accessories and Retail Corporation; Jones Investment Co. Inc.** |

| | | |
|---|---|---|
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **22-3497645** |

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **1411 Broadway**<br>Number        Street | Number        Street |
| | P.O. Box |
| **New York, New York 10018**<br>City            State    Zip Code | City        State    Zip Code |
| | **Location of principal assets, if different from principal place of business** |
| **New York County**<br>County | Number        Street |
| | City        State    Zip Code |

| | | |
|---|---|---|
| 5. | **Debtor's website** (URL) | **www.ninewest.com** |

6. **Type of debtor**

☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

Debtor _____Nine West Holdings, Inc._____    Case number *(if known)* _____

Name

---

**7. Describe debtor's business**

A. *Check One:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☒ None of the above

B. *Check all that apply:*

☐ Tax-exempt entity (as described in 26 U.S.C. § 501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)

☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes .
**4243 (Apparel, Piece Goods, and Notions Merchant Wholesalers)**

---

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check One:*

☐ Chapter 7

☐ Chapter 9

☒ Chapter 11. *Check all that apply:*

☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

---

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☒ No
☐ Yes.    District _____  When _____  Case number _____
                                              MM/DD/YYYY
               District _____  When _____  Case number _____
                                              MM/DD/YYYY

---

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

☐ No
☒ Yes.    Debtor    **See Rider 1**_____    Relationship    **Affiliate**_____

               District    **Southern District of New York**_____

               Case number, if known _____    When    **04/06/2018**_____
                                                                          MM / DD / YYYY

---

Debtor    Nine West Holdings, Inc.                                Case number *(if known)* _____
      *Name*

| 11. Why is the case filed in *this* district? | *Check all that apply:* |
|---|---|
| | ☒ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district. |
| | ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district. |

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☒ No
☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

    What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?**

| | Number | Street |
|---|---|---|
| | _____ | _____ |
| | City | State   Zip Code |

**Is the property insured?**

☐ No

☐ Yes.   Insurance agency _____

       Contact name _____

       Phone _____

---

| | **Statistical and administrative information** |
|---|---|

**13. Debtor's estimation of available funds**

*Check one:*

☒ Funds will be available for distribution to unsecured creditors.
☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☒ 25,001-50,000 |
| ☐ 50-99 | ☐ 5,001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than 100,000 |
| ☐ 200-999 | | |

**15. Estimated assets**

| | | |
|---|---|---|
| ☐ $0-$50,000 | ☐ $1,000,001-$10 million | ☒ $500,000,001-$1 billion |
| ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

| Debtor | Nine West Holdings, Inc. | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**16. Estimated liabilities**

- ☐ $0-$50,000
- ☐ $50,001-$100,000
- ☐ $100,001-$500,000
- ☐ $500,001-$1 million
- ☐ $1,000,001-$10 million
- ☐ $10,000,001-$50 million
- ☐ $50,000,001-$100 million
- ☐ $100,000,001-$500 million
- ☐ $500,000,001-$1 billion
- ☒ $1,000,000,001-$10 billion
- ☐ $10,000,000,001-$50 billion
- ☐ More than $50 billion

---

**Request for Relief, Declaration, and Signatures**

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on      __04/06/2018__
              MM/ DD / YYYY

✗    __/s/ Ralph Schipani__                    __Ralph Schipani__
     Signature of authorized representative of debtor        Printed name

     Title    __Authorized Signatory__

---

**18. Signature of attorney**

✗    __/s/ James A. Stempel__                    Date    __04/06/2018__
     Signature of attorney for debtor                    MM/ DD/YYYY

     __James A. Stempel__
     Printed name

     __Kirkland & Ellis LLP__
     Firm name

     __300 North LaSalle__
     Number                Street

     __Chicago__                         __Illinois__        __60654__
     City                            State         ZIP Code

     __(312) 862-2000__                  __jstempel@kirkland.com__
     Contact phone                      Email address

     __6201977__                        __Illinois__
     Bar number                        State

---

**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

Southern District of New York
(State)

Case number (if known): _____     Chapter _____11_____

☐ Check if this is an
amended filing

**Rider 1**
**Pending Bankruptcy Cases Filed by the Debtor and Affiliates of the Debtor**

On the date hereof, each of the entities listed below (collectively, the "Debtors") filed a petition in the United States Bankruptcy Court for the Southern District of New York for relief under chapter 11 of title 11 of the United States Code. The Debtors have moved for joint administration of these cases under the case number assigned to the chapter 11 case of Nine West Holdings, Inc.

- Nine West Holdings, Inc.
- Jasper Parent LLC
- Kasper Group LLC
- Kasper U.S. Blocker LLC
- Nine West Apparel Holdings LLC
- Nine West Development LLC
- Nine West Distribution LLC
- Nine West Jeanswear Holding LLC
- Nine West Management Service LLC
- One Jeanswear Group Inc.
- US KIC Top Hat LLC

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| NINE WEST HOLDINGS, INC., | ) | Case No. 18-_____(___) |
| | ) | |
| Debtor. | ) | |
| | ) | |

### LIST OF EQUITY SECURITY HOLDERS[1]

| Debtor | Equity Holders | Address of Equity Holder | Percentage of Equity Held |
|---|---|---|---|
| Nine West Holdings, Inc. | Jasper Parent LLC | 1412 Broadway New York, NY 10018 | 100% |

---

[1]    This list serves as the disclosure required to be made by the debtor pursuant to rule 1007 of the Federal Rules of Bankruptcy Procedure.  All equity positions listed are as of the date of commencement of the chapter 11 case.

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| NINE WEST HOLDINGS, INC., | ) | Case No. 18-_____(___) |
| | ) | |
| Debtor. | ) | |
| | ) | |

### CORPORATE OWNERSHIP STATEMENT

Pursuant to rules 1007(a)(1) and 7007.1 of the Federal Rules of Bankruptcy Procedure, the following are corporations, other than a government unit, that directly or indirectly own 10% or more of any class of the debtor's equity interest:

| Shareholder | Approximate Percentage of Shares Held |
|---|---|
| Jasper Parent LLC | 100% |

**Fill in this information to identify the case:**

Debtor name      Nine West Holdings, Inc., *et al.*

United States Bankruptcy Court for the:      Southern District of New York

Case number (*If known*): _____      (State)

☐ Check if this is an amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases:  List of Creditors Who Have the 50 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 50 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case.  Include claims which the debtor disputes.  Do not include claims by any person or entity who is an *insider*, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 50 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim | | |
|---|---|---|---|---|---|---|---|
| | | | | | If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff [1] | Unsecured Claim |
| 1 | U.S. Bank National Association Attn: George Hogan Vice President C/O U.S. Bank Global Corporate Trust Services 225 Asylum Street, 23rd Floor Hartford, CT  06103 United States | George Hogan Email - George.Hogan@usbank.com Phone - 404-898-8832 Fax - 404-898-2467 | 8.25% Unsecured Notes Due 2019 | | | | $446,332,901 |
| 2 | Morgan Stanley Senior Funding, Inc. Attn: Gianpiero Di Vanna Director 1585 Broadway New York, NY  10036 | Gianpiero Di Vanna Email - Gian.Di.Vanna@morganstanley.com Phone - 443-627-4460 Fax - 212-507-6680 | Unsecured Term Loan | | | | $305,099,461 |
| 3 | U.S. Bank National Association Attn: George Hogan Vice President C/O U.S. Bank Global Corporate Trust Services 225 Asylum Street, 23rd Floor Hartford, CT  06103 United States | George Hogan Email - George.Hogan@usbank.com Phone - 404-898-8832 Fax - 404-898-2467 | 6.125% Unsecured Notes Due 2034 | | | | $255,997,396 |
| 4 | U.S. Bank National Association Attn: George Hogan Vice President C/O U.S. Bank Global Corporate Trust Services 225 Asylum Street, 23rd Floor Hartford, CT  06103 United States | George Hogan Email - George.Hogan@usbank.com Phone - 404-898-8832 Fax - 404-898-2467 | 6.875% Unsecured Notes Due 2019 | | | | $29,580,485 |

[1] The Debtors reserve the right to assert setoff and other rights with respect to any of the claims listed herein.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim | | |
|---|---|---|---|---|---|---|---|
| | | | | | If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff [1] | Unsecured Claim |
| 5 | Surefield Limited Attn: Edward Neiger Esq. c/o ASK LLP 151 West 46th Street, 4th Floor New York, NY 10036 United States | Edward Neiger Esq. Email - eneiger@askllp.com Phone - 212-267-7342 Fax - 212-918-3427 | Trade | | | | $17,582,649 |
| 6 | Stella International Holdings Limited Attn: Don Lee Chief Financial Officer Avenida De Marciano Baptista No 26- Centro Comercial Ching Fok B10 Macau | Don Lee Email - don.lee@stella.com.hk Phone - 852-29963688 Fax - 852-29561383 | Trade | | | | $12,477,822 |
| 7 | Pavilion Investment Ltd Attn: Michael Harari Chief Financial Officer 302 Fifth Ave., 14th Floor New York, N.Y. 10001 | Michael Harari Email - michaelh@h-rplanning.com Phone - 85223349488 Fax - 85223634097 | Trade | | | | $6,087,618 |
| 8 | Wide Rise Limited Attn: Thomas Huang Owner Lishui Town Nanhai District Foshan 34-36 Au Pui Wan Street Shatim The Second The South Of Road Chisha Flat/Rm 11 Blk A 9/F Veristrong Guangdong, Foshan 528244 China | Thomas Huang Email - thomashuang@trendsettertsi.com Phone - 0757-85629952 | Trade | | | | $5,589,882 |
| 9 | Hongkong Hing Wing Development Limited Attn: Ada Chen Shm2146 Rm1007 10/F, Ho King Ctr No 2-16, Fa Yuen St, Mongkok,Kl Hong Kong, Hong Kong | Ada Chen Email - Ada_Chen@trimaxapparel.com | Trade | | | | $5,271,482 |
| 10 | Classic Fashion Apparel Industry Ltd Attn: K. S. Sanal Kumar Chairman & Managing Director Plot 2 Al Hassan Ind Estate Al Ramtha Irbid, 21467 Jordan | K. S. Sanal Kumar Email - sanal.kumar@cfaiteam.com Phone - 962 775 757 057 Fax - 962-2-7391368 | Trade | | | | $5,040,066 |
| 11 | Geodis USA Inc Attn: Robert Chin Quee Senior Vice President 440 Mcclellan Highway Suite 105L Boston, MA 02128 United States | Robert Chin Quee Email - robert.chinquee@geodis.com Phone - 516-616-2963 | Trade | | | | $3,882,594 |
| 12 | United Sourcenet Pte Ltd Attn: Ms. Monica Yoo 1 Maritime Square #09-19 Harbourfront Centre Singapore, 99253 Singapore | Ms. Monica Yoo Email - int@utdsn.com Phone - 65-6633-5051 Fax - 65-6258-4016 | Trade | | | | $3,458,670 |

| | Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff [1] | Unsecured Claim |
| 13 | Standard Jeans Apparel Manufacturing Company Attn: Sanal Kumar Chairman & Managing Director Soof St Sector #26-Plot #214 Po Al Hassan Industrial Estate-Al-Ramt 21467 Jordan | Sanal Kumar Email - sanal.kumar@cfaiteam.com Phone - +962 (77) 575-7057 Fax - 962-27-391368 | Trade | | | | $3,137,549 |
| 14 | Hi Tech Textile LLC Attn: Ali Imran Director Plot #674 Ad-Dulayl Q.I.Z. Park P.O. Box 1495 Ad Dulayl, Jordan | Ali Imran Email - ali@hitech-textile.com Phone - 962-5-382-5320 / 5530 Fax - 962-5-382-5600 | Trade | | | | $2,807,566 |
| 15 | KVS Apparels LLC Attn: Prakash Managing Director 2039 N Las Palmas Ave #326 Los Angeles, CA 90068 United States | Prakash Email - prakash@kvsindustries.com Phone - +62-81-1873-561 | Trade | | | | $2,362,423 |
| 16 | Jiangsu Guotai Litian Enterprises Co Ltd Attn: Shen Wei Bin Managing Director Renmin Road 15-23F International Trade Center Zhangjiagang, 215600 China | Shen Wei Bin Email - swb@gtigtex.com Phone - +86 (139) 0156-2018 Fax - 86-512-58696012 | Trade | | | | $2,319,262 |
| 17 | Wah Lai Footwear Company Limited Attn: Ophelia Lam Business Manager Baiyun Industry Zone, Baiyunyi Road, Danshui Town, Huiyang District Huizhou, Guangdong 516211 China | Ophelia Lam Email - ophelialam@wahlaishoes.com Phone - 13502258328 | Trade | | | | $2,318,598 |
| 18 | Jiangsu GuoTai International Group GuoHua Corp., Ltd. Attn: Zhang Bin Chief Executive Officer 26F Tower A Guotai Finance Plaza Gangcheng Road Zhangjiagang, 215600 China | Zhang Bin Email - zhangbin@gtgh.com.cn Phone - 86-13706229669 Fax - 86-512-58988723 | Trade | | | | $2,283,674 |
| 19 | Gan Zhou Hua Jian International Foo Co Ltd Attn: Terry Ou Yang Assistant Manager Gannan Industrial Area, Huangjin Developing District, Ganzhou, Jiangxi Gan Zhou, 0797 341000 China | Terry Ou Yang Email - ouyangzhi@huajian.com Phone - 18566156317 Fax - 86-797-8376555 | Trade | | | | $2,259,258 |

| | Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
| --- | --- | --- | --- | --- | --- | --- | --- |
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff [1] | Unsecured Claim |
| 20 | Fortune Global Sourcing Ltd Attn: Thomas Paccione Chief Financial Officer Unit 1618, 16th Floor Miramar Tower 132 Nathan Road Tsim Sha Tsui, KLN Hong Kong | Thomas Paccione Email - tpaccione@fortunefootwear.com Phone - 212-431-8400 | Trade | | | | $2,130,640 |
| 21 | Fusion Accessories Group Limited Attn: Sam Sum President 250 West 39th Street # 802 New York, NY 10018 United States | Sam Sum Email - sam.sum@fusionsories.com Phone - 852-2786-2688 212-391-2560 Fax - 852-2785-2691 212-391-2564 | Trade | | | | $2,129,207 |
| 22 | PT Sai Apparel Industries Attn: Vikash K. Dugar Director J1 Brigjend Sudiarto Km11 Jawa Tengah Semarang, 50194 Indonesia | Vikash K. Dugar Email - vikash@ptsai.com Phone - +62-88-1196-3465 Fax - (021) 65311344 | Trade | | | | $2,045,441 |
| 23 | D & A Apparel Trading (Pvt) Ltd Attn: Ranjith Fernando Director 362, Colombo, Peopiliyana Boralesgamuwa, 10290 Sri Lanka | Ranjith Fernando Email - ranjith@daya-group.com Phone - +94-77-769-9880 Fax - 94-11-5550367 | Trade | | | | $1,958,321 |
| 24 | Sichuan New Rise Imp & Exp Co., Ltd Attn: Mr. Berry Commercial manager No. 252 Feiyun Road, Chongzhou Economic Development Area, Chengdu,Sichuan, China Cehngdu, Sichuan 611230 China | Mr. Berry Email - berry@yaqili.net Phone - 028-82155939 Fax - 86 028 86645742 | Trade | | | | $1,760,491 |
| 25 | Top Silver Enterprises Ltd Attn: Jack Tang Owner No.8, Tinghe Road, Tingshan Village, Houjie Town, Dongguan City,Guangdong Province. Dongguan, Guangdong 523943 China | Jack Tang Email - topsilver_2008@188.com arthuryan@topsilver.cn.com Phone - 0769-38937916 | Trade | | | | $1,758,472 |
| 26 | JS International Macao Commercial Offshore Limited Attn: Phil Lee Chief Operating Officer 16/Fl Flat A Praia Grande (Nam Van) Commercial Centreno 429 Praia Grande Rd Macau, 853 Macau | Phil Lee Email - phil.lee@uimax.com Phone - 853-2832-3590 Fax - 853-2832-3457 | Trade | | | | $1,746,280 |

| | Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
| --- | --- | --- | --- | --- | --- | --- | --- |
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff [1] | Unsecured Claim |
| 27 | Dhruv Globals Ltd Attn: Shri Ram Goyal Director 14 Milestone Delhi-Mathura Road Faridabad,  121006 India | Shri Ram Goyal Email - sivadasan@dhruvglobals.com Phone - 91-0129-2256503 Fax - 91-0129-2275740 | Trade | | | | $1,729,573 |
| 28 | Lin Rui Trading Limited Attn: William Xie Owner c/o Foshan Nanhai Shine-way Leather Products CO., LTD NO.1 Changtun Road Nanyu, denggang Administration, Lishui Town, Nanhai District, Foshan City, Guang Dong Province, China | William Xie Email - william_xie@shinewayshoes.com Phone - 18927757508 Fax - 0757-85608806 | Trade | | | | $1,689,757 |
| 29 | Namyang International Co Ltd Attn: Jinsoo Hong Chief Executive Officer 511 Young-Dong Road Room 2402 Korea World Trade Center Kangnam-Gu Seoul,  135-729 Korea | Jinsoo Hong Email - Hyemin Lee hm.lee@NAMYANG-INTL.COM Phone - 82-2-2191-3499 Fax - 82-2-551-6735 | Trade | | | | $1,677,862 |
| 30 | FTN Co Ltd Attn: Lee In-Kwon Chief Executive Officer 12 Fl 41 Digital Ro 31 Gil Guro-Gu Seoul, Korea | Lee In-Kwon Email - ohet@forthenew.com Phone - 82-2-550-2800 82-2-550-2818 Fax - 82-2-550-2841 | Trade | | | | $1,629,655 |
| 31 | S.A.M. Apparels Private Limited Attn: Mukesh Sharma Director A1 Sector 64 Noida,  201307 India | Mukesh Sharma Email - maneesh@samoverseas.com Phone - 91-120-2406113 Fax - 91-120-4740750 | Trade | | | | $1,617,518 |
| 32 | Tristate Trading Limited Mco Attn: Margaret Chien Vice President 5/F., 66-72 Lei Muk Road Kwai Chung, Hong Kong | Margaret Chien Email - margaret_chien@tristateww.com Phone - 886-952197672 Fax - 853-719-160 | Trade | | | | $1,596,928 |
| 33 | Africa Apparels Epz Ltd Attn: P. S. Balasubramaniam Director Runyenjes Road Off Nanyuki Road Industrial Area Nairobi,  00100 Kenya | P. S. Balasubramaniam Email - balu@aaepz.com Phone - +254 736 790529 Fax - 254-20-556-155 | Trade | | | | $1,463,912 |
| 34 | Lakewill Silk & Garment Limite Attn: Lena Li Manager Unit 05-07,35/F Clifford Centre 778-784 Cheung Sha Wan Road Lai Chi Kok, Hong Kong | Lena Li Email - lena@lakewill.com Phone - 86-18913185050 | Trade | | | | $1,409,573 |

| | Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff [1] | Unsecured Claim |
| 35 | St. Wonderful International Group Ltd Attn: Charlie Zhang 161-7 Des Voeux Rd Central Hk Trade Centre 7th Floor Kowloon, Hong Kong | Charlie Zhang Email - charlie@greatwall-g.com Phone - 86-13-920-285-886 Fax - 8622-28683389 | Trade | | | | $1,350,321 |
| 36 | Ivory Garments Factory LLC Attn: Rajesh Sachdeva Chief Executive Officer Building No. O, Plot No. 1326 Al Tajamouat Industrial Zone Sahab, Amman  11636 Jordan | Rajesh Sachdeva Email - rajesh@ivory.com.jo Phone - +962-79-752-270 Fax - 962-6-402-4805 | Trade | | | | $1,346,379 |
| 37 | Namlee International Co Ltd Attn: Nguyen Dieu Thuy Lien Western Subdivision, Phu Thai Industrial Park Phu Thai Town, Kim Thanh Dist Hai Duong,  34000 Vietnam | Nguyen Dieu Thuy Lien Email - aliena.namlee@gmail.com Phone - 646 236 5307 Fax - 843203560972 | Trade | | | | $1,335,683 |
| 38 | Yan Man International Co Ltd Attn: Debbiee Huang Roadtown Trustnet Chambers Po Box 3444 Tortola,  10688 US Virgin Islands | Debbiee Huang Email - debbie@dermagarments.com.tw Phone - 886-2-27735811 Fax - 886-2-27723911 | Trade | | | | $1,318,340 |
| 39 | Serena Holding Co Ltd Attn: Tina Lv General Manager 89 Longhe E.Road Shui kou town Huizhou, Guangdong  516055 China | Tina Lv Email - Tina@serena.com.cn; Phone - 0752-5757888 Fax - 86-752-5757999 | Trade | | | | $1,311,376 |
| 40 | Prestige Apparel Mfg Ltd Co Attn: Imran Haroon Managing Director Street 16 Block R Al Tajamouat Industrial City Saha Amman,  11636 Jordan | Imran Haroon Email - imranharoon@prestigeapparelmfg.com Phone - +962 (79) 673-5869 Fax - 962-06-4024573 | Trade | | | | $1,305,344 |
| 41 | Taizhou Tianli Garments Co Ltd Attn: Xiaoping "Joe" Zhou Managing Director 34 North Dongfeng Road Taizhou,  225300 China | Xiaoping "Joe" Zhou Email - joe@tianlifx.com Phone - +86-139-0143-3383 | Trade | | | | $1,303,534 |
| 42 | Jiangsu Guotai Int'L Group Guom Attn: Jane Chen Vice President 23/F Guotai Times Plaza Bldg A No 65 Renmin Rd Zhangjiagang,  215600 China | Jane Chen Email - jane@gtiggm.com Phone - 86-13962470158 | Trade | | | | $1,268,635 |

| | Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff [1] | Unsecured Claim |
| 43 | Ark Asia Pacific Ltd Attn: Syed Asad Ali Director 6th Floor Unit 629 A Metro Centre I 21 Lam Hing Street Kowloon Bay, Hong Kong | Syed Asad Ali Email - asad@sterlingbd.com Phone - +880 (171) 156-7098 Fax - 81-798635520 | Trade | | | | $1,266,160 |
| 44 | New York Life Insurance Company Attn: Daniel Davitt Vice President 51 Madison Avenue New York, NY 10010 United States | Daniel Davitt Phone - (212) 576-7000 | Lease Obligation | | | | $1,257,593 |
| 45 | Maxking Holdings Limited Attn: Mandy Lam Director Unit A 15/F Resaon Group Tower 403-413 Castle Peak Rd Kwai Chung, Hong Kong | Mandy Lam Email - Mandy@lepaco.com Phone - +852-9727-6666 Fax - 2741 2212 | Trade | | | | $1,238,946 |
| 46 | Shandong Daiyin Import And Export Co., Ltd Attn: Frank Lee Director East Part Of Dongyue St Shandong Tai An, 271000 China | Frank Lee Email - frank@daiyin.com Phone - +86-139-5488-9639 Fax - 86-538-6118798 | Trade | | | | $1,218,831 |
| 47 | Macro Fortune Group Limited Attn: Monica Xia Financial Manager Industrial Street No.9,BaiHao 1st Industrial zone,HouJie Town 29#,Fuxin Business zone,Xinwu qiaotou,Houjie town Dongguan, Guangdong 523000 China | Monica Xia Email - Monica@hongyunshoes.com Phone - 0769-89989510/85960001 Fax - 0769-85923339/85925558 | Trade | | | | $1,203,193 |
| 48 | Hong Kong Laiyu Trading Co Ltd Attn: Huang Zhihua Owner 1-17 building A-15 Block, Haibin Two Road, Huangbu Town, Huidong County Huizhou  City Guangdong Province,China 8/F(8A) 8A,8/F,Richmond Commercial Building,109 Argyle Street, Mong Kok,Kowloon, Hong Kong Huizhou, Guangdong  516353 China | Huang Zhihua Email - Hexingda_Order@163.com Phone - 13927361687 Fax - 0752-8651616 | Trade | | | | $1,199,248 |
| 49 | Rajby Industries Attn: Rizwan Yasin Plot C-118,C119 Sector 31 Ext Mehran Twon K.I.A. Sindh Karachi, 74900 Pakistan | Rizwan Yasin Email - Export@Rajby.Com Phone - 92-021-1111491491 Fax - 92-021-5060142 | Trade | | | | $1,124,831 |

| | Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim — If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff [1] | Unsecured Claim |
|---|---|---|---|---|---|---|---|
| 50 | Pension Benefit Guaranty Corporation Attn: Patricia Kelly Chief Financial Officer 1200 K Street NW Washington, DC  20005-4026 United States | Patricia Kelly Phone - 202-326-4110 Fax - 202-326-4114 | Pension | Contingent, Unliquidated | | | Unliquidated |

Fill in this information to identify the case and this filing:

Debtor Name          Nine West Holdings, Inc.

United States Bankruptcy Court for the:          Southern District of New York

(State)

Case number (If known):

## Official Form 202
## Declaration Under Penalty of Perjury for Non-Individual Debtors          12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐ *Schedule A/B: Assets-Real and Personal Property (Official Form 206A/B)*

☐ *Schedule D: Creditors Who Have Claims Secured by Property (Official Form 206D)*

☐ *Schedule E/F: Creditors Who Have Unsecured Claims (Official Form 206E/F)*

☐ *Schedule G: Executory Contracts and Unexpired Leases (Official Form 206G)*

☐ *Schedule H: Codebtors (Official Form 206H)*

☐ *Summary of Assets and Liabilities for Non-Individuals (Official Form 206Sum)*

☐ Amended Schedule

☒ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 50 Largest Unsecured Claims and Are Not Insiders (Official Form 204)*

☒ Other document that requires a declaration_____     List  of  Equity  Security  Holders  and  Corporate  Ownership Statement _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on

☒ */s/ Ralph Schipani*

**04/06/2018**
MM/ DD/YYYY                                    Signature of individual signing on behalf of debtor

                                              **Ralph Schipani**
                                              Printed name

                                              **Authorized Signatory**
                                              Position or relationship to debtor

Official Form 202                    Declaration Under Penalty of Perjury for Non-Individual Debtors

**Unanimous Written Consent of the Board of Directors in Lieu of a Meeting**

**April 5, 2018**

Effective as of the date written above, the members of the board of directors, members of the board of managers, individual managers, sole managers, and sole members (collectively, the "Boards"), as applicable, of each entity set forth in Annex A attached hereto (each, a "Company" and collectively, the "Companies") **HEREBY CONSENT** to the taking of the following actions and **HEREBY ADOPT** the following resolutions by unanimous written consent (this "Written Consent") pursuant to each of such Company's bylaws or limited liability company agreement, as applicable, and the applicable laws of the jurisdiction in which such Company is organized:

## CHAPTER 11 FILING

WHEREAS, the respective Board of each Company has considered presentations by the management and the financial and legal advisors of such Company regarding the liabilities and liquidity situation of such Company, the strategic alternatives available to them, and the effect of the foregoing on such Company's business; and

WHEREAS, the respective Board of each Company has consulted with the management and the financial and legal advisors of that Company and fully considered each of the strategic alternatives available to that Company.

**NOW, THEREFORE, BE IT,**

**RESOLVED**, that in the judgment of the respective Board of each Company, it is desirable and in the best interests of each Company, its creditors, and other parties in interest, that the Company shall be, and hereby is, authorized to file or cause to be filed voluntary petitions for relief (each a "Chapter 11 Case" and collectively, the "Chapter 11 Cases") under the provisions of chapter 11 of title 11 of the United States Code, 11 U.S.C. §§ 101–1532 (the "Bankruptcy Code"), in the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court"); and

**RESOLVED**, that the officers of each Company (collectively, the "Authorized Signatories"), acting alone or with one or more other Authorized Signatories be, and they hereby are, authorized, empowered, and directed to execute and file on behalf of each Company all motions, papers, documents, or other filings, and to take any and all action that they deem necessary or proper to obtain such relief, including, without limitation, any action necessary to maintain the ordinary course operation of each Company's business.

## RETENTION OF PROFESSIONALS

**RESOLVED**, that each of the Authorized Officers be, and hereby is, authorized and directed to employ the law firm of Kirkland & Ellis LLP and Kirkland & Ellis International LLP (together, "<u>Kirkland</u>") as general bankruptcy counsel to represent and assist each Company in carrying out its duties under the Bankruptcy Code, and to take any and all actions to advance such Company's rights and obligations, including filing any pleadings; and in connection therewith, each Authorized Officer, with power of delegation, is hereby authorized and directed to execute appropriate retention agreements, pay appropriate retainers, and to cause to be filed an appropriate application for authority to retain the services of Kirkland.

**RESOLVED**, that each of the Authorized Officers be, and hereby is, authorized and directed to employ the firm Lazard Frères & Co., LLC ("<u>Lazard</u>") as investment banker and financial advisor to, among other things, assist each Company in evaluating its business and prospects, developing a long-term business plan, developing financial data for evaluation by its Board, creditors, or other third parties, in each case, as requested by such Company, evaluating such Company's capital structure, responding to issues related to such Company's financial liquidity, and in any sale, reorganization, business combination, or similar disposition of such Company's assets; and in connection therewith, each Authorized Officer, with power of delegation, is hereby authorized and directed to execute appropriate retention agreements, pay appropriate retainers, and to cause to be filed an appropriate application for authority to retain the services of Lazard.

**RESOLVED**, that each of the Authorized Officers be, and hereby is, authorized and directed to employ the firm Alvarez & Marsal North America, LLC ("<u>A&M</u>") to continue to provide an interim chief executive officer and additional personnel to, among other things, assist each Company in evaluating its business and prospects, developing a long-term business plan, developing financial data for evaluation by its Board, creditors, or other third parties, in each case as requested by such Company, evaluating such Company's capital structure, responding to issues related to such Company's financial liquidity, and in any sale, reorganization, business combination, or similar disposition of such Company's assets; and in connection therewith, each Authorized Officer, with power of delegation, is hereby authorized and directed to execute appropriate retention agreements (including any amendments to A&M's previous engagement letter), pay appropriate retainers, and to cause to be filed an appropriate application for authority to retain the services of A&M.

**RESOLVED**, that each of the Authorized Officers be, and hereby is, authorized and directed to employ the firm of Prime Clerk LLC ("<u>Prime Clerk</u>"), as notice, claims, and balloting agent and as administrative advisor to represent and assist each Company in carrying out its duties under the Bankruptcy Code, and to take any and all actions to advance such Company's rights and obligations; and in connection therewith, each Authorized Officer, with power of delegation, is hereby authorized and directed to execute appropriate retention agreements, pay

appropriate retainers, and to cause to be filed appropriate applications for authority to retain the services of Prime Clerk.

**RESOLVED**, that each of the Authorized Officers be, and hereby is, authorized and directed to employ the law firm of Munger, Tolles & Olson LLP ("MTO") as counsel to represent the independent directors; and in connection therewith, each Authorized Officer, with power of delegation, is hereby authorized and directed to execute appropriate retention agreements, pay appropriate retainers, and to cause to be filed an appropriate application for authority to retain the services of MTO.

**RESOLVED**, that each of the Authorized Officers be, and hereby is, authorized and directed to employ the firm of Berkeley Research Group ("BRG") as financial advisor for the independent directors; and in connection therewith, each Authorized Officer, with power of delegation, is hereby authorized and directed to execute appropriate retention agreements, pay appropriate retainers, and to cause to be filed an appropriate application for authority to retain the services of BRG.

**RESOLVED**, that each of the Authorized Officers be, and hereby is, authorized and directed to employ any other professionals to assist each Company in carrying out its duties under the Bankruptcy Code; and in connection therewith, each Authorized Officer, with power of delegation, is hereby authorized and directed to execute appropriate retention agreements, pay appropriate retainers and fees, and to cause to be filed an appropriate application for authority to retain the services of any other professionals as necessary.

**RESOLVED**, that each of the Authorized Officers be, and hereby is, with power of delegation, authorized, empowered, and directed to execute and file all petitions, schedules, motions, lists, applications, pleadings, and other papers and, in connection therewith, to employ and retain all assistance by legal counsel, accountants, financial advisors, and other professionals and to take and perform any and all further acts and deeds that such Authorized Officer deems necessary, proper, or desirable in connection with each Company's Chapter 11 Case, with a view to the successful prosecution of each such case.

## GENERAL

**RESOLVED**, that, in addition to the specific authorizations heretofore conferred upon each Authorized Officer, each Authorized Officer (and his designees and delegates) be, and hereby is, authorized and empowered, in the name of and on behalf of each Company, to take or cause to be taken any and all such other and further action, and to execute, acknowledge, deliver and file any and all such agreements, certificates, instruments and other documents and to pay all expenses, including but not limited to filing fees, in each case as in such Authorized Officer's (or his designees' or delegates') judgment, shall be necessary, advisable, or desirable in order to fully carry out the intent and accomplish the purposes of the resolutions adopted herein.

**RESOLVED**, that the respective Board of each Company has received sufficient notice of the actions and transactions relating to the matters contemplated by the foregoing resolutions, as may be required by the organizational documents of each Company, or hereby waives any right to have received such notice.

**RESOLVED**, that all acts, actions and transactions relating to the matters contemplated by the foregoing resolutions done in the name of and on behalf of each Company, which acts would have been approved by the foregoing resolutions except that such acts were taken before the adoption of these resolutions, are hereby in all respects approved and ratified as the true acts and deeds of each Company with the same force and effect as if each such act, transaction, agreement, or certificate has been specifically authorized in advance by resolution of the respective Board of each Company.

**RESOLVED**, that each Authorized Officer (and his designees and delegates) be, and hereby is, authorized and empowered to take all actions, or to not take any action in the name of each Company, with respect to the transactions contemplated by these resolutions hereunder, as such Authorized Officer shall deem necessary or desirable in such Authorized Officer's reasonable business judgment, as may be necessary or convenient to effectuate the purposes of the transactions contemplated herein.

This Written Consent may be executed in as many counterparts as may be required; all counterparts shall collectively constitute one and the same Written Consent.

[signature page follows]

**Annex A**

| COMPANY | JURISDICTION |
|---|---|
| Nine West Holdings, Inc. | DELAWARE |
| Jasper Parent LLC | DELAWARE |
| Nine West Development LLC | DELAWARE |
| Nine West Management Service LLC | DELAWARE |
| Nine West Distribution LLC | DELAWARE |
| Nine West Jeanswear Holding LLC | DELAWARE |
| One Jeanswear Group Inc. | NEW YORK |
| Nine West Apparel Holdings LLC | DELAWARE |
| US KIC Top Hat LLC | DELAWARE |
| Kasper U.S. Blocker LLC | DELAWARE |
| Kasper Group LLC | DELAWARE |

**NINE WEST HOLDINGS, INC.**, a Delaware
corporation

By: _____
Name: Stefan Kaluzny
Title:  Director


By: _____
Name: Peter Morrow
Title:  Director


By: _____
Name: Harvey L. Tepner
Title:  Director


By: _____
Name: Alan B. Miller
Title:  Director


**JASPER PARENT LLC**, a Delaware limited
liability company

By: _____
Name: Stefan Kaluzny
Title:  Managing Director


By: _____
Name: Peter Morrow
Title:  Managing Director


By: _____
Name: Harvey L. Tepner
Title:  Managing Director


By: _____
Name: Alan B. Miller
Title:  Managing Director


[Signature Page – Omnibus Written Consent]

**NINE WEST HOLDINGS, INC.**, a Delaware corporation


By: _____
Name: Stefan Kaluzny
Title:   Director

By: _____
Name: Peter Morrow
Title:   Director


By: _____
Name: Harvey L. Tepner
Title:   Director


By: _____
Name: Alan B. Miller
Title:   Director


**JASPER PARENT LLC**, a Delaware limited liability company


By: _____
Name: Stefan Kaluzny
Title:   Managing Director

By: _____
Name: Peter Morrow
Title:   Managing Director


By: _____
Name: Harvey L. Tepner
Title:   Managing Director


By: _____
Name: Alan B. Miller
Title:   Managing Director


[Signature Page – Omnibus Written Consent]

**NINE WEST HOLDINGS, INC.**, a Delaware corporation

By: _____
Name: Stefan Kaluzny
Title:  Director


By: _____
Name: Peter Morrow
Title:  Director


By: _____
Name: Harvey L. Tepner
Title:  Director


By: _____
Name: Alan B. Miller
Title:  Director


**JASPER PARENT LLC**, a Delaware limited liability company

By: _____
Name: Stefan Kaluzny
Title:  Managing Director


By: _____
Name: Peter Morrow
Title:  Managing Director


By: _____
Name: Harvey L. Tepner
Title:  Managing Director


By: _____
Name: Alan B. Miller
Title:  Managing Director


[Signature Page – Omnibus Written Consent]

**NINE WEST HOLDINGS, INC.**, a Delaware corporation

By: _____
Name: Stefan Kaluzny
Title:  Director

By: _____
Name: Peter Morrow
Title:  Director

By: _____
Name: Harvey L. Tepner
Title:  Director

By: _____
Name: Alan B. Miller
Title:  Director

**JASPER PARENT LLC**, a Delaware limited liability company

By: _____
Name: Stefan Kaluzny
Title:  Managing Director

By: _____
Name: Peter Morrow
Title:  Managing Director

By: _____
Name: Harvey L. Tepner
Title:  Managing Director

By: _____
Name: Alan B. Miller
Title:  Managing Director

[Signature Page – Omnibus Written Consent]

**NINE WEST DEVELOPMENT LLC**, a
Delaware limited liability company

By: NINE WEST HOLDINGS, INC.
Its: Managing Member

By: _____
Name: Ralph A. Schipani III
Title:  President and Treasurer


**NINE WEST MANAGEMENT SERVICE
LLC**, a Delaware limited liability company

By: NINE WEST HOLDINGS, INC.
Its: Managing Member

By: _____
Name: Ralph A. Schipani III
Title:  President and Treasurer


**NINE WEST DISTRIBUTION LLC**, a
Delaware limited liability company

By: NINE WEST HOLDINGS, INC.
Its: Managing Member

By: _____
Name: Ralph A. Schipani III
Title:  President and Treasurer

**NINE WEST JEANSWEAR HOLDING
LLC**, a Delaware limited liability company

By: NINE WEST HOLDINGS, INC.
Its:  Managing Member

By: _____
Name: Ralph A. Schipani III
Title:   President and Treasurer


**ONE JEANSWEAR GROUP INC.**, a New
York corporation


By: _____
Name: Harvey L. Tepner
Title:   Director


By: _____
Name: Alan B. Miller
Title:   Director


**NINE WEST APPAREL HOLDINGS LLC**,
a Delaware limited liability company

By: NINE WEST HOLDINGS, INC.
Its:  Managing Member

By: _____
Name: Ralph A. Schipani III
Title:   President and Treasurer

**NINE WEST JEANSWEAR HOLDING LLC**, a Delaware limited liability company

By: NINE WEST HOLDINGS, INC.
Its:  Managing Member

By: _____
Name: Ralph A. Schipani III
Title:   President and Treasurer

**ONE JEANSWEAR GROUP INC.**, a New York corporation

By: _____
Name: Harvey L. Tepner
Title:   Director

By: _____
Name: Alan B. Miller
Title:   Director

**NINE WEST APPAREL HOLDINGS LLC**, a Delaware limited liability company

By: NINE WEST HOLDINGS, INC.
Its:  Managing Member

By: _____
Name: Ralph A. Schipani III
Title:   President and Treasurer

[Signature Page – Omnibus Written Consent]

**NINE WEST JEANSWEAR HOLDING LLC**, a Delaware limited liability company

By: NINE WEST HOLDINGS, INC.
Its: Managing Member


By: _____
Name: Ralph A. Schipani III
Title:   President and Treasurer


**ONE JEANSWEAR GROUP INC.**, a New York corporation


By: _____
Name: Harvey L. Tepner
Title:   Director

By: _____
Name: Alan B. Miller
Title:   Director


**NINE WEST APPAREL HOLDINGS LLC**, a Delaware limited liability company

By: NINE WEST HOLDINGS, INC.
Its: Managing Member


By: _____
Name: Ralph A. Schipani III
Title:   President and Treasurer

[Signature Page – Omnibus Written Consent]

**US KIC TOP HAT LLC**, a Delaware limited
liability company

By: NINE WEST APPAREL HOLDINGS LLC
Its:  Managing Member

By: _____
Name: Ralph A. Schipani III
Title:  President and Treasurer


**KASPER U.S. BLOCKER LLC**, a Delaware
limited liability company

By: US KIC TOP HAT LLC
Its:  Managing Member

By: _____
Name: Ralph A. Schipani III
Title:  President and Treasurer


**KASPER GROUP LLC**, a Delaware limited
liability company

By: KASPER U.S. BLOCKER LLC
Its:  Managing Member

By: _____
Name: Ralph A. Schipani III
Title:  President and Treasurer