**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |  |
|---|---|---|
| **In Re:** | ) ) ) | |
| **NINE WEST HOLDINGS, INC.** | ) ) ) | **CHAPTER 11** |
|  | ) ) | **Case No. 18-10947** |
| **Debtor.** | ) ) ) | |

**NOTICE OF APPEARANCE AND REQUEST**
**FOR NOTICES AND SERVICE OF PAPERS**

   PLEASE TAKE NOTICE that Ronald M. Tucker, 225 West Washington Street, Indianapolis, Indiana  46204 represents Simon Property Group, Inc., as landlord (Creditor) and party in interest in the above case.  The undersigned hereby enters his appearance pursuant to Section 1109 (b) of the Bankruptcy Code and Federal Rule of Bankruptcy Procedure 9010 (b) and request copies of all notices and pleading's pursuant to Federal Rules of Bankruptcy Procedure 2002 (a).  All such notices should be addressed as follows:

Simon Property Group, Inc.
Attn:  Ronald M. Tucker, Esq.
225 West Washington Street
Indianapolis, Indiana  46204

   PLEASE TAKE FURTHER NOTICE that, pursuant to Section 1109 (b) of the Bankruptcy Code, the foregoing demand includes not only the notices and papers referred to in the Rules specified above, but also includes, without limitation, notices of any application, complaint, demand, hearing, motion, petition, pleading or request, whether formal or informal, written or oral, and whether transferred or conveyed by mail, delivery, telephone, telegraph, telex or otherwise filed with regard to the above case and proceedings therein.

Respectfully submitted

    */s/Ronald M. Tucker*
Ronald M. Tucker, Esq., Attorney for
Simon Property Group, Inc. and its related entities
IN 11428-49
(317) 263-2346
(317) 263-7901 (FAX)
E-mail address:  rtucker@simon.com

## CERTIFICATE OF SERVICE

      The undersigned hereby certifies that a copy of the foregoing was served this 6th day of April, 2018 via ECF Noticing to the parties of record.

                                          By:    */s/Ronald M. Tucker*
                                                 Ronald M. Tucker, Esq.

*Debtor*                                           represented by **James H.M. Sprayregen**
**Nine West Holdings, Inc.**                       Kirkland & Ellis LLP
1411 Broadway                                       300 N. LaSalle Street
New York, NY 10018                           Chicago, IL 60654
NEW YORK-NY                                     (312) 862-2481
Tax ID / EIN: 22-3497645                     Fax : (312) 862-2200
*fka* **Jones Apparel Group USA, Inc.**          Email: jsprayregen@kirkland.com
*fka* **Jones Apparel Group Holdings, Inc.**
*fka* **JAG Footwear, Accessories and Retail Corporation**
*fka* **Jones Investment Co. Inc.**

*U.S. Trustee*
**United States Trustee**
Office of the United States Trustee
U.S. Federal Office Building
201 Varick Street, Room 1006
New York, NY 10014
(212) 510-0500