UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
                                                           :
In re                                                      :
                                                           :        <u>Chapter 11</u>
NINE WEST HOLDINGS, INC., et al.                           :
                                                           :        Case No. 18-10947 (SCC)
                        Debtor.                            :
                                                           :
-----------------------------------------------------------x

# AMENDED APPOINTMENT OF
# OFFICIAL COMMITTEE OF UNSECURED CREDITORS

     William K. Harrington, the United States Trustee for Region 2, under 11 U.S.C. §§ 1102(a) and (b), hereby appoints the following unsecured creditors who are willing to serve on the Official Committee of Unsecured Creditors of Nine West Holdings, Inc., et al., debtors-in-possession:

1. Aurelius Capital Master, Ltd.
   535 Madison Avenue, 22nd Floor
   New York, NY 10022
   Attn: Dan Gropper, Managing Director
   Telephone: 646-445-6570

2. GLAS Trust Company LLC
   230 Park Avenue, 10th Floor
   New York, NY 10169
   Attn: Adam Berman, Vice President
   Telephone: 212-808-3051

3. Hongkong Hing Wing Development Limited
   MSHM2146 RM 1007 10/F HO KING CTR
   NO 2-16, FA Yuen St., MongKok, Kl
   Attn: Shengwei Chen, President
   Telephone: +852-6118-0308

4. Pension Benefit Guaranty Corporation
   1200 K Street NW
   Washington, DC  20005-4026
   Attn: Olga Lionakis, Financial Analyst
   Telephone: 202-326-4000 Ext 4779

5. Simon Property Group
   225 W. Washington Street
   Indianapolis, IN 46204
   Attn: Ronald M. Tucker, Vice President/Bankruptcy Counsel
   Telephone: 317-263-2346

6. Stella International Trading (Macao Commercial Offshore) Limited
   c/o Stella International Holdings Limited
   Flat C, 20/F., MG Tower
   133 Hoi Bun Road
   Kowloon, Hong Kong
   Attn: Don Lee, Chief Financial Officer
   Telephone: +852-2956-1339

7. U.S. Bank National Association
   Global Trust Services
   60 Livingston Avenue
   EP-MN-WSID
   St. Paul, MN 55107
   Attn: Julie J. Becker, Vice President
   Telephone: 651-466-5869

Dated: New York, New York
       April 23, 2018

                                    WILLIAM K. HARRINGTON
                                    UNITED STATES TRUSTEE


                            By:     */s/ Susan A. Arbeit*
                                    Susan A. Arbeit
                                    Trial Attorney
                                    201 Varick Street, Room 1006
                                    New York, New York 10014
                                    Telephone: (212) 510-0500