AKIN GUMP STRAUSS HAUER & FELD LLP
Daniel H. Golden
David M. Zensky
Deborah Newman
Erik Preis
One Bryant Park
New York, New York 10036
Telephone: (212) 872-1000
Facsimile: (212) 872-1002
dgolden@akingump.com
dzensky@akingump.com
djnewman@akingump.com
apreis@akingump.com

*Proposed Counsel to the Official Committee of Unsecured
Creditors of Nine West Holdings, Inc., et al.*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------------x
| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| NINE WEST HOLDINGS, INC., *et al.*, | : | Case No. 18-10947 (SCC) |
| | : | |
| Debtors.[1] | : | (Jointly Administered) |
| | : | |
-----------------------------------------------------------------x

**NOTICE OF APPEARANCE AND REQUEST FOR**
**SERVICE OF ALL PLEADINGS AND DOCUMENTS**

**PLEASE TAKE NOTICE** that the Official Committee of Unsecured Creditors (the "Committee") hereby enters its appearance by and through its bankruptcy counsel, Akin Gump Strauss Hauer & Feld LLP ("Akin Gump"), pursuant to section 1109(b) of title 11 of the United States Code (the "Bankruptcy Code"), and rule 9010(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and such counsel hereby requests, pursuant to Bankruptcy

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number are: Nine West Holdings, Inc. (7645); Jasper Parent LLC (4157); Nine West Management Service LLC (4508); Kasper Group LLC (7906); Kasper U.S. Blocker LLC (2390); Nine West Apparel Holdings LLC (3348); Nine West Development LLC (2089); Nine West Distribution LLC (3029); Nine West Jeanswear Holding LLC (7263); One Jeanswear Group Inc. (0179); and US KIC Top Hat LLC (3076). The location of the Debtors' service address is: 1411 Broadway, New York, New York 10018.

Rules 2002, 3017 and 9007 and Bankruptcy Code sections 342 and 1109(b), that copies of all notices and pleadings given or filed in the above-captioned chapter 11 cases, be given to and served upon the following:

> **AKIN GUMP STRAUSS HAUER & FELD LLP**
> One Bryant Park
> New York, New York 10036
> Telephone: (212) 872-1000
> Facsimile: (212) 872-1002
> Attn:   Daniel H. Golden
>             dgolden@akingump.com
>             David M. Zensky
>             dzensky@akingump.com
>             Deborah Newman
>             djnewman@akingump.com
>             Erik Preis
>             apreis@akingump.com
>             Jason P. Rubin
>             jrubin@akingump.com

**PLEASE TAKE FURTHER NOTICE** that, pursuant to Bankruptcy Code section 1109(b), the foregoing request includes not only the notices and papers referred to in the Bankruptcy Rules specified above, but also includes, without limitation, notices of any application, complaint, demand, hearing, motion, petition, order, pleadings or other request, whether formal or informal, whether written or oral and whether transmitted or conveyed by mail, hand delivery, telephone, electronic mail or otherwise, that is filed or given in connection with the above-captioned proceeding.

**PLEASE TAKE FURTHER NOTICE** that this request shall not be deemed or construed to be a waiver of any substantive or procedural rights of the Committee, including, without limitation: (i) to have final orders in non-core matters entered only after *de novo* review by the United States District Court for the Southern District of New York (the "District Court"); (ii) to have a trial by jury in any proceeding so triable in these chapter 11 cases or any case,

controversy, or proceeding related to these chapter 11 cases; (iii) to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal; and (iv) any other rights, claims, actions, defenses, setoffs or recoupments to which the Committee may be entitled under agreements, in law, in equity, or otherwise, all of which rights, claims, actions, defenses, setoffs and recoupments are expressly reserved.

**PLEASE TAKE FURTHER NOTICE** that the aforementioned attorneys request that they be added to the official service list for notice of all contested matters, adversary proceedings and other proceedings in this case.

| | |
|---|---|
| New York, New York<br>Dated: April 24, 2018 | AKIN GUMP STRAUSS HAUER & FELD LLP<br><br>*/s/ Daniel H. Golden*<br>Daniel H. Golden<br>David M. Zensky<br>Deborah Newman<br>Erik Preis<br>One Bryant Park<br>New York, New York 10036<br>Tel:  (212) 872-1000<br>Fax:  (212) 872-1002<br>Email: dgolden@akingump.com<br>            dzensky@akingump.com<br>            djnewman@akingump.com<br>            apreis@akingump.com<br><br>*Proposed Counsel to the Official Committee of Unsecured Creditors of Nine West Holdings, Inc., et al.* |