James H.M. Sprayregen, P.C.
Christopher J. Marcus, P.C.
**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
601 Lexington Avenue
New York, New York 10022
Telephone:    (212) 446-4800
Facsimile:    (212) 446-4900

James A. Stempel (admitted *pro hac vice*)
Joseph M. Graham (admitted *pro hac vice*)
Angela M. Snell (admitted *pro hac vice*)
**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
300 North LaSalle Street
Chicago, Illinois 60654
Telephone:    (312) 862-2000
Facsimile:    (312) 862-2200

*Proposed Counsel to the Debtors and Debtors in Possession*

# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| NINE WEST HOLDINGS, INC., *et al.*,[1] | ) | Case No. 18-10947 (SCC) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

## DEBTOR NINE WEST HOLDINGS, INC.'S SCHEDULES
## OF ASSETS AND LIABILITIES (CASE NO. 18-10947)

---

[1]    The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are:  Nine West Holdings, Inc. (7645); Jasper Parent LLC (4157); Nine West Management Service LLC (4508); Kasper Group LLC (7906); Kasper U.S. Blocker LLC (2390); Nine West Apparel Holdings LLC (3348); Nine West Development LLC (2089); Nine West Distribution LLC (3029); Nine West Jeanswear Holding LLC (7263); One Jeanswear Group Inc. (0179); and US KIC Top Hat LLC (3076).  The location of the Debtors' service address is:  1411 Broadway, New York, New York 10018.

James H.M. Sprayregen, P.C.
Christopher J. Marcus, P.C.
**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
601 Lexington Avenue
New York, New York 10022
Telephone:     (212) 446-4800
Facsimile:     (212) 446-4900

James A. Stempel (admitted *pro hac vice*)
Joseph M. Graham (admitted *pro hac vice*)
Angela M. Snell (admitted *pro hac vice*)
**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
300 North LaSalle Street
Chicago, Illinois 60654
Telephone:     (312) 862-2000
Facsimile:     (312) 862-2200

*Proposed Counsel to the Debtors and Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| NINE WEST HOLDINGS, INC., *et al.*,[1] | ) | Case No. 18-10947 (SCC) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

**GLOBAL NOTES AND STATEMENT OF LIMITATIONS, METHODOLOGY, AND DISCLAIMERS REGARDING THE DEBTORS' SCHEDULES OF ASSETS AND LIABILITIES AND STATEMENTS OF FINANCIAL AFFAIRS**

The above-captioned debtors and debtors in possession (collectively, the "Debtors") have filed their respective Schedules of Assets and Liabilities (the "Schedules") and Statements of Financial Affairs (the "Statements") in the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court"). The Debtors, with the assistance of their legal and financial advisors, prepared the Schedules and Statements in accordance with section 521 of title 11 of the United States Code, 11 U.S.C. §§ 101–1532 (the "Bankruptcy Code"), and Rule 1007 of the Federal Rules of Bankruptcy Procedure.

Ralph Schipani has signed each set of Schedules and Statements. Mr. Schipani serves as President and Interim Chief Executive Officer of Debtor Nine West Holdings, Inc. and he is an authorized signatory for each of the Debtors in these chapter 11 cases. In reviewing and signing the Schedules and Statements, Mr. Schipani has necessarily relied upon the efforts, statements, advice, and representations of personnel of the Debtors and their legal and financial advisors. In

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Nine West Holdings, Inc. (7645); Jasper Parent LLC (4157); Nine West Management Service LLC (4508); Kasper Group LLC (7906); Kasper U.S. Blocker LLC (2390); Nine West Apparel Holdings LLC (3348); Nine West Development LLC (2089); Nine West Distribution LLC (3029); Nine West Jeanswear Holding LLC (7263); One Jeanswear Group Inc. (0179); and US KIC Top Hat LLC (3076). The location of the Debtors' service address is: 1411 Broadway, New York, New York 10018.

light of the size and complexity of the Debtors' business, Mr. Schipani has not (and could not have) personally verified the accuracy of each such statement and representation, including, but not limited to, statements and representations concerning amounts owed to creditors.

In preparing the Schedules and Statements, the Debtors relied on financial data derived from their books and records that was available at the time of such preparation. Although the Debtors have made every reasonable effort to ensure the accuracy and completeness of the Schedules and Statements, subsequent information or discovery may result in material changes to the Schedules and Statements. As a result, inadvertent errors or omissions may exist. Accordingly, the Debtors and their agents, attorneys, and financial advisors do not guarantee or warrant the accuracy or completeness of the data that is provided herein and shall not be liable for any loss or injury arising out of or caused in whole or in part by the acts, errors, or omissions, whether negligent or otherwise, in procuring, compiling, collecting, interpreting, reporting, communicating, or delivering the information contained in the Schedules and Statements.

For the avoidance of doubt, the Debtors reserve their rights to amend and supplement the Schedules and Statements as may be necessary or appropriate but expressly do not undertake any obligation to update, modify, revise, or re-categorize the information provided in the Schedules and Statements or to notify any third party should the information be updated, modified, revised, or re-categorized, except as required by applicable law or order of the Bankruptcy Court.

In no event shall the Debtors or their directors, officers, agents, attorneys, and financial advisors be liable to any third party for any direct, indirect, incidental, consequential, or special damages (including, but not limited to, damages arising from the disallowance of a potential claim against the Debtors or damages to business reputation, lost business, or lost profits), whether foreseeable or not and however caused, even if the Debtors or their directors, officers, agents, attorneys, or financial advisors are advised of the possibility of such damages.

## Global Notes and Overview of Methodology

1.  **Description of Cases.**  On April 6, 2018 (the "Petition Date"), each of the Debtors filed voluntary petitions for relief under chapter 11 of the Bankruptcy Code.  The Debtors are operating their businesses and managing their property as debtors in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code.  These cases are being jointly administered.  Notwithstanding the joint administration of the Debtors' cases for procedural purposes, each Debtor has filed its own Schedules and Statements.  The information provided herein, except as otherwise noted, is reported as of the close of business on the Petition Date.

2.  **Global Notes Control.**  These Global Notes pertain to and comprise an integral part of each of the Schedules and Statements and should be referenced in connection with any review thereof.  In the event that the Schedules and Statements conflict with these Global Notes, these Global Notes shall control.

3.  **Reservations and Limitations.**  Reasonable efforts have been made to prepare and file complete and accurate Schedules and Statements; however, as noted above, inadvertent errors or omissions may exist.  The Debtors reserve all rights to amend and supplement the

KE 53489932

Schedules and Statements as may be necessary or appropriate. Nothing contained in the Schedules and Statements constitutes a waiver of any of the Debtors' rights or an admission of any kind with respect to these chapter 11 cases, including, but not limited to, any rights or claims of the Debtors against any third party or issues involving substantive consolidation, equitable subordination, or defenses or causes of action arising under the provisions of chapter 5 of the Bankruptcy Code or any other relevant applicable bankruptcy or non-bankruptcy laws to recover assets or avoid transfers. Any specific reservation of rights contained elsewhere in the Global Notes does not limit in any respect the general reservation of rights contained in this paragraph.

(a)     **No Admission.** Nothing contained in the Schedules and Statements is intended or should be construed as (i) an admission or stipulation of the validity of any claim against the Debtors or any assertion made therein or herein or (ii) a waiver of the Debtors' rights to dispute any claim or assert any cause of action or defense against any party.

(b)     **Recharacterization and Classifications.** Notwithstanding that the Debtors have made reasonable efforts to correctly characterize, classify, categorize, or designate certain claims, assets, executory contracts, unexpired leases, and other items reported in the Schedules and Statements, the Debtors nonetheless may have improperly characterized, classified, categorized, or designated certain items. The Debtors reserve all rights to recharacterize, reclassify, recategorize, or redesignate items reported in the Schedules and Statements at a later time as is necessary and appropriate.

For the avoidance of doubt, listing (i) a claim on Schedule D as "secured," (ii) a claim on Schedule E/F as "priority" or "unsecured," or (iii) a contract on Schedule G as "executory" or "unexpired" does not constitute an admission by the Debtors of the legal rights of the claimant or contract counterparty or a waiver of the Debtors' rights to recharacterize or reclassify such claim or contract.

(c)     **Claims Description.** Any failure to designate a claim on the Schedules and Statements as "disputed," "contingent," or "unliquidated" does not constitute an admission by the Debtors that such amount is not "disputed," "contingent," or "unliquidated." Each Debtor reserves all rights to dispute, or assert offsets or defenses to, any claim reflected on its respective Schedules and Statements on any grounds, including, without limitation, liability or classification, or to otherwise subsequently designate such claims as "disputed," "contingent," or "unliquidated" or object to the extent, validity, enforceability, priority, or avoidability of any claim. Moreover, listing a claim does not constitute an admission of liability by the Debtors against which the claim is listed or by any of the Debtors. The Debtors reserve all rights to amend their Schedules and Statements as necessary and appropriate, including, but not limited to, with respect to claim description and designation.

(d)     **Estimates and Assumptions.** The preparation of the Schedules and Statements required the Debtors to make reasonable estimates and assumptions with respect to

3

the reported amounts of assets and liabilities, the amount of contingent assets and contingent liabilities on the date of the Schedules and Statements, and the reported amounts of revenues and expenses during the applicable reporting periods. Actual results could differ from such estimates.

(e)    **Causes of Action.**  Despite reasonable efforts, the Debtors may not have identified all current and potential causes of action the Debtors may have against third parties in their respective Schedules and Statements, including, without limitation, avoidance actions arising under chapter 5 of the Bankruptcy Code and actions under other relevant bankruptcy and non-bankruptcy laws to recover assets. The Debtors reserve all rights with respect to any causes of action, and nothing in these Global Notes or the Schedules and Statements should be construed as a waiver of any such causes of action.

(f)    **Intellectual Property Rights.**  Exclusion of certain intellectual property should not be construed as an admission that such intellectual property rights have been abandoned, have been terminated or otherwise expired by their terms, or have been assigned or otherwise transferred pursuant to a sale, acquisition, or other transaction. Conversely, inclusion of certain intellectual property rights should not be construed as an admission that such intellectual property rights have not been abandoned, have not been terminated or otherwise expired by their terms, or have not been assigned or otherwise transferred pursuant to a sale, acquisition, or other transaction.

(g)    **Insiders.**  In the circumstance where the Schedules and Statements require information regarding "insiders," the Debtors have included information with respect to certain individuals who the Debtors believe may be included in the definition of "insider" set forth in section 101(31) of the Bankruptcy Code during the relevant time periods. Such individuals may no longer serve in such capacities. In the interest of additional disclosure, the Debtors have also included certain individuals who may have officer titles in their responses to Statements, Part 13, Question 28.

The listing of a party as an insider for purposes of the Schedules and Statements is not intended to be, nor should it be, construed as an admission of any fact, right, claim, or defense, and all such rights, claims, and defenses are hereby expressly reserved. Information regarding the individuals listed as insiders in the Schedules and Statements has been included for informational purposes only and such information may not be used for (1) the purposes of determining (i) control of the Debtors, (ii) the extent to which any individual exercised management responsibilities or functions or corporate decision-making authority over the Debtors, or (iii) whether such individual could successfully argue that he or she is not an insider under applicable law, including the Bankruptcy Code and federal securities laws, or with respect to any theories of liability or (2) any other purpose.

4.      **Methodology**.

(a)      **Basis of Presentation.**  The Schedules and Statements do not purport to represent financial statements prepared in accordance with Generally Accepted Accounting Principles in the United States ("<u>GAAP</u>"), nor are they intended to be fully reconciled to the financial statements of each Debtor.  The Schedules and Statements contain unaudited information that is subject to further review and potential adjustment.  The Schedules and Statements reflect the Debtors' reasonable efforts to report the assets and liabilities of each Debtor on an unconsolidated basis.

(b)      **Confidential Information.**  There may be instances in the Schedules and Statements where the Debtors deemed it necessary and appropriate to redact from the public record information such as names, addresses, or amounts.  Typically, the Debtors have used this approach because of a confidentiality agreement between the Debtors and a third party, for the protection of sensitive commercial information, or for the privacy of an individual.

(c)      **Umbrella or Master Agreements.**  Contracts and leases listed in the Schedules and Statements may be umbrella or master agreements that cover relationships with some or all of the Debtors.  Where relevant, such agreements have been listed in the Schedules and Statements only of the Debtor entity that signed the original umbrella or master agreement.  Other Debtors, however, may be liable together with such Debtor on account of such agreements and the Debtors reserve all rights to amend the Schedules and Statements to reflect changes regarding the liability of the Debtors with respect to such agreements, if appropriate.

(d)      **Executory Contracts.**  Although the Debtors have made diligent attempts to attribute an executory contract to its rightful Debtor, in certain instances, the Debtors may have inadvertently failed to do so due to the complexity and size of the Debtors' businesses.  Accordingly, the Debtors reserve all of their rights with respect to the named parties of any and all executory contracts, including the right to amend Schedule G.

The contracts, agreements, and leases listed on Schedule G may have expired or may have been modified, amended, or supplemented from time to time by various amendments, restatements, waivers, estoppel certificates, letters, memoranda, and other documents, instruments, and agreements that may not be listed therein despite the Debtors' use of reasonable efforts to identify such documents.  Further, unless otherwise specified on Schedule G, each executory contract or unexpired lease listed thereon shall include all final exhibits, schedules, riders, modifications, declarations, amendments, supplements, attachments, restatements, or other agreements made directly or indirectly by any executed agreement, instrument, or other document that in any manner affects such executory contract or unexpired lease, without respect to whether such agreement, instrument, or other document is listed thereon.

5

(e)    **Duplication.**  Certain of the Debtors' assets, liabilities, and prepetition payments may properly be disclosed in multiple parts of the Statements and Schedules.  To the extent these disclosures would be duplicative, the Debtors have determined to only list such assets, liabilities, and prepetition payments once.

(f)    **Net Book Value.**  In certain instances, current market valuations for individual items of property and other assets are neither maintained by nor readily available to the Debtors.  Accordingly, unless otherwise indicated, the Schedules and Statements reflect net book values as of April 7, 2018.  Market values may vary, at some times materially, from net book values.  The Debtors believe that it would be an inefficient use of estate assets for the Debtors to obtain the current market values of their property and other assets.  Accordingly, the Debtors have indicated in the Schedules and Statements that the market values of certain assets and liabilities are undetermined.  Assets that have been fully depreciated or that were expensed for accounting purposes either do not appear in these Schedules and Statements or are listed with a zero-dollar value, as such assets have no net book value.  The omission of an asset from the Schedules and Statements does not constitute a representation regarding the ownership of such asset, and any such omission does not constitute a waiver of any rights of the Debtors with respect to such asset.

(g)    **Undetermined Amounts.**  The description of an amount as "undetermined" is not intended to reflect upon the materiality of such amount.

(h)    **Unliquidated Amounts.**  Amounts that could not be fairly quantified by the Debtors are scheduled as "unliquidated."

(i)    **Totals.**  All totals that are included in the Schedules and Statements represent totals of all known amounts.  To the extent there are unknown or undetermined amounts, the actual total may be different from the listed total.

(j)    **Property and Equipment.**  The Debtors may lease furniture, fixtures, and equipment from certain third-party lessors.  Any such leases are listed in the Schedules and Statements.  Nothing in the Schedules and Statements is, or should be construed as, an admission as to the determination of the legal status of any lease (including whether any lease is a true lease or a financing arrangement), and the Debtors reserve all rights with respect thereto.

(k)    **Allocation of Liabilities.**  The Debtors allocated liabilities between the prepetition and postpetition periods based on the information and research conducted in connection with the preparation of the Schedules and Statements.  As additional information becomes available and further research is conducted, the allocation of liabilities between the prepetition and postpetition periods may change.

(l)    **Paid Claims.**  The Debtors have authority to pay certain outstanding prepetition payables pursuant to Bankruptcy Court orders, including the *Final Order (A) Authorizing the Debtors to Pay Certain Prepetition Claims of Critical Vendors and (B) Granting Related Relief* [Docket No. 215] (the "Critical Vendors Order")

KE 53489932

and the *Final Order (I) Authorizing the Debtors to Pay Prepetition Claims of (A) Foreign Vendors, (B) Lien Claimants, (C) Import Claimants, and (D) 503(B)(9) Claimants and (II) Granting Related Relief* [Docket No. 214] (the "Foreign Vendors and 503(b)(9) Order").  As such, outstanding liabilities may have been reduced by any court-approved postpetition payments made on account of prepetition payables.  Where and to the extent these liabilities have been satisfied as of the date hereof, they are not listed in the Schedules and Statements.  In some instances, the Debtors have the authority to pay a prepetition liability but that amount remains unpaid or is partially paid as of the filing of the Schedules.  In such cases, these amounts are marked as "contingent."  To the extent the Debtors later pay any amount of the claims listed in the Schedules and Statements pursuant to any orders entered by the Bankruptcy Court, the Debtors reserve all rights to amend or supplement the Schedules and Statements or to take other action, such as filing claims objections, as is necessary and appropriate to avoid overpayment or duplicate payments for liabilities.  Nothing contained herein should be deemed to alter the rights of any party in interest to contest a payment made pursuant to an order of the Bankruptcy Court where such order preserves the right to contest.

(m)    **Credits and Adjustments**. The claims of individual creditors for, among other things, goods, products, services, or taxes are listed as the amounts entered on the Debtors' books and records and may either (a) not reflect credits or other adjustments due from such creditors to the Debtors or (b) be net of accrued credits or other adjustments that are actually owed by a creditor to the Debtors on a postpetition basis on account of such credits or other adjustments earned from prepetition payments and critical vendor payments, if applicable. The Debtors reserve all of their rights with regard to such credits or other adjustments, including, but not limited to, the right to modify the Schedules, assert claims objections and/or setoffs with respect to the same, or apply such adjustments in the ordinary course of business on a postpetition basis.

(n)    **Intercompany Claims.**  Receivables and payables among the Debtors are reported on Schedule A/B and Schedule E/F, respectively.  The listing of any amounts with respect to such receivables and payables is not, and should not be construed as, an admission of the characterization of such balances as debt, equity, or otherwise.  For the avoidance of doubt, the Debtors reserve all rights, claims, and defenses in connection with any and all intercompany receivables and payables, including with respect to the characterization of intercompany claims, loans, and notes.

Beginning in August 2017, the Debtors implemented a new method for tracking intercompany transactions, which among other things, utilizes new general ledger accounts to track intercompany transfers on an entity-by-entity basis by trading partner.  The method used prior to August 2017 tracked intercompany transactions on a consolidated (as opposed to entity-by-entity) basis, and, as a result, existing intercompany balances did not carry forward to the new intercompany general ledger accounts. The Debtors, through an exhaustive process which involved the assistance of their financial advisors, analyzed transaction-level intercompany claims in order to ascertain entity-by-entity intercompany balances as of

7

December 31, 2017.  These December 31, 2017, balances, along with entity-by-entity payment activity on the Debtors' books and records from January 1, 2018, to the Petition Date, were used to develop the receivables and payables on Schedule A/B and Schedule E/F, respectively, and the Debtors believe the information provided on these Schedules is as accurate as possible under the circumstances.

In addition, intercompany transactions, including cash transfers and journal entries, number in the tens of thousands over the time period from August 2017 through the Petition Date.  To maximize the utility of the Debtors' response to the Statements, Part 2, Question 4, the Debtors have provided summary matrices reflective of historical month-to-month activity between legal entities on a month-to-month basis from August 2017 to April 7, 2018.  The Debtors believe that attempting to segregate historical records in order demonstrate this information for the four months prior to August 2017 would be unduly time consuming and costly.

(o)    **Guarantees and Other Secondary Liability Claims.**  The Debtors have exercised reasonable efforts to locate and identify guarantees of their executory contracts, unexpired leases, secured financings, and other such agreements.   Where guarantees have been identified, they have been included in the relevant Schedules G and H for the affected Debtor.  The Debtors may have inadvertently omitted guarantees embedded in their contractual agreements and may identify additional guarantees as they continue to review their books, records, and contractual agreements.  The Debtors reserve their rights, but are not required, to amend the Schedules and Statements if additional guarantees are identified.

(p)    **Excluded Assets and Liabilities.**   The Debtors have potentially excluded the following categories of assets and liabilities from the Schedules and Statements: certain deferred charges, accounts, or reserves recorded only for purposes of complying with the requirements of GAAP; deferred tax assets and liabilities; certain intangibles; deferred revenue accounts; and certain accrued liabilities. Other immaterial assets and liabilities may also have been excluded.

(q)    **Liens.**   The inventories, property, and equipment listed in the Schedules and Statements are presented without consideration of any liens.

(r)    **Currency.**   Unless otherwise indicated, all amounts are reflected in U.S. dollars. To the extent any amounts had to be converted to U. S. dollars, the conversion rate used was as of April 6, 2018.

(a)    **Controlling Shareholders**. For purposes of the Schedules and Statements, the Debtors define "controlling shareholders" to include entities that directly hold in excess of 20% of the voting shares of the applicable Debtor entity.  Entities listed as "controlling shareholders" have been included for informational purposes only. The Debtors do not take any position with respect to such entity's influence over the control of the Debtors or whether such entity could successfully argue that it is not a "controlling shareholder" under applicable law, including the federal securities laws, or with respect to any theories of liability or for any other purpose.

8

(b)     **Setoffs.**  The Debtors routinely incur setoffs and net payments in the ordinary course of business.  Such setoffs and nettings may occur due to a variety of transactions or disputes including, but not limited to, intercompany transactions, counterparty settlements, pricing discrepancies, credits, rebates, returns, refunds, and negotiations and/or disputes between the Debtors and their customers and/or suppliers.  These normal, ordinary course setoffs and nettings are common to the industry.  Due to the voluminous nature of setoffs and nettings, it would be unduly burdensome and costly for the Debtors to list each such transaction.  Therefore, although such setoffs and other similar rights may have been accounted for when scheduling certain amounts, these ordinary course setoffs are not independently accounted for and, as such, are or may be excluded from the Schedules and Statements.  In addition, some amounts listed in the Schedules and Statements may have been affected by setoffs or nettings by third parties of which the Debtors are not yet aware and/or of which the Debtors have approved to effectuate in the claims process of their chapter 11 cases.  The Debtors reserve all rights to challenge any setoff and/or recoupment rights that may be asserted.

5.     <u>**Specific Schedules Disclosures.**</u>

(a)     **Schedule A/B, Parts 1 and 2 – Cash and Cash Equivalents; Deposits and Prepayments.**  Details with respect to the Debtors' cash management system and bank accounts are provided in the *Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing the Debtors to (A) Continue to Operate Their Cash Management System, (B) Honor Certain Prepetition Obligations Related Thereto, (C) Maintain Existing Business Forms, and (D) Continue to Perform Intercompany Transactions, and (II) Granting Related Relief* [Docket No. 7] (the "<u>Cash Management Motion</u>") and the interim order of the Bankruptcy Court granting the Cash Management Motion [Docket No. 69].

The Debtors' cash balances are as of April 7, 2018.

Additionally, the Bankruptcy Court, pursuant to the *Final Order (A) Prohibiting Utility Providers from Altering, Refusing, or Discontinuing Utility Services, (B) Determining Adequate Assurance of Payment for Future Utility Services, (C) Establishing Procedures for Determining Adequate Assurance of Payment, and (D) Granting Related Relief* [Docket No. 171], has authorized the Debtors to provide adequate assurance of payment for future utility services, including an initial deposit in the amount of $178,000.  Such deposit is not listed on Schedule A/B, Part 2, which has been prepared as of the Petition Date.

(b)     **Schedule A/B, Part 4 – Investments; Non-Publicly Traded Stock and Interests in Incorporated and Unincorporated Businesses, including any Interest in an LLC, Partnership, or Joint Venture.**  Ownership interests in subsidiaries, partnerships, and joint ventures have been listed in Schedule A/B, Part 4, as undetermined amounts on account of the fact that the fair market value of such ownership is dependent on numerous variables and factors and may differ significantly from their net book value.

9

(c)     **Schedule A/B, Part 7 – Office Furniture, Fixtures, and Equipment; and Collectibles.**  Dollar amounts are presented net of accumulated depreciation and other adjustments.  Furniture and fixtures are recorded as a single line item on the Debtors' books and records, and, as a result, the Debtors have disclosed these items together in response to Question 39.  The Debtors believe it would be would be unduly burdensome and costly for the Debtors to separate this line item into separate responses for Questions 39 and 40.

(d)     **Schedule A/B, Part 11 – All Other Assets.**  Dollar amounts are presented net of impairments and other adjustments. The value of all assets listed on Schedule A/B are as of April 7, 2018.

Additionally, the Debtors may receive refunds for sales and use tax at various times throughout their fiscal year. As of the Petition Date, however, certain of these amounts are unknown to the Debtors and, accordingly, may not be listed on Schedule A/B.

***Other Contingent and Unliquidated Claims or Causes of Action of Every Nature, including Counterclaims of the Debtors and Rights to Setoff Claims.***  In the ordinary course of their businesses, the Debtors may have accrued, or may subsequently accrue, certain rights to counter-claims, cross-claims, setoffs, credits, rebates, or refunds with their customers and suppliers or potential warranty claims against their suppliers.  Additionally, certain of the Debtors may be party to pending litigation in which such Debtor has asserted, or may assert, claims as a plaintiff or counter-claims and/or cross-claims as a defendant.  Because such claims are unknown to the Debtors and not quantifiable as of the Petition Date, they are not listed on Schedule A/B, Part 11.

***Interests in Insurance Policies or Annuities.***  A list of the Debtors' insurance policies and related information is available in the *Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing the Debtors to (A) Continue Insurance Coverage Entered Into Prepetition, (B) Renew, Supplement, Modify, or Purchase Insurance Coverage, and (C) Continue to Pay Brokerage Fees, and (II) Granting Related Relief* [Docket No. 14].  The Debtors believe that there is little or no cash value to the vast majority of such insurance policies.  Such policies have all been included on Schedule A/B, Part 11, with values listed as "undetermined."

***Executory Contracts and Unexpired Leases.***  Because of the large number of the Debtors' executory contracts and unexpired leases, as well as the size and scope of such documents, the Debtors have not attached such agreements to Schedule A/B. Instead, the Debtors have only listed such agreements on Schedule G.

(e)     **Schedule D – Creditors Who Have Claims Secured by Property.**  Except as otherwise agreed pursuant to a stipulation or order entered by the Bankruptcy Court, the Debtors reserve their rights to dispute or challenge the validity, perfection, or immunity from avoidance of any lien purported to be granted or perfected in any specific asset to a secured creditor listed on Schedule D.  Moreover, although the

10

Debtors have scheduled claims of various creditors as secured claims, the Debtors reserve all rights to dispute or challenge the secured nature of any such creditor's claim or the characterization of the structure of any such transaction or any document or instrument related to such creditor's claim, including the Debtors' rights pursuant to paragraph 25 of the *Interim Order (A) Authorizing the Debtors to Obtain Postpetition Financing, (B) Authorizing the Debtors to Use Cash Collateral, (C) Granting Liens and Providing Superpriority Administrative Expense Status, (D) Granting Adequate Protection to the Prepetition Secured Parties, (E) Modifying the Automatic Stay, and (F) Granting Related Relief* [Docket No. 80].

The descriptions provided in Schedule D are intended only to be a summary. Reference to the applicable agreements and other related relevant documents is necessary for a complete description of the collateral and the nature, extent, and priority of any liens. In certain instances, a Debtor may be a co-obligor, co-mortgagor, or guarantor with respect to scheduled claims of other Debtors, and no claim set forth on Schedule D of any Debtor is intended to acknowledge claims of creditors that are otherwise satisfied or discharged by other entities.

The Debtors have not included on Schedule D parties that may believe such claims are secured through setoff rights or inchoate statutory lien rights. Although there are multiple parties that hold a portion of the debt included in the secured facilities, only the administrative agents have been listed for purposes of Schedule D.

(f)    **Schedule E/F – Creditors Who Have Unsecured Claims.**

*Part 1 – Creditors with Priority Unsecured Claims*. Pursuant to the *Final Order (A) Authorizing the Payment of Certain Prepetition Taxes and Fees and (B) Granting Related Relief* [Docket No. 216], the Debtors have been granted the authority to pay, in their discretion, certain tax liabilities that accrued prepetition. Accordingly, any unsecured priority claims based upon prepetition tax accruals that have been paid pursuant to the Taxes Order are not listed in Schedule E.

Furthermore, pursuant to the *Final Order (I) Authorizing the Debtors to (A) Pay Prepetition Employee Wages, Salaries, Other Compensation, and Reimbursable Employee Expenses, and (B) Continue Employee Benefits Programs and (II) Granting Related Relief* [Docket No. 213], the Debtors received final authority to pay certain prepetition obligations, including to pay employee wages and other employee benefits, in the ordinary course of business. The Debtors believe that certain non-insider employee claims for prepetition amounts related to ongoing payroll and benefits, whether allowable as a priority or nonpriority claim, have been satisfied, and such satisfied amounts are not listed. To the extent non-insider severance benefits have not been paid up to the statutory cap of $12,850 set forth in sections 507(a)(4) and 507(a)(5) of the Bankruptcy Code as of the date hereof, the unpaid portion of such priority amount has been listed on Schedule E and marked as "contingent." To the extent the Debtors later pay any of the priority amounts listed on Schedule E, the Debtors reserve all rights to amend or supplement

KE 53489932

the Schedules and Statements or to take other action, such as filing claims objections, as is necessary and appropriate to avoid overpayment or duplicate payments for such liabilities.

Moreover, in lieu of listing all of the Debtors' possible taxing authorities for notice purposes in Schedule E/F, the Debtors have only listed those taxing authorities with which the Debtors have pending audits.

The listing of a claim on Schedule E/F, Part 1, does not constitute an admission by the Debtors that such claim or any portion thereof is entitled to priority status.

Except as otherwise agreed pursuant to a stipulation or order entered by the Bankruptcy Court, the Debtors reserve their rights to dispute or challenge the validity or immunity from avoidance of any claim purported to be granted to a creditor listed on Schedule E/F. Moreover, although the Debtors have scheduled claims of various creditors, the Debtors reserve all rights to dispute or challenge any such creditor's claim or the characterization of the structure of any such transaction or any document or instrument related to such creditor's claim.

***Part 2 – Creditors with Nonpriority Unsecured Claims.*** The liabilities identified in Schedule E/F, Part 2, are derived from the Debtors' books and records. The Debtors made a reasonable attempt to set forth their unsecured obligations, although the actual amount of claims against the Debtors may vary from those liabilities represented on Schedule E/F, Part 2. The listed liabilities may not reflect the correct amount of any unsecured creditor's allowed claims or the correct amount of all unsecured claims.

To the extent the Debtors were unable to attribute a liability to a specific Debtor, the liability has been listed on Schedule E/F, Part 2, of Nine West Holdings, Inc.

Schedule E/F, Part 2, contains information regarding certain compensation-related claims of insiders of the Debtors, with such claims being listed as "contingent" and "unliquidated." In scheduling such claims, the Debtors make no representation or assertion as to the validity of such claims, and the Debtors reserve all rights, claims, and defenses in connection therewith.

Schedule E/F, Part 2, contains information regarding threatened or pending litigation involving the Debtors. The amounts for these potential claims are listed as "undetermined" and are marked as contingent, unliquidated, and disputed in the Schedules and Statements.

Schedule E/F, Part 2, reflects certain prepetition amounts owing to counterparties to executory contracts and unexpired leases. Such prepetition amounts, however, may be paid in connection with the assumption or assumption and assignment of an executory contract or unexpired lease. In addition, Schedule E/F, Part 2, does not include claims that may arise in connection with the rejection of any executory contracts and unexpired leases, if any, that may be or have been rejected.

KE 53489932

In the ordinary course of business, the Debtors have retained certain customer prepayments and advances. Given the volume of such prepayments and advances and their confidential nature, the Debtors have not listed such prepayments and advances on Schedule E/F, Part 2. A more thorough description of the Debtors' customer relationships is set forth in the *Debtors' Motion for Entry of Interim and Final Orders (A) Authorizing the Debtors to Maintain and Administer Their Existing Customer Programs and Honor Certain Prepetition Obligations Related Thereto and (B) Granting Related Relief* [Docket No. 10].

In many cases, the claims listed on Schedule E/F, Part 2, arose, accrued, or were incurred on various dates or on a date or dates that are unknown to the Debtors or are subject to dispute. Where the determination of the date on which a claim arose, accrued, or was incurred would be unduly burdensome and costly to the Debtors' estates, the Debtors have not listed a specific date or dates for such claim.

As of the time of filing of the Schedules and Statements, the Debtors have not received all invoices for payables, expenses, and other liabilities that may have accrued prior to the Petition Date. Accordingly, the information contained in Schedules D and E/F may be incomplete. The Debtors reserve their rights, but undertake no obligations, to amend Schedules D and E/F if, or when, the Debtors receive such invoices.

(g)  **Schedule G – Executory Contracts and Unexpired Leases.** Although reasonable efforts have been made to ensure the accuracy of Schedule G, inadvertent errors or omissions may have occurred. Additionally, in certain instances, executory contracts and unexpired leases may be omitted due to their confidential nature but can be made available to the office of the United States Trustee for the Southern District of New York on a confidential basis. Additionally, relationships between the Debtors and their customers are often governed by a master services agreement, under which customers also place work and purchase orders, which may be considered executory contracts. The Debtors believe that disclosure of all of these purchase and work orders would be impracticable and unduly burdensome. Accordingly, to the extent the Debtors have determined to disclose non-confidential master services agreements in Schedule G, purchase and work orders placed thereunder may have been omitted.

Listing a contract or agreement on Schedule G does not constitute an admission that such contract or agreement is an executory contract or unexpired lease or that such contract or agreement was in effect on the Petition Date or is valid or enforceable. Expired contracts and leases may have also been inadvertently included. The Debtors hereby reserve all of their rights to dispute the validity, status, or enforceability of any contracts, agreements, or leases set forth in Schedule G and to amend or supplement such Schedule as necessary. Certain of the leases and contracts listed on Schedule G may contain renewal options, guarantees of payment, indemnifications, options to purchase, rights of first refusal, and other miscellaneous rights. Such rights, powers, duties, and obligations are not set forth separately on Schedule G. In addition, the Debtors may have entered into

13

various other types of agreements in the ordinary course of their business, such as supplemental agreements and letter agreements, which documents may not be set forth in Schedule G.  The Debtors reserve the right to dispute the effectiveness of any such contract listed on Schedule G or to amend Schedule G at any time to remove any contract.

The Debtors reserve all rights to dispute or challenge the characterization of any transaction or any document or instrument related to a creditor's claim.

In some cases, the same supplier or provider may appear multiple times in Schedule G.  Multiple listings, if any, reflect distinct agreements between the applicable Debtor and such supplier or provider.

Omission of a contract or agreement from Schedule G does not constitute an admission that such omitted contract or agreement is not an executory contract or unexpired lease.  The Debtors' rights under the Bankruptcy Code with respect to any such omitted contracts or agreements are not impaired by the omission.  Certain Debtors are guarantors and parties to guaranty agreements regarding the Debtors' prepetition credit facility.  The guaranty obligations arising under these agreements are reflected on Schedules D and F only.

(h)    **Schedule H – Co-Debtors.**  For purposes of Schedule H, only the agent under the prepetition credit facility or counterparties that are subject to a guaranty are listed as co-Debtors on Schedule H.  The Debtors have not listed any litigation-related co-Debtors on Schedule H.  Instead, all such listings can be found on Schedules E/F.

6.    **Specific Statements Disclosures.**

(a)    **Statements, Part 1, Questions 1 and 2 – Income and Non-business Revenue.**  Amounts listed for the current fiscal year are through April 7, 2018, rather than the Petition Date.

(b)    **Statements, Part 2, Questions 3 and 4 – Payments to Certain Creditors.**  Prior to the Petition Date, the Debtors maintained an integrated cash management system through which the Debtors made certain payments on behalf of their other affiliated entities.  Consequently, nearly all[2] payments to creditors and insiders listed in response to Questions 3 and 4 on each of the Statements reflect payments made by Nine West Holdings, Inc. on behalf of the corresponding Debtor entity, pursuant to the Debtors' cash management system described in the Cash Management Motion.  Moreover, due to the Debtors' historical reporting practices, the clearing dates for certain transactions may reflect the date the transaction was entered rather than the date the cash cleared the Debtors' account.

---

[2]    As reflected in its Statements, Nine West Development LLC makes payments on its own behalf, with the exception of payments listed on Statement 11.

For the purposes of these Statements, the Debtors used April 6, 2018, as the Petition Date.  Any cash transfers made by the Debtors on such date, but prior to the actual filing of these chapter 11 cases, are reflected herein as occurring prepetition.

Payments made to Alvarez & Marsal North America LLC are reflected in the Debtors' responses to Question 11.  Payments made by Alvarez & Marsal to Ralph Schipani are not listed in response to Question 4.   Further, to streamline expense reimbursement and reduce attendant costs, the Debtors provided Ralph Schipani with a corporate card and access to a centralized Business Travel Account for booking airfare.  In the interest of additional disclosure and out of an abundance of caution, payments made by the Debtors for the use of the corporate card or for travel booked through the Business Travel Account are listed in response to Question 4.

(c)     **Statements, Part 2, Question 6 – Setoffs.**  For a discussion of setoffs and nettings incurred by the Debtors, refer to paragraph 4(r) of these Global Notes.

(d)     **Statements, Part 6, Question 11 – Payments Related to Bankruptcy.**  The attachment to Question 11 of Nine West Holdings, Inc.'s Statement reflects payments to professionals made from the Debtors' main concentration account, which is owned by Nine West Holdings, Inc., on behalf of the ten other Debtor entities on a consolidated basis.  The Debtors believe that it would be an inefficient use of the assets of the estates to allocate these payments on a Debtor-by-Debtor basis.  The response to Question 11 in each of the Statements thus refers to the attachment to Question 11 of Nine West Holdings, Inc.'s Statement.  In addition, in the interest of additional disclosure and out of an abundance of caution, the Debtors have included all payments to applicable professionals, including payments unrelated to bankruptcy (e.g., for corporate, intellectual property, and litigation-related professional fees and expenses).

(e)     **Statements, Part 12, Questions 22–24 – Details About Environmental Information.**  The Debtors have made commercially reasonable efforts to identify the requested information for: (i) material judicial and administrative proceedings; (ii) notices of potential material liability or material violations; and (iii) governmental notifications of material releases, in each case, initiated, pending, or received within approximately five (5) years from the filing date, except with respect to known state or federal hazardous off-site waste disposal sites designated under the Superfund law or state equivalents for which the Debtors disregarded a lookback period.  The Debtors acknowledge the possibility that information related to material proceedings, notices and governmental notifications responsive to Statements, Part 12, Questions 22–24, may be discovered subsequent to the filing of the Schedules and Statements.  The Debtors reserve the right to supplement or amend this response in the future if additional information becomes available.

(f)     **Statements, Part 13, Question 26 – Books, Records, and Financial Statements.**  The Debtors provide certain parties, such as banks, auditors, potential investors, vendors, and financial advisors, with financial statements that may not be part of a

15

public filing.  The Debtors do not maintain complete lists or other records tracking such disclosures.  Therefore, the Debtors have not provided full lists of these parties in their response to Statement Question 26, but have included parties who received audited financial statements.

(g)     **Statements, Part 13, Question 27 – Inventories.**  The Debtors inventory product at their various distribution centers on a regular basis (including, in many scenarios, on a daily basis).  In an effort to reduce the volume of disclosures that would be otherwise applicable, the Debtors have omitted such daily cycle counts conducted by the distribution centers.

(h)     **Statements, Part 13, Question 30 – Payments, Distributions, or Withdrawals Credited or Given to Insiders.**  Distributions by the Debtors to their respective directors and officers are listed on the attachment to Questions 3 and 4.  Certain directors and executive officers of the Debtors are also directors and executive officers of certain Debtor and non-Debtor affiliates.  To the extent payments to such individuals are not listed in the response to Questions 3 and 4 on the Statements for such Debtor affiliates, they did not receive payment for their services as directors or executive officers of these entities.  Certain of the Debtors' directors and executive officers received distributions net of tax withholdings in the year preceding the Petition Date.  The amounts listed under Questions 3 and 4 reflect the gross amounts paid to such directors and executive officers, rather than the net amounts after deducting for tax withholdings.

*        *        *        *        *

16

**Fill in this information to identify the case:**

Debtor name   NINE WEST HOLDINGS, INC.

United States Bankruptcy Court for the: Southern                District of New York

Case number (If known):   18-10947

☐ Check if this is an
amended filing

Official Form 206Sum

# Summary of Assets and Liabilities for Non-Individuals

12/15

## Part 1:   Summary of Assets

1. **Schedule A/B: Assets–Real and Personal Property** (Official Form 206A/B)

   1a. **Real property:**
     Copy line 88 from *Schedule A/B* ................................................................................

$ _____6,320,915.54_

   1b. **Total personal property:**
     Copy line 91A from *Schedule A/B* ...............................................................................

$ ____406,278,483.24_
+ undetermined amounts

   1c. **Total of all property:**
     Copy line 92 from *Schedule A/B* .................................................................................

$ ____412,599,398.78_
+ undetermined amounts

## Part 2:   Summary of Liabilities

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim*, from line 3 of *Schedule D* ...............................

$ ____563,326,062.00_
+ undetermined amounts

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
     Copy the total claims from Part 1 from line 5a of *Schedule E/F* ..........................................................

$ _____4,141,451.33_
+ undetermined amounts

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**
     Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F* ..........................................

+ $ __2,083,466,299.29_
+ undetermined amounts

4. **Total liabilities**.................................................................................................................................
   Lines 2 + 3a + 3b

$ __2,650,933,812.62_
+ undetermined amounts

**Fill in this information to identify the case:**

Debtor name ___NINE WEST HOLDINGS, INC._____

United States Bankruptcy Court for the: ___Southern_____ District of New York

Case number (If known): ___18-10947_____

☐ Check if this is an amended filing

Official Form 206A/B

# Schedule A/B: Assets — Real and Personal Property
12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

## Part 1: Cash and cash equivalents

1. **Does the debtor have any cash or cash equivalents?**

   ☐ No. Go to Part 2.
   ☒ Yes. Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|

2. **Cash on hand** — $ 39,552.59

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|
| 3.1. See Attached Rider | | | $ 1,714,380.87 |
| 3.2. | | | $ + undetermined amounts |

4. **Other cash equivalents** *(Identify all)*

| | |
|---|---|
| 4.1. None | $ 0.00 |
| 4.2. | $ |

5. **Total of Part 1** — $ 1,753,933.46
   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80. + undetermined amounts

## Part 2: Deposits and prepayments

6. **Does the debtor have any deposits or prepayments?**

   ☐ No. Go to Part 3.
   ☒ Yes. Fill in the information below.

| | Current value of debtor's interest |
|---|---|

7. **Deposits, including security deposits and utility deposits**

| Description, including name of holder of deposit | |
|---|---|
| 7.1. See Attached Rider | $ 5,331,919.70 |
| 7.2. | $ |

Debtor ___NINE WEST HOLDINGS, INC._____    Case number (*if known*)_18-10947_____
      Name

8. **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

    Description, including name of holder of prepayment

    8.1.  See Attached Rider _____    $_____6,129,736.50

    8.2._____    $_____

9. **Total of Part 2.**

    Add lines 7 through 8. Copy the total to line 81.    $_____11,461,656.20

## Part 3:   Accounts receivable

10. **Does the debtor have any accounts receivable?**

    ☐ No. Go to Part 4.

    ☒ Yes. Fill in the information below.

| | Current value of debtor's interest |
|---|---|

11. **Accounts receivable**

| | face amount | | doubtful or uncollectible accounts | | Current value of debtor's interest |
|---|---|---|---|---|---|
| 11a. 90 days old or less: | 66,873,320.03 | – | 28,213,387.35 | = ......➔ | $ 38,659,932.68 |
| 11b. Over 90 days old: | 13,796,929.00 | – | 8,712,514.15 | = ......➔ | $ 5,084,414.85 |

12. **Total of Part 3**

    Current value on lines 11a + 11b = line 12. Copy the total to line 82.    $_____43,744,347.53

## Part 4:   Investments

13. **Does the debtor own any investments?**

    ☐ No. Go to Part 5.

    ☒ Yes. Fill in the information below.

| | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|

14. **Mutual funds or publicly traded stocks not included in Part 1**

    Name of fund or stock:

| | Valuation method | Current value |
|---|---|---|
| 14.1. None | _____ | $ 0.00 |
| 14.2. _____ | _____ | $ _____ |

15. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

| Name of entity: | % of ownership: | | |
|---|---|---|---|
| 15.1. See Attached Rider | _____ % | _____ | $ 0.00 |
| 15.2._____ | _____ % | | $ + undetermined amounts |

16. **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

    Describe:

| | | |
|---|---|---|
| 16.1. None | _____ | $ 0.00 |
| 16.2._____ | _____ | $ _____ |

17. **Total of Part 4**

    Add lines 14 through 16. Copy the total to line 83.    $_____0.00
                         + undetermined amounts

Debtor    NINE WEST HOLDINGS, INC.                                 Case number (*if known*)  18-10947
          Name

## Part 5:    Inventory, excluding agriculture assets

18. **Does the debtor own any inventory (excluding agriculture assets)?**

☐ No. Go to Part 6.

☒ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 19. **Raw materials** | | | | |
| PIECE GOODS | MM / DD / YYYY | $ 77,282.79 | NET BOOK VALUE | $ 77,282.79 |
| 20. **Work in progress** | | | | |
| None | MM / DD / YYYY | $ | | $ 0.00 |
| 21. **Finished goods, including goods held for resale** | | | | |
| FINISHED GOODS | MM / DD / YYYY | $ 55,544,295.09 | NET BOOK VALUE | $ 55,544,295.09 |
| 22. **Other inventory or supplies** | | | | |
| SUPPLY INVENTORY | MM / DD / YYYY | $ 24,688.73 | NET BOOK VALUE | $ 24,688.73 |

23. **Total of Part 5**

Add lines 19 through 22. Copy the total to line 84.

$ 55,646,266.61

24. **Is any of the property listed in Part 5 perishable?**

☒ No

☐ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**

☐ No

☒ Yes. Book value ____Undetermined____ Valuation method_____ Current value____Undetermined____

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**

☒ No

☐ Yes

## Part 6:    Farming and fishing-related assets (other than titled motor vehicles and land)

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☒ No. Go to Part 7.

☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 28. **Crops—either planted or harvested** | | | |
| | $ | | $ |
| 29. **Farm animals** *Examples*: Livestock, poultry, farm-raised fish | | | |
| | $ | | $ |
| 30. **Farm machinery and equipment** (Other than titled motor vehicles) | | | |
| | $ | | $ |
| 31. **Farm and fishing supplies, chemicals, and feed** | | | |
| | $ | | $ |
| 32. **Other farming and fishing-related property not already listed in Part 6** | | | |
| | $ | | $ |

Debtor  NINE WEST HOLDINGS, INC.                               Case number (if known)  18-10947
        Name

33. **Total of Part 6.**

    Add lines 28 through 32. Copy the total to line 85.                           $_____0.00

34. **Is the debtor a member of an agricultural cooperative?**

    ☐ No

    ☐ Yes. Is any of the debtor's property stored at the cooperative?

        ☐ No
        ☐ Yes

35. **Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**

    ☐ No

    ☐ Yes. Book value $_____ Valuation method _____ Current value $_____

36. **Is a depreciation schedule available for any of the property listed in Part 6?**

    ☐ No
    ☐ Yes

37. **Has any of the property listed in Part 6 been appraised by a professional within the last year?**

    ☐ No
    ☐ Yes

---

**Part 7:    Office furniture, fixtures, and equipment; and collectibles**

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

    ☐ No. Go to Part 8.

    ☒ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. **Office furniture** | | | |
| FURNITURE & FIXTURES | $ 761,901.01 | NET BOOK VALUE | $ 761,901.01 |
| 40. **Office fixtures** | | | |
| PLEASE SEE RESPONSE TO SCHEDULE AB QUESTION 39. | $ | | $ |
| 41. **Office equipment, including all computer equipment and communication systems equipment and software** | | | |
| See Attached Rider | $ 12,534.59 | | $ 12,534.59 |
| 42. **Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |
| 42.1  None | $ | | $ 0.00 |
| 42.2 | $ | | $ |
| 42.3 | $ | | $ |

43. **Total of Part 7.**

    Add lines 39 through 42. Copy the total to line 86.                          $_____774,435.60

44. **Is a depreciation schedule available for any of the property listed in Part 7?**

    ☐ No
    ☒ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**

    ☒ No
    ☐ Yes

Debtor _____NINE WEST HOLDINGS, INC._____   Case number *(if known)*____18-10947_____
            Name

## Part 8:   Machinery, equipment, and vehicles

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No. Go to Part 9.

☒ Yes. Fill in the information below.

| General description<br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

47. **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles**

| | | | |
|---|---|---|---|
| 47.1 None | $_____ | _____ | $_____0.00 |
| 47.2_____ | $_____ | _____ | $_____ |
| 47.3_____ | $_____ | _____ | $_____ |
| 47.4_____ | $_____ | _____ | $_____ |

48. **Watercraft, trailers, motors, and related accessories** Examples: Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

| | | | |
|---|---|---|---|
| 48.1 None | $_____ | _____ | $_____0.00 |
| 48.2_____ | $_____ | _____ | $_____ |

49. **Aircraft and accessories**

| | | | |
|---|---|---|---|
| 49.1 None | $_____ | _____ | $_____0.00 |
| 49.2_____ | $_____ | _____ | $_____ |

50. **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

| | | | |
|---|---|---|---|
| See Attached Rider | $_____33,340.18 | _____ | $_____33,340.18 |

51. **Total of Part 8.**
Add lines 47 through 50. Copy the total to line 87.

$_____33,340.18

52. **Is a depreciation schedule available for any of the property listed in Part 8?**
☐ No
☒ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
☒ No
☐ Yes

Debtor _____NINE WEST HOLDINGS, INC._____     Case number (if known)___18-10947_____
                  Name

---

### Part 9:  Real property

54.  **Does the debtor own or lease any real property?**
   ☐ No. Go to Part 10.
   ☒ Yes. Fill in the information below.

55.  **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1 LEASEHOLD IMPRTS - 1411 BROADWAY<br>NEW YORK, NY 10018 | LEASED REAL PROPERTY | $ 6,320,915.54 | NET BOOK VALUE | $ 6,320,915.54 |
| 55.2 | | $ | | $ |
| 55.3 | | $ | | $ |
| 55.4 | | $ | | $ |
| 55.5 | | $ | | $ |
| 55.6 | | $ | | $ |

56.  **Total of Part 9.**
   Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.       $ 6,320,915.54

57.  **Is a depreciation schedule available for any of the property listed in Part 9?**
   ☐ No
   ☒ Yes

58.  **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
   ☒ No
   ☐ Yes

---

### Part 10:  Intangibles and intellectual property

59.  **Does the debtor have any interests in intangibles or intellectual property?**
   ☐ No. Go to Part 11.
   ☒ Yes. Fill in the information below.

| General description | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60. **Patents, copyrights, trademarks, and trade secrets**<br>See Attached Rider | $ 0.00 | | $ 0.00<br>+ undetermined amounts |
| 61. **Internet domain names and websites**<br>See Attached Rider | $ 0.00 | | $ 0.00<br>+ undetermined amounts |
| 62. **Licenses, franchises, and royalties**<br>See Attached Rider | $ 0.00 | | $ 0.00<br>+ undetermined amounts |
| 63. **Customer lists, mailing lists, or other compilations**<br>None | $ | | $ 0.00 |
| 64. **Other intangibles, or intellectual property**<br>None | $ | | $ 0.00 |
| 65. **Goodwill**<br>None | $ | | $ 0.00 |

66.  **Total of Part 10.**
   Add lines 60 through 65. Copy the total to line 89.       $ 0.00<br>+ undetermined amounts

---

Debtor __NINE WEST HOLDINGS, INC._____  Case number *(if known)* __18-10947_____
       Name

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)**?**

☒ No

☐ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

☒ No

☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**

☒ No

☐ Yes

### Part 11:  All other assets

70. **Does the debtor own any other assets that have not yet been reported on this form?**

Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No. Go to Part 12.

☒ Yes. Fill in the information below.

|  | Current value of debtor's interest |
|---|---|
| 71. **Notes receivable**<br>Description (include name of obligor)<br>None | |
| Total face amount − doubtful or uncollectible amount = ➜ | $_____0.00 |
| 72. **Tax refunds and unused net operating losses (NOLs)**<br>Description (for example, federal, state, local)<br>See Attached Rider | |
| Tax year _____ | $_____0.00<br>+ undetermined amounts |
| Tax year _____ | $_____ |
| Tax year _____ | $_____ |
| 73. **Interests in insurance policies or annuities**<br>See Attached Rider | $_____0.00<br>+ undetermined amounts |
| 74. **Causes of action against third parties** (whether or not a lawsuit has been filed)<br>See Attached Rider | $_____0.00<br>+ undetermined amounts |
| **Nature of claim** _____<br>**Amount requested** $_____ | |
| 75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**<br>Potential Estate Claims and Causes of Action, Including all Estate or Derivative Claims | $_____Undetermined |
| **Nature of claim** _____<br>**Amount requested** $___Undetermined | |
| 76. **Trusts, equitable or future interests in property**<br>None | $_____0.00 |
| 77. **Other property of any kind not already listed** *Examples:* Season tickets, country club membership<br>See Attached Rider | $_____292,864,503.66 |
| | $_____ |
| 78. **Total of Part 11.**<br>Add lines 71 through 77. Copy the total to line 90. | $_____292,864,503.66<br>+ undetermined amounts |

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

☒ No

☐ Yes

Debtor        NINE WEST HOLDINGS, INC.                                    Case number (if known)    18-10947
              Name

| Part 12: | Summary |
|---|---|

In Part 12 copy all of the totals from the earlier parts of the form.

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | $ 1,753,933.46 <br> + undetermined amounts | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $ 11,461,656.20 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $ 43,744,347.53 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $ 0.00 <br> + undetermined amounts | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $ 55,646,266.61 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $ 0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $ 774,435.60 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $ 33,340.18 | |
| 88. **Real property.** *Copy line 56, Part 9.* ................................➔ | | $ 6,320,915.54 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $ 0.00 <br> + undetermined amounts | |
| 90. **All other assets.** *Copy line 78, Part 11.* | ✚ $ 292,864,503.66 <br> + undetermined amounts | |
| 91. **Total.** Add lines 80 through 90 for each column. ..................91a. | $ 406,278,483.24 <br> + undetermined amounts | 91b. $ 6,320,915.54 |
| 92. **Total of all property on Schedule A/B.** Lines 91a + 91b = 92. ................................................................................................ | | $ 412,599,398.78 <br> + undetermined amounts |

Debtor Name: NINE WEST HOLDINGS, INC.                                    Case Number: 18-10947

**Assets - Real and Personal Property**

**Part 1, Question 3:** Checking, savings, money market, or financial brokerage accounts

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | Current value of debtor's interest |
|---|---|---|---|
| BANK OF AMERICA | CORPORATE RETAIL STORE BANKING | 3018 | $102,786.65 |
| BANK OF AMERICA | DISBURSEMENT - AP (VIA WIRES) | 3058 | Undetermined |
| BANK OF AMERICA | INVESTMENT | 1A23 | $102,864.01 |
| BANK OF AMERICA | LOCKBOX (#277512) | 2882 | $406,629.61 |
| BANK OF AMERICA | OPERATING ACCOUNT | 9362 | $239,195.84 |
| BANK OF AMERICA | RECEIPT - INTERNATIONAL | 3598 | $100,000.00 |
| BANK OF AMERICA | RETAIL STORE DEPOSITORY | 0494 | Undetermined |
| BANK OF AMERICA | RETAIL STORE DEPOSITORY | 1202 | Undetermined |
| BANK OF AMERICA | RETAIL STORE DEPOSITORY | 4135 | Undetermined |
| BANK OF AMERICA | RETAIL STORE DEPOSITORY | 4745 | Undetermined |
| BANK OF AMERICA | RETAIL STORE DEPOSITORY | 4758 | Undetermined |
| BANK OF AMERICA | RETAIL STORE DEPOSITORY | 5302 | Undetermined |
| BANK OF AMERICA | RETAIL STORE DEPOSITORY | 5796 | Undetermined |
| BANK OF AMERICA | RETAIL STORE DEPOSITORY | 5806 | Undetermined |
| BANK OF AMERICA | RETAIL STORE DEPOSITORY | 5952 | Undetermined |
| BANK OF AMERICA | RETAIL STORE DEPOSITORY | 6510 | Undetermined |
| BANK OF AMERICA | RETAIL STORE DEPOSITORY | 6648 | Undetermined |
| BANK OF AMERICA | RETAIL STORE DEPOSITORY | 6935 | Undetermined |
| BANK OF AMERICA | RETAIL STORE DEPOSITORY | 7060 | Undetermined |
| BANK OF AMERICA | RETAIL STORE DEPOSITORY | 7167 | Undetermined |
| BANK OF AMERICA | RETAIL STORE DEPOSITORY | 7219 | Undetermined |
| BANK OF AMERICA | RETAIL STORE DEPOSITORY | 7898 | Undetermined |
| BANK OF AMERICA | RETAIL STORE DEPOSITORY | 7908 | Undetermined |
| BANK OF AMERICA | RETAIL STORE DEPOSITORY | 7944 | Undetermined |
| BANK OF AMERICA | RETAIL STORE DEPOSITORY | 8978 | $44,325.43 |
| BANK OF HAWAII | RETAIL STORE DEPOSITORY | 0338 | Undetermined |
| BANK OF HAWAII | RETAIL STORE DEPOSITORY | 5654 | Undetermined |
| BB&T | RETAIL STORE DEPOSITORY | 4935 | $1,000.00 |
| CAPITAL ONE | RETAIL STORE DEPOSITORY | 4036 | $1,000.00 |
| CITIBANK | DISBURSEMENT - INVENTORY | 9196 | $67,022.12 |
| FIFTH THIRD BANK | RETAIL STORE DEPOSITORY | 9463 | $1,307.17 |

Debtor Name: NINE WEST HOLDINGS, INC.                                    Case Number: 18-10947

**Assets - Real and Personal Property**

**Part 1, Question 3:** Checking, savings, money market, or financial brokerage accounts

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | Current value of debtor's interest |
|---|---|---|---|
| FIVE STAR BANK | RETAIL STORE DEPOSITORY | 4215 | Undetermined |
| FROST NATIONAL BANK | RETAIL STORE DEPOSITORY | 1383 | $1,638.96 |
| HAMILTON STATE BANK | RETAIL STORE DEPOSITORY | 7557 | Undetermined |
| JP MORGAN CHASE | RETAIL STORE DEPOSITORY | 9834 | $382.92 |
| M&T BANK | RETAIL STORE DEPOSITORY | 8255 | $1,000.00 |
| MAINSOURCE BANK | RETAIL STORE DEPOSITORY | 5650 | Undetermined |
| NORTHEAST GEORGIA BANK | RETAIL STORE DEPOSITORY | 4805 | Undetermined |
| PNC BANK | RETAIL STORE DEPOSITORY | 4276 | $1,000.00 |
| PREMIER BANK | RETAIL STORE DEPOSITORY | 5188 | Undetermined |
| REGIONS BANK | RETAIL STORE DEPOSITORY | 2585 | $1,000.00 |
| SOUTH STATE BANK | RETAIL STORE DEPOSITORY | 6060 | Undetermined |
| SOUTH STATE BANK | RETAIL STORE DEPOSITORY | 8633 | Undetermined |
| SUNTRUST BANK | RETAIL STORE DEPOSITORY | 1340 | $2,642.75 |
| TD BANKNORTH | RETAIL STORE DEPOSITORY | 9130 | Undetermined |
| US BANK | RETAIL STORE DEPOSITORY | 1554 | Undetermined |
| US BANK | RETAIL STORE DEPOSITORY | 1673 | Undetermined |
| US BANK | RETAIL STORE DEPOSITORY | 1764 | Undetermined |
| WELLS FARGO | DISBURSEMENT - AP (VIA ACH) | 6820 | Undetermined |
| WELLS FARGO | DISBURSEMENT - AP (VIA CHECKS) | 7833 | Undetermined |
| WELLS FARGO | DISBURSEMENT - AP (VIA EDI) | 6833 | Undetermined |
| WELLS FARGO | DISBURSEMENT - PAYROLL | 4014 | Undetermined |
| WELLS FARGO | RECEIPT - CREDIT CARD | 6185 | Undetermined |
| WELLS FARGO | RECEIPT - EASY SPIRIT CREDIT CARD | 4094 | Undetermined |
| WELLS FARGO | RECEIPT - FROM INTERNATIONAL | 2531 | Undetermined |
| WELLS FARGO | RECEIPT - RETAIL BANKING | 8700 | Undetermined |
| WELLS FARGO | RECEIPTS - RETAIL (LOCKBOX) | 0583 | Undetermined |
| WELLS FARGO | UTILITIES ADEQUATE ASSURANCE | 7746 | Undetermined |
| WELLS FARGO | WF MASTER COLLECTIONS | 3990 | $448,545.64 |
| WELLS FARGO | WF MASTER OPERATING | 1550 | $192,039.77 |
| | | **TOTAL** | **$1,714,380.87 + undetermined amounts** |

Debtor Name: NINE WEST HOLDINGS, INC.                                    Case Number:  18-10947

**Assets - Real and Personal Property**

**Part 2, Question 7:** Deposits, including security deposits and utility deposits

| Description | Name of holder of deposit | Current value of debtor's interest |
|---|---|---|
| CHARGEBACK DEPOSIT | BANK OF AMERICA | $1,700,000.00 |
| SECURITY DEPOSIT | HARTFORTD | $2,905,975.70 |
| SECURITY DEPOSIT - 1441 BROADWAY 27TH FLOOR | LECHAR REALTY 1441 BROADWAY | $57,705.33 |
| SECURITY DEPOSIT - 1441 BROADWAY 28TH FLOOR | LECHAR REALTY 1441 BROADWAY | $60,041.67 |
| SECURITY DEPOSIT - FREIGHT | US BANK | $600,000.00 |
| STORAGE SECURITY DEPOSIT - WAIKELE PREMIUM OUTLETS 94-796 LUMIAINA STREET, WAIPAHU, HI | STORE 2626 | $1,435.00 |
| UTILITY SECURITY DEPOSIT - CITADEL OUTLET - 100 CIADEL DRIVE, COMMERCE CA | STORE 2712 | $1,000.00 |
| UTILITY SECURITY DEPOSIT - EDINBURGH OUTLETS - 3145 OUTLET DRIVE, EDINBURGH, IN | STORE 2671 | $890.00 |
| UTILITY SECURITY DEPOSIT - EDINBURGH OUTLETS - 3175 OUTLET DRIVE, EDINBURGH, IN | STORE 6953 | $545.00 |
| UTILITY SECURITY DEPOSIT - LEESBURG OUTLETS - 241 FORT EVANS RD, LEESBURG, VA | STORE 2694 | $1,126.00 |
| UTILITY SECURITY DEPOSIT - PALM BEACH OUTLETS - 1771 PALM BEACH LAKES BLVD, WEST PALM BEACH, FL | STORE 2871 | $240.00 |
| UTILITY SECURITY DEPOSIT - SHOPS AT LOUISVILE - 1155 BUCK CREEK, SIMPSONVILLE, KY | STORE 2867 | $1,670.00 |
| UTILITY SECURITY DEPOSIT - TANGER MEBANE - 4000 ARROWHEAD BLVD, MEBANE, SC | STORE 2855 | $745.00 |
| UTILITY SECURITY DEPOSIT - WILLIAMSBURG OUTLETS - 5709-60 RICHMOND RD, WILLIAMSBURG, VA | STORE 2884 | $546.00 |
| | **TOTAL** | **$5,331,919.70** |

Debtor Name:  NINE WEST HOLDINGS, INC.                                    Case Number:   18-10947

**Assets - Real and Personal Property**

**Part 2, Question 8:** Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent

| Description | Name of holder of prepayment | Current value of debtor's interest |
|---|---|---|
| MONEY NET PAY ADVANCE | MONEY NETWORK FUNDING | $4,675.52 |
| PREPAID INSURANCE | D&O - 6 YEAR | $26,704.08 |
| PREPAID INSURANCE | D&O $15M XS $25M RUN | $1,474.69 |
| PREPAID INSURANCE | D&O $15M XS $40M RUN | $884.81 |
| PREPAID INSURANCE | EPL | $28,101.84 |
| PREPAID INSURANCE | SCR | $125.68 |
| PREPAID INSURANCE | SPECIAL RISK | $445.12 |
| PREPAID INSURANCE | SPECIAL RISKS | $150.02 |
| PREPAID INSURANCE | WILLIS 3/18-5/18 | $13,712.03 |
| PREPAID INSURANCE | WILLIS 4/14 - 3/20 | $76,591.23 |
| PREPAID INSURANCE | WILLIS 4/14 - 3/20 | $15,457.92 |
| PREPAID INSURANCE | WILLIS D&) RUN OFF PRIMARY | $4,469.94 |
| PREPAID INSURANCE | WILLIS D&O $10M XS $55M RUN | $576.55 |
| PREPAID INSURANCE | WILLIS EPL RUN-OFF | $346.00 |
| PREPAID MAINTENANCE | CAUCHO TECHNOLOGY | $2,186.67 |
| PREPAID MAINTENANCE | DEMANDWARE | $155,025.00 |
| PREPAID MAINTENANCE | DYNAMIC YIELD | $4,491.13 |
| PREPAID MAINTENANCE | LOG-NET 2/18-1/19 | $5,588.23 |
| PREPAID MAINTENANCE | LOG-NET 8/17-7/18 | $1,181.49 |
| PREPAID MAINTENANCE | MINISOFT | $184.21 |
| PREPAID MAINTENANCE | MVP SYSTEMS | $475.00 |
| PREPAID MAINTENANCE | SMARTBEAR | $7,430.71 |
| PREPAID MAINTENANCE | TEALIUM | $28,875.01 |
| PREPAID MAINTENANCE | ZENDESK | $6,350.11 |
| PREPAID MARKETING FIXTURES | AMORTIZATION | $1,504,823.83 |
| PREPAID MARKETING FIXTURES | AMORTIZATION | $204,936.57 |
| PREPAID MARKETING FIXTURES | AMORTIZATION | $221,485.84 |
| PREPAID OTHER | 17/18 TRADESHOW | $8,125.00 |
| PREPAID OTHER | FASHION JEWELRY & ACCESSORIES TRADE ASSOCIATION | $7,500.01 |
| PREPAID OTHER | LOG-NET 2/18-5/18 | $1,207.04 |
| PREPAID OTHER | LOG-NET 3/18-5/18 | $206.09 |
| PREPAID OTHER | MORGAN STANLEY SENIOR FUNDING TERM LOANS FEES | $31,250.91 |
| PREPAID OTHER | NATIONWIDE | $1,928.50 |
| PREPAID OTHER | OLIVIA CULPO | $40,000.00 |
| PREPAID OTHER | POWER REVIEWS INC | $19,962.82 |
| PREPAID OTHER | SALSIFY INC | $9,120.00 |
| PREPAID OTHER | SALSIFY INC | $10,260.00 |
| PREPAID OTHER | TIBCO 1/18-3/18 | $12,916.67 |
| PREPAID OTHER | TIBCO 4/18-3/19 | $110,916.67 |
| PREPAID OTHER | Z MAGS | $37,500.00 |
| PREPAID RE TAXES | NYC | $145,312.87 |
| PREPAID RENT | 1411 IC SIC PROPERTY LLC | $652,223.25 |

Debtor Name: NINE WEST HOLDINGS, INC.                                    Case Number:   18-10947

**Assets - Real and Personal Property**

**Part 2, Question 8:** Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent

| Description | Name of holder of prepayment | Current value of debtor's interest |
|---|---|---|
| PREPAID RENT | PREPAID RENT ES STORES | $186,899.40 |
| PREPAID RENT | PREPAID RENT NW STORES | $1,069,080.74 |
| PREPAID ROYALTIES | CHAPS | $7,500.00 |
| PREPAID ROYALTIES | DKNY | $92,000.00 |
| PREPAID ROYALTIES | GIVENCHY | $337,500.00 |
| PREPAID ROYALTIES | IVANKA TRUMP | $19,330.00 |
| PREPAID ROYALTIES | JENNY P | $50,500.00 |
| PREPAID ROYALTIES | LAUREN | $132,000.00 |
| PREPAID ROYALTIES | MARCHESA | $198,250.00 |
| PREPAID SALES USE TAX | FLORIDA | $40,000.00 |
| PREPAID SALES USE TAX | GEORGIA | $4,463.80 |
| PREPAID SALES USE TAX | GEORGIA | $5,917.12 |
| PREPAID SALES USE TAX | NEW YORK | $12,800.00 |
| PREPAID SALES USE TAX | NEW YORK | $5,100.00 |
| PREPAID SALES USE TAX | NEW YORK | $2,500.00 |
| PREPAID SALES USE TAX | NEW YORK | $11,300.00 |
| PREPAID SALES USE TAX | NEW YORK | $9,700.00 |
| PREPAID SALES USE TAX | OHIO | $5,586.48 |
| PREPAID STATE INCOME TAXES | TAX ENTRY | $415,941.70 |
| TRANSIT CHK ADVANCE | WAGE WORKS | $118,188.20 |
| | **TOTAL** | **$6,129,736.50** |

Debtor Name: NINE WEST HOLDINGS, INC.                                          Case Number: 18-10947

**Assets - Real and Personal Property**

**Part 4, Question 15:** Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture

| Name of Entity | % of ownership | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| NINE WEST DEVELOPMENT LLC | 100 | MARKET VALUE | Undetermined |
| NINE WEST DISTRIBUTION LLC | 100 | MARKET VALUE | Undetermined |
| NINE WEST GROUP INTERNATIONAL LIMITED | 100 | MARKET VALUE | Undetermined |
| NINE WEST JEANSWEAR HOLDING LLC | 100 | MARKET VALUE | Undetermined |
| NINE WEST MANAGEMENT SERVICE LLC | 100 | MARKET VALUE | Undetermined |
| | | **TOTAL** | **$0.00**<br>**+ undetermined amounts** |

Debtor Name:          NINE WEST HOLDINGS, INC.                                    Case Number:          18-10947

**Assets - Real and Personal Property**

**Part 7, Question 41:** Office equipment, including all computer equipment and communication systems equipment and software

| General description | Basis | Depreciation | Net book value of debtor's interest | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|---|
| COMPUTER EQUIPMENT | $46,372.68 | ($43,323.37) | $3,049.31 | NET BOOK VALUE | $3,049.31 |
| SOFTWARE | $28,610.00 | ($19,124.72) | $9,485.28 | NET BOOK VALUE | $9,485.28 |
| | | | | TOTAL | $12,534.59 |

| Debtor Name: | NINE WEST HOLDINGS, INC. | | Case Number: | 18-10947 |

**Assets - Real and Personal Property**

**Part 8, Question 50:** Other machinery, fixtures, and equipment (excluding farm machinery and equipment)

| General description | Basis | Depreciation | Net book value of debtor's interest | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|---|
| CONSTRUCTION IN PROGRESS | $576,426.83 | $0.00 | $4,611.31 | NET BOOK VALUE | $4,611.31 |
| MACHINERY & EQUIPMENT | $72,600.00 | ($43,871.13) | $28,728.87 | NET BOOK VALUE | $28,728.87 |
| | | | | TOTAL | $33,340.18 |

Debtor Name: NINE WEST HOLDINGS, INC.                                        Case Number: 18-10947

**Assets - Real and Personal Property**

**Part 10, Question 60:** Patents, copyrights, trademarks, and trade secrets

| General description | Net book value of debtor's interest | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| ASSIGNMENT OF TEXTILE PRINT DESIGN JA2827 DP1301T [04-2013] | Undetermined | NET BOOK VALUE | Undetermined |
| ASSIGNMENT OF TEXTILE PRINT DESIGN PER 1238 [2013] | Undetermined | NET BOOK VALUE | Undetermined |
| COPYRIGHT AND DESIGN SERVICES AGREEMENT | Undetermined | NET BOOK VALUE | Undetermined |
| COPYRIGHT ASSIGNMENT OF PRINTS | Undetermined | NET BOOK VALUE | Undetermined |
| COPYRIGHT DESIGNS: 40-0181-SS; 33-1181-ZB [2-18-2015] | Undetermined | NET BOOK VALUE | Undetermined |
| COPYRIGHT NO. - VA0001790049; DATED 2011-09-20 | Undetermined | NET BOOK VALUE | Undetermined |
| COPYRIGHT NO. - VA0001826479; DATED 2012-06-12 | Undetermined | NET BOOK VALUE | Undetermined |
| COPYRIGHT NO. - VA0001826482; DATED 2012-06-12 | Undetermined | NET BOOK VALUE | Undetermined |
| COPYRIGHT NO. - VA0001836796; DATED 2012-08-28 | Undetermined | NET BOOK VALUE | Undetermined |
| COPYRIGHT NO. - VA0001866734; DATED 2013-03-22 | Undetermined | NET BOOK VALUE | Undetermined |
| CREPS 137 - TOM 3071 | Undetermined | NET BOOK VALUE | Undetermined |
| CREPS 2364 - 1187 - 11929 | Undetermined | NET BOOK VALUE | Undetermined |
| PATENT APPLICATION - APPLICATOR; PATENT NO. D716655; DATED 11/4/2014 | Undetermined | NET BOOK VALUE | Undetermined |
| PATENT APPLICATION - BOTTLE HAVING AN APPLICATOR; PATENT NO. D761114; DATED - 7/12/2016 | Undetermined | NET BOOK VALUE | Undetermined |
| TEXTILE PRINT DESIGN "EDLAP4808" [3-1-2013] NINE WEST | Undetermined | NET BOOK VALUE | Undetermined |
| TEXTILE PRINT DESIGN "EDRHP6582" (BUTTERFLY PRINT) [3-1-2013] NINE WEST | Undetermined | NET BOOK VALUE | Undetermined |
| TEXTILE PRINT DESIGN "EDVZP7722" [3-1-2013] NINE WEST | Undetermined | NET BOOK VALUE | Undetermined |
| TEXTILE PRINT DESIGN 07-0483-AV (GEM PRINT) [3-3-2013] | Undetermined | NET BOOK VALUE | Undetermined |
| TEXTILE PRINT DESIGN 19-1461-LB [3-3-2013] | Undetermined | NET BOOK VALUE | Undetermined |
| TEXTILE PRINT DESIGN 22-1387-GK (GEO PLAID) [3-3-2013] | Undetermined | NET BOOK VALUE | Undetermined |
| TEXTILE PRINT DESIGN 23-1481-EC [11-125-2013] | Undetermined | NET BOOK VALUE | Undetermined |
| TEXTILE PRINT DESIGN CREPS 6419 [11-11-2013] | Undetermined | NET BOOK VALUE | Undetermined |
| TEXTILE PRINT DESIGN NAT 017) [2013] | Undetermined | NET BOOK VALUE | Undetermined |
| TEXTILE PRINT DESIGN SAND 7015) [2013] | Undetermined | NET BOOK VALUE | Undetermined |
| TEXTILE PRINT DESIGN TV1937 (UTOPIA OR STARSTRUCK) [2013 | Undetermined | NET BOOK VALUE | Undetermined |
| | | TOTAL | $0.00 <br> + undetermined amounts |

Debtor Name: NINE WEST HOLDINGS, INC.                                             Case Number: 18-10947

**Assets - Real and Personal Property**

**Part 10, Question 61:** Internet domain names and websites

| General description | Net book value of debtor's interest | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 9ANDCO.US | Undetermined | NET BOOK VALUE | Undetermined |
| 9-AND-CO.US | Undetermined | NET BOOK VALUE | Undetermined |
| 9CO.US | Undetermined | NET BOOK VALUE | Undetermined |
| 9-CO.US | Undetermined | NET BOOK VALUE | Undetermined |
| 9WEST.ASIA | Undetermined | NET BOOK VALUE | Undetermined |
| 9-WEST.ASIA | Undetermined | NET BOOK VALUE | Undetermined |
| 9WEST.US | Undetermined | NET BOOK VALUE | Undetermined |
| 9-WEST.US | Undetermined | NET BOOK VALUE | Undetermined |
| AKANNEKLEIN.ASIA | Undetermined | NET BOOK VALUE | Undetermined |
| AKANNEKLEIN.COM.TR | Undetermined | NET BOOK VALUE | Undetermined |
| ANNEKLEIN.US | Undetermined | NET BOOK VALUE | Undetermined |
| ANNEKLEINNEWYORK.ASIA | Undetermined | NET BOOK VALUE | Undetermined |
| ANNEKLEINSHOES.US | Undetermined | NET BOOK VALUE | Undetermined |
| BANDOLINO.ASIA | Undetermined | NET BOOK VALUE | Undetermined |
| BANDOLINO.US | Undetermined | NET BOOK VALUE | Undetermined |
| BARNEYSNEWYORK.DE | Undetermined | NET BOOK VALUE | Undetermined |
| CIRCAJOANANDDAVID.ASIA | Undetermined | NET BOOK VALUE | Undetermined |
| CLOUD9NINEWEST.US | Undetermined | NET BOOK VALUE | Undetermined |
| CLOUDNINE.US | Undetermined | NET BOOK VALUE | Undetermined |
| CLOUD-NINE.US | Undetermined | NET BOOK VALUE | Undetermined |
| DENIMNATION.COM | Undetermined | NET BOOK VALUE | Undetermined |
| EASYSPIRIT.ASIA | Undetermined | NET BOOK VALUE | Undetermined |
| EASYSPIRITSHOESS.US | Undetermined | NET BOOK VALUE | Undetermined |
| ENZOANGIOLINI.ASIA | Undetermined | NET BOOK VALUE | Undetermined |
| ENZOANGIOLINI.COM.TR | Undetermined | NET BOOK VALUE | Undetermined |
| EVANPICONE.ASIA | Undetermined | NET BOOK VALUE | Undetermined |
| EVAN-PICONE.ASIA | Undetermined | NET BOOK VALUE | Undetermined |
| JOANANDDAVID.ASIA | Undetermined | NET BOOK VALUE | Undetermined |
| JUDITHJACK.ASIA | Undetermined | NET BOOK VALUE | Undetermined |
| KASPER.ASIA | Undetermined | NET BOOK VALUE | Undetermined |
| NAPIER.ASIA | Undetermined | NET BOOK VALUE | Undetermined |

Debtor Name: NINE WEST HOLDINGS, INC.                                    Case Number: 18-10947

**Assets - Real and Personal Property**

**Part 10, Question 61:** Internet domain names and websites

| General description | Net book value of debtor's interest | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| NINEANDCOMPANY.CC | Undetermined | NET BOOK VALUE | Undetermined |
| NINEANDCOMPANY.US | Undetermined | NET BOOK VALUE | Undetermined |
| NINE-AND-COMPANY.US | Undetermined | NET BOOK VALUE | Undetermined |
| NINECOMPANY.US | Undetermined | NET BOOK VALUE | Undetermined |
| NINE-COMPANY.US | Undetermined | NET BOOK VALUE | Undetermined |
| NINE-WEST.ASIA | Undetermined | NET BOOK VALUE | Undetermined |
| NINEWEST.IN | Undetermined | NET BOOK VALUE | Undetermined |
| NINEWEST.JP | Undetermined | NET BOOK VALUE | Undetermined |
| NINEWEST.TW | Undetermined | NET BOOK VALUE | Undetermined |
| NINEWEST.US | Undetermined | NET BOOK VALUE | Undetermined |
| NINE-WEST.US | Undetermined | NET BOOK VALUE | Undetermined |
| NINEWESTHANDBAGS.US | Undetermined | NET BOOK VALUE | Undetermined |
| NINEWESTOUTLET.COM | Undetermined | NET BOOK VALUE | Undetermined |
| NINEWESTOUTLET.US | Undetermined | NET BOOK VALUE | Undetermined |
| NINEWESTSHOES.US | Undetermined | NET BOOK VALUE | Undetermined |
| NINEWESTSPAIN.COM | Undetermined | NET BOOK VALUE | Undetermined |
| OJG.COM | Undetermined | NET BOOK VALUE | Undetermined |
| PAPPAGALLO.US | Undetermined | NET BOOK VALUE | Undetermined |
| QUINCEYMACK.COM | Undetermined | NET BOOK VALUE | Undetermined |
| RTJAMES.COM | Undetermined | NET BOOK VALUE | Undetermined |
| THEJEWELRYGROUP.COM | Undetermined | NET BOOK VALUE | Undetermined |
| TJGROUP.COM | Undetermined | NET BOOK VALUE | Undetermined |
| WWW.LONNALILLY.COM/ | Undetermined | NET BOOK VALUE | Undetermined |
| WWW.THEJEWELRYGROUP.COM | Undetermined | NET BOOK VALUE | Undetermined |
| | | **TOTAL** | **$0.00**<br>**+ undetermined amounts** |

Debtor Name: NINE WEST HOLDINGS, INC.                                                          Case Number: 18-10947

**Assets - Real and Personal Property**

**Part 10, Question 62:** Licenses, franchises, and royalties

| General description | Net book value of debtor's interest | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| AMENDED AND RESTATED DISTRIBUTION AND LICENSE AGREEMENT, DATED AS OF DECEMBER 31, 2006, BY AND AMONG NINE WEST DEVELOPMENT LLC, NINE WEST HOLDINGS, INC. AND FORUS S.A. | Undetermined | NET BOOK VALUE | Undetermined |
| AMENDED AND RESTATED DISTRIBUTION AND LICENSE AGREEMENT, DATED AS OF NOVEMBER 17, 2007, BY AND AMONG NINE WEST DEVELOPMENT CORPORATION, NINE WEST FOOTWEAR CORPORATION, AND STARWAY LIMITED. | Undetermined | NET BOOK VALUE | Undetermined |
| DISTRIBUTION AGREEMENT DATED AS OF JULY 1, 2016 BY AND BETWEEN NINE WEST HOLDINGS, INC. AND COMERCIALIZADORA E-AKLUCK, SA DE CV. | Undetermined | NET BOOK VALUE | Undetermined |
| DISTRIBUTION AGREEMENT DATED AS OF JULY 1, 2016 BY AND BETWEEN NINE WEST HOLDINGS, INC. AND SHANGHAI YOU ZHOU CLOCK AND WATCH CO., LTD. | Undetermined | NET BOOK VALUE | Undetermined |
| DISTRIBUTION AGREEMENT DATED AS OF SEPTEMBER 1, 2015 BY AND BETWEEN NINE WEST HOLDINGS, INC. AND TLKE LIMITED | Undetermined | NET BOOK VALUE | Undetermined |
| DISTRIBUTION AND LICENSE AGREEMENT, DATED AS OF AUGUST 1, 2016, BY AND AMONG NINE WEST DEVELOPMENT LLC, NINE WEST HOLDINGS, INC., AND SPORT NEGOCE INTERNATIONAL. | Undetermined | NET BOOK VALUE | Undetermined |
| DISTRIBUTION AND LICENSE AGREEMENT, DATED AS OF JANUARY 1, 2015, BY AND AMONG NINE WEST DEVELOPMENT LLC, NINE WEST HOLDINGS, INC., AND FAWAZ ABDULAZIZ ALHOKAIR & CO SJSC. | Undetermined | NET BOOK VALUE | Undetermined |
| DISTRIBUTION AND LICENSE AGREEMENT, DATED AS OF JANUARY 1, 2015, BY AND AMONG NINE WEST DEVELOPMENT LLC, NINE WEST HOLDINGS, INC., AND LOGISTICS FASHION TRADING DWC, DWC-LLC. | Undetermined | NET BOOK VALUE | Undetermined |
| DISTRIBUTION AND LICENSE AGREEMENT, DATED AS OF JANUARY 1, 2018 BY AND AMONG NINE WEST DEVELOPMENT LLC, NINE WEST HOLDINGS, INC. AND FATALES. | Undetermined | NET BOOK VALUE | Undetermined |
| DISTRIBUTION AND LICENSE AGREEMENT, DATED AS OF JULY 1, 2016, BY AND AMONG NINE WEST DEVELOPMENT LLC, NINE WEST HOLDINGS, INC., AND RETAIL GROUP S.A.L. | Undetermined | NET BOOK VALUE | Undetermined |

Debtor Name: NINE WEST HOLDINGS, INC.                                                  Case Number: 18-10947

**Assets - Real and Personal Property**

**Part 10, Question 62:** Licenses, franchises, and royalties

| General description | Net book value of debtor's interest | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| DISTRIBUTION AND LICENSE AGREEMENT, DATED AS OF JULY 17, 2000, BY AND AMONG GRI ASIA LTD., GLOBAL RETAIL (ASIA) INCORPORATED, NINE WEST DEVELOPMENT CORPORATION AND JAG FOOTWEAR, ACCESSORIES AND RETAIL CORPORATION. | Undetermined | NET BOOK VALUE | Undetermined |
| DISTRIBUTION AND LICENSE AGREEMENT, DATED AS OF JUNE 24, 1999, BY AND AMONG APPAREL FZCO, NINE WEST DEVELOPMENT LLC, AND NINE WEST HOLDINGS, INC. | Undetermined | NET BOOK VALUE | Undetermined |
| DISTRIBUTION AND LICENSE AGREEMENT, DATED AS OF JUNE 30, 2000, BY AND AMONG INDUSTRIAS PIAGUI, S.A. DE C.V., WEST-MEX, S.A. DE C.V., JONES INVESTMENT CO. INC., NINE WEST DEVELOPMENT CORPORATION, AND JAG FOOTWEAR, ACCESSORIES AND RETAIL CORPORATION. | Undetermined | NET BOOK VALUE | Undetermined |
| DISTRIBUTION AND LICENSE AGREEMENT, DATED AS OF JUNE 9, 2010, BY AND AMONG BEOSPORT SYSTEMS, D.O.O., NINE WEST DEVELOPMENT LLC AND NINE WEST HOLDINGS, INC. | Undetermined | NET BOOK VALUE | Undetermined |
| SECOND AMENDED AND RESTATED DISTRIBUTION AND LICENCE AGREEMENT, DATED AS OF AUGUST 1, 2015, BY AND AMONG NINE WEST DEVELOPMENT LLC, NINE WEST HOLDINGS, INC. AND THE HOUSE OF BUSBY PROPRIETARY LIMITED. | Undetermined | NET BOOK VALUE | Undetermined |
| SUPPLY AGREEMENT DATED AS OF JULY 27, 2017 BY AND AMONG NINE WEST DEVELOPMENT LLC, NINE WEST HOLDINGS, INC. AND MAXIMA GROUP LLC | Undetermined | NET BOOK VALUE | Undetermined |
| | | **TOTAL** | **$0.00** **+ undetermined amounts** |

Debtor Name: NINE WEST HOLDINGS, INC.                                      Case Number:   18-10947

**Assets - Real and Personal Property**

**Part 11, Question 72:** Tax refunds and unused net operating losses (NOLs)

| Description | Tax year | Current value of debtor's interest |
|---|---|---|
| FEDERAL NOL FOR 2013 FOR APPROXIMATELY $2,257,097 | 2013 | Undetermined |
| FEDERAL NOL FOR 04/08/2014 FOR APPROXIMATELY $17,574,184 | 04/08/2014 | Undetermined |
| FEDERAL NOL FOR 12/31/2014 FOR APPROXIMATELY $205,419,337 | 12/31/2014 | Undetermined |
| FEDERAL NOL FOR 2015 FOR APPROXIMATELY $147,280,024 | 2015 | Undetermined |
| FEDERAL NOL FOR 2016 FOR APPROXIMATELY $60,095,553 | 2016 | Undetermined |
| FEDERAL NOL FOR 2017 ESTIMATED FOR APPROXIMATELY $62,470,152 | 2017 ESTIMATED | Undetermined |
| GUAM - REFUND REQUESTED FOR 04/08/2014 FOR APPROXIMATELY $44,920 | 04/08/2014 | Undetermined |
| MASSACHUSETTS - STATE REFUND REQUESTED FOR 04/08/2014 FOR APPROXIMATELY $12,146 | 04/08/2014 | Undetermined |
| MICHIGAN - STATE REFUND REQUESTED FOR 12/31/2013 FOR APPROXIMATELY $35,798 | 12/31/2013 | Undetermined |
| OREGON - STATE REFUND REQUESTED FOR 12/31/2014 FOR APPROXIMATELY $03,500 | 12/31/2014 | Undetermined |
| WEST VIRGINIA - STATE REFUND REQUESTED FOR 04/08/2014 FOR APPROXIMATELY $03,769 | 04/08/2014 | Undetermined |
| WEST VIRGINIA - STATE REFUND REQUESTED FOR 12/31/2015 FOR APPROXIMATELY $01,352 | 12/31/2015 | Undetermined |
| | **TOTAL** | **$0.00**<br>**+ undetermined amounts** |

Debtor Name: NINE WEST HOLDINGS, INC.                                                    Case Number: 18-10947

**Assets - Real and Personal Property**

**Part 11, Question 73:** Interests in insurance policies or annuities

| Description | Policy type | Policy number | Current value of debtor's interest |
|---|---|---|---|
| AIG SPECIALTY INSURANCE COMPANY | D&O, EMPLOYMENT PRACTICES LIABILITY, AND FIDUCIARY LIABILITY | 01-969-09-76 | Undetermined |
| ALLIANZ | OCEAN CARGO/INLAND TRANSIT | OC & OCW 91543900 | Undetermined |
| ALLIANZ | SIDE A DIRECTORS & OFFICERS LIABILITY | DOA2010075 | Undetermined |
| BEAZLEY INSURANCE COMPANY, INC. | NETWORK SECURITY/PRIVACY | V153E1170401 | Undetermined |
| CNA | EXCESS DIRECTORS & OFFICERS LIABILITY | 596829990 | Undetermined |
| FEDERAL INSURANCE COMPANY | BUSINESS TRAVEL ACCIDENT | 6477-83-74 | Undetermined |
| FEDERAL INSURANCE COMPANY | BUSINESS TRAVEL ACCIDENT | 9907-86-36 | Undetermined |
| FM GLOBAL | PROPERTY/BUSINESS INCOME | 1024282 | Undetermined |
| FM GLOBAL | PROPERTY/BUSINESS INCOME | 1036641 | Undetermined |
| GEMINI INSURANCE COMPANY | SIDE A DIRECTORS & OFFICERS LIABILITY | BPRO8028551 | Undetermined |
| HARTFORD | BUSINESS AUTOMOBILE COVERAGE | U.S.- 10 ABS36302 | Undetermined |
| HARTFORD | BUSINESS AUTOMOBILE COVERAGE | CAN - 05 CON132507 | Undetermined |
| HARTFORD | COMMERCIAL GENERAL LIABILITY | U.S. - 10 CSES36301 | Undetermined |
| HARTFORD | COMMERCIAL GENERAL LIABILITY | CAN. - 10 LIA132198 | Undetermined |
| HARTFORD | COMMERCIAL GENERAL LIABILITY | CAN. - 05 LIA132198 | Undetermined |
| HARTFORD | WORKERS' COMPENSATION | 10 WN S36300 | Undetermined |
| HARTFORD | WORKERS' COMPENSATION | 10 WBR S36304 | Undetermined |
| LIBERTY INSURANCE | EXCESS LIABILITY | 1000094412-04 | Undetermined |
| LIBERTY INSURANCE UNDERWRITERS INC. | EXCESS LIABILITY | 1000094412-05 | Undetermined |
| LIBERTY MUTUAL | UMBRELLA LIABILITY | TH7-621-094604-17 | Undetermined |
| LIBERTY MUTUAL | UMBRELLA LIABILITY | TH7-621-094604-18 | Undetermined |
| NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA | COMMERCIAL CRIME | 01-969-33-25 | Undetermined |
| NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA | SPECIAL RISKS | 15-516-139 | Undetermined |
| RLI INSURANCE COMPANY | EXCESS DIRECTORS & OFFICERS LIABILITY | EPG0019001 | Undetermined |
| ST. PAUL FIRE AND MARINE INSURANCE | EXCESS LIABILITY | ZUP-71M0215A- 17-NF | Undetermined |
| ST. PAUL FIRE AND MARINE INSURANCE | EXCESS LIABILITY | ZUP-71M0215A- 18-NF | Undetermined |
| WESTCHESTER FIRE INSURANCE COMPANY | EXCESS DIRECTORS & OFFICERS LIABILITY | G27437394 004 | Undetermined |

Debtor Name: NINE WEST HOLDINGS, INC.                                    Case Number: 18-10947

**Assets - Real and Personal Property**

**Part 11, Question 73:** Interests in insurance policies or annuities

| Description | Policy type | Policy number | Current value of debtor's interest |
|---|---|---|---|
| WESTCHESTER SURPLUS LINES INSURANCE COMPANY | BUILDINGS, PERSONAL PROPERTY, AND BUSINESS INCOME | I08861791 001 | Undetermined |
| ZURICH AMERICAN INSURANCE COMPANY | EXCESS DIRECTORS & OFFICERS LIABILITY | MPL1071332-00 | Undetermined |
| ZURICH AMERICAN INSURANCE COMPANY | FOREIGN LIABILITY | ZE 9155892-03 | Undetermined |
| ZURICH AMERICAN INSURANCE COMPANY | FOREIGN LIABILITY | ZE 9155892-04 | Undetermined |
| | | **TOTAL** | **$0.00 + undetermined amounts** |

Debtor Name: NINE WEST HOLDINGS, INC.                                           Case Number: 18-10947

**Assets - Real and Personal Property**

**Part 11, Question 74:** Causes of action against third parties (whether or not a lawsuit has been filed)

| Description | Nature of claim | Amount requested | Current value of debtor's interest |
|---|---|---|---|
| CASE NUMBER - 1:10-CV-05711 | Class Action | Undetermined | Undetermined |
| CASE NUMBER - 8:16-CV-01622- | Class Action | Undetermined | Undetermined |
| CASE NUMBER - 1:16-CV-11547 | Class Action | Undetermined | Undetermined |
| CASE NUMBER - 09-CV-2057 | Class Action | Undetermined | Undetermined |
| CASE NUMBER - 5:12-CV-03093-HSP | Class Action | Undetermined | Undetermined |
| CASE NUMBER - 1611-CC00730-01 | Class Action | Undetermined | Undetermined |
| CASE NUMBER - 3:11-CV-02198 | Class Action | Undetermined | Undetermined |
| CASE NUMBER - 2009-CH-15406; 2003-CH-09063 | Class Action | Undetermined | Undetermined |
| CASE NUMBER - 1:15-CV-11038 | Class Action | Undetermined | Undetermined |
| CASE NUMBER - 1:17-CV-00053 | Class Action | Undetermined | Undetermined |
| CASE NUMBER - 16 CH 1353 | Class Action | Undetermined | Undetermined |
| CASE NUMBER - 1:14-CV-02081 | Class Action | Undetermined | Undetermined |
| CASE NUMBER - 4:13-MD-02420 | Class Action | Undetermined | Undetermined |
| CASE NUMBER - 1:13-CV-07789 | Class Action | Undetermined | Undetermined |
| | | **TOTAL** | **$0.00 + undetermined amounts** |

| Debtor Name: | NINE WEST HOLDINGS, INC. | | Case Number: | 18-10947 |

**Assets - Real and Personal Property**

**Part 11, Question 77:** Other property of any kind not already listed

| Description | Current value of debtor's interest |
|---|---|
| INTERCOMPANY NOTE RECEIVABLE - NINE WEST CANADA LP | $13,887,510.67 |
| INTERCOMPANY RECEIVABLE - DONGGUAN NINE WEST COMMERCE AND TRADING CO. | $907,700.98 |
| INTERCOMPANY RECEIVABLE - JASPER APPAREL GROUP CANADA LP | $2,113,735.78 |
| INTERCOMPANY RECEIVABLE - JASPER PARENT LLC | $25,363.00 |
| INTERCOMPANY RECEIVABLE - JH APPAREL HOLDINGS LLC | $648,320.45 |
| INTERCOMPANY RECEIVABLE - JHA SERVICES | $120,697.82 |
| INTERCOMPANY RECEIVABLE - KASPER GLOBAL LIMITED | $2,000,391.44 |
| INTERCOMPANY RECEIVABLE - KASPER GROUP LLC | $7,135,542.11 |
| INTERCOMPANY RECEIVABLE - NINE WEST DISTRIBUTION LLC | $39,238,665.20 |
| INTERCOMPANY RECEIVABLE - NINE WEST GROUP INTERNATIONAL LIMITED | $17,365,407.81 |
| INTERCOMPANY RECEIVABLE - NINE WEST MANAGEMENT SERVICE LLC | $207,539,478.64 |
| INTERCOMPANY RECEIVABLE - SYCAMORE PARTNER, LP | $1,135,640.99 |
| INTERCOMPANY RECEIVABLE - THE JONES GROUP SPAIN S.L. | $746,048.77 |
| **TOTAL** | **$292,864,503.66** |

**Fill in this information to identify the case:**

Debtor name: NINE WEST HOLDINGS, INC.

United States Bankruptcy Court for the: Southern    District of New York

Case number (If known): 18-10947

☐ Check if this is an amended filing

## Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property    12/15

Be as complete and accurate as possible.

1. **Do any creditors have claims secured by debtor's property?**
   ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.
   ☒ Yes. Fill in all of the information below.

| Part 1: | List Creditors Who Have Secured Claims |
|---|---|

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>Amount of claim<br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim |
|---|---|---|---|

**2.1** **Creditor's name**
CORTLAND CAPITAL MARKET SERVICES LLC

**Describe debtor's property that is subject to a lien**

$ 432,798,741.00    $ Undetermined

**Creditor's mailing address**
ATTN: MARIA VILLAGOMEZ AND LEGAL DEPARTMENT
225 W WASHINGTON ST
9TH FLOOR
CHICAGO, IL 60606

**Describe the lien**
SECURED TERM LOAN

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Creditor's email address, if known**
LEGAL@CORTLANDGLOBAL.COM

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**Date debt was incurred** Undetermined

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
Check all that apply.

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Specify each creditor, including this creditor, and its relative priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

**2.2** **Creditor's name**
NEDOROSTEK, KATHLEEN

**Describe debtor's property that is subject to a lien**

$ Undetermined    $ Undetermined

**Creditor's mailing address**
200 EAST 66TH STREET
APT A1202
NEW YORK, NY 10065

**Describe the lien**
SECURED CLAIM RELATING TO NEW YORK UCC FINANCING STATEMENT NUMBER 003681811-01 DATED 12/06/2017.

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Creditor's email address, if known**

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**Date debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
Check all that apply.

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Have you already specified the relative priority?
  ☐ No. Specify each creditor, including this creditor, and its relative priority.

☒ Contingent
☒ Unliquidated
☐ Disputed

  ☐ Yes. The relative priority of creditors is specified on lines

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**

$ 563,326,062.00
+ undetermined amounts

Debtor    NINE WEST HOLDINGS, INC.
_____
          Name

Case number (if known)  18-10947

| Part 1: | **Additional Page** | *Column A* **Amount of claim** Do not deduct the value of collateral | *Column B* **Value of collateral that supports this claim** |
| --- | --- | --- | --- |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

---

**2.3**

**Creditor's name**
WELLS FARGO BANK, NATIONAL ASSOCIATION, AS ADMINISTRATIVE AGENT

**Creditor's mailing address**
ATTN: MICHAEL STAVRAKOS
ONE BOSTON PLACE
19TH FLOOR
BOSTON, MA 02108

**Creditor's email address, if known**

**Date debt was incurred**    Undetermined
**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

[X] No

[ ] Yes. Have you already specified the relative priority?

    [ ] No. Specify each creditor, including this creditor, and its relative priority.

    [ ] Yes. The relative priority of creditors is specified on lines

**Describe debtor's property that is subject to a lien**

**Describe the lien**
LETTER OF CREDIT IN THE AMOUNT OF $5,325,000.00 FOR THE BENEFIT OF LIBERTY MUTUAL INSURANCE COMPANY.

**Is the creditor an insider or related party?**

[X] No
[ ] Yes

**Is anyone else liable on this claim?**

[ ] No
[X] Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition date, the claim is:**
Check all that apply.

[X] Contingent
[X] Unliquidated
[ ] Disputed

$ Undetermined | $ Undetermined

---

**2.4**

**Creditor's name**
WELLS FARGO BANK, NATIONAL ASSOCIATION, AS ADMINISTRATIVE AGENT

**Creditor's mailing address**
ATTN: MICHAEL STAVRAKOS
ONE BOSTON PLACE
19TH FLOOR
BOSTON, MA 02108

**Creditor's email address, if known**

**Date debt was incurred**    Undetermined
**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

[X] No

[ ] Yes. Have you already specified the relative priority?

    [ ] No. Specify each creditor, including this creditor, and its relative priority.

    [ ] Yes. The relative priority of creditors is specified on lines

**Describe debtor's property that is subject to a lien**

**Describe the lien**
LETTER OF CREDIT IN THE AMOUNT OF $1,175,000.00 FOR THE BENEFIT OF HARTFORD FIRE INSURANCE COMPANY.

**Is the creditor an insider or related party?**

[X] No
[ ] Yes

**Is anyone else liable on this claim?**

[ ] No
[X] Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition date, the claim is:**
Check all that apply.

[X] Contingent
[X] Unliquidated
[ ] Disputed

$ Undetermined | $ Undetermined

---

| Debtor | NINE WEST HOLDINGS, INC. | Case number (if known) | 18-10947 |
|---|---|---|---|
| | Name | | |

| **Part 1:** | **Additional Page** | Column A<br>**Amount of claim**<br>Do not deduct the<br>value of collateral | Column B<br>**Value of collateral<br>that supports this<br>claim** |
|---|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

**2.5**

**Creditor's name**
WELLS FARGO BANK, NATIONAL ASSOCIATION, AS ADMINISTRATIVE AGENT

**Creditor's mailing address**
ATTN: MICHAEL STAVRAKOS
ONE BOSTON PLACE
19TH FLOOR
BOSTON, MA 02108

**Creditor's email address, if known**

**Date debt was incurred**  Undetermined
**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
[X] No
[ ] Yes. Have you already specified the relative priority?

    [ ] No. Specify each creditor, including this creditor, and its relative priority.

    [ ] Yes. The relative priority of creditors is specified on lines

Describe debtor's property that is subject to a lien          $ Underlined      $ Underlined

**Describe the lien**
LETTER OF CREDIT IN THE AMOUNT OF $1,197,746.83 FOR THE BENEFIT OF ATLANTIC SPECIALTY INSURANCE CO..

**Is the creditor an insider or related party?**
[X] No
[ ] Yes

**Is anyone else liable on this claim?**
[ ] No
[X] Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition date, the claim is:**
Check all that apply.
[X] Contingent
[X] Unliquidated
[ ] Disputed

**2.6**

**Creditor's name**
WELLS FARGO BANK, NATIONAL ASSOCIATION, AS ADMINISTRATIVE AGENT

**Creditor's mailing address**
ATTN: MICHAEL STAVRAKOS
ONE BOSTON PLACE
19TH FLOOR
BOSTON, MA 02108

**Creditor's email address, if known**

**Date debt was incurred**  Undetermined
**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
[X] No
[ ] Yes. Have you already specified the relative priority?

    [ ] No. Specify each creditor, including this creditor, and its relative priority.

    [ ] Yes. The relative priority of creditors is specified on lines

Describe debtor's property that is subject to a lien          $ Underlined      $ Underlined

**Describe the lien**
LETTER OF CREDIT IN THE AMOUNT OF $247,982.40 FOR THE BENEFIT OF CHETRIT 1412 LLC .

**Is the creditor an insider or related party?**
[X] No
[ ] Yes

**Is anyone else liable on this claim?**
[ ] No
[X] Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition date, the claim is:**
Check all that apply.
[X] Contingent
[X] Unliquidated
[ ] Disputed

| Debtor | NINE WEST HOLDINGS, INC. | Case number (if known) | 18-10947 |
|---|---|---|---|
| | Name | | |

| Part 1: | Additional Page | Column A<br>Amount of claim<br>Do not deduct the value of collateral | Column B<br>Value of collateral that supports this claim |
|---|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

**2.7**

**Creditor's name**
WELLS FARGO BANK, NATIONAL ASSOCIATION, AS ADMINISTRATIVE AGENT

**Creditor's mailing address**
ATTN: MICHAEL STAVRAKOS
ONE BOSTON PLACE
19TH FLOOR
BOSTON, MA 02108

**Creditor's email address, if known**

**Date debt was incurred**   Undetermined
**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
[X] No
[ ] Yes. Have you already specified the relative priority?

    [ ] No. Specify each creditor, including this creditor, and its relative priority.

    [ ] Yes. The relative priority of creditors is specified on lines

Describe debtor's property that is subject to a lien

**Describe the lien**
LETTER OF CREDIT IN THE AMOUNT OF $3,600,000.00 FOR THE BENEFIT OF BANK OF AMERICA N.A.

**Is the creditor an insider or related party?**
[X] No
[ ] Yes

**Is anyone else liable on this claim?**
[ ] No
[X] Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition date, the claim is:**
Check all that apply.
[X] Contingent
[X] Unliquidated
[ ] Disputed

$ Undetermined | $ Undetermined

**2.8**

**Creditor's name**
WELLS FARGO BANK, NATIONAL ASSOCIATION, AS ADMINISTRATIVE AGENT

**Creditor's mailing address**
ATTN: MICHAEL STAVRAKOS
ONE BOSTON PLACE
19TH FLOOR
BOSTON, MA 02108

**Creditor's email address, if known**

**Date debt was incurred**   Undetermined
**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
[X] No
[ ] Yes. Have you already specified the relative priority?

    [ ] No. Specify each creditor, including this creditor, and its relative priority.

    [ ] Yes. The relative priority of creditors is specified on lines

Describe debtor's property that is subject to a lien

**Describe the lien**
LETTER OF CREDIT IN THE AMOUNT OF $200,000.00 FOR THE BENEFIT OF ATLANTIC SPECIALTY INSURANCE CO..

**Is the creditor an insider or related party?**
[X] No
[ ] Yes

**Is anyone else liable on this claim?**
[ ] No
[X] Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition date, the claim is:**
Check all that apply.
[X] Contingent
[X] Unliquidated
[ ] Disputed

$ Undetermined | $ Undetermined

Debtor    NINE WEST HOLDINGS, INC.                                    Case number (if known)    18-10947
_____
Name

| Part 1: | Additional Page | Column A **Amount of claim** Do not deduct the value of collateral | Column B **Value of collateral that supports this claim** |
| --- | --- | --- | --- |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

---

**2.9**

**Creditor's name**
WELLS FARGO BANK, NATIONAL
ASSOCIATION, AS ADMINISTRATIVE AGENT

**Creditor's mailing address**
ATTN: MICHAEL STAVRAKOS
ONE BOSTON PLACE
19TH FLOOR
BOSTON, MA 02108

**Creditor's email address, if known**

**Date debt was incurred** Undetermined
**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
[X] No
[ ] Yes. Have you already specified the relative priority?

    [ ] No. Specify each creditor, including this creditor, and its relative priority.

    [ ] Yes. The relative priority of creditors is specified on lines

Describe debtor's property that is subject to a lien

**Describe the lien**
LETTER OF CREDIT IN THE AMOUNT OF $7,485,367.12 FOR THE BENEFIT OF 1411 IC-SIC PROPERTY LLC.

Is the creditor an insider or related party?
[X] No
[ ] Yes

Is anyone else liable on this claim?
[ ] No
[X] Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition date, the claim is:
Check all that apply.
[X] Contingent
[X] Unliquidated
[ ] Disputed

$ Undetermined | $ Undetermined

---

**2.10**

**Creditor's name**
WELLS FARGO BANK, NATIONAL
ASSOCIATION, AS ADMINISTRATIVE AGENT

**Creditor's mailing address**
ATTN: MICHAEL STAVRAKOS
ONE BOSTON PLACE
19TH FLOOR
BOSTON, MA 02108

**Creditor's email address, if known**

**Date debt was incurred** Undetermined
**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
[X] No
[ ] Yes. Have you already specified the relative priority?

    [ ] No. Specify each creditor, including this creditor, and its relative priority.

    [ ] Yes. The relative priority of creditors is specified on lines

Describe debtor's property that is subject to a lien

**Describe the lien**
LETTER OF CREDIT IN THE AMOUNT OF $1,200,000.00 FOR THE BENEFIT OF HARTFORD FIRE INSURANCE COMPANY.

Is the creditor an insider or related party?
[X] No
[ ] Yes

Is anyone else liable on this claim?
[ ] No
[X] Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition date, the claim is:
Check all that apply.
[X] Contingent
[X] Unliquidated
[ ] Disputed

$ Undetermined | $ Undetermined

---

| Debtor | NINE WEST HOLDINGS, INC. | Case number (if known) 18-10947 |
|---|---|---|
| | Name | |

| Part 1: | Additional Page | Column A Amount of claim Do not deduct the value of collateral | Column B Value of collateral that supports this claim |
|---|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

---

**2.11**

**Creditor's name**
WELLS FARGO BANK, NATIONAL ASSOCIATION, AS ADMINISTRATIVE AGENT

**Creditor's mailing address**
ATTN: MICHAEL STAVRAKOS
ONE BOSTON PLACE
19TH FLOOR
BOSTON, MA 02108

**Creditor's email address, if known**

**Date debt was incurred** Undetermined
**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

☒ No
☐ Yes. Have you already specified the relative priority?

   ☐ No. Specify each creditor, including this creditor, and its relative priority.

   ☐ Yes. The relative priority of creditors is specified on lines

Describe debtor's property that is subject to a lien

**Describe the lien**
REVOLVING CREDIT AGREEMENT (ABL & FILO)

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☒ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$130,527,321.00 | $ Undetermined

---

**2.12**

**Creditor's name**
WELLS FARGO BANK, NATIONAL ASSOCIATION, AS ADMINISTRATIVE AGENT

**Creditor's mailing address**
ATTN: MICHAEL STAVRAKOS
ONE BOSTON PLACE
19TH FLOOR
BOSTON, MA 02108

**Creditor's email address, if known**

**Date debt was incurred** Undetermined
**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

☒ No
☐ Yes. Have you already specified the relative priority?

   ☐ No. Specify each creditor, including this creditor, and its relative priority.

   ☐ Yes. The relative priority of creditors is specified on lines

Describe debtor's property that is subject to a lien

**Describe the lien**
LETTER OF CREDIT IN THE AMOUNT OF $835,425.24 FOR THE BENEFIT OF 525 DELAWARE LLC .

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☒ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition date, the claim is:**
Check all that apply.
☒ Contingent
☒ Unliquidated
☐ Disputed

$ Undetermined | $ Undetermined

---

Debtor    NINE WEST HOLDINGS, INC.
_____
Name

Case number *(if known)*  18-10947
_____

| **Part 1:** | **Additional Page** | Column A Amount of claim Do not deduct the value of collateral | Column B Value of collateral that supports this claim |
|---|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

---

**2.13**

**Creditor's name**
WELLS FARGO BANK, NATIONAL ASSOCIATION, AS ADMINISTRATIVE AGENT

**Creditor's mailing address**
ATTN: MICHAEL STAVRAKOS
ONE BOSTON PLACE
19TH FLOOR
BOSTON, MA 02108

**Creditor's email address, if known**

**Date debt was incurred**  Undetermined
**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

[X] No

[ ] Yes. Have you already specified the relative priority?

    [ ] No. Specify each creditor, including this creditor, and its relative priority.

    [ ] Yes. The relative priority of creditors is specified on lines

Describe debtor's property that is subject to a lien

**Describe the lien**
LETTER OF CREDIT IN THE AMOUNT OF $300,000.00 FOR THE BENEFIT OF HARTFORD FIRE INSURANCE .

Is the creditor an insider or related party?
[X] No
[ ] Yes

Is anyone else liable on this claim?
[ ] No
[X] Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition date, the claim is:
Check all that apply.
[X] Contingent
[X] Unliquidated
[ ] Disputed

$ Undetermined | $ Undetermined

---

**2.14**

**Creditor's name**
WELLS FARGO BANK, NATIONAL ASSOCIATION, AS ADMINISTRATIVE AGENT

**Creditor's mailing address**
ATTN: MICHAEL STAVRAKOS
ONE BOSTON PLACE
19TH FLOOR
BOSTON, MA 02108

**Creditor's email address, if known**

**Date debt was incurred**  Undetermined
**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

[X] No

[ ] Yes. Have you already specified the relative priority?

    [ ] No. Specify each creditor, including this creditor, and its relative priority.

    [ ] Yes. The relative priority of creditors is specified on lines

Describe debtor's property that is subject to a lien

**Describe the lien**
LETTER OF CREDIT IN THE AMOUNT OF $108,600.00 FOR THE BENEFIT OF FP BUILDING 17 LLC.

Is the creditor an insider or related party?
[X] No
[ ] Yes

Is anyone else liable on this claim?
[ ] No
[X] Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition date, the claim is:
Check all that apply.
[X] Contingent
[X] Unliquidated
[ ] Disputed

$ Undetermined | $ Undetermined

---

| Debtor | NINE WEST HOLDINGS, INC. | Case number *(if known)* | 18-10947 |
|---|---|---|---|
| | Name | | |

| **Part 1:** | **Additional Page** | Column A<br>**Amount of claim**<br>Do not deduct the<br>value of collateral | Column B<br>**Value of collateral<br>that supports this<br>claim** |
|---|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially
from the previous page.

---

2.15

**Creditor's name**
WELLS FARGO BANK, NATIONAL
ASSOCIATION, AS ADMINISTRATIVE AGENT

**Creditor's mailing address**
ATTN: MICHAEL STAVRAKOS
ONE BOSTON PLACE
19TH FLOOR
BOSTON, MA 02108

**Creditor's email address, if known**

**Date debt was incurred**  Undetermined
**Last 4 digits of account
number**

**Do multiple creditors have an interest in the
same property?**
☒ No
☐ Yes. Have you already specified the
relative priority?

☐ No. Specify each creditor, including
this creditor, and its relative priority.


☐ Yes. The relative priority of  creditors is
specified on lines

Describe debtor's property that is subject to a lien       $ Underdetermined       $ Underdetermined

**Describe the lien**
LETTER OF CREDIT IN THE AMOUNT OF $275,000.00 FOR
THE BENEFIT OF HARTFORD FIRE INSURANCE.

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☒ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition date, the claim is:**
Check all that apply.
☒ Contingent
☒ Unliquidated
☐ Disputed

---

2.16

**Creditor's name**
WELLS FARGO BANK, NATIONAL
ASSOCIATION, AS ADMINISTRATIVE AGENT

**Creditor's mailing address**
ATTN: MICHAEL STAVRAKOS
ONE BOSTON PLACE
19TH FLOOR
BOSTON, MA 02108

**Creditor's email address, if known**

**Date debt was incurred**  Undetermined
**Last 4 digits of account
number**

**Do multiple creditors have an interest in the
same property?**
☒ No
☐ Yes. Have you already specified the
relative priority?

☐ No. Specify each creditor, including
this creditor, and its relative priority.


☐ Yes. The relative priority of  creditors is
specified on lines

Describe debtor's property that is subject to a lien       $ Underdetermined       $ Underdetermined

**Describe the lien**
LETTER OF CREDIT IN THE AMOUNT OF $6,112,500.00 FOR
THE BENEFIT OF ATLANTIC  SPECIALTY INSURANCE CO.
(ONE BEACON COLLATERAL).

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☒ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition date, the claim is:**
Check all that apply.
☒ Contingent
☒ Unliquidated
☐ Disputed

---

| Debtor | NINE WEST HOLDINGS, INC. | Case number *(if known)* | 18-10947 |
|---|---|---|---|
| | Name | | |

---

## Part 2:   List Others to Be Notified for a Debt Already Listed in Part 1

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no other need to be notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| WELLS FARGO, N.A. C/O MORGAN, LEWIS & BOCKIUS LLP<br>ATTN: MARJORIE S. CRIDER<br>ONE FEDERAL ST.<br>BOSTON, MA 02110 | Line 10 | |
| WELLS FARGO, N.A. C/O MORGAN, LEWIS & BOCKIUS LLP<br>ATTN: MARJORIE S. CRIDER<br>ONE FEDERAL ST.<br>BOSTON, MA 02110 | Line 11 | |
| WELLS FARGO, N.A. C/O MORGAN, LEWIS & BOCKIUS LLP<br>ATTN: MARJORIE S. CRIDER<br>ONE FEDERAL ST.<br>BOSTON, MA 02110 | Line 12 | |
| WELLS FARGO, N.A. C/O MORGAN, LEWIS & BOCKIUS LLP<br>ATTN: MARJORIE S. CRIDER<br>ONE FEDERAL ST.<br>BOSTON, MA 02110 | Line 13 | |
| WELLS FARGO, N.A. C/O MORGAN, LEWIS & BOCKIUS LLP<br>ATTN: MARJORIE S. CRIDER<br>ONE FEDERAL ST.<br>BOSTON, MA 02110 | Line 14 | |
| WELLS FARGO, N.A. C/O MORGAN, LEWIS & BOCKIUS LLP<br>ATTN: MARJORIE S. CRIDER<br>ONE FEDERAL ST.<br>BOSTON, MA 02110 | Line 15 | |
| WELLS FARGO, N.A. C/O MORGAN, LEWIS & BOCKIUS LLP<br>ATTN: MARJORIE S. CRIDER<br>ONE FEDERAL ST.<br>BOSTON, MA 02110 | Line 16 | |
| WELLS FARGO, N.A. C/O MORGAN, LEWIS & BOCKIUS LLP<br>ATTN: MARJORIE S. CRIDER<br>ONE FEDERAL ST.<br>BOSTON, MA 02110 | Line 3 | |
| WELLS FARGO, N.A. C/O MORGAN, LEWIS & BOCKIUS LLP<br>ATTN: MARJORIE S. CRIDER<br>ONE FEDERAL ST.<br>BOSTON, MA 02110 | Line 4 | |
| WELLS FARGO, N.A. C/O MORGAN, LEWIS & BOCKIUS LLP<br>ATTN: MARJORIE S. CRIDER<br>ONE FEDERAL ST.<br>BOSTON, MA 02110 | Line 5 | |

| Debtor | NINE WEST HOLDINGS, INC. | Case number (if known) | 18-10947 |
|---|---|---|---|
| | Name | | |

| Part 2: | List Others to Be Notified for a Debt Already Listed in Part 1 |
|---|---|

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no other need to be notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| WELLS FARGO, N.A. C/O MORGAN, LEWIS & BOCKIUS LLP<br>ATTN: MARJORIE S. CRIDER<br>ONE FEDERAL ST.<br>BOSTON, MA 02110 | Line 6 | |
| WELLS FARGO, N.A. C/O MORGAN, LEWIS & BOCKIUS LLP<br>ATTN: MARJORIE S. CRIDER<br>ONE FEDERAL ST.<br>BOSTON, MA 02110 | Line 7 | |
| WELLS FARGO, N.A. C/O MORGAN, LEWIS & BOCKIUS LLP<br>ATTN: MARJORIE S. CRIDER<br>ONE FEDERAL ST.<br>BOSTON, MA 02110 | Line 8 | |
| WELLS FARGO, N.A. C/O MORGAN, LEWIS & BOCKIUS LLP<br>ATTN: MARJORIE S. CRIDER<br>ONE FEDERAL ST.<br>BOSTON, MA 02110 | Line 9 | |

<table>
<tr><td colspan="2"><strong>Fill in this information to identify the case:</strong></td></tr>
<tr><td>Debtor</td><td>NINE WEST HOLDINGS, INC.</td></tr>
<tr><td>United States Bankruptcy Court for the:</td><td>Southern                    District of New York</td></tr>
<tr><td>Case number<br>(if known)</td><td>18-10947</td></tr>
</table>

☐ Check if this is an
amended filing

## Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims          12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

**Part 1:    List All Creditors with PRIORITY Unsecured Claims**

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).
   ☐ No. Go to Part 2.
   ☒ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | Total claim | Priority amount |
|---|---|---|---|
| **2.1** Priority creditor's name and mailing address<br>ABLES, WILLIAM E<br>ADDRESS ON FILE | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☒ Contingent<br>☐ Unliquidated<br>☐ Disputed | $ 702.40 | $ 702.40 |

**Date or dates debt was incurred**
Undetermined

**Last 4 digits of account number** ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ((4)(A) )

**Basis for the claim:**
SEVERANCE CLAIM

**Is the claim subject to offset?**
☐ No
☐ Yes

|  |  | Total claim | Priority amount |
|---|---|---|---|
| **2.2** Priority creditor's name and mailing address<br>ACOSTA, NANETTE<br>ADDRESS ON FILE | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☒ Contingent<br>☐ Unliquidated<br>☐ Disputed | $ 4,243.20 | $ 4,243.20 |

**Date or dates debt was incurred**
Undetermined

**Last 4 digits of account number** ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ((4)(A) )

**Basis for the claim:**
SEVERANCE CLAIM

**Is the claim subject to offset?**
☐ No
☐ Yes

|  |  | Total claim | Priority amount |
|---|---|---|---|
| **2.3** Priority creditor's name and mailing address<br>ADAMS, KATHERINE E<br>ADDRESS ON FILE | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☒ Contingent<br>☐ Unliquidated<br>☐ Disputed | $ 760.00 | $ 760.00 |

**Date or dates debt was incurred**
Undetermined

**Last 4 digits of account number** ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ((4)(A) )

**Basis for the claim:**
SEVERANCE CLAIM

**Is the claim subject to offset?**
☐ No
☐ Yes

| Debtor | NINE WEST HOLDINGS, INC. | Case number *(if known)* 18-10947 |
|---|---|---|
| | Name | |

## Part 1.    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | Total claim | Priority amount |
|---|---|---|

**2.4** Priority creditor's name and mailing address — $9,652.80 | $9,652.80

AKBAR, DIANE
ADDRESS ON FILE

As of the petition filing date, the claim is: *Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
Undetermined

Basis for the claim:
SEVERANCE CLAIM

Last 4 digits of account number

Is the claim subject to offset?
☐ No
☐ Yes

Specify code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ((4)(A))

---

**2.5** Priority creditor's name and mailing address — $750.00 | $750.00

ALONSO, VALERIE L
ADDRESS ON FILE

As of the petition filing date, the claim is: *Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
Undetermined

Basis for the claim:
SEVERANCE CLAIM

Last 4 digits of account number

Is the claim subject to offset?
☐ No
☐ Yes

Specify code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ((4)(A))

---

**2.6** Priority creditor's name and mailing address — $418.50 | $418.50

ANDERSEN,CARLEIGH M
ADDRESS ON FILE

As of the petition filing date, the claim is: *Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
Undetermined

Basis for the claim:
SEVERANCE CLAIM

Last 4 digits of account number

Is the claim subject to offset?
☐ No
☐ Yes

Specify code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ((4)(A))

---

**2.7** Priority creditor's name and mailing address — $856.80 | $856.80

ANDREWS, JANET L
ADDRESS ON FILE

As of the petition filing date, the claim is: *Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
Undetermined

Basis for the claim:
SEVERANCE CLAIM

Last 4 digits of account number

Is the claim subject to offset?
☐ No
☐ Yes

Specify code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ((4)(A))

---

| Debtor | NINE WEST HOLDINGS, INC. | Case number *(if known)* 18-10947 |
|---|---|---|
| | Name | |

## Part 1.    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | Total claim | Priority amount |
|---|---|---|

---

**2.8** | **Priority creditor's name and mailing address** | | $13,516.80 | $12,850.00

AQUILIZAN, MARYANN
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**
SEVERANCE CLAIM

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ((4)(A))

---

**2.9** | **Priority creditor's name and mailing address** | | $13,327.20 | $8,407.60

ASKIE, SOLOMON B
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**
SEVERANCE CLAIM

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ((4)(A))

---

**2.10** | **Priority creditor's name and mailing address** | | $3,278.10 | $3,278.10

ATHWAL, LISA
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**
SEVERANCE CLAIM

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ((4)(A))

---

**2.11** | **Priority creditor's name and mailing address** | | $1,970.40 | $1,970.40

BAKER, JENI
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**
SEVERANCE CLAIM

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ((4)(A))

---

| Debtor | NINE WEST HOLDINGS, INC. | Case number (if known) | 18-10947 |
|---|---|---|---|
| | Name | | |

## Part 1.    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | Total claim | Priority amount |
|---|---|---|

**2.12** Priority creditor's name and mailing address — $420.00 — $420.00

BALL, CARMILLA
ADDRESS ON FILE

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**
SEVERANCE CLAIM

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ((4)(A))

---

**2.13** Priority creditor's name and mailing address — $2,400.00 — $2,400.00

BARAJAS, MELISSA
ADDRESS ON FILE

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**
SEVERANCE CLAIM

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ((4)(A))

---

**2.14** Priority creditor's name and mailing address — $668.80 — $668.80

BARNES, NICOLE M
ADDRESS ON FILE

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**
SEVERANCE CLAIM

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ((4)(A))

---

**2.15** Priority creditor's name and mailing address — $1,876.80 — $1,876.80

BAROCIO, MONICA
ADDRESS ON FILE

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**
SEVERANCE CLAIM

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ((4)(A))

Debtor    NINE WEST HOLDINGS, INC.
_____
Name

Case number (if known) 18-10947
_____

## Part 1.    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | Total claim | Priority amount |
|---|---|---|
| **2.16** **Priority creditor's name and mailing address** | $4,264.80 | $4,264.80 |

BARR, SABINE D
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**
SEVERANCE CLAIM

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ((4)(A))

---

| **2.17** **Priority creditor's name and mailing address** | $390.00 | $390.00 |
|---|---|---|

BASHA,STARLESHA
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**
SEVERANCE CLAIM

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ((4)(A))

---

| **2.18** **Priority creditor's name and mailing address** | $584.84 | $584.84 |
|---|---|---|

BICKLEY, ROXANNE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**
SEVERANCE CLAIM

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ((4)(A))

---

| **2.19** **Priority creditor's name and mailing address** | $1,023.60 | $1,023.60 |
|---|---|---|

BIMSON, TAYLOR
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**
SEVERANCE CLAIM

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ((4)(A))

---

| Debtor | NINE WEST HOLDINGS, INC. | Case number (if known) | 18-10947 |
|---|---|---|---|
| | Name | | |

## Part 1.    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | Total claim | Priority amount |
|---|---|---|

**2.20** Priority creditor's name and mailing address — $3,692.80 — $3,692.80

BIRGE, KELSEY
ADDRESS ON FILE

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
Undetermined

Basis for the claim:
SEVERANCE CLAIM

Last 4 digits of account number

Is the claim subject to offset?
☐ No
☐ Yes

Specify code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ((4)(A))

**2.21** Priority creditor's name and mailing address — $2,413.20 — $2,413.20

BLAU, ASHLEY M
ADDRESS ON FILE

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
Undetermined

Basis for the claim:
SEVERANCE CLAIM

Last 4 digits of account number

Is the claim subject to offset?
☐ No
☐ Yes

Specify code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ((4)(A))

**2.22** Priority creditor's name and mailing address — $932.80 — $932.80

BRAND, CATHERINE R
ADDRESS ON FILE

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
Undetermined

Basis for the claim:
SEVERANCE CLAIM

Last 4 digits of account number

Is the claim subject to offset?
☐ No
☐ Yes

Specify code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ((4)(A))

**2.23** Priority creditor's name and mailing address — $2,157.60 — $2,157.60

BRANDI, JESSICA
ADDRESS ON FILE

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
Undetermined

Basis for the claim:
SEVERANCE CLAIM

Last 4 digits of account number

Is the claim subject to offset?
☐ No
☐ Yes

Specify code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ((4)(A))

| Debtor | NINE WEST HOLDINGS, INC. | Case number (if known) | 18-10947 |
|--------|--------------------------|------------------------|----------|
|        | Name                     |                        |          |

| **Part 1.** | **Additional Page** |
|-------------|---------------------|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | Total claim | Priority amount |
|---|---|---|

---

**2.24** | **Priority creditor's name and mailing address** | | $976.20 | $976.20

BUTLER, ONACO
ADDRESS ON FILE

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**
SEVERANCE CLAIM

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ((4)(A))

---

**2.25** | **Priority creditor's name and mailing address** | | $1,038.40 | $1,038.40

CAMERONE, LAUREN
ADDRESS ON FILE

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**
SEVERANCE CLAIM

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ((4)(A))

---

**2.26** | **Priority creditor's name and mailing address** | | $465.00 | $465.00

CARVER,MELISSA L
ADDRESS ON FILE

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**
SEVERANCE CLAIM

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ((4)(A))

---

**2.27** | **Priority creditor's name and mailing address** | | $990.00 | $990.00

CASTRO, CASEY T
ADDRESS ON FILE

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**
SEVERANCE CLAIM

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ((4)(A))

---

| Debtor | NINE WEST HOLDINGS, INC. | Case number (if known) | 18-10947 |
|---|---|---|---|
| | Name | | |

## Part 1.    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | Total claim | Priority amount |
|---|---|---|

---

**2.28** | **Priority creditor's name and mailing address** | $702.40 | $702.40

CESARE, BRITTANY R
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**
SEVERANCE CLAIM

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ((4)(A))

---

**2.29** | **Priority creditor's name and mailing address** | $2,714.40 | $2,714.40

CHAMORRO, SANDRA
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**
SEVERANCE CLAIM

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ((4)(A))

---

**2.30** | **Priority creditor's name and mailing address** | $450.00 | $450.00

CHANG, BARBARA A
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**
SEVERANCE CLAIM

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ((4)(A))

---

**2.31** | **Priority creditor's name and mailing address** | $20,592.56 | $2,846.14

CLAUNCH, JUSTIN
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**
SEVERANCE CLAIM

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ((4)(A))

---

| Debtor | NINE WEST HOLDINGS, INC. | Case number *(if known)* | 18-10947 |
|---|---|---|---|
| | Name | | |

## Part 1.    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | Total claim | Priority amount |
|---|---|---|

---

**2.32** | **Priority creditor's name and mailing address** | $8,928.00 | $6,321.10

CLOPPERT, ELIZABETH K
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**
SEVERANCE CLAIM

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ((4)(A))

---

**2.33** | **Priority creditor's name and mailing address** | $923.20 | $923.20

COLLINS,KRYSTLE A
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**
SEVERANCE CLAIM

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ((4)(A))

---

**2.34** | **Priority creditor's name and mailing address** | $ Undetermined | $ Undetermined

CONNECTICUT, STATE OF
HEIKE MAIN
NORWICH REGIONAL OFFICE
401 WEST THAMES STREET
NORWICH, CT 06360

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**
AUDIT CLAIM

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ()

---

**2.35** | **Priority creditor's name and mailing address** | $6,800.40 | $6,800.40

COSSE, ROSA
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**
SEVERANCE CLAIM

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ((4)(A))

---

| Debtor | NINE WEST HOLDINGS, INC. | Case number (if known) | 18-10947 |
|---|---|---|---|
| | Name | | |

## Part 1.    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | Total claim | Priority amount |
|---|---|---|

**2.36** Priority creditor's name and mailing address — $1,530.00 — $1,530.00

CRUTCHFIELD, BRENDA J
ADDRESS ON FILE

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**
SEVERANCE CLAIM

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ((4)(A))

---

**2.37** Priority creditor's name and mailing address — $3,478.40 — $3,478.40

CRUZ-BLAS, JONATHAN
ADDRESS ON FILE

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**
SEVERANCE CLAIM

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ((4)(A))

---

**2.38** Priority creditor's name and mailing address — $2,626.40 — $2,626.40

CUOMO, ANDREA G
ADDRESS ON FILE

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**
SEVERANCE CLAIM

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ((4)(A))

---

**2.39** Priority creditor's name and mailing address — $5,649.60 — $5,649.60

DAVILA, MAJDOULINE
ADDRESS ON FILE

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**
SEVERANCE CLAIM

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ((4)(A))

---

| Debtor | NINE WEST HOLDINGS, INC. | | Case number (if known) | 18-10947 |
|---|---|---|---|---|
| | Name | | | |

---

## Part 1.    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | Total claim | Priority amount |
|---|---|---|

| 2.40 | **Priority creditor's name and mailing address** | | $705.00 | $705.00 |
|---|---|---|---|---|

DAWSON, BRITTANY
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**
SEVERANCE CLAIM

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ((4)(A))

---

| 2.41 | **Priority creditor's name and mailing address** | | $450.00 | $450.00 |
|---|---|---|---|---|

DEAN, CEARRA L
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**
SEVERANCE CLAIM

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ((4)(A))

---

| 2.42 | **Priority creditor's name and mailing address** | | $870.00 | $870.00 |
|---|---|---|---|---|

DIAZ, JOEY
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**
SEVERANCE CLAIM

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ((4)(A))

---

| 2.43 | **Priority creditor's name and mailing address** | | $13,848.00 | $11,003.60 |
|---|---|---|---|---|

DICKERSON PALMER, KAFI
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**
SEVERANCE CLAIM

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ((4)(A))

---

| Official Form 206E/F | **Schedule E/F: Creditors Who Have Unsecured Claims** | Page 11 of 221 |
|---|---|---|

| Debtor | NINE WEST HOLDINGS, INC. | Case number *(if known)* | 18-10947 |
|---|---|---|---|
| | Name | | |

## Part 1.    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | Total claim | Priority amount |
|---|---|---|

---

**2.44** **Priority creditor's name and mailing address** — $13,219.20 — $8,443.60

DONAT, DAVE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**
SEVERANCE CLAIM

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ((4)(A))

---

**2.45** **Priority creditor's name and mailing address** — $2,400.00 — $2,400.00

DUARTE, VANESSA
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**
SEVERANCE CLAIM

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ((4)(A))

---

**2.46** **Priority creditor's name and mailing address** — $420.00 — $420.00

DURAN, JOHN A
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**
SEVERANCE CLAIM

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ((4)(A))

---

**2.47** **Priority creditor's name and mailing address** — $405.00 — $405.00

ETHERTON, CHERYL
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**
SEVERANCE CLAIM

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ((4)(A))

---

| Debtor | NINE WEST HOLDINGS, INC. | | Case number (if known) | 18-10947 |
|---|---|---|---|---|
| | Name | | | |

## Part 1.    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | Total claim | Priority amount |
|---|---|---|

### 2.48 Priority creditor's name and mailing address

| | | $270.00 | $270.00 |
|---|---|---|---|

FAULK, DEXTER
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**
SEVERANCE CLAIM

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ((4)(A))

### 2.49 Priority creditor's name and mailing address

| | | $1,440.00 | $1,440.00 |
|---|---|---|---|

FERENCHAK, ELIZABETH M
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**
SEVERANCE CLAIM

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ((4)(A))

### 2.50 Priority creditor's name and mailing address

| | | $336.60 | $336.60 |
|---|---|---|---|

FERNANDEZ, MARIAH D
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**
SEVERANCE CLAIM

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ((4)(A))

### 2.51 Priority creditor's name and mailing address

| | | $27,344.16 | $2,595.94 |
|---|---|---|---|

FINSTERBUSCH, ROBERT
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**
SEVERANCE CLAIM

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ((4)(A))

| Debtor | NINE WEST HOLDINGS, INC. | Case number (if known) | 18-10947 |
|---|---|---|---|
| | Name | | |

## Part 1.    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | Total claim | Priority amount |
|---|---|---|

| 2.52 | **Priority creditor's name and mailing address** | $2,346.00 | $2,346.00 |
|---|---|---|---|

FLORES, EDGAR
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**
SEVERANCE CLAIM

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ((4)(A))

| 2.53 | **Priority creditor's name and mailing address** | $1,350.00 | $1,350.00 |
|---|---|---|---|

FOGERTY, VERONICA
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**
SEVERANCE CLAIM

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ((4)(A))

| 2.54 | **Priority creditor's name and mailing address** | $705,494.72 | $12,850.00 |
|---|---|---|---|

FRASER, ELIZABETH A
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**
SEVERANCE CLAIM

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ((4)(A))

| 2.55 | **Priority creditor's name and mailing address** | $849.60 | $849.60 |
|---|---|---|---|

GAMEZ, KARINA
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**
SEVERANCE CLAIM

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ((4)(A))

| Debtor | NINE WEST HOLDINGS, INC. | | Case number (if known) | 18-10947 |
|---|---|---|---|---|
| | Name | | | |

## Part 1.    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | Total claim | Priority amount |
|---|---|---|

**2.56** Priority creditor's name and mailing address — Total claim $810.00 — Priority amount $810.00

GARAMELLA, JENNIFER N
ADDRESS ON FILE

As of the petition filing date, the claim is: *Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred: Undetermined
Basis for the claim: SEVERANCE CLAIM

Last 4 digits of account number

Is the claim subject to offset?
☐ No
☐ Yes

Specify code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ((4)(A))

**2.57** Priority creditor's name and mailing address — Total claim $1,740.00 — Priority amount $1,740.00

GARCIA, MAYRA V
ADDRESS ON FILE

As of the petition filing date, the claim is: *Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred: Undetermined
Basis for the claim: SEVERANCE CLAIM

Last 4 digits of account number

Is the claim subject to offset?
☐ No
☐ Yes

Specify code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ((4)(A))

**2.58** Priority creditor's name and mailing address — Total claim $1,947.00 — Priority amount $1,947.00

GARCIA, RAMON
ADDRESS ON FILE

As of the petition filing date, the claim is: *Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred: Undetermined
Basis for the claim: SEVERANCE CLAIM

Last 4 digits of account number

Is the claim subject to offset?
☐ No
☐ Yes

Specify code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ((4)(A))

**2.59** Priority creditor's name and mailing address — Total claim $668.80 — Priority amount $668.80

GILLUM, AMY
ADDRESS ON FILE

As of the petition filing date, the claim is: *Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred: Undetermined
Basis for the claim: SEVERANCE CLAIM

Last 4 digits of account number

Is the claim subject to offset?
☐ No
☐ Yes

Specify code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ((4)(A))

| Debtor | NINE WEST HOLDINGS, INC. | Case number (if known) | 18-10947 |
|---|---|---|---|
| | Name | | |

## Part 1.    Additional Page

| | | Total claim | Priority amount |
|---|---|---|---|
| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | | | |

**2.60** Priority creditor's name and mailing address — $827.60 — $827.60

GOEHNER, DESIREE M
ADDRESS ON FILE

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
Undetermined

Basis for the claim:
SEVERANCE CLAIM

Last 4 digits of account number

Is the claim subject to offset?
☐ No
☐ Yes

Specify code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ((4)(A))

**2.61** Priority creditor's name and mailing address — $1,058.00 — $1,058.00

GRANT,VICTORIA
ADDRESS ON FILE

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
Undetermined

Basis for the claim:
SEVERANCE CLAIM

Last 4 digits of account number

Is the claim subject to offset?
☐ No
☐ Yes

Specify code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ((4)(A))

**2.62** Priority creditor's name and mailing address — $315,247.32 — $12,850.00

GROSSBERG, SLOANE C
ADDRESS ON FILE

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
Undetermined

Basis for the claim:
SEVERANCE CLAIM

Last 4 digits of account number

Is the claim subject to offset?
☐ No
☐ Yes

Specify code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ((4)(A))

**2.63** Priority creditor's name and mailing address — $1,039.60 — $1,039.60

HAGENDORF, KAITLIN
ADDRESS ON FILE

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
Undetermined

Basis for the claim:
SEVERANCE CLAIM

Last 4 digits of account number

Is the claim subject to offset?
☐ No
☐ Yes

Specify code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ((4)(A))

| Debtor | NINE WEST HOLDINGS, INC. | Case number (if known) | 18-10947 |
|---|---|---|---|
| | Name | | |

## Part 1.    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | Total claim | Priority amount |
|---|---|---|

| 2.64 | Priority creditor's name and mailing address | $1,970.34 | $1,970.34 |
|---|---|---|---|

HARI, ANITO
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**
SEVERANCE CLAIM

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ((4)(A))

| 2.65 | Priority creditor's name and mailing address | $669.20 | $669.20 |
|---|---|---|---|

HASLINGER, DAWN M
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**
SEVERANCE CLAIM

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ((4)(A))

| 2.66 | Priority creditor's name and mailing address | $584.84 | $584.84 |
|---|---|---|---|

HIRD, DONNA
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**
SEVERANCE CLAIM

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ((4)(A))

| 2.67 | Priority creditor's name and mailing address | $2,202.00 | $2,202.00 |
|---|---|---|---|

HOLM, MIWAKO
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**
SEVERANCE CLAIM

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ((4)(A))

| Debtor | NINE WEST HOLDINGS, INC. | Case number *(if known)* 18-10947 |
|---|---|---|
| | Name | |

## Part 1.    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | Total claim | Priority amount |
|---|---|---|

---

**2.68**   **Priority creditor's name and mailing address**                            $1,237.50          $1,237.50

HOLMAN, TEMPESTT S
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**
SEVERANCE CLAIM

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ((4)(A))

---

**2.69**   **Priority creditor's name and mailing address**                            $87,912.36          $3,214.54

HOOD, GERALD
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**
SEVERANCE CLAIM

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ((4)(A))

---

**2.70**   **Priority creditor's name and mailing address**                            $ Undetermined          $ Undetermined

ILLINOIS, STATE OF
MOHAMMAD ALI
45 EISENHOWER DRIVE
SUITE 220
PARAMUS, NJ 07652

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**
AUDIT CLAIM

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ()

---

**2.71**   **Priority creditor's name and mailing address**                            $ Undetermined          $ Undetermined

INTERNAL REVENUE SERVICE
AUGUSTINE BADU
LB&I: NE: NA: 2: 1110; MAIL STOP 06-B
290 BROADWAY
NEW YORK, NY 10007

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**
AUDIT CLAIM

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ()

---

| Debtor | NINE WEST HOLDINGS, INC. | Case number (if known) | 18-10947 |
|---|---|---|---|
| | Name | | |

## Part 1.    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | Total claim | Priority amount |
|---|---|---|

| 2.72 | Priority creditor's name and mailing address | | $215,384.68 | $12,850.00 |
|---|---|---|---|---|

IRA DANSKY
ADDRESS ON FILE

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**
SEVERANCE CLAIM

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ((4)(A))

| 2.73 | Priority creditor's name and mailing address | | $53,283.98 | $1,193.22 |
|---|---|---|---|---|

IZZIO, ANTHONY R
ADDRESS ON FILE

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**
SEVERANCE CLAIM

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ((4)(A))

| 2.74 | Priority creditor's name and mailing address | | $2,937.60 | $2,937.60 |
|---|---|---|---|---|

JAUREGUI, ANARELY
ADDRESS ON FILE

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**
SEVERANCE CLAIM

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ((4)(A))

| 2.75 | Priority creditor's name and mailing address | | $ Undetermined | $ Undetermined |
|---|---|---|---|---|

KENTUCKY DEPARTMENT OF REVENUE
PATRICIA BRYANT
OFFICE OF CORPORATION INCOME TAX
501 HIGH STREET, MAIL STATION 69
FRANKFORT, KY 40601

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**
AUDIT CLAIM

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ()

| Debtor | NINE WEST HOLDINGS, INC. | | Case number *(if known)* | 18-10947 |
|---|---|---|---|---|
| | Name | | | |

## Part 1.    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | Total claim | Priority amount |
|---|---|---|

**2.76** Priority creditor's name and mailing address — Total claim $435.00 — Priority amount $435.00

KIMBROUGH, MIKAELA D
ADDRESS ON FILE

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**
SEVERANCE CLAIM

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ((4)(A))

---

**2.77** Priority creditor's name and mailing address — Total claim $6,228.00 — Priority amount $3,404.44

KIRBY CHANCE, TANYA S
ADDRESS ON FILE

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**
SEVERANCE CLAIM

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ((4)(A))

---

**2.78** Priority creditor's name and mailing address — Total claim $4,014.00 — Priority amount $4,014.00

KITELE, THERESA M
ADDRESS ON FILE

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**
SEVERANCE CLAIM

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ((4)(A))

---

**2.79** Priority creditor's name and mailing address — Total claim $4,500.00 — Priority amount $4,500.00

KLINGENMEYER, JUSTIN D
ADDRESS ON FILE

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**
SEVERANCE CLAIM

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ((4)(A))

---

| Debtor | NINE WEST HOLDINGS, INC. | Case number (if known) | 18-10947 |
|---|---|---|---|
| | Name | | |

<div style="background:black;color:white">**Part 1.** **Additional Page**</div>

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | Total claim | Priority amount |
|---|---|---|

**2.80** Priority creditor's name and mailing address — $3,962.72 — $3,962.72

KRESSLEY, MELISSA A
ADDRESS ON FILE

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
Undetermined

Basis for the claim:
SEVERANCE CLAIM

Last 4 digits of account number

Is the claim subject to offset?
☐ No
☐ Yes

Specify code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ((4)(A))

**2.81** Priority creditor's name and mailing address — $360.00 — $360.00

LACEY, KIMBERLY A
ADDRESS ON FILE

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
Undetermined

Basis for the claim:
SEVERANCE CLAIM

Last 4 digits of account number

Is the claim subject to offset?
☐ No
☐ Yes

Specify code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ((4)(A))

**2.82** Priority creditor's name and mailing address — $1,346.00 — $1,346.00

LANDAVERRY, MILFREDA
ADDRESS ON FILE

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
Undetermined

Basis for the claim:
SEVERANCE CLAIM

Last 4 digits of account number

Is the claim subject to offset?
☐ No
☐ Yes

Specify code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ((4)(A))

**2.83** Priority creditor's name and mailing address — $600.00 — $600.00

LEAL ESPINOZA, PATRICIA
ADDRESS ON FILE

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
Undetermined

Basis for the claim:
SEVERANCE CLAIM

Last 4 digits of account number

Is the claim subject to offset?
☐ No
☐ Yes

Specify code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ((4)(A))

| Debtor | NINE WEST HOLDINGS, INC. | Case number *(if known)* | 18-10947 |
|---|---|---|---|
| | Name | | |

## Part 1.    Additional Page

| | | Total claim | Priority amount |
|---|---|---|---|
| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | | | |

| 2.84 | **Priority creditor's name and mailing address** | | $540.00 | $540.00 |
|---|---|---|---|---|

LEE, CAILEY M
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**
SEVERANCE CLAIM

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ((4)(A))

| 2.85 | **Priority creditor's name and mailing address** | | $2,250.00 | $2,250.00 |
|---|---|---|---|---|

LEMKUIL, NANCIE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**
SEVERANCE CLAIM

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ((4)(A))

| 2.86 | **Priority creditor's name and mailing address** | | $75,549.49 | $12,850.00 |
|---|---|---|---|---|

LOMBARDO, SHARON P
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**
SEVERANCE CLAIM

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ((4)(A))

| 2.87 | **Priority creditor's name and mailing address** | | $1,620.00 | $1,620.00 |
|---|---|---|---|---|

LOPEZ, ROSAURA
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**
SEVERANCE CLAIM

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ((4)(A))

| Debtor | NINE WEST HOLDINGS, INC. | Case number (if known) 18-10947 |
|---|---|---|
| | Name | |

## Part 1.    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | Total claim | Priority amount |
|---|---|---|

| 2.88 | Priority creditor's name and mailing address | $4,364.80 | $4,364.80 |
|---|---|---|---|

LOZANO, MARIA G
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**
SEVERANCE CLAIM

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ((4)(A))

| 2.89 | Priority creditor's name and mailing address | $960.00 | $960.00 |
|---|---|---|---|

LUNG, AMY
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**
SEVERANCE CLAIM

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ((4)(A))

| 2.90 | Priority creditor's name and mailing address | $720.00 | $720.00 |
|---|---|---|---|

MACIAS, ANTHONY
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**
SEVERANCE CLAIM

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ((4)(A))

| 2.91 | Priority creditor's name and mailing address | $1,101.60 | $1,101.60 |
|---|---|---|---|

MALAGA, CLAUDIA C
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**
SEVERANCE CLAIM

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ((4)(A))

| Debtor | NINE WEST HOLDINGS, INC. | Case number (if known) | 18-10947 |
|---|---|---|---|
| | Name | | |

## Part 1.    Additional Page

| | Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | Total claim | Priority amount |
|---|---|---|---|

| 2.92 | Priority creditor's name and mailing address | $5,692.80 | $5,449.73 |
|---|---|---|---|

MANGRA, BIBI
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**
SEVERANCE CLAIM

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ((4)(A))

| 2.93 | Priority creditor's name and mailing address | $840.00 | $840.00 |
|---|---|---|---|

MANOS, MARIE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**
SEVERANCE CLAIM

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ((4)(A))

| 2.94 | Priority creditor's name and mailing address | $1,957.20 | $1,957.20 |
|---|---|---|---|

MARABELLI, SILVINA A
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**
SEVERANCE CLAIM

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ((4)(A))

| 2.95 | Priority creditor's name and mailing address | $5,526.00 | $5,526.00 |
|---|---|---|---|

MASSENAT, WILNA
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**
SEVERANCE CLAIM

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ((4)(A))

Debtor    NINE WEST HOLDINGS, INC.    Case number *(if known)* 18-10947
　　　　　　Name

## Part 1.    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | Total claim | Priority amount |
|---|---|---|

| 2.96 | Priority creditor's name and mailing address | | $1,560.00 | $1,560.00 |
|---|---|---|---|---|

MAYBERRY, CHASELEVETTE E
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**
SEVERANCE CLAIM

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ((4)(A))

---

| 2.97 | Priority creditor's name and mailing address | | $25,370.40 | $5,930.80 |
|---|---|---|---|---|

MCINNIS, WALLACE J
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**
SEVERANCE CLAIM

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ((4)(A))

---

| 2.98 | Priority creditor's name and mailing address | | $1,018.80 | $1,018.80 |
|---|---|---|---|---|

MEJIA, GUILLERMO
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**
SEVERANCE CLAIM

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ((4)(A))

---

| 2.99 | Priority creditor's name and mailing address | | $15,564.80 | $7,013.20 |
|---|---|---|---|---|

MELARA, MARIO D
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**
SEVERANCE CLAIM

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ((4)(A))

| Debtor | NINE WEST HOLDINGS, INC. | Case number (if known) | 18-10947 |
|---|---|---|---|
| | Name | | |

## Part 1.    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | Total claim | Priority amount |
|---|---|---|

**2.100** Priority creditor's name and mailing address | $1,710.00 | $1,710.00

MERCADO, ANDREA L
ADDRESS ON FILE

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
Undetermined

Basis for the claim:
SEVERANCE CLAIM

Last 4 digits of account number

Is the claim subject to offset?
☐ No
☐ Yes

Specify code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ((4)(A))

---

**2.101** Priority creditor's name and mailing address | $11,040.00 | $10,826.00

MILLER JOHNSON, KIRSTEN
ADDRESS ON FILE

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
Undetermined

Basis for the claim:
SEVERANCE CLAIM

Last 4 digits of account number

Is the claim subject to offset?
☐ No
☐ Yes

Specify code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ((4)(A))

---

**2.102** Priority creditor's name and mailing address | $13,298.40 | $8,417.20

MILLER JR, JOHN J
ADDRESS ON FILE

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
Undetermined

Basis for the claim:
SEVERANCE CLAIM

Last 4 digits of account number

Is the claim subject to offset?
☐ No
☐ Yes

Specify code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ((4)(A))

---

**2.103** Priority creditor's name and mailing address | $12,114.00 | $7,734.93

MILONE, ANNE
ADDRESS ON FILE

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
Undetermined

Basis for the claim:
SEVERANCE CLAIM

Last 4 digits of account number

Is the claim subject to offset?
☐ No
☐ Yes

Specify code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ((4)(A))

---

| Debtor | NINE WEST HOLDINGS, INC. | Case number (if known) | 18-10947 |
|---|---|---|---|
| | Name | | |

## Part 1.    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | Total claim | Priority amount |
|---|---|---|

---

**2.104**  **Priority creditor's name and mailing address**          $5,872.00          $5,872.00

MINOR, NANCY
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**
SEVERANCE CLAIM

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ((4)(A))

---

**2.105**  **Priority creditor's name and mailing address**          $2,712.00          $2,712.00

MITCHELL, SHAUNA
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**
SEVERANCE CLAIM

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ((4)(A))

---

**2.106**  **Priority creditor's name and mailing address**          $1,620.00          $1,620.00

MOLINA, YARITZA
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**
SEVERANCE CLAIM

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ((4)(A))

---

**2.107**  **Priority creditor's name and mailing address**          $405.00          $405.00

MOORHEAD,ALYSHA C
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**
SEVERANCE CLAIM

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ((4)(A))

---

| Debtor | NINE WEST HOLDINGS, INC. | Case number (if known) | 18-10947 |
|---|---|---|---|
| | Name | | |

## Part 1.   Additional Page

| | | Total claim | Priority amount |
|---|---|---|---|
| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | | | |

---

| 2.108 | Priority creditor's name and mailing address | | $1,101.60 | $1,101.60 |
|---|---|---|---|---|

MORALES, ROSA
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**
SEVERANCE CLAIM

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ((4)(A))

---

| 2.109 | Priority creditor's name and mailing address | | $840.00 | $840.00 |
|---|---|---|---|---|

MORENO, CYNTHIA E
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**
SEVERANCE CLAIM

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ((4)(A))

---

| 2.110 | Priority creditor's name and mailing address | | $1,193.40 | $1,193.40 |
|---|---|---|---|---|

MORENO, SANDY M
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**
SEVERANCE CLAIM

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ((4)(A))

---

| 2.111 | Priority creditor's name and mailing address | | $3,882.90 | $3,882.90 |
|---|---|---|---|---|

MOSQUITTO, JUSTIN S
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**
SEVERANCE CLAIM

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ((4)(A))

---

Debtor    NINE WEST HOLDINGS, INC.
_____
         Name

Case number (if known)  18-10947
_____

| Part 1. | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | Total claim | Priority amount |
|---|---|---|

**2.112** Priority creditor's name and mailing address  —  $7,465.60  —  $7,390.89

MYERS, SUSAN B
ADDRESS ON FILE

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
Undetermined

Basis for the claim:
SEVERANCE CLAIM

Last 4 digits of account number

Is the claim subject to offset?
☐ No
☐ Yes

Specify code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ((4)(A))

---

**2.113** Priority creditor's name and mailing address  —  $1,927.80  —  $1,927.80

NEVAREZ, ANNMARIE
ADDRESS ON FILE

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
Undetermined

Basis for the claim:
SEVERANCE CLAIM

Last 4 digits of account number

Is the claim subject to offset?
☐ No
☐ Yes

Specify code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ((4)(A))

---

**2.114** Priority creditor's name and mailing address  —  $ Undetermined  —  $ Undetermined

NEW JERSEY DIVISION OF TAXATION
CHHAYA CHANPURA
P.O. BOX 289
TRENTON, NJ 08695-0289

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

Date or dates debt was incurred
Undetermined

Basis for the claim:
AUDIT CLAIM

Last 4 digits of account number

Is the claim subject to offset?
☐ No
☐ Yes

Specify code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ()

---

**2.115** Priority creditor's name and mailing address  —  $ Undetermined  —  $ Undetermined

NEW JERSEY DIVISION OF TAXATION
CHHAYA CHANPURA
P.O. BOX 289
TRENTON, NJ 08695-0289

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

Date or dates debt was incurred
Undetermined

Basis for the claim:
AUDIT CLAIM

Last 4 digits of account number

Is the claim subject to offset?
☐ No
☐ Yes

Specify code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ()

---

Debtor    NINE WEST HOLDINGS, INC.
_____
         Name

Case number (if known)  18-10947
_____

| **Part 1.** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | Total claim | Priority amount |
|---|---|---|

---

**2.116** | **Priority creditor's name and mailing address** | $ Undetermined | $ Undetermined

NEW YORK DEPARTMENT OF LABOR, STATE OF
SAMUEL PAM
75 VARICK ST, ROOM 717,
NEW YORK, NY 10013

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**
AUDIT CLAIM

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ()

---

**2.117** | **Priority creditor's name and mailing address** | $ Undetermined | $ Undetermined

NEW YORK STATE DEPARTMENT OF TAXATION
DAWN GARCIA
INCOME/FRANCHISE FIELD AUDIT BUREAU
CAPITAL REGION OFFICE, BLDG 9 ROOM 380
ALBANY, NY 12227

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**
AUDIT CLAIM

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ()

---

**2.118** | **Priority creditor's name and mailing address** | $ Undetermined | $ Undetermined

NEW YORK STATE DEPARTMENT OF TAXATION
DAWN GARCIA
INCOME/FRANCHISE FIELD AUDIT BUREAU
CAPITAL REGION OFFICE, BLDG 9 ROOM 380
ALBANY, NY 12227

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**
AUDIT CLAIM

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ()

---

**2.119** | **Priority creditor's name and mailing address** | $ Undetermined | $ Undetermined

NEW YORK TAXATION AND FINANCE, STATE OF
SONIA KANDA
44 S BROADWAY, 6TH FLOOR, MID-HUDSON
REGIONAL OFFICE
WHITE PLAINS, NY 10601

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**
AUDIT CLAIM

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ()

---

| Debtor | NINE WEST HOLDINGS, INC. | Case number _(if known)_ 18-10947 |
|--------|---------------------------|-----------------------------------|
|        | Name                      |                                   |

## Part 1.    Additional Page

| | Total claim | Priority amount |
|---|---|---|
| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | | |

---

**2.120**  Priority creditor's name and mailing address — $4,375.80 — $4,375.80

NEWBY, JESSE NOEL C
ADDRESS ON FILE

As of the petition filing date, the claim is:
*Check all that apply.*
- ☒ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred
Undetermined

Basis for the claim:
SEVERANCE CLAIM

Last 4 digits of account number

Is the claim subject to offset?
- ☐ No
- ☐ Yes

Specify code subsection of PRIORITY unsecured
**claim:** 11 U.S.C. § 507(a) ((4)(A))

---

**2.121**  Priority creditor's name and mailing address — $6,199.20 — $6,199.20

NIPPER, DANIELLE M
ADDRESS ON FILE

As of the petition filing date, the claim is:
*Check all that apply.*
- ☒ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred
Undetermined

Basis for the claim:
SEVERANCE CLAIM

Last 4 digits of account number

Is the claim subject to offset?
- ☐ No
- ☐ Yes

Specify code subsection of PRIORITY unsecured
**claim:** 11 U.S.C. § 507(a) ((4)(A))

---

**2.122**  Priority creditor's name and mailing address — $10,620.00 — $9,310.00

NOLAN, SEAN P
ADDRESS ON FILE

As of the petition filing date, the claim is:
*Check all that apply.*
- ☒ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred
Undetermined

Basis for the claim:
SEVERANCE CLAIM

Last 4 digits of account number

Is the claim subject to offset?
- ☐ No
- ☐ Yes

Specify code subsection of PRIORITY unsecured
**claim:** 11 U.S.C. § 507(a) ((4)(A))

---

**2.123**  Priority creditor's name and mailing address — $ Undetermined — $ Undetermined

NORTH CAROLINA DEPARTMENT OF REVENUE
CARL KUBITZ
INTERSTATE EXAMINATION SECTION
P.O. BOX 615
OLEY, PA 19547

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☒ Unliquidated
- ☐ Disputed

Date or dates debt was incurred
Undetermined

Basis for the claim:
AUDIT CLAIM

Last 4 digits of account number

Is the claim subject to offset?
- ☐ No
- ☐ Yes

Specify code subsection of PRIORITY unsecured
**claim:** 11 U.S.C. § 507(a) ()

---

| Debtor | NINE WEST HOLDINGS, INC. | Case number (if known) | 18-10947 |
|---|---|---|---|
| | Name | | |

## Part 1.   Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | Total claim | Priority amount |
|---|---|---|

**2.124** | Priority creditor's name and mailing address | $1,000,000.00 | $12,850.00

OBLONSKY, JOEL
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**
SEVERANCE CLAIM

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ((4)(A))

---

**2.125** | Priority creditor's name and mailing address | $1,620.00 | $1,620.00

ORICK, CHRISTOPHER K
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**
SEVERANCE CLAIM

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ((4)(A))

---

**2.126** | Priority creditor's name and mailing address | $11,539.20 | $11,311.54

OSIRU, BETTY A
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**
SEVERANCE CLAIM

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ((4)(A))

---

**2.127** | Priority creditor's name and mailing address | $8,066.80 | $5,244.13

PALLAIS, SYLVIA
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**
SEVERANCE CLAIM

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ((4)(A))

---

| Debtor | NINE WEST HOLDINGS, INC. | | Case number (if known) | 18-10947 |
|---|---|---|---|---|
| | Name | | | |

## Part 1.    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | Total claim | Priority amount |
|---|---|---|

**2.128** Priority creditor's name and mailing address — $13,646.40 — $12,850.00

PELLER, MICHELLE A
ADDRESS ON FILE

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
Undetermined

Basis for the claim:
SEVERANCE CLAIM

Last 4 digits of account number

Is the claim subject to offset?
☐ No
☐ Yes

Specify code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ((4)(A))

**2.129** Priority creditor's name and mailing address — $702.40 — $702.40

PERAMPLE, GLORIA
ADDRESS ON FILE

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
Undetermined

Basis for the claim:
SEVERANCE CLAIM

Last 4 digits of account number

Is the claim subject to offset?
☐ No
☐ Yes

Specify code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ((4)(A))

**2.130** Priority creditor's name and mailing address — $736.76 — $559.02

PERRY, EDITH M
ADDRESS ON FILE

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
Undetermined

Basis for the claim:
SEVERANCE CLAIM

Last 4 digits of account number

Is the claim subject to offset?
☐ No
☐ Yes

Specify code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ((4)(A))

**2.131** Priority creditor's name and mailing address — $435.00 — $435.00

PLOWDEN, KABREA N
ADDRESS ON FILE

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
Undetermined

Basis for the claim:
SEVERANCE CLAIM

Last 4 digits of account number

Is the claim subject to offset?
☐ No
☐ Yes

Specify code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ((4)(A))

| Debtor | NINE WEST HOLDINGS, INC. | Case number (if known) | 18-10947 |
|---|---|---|---|
| | Name | | |

| Part 1. | **Additional Page** |
|---|---|

| | Total claim | Priority amount |
|---|---|---|
| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | | |

---

**2.132** | **Priority creditor's name and mailing address**         $961.60      $961.60

PONCE, CRISTAL
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**
SEVERANCE CLAIM

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ((4)(A))

---

**2.133** | **Priority creditor's name and mailing address**         $2,307.60      $2,307.60

PUDELKO, ANTHONY J
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**
SEVERANCE CLAIM

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ((4)(A))

---

**2.134** | **Priority creditor's name and mailing address**         $11,984.00      $2,963.72

PUENTES, ADRIANA L
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**
SEVERANCE CLAIM

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ((4)(A))

---

**2.135** | **Priority creditor's name and mailing address**         $4,928.00      $4,928.00

QUINTANILLA, JOSE T
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**
SEVERANCE CLAIM

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ((4)(A))

---

| Debtor | NINE WEST HOLDINGS, INC. | Case number *(if known)* | 18-10947 |
|--------|--------------------------|--------------------------|----------|
| | Name | | |

## Part 1.    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | Total claim | Priority amount |
|---|---|---|

---

**2.136** | **Priority creditor's name and mailing address** | $540.00 | $540.00

RAMIREZ, JACKELYN
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**
SEVERANCE CLAIM

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ((4)(A))

---

**2.137** | **Priority creditor's name and mailing address** | $990.00 | $990.00

RAMOS, MILAGRO
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**
SEVERANCE CLAIM

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ((4)(A))

---

**2.138** | **Priority creditor's name and mailing address** | $605.73 | $605.73

RAYMOND, DONNA M
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**
SEVERANCE CLAIM

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ((4)(A))

---

**2.139** | **Priority creditor's name and mailing address** | $2,435.40 | $2,435.40

RIBEYRO, GIANCARLO
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**
SEVERANCE CLAIM

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ((4)(A))

---

Debtor    NINE WEST HOLDINGS, INC.
_____
Name

Case number (if known) 18-10947
_____

| Part 1. | Additional Page |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | Total claim | Priority amount |
|---|---|---|

| 2.140 | Priority creditor's name and mailing address | $2,100.00 | $2,100.00 |

RICHARDSON, LATARA L
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**
SEVERANCE CLAIM

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ((4)(A))

| 2.141 | Priority creditor's name and mailing address | $945.00 | $945.00 |

RIVERA, TRACY
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**
SEVERANCE CLAIM

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ((4)(A))

| 2.142 | Priority creditor's name and mailing address | $1,800.00 | $1,800.00 |

RODRIGUES, JAYDEE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**
SEVERANCE CLAIM

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ((4)(A))

| 2.143 | Priority creditor's name and mailing address | $1,400.00 | $1,400.00 |

ROMERO, YAZMIN
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**
SEVERANCE CLAIM

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ((4)(A))

Debtor    NINE WEST HOLDINGS, INC.

      Name

Case number *(if known)*   18-10947

## Part 1.    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | Total claim | Priority amount |
|---|---|---|
| **2.144** **Priority creditor's name and mailing address** | $990.00 | $990.00 |

| | |
|---|---|
| ROSADO, JAMIE<br>ADDRESS ON FILE | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☒ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| **Date or dates debt was incurred**<br>Undetermined | **Basis for the claim:**<br>SEVERANCE CLAIM |
| **Last 4 digits of account number** | **Is the claim subject to offset?**<br>☐ No<br>☐ Yes |
| **Specify code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ((4)(A)) | |

| | Total claim | Priority amount |
|---|---|---|
| **2.145** **Priority creditor's name and mailing address** | $5,940.00 | $5,940.00 |

| | |
|---|---|
| ROSAS, NADIA<br>ADDRESS ON FILE | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☒ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| **Date or dates debt was incurred**<br>Undetermined | **Basis for the claim:**<br>SEVERANCE CLAIM |
| **Last 4 digits of account number** | **Is the claim subject to offset?**<br>☐ No<br>☐ Yes |
| **Specify code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ((4)(A)) | |

| | Total claim | Priority amount |
|---|---|---|
| **2.146** **Priority creditor's name and mailing address** | $5,245.20 | $5,245.20 |

| | |
|---|---|
| ROSENMUND, SARAH<br>ADDRESS ON FILE | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☒ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| **Date or dates debt was incurred**<br>Undetermined | **Basis for the claim:**<br>SEVERANCE CLAIM |
| **Last 4 digits of account number** | **Is the claim subject to offset?**<br>☐ No<br>☐ Yes |
| **Specify code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ((4)(A)) | |

| | Total claim | Priority amount |
|---|---|---|
| **2.147** **Priority creditor's name and mailing address** | $2,819.20 | $2,819.20 |

| | |
|---|---|
| RUIZ, ANNETTE V<br>ADDRESS ON FILE | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☒ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| **Date or dates debt was incurred**<br>Undetermined | **Basis for the claim:**<br>SEVERANCE CLAIM |
| **Last 4 digits of account number** | **Is the claim subject to offset?**<br>☐ No<br>☐ Yes |
| **Specify code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ((4)(A)) | |

| Debtor | NINE WEST HOLDINGS, INC. | Case number (if known) | 18-10947 |
|---|---|---|---|
| | Name | | |

## Part 1.    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | Total claim | Priority amount |
|---|---|---|

| 2.148 | **Priority creditor's name and mailing address** | $1,804.80 | $1,804.80 |
|---|---|---|---|

RUSSO, JENNIFER J
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**
SEVERANCE CLAIM

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ((4)(A))

| 2.149 | **Priority creditor's name and mailing address** | $885.00 | $885.00 |
|---|---|---|---|

RYMAN, KAYLA
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**
SEVERANCE CLAIM

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ((4)(A))

| 2.150 | **Priority creditor's name and mailing address** | $2,490.00 | $2,490.00 |
|---|---|---|---|

SANCHEZ, ELVIRA
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**
SEVERANCE CLAIM

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ((4)(A))

| 2.151 | **Priority creditor's name and mailing address** | $295.90 | $295.90 |
|---|---|---|---|

SANCHEZ, LUISA F
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**
SEVERANCE CLAIM

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ((4)(A))

Debtor    NINE WEST HOLDINGS, INC.
_____
            Name

Case number (if known) 18-10947
_____

## Part 1.    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | Total claim | Priority amount |
|---|---|---|

**2.152** | **Priority creditor's name and mailing address** | $2,017.20 | $2,017.20

SCHAPER, JAYME L
ADDRESS ON FILE

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**
SEVERANCE CLAIM

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ((4)(A))

---

**2.153** | **Priority creditor's name and mailing address** | $14,783.70 | $3,979.78

SCODELLARO, GIADA A
ADDRESS ON FILE

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**
SEVERANCE CLAIM

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ((4)(A))

---

**2.154** | **Priority creditor's name and mailing address** | $2,970.00 | $2,970.00

SEGOVIA, REYNALDO B
ADDRESS ON FILE

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**
SEVERANCE CLAIM

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ((4)(A))

---

**2.155** | **Priority creditor's name and mailing address** | $11,908.80 | $8,880.40

SEREY, RONNIE
ADDRESS ON FILE

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**
SEVERANCE CLAIM

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ((4)(A))

---

| Debtor | NINE WEST HOLDINGS, INC. | Case number (if known) | 18-10947 |
|---|---|---|---|
| | Name | | |

## Part 1.    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | Total claim | Priority amount |
|---|---|---|

| 2.156 | Priority creditor's name and mailing address | | $500,000.00 | $12,850.00 |
|---|---|---|---|---|

SHIREY, MICHAEL P.
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**
SEVERANCE CLAIM

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ((4)(A))

---

| 2.157 | Priority creditor's name and mailing address | | $435.00 | $435.00 |
|---|---|---|---|---|

SHOWELL, SHAMIR C
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**
SEVERANCE CLAIM

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ((4)(A))

---

| 2.158 | Priority creditor's name and mailing address | | $4,872.00 | $4,872.00 |
|---|---|---|---|---|

SHUBACK, DAWN M
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**
SEVERANCE CLAIM

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ((4)(A))

---

| 2.159 | Priority creditor's name and mailing address | | $3,150.00 | $3,150.00 |
|---|---|---|---|---|

SIMMONS, TIFFANY M
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**
SEVERANCE CLAIM

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ((4)(A))

| Debtor | NINE WEST HOLDINGS, INC. | Case number *(if known)* | 18-10947 |
|---|---|---|---|
| | Name | | |

## Part 1.    Additional Page

| | | Total claim | Priority amount |
|---|---|---|---|
| | Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | | |

**2.160** **Priority creditor's name and mailing address**     $345.00     $345.00

SLAGER, MICHELLE R
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**
SEVERANCE CLAIM

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ((4)(A))

---

**2.161** **Priority creditor's name and mailing address**     $11,846.40     $11,846.40

SLAVIK, GREGORY W
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**
SEVERANCE CLAIM

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ((4)(A))

---

**2.162** **Priority creditor's name and mailing address**     $2,745.00     $2,745.00

SMITH, JASMINE W
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**
SEVERANCE CLAIM

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ((4)(A))

---

**2.163** **Priority creditor's name and mailing address**     $2,848.50     $2,848.50

SOUSA, HALEY
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**
SEVERANCE CLAIM

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ((4)(A))

---

| Debtor | NINE WEST HOLDINGS, INC. | Case number (if known) | 18-10947 |
|---|---|---|---|
| | Name | | |

## Part 1.    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | Total claim | Priority amount |
|---|---|---|

| 2.164 | **Priority creditor's name and mailing address** | | $800.00 | $800.00 |
|---|---|---|---|---|

SPERA, RITA
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**
SEVERANCE CLAIM

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ((4)(A))

---

| 2.165 | **Priority creditor's name and mailing address** | | $8,066.10 | $4,783.90 |
|---|---|---|---|---|

SPRAGUE III, IRVING C
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**
SEVERANCE CLAIM

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ((4)(A))

---

| 2.166 | **Priority creditor's name and mailing address** | | $630.00 | $630.00 |
|---|---|---|---|---|

TOMPKINS, CAROL
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**
SEVERANCE CLAIM

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ((4)(A))

---

| 2.167 | **Priority creditor's name and mailing address** | | $685.20 | $685.20 |
|---|---|---|---|---|

TORRES, TIMOTHY JOHN B
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**
SEVERANCE CLAIM

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ((4)(A))

---

Debtor   NINE WEST HOLDINGS, INC.
_____
         Name

Case number *(if known)* 18-10947
_____

---

| Part 1. | Additional Page |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | Total claim | Priority amount |
|---|---|---|

**2.168 Priority creditor's name and mailing address** — Total claim $840.00 — Priority amount $840.00

TRITCH, JOLENE
ADDRESS ON FILE

As of the petition filing date, the claim is: *Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred** Undetermined

**Basis for the claim:** SEVERANCE CLAIM

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ((4)(A))

---

**2.169 Priority creditor's name and mailing address** — Total claim $6,051.60 — Priority amount $6,051.60

UNCANGCO, TERESITA C
ADDRESS ON FILE

As of the petition filing date, the claim is: *Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred** Undetermined

**Basis for the claim:** SEVERANCE CLAIM

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ((4)(A))

---

**2.170 Priority creditor's name and mailing address** — Total claim $20,478.48 — Priority amount $2,610.76

USHER, KRISTY ANN
ADDRESS ON FILE

As of the petition filing date, the claim is: *Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred** Undetermined

**Basis for the claim:** SEVERANCE CLAIM

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ((4)(A))

---

**2.171 Priority creditor's name and mailing address** — Total claim $21,538.51 — Priority amount $3,619.21

VISHNISKY, WAYNE P
ADDRESS ON FILE

As of the petition filing date, the claim is: *Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred** Undetermined

**Basis for the claim:** SEVERANCE CLAIM

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ((4)(A))

---

| Debtor | NINE WEST HOLDINGS, INC. | Case number (if known) | 18-10947 |
|--------|--------------------------|------------------------|----------|
| | Name | | |

## Part 1.    Additional Page

| | | Total claim | Priority amount |
|---|---|---|---|
| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | | | |

**2.172** Priority creditor's name and mailing address $585.20    $585.20

WAGGONER, COURTNEY
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**
SEVERANCE CLAIM

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ((4)(A))

---

**2.173** Priority creditor's name and mailing address $ Undetermined    $ Undetermined

WASHINGTON B&O, STATE OF
KRISTAL HUNT
2101 FOURTH AVENUE
STE. 1400
SEATTLE, WA 98121-2300

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**
AUDIT CLAIM

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ()

---

**2.174** Priority creditor's name and mailing address $660.40    $660.40

WASHINGTON, BRENDA L
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**
SEVERANCE CLAIM

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ((4)(A))

---

**2.175** Priority creditor's name and mailing address $520.50    $520.50

WELLS, CHRISTOPHER
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**
SEVERANCE CLAIM

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ((4)(A))

---

| Debtor | NINE WEST HOLDINGS, INC. | Case number (if known) | 18-10947 |
|---|---|---|---|
| | Name | | |

## Part 1.    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | Total claim | Priority amount |
|---|---|---|

**2.176** | **Priority creditor's name and mailing address** | **$538,461.56** | **$12,850.00**

WES CARD
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**
SEVERANCE CLAIM

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ((4)(A))

---

**2.177** | **Priority creditor's name and mailing address** | **$405.00** | **$405.00**

WHEELER, CHRISTIAN
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**
SEVERANCE CLAIM

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ((4)(A))

---

**2.178** | **Priority creditor's name and mailing address** | **$2,032.50** | **$2,032.50**

WILDMAN, JILL M
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**
SEVERANCE CLAIM

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ((4)(A))

---

**2.179** | **Priority creditor's name and mailing address** | **$15,098.40** | **$7,817.20**

WILLIAMS, THEODORE J
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**
SEVERANCE CLAIM

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ((4)(A))

---

| Debtor | NINE WEST HOLDINGS, INC. | Case number *(if known)* | 18-10947 |
|--------|--------------------------|--------------------------|----------|
| | Name | | |

## Part 1.   Additional Page

| | Total claim | Priority amount |
|---|---|---|
| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | | |

---

**2.180**   **Priority creditor's name and mailing address**    $6,554.58    $6,295.42

WOOD, JOYCE N
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**
SEVERANCE CLAIM

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ((4)(A))

---

**2.181**   **Priority creditor's name and mailing address**    $7,728.00    $4,349.25

WOOD, ROSIE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**
SEVERANCE CLAIM

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ((4)(A))

---

**2.182**   **Priority creditor's name and mailing address**    $18,842.40    $6,569.20

YACKIMOWICZ, JAMES
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**
SEVERANCE CLAIM

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ((4)(A))

---

**2.183**   **Priority creditor's name and mailing address**    $3,442.50    $3,442.50

ZARKO, GUY H
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**
SEVERANCE CLAIM

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ((4)(A))

---

| Debtor | NINE WEST HOLDINGS, INC. | Case number *(if known)* 18-10947 |
|---|---|---|
| | Name | |

---

**Part 2:**    **List All Creditors with NONPRIORITY Unsecured Claims**

3. List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

|  | | | Amount of claim |
|---|---|---|---|

**3.1** Nonpriority creditor's name and mailing address
1411 IC-SIC PROPERTY LLC
C/O CALLAHAN CAPITAL PROPERTIES LLC
3 BRYANT PARK, 24TH FLOOR
NEW YORK, NY 10036

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

$ _____ Undetermined

Basis for the claim: TRADE PAYABLE

Date or dates debt was incurred    Undetermined

Last 4 digits of account number    __ __ __ __

Is the claim subject to offset?
☐ No
☐ Yes

**3.2** Nonpriority creditor's name and mailing address
1411 IC-SIC PROPERTY LLC
1411 BROADWAY
NEW YORK, NY 10018

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

$ _____ Undetermined

Basis for the claim: LITIGATION CLAIM

Date or dates debt was incurred    Undetermined

Last 4 digits of account number    __ __ __ __

Is the claim subject to offset?
☐ No
☐ Yes

**3.3** Nonpriority creditor's name and mailing address
1411 IC-SIC PROPERTY LLC
C/O CALLAHAN CAPITAL PROPERTIES
1411 BROADWAY
NEW YORK, NY 10018

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

$ _____ Undetermined

Basis for the claim: LEGAL CLAIM

Date or dates debt was incurred    Undetermined

Last 4 digits of account number    __ __ __ __

Is the claim subject to offset?
☐ No
☐ Yes

**3.4** Nonpriority creditor's name and mailing address
498 SEVENTH AVENUE LLC
PO BOX 3085
HICKSVILLE, NY 11802

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ _____ 264,984.05

Basis for the claim: TRADE PAYABLE

Date or dates debt was incurred    Undetermined

Last 4 digits of account number    __ __ __ __

Is the claim subject to offset?
☐ No
☐ Yes

**3.5** Nonpriority creditor's name and mailing address
4N SERVICE LLC
126 W RECTOR DR 126
SAN ANTONIO, TX 78216

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ _____ 163.34

Basis for the claim: TRADE PAYABLE

Date or dates debt was incurred    Undetermined

Last 4 digits of account number    __ __ __ __

Is the claim subject to offset?
☐ No
☐ Yes

**3.6** Nonpriority creditor's name and mailing address
525 DELAWARE LLC
C/O CHARLES E. BOULBOL, P.C.
26 BROADWAY, 17TH FLOOR
NEW YORK, NY 10004

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

$ _____ Undetermined

Basis for the claim: GUARANTY CLAIM

Date or dates debt was incurred    Undetermined

Last 4 digits of account number    __ __ __ __

Is the claim subject to offset?
☐ No
☐ Yes

---

| Debtor | NINE WEST HOLDINGS, INC. | Case number _(if known)_ 18-10947 |
|---|---|---|
| | Name | |

---

**Part 2:**   **Additional Page**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

| 3.7 | **Nonpriority creditor's name and mailing address** | | $8,225.85 |
|---|---|---|---|

A & H MFG.
PO BOX 19720
JOHNSTON, RI 02919

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| 3.8 | **Nonpriority creditor's name and mailing address** | | $900.00 |
|---|---|---|---|

A-1 CERTIFIED CLEANING SPECIALISTS
PO BOX 21322
BARRIGADA 96921
GUAM

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| 3.9 | **Nonpriority creditor's name and mailing address** | | $22,419.34 |
|---|---|---|---|

AAC FAN HALL REALTY LLC
PO BOX 75036
BALTIMORE, MD 21275-5036

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| 3.10 | **Nonpriority creditor's name and mailing address** | | $2,000.00 |
|---|---|---|---|

ACCESSORIES COUNCIL
390 FIFTH AVE  SUITE 710
NEW YORK, NY 10018

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| 3.11 | **Nonpriority creditor's name and mailing address** | | $ Undetermined |
|---|---|---|---|

ADCO WEST BRANCH LLC
DEPT CH 19949
PALATINE, IL 60055

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| Debtor | NINE WEST HOLDINGS, INC. | Case number (if known) | 18-10947 |
|---|---|---|---|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.12** | **Nonpriority creditor's name and mailing address** | $6,021.10

ADMIRAL COURIER SERVICES
ADMIRAL COURIER INC
18 W 30TH ST 2ND FL
NEW YORK, NY 10001

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.13** | **Nonpriority creditor's name and mailing address** | $40,883.64

ADP LLC
AUTOMATIC DATA PROCESSING INC. D/B/
PO BOX 842875
BOSTON, MA 02284-2875

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.14** | **Nonpriority creditor's name and mailing address** | $ Undetermined

ADT SECURITY SERVICES
PO BOX 371878
PITTSBURGH, PA 15250-7878

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.15** | **Nonpriority creditor's name and mailing address** | $45.73

AINSCOW, LAUREN
1255 COMMONWEALTH AVENUE
ALLSTON, MA 02134

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** UNCLAIMED PROPERTY CLAIM

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.16** | **Nonpriority creditor's name and mailing address** | $13,649.66

AJ SQUARED SECURITY INC
PO BOX 481
MERRICK, NY 11566-0481

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| Debtor | NINE WEST HOLDINGS, INC. | Case number *(if known)* | 18-10947 |
|---|---|---|---|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

| | | Amount of claim |
|---|---|---|
| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | | |

**3.17** **Nonpriority creditor's name and mailing address** $32.95

AKER, RACHEL, D
8021 200TH AVENUE
BRISTOL, WI 53104

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** UNCLAIMED PROPERTY CLAIM

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.18** **Nonpriority creditor's name and mailing address** $46,000.00

ALBERTO DEL BIONDI SRL
VIALE DELLA NAVIGAZIONE INTERNA 91
NOVENTA PADOVANA, PD 35027
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.19** **Nonpriority creditor's name and mailing address** $1,658.42

ALLEN PREMIUM OUTLETS L.P
TENANT ID:AL-EASYS1
PO BOX 827776
PHILADELPHIA, PA 19182-7776

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE/RENT

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.20** **Nonpriority creditor's name and mailing address** $53.71

ALLEY BAGS INC.
3964 MAGAZINE STREET
NEW ORLEANS, LA 70115

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** UNCLAIMED PROPERTY CLAIM

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.21** **Nonpriority creditor's name and mailing address** $45.44

ALLISON, ZHARYIA
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** UNCLAIMED PROPERTY CLAIM

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

| Debtor | NINE WEST HOLDINGS, INC. | Case number *(if known)* | 18-10947 |
|---|---|---|---|
| | Name | | |

---

**Part 2:**   **Additional Page**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

| 3.22 | **Nonpriority creditor's name and mailing address** | | $13,111.55 |
|---|---|---|---|

ALMSTEAD, JOHANNA M
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** SEVERANCE CLAIM

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| 3.23 | **Nonpriority creditor's name and mailing address** | | $32.99 |
|---|---|---|---|

ALVARADO, ADELA, M
10814 QUESADA STREET
MERCEDES, TX 78570

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** UNCLAIMED PROPERTY CLAIM

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| 3.24 | **Nonpriority creditor's name and mailing address** | | $21.19 |
|---|---|---|---|

ALVAREZ SAAVEDRA, SARA, A
URBANIZACION RIOGUAYAS CLUB
GUAYAQUIL
ECUADOR

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** UNCLAIMED PROPERTY CLAIM

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| 3.25 | **Nonpriority creditor's name and mailing address** | | $ Undetermined |
|---|---|---|---|

AMY OLSSON-WELLER
90 BERRY ST APT 1R
BROOKLYN, NY 11249

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| 3.26 | **Nonpriority creditor's name and mailing address** | | $29.09 |
|---|---|---|---|

ANASTAL, STEPHANIE
57 CALLENDER STREET
DORCHESTER, MA 02124

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** UNCLAIMED PROPERTY CLAIM

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| Debtor | NINE WEST HOLDINGS, INC. | Case number *(if known)* 18-10947 |
|---|---|---|
| | Name | |

## Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.27**  **Nonpriority creditor's name and mailing address**  $5.99

ANGELOSANTO, FELICIA
234 HOLLY HILLS
HOWELL, MI 48855

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** UNCLAIMED PROPERTY CLAIM

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.28**  **Nonpriority creditor's name and mailing address**  $245,826.70

ANIGER CALCADOS
RUA ARMINDO ELTZ
51 CAMPO BOM/RS
QUIXERAMOBIM 93700-000
BRAZIL

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.29**  **Nonpriority creditor's name and mailing address**  $50.00

ANITA ROGERS
APT 1 6333 GARRETT LANE
ROCKFORD, IL 61107

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.30**  **Nonpriority creditor's name and mailing address**  $40,851.05

AP FACILITIES MANAGEMENT INC
PO BOX 1353
JACKSON, NJ 08523

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.31**  **Nonpriority creditor's name and mailing address**  $5,000.00

APEX CREATIVE CORP
133 W 25TH ST #3W
NEW YORK, NY 10001

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

| Debtor | NINE WEST HOLDINGS, INC. | Case number (if known) 18-10947 |
|--------|--------------------------|----------------------------------|
|        | Name                     |                                  |

## Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

| 3.32 | **Nonpriority creditor's name and mailing address** | | $11,972.29 |
|------|------|------|------|

APPAREL FZCO
JABEL ALI FREE ZONE SOUTH
DUBAI
UNITED ARAB EMIRATES

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**

☐ No
☐ Yes

---

| 3.33 | **Nonpriority creditor's name and mailing address** | | $4,637.63 |
|------|------|------|------|

APTOS CANADA INC. FORMERLY EPICOR RETAIL SOLUTIONS CO
PO BOX 66512
C/O T60167U
CHICAGO, IL 60666-0512

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**

☐ No
☐ Yes

---

| 3.34 | **Nonpriority creditor's name and mailing address** | | $18.29 |
|------|------|------|------|

ARANA, NATALY
959 NORTH &TH STREET
BANNING, CA 92220

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** UNCLAIMED PROPERTY CLAIM

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**

☐ No
☐ Yes

---

| 3.35 | **Nonpriority creditor's name and mailing address** | | $7.67 |
|------|------|------|------|

ARELLANO, JESSICA
55072 WINDING WAY
DICKINSON, TX 77539

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** UNCLAIMED PROPERTY CLAIM

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**

☐ No
☐ Yes

---

| 3.36 | **Nonpriority creditor's name and mailing address** | | $39.67 |
|------|------|------|------|

ARIZONA MILLS LLC
PO BOX 402298
ATLANTA, GA 30384-2298

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**

☐ No
☐ Yes

---

| Debtor | NINE WEST HOLDINGS, INC. | Case number *(if known)* | 18-10947 |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

| | | |
|---|---|---|
| **3.37** | **Nonpriority creditor's name and mailing address** | $510.00 |

ARMORED PROTECTION SERVICES
371 SOUTH MARINE CORPS DRIVE
TAMUNING 96913
GUAM

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

| | | |
|---|---|---|
| **3.38** | **Nonpriority creditor's name and mailing address** | $2,021.98 |

ARTIC MECHANICAL INC.
10440 TRADEMARK ST
RANCHO CUCAMONGA, CA 91730

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

| | | |
|---|---|---|
| **3.39** | **Nonpriority creditor's name and mailing address** | $18,792.25 |

ARUNDEL MILLS LP
PO BOX 406130
ATLANTA, GA 30384-6130

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

| | | |
|---|---|---|
| **3.40** | **Nonpriority creditor's name and mailing address** | $195.05 |

ASSURED ENVIRONMENTS
RAMAC CORP.
45 BROADWAY 10TH FL
NEW YORK, NY 10006

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

| | | |
|---|---|---|
| **3.41** | **Nonpriority creditor's name and mailing address** | $16,800.00 |

ATELIER MANAGEMENT INC
529 S BROADWAY STE 305
LOS ANGELES, CA 90013

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

| Debtor | NINE WEST HOLDINGS, INC. | | Case number *(if known)* | 18-10947 |
|---|---|---|---|---|
| | Name | | | |

---

**Part 2:**    **Additional Page**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

| 3.42 | **Nonpriority creditor's name and mailing address** | | $9,952.66 |
|---|---|---|---|

ATLANTIC CITY ASSOCIATES LLC
PO BOX 417340
BOSTON, MA 02241-7340

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

| 3.43 | **Nonpriority creditor's name and mailing address** | | $ Undetermined |
|---|---|---|---|

ATLANTIC SPECIALTY INSURANCE COMPANY
195 BROADWAY
NEW YORK, NY 10007

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** SURETY BOND NUMBER 800036094 FOR THE BENEFIT OF KATHLEEN NEDOROSTEK.

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

| 3.44 | **Nonpriority creditor's name and mailing address** | | $ Undetermined |
|---|---|---|---|

ATLANTIC SPECIALTY INSURANCE COMPANY
195 BROADWAY
NEW YORK, NY 10007

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** SURETY BOND NUMBER 160503006 FOR THE BENEFIT OF U.S. CUSTOMS AND BORDER PROTECTION.

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

| 3.45 | **Nonpriority creditor's name and mailing address** | | $8,296.83 |
|---|---|---|---|

AVR-PORTCHESTER LLC - 2574
PO BOX 8000 DEPT 969
BUFFALO, NY 14267

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

| 3.46 | **Nonpriority creditor's name and mailing address** | | $21.94 |
|---|---|---|---|

AYALA, ELINTON, A
3750 E BONANZA RD
LAS VEGAS, NV 89110

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** UNCLAIMED PROPERTY CLAIM

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

| Debtor | NINE WEST HOLDINGS, INC. | Case number (if known) | 18-10947 |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.47**    **Nonpriority creditor's name and mailing address**        $20.77

AYERS, MORGAN, M
4755 SHAMROCK AVE
BALTIMORE, MD 21206

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** UNCLAIMED PROPERTY CLAIM

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.48**    **Nonpriority creditor's name and mailing address**        $8.77

BAILEY, COLEMAN, A
19618 LIGHTHOURSE SCENE
CYPRESS, TX 77433

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** UNCLAIMED PROPERTY CLAIM

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.49**    **Nonpriority creditor's name and mailing address**        $0.60

BAKER, PATRICIA
319 MERRYWOOD DR
WYCKOFF, NJ 07481

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** UNCLAIMED PROPERTY CLAIM

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.50**    **Nonpriority creditor's name and mailing address**        $119,854.87

BANK OF AMERICA
PO BOX 15731
WILMINGTON, DE 19886-5731

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.51**    **Nonpriority creditor's name and mailing address**        $14,224.90

BANK OF AMERICA
PO BOX 15731
WILMINGTON, DE 19886-5731

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

| Debtor | NINE WEST HOLDINGS, INC. | Case number *(if known)* 18-10947 |
|---|---|---|
| | Name | |

## Part 2:    Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.52** | **Nonpriority creditor's name and mailing address** | $101,457.86

BANK OF AMERICA
PO BOX 15731
WILMINGTON, VA 19886-5731

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.53** | **Nonpriority creditor's name and mailing address** | $20.93

BAOSHEN (HK) LIMITED
68# XIANGTANG ROAD
JIANGGAO TOWN
GUANGZHOU CITY
CHINA

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.54** | **Nonpriority creditor's name and mailing address** | $49.99

BARBARA DAVINO
5 PAMELA DRIVE
RANDOLPH, NJ 07869

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.55** | **Nonpriority creditor's name and mailing address** | $2.00

BARBOUR, DARA
928 CHARLES POND DRIVE
CORAM, NY 11727

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** UNCLAIMED PROPERTY CLAIM

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.56** | **Nonpriority creditor's name and mailing address** | $1,365.00

BARE FEET OF FLORIDA
59TH E VA BEACH BLVD #26
NORFOLK, VA 23502

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** UNCLAIMED PROPERTY CLAIM

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

| Debtor | NINE WEST HOLDINGS, INC. | Case number *(if known)* | 18-10947 |
|---|---|---|---|
| | Name | | |

## Part 2:    Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

| 3.57 | **Nonpriority creditor's name and mailing address** | | $21.36 |

BARE WEB INC
90 NORTHFIELD AVE
EDISON, NJ 08837

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** UNCLAIMED PROPERTY CLAIM

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

| 3.58 | **Nonpriority creditor's name and mailing address** | | $4.00 |

BARKOE, BROOKE
125 ABBIE CT
GUTTENBERG, NJ 07093

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** UNCLAIMED PROPERTY CLAIM

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

| 3.59 | **Nonpriority creditor's name and mailing address** | | $53.34 |

BARRY, FATOUMATA
3212 WISPERING PINES DR
SILVER SPRINGS, MD 20906

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** UNCLAIMED PROPERTY CLAIM

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

| 3.60 | **Nonpriority creditor's name and mailing address** | | $12.64 |

BARTNEY, ERIKA
3500 SILVER MAPLE COURT
NEW ORLEANS, LA 70130

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** UNCLAIMED PROPERTY CLAIM

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

| 3.61 | **Nonpriority creditor's name and mailing address** | | $396.00 |

BASIA INC.
DBA BASIA
TORONTO, ON M5R 1V5
CANADA

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** UNCLAIMED PROPERTY CLAIM

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

| Debtor | NINE WEST HOLDINGS, INC. | Case number *(if known)* | 18-10947 |
|---|---|---|---|
| | Name | | |

## Part 2:  Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.62**  **Nonpriority creditor's name and mailing address**                                   $ Underdetermined

BATIST, LISA
C/O CARLSON, LYNCH, SWEET, KILPELA AND CARPENTER
1133 PENN AVENUE
5TH FLOOR
PITTSBURGH, PA 15222

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** THREATENED LITIGATION CLAIM

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.63**  **Nonpriority creditor's name and mailing address**                                   $1,032,732.60

BAXIN FOOTWEAR HONG KONG CO LTD
UNIT C 3/F WING HONG CENRE, 18 WING
CHEUNG SHA WAN
KOWLOON
HONG KONG

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.64**  **Nonpriority creditor's name and mailing address**                                   $76.35

BAZAN, CYNTHIA
2249 HILLDALE STREET
OCEANSIDE, CA 92054

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** UNCLAIMED PROPERTY CLAIM

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.65**  **Nonpriority creditor's name and mailing address**                                   $17.07

BEEKHA, RAYNADA
917 WEST DUNCANNON AVENUE
PHILADEPHIA, PA 19141

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** UNCLAIMED PROPERTY CLAIM

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.66**  **Nonpriority creditor's name and mailing address**                                   $ Undetermined

BELL, EMA
C/O BRODSKY & SMITH LLC
TWO BALA PLAZA
SUITE 510
BALA CYNWYD, PA 19004

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** LEGAL CLAIM

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

| Debtor | NINE WEST HOLDINGS, INC. | Case number *(if known)* | 18-10947 |
|---|---|---|---|
| | Name | | |

## Part 2:    Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

| 3.67 | **Nonpriority creditor's name and mailing address** | | $63.94 |
|---|---|---|---|

BELL, KATIE, M
8720 MOUNT WASHINGTON
TAYLORSVILLE, KY 40071

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** UNCLAIMED PROPERTY CLAIM

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| 3.68 | **Nonpriority creditor's name and mailing address** | | $2,663.00 |
|---|---|---|---|

BELLA AGENCY LLC
270 LAFAYETTE ST. SUITE 802
NEW YORK, NY 10012

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| 3.69 | **Nonpriority creditor's name and mailing address** | | $ Undetermined |
|---|---|---|---|

BELLE, MARY
2000 BROADWAY
APT. 5D
NEW YORK, NY 10023

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** LEGAL CLAIM

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| 3.70 | **Nonpriority creditor's name and mailing address** | | $5.49 |
|---|---|---|---|

BELLHY, REBEKAH, D
35 CASEY ROAD
MCDONALD, PA 15057

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** UNCLAIMED PROPERTY CLAIM

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| 3.71 | **Nonpriority creditor's name and mailing address** | | $1,623.15 |
|---|---|---|---|

BEO-SPORT SYSTEM DOO
VILLINE VODE 47
BELGRADE 11000
MONTENEGRO (SERBIA-MONTENEGRO)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| Debtor | NINE WEST HOLDINGS, INC. | Case number *(if known)* | 18-10947 |
|---|---|---|---|
| | Name | | |

## Part 2:    Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.72** | **Nonpriority creditor's name and mailing address** | $0.50

BERFAS, RIKKI
90 SCHENCK AVE
GREAT NECK, NY 11021

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** UNCLAIMED PROPERTY CLAIM

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.73** | **Nonpriority creditor's name and mailing address** | $44.06

BETANCOURT, KAREN, J
3681 BRYD STREET
SAN DIEGO, CA 92154

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** UNCLAIMED PROPERTY CLAIM

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.74** | **Nonpriority creditor's name and mailing address** | $5,969.61

BLOOMFIELD HOLDINGS
PO BOX 205150
DALLAS, TX 75320-5150

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.75** | **Nonpriority creditor's name and mailing address** | $36.09

BOONE, CHRISTOPHER
22602 PINEY BRANCH COURT
LINCOLN, DE 19960

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** UNCLAIMED PROPERTY CLAIM

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.76** | **Nonpriority creditor's name and mailing address** | $414.00

BORDERFREE INC
292 MADISON AVE 5TH FL
NEW YORK, NY 10017

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| Debtor | NINE WEST HOLDINGS, INC. | Case number *(if known)* | 18-10947 |
|---|---|---|---|
| | Name | | |

## Part 2:    Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.77**   **Nonpriority creditor's name and mailing address**                                      $842.32

BOURGAULT, LISA
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** SEVERANCE CLAIM

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.78**   **Nonpriority creditor's name and mailing address**                                      $70,390.45

BOW INDUSTRIAL CORPORATION
2ND FL, BOW BUILDING , 94-5 GARAK
DONG, SONG PA KU
SEOUL 138-705
KOREA, REPUBLIC OF

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.79**   **Nonpriority creditor's name and mailing address**                                      $16,549.01

BOWEX CORP
1526 W 2ND ST
BOWERS COMPANY INC
BROOKLYN, NY 11204

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.80**   **Nonpriority creditor's name and mailing address**                                      $ Undetermined

BRIERLEY, ALAN A
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** SERP CLAIM

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.81**   **Nonpriority creditor's name and mailing address**                                      $4.29

BROWN, ITALEIGH, A
3315 GLENHAVEN SHORES DRIVE
NORTH CHARLESTON, SC 29420

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** UNCLAIMED PROPERTY CLAIM

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| Debtor | NINE WEST HOLDINGS, INC. | Case number *(if known)* | 18-10947 |
|---|---|---|---|
| | Name | | |

**Part 2:    Additional Page**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.82**  **Nonpriority creditor's name and mailing address**                                           $2,543.98

BRYAN BANTRY INC
119 WEST 57TH STREET SUITE 400
NEW YORK, NY 10019

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.83**  **Nonpriority creditor's name and mailing address**                                           $4,002.75

BRYANT ARTISTS INC
158 5R LUDLOW STREET
NEW YORK, NY 10002

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.84**  **Nonpriority creditor's name and mailing address**                                  $ Undetermined

BURKLEY, JASON AND OTHERS SIMILARLY SITUATED
C/O PACIFIC TRIAL ATTORNEYS, A PROFESSIONAL CORPORATION
4100 NEWPORT PLACE
SUITE 800
NEWPORT BEACH, CA 92660

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** LITIGATION CLAIM

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.85**  **Nonpriority creditor's name and mailing address**                                               $3.96

BUTLER, FORBES, T
6059 IN THE PINES DRIVE SE
KENTWOOD, MI 49548

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** UNCLAIMED PROPERTY CLAIM

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.86**  **Nonpriority creditor's name and mailing address**                                             $14.42

BWC STATE INSURANCE FUND
P.O. BOX 89492
CLEVELAND, OH 44101-6492

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| Debtor | NINE WEST HOLDINGS, INC. | Case number *(if known)* | 18-10947 |
|---|---|---|---|
| | Name | | |

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.87** | **Nonpriority creditor's name and mailing address** | $ Underdetermined

C&J FASHION CO LTD
136-138 AUSTIN RD
RM 201 2F GOLDENGATE COMMERCIAL BLDG
KOWLOON 26611
HONG KONG

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.88** | **Nonpriority creditor's name and mailing address** | $17.98

CAMPBELL, ABIGAIL, C
539 PARADISE STREET
WOODBURN, OR 97071

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** UNCLAIMED PROPERTY CLAIM

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.89** | **Nonpriority creditor's name and mailing address** | $ Undetermined

CANO OSCAR
3 TOCZAK CT
PARLIN, NJ 08859-3149

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** WORKERS COMPENSATION CLAIM

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.90** | **Nonpriority creditor's name and mailing address** | $7,150.00

CANVAS PRINT STUDIO LIMITED
20 WATERSON ST.
LONDON E2 8HL
UNITED KINGDOM

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.91** | **Nonpriority creditor's name and mailing address** | $2.00

CARIGNAN, MICHELLE
18 LANE GATE ROAD
WAPPINGERS FALLS, NY 12590

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** UNCLAIMED PROPERTY CLAIM

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

| Debtor | NINE WEST HOLDINGS, INC. | Case number (if known) | 18-10947 |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

### 3.92

**Nonpriority creditor's name and mailing address**

CARLSBAD PREMIUM OUTLETS LLC
TENANT ID: EASY S
PO BOX 828913
PHILADELPHIA, PA 19182-8913

$17,684.68

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE/RENT

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

### 3.93

**Nonpriority creditor's name and mailing address**

CARLSBAD PREMIUM OUTLETS
5620 PASEO DEL NORTE
CARLSBAD, CA 92008

$1,133.00

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE/RENT

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

### 3.94

**Nonpriority creditor's name and mailing address**

CAROLINE LUNA
16 DOLBEER STREET
PERRY, NY 14530

$49.99

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

### 3.95

**Nonpriority creditor's name and mailing address**

CARRENO, MARILYN
1898 SIERRA AVENUE
NAPA, CA 94558

$29.57

**As of the petition filing date, the claim is:**
Check all that apply.

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** UNCLAIMED PROPERTY CLAIM

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

### 3.96

**Nonpriority creditor's name and mailing address**

CASEY ASTON
631 MOORE ST BOX #290
SAN MARCOS, TX 78666

$98.15

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

| Debtor | NINE WEST HOLDINGS, INC. | Case number *(if known)* | 18-10947 |
|---|---|---|---|
| | Name | | |

**Part 2:** **Additional Page**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.97** **Nonpriority creditor's name and mailing address** $28,549.30

CASS INFORMATION SYSTEMS INC.
PO BOX 17617
TELECOM SERVICES DIVISION
ST. LOUIS, MO 63178

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.98** **Nonpriority creditor's name and mailing address** $0.50

CASTILLO, LUZ
331 EMERSON PL
VALLEY STREAM, NY 11580

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** UNCLAIMED PROPERTY CLAIM

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.99** **Nonpriority creditor's name and mailing address** $13,873.76

CASTLE MERCHANDISING INC
120 FULTON AVENUE
GARDEN CITY PARK, NY 11040

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.100** **Nonpriority creditor's name and mailing address** $42.96

CASTRO, CASSIDY
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** UNCLAIMED PROPERTY CLAIM

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.101** **Nonpriority creditor's name and mailing address** $4.75

CASTRO, TANYA
101-30 107 STREET
OZONE PARK, NY 11416

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** UNCLAIMED PROPERTY CLAIM

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| Debtor | NINE WEST HOLDINGS, INC. | Case number *(if known)* | 18-10947 |
|--------|--------------------------|--------------------------|----------|
|        | Name |  |  |

## Part 2:   Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.102** | **Nonpriority creditor's name and mailing address** | $9.23

CATCHINGS, PRESHUS
422 LEXINGTON AVENUE
JACKSON, MS 39209

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** UNCLAIMED PROPERTY CLAIM

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.103** | **Nonpriority creditor's name and mailing address** | $2,115.00

CGA DESIGN LTD
77 LEIGHTON ROAD CAUSEWAY BAY
ROOM 1321 LEIGHTON CENTRE
HONG KONG
HONG KONG

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.104** | **Nonpriority creditor's name and mailing address** | $3.25

CHANG, ALICE
47 STONEWALL CIRCLE
WHITE PLAINS, NY 10607

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** UNCLAIMED PROPERTY CLAIM

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.105** | **Nonpriority creditor's name and mailing address** | $ Undetermined

CHANGZHOU ZHUOYUAN RUBBER WARE CO.
QIANHUANG INDUSTRY PARK
JIANGSU WUJIN DISTRICT
CHANGZHOU 213172
CHINA

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.106** | **Nonpriority creditor's name and mailing address** | $31.40

CHARGUALAF, MICHELLE
PO BOX 7283
AGAT, GU 96915

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** UNCLAIMED PROPERTY CLAIM

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

| Debtor | NINE WEST HOLDINGS, INC. | Case number *(if known)* | 18-10947 |
|---|---|---|---|
| | Name | | |

---

**Part 2:**    **Additional Page**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.107**    **Nonpriority creditor's name and mailing address**      $31.39

CHARGUALAF, MICHELLE
PO BOX 7283
AGAT, GU 96915

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** UNCLAIMED PROPERTY CLAIM

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.108**    **Nonpriority creditor's name and mailing address**      $162.78

CHARLES EBERLE
1080 CENTRAL PONDS DRIVE
SUMMERVILLE, SC 29483

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.109**    **Nonpriority creditor's name and mailing address**      $925.00

CHARLES H HILL PLASTERING CHARLES H HILL
25109 NE 53RD ST
VANCOUVER, WA 98682

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.110**    **Nonpriority creditor's name and mailing address**      $19.77

CHARLES, STEPHANIE, B
311 HIGHLAND DRIVE
EAST STOUDSBURG, PA 18301

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** UNCLAIMED PROPERTY CLAIM

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.111**    **Nonpriority creditor's name and mailing address**      $889.32

CHARLOTTE BRODY
40 EAST 68TH ST, SUITE 5C
NEW YORK, NY 10065

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** UNCLAIMED PROPERTY CLAIM

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

| Debtor | NINE WEST HOLDINGS, INC. | Case number (if known) | 18-10947 |
|---|---|---|---|
| | Name | | |

## Part 2:   Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

| 3.112 | **Nonpriority creditor's name and mailing address** | | $18,512.76 |
|---|---|---|---|

CHARLOTTE OUTLETS LLC
PO BOX 826509
PHILADELPHIA, PA 19182-6509

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**

☐ No
☐ Yes

---

| 3.113 | **Nonpriority creditor's name and mailing address** | | $7,301.23 |
|---|---|---|---|

CHECK PLUS SYSTEMS
ONE CUPSAW DR.
RINGWOOD, NJ 07456

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**

☐ No
☐ Yes

---

| 3.114 | **Nonpriority creditor's name and mailing address** | | $985.97 |
|---|---|---|---|

CHECKERS DIV/OPERATED BY COUGARSHOE
2 MASONRY COURT
BURLINGTON, ON L7T 4A8
CANADA

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**

☐ No
☐ Yes

---

| 3.115 | **Nonpriority creditor's name and mailing address** | | $150,905.56 |
|---|---|---|---|

CHENGDU AOLUOLA LEATHER PRODUCTS CO
LADY SHOES CENTER OF CHINA
WUHOU DISTRICT
CHENGDU CITY 610043
CHINA

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**

☐ No
☐ Yes

---

| 3.116 | **Nonpriority creditor's name and mailing address** | | $3,850.10 |
|---|---|---|---|

CHENGDU LANDUN SHOEMAKING INDUSTRIA CO LTD
GROUP 3, LIANGSHUIJING VILLAGE CUQI
CHENGDU CITY 610000
CHINA

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**

☐ No
☐ Yes

---

| Debtor | NINE WEST HOLDINGS, INC. | Case number (if known) | 18-10947 |
|---|---|---|---|
| | Name | | |

---

## Part 2:    Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

| 3.117 | **Nonpriority creditor's name and mailing address** | | $197,707.75 |
|---|---|---|---|

CHENGDU SHUANGLIU XIN XIN ZHONG DA CO., LTD.
NO. 688 YANGQIAO ROAD WEST HANGGANG
ZONE,SHUANG LIU COUNTY CHENGDU SICHUAN
CHENGDU 610200
CHINA

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| 3.118 | **Nonpriority creditor's name and mailing address** | | $14,557.02 |
|---|---|---|---|

CHENGDU YAQILI SHOES INDUSTRY CO LT
NO 252 FEIYUN ROAD, CHONGZHOU INDUS
CHENGDU 611230
CHINA

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| 3.119 | **Nonpriority creditor's name and mailing address** | | $16,369.47 |
|---|---|---|---|

CHICAGO PREMIUM OUTLETS LLC
PO BOX 827894
PHILA, PA 19182-7894

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| 3.120 | **Nonpriority creditor's name and mailing address** | | $ Undetermined |
|---|---|---|---|

CHINA CREATIONS JEWELRY CO LTD
NO 135 HAOPAI RD
YIWU 322009
CHINA

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| 3.121 | **Nonpriority creditor's name and mailing address** | | $18.47 |
|---|---|---|---|

CHRISTIAN H ESQUILIN
16967 CASS BROOK LANE
WOODBRIDGE, VA 22191

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| Debtor | NINE WEST HOLDINGS, INC. | Case number *(if known)* 18-10947 |
|---|---|---|
| | Name | |

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.122** | **Nonpriority creditor's name and mailing address** | $0.07

CHUI, KWAI
22 N LACLEDE PL
ATLANTIC CITY, NJ 08401

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** UNCLAIMED PROPERTY CLAIM

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.123** | **Nonpriority creditor's name and mailing address** | $48,400.02

CIMICATO, JENNIFER L
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** SEVERANCE CLAIM

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.124** | **Nonpriority creditor's name and mailing address** | $13,939.83

CINCINNATI PREMIUM OUTLETS LLC FORMERLY CHELSEA MONROE HOLDINGS
PO BOX 824014
PHILADELPHIA, PA 19182-4014

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE/RENT

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.125** | **Nonpriority creditor's name and mailing address** | $93.51

CITY OF ALEXANDRIA
PO BOX 34850
ALEXANDRIA, VA 22334-0850

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.126** | **Nonpriority creditor's name and mailing address** | $ Undetermined

CITY OF ONTARIO
303 EAST B STREET
ONTARIO, CA 91764

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

Debtor | NINE WEST HOLDINGS, INC.
Name

Case number *(if known)* 18-10947

---

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.127** | **Nonpriority creditor's name and mailing address** | $10.00

CITY OF PIGEON FORGE
PO DRAWER 1350
BUSINESS TAX DIVISION
PIGEON FORGE, TN 37868-1350

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.128** | **Nonpriority creditor's name and mailing address** | $20.00

CITY OF SEVIERVILLE
P O BOX 5500
SEVIERVILLE, TN 37864-5500

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.129** | **Nonpriority creditor's name and mailing address** | $40.00

CITY OF WEST PALM BEACH
PO BOX 3366
WEST PALM BEACH, FL 33402

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.130** | **Nonpriority creditor's name and mailing address** | $ Undetermined

CITY-COUNTY TAX COLLECTOR
700 NORTH TRYON STREET
P O BOX 31577
CHARLOTTE, NC 28231-1577

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.131** | **Nonpriority creditor's name and mailing address** | $65,858.67

CJ AFFILIATE BY CONVERSANT
4140 SOLUTIONS CTR #774140
COMMISSION JUNCTION
CHICAGO, IL 60677-4001

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| Debtor | NINE WEST HOLDINGS, INC. | Case number (if known) | 18-10947 |
|---|---|---|---|
| | Name | | |

---

**Part 2:**    **Additional Page**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.132**

**Nonpriority creditor's name and mailing address**                                                 $82.46

CLARK, TERRA
2429 CAMDEN ROAD
HOLLY HILL, SC 29059

**As of the petition filing date, the claim is:**
Check all that apply.

[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Basis for the claim:** UNCLAIMED PROPERTY CLAIM

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
[ ] No
[ ] Yes

**Last 4 digits of account number**

---

**3.133**

**Nonpriority creditor's name and mailing address**                                                 $42.30

CLARK, TERRA
2429 CAMDEN ROAD
HOLLY HILL, SC 29059

**As of the petition filing date, the claim is:**
Check all that apply.

[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Basis for the claim:** UNCLAIMED PROPERTY CLAIM

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
[ ] No
[ ] Yes

**Last 4 digits of account number**

---

**3.134**

**Nonpriority creditor's name and mailing address**                                                 $3,500.00

CLOVIS CONSULTING INC DBA DIALOGUE NEW YORK
500 DRIGGS AVE #507
BROOKLYN, NY 11211

**As of the petition filing date, the claim is:**
Check all that apply.

[ ] Contingent
[ ] Unliquidated
[ ] Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
[ ] No
[ ] Yes

**Last 4 digits of account number**

---

**3.135**

**Nonpriority creditor's name and mailing address**                                                 $36.00

CLS FASHION INC
DBA SHOES I LOVE.NET
BABYLON, NY 11702

**As of the petition filing date, the claim is:**
Check all that apply.

[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Basis for the claim:** UNCLAIMED PROPERTY CLAIM

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
[ ] No
[ ] Yes

**Last 4 digits of account number**

---

**3.136**

**Nonpriority creditor's name and mailing address**                                                 $49.95

COCOSA LIFESTYLE LIMITED
CENTER POINT;  103 NEW OXFORD
LONDON WC1A 1DD

**As of the petition filing date, the claim is:**
Check all that apply.

[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Basis for the claim:** UNCLAIMED PROPERTY CLAIM

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
[ ] No
[ ] Yes

**Last 4 digits of account number**

---

| Debtor | NINE WEST HOLDINGS, INC. | Case number *(if known)* | 18-10947 |
|---|---|---|---|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.137** | **Nonpriority creditor's name and mailing address** | $17.51

COLE, JOHNSON, N
32 ISLE OF PLAMS EAST
BLUFFTON, SC 29910

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** UNCLAIMED PROPERTY CLAIM

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.138** | **Nonpriority creditor's name and mailing address** | $15.98

COLE, JOHNSON, N
32 ISLE OF PLAMS EAST
BLUFFTON, SC 29910

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** UNCLAIMED PROPERTY CLAIM

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.139** | **Nonpriority creditor's name and mailing address** | $400.00

COLLECT STUDIO LLC
356 21ST AVE
SAN FRANCISCO, CA 94121

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.140** | **Nonpriority creditor's name and mailing address** | $283.14

COLLEGE PARK SHOES INC
DBA SHOE CENTER
ATLANTA, GA 30329

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** UNCLAIMED PROPERTY CLAIM

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.141** | **Nonpriority creditor's name and mailing address** | $296.14

COLUMBIA OMNI CORP.
14 W 33RD ST
NEW YORK, NY 10001

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

| Debtor | NINE WEST HOLDINGS, INC. | Case number *(if known)* | 18-10947 |
|---|---|---|---|
| | Name | | |

---

## Part 2:   Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.142**  **Nonpriority creditor's name and mailing address**                                       $3,953.00

COMMERCE TECHNOLOGIES INC
COMMERCE HUB
25736 NETWORK PLACE
CHICAGO, IL 60673-1257

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.143**  **Nonpriority creditor's name and mailing address**                                       $18,657.59

COMMERCIAL FIRE LLC
2465 ST JOHN BLUFF RD S
JACKSONVILLE, FL 32246

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.144**  **Nonpriority creditor's name and mailing address**                                       $16.69

CONCERIA DELUXE SRL
VIA DEL TREBBIO NORD 56
SANTA CROCE SULL'ARNO, PI 56029
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.145**  **Nonpriority creditor's name and mailing address**                                       $955.76

CONCERIA EVERST SRL
VIA DEL TREBBIO 50
S CROCE SUL'AMO, PI 56029
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.146**  **Nonpriority creditor's name and mailing address**                                       $43.17

CONCERIA LIBERTY SRL
VIA DEL FONTINO 13/15
PISA, PI 56029
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

| Debtor | NINE WEST HOLDINGS, INC. | Case number (if known) | 18-10947 |
|---|---|---|---|
| | Name | | |

## Part 2:    Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.147**  **Nonpriority creditor's name and mailing address**                                       $55.16

CONCERIA SAMANTA SPA
VIA DEI CONCIATORI 18/28
SAN MINIATO, PI 56024
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.148**  **Nonpriority creditor's name and mailing address**                                       $182.80

CONCERIA SIRTE SPA
LARGE PIETRO LOTTI
SANTA CROCE SULL'ARNO, PI 56029
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.149**  **Nonpriority creditor's name and mailing address**                                       $212,006.00

CONDE' NAST PUBLICATIONS INC.
ADVANCE MAGAZINE
PO BOX 5350
NEW YORK, NY 10087-5350

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.150**  **Nonpriority creditor's name and mailing address**                                       $194.93

CONEY, NAYIRAH
533 EAST 2ND AVE
ROSELLE, NJ 07203

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** UNCLAIMED PROPERTY CLAIM

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.151**  **Nonpriority creditor's name and mailing address**                                       $24.79

CONEY, NAYIRAH
533 EAST SECOND AVE
ROSELLE, NJ 07203

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** UNCLAIMED PROPERTY CLAIM

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| Debtor | NINE WEST HOLDINGS, INC. | Case number *(if known)* | 18-10947 |
|---|---|---|---|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

| 3.152 | **Nonpriority creditor's name and mailing address** | | $30,814.60 |
|---|---|---|---|

CONNEXITY, INC
PO BOX 740539
LOS ANGELES, CA 90074-0539

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| 3.153 | **Nonpriority creditor's name and mailing address** | | $11,859.67 |
|---|---|---|---|

CONSERV BUILDING SERVICES INC
6354 118TH AVE N
LARGO, FL 33773

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| 3.154 | **Nonpriority creditor's name and mailing address** | | $3,885.00 |
|---|---|---|---|

CONSTANCE FAULK
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CONTRACT FEES

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| 3.155 | **Nonpriority creditor's name and mailing address** | | $1,890.00 |
|---|---|---|---|

CONSULTING & TESTING SERVICES INC
237 WEST 35TH ST SUITE 1201
NEW YORK, NY 10001

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| 3.156 | **Nonpriority creditor's name and mailing address** | | $128,791.27 |
|---|---|---|---|

CONTACT US LLC
3700 FISHINGER BLVD
COLUMBUS, OH 43026

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

Official Form 206E/F      **Schedule E/F: Creditors Who Have Unsecured Claims**      Page 77 of 221

| Debtor | NINE WEST HOLDINGS, INC. | Case number (if known) | 18-10947 |
|---|---|---|---|
| | Name | | |

## Part 2:    Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.157** | **Nonpriority creditor's name and mailing address** | | $30.00

CONTEMPO CARD COMPANY
69 TINGLEY ST
PROVIDENCE, RI 02903

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.158** | **Nonpriority creditor's name and mailing address** | | $3,230.00

CONTRACT DATASCAN LP
2941 TRADE CENTER DRIVE SUITE 100
CARROLLTON, TX 75007

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.159** | **Nonpriority creditor's name and mailing address** | | $0.25

COOPER, MARSHA
167-11 116TH AVE
JAMAICA, NY 11434

**As of the petition filing date, the claim is:**
Check all that apply.

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** UNCLAIMED PROPERTY CLAIM

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.160** | **Nonpriority creditor's name and mailing address** | | $ Undetermined

CORAL RIDGE MALL
CORAL RIDGE MALL
PO BOX 919283
ORLANDO, FL 32891-9283

**As of the petition filing date, the claim is:**
Check all that apply.

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.161** | **Nonpriority creditor's name and mailing address** | | $8.99

CORTEZ, MARIA
4197 12TH STREET SOUTEAST
SALEM, OR 97302

**As of the petition filing date, the claim is:**
Check all that apply.

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** UNCLAIMED PROPERTY CLAIM

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

| Debtor | NINE WEST HOLDINGS, INC. | Case number *(if known)* 18-10947 |
|---|---|---|
| | Name | |

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.162**

**Nonpriority creditor's name and mailing address**                                                         $0.30

COSTA, JULIET
6 FREEMAN LANE
WHITE HOUSE STATION, NJ 08889

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** UNCLAIMED PROPERTY CLAIM

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.163**

**Nonpriority creditor's name and mailing address**                                                       $135.00

COUNTY OF SAN DIEGO
9325 HAZARD WAY STE 100
AGRICULTURE, WEIGHTS, & MEASURES
SAN DIEGO, CA 92123

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.164**

**Nonpriority creditor's name and mailing address**                                                 $ Undetermined

COVELL, BRITTANY, ON BEHALF OF HERSELF AND ALL OTHERS
SIMILARLY SITUATED
C/O CARLSON, LYNCH, SWEET, KILPELA AND CARPENTER
402 WEST BROADWAY
29TH FLOOR
SAN DIEGO, CA 92101

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** LITIGATION CLAIM

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.165**

**Nonpriority creditor's name and mailing address**                                                   $37,218.93

CRAIG REALTY GROUP CITADEL LLC
PO BOX 51757
LOS ANGELES, CA 90051-6057

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.166**

**Nonpriority creditor's name and mailing address**                                                   $63,984.31

CRITEO CORP
PO BOX 392422
PITTSBURGH, PA 15251-9422

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| Debtor | NINE WEST HOLDINGS, INC. | Case number *(if known)* | 18-10947 |
|--------|--------------------------|--------------------------|----------|
| | Name | | |

## Part 2:    Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.167**  **Nonpriority creditor's name and mailing address**                                    $20,354.54

CROWN LEATHER CO LIMITED
G/F. 37 APLIU STREET
KOWLOON, KLN
HONG KONG

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.168**  **Nonpriority creditor's name and mailing address**                                    $50,000.00

CURALATE INC
2401 WALNUT ST. 24TH ST. ENTRANCE
SUITE 502
PHILADELPHIA, PA 19103

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.169**  **Nonpriority creditor's name and mailing address**                                    $38.03

CUSANELLI, CHRISTOPHE
81 GREENWOOD LOOP
BRICK, NJ 08724

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** UNCLAIMED PROPERTY CLAIM

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.170**  **Nonpriority creditor's name and mailing address**                                    $300.00

D'ONNA STUBBLEFIELD
2225 PEMBERTON STREET
PHILADELPHIA, PA 19146

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.171**  **Nonpriority creditor's name and mailing address**                                    $475.20

D.B. SHOE COMPANY
5455 HOLLYWOOD BLVD
LOS ANGELES, CA 90027

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** UNCLAIMED PROPERTY CLAIM

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

| Debtor | NINE WEST HOLDINGS, INC. | Case number *(if known)* | 18-10947 |
|---|---|---|---|
| | Name | | |

## Part 2:    Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.172** | **Nonpriority creditor's name and mailing address** | $35.24

DADU LUXE FZE
PO BOX 371919  HEAD OFFICE
DUBAI

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** UNCLAIMED PROPERTY CLAIM

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.173** | **Nonpriority creditor's name and mailing address** | $59.19

DAGUIO, FRANCIS, L
1122 KUKULU ST
KAPOLEI, HI 96707

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** UNCLAIMED PROPERTY CLAIM

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.174** | **Nonpriority creditor's name and mailing address** | $3.25

DALY, GERARD
16 QUEENS PASS
COLTS NECK, NJ 07722

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** UNCLAIMED PROPERTY CLAIM

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.175** | **Nonpriority creditor's name and mailing address** | $20.00

DANIEL, RHONDA
PO BOX 1502
JAMESTOWN, NC 27282

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** UNCLAIMED PROPERTY CLAIM

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.176** | **Nonpriority creditor's name and mailing address** | $ Undetermined

DANKANYCH VLADIMIR
C/O MARK BASICHAS
233 BROADWAY
NEW YORK, NY 10279

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** WORKERS COMPENSATION CLAIM

**Date or dates debt was incurred**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| Debtor | NINE WEST HOLDINGS, INC. | Case number *(if known)* | 18-10947 |
|---|---|---|---|
| | Name | | |

## Part 2:  Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.177** | **Nonpriority creditor's name and mailing address** | $ Undetermined

DANKANYCH VLADIMIR
2915 W 5TH ST APT 7E
BROOKLYN, NY 11224-3910

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** WORKERS COMPENSATION CLAIM

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.178** | **Nonpriority creditor's name and mailing address** | $70,958.80

DASAN CO LTD
668-1 SUNGGOK-DONG
DANWON-GU ANSAN-SI GYUNGGI-DO
ANSAN 425-836
KOREA, REPUBLIC OF

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.179** | **Nonpriority creditor's name and mailing address** | $1,279.27

DAWN MELANIE DESIGNS LLC
P.O. BOX 2292
NEW YORK, NY 10108

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.180** | **Nonpriority creditor's name and mailing address** | $1,300.00

DEBAUN DEVELOPMENT INC
116 WEST 22ND STREET #2
NEW YORK, NY 10011

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.181** | **Nonpriority creditor's name and mailing address** | $579.81

DELUXE DELIVERY SYSTEMS INC
64 WEST 48TH STREET
4TH FLOOR
NEW YORK, NY 10036

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

| Debtor | NINE WEST HOLDINGS, INC. | Case number *(if known)* 18-10947 |
|---|---|---|
| | Name | |

## Part 2:    Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

| 3.182 | **Nonpriority creditor's name and mailing address** | | $222.00 |
|---|---|---|---|

DESIRANT
DBA MRK GALLERY
MIAMI, FL 33179

**As of the petition filing date, the claim is:**
*Check all that apply.*

- ☒ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** UNCLAIMED PROPERTY CLAIM

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
- ☐ No
- ☐ Yes

---

| 3.183 | **Nonpriority creditor's name and mailing address** | | $7,677.91 |
|---|---|---|---|

DHEERA MEDIA DBA BRANDLOCK
56 BERGEN RIDGE ROAD
NORTH BERGEN, NJ 07047

**As of the petition filing date, the claim is:**
*Check all that apply.*

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
- ☐ No
- ☐ Yes

---

| 3.184 | **Nonpriority creditor's name and mailing address** | | $ Undetermined |
|---|---|---|---|

DICKSON, JAMES
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

- ☒ Contingent
- ☒ Unliquidated
- ☐ Disputed

**Basis for the claim:** SERP CLAIM

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
- ☐ No
- ☐ Yes

---

| 3.185 | **Nonpriority creditor's name and mailing address** | | $18,579.16 |
|---|---|---|---|

DIGITAL COLOR CONCEPTS INC
42 W 39TH ST 6TH FL
NEW YORK, NY 10018

**As of the petition filing date, the claim is:**
*Check all that apply.*

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
- ☐ No
- ☐ Yes

---

| 3.186 | **Nonpriority creditor's name and mailing address** | | $300.00 |
|---|---|---|---|

DISNEY WORLDWIDE SHARED SERVICES
ACCOUNTS PAYABLE
PO BOX 10120
LAKE BUENA VISTA, FL 32830

**As of the petition filing date, the claim is:**
*Check all that apply.*

- ☒ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** UNCLAIMED PROPERTY CLAIM

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
- ☐ No
- ☐ Yes

---

| Debtor | NINE WEST HOLDINGS, INC. | Case number *(if known)* | 18-10947 |
|---|---|---|---|
| | Name | | |

## Part 2:    Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.187**  **Nonpriority creditor's name and mailing address**                                                      $300.00

DISNEY WORLDWIDE SHARED SERVICES
ACCOUNTS PAYABLE
PO BOX 10120
LAKE BUENA VISTA, FL 32830

**As of the petition filing date, the claim is:**
*Check all that apply.*

[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Basis for the claim:** UNCLAIMED PROPERTY CLAIM

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**

**Last 4 digits of account number**

[ ] No
[ ] Yes

---

**3.188**  **Nonpriority creditor's name and mailing address**                                                    $2,006.00

DISNEY WORLDWIDE SHARED SERVICES
ACCOUNTS PAYABLE
PO BOX 10120
LAKE BUENA VISTA, FL 32830

**As of the petition filing date, the claim is:**
*Check all that apply.*

[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Basis for the claim:** UNCLAIMED PROPERTY CLAIM

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**

**Last 4 digits of account number**

[ ] No
[ ] Yes

---

**3.189**  **Nonpriority creditor's name and mailing address**                                                      $82.99

DISNEY WORLDWIDE SHARED SERVICES
ACCOUNTS PAYABLE
PO BOX 10120
LAKE BUENA VISTA, FL 32830

**As of the petition filing date, the claim is:**
*Check all that apply.*

[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Basis for the claim:** UNCLAIMED PROPERTY CLAIM

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**

**Last 4 digits of account number**

[ ] No
[ ] Yes

---

**3.190**  **Nonpriority creditor's name and mailing address**                                                       $8.66

DISNEY WORLDWIDE SHARED SERVICES
ACCOUNTS PAYABLE
PO BOX 10120
LAKE BUENA VISTA, FL 32830

**As of the petition filing date, the claim is:**
*Check all that apply.*

[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Basis for the claim:** UNCLAIMED PROPERTY CLAIM

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**

**Last 4 digits of account number**

[ ] No
[ ] Yes

---

**3.191**  **Nonpriority creditor's name and mailing address**                                                   $10,773.57

DMX LLC
MOOD MEDIA NORTH AMERICA HOLDINGS C
PO BOX 602777
CHARLOTTE, NC 28260-2777

**As of the petition filing date, the claim is:**
*Check all that apply.*

[ ] Contingent
[ ] Unliquidated
[ ] Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**

**Last 4 digits of account number**

[ ] No
[ ] Yes

---

| Debtor | NINE WEST HOLDINGS, INC. | Case number *(if known)* | 18-10947 |
|---|---|---|---|
| | Name | | |

## Part 2:    Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

| 3.192 | **Nonpriority creditor's name and mailing address** | | $122.22 |
|---|---|---|---|

DNU/COLDWATER CREEK,
ONE COLDWATER CREEK DRIVE
SANDPOINT, ID 83864

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** UNCLAIMED PROPERTY CLAIM

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

| 3.193 | **Nonpriority creditor's name and mailing address** | | $19.73 |
|---|---|---|---|

DOMINGUEZ, COLL, G
850 NORTH 7TH STREET
CAMDEN, NJ 08105

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** UNCLAIMED PROPERTY CLAIM

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

| 3.194 | **Nonpriority creditor's name and mailing address** | | $34,680.54 |
|---|---|---|---|

DONG GUAN HMMEDIUM PHOTOGRAPHY
RM 405# HUA HE BLDG
THE MIDDLE OF DONGCHEN RD, DONGGUAN
GUANGDONG PRC 523128
CHINA

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

| 3.195 | **Nonpriority creditor's name and mailing address** | | $1,617.50 |
|---|---|---|---|

DONG GUAN LIRUI FOOTWEAR CO. LTD
NO. 2 SAN HENG ROAD
WENTANG ZHUANYAO INDUSTRIAL PARK
DONGCHENG DISTRICT
DONGGUAN CITY
CHINA

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

| 3.196 | **Nonpriority creditor's name and mailing address** | | $16,012.23 |
|---|---|---|---|

DONGGUAN CHEN MING SHOES FACTORY
XIA BIAN INDUSTRY, HOUJIE TOWN
DONGGUAN 523960
CHINA

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

| Debtor | NINE WEST HOLDINGS, INC. | Case number *(if known)* 18-10947 |
|---|---|---|
| | Name | |

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.197** | **Nonpriority creditor's name and mailing address** | $30,825.00

DONGGUAN GRAND SHOES CO LTD
NO 9 BAI HAO INDUSTRIAL ZONE-HOUJIE
DONGGUAN CITY 523957
CHINA

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.198** | **Nonpriority creditor's name and mailing address** | $855,109.45

DONGGUAN HONGYUN SHOES CO LTD
NO 9 BAI HAO INDUSTRIAL ZONE-HOUJIE
DONGGUAN CITY 523957
CHINA

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.199** | **Nonpriority creditor's name and mailing address** | $1,149,258.41

DONGGUAN JONES COMMERCE AND TRADING CO. LTD.
GD FINANCE CENTER
NO. 3 SHIZHU ROAD, OFFICE 1301-1
NAN CHENG DISTRICT
DONGGUAN 523000
CHINA

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** INTERCOMPANY PAYABLE

**Date or dates debt was incurred**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.200** | **Nonpriority creditor's name and mailing address** | $1,344.00

DONGGUAN JUNSHUO SHOE MATERIAL CO L
NO 3 SANGYUAN ROAD
DONGGUAN, 190 523000
CHINA

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.201** | **Nonpriority creditor's name and mailing address** | $6,211.99

DONNA KARAN STUDIO LLC
240 WEST 40TH STREET
NEW YORK, NY 10018

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| Debtor | NINE WEST HOLDINGS, INC. | Case number (if known) | 18-10947 |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.202** **Nonpriority creditor's name and mailing address**                                                $ Undetermined

DONNA KARAN STUDIO LLC
240 WEST 40TH STREET
NEW YORK, NY 10018

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.203** **Nonpriority creditor's name and mailing address**                                                $10,674.11

DONNELLY MECHANICAL CORP
9659 22ND ST
QUEENS VILLAGE, NY 11429

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.204** **Nonpriority creditor's name and mailing address**                                                $0.04

DOOGER DESIGNS INC
DBA PETTICOAT LANE TRIBECA
NEW YORK, NY 10013

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** UNCLAIMED PROPERTY CLAIM

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.205** **Nonpriority creditor's name and mailing address**                                                $68,411.35

DRINKER BIDDLE & REATH LLC
105 COLLEGE ROAD EAST SUITE 300
PRINCETON, NJ 08542-0627

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.206** **Nonpriority creditor's name and mailing address**                                                $8.31

DUDLEY, COURTNEY, M
2121 TANNEHILL DIVE
HOUSTON, TX 77008

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** UNCLAIMED PROPERTY CLAIM

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

Official Form 206E/F                    **Schedule E/F: Creditors Who Have Unsecured Claims**

| Debtor | NINE WEST HOLDINGS, INC. | Case number (if known) | 18-10947 |
|---|---|---|---|
| | Name | | |

## Part 2:  Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.207** | **Nonpriority creditor's name and mailing address** | | $16,124.70

DUGGAL VISUAL SOLUTIONS INC
29 W 23RD ST
NEW YORK, NY 10010

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.208** | **Nonpriority creditor's name and mailing address** | | $6,808.54

DUNBAR ARMORED INC
P.O. BOX 64115
BALTIMORE, MD 21264-4115

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.209** | **Nonpriority creditor's name and mailing address** | | $107.37

DURAN, JOHN, A
1811 MEDICAL PARKWAY
SAN MARCOS, TX 78666

**As of the petition filing date, the claim is:**
Check all that apply.

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** UNCLAIMED PROPERTY CLAIM

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.210** | **Nonpriority creditor's name and mailing address** | | $500.00

DUSTY LEE CORP
1216 SURF AVE
BROOKLYN, NY 11224

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.211** | **Nonpriority creditor's name and mailing address** | | $5.62

DZIERWA, SHANNON, A
1126 OAK CLUSTER DRIVE
HOWELL, MI 48843

**As of the petition filing date, the claim is:**
Check all that apply.

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** UNCLAIMED PROPERTY CLAIM

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| Debtor | NINE WEST HOLDINGS, INC. | Case number (if known) | 18-10947 |
|---|---|---|---|
| | Name | | |

## Part 2:    Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.212**    **Nonpriority creditor's name and mailing address**      $287.00

E SILOGLOU & CO
DBA ELEINS BOUTIQUE
PIRAEUS 18535
GREECE

**As of the petition filing date, the claim is:**
*Check all that apply.*

[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Basis for the claim:** UNCLAIMED PROPERTY CLAIM

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
[ ] No
[ ] Yes

---

**3.213**    **Nonpriority creditor's name and mailing address**      $ Undetermined

E.S. ORIGINALS, INC.
440 9TH AVENUE
7TH FLOOR
NEW YORK, NY 10001

**As of the petition filing date, the claim is:**
*Check all that apply.*

[X] Contingent
[X] Unliquidated
[X] Disputed

**Basis for the claim:** LEGAL CLAIM

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
[ ] No
[ ] Yes

---

**3.214**    **Nonpriority creditor's name and mailing address**      $86,073.09

EAST SPLENDOR CO. LTD.
#28 GAOXIN ROAD
4TH FLOOR 1ST BUILDING
ZHEJIANG PROVIDENCE
YIWU CITY 322000
CHINA

**As of the petition filing date, the claim is:**
*Check all that apply.*

[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
[ ] No
[ ] Yes

---

**3.215**    **Nonpriority creditor's name and mailing address**      $95.63

EBAGS INC
5500 GREENWOOD PLAZA BLVD
GREENWOOD VILLAGE, CO 80111

**As of the petition filing date, the claim is:**
*Check all that apply.*

[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Basis for the claim:** UNCLAIMED PROPERTY CLAIM

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
[ ] No
[ ] Yes

---

**3.216**    **Nonpriority creditor's name and mailing address**      $163.55

EBAGS INC
5500 GREENWOOD PLAZA BLVD
GREENWOOD VILLAGE, CO 80111

**As of the petition filing date, the claim is:**
*Check all that apply.*

[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Basis for the claim:** UNCLAIMED PROPERTY CLAIM

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
[ ] No
[ ] Yes

---

Debtor    NINE WEST HOLDINGS, INC.
_____
          Name

Case number *(if known)*   18-10947

| Part 2: | Additional Page |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

| 3.217 | **Nonpriority creditor's name and mailing address** | | $94.66 |
|---|---|---|---|

EBAGS INC
5500 GREENWOOD PLAZA BLVD
GREENWOOD VILLAGE, CO 80111

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** UNCLAIMED PROPERTY CLAIM

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

| 3.218 | **Nonpriority creditor's name and mailing address** | | $0.01 |
|---|---|---|---|

EBAGS INC
5500 GREENWOOD PLAZA BLVD
GREENWOOD VILLAGE, CO 80111

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** UNCLAIMED PROPERTY CLAIM

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

| 3.219 | **Nonpriority creditor's name and mailing address** | | $0.01 |
|---|---|---|---|

EBAGS INC
5500 GREENWOOD PLAZA BLVD
GREENWOOD VILLAGE, CO 80111

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** UNCLAIMED PROPERTY CLAIM

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

| 3.220 | **Nonpriority creditor's name and mailing address** | | $3,238.23 |
|---|---|---|---|

EBAGS INC
5500 GREENWOOD PLAZA BLVD
GREENWOOD VILLAGE, CO 80111

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** UNCLAIMED PROPERTY CLAIM

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

| 3.221 | **Nonpriority creditor's name and mailing address** | | $228.90 |
|---|---|---|---|

EBAGS INC
5500 GREENWOOD PLAZA BLVD
GREENWOOD VILLAGE, CO 80111

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** UNCLAIMED PROPERTY CLAIM

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

| Debtor | NINE WEST HOLDINGS, INC. | Case number *(if known)* | 18-10947 |
|---|---|---|---|
| | Name | | |

## Part 2:    Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.222** | **Nonpriority creditor's name and mailing address** | $0.01

EBAGS INC
5500 GREENWOOD PLAZA BLVD
GREENWOOD VILLAGE, CO 80111

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** UNCLAIMED PROPERTY CLAIM

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.223** | **Nonpriority creditor's name and mailing address** | $0.06

EBAGS INC
5500 GREENWOOD PLAZA BLVD
GREENWOOD VILLAGE, CO 80111

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** UNCLAIMED PROPERTY CLAIM

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.224** | **Nonpriority creditor's name and mailing address** | $ Undetermined

EBERLE, CHARLES E
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** SERP CLAIM

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.225** | **Nonpriority creditor's name and mailing address** | $15.69

EFRATA
AUTOPISTA SAN ISIDRO
CENTRO COMMERCIAL  C

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** UNCLAIMED PROPERTY CLAIM

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.226** | **Nonpriority creditor's name and mailing address** | $7,814.89

EL PASO OUTLET
5902 PAYSPHERE CIRCLE
CHICAGO, IL 60674

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

| Debtor | NINE WEST HOLDINGS, INC. | Case number (if known) | 18-10947 |
|---|---|---|---|
| | Name | | |

## Part 2:    Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.227** | **Nonpriority creditor's name and mailing address** | $388.00

ELANI WILSON
2948 MADISON ROAD
CINCINNATI, OH 45209

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.228** | **Nonpriority creditor's name and mailing address** | $37,367.29

ELITE SEM INC
P.O. BOX 28415
NEW YORK, NY 10087-8415

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.229** | **Nonpriority creditor's name and mailing address** | $68.36

ELIZABETH ANTHONY
3500 NW 1ST
FORT LAUDERDALE, FL 33311

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.230** | **Nonpriority creditor's name and mailing address** | $12,123.00

ELLIS ENTERPRISES
JAMES ELLIS ENTERPRISES
30941 AGOURA RD STE 306
WESTLAKE VILLAGE, CA 91361

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.231** | **Nonpriority creditor's name and mailing address** | $205.48

EMCO INDUSTRIAL
PO BOX 2503
CEDAR GROVE, NJ 07009

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| Debtor | NINE WEST HOLDINGS, INC. | Case number *(if known)* | 18-10947 |
|---|---|---|---|
| | Name | | |

## Part 2:    Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

| 3.232 | **Nonpriority creditor's name and mailing address** | | $ Undetermined |
|---|---|---|---|

EMILIO PUCCI S.R.L. AND EMILIO PUCCI, B.V.
LOUIS VUITTON NORTH AMERICA INC.
ONE EAST 57TH STREET
JOHN MALTBIE, ESQ.
NEW YORK, NY 10022

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** THREATENED LITIGATION CLAIM

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

| 3.233 | **Nonpriority creditor's name and mailing address** | | $ Undetermined |
|---|---|---|---|

ENGLE, NORMAN
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** SERP CLAIM

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

| 3.234 | **Nonpriority creditor's name and mailing address** | | $2.20 |
|---|---|---|---|

ENRIQUEZ, LISA, A
3312 DOMINIQUE DRIVE
GALVESTON, TX 77551

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** UNCLAIMED PROPERTY CLAIM

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

| 3.235 | **Nonpriority creditor's name and mailing address** | | $7.05 |
|---|---|---|---|

EPPS, ALANNA, M
2486 WHISPERING OAKS DRIVE
FAIRFIELD, CA 94534

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** UNCLAIMED PROPERTY CLAIM

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

| 3.236 | **Nonpriority creditor's name and mailing address** | | $58.53 |
|---|---|---|---|

ERVIN, COURTNEY
2270 CASTLEGATE DRIVE NORTH
APT 827
CASTLE ROCK, CO 80108

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** UNCLAIMED PROPERTY CLAIM

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

| Debtor | NINE WEST HOLDINGS, INC. | Case number *(if known)* 18-10947 |
|--------|--------------------------|-----------------------------------|
|        | Name                     |                                   |

## Part 2:    Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.237** | **Nonpriority creditor's name and mailing address** | | $0.02

ESPINA, FRANCES
166 W 75TH ST
NEW YORK, NY 10023

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** UNCLAIMED PROPERTY CLAIM

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.238** | **Nonpriority creditor's name and mailing address** | | $35.09

ESTOYA, KHESTER, C
52 FAIRVIEW STREET
YONKERS, NY 10703

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** UNCLAIMED PROPERTY CLAIM

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.239** | **Nonpriority creditor's name and mailing address** | | $15.00

EURO CARGO EXPRESS ASIA LIMITED
UNIT 1908-10 PROSPERITY CENTRE 25 C
KOWLOON, KLN
HONG KONG

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.240** | **Nonpriority creditor's name and mailing address** | | $92.35

EVICH, DORIS
106 LEXINGTON PLACE
MYRTLE BEACH, SC 29588

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** UNCLAIMED PROPERTY CLAIM

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.241** | **Nonpriority creditor's name and mailing address** | | $1,290.70

EXPOSITION TRANSPORTATION INC DBA EXPO TRANS
3855 LAS VEGAS BLVD NORTH
LAS VEGAS, NV 89115-1505

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

| Debtor | NINE WEST HOLDINGS, INC. | Case number *(if known)* | 18-10947 |
|---|---|---|---|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.242** | **Nonpriority creditor's name and mailing address** | $58,865.95

FACEBOOK INC
COLLECTIONS CENTER DRIVE
CHICAGO, IL 60693

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.243** | **Nonpriority creditor's name and mailing address** | $2,137.84

FACILITYSOURCE LLC
2020 N CENTRAL AVE
PHOENIX, AZ 85004

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.244** | **Nonpriority creditor's name and mailing address** | $1,478.80

FAHAD AL ABDUL JALEEL &
DBA FORTUNE COOKIE
SHAMIYA 71503
KUWAIT

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** UNCLAIMED PROPERTY CLAIM

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.245** | **Nonpriority creditor's name and mailing address** | $7,500.00

FAIRCHILD PUBLICATIONS LLC
11175 SANTA MONICA BLVD
LOS ANGELES, CA 90025

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.246** | **Nonpriority creditor's name and mailing address** | $12.50

FARR, MATTHEW
11 BRUCE PLACE
RUMSON, NJ 07760

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** UNCLAIMED PROPERTY CLAIM

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| Debtor | NINE WEST HOLDINGS, INC. | Case number (if known) | 18-10947 |
|---|---|---|---|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.247**  **Nonpriority creditor's name and mailing address**                                                      $426.09

FARREN, HANNAH, E
40 SCHOOL STREET
PLAINVILLE, MA 02762

**As of the petition filing date, the claim is:**
Check all that apply.

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** UNCLAIMED PROPERTY CLAIM

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.248**  **Nonpriority creditor's name and mailing address**                                                      $265.00

FARREN, HANNAH, E
40 SCHOOL STREET
PLAINVILLE, MA 02762

**As of the petition filing date, the claim is:**
Check all that apply.

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** UNCLAIMED PROPERTY CLAIM

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.249**  **Nonpriority creditor's name and mailing address**                                                      $19,513.96

FASHION OUTLETS AT FOXWOODS LLC
P.O. BOX 414225
BOSTON, MA 02241-4225

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.250**  **Nonpriority creditor's name and mailing address**                                                      $33,558.64

FEDEX
3875 AIRWAYS BLVD MODULE H 3RD FL
MEMPHIS, TN 38116

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.251**  **Nonpriority creditor's name and mailing address**                                                      $1,862.00

FGX INTERNATIONAL INC
180 MADISON AVE
NEW YORK, NY 10016

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| Debtor | NINE WEST HOLDINGS, INC. | Case number (if known) | 18-10947 |
|---|---|---|---|
| | Name | | |

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.252**

| Nonpriority creditor's name and mailing address | | $84.25 |
|---|---|---|

FIFIELD INC.
PO BOX 847164
BOSTON, MA 02284-7164

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.253**

| Nonpriority creditor's name and mailing address | | $16.30 |
|---|---|---|

FINELINE TECHNOLOGIES INC.
PO BOX 934219
ATLANTA, GA 31193-4219

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.254**

| Nonpriority creditor's name and mailing address | | $3,097.50 |
|---|---|---|

FLAUNT MODEL MANAGEMENT INC.
35 W 35TH ST STE 901
NEW YORK, NY 10001

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.255**

| Nonpriority creditor's name and mailing address | | $7,445.28 |
|---|---|---|

FLORIDA KEYS FTY SHOPS LP
P.O. BOX 776254
CHICAGO, IL 60677-6254

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.256**

| Nonpriority creditor's name and mailing address | | $240,804.30 |
|---|---|---|

FOREVER COUNTRY LTD
WORKSHOP 11, 9/F BLOCK A
VERISTRONG IND CTR
NO 34-36 AU PUI WAN STREET, SHATIN
N.T. HONG KONG
CHINA

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| Debtor | NINE WEST HOLDINGS, INC. | Case number (if known) | 18-10947 |
|--------|--------------------------|------------------------|----------|
|        | Name                     |                        |          |

---

**Part 2:**   **Additional Page**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.257**   **Nonpriority creditor's name and mailing address**                                   $2,904.76

FORTUNE FOOTWEAR INC.
174 HUDSON ST
NEW YORK, NY 10013

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.258**   **Nonpriority creditor's name and mailing address**                                   $181,957.11

FORTUNE FOOTWEAR INC
174 HUDSON ST
3RD FLOOR
NEW YORK, NY 10013

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.259**   **Nonpriority creditor's name and mailing address**                                   $291.00

FORTUNE GLOBAL SOURCING LTD
UNIT 1618, 16TH FLOOR MIRAMAR TOWER
132 NATHAN ROAD
TSIM SHA TSUI, KLN
HONG KONG

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.260**   **Nonpriority creditor's name and mailing address**                                   $24.35

FORTUNE, AMARELIS
9526 SCHENCK STREET
BROOKLYN, NY 11236

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** UNCLAIMED PROPERTY CLAIM

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.261**   **Nonpriority creditor's name and mailing address**                                   $17,682.87

FORUS BRANDS & RETAIL
AV DEPARTAMENTAL #01053
LA FLORIDA, SANTIAGO
CHILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

| Debtor | NINE WEST HOLDINGS, INC. | Case number *(if known)* | 18-10947 |
|---|---|---|---|
| | Name | | |

## Part 2:    Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.262**   Nonpriority creditor's name and mailing address                                    $18,645.70

FOSHAN MEILING SHOES CO LTD
HENGYI RD, DESHENG VILLAGE
LISHUI TOWN
FOSHAN CITY, 190
CHINA

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.263**   Nonpriority creditor's name and mailing address                                    $32,915.00

FOSHAN NANHAI SHINE-WAY LEATHER
PRODUCTS CO LTD
NO 2 CHANGTUN ROAD NANYU
FOSHAN 528244
CHINA

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.264**   Nonpriority creditor's name and mailing address                                    $2,535.00

FOURTHFLOOR FASHION TALENT CAREER GROUP INC.
P.O. BOX 203654
CAREER GROUP INC.
DALLAS, TX 75320-3654

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.265**   Nonpriority creditor's name and mailing address                                    $4.62

FOUTS, KATIE, F
112 JOE TALLEY ROAD
DAWSONVILLE, GA 30534

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** UNCLAIMED PROPERTY CLAIM

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.266**   Nonpriority creditor's name and mailing address                                    $237.99

FRANCISCO MORALES GARCIA
410 EAST HILLSIDE ROAD
PMB & 463
LAREDO, TX 78041

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

| Debtor | NINE WEST HOLDINGS, INC. | Case number *(if known)* | 18-10947 |
|---|---|---|---|
| | Name | | |

## Part 2:    Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.267**

**Nonpriority creditor's name and mailing address**                                    $484.77

FRANKLIN MILLS ASSOC LP
1455 FRANKLIN MILLS CIRCLE
PHILADELPHIA, PA 19154

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.268**

**Nonpriority creditor's name and mailing address**                                    $1.25

FRASER, PHOEBE
400 E 71ST STREET  APT 16H
NEW YORK, NY 10021

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** UNCLAIMED PROPERTY CLAIM

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.269**

**Nonpriority creditor's name and mailing address**                                    $ Undetermined

FREEHOLD RACEWAY MALL- MKTG
DEPT. 2596-5305
LOS ANGELES, CA 90084-2596

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.270**

**Nonpriority creditor's name and mailing address**                                    $39.90

FRYE, SKYLAR, L
736 UNION CHURCH ROAD
ELKTON, MD 21921

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** UNCLAIMED PROPERTY CLAIM

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.271**

**Nonpriority creditor's name and mailing address**                                    $5,846.60

FSH ASSOCIATES LP
PO BOX 414225
BOSTON, MA 02241-4225

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

| Debtor | NINE WEST HOLDINGS, INC. | Case number (if known) | 18-10947 |
|--------|--------------------------|------------------------|----------|
|        | Name                     |                        |          |

---

**Part 2:**    **Additional Page**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.272**  **Nonpriority creditor's name and mailing address**                                                   $ Undermined

FUJIAN HUA SHUN IMP & EXP CO LTD
10/F HUA MIN BLDG NO.165 HUDONG RD
FUZHOU 350001
CHINA

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.273**  **Nonpriority creditor's name and mailing address**                                                   $19,112.76

FUQING FUXING PLASTIC RUBBER PRODUC CO LTD
HONGKUANG INDUSTRY VILLAGE
FUQING, 150 350323
CHINA

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.274**  **Nonpriority creditor's name and mailing address**                                                   $2,056,163.65

FUSION ACCESSORIES GROUP LIMITED
932 CHEUNG SHA WAN ROAD
25FL GRANDION PLAZA
KOWLOON 999077
HONG KONG

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.275**  **Nonpriority creditor's name and mailing address**                                                   $15,327.18

G&L BUILDING CORP.
PO BOX 3110
SAG HARBOR, NY 11963

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE/RENT

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.276**  **Nonpriority creditor's name and mailing address**                                                   $0.12

GAGARIN, RALF
PO BOX 11793
TAMUNING, GU 96931

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** UNCLAIMED PROPERTY CLAIM

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| Debtor | NINE WEST HOLDINGS, INC. | Case number *(if known)* | 18-10947 |
|---|---|---|---|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

| 3.277 | **Nonpriority creditor's name and mailing address** | | $3.28 |
|---|---|---|---|

GAGLIANO, CAROLYN
80 OAKLAWN DRIVE
METAIRIE, LA 70005

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** UNCLAIMED PROPERTY CLAIM

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| 3.278 | **Nonpriority creditor's name and mailing address** | | $23.17 |
|---|---|---|---|

GAINES, ISHEUNNA, J
745 LANDSDOWNE LANE
LOCUST, GA 30248

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** UNCLAIMED PROPERTY CLAIM

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| 3.279 | **Nonpriority creditor's name and mailing address** | | $20.00 |
|---|---|---|---|

GAITERS, ANITA, J
4004 SAPLING WAY
TRIANGLE, VA 22172

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** UNCLAIMED PROPERTY CLAIM

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| 3.280 | **Nonpriority creditor's name and mailing address** | | $17.61 |
|---|---|---|---|

GALLEGOS, EDUARDO
3630 HAMILTON AVE
EL PASO, TX 79930-5412

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** UNCLAIMED PROPERTY CLAIM

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| 3.281 | **Nonpriority creditor's name and mailing address** | | $40,034.60 |
|---|---|---|---|

GAMBINO,GIOVANNI
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** SEVERANCE CLAIM

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| Debtor | NINE WEST HOLDINGS, INC. | Case number (if known) | 18-10947 |
|---|---|---|---|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.282** | **Nonpriority creditor's name and mailing address** | $2,193,834.95

GAN ZHOU HUA JIAN INTERNATIONAL FOO CO LTD
GAN NAN INDUSTRIAL AREA
HUANG JIN DEVELOPING DISTRICT
GAN ZHOU 341800
CHINA

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.283** | **Nonpriority creditor's name and mailing address** | $1,616.20

GAP, INC DIRECT
P O BOX 27808
ALBUQUERQUE, NM 87125

**As of the petition filing date, the claim is:**
Check all that apply.
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** UNCLAIMED PROPERTY CLAIM

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.284** | **Nonpriority creditor's name and mailing address** | $33.25

GARCIA, JANE, Y
PO BOX 6810
TAMUNING, GU 96931

**As of the petition filing date, the claim is:**
Check all that apply.
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** UNCLAIMED PROPERTY CLAIM

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.285** | **Nonpriority creditor's name and mailing address** | $2,770.73

GARDA CL ATLANTIC INC.
3209 MOMENTUM PLACE
LOCKBOX# 233209
CHICAGO, IL 60689-5332

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.286** | **Nonpriority creditor's name and mailing address** | $ Undetermined

GARROW, DEBORAH
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
Check all that apply.
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** SERP CLAIM

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| Debtor | NINE WEST HOLDINGS, INC. | Case number *(if known)* | 18-10947 |
|---|---|---|---|
| | Name | | |

---

**Part 2:    Additional Page**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

| | | **Amount of claim** |
|---|---|---|

| 3.287 | Nonpriority creditor's name and mailing address | $30,419.25 |

GELBER, REGINA L
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** SEVERANCE CLAIM

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

| 3.288 | Nonpriority creditor's name and mailing address | $ Undetermined |

GENOVESE DEBRA
KENNETH DIMUZIO 25 HUNTER STREET
WOODBURY, NJ 08096

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** WORKERS COMPENSATION CLAIM

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

| 3.289 | Nonpriority creditor's name and mailing address | $ Undetermined |

GENOVESE DEBRA
226 LAKE AVE
WILLIAMSTOWN, NJ 08094-1111

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** WORKERS COMPENSATION CLAIM

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

| 3.290 | Nonpriority creditor's name and mailing address | $24,558.37 |

GEODIS USA INC FORMERLY OHL INTERNATIONAL
62216 COLLECTIONS CENTER DR
CHICAGO, IL 60693-0622

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

| 3.291 | Nonpriority creditor's name and mailing address | $9,363.42 |

GEORGETOWNE CENTER BROOKLYN LLC
35-11 35TH AVE
LONG ISLAND CITY, NY 11106

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

| Debtor | NINE WEST HOLDINGS, INC. | Case number *(if known)* | 18-10947 |
|---|---|---|---|
| | Name | | |

## Part 2:    Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

| 3.292 | **Nonpriority creditor's name and mailing address** | | $93.26 |
|---|---|---|---|

GEORGIA K ENNIS
150-10 107TH AVE.
JAMAICA, NY 11433

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| 3.293 | **Nonpriority creditor's name and mailing address** | | $9,000.00 |
|---|---|---|---|

GETTY IMAGES (US) INC.
P.O. BOX 953604
ST. LOUIS, MO 63195-3604

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| 3.294 | **Nonpriority creditor's name and mailing address** | | $ Undetermined |
|---|---|---|---|

GETTYSBURG OUTLET CENTER CMBS, LLC
5383 PAYSPHERE CIRCLE
CHICAGO, IL 60674

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| 3.295 | **Nonpriority creditor's name and mailing address** | | $13,144.40 |
|---|---|---|---|

GIDEON GRAPHICS
12321 BAYPOINTE TERRACE
CORTEZ, FL 34215

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| 3.296 | **Nonpriority creditor's name and mailing address** | | $144.67 |
|---|---|---|---|

GILLILAND, ROBYN
316 EAST BRANCH ROAD
MACKS CREEK, MO 65786

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** UNCLAIMED PROPERTY CLAIM

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| Debtor | NINE WEST HOLDINGS, INC. | Case number *(if known)* 18-10947 |
|---|---|---|
| | Name | |

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.297** | **Nonpriority creditor's name and mailing address** | $29,923.98

GILROY PREMIUM OUTLETS LLC
PO BOX 827762
PHILADELPHIA, PA 19182-7762

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.298** | **Nonpriority creditor's name and mailing address** | $145,957.00

GIVENCHY CORP
100 N TRYON ST
CHARLOTTE, NC 28255

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.299** | **Nonpriority creditor's name and mailing address** | $305,099,461.00

GLAS TRUST COMPANY LLC
ATTN: ADAM BERMAN, VICE PRESIDENT
230 PARK AVENUE
10TH FLOOR
NEW YORK, NY 10169

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** UNSECURED TERM LOAN

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.300** | **Nonpriority creditor's name and mailing address** | $0.47

GLASBY, BREANNA
309 E 90TH ST
NEW YORK, NY 10128

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** UNCLAIMED PROPERTY CLAIM

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.301** | **Nonpriority creditor's name and mailing address** | $ Undetermined

GLENDALE GALLERIA
GLENDALE GALLERIA
PO BOX 860116
MINNEAPOLIS, MN 55486-0116

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

Debtor    NINE WEST HOLDINGS, INC.
_____
Name

Case number *(if known)*    18-10947
_____

## Part 2:    Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

| | | Amount of claim |
|---|---|---|

| 3.302 | **Nonpriority creditor's name and mailing address** | $33.64 |
|---|---|---|

GLENN, SUBRENA
3745 BROOKSIDE PARKWAY
DECATUR, GA 30034

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** UNCLAIMED PROPERTY CLAIM

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

| 3.303 | **Nonpriority creditor's name and mailing address** | $119,780.74 |
|---|---|---|

GLOBAL ACCESSORY LTD
RM 1107 WINFIELD COMMERCIAL BUILDIN
6-8A PRAT AVENUE
KOWLOON
HONG KONG

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

| 3.304 | **Nonpriority creditor's name and mailing address** | $23.01 |
|---|---|---|

GODWIN, BLESSING
2305 OKLAAHOMA AVENUE
PLANO, TX 75074

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** UNCLAIMED PROPERTY CLAIM

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

| 3.305 | **Nonpriority creditor's name and mailing address** | $100.00 |
|---|---|---|

GOLDEN SEASON DYNAMICS CO LTD
4F, NO 94, CHI-WEI STREET
SAN CHUNG CITY, TPE
TAIWAN

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

| 3.306 | **Nonpriority creditor's name and mailing address** | $205.75 |
|---|---|---|

GOLDFARB, BRIANNA
26 MIDDLE ROAD
HAMPTON BAYS, NY 11946

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** UNCLAIMED PROPERTY CLAIM

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

| Debtor | NINE WEST HOLDINGS, INC. | Case number (if known) | 18-10947 |
|---|---|---|---|
| | Name | | |

## Part 2:    Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.307** | **Nonpriority creditor's name and mailing address** | | $12.10

GOMEZ, HELLIDA
5755 N 59TH AVE APT 15102
GLENDALE, AZ 85301

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** UNCLAIMED PROPERTY CLAIM

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.308** | **Nonpriority creditor's name and mailing address** | | $8.55

GONZALEZ, OSCAR
1501 BIG BEND DRIVE
HOUSTON, TX 77055

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** UNCLAIMED PROPERTY CLAIM

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.309** | **Nonpriority creditor's name and mailing address** | | $48,087.88

GOOGLE INC
PO BOX 39000 DEPT 33654
SAN FRANCISCO, CA 94139

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.310** | **Nonpriority creditor's name and mailing address** | | $ Undetermined

GOORMAN, MICHELE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** SERP CLAIM

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.311** | **Nonpriority creditor's name and mailing address** | | $16.16

GOTT, JENNIFER
113 CEDAR AVENUE
BARNSDALL, OK 74002

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** UNCLAIMED PROPERTY CLAIM

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| Debtor | NINE WEST HOLDINGS, INC. | Case number *(if known)* 18-10947 |
|---|---|---|
| | Name | |

## Part 2:    Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

| 3.312 | Nonpriority creditor's name and mailing address | | $78.28 |
|---|---|---|---|

GRACE L QUINN
1867 HEATHER LANE
PETALUMA, CA 94954

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** UNCLAIMED PROPERTY CLAIM

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| 3.313 | Nonpriority creditor's name and mailing address | | $4.61 |
|---|---|---|---|

GRAEBER, DANIEL, L
16433 SOUTH WINDY CITY ROAD
MULINO, OR 97402

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** UNCLAIMED PROPERTY CLAIM

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| 3.314 | Nonpriority creditor's name and mailing address | | $1,620.00 |
|---|---|---|---|

GRAND SHOES
IE NO 9 BAI HAO INDUSTRIAL ZONE-HOU
DONGGUAN CITY 523957
CHINA

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| 3.315 | Nonpriority creditor's name and mailing address | | $10.00 |
|---|---|---|---|

GRAVESRODGERS, JENNIFER
4324 FARRINGDON WAY
CHESAPEAKE, VA 23321

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** UNCLAIMED PROPERTY CLAIM

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| 3.316 | Nonpriority creditor's name and mailing address | | $1,254.00 |
|---|---|---|---|

GREAT BOWERY INC DBA STREETERS
190 BOWERY
NEW YORK, NY 10012

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| Debtor | NINE WEST HOLDINGS, INC. | Case number (if known) | 18-10947 |
|---|---|---|---|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.317**

**Nonpriority creditor's name and mailing address**                    $1,254.00

GREAT BOWERY INC. D/B/A CLM
190 BOWERY, SUITE 507
NEW YORK, NY 10012

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.318**

**Nonpriority creditor's name and mailing address**                    $890.00

GREAT MALL
MILPITAS MILLS LIMITED PARTNERSHIP
447 GREAT MALL DR
MILPITAS, CA 95035

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE/RENT

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.319**

**Nonpriority creditor's name and mailing address**                    $10,123.20

GREEN EARTH ENTERPRISE
250 W. 40TH STREET
NEW YORK, NY 10018-6404

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.320**

**Nonpriority creditor's name and mailing address**                    $5,200.00

GREENGREAT TECHNOLOGIES INC
12 WYNWOOD DR
PRINCETON JUNCTION, NJ 08550

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.321**

**Nonpriority creditor's name and mailing address**                    $134.01

GREGG SHOES INC
510 EAST MAIN STREET
ELIZABETH CITY, NC 27909

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** UNCLAIMED PROPERTY CLAIM

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| Debtor | NINE WEST HOLDINGS, INC. | Case number (if known) | 18-10947 |
|---|---|---|---|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.322**

**Nonpriority creditor's name and mailing address**  $7.54

GREY, ELAINE
3215 MCEVER WOODS TRAIL NW
ACWORTH, GA 30101

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** UNCLAIMED PROPERTY CLAIM

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.323**

**Nonpriority creditor's name and mailing address**  $84.99

GRIFFIN, LESA
555 WEST MADISON #504
CHICAGO, IL 60661

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** UNCLAIMED PROPERTY CLAIM

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.324**

**Nonpriority creditor's name and mailing address**  $9,871.31

GROVE CITY FACTORY SHOPS LIMITED PARTNERSHIP
PO BOX 776260
CHICAGO, IL 60677-6260

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.325**

**Nonpriority creditor's name and mailing address**  $ Undetermined

GUANGZHOU CORBY INDUSTRIAL CO LTD
D NO. 38 WANG GANG INDUSTRIAL CO L
5TH FLOOR B BUILDING JIA HE STREET
BAIYUN DISTRICT
GUANGZHOU 510440
CHINA

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.326**

**Nonpriority creditor's name and mailing address**  $6,526.60

GUANGZHOU MINGKE SYNTHETIC LEATHER CO LTD
NO 233 PINGKANG RD SHIQIAO TOWN
PANYU DISTRICT
GUANGZHOU CITY
CHINA

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

| Debtor | NINE WEST HOLDINGS, INC. | Case number (if known) | 18-10947 |
|---|---|---|---|
| | Name | | |

## Part 2:  Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

| 3.327 | **Nonpriority creditor's name and mailing address** | | $800.00 |
|---|---|---|---|

GUARDIAN LABORATORIES INC
300 HYLAN DRIVE BUILDING 6 #201
ROCHESTER, NY 14623

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

| 3.328 | **Nonpriority creditor's name and mailing address** | | $7.85 |
|---|---|---|---|

GURCZENSKI, KILEY
617MCKENNANS CHURCH ROAD
WILMINTON, DE 19808

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** UNCLAIMED PROPERTY CLAIM

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

| 3.329 | **Nonpriority creditor's name and mailing address** | | $1.45 |
|---|---|---|---|

GUTIERREZ, CONSUELO
1161 NORTH HAZARD AVENUE
LOS ANGELES, CA 90063

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** UNCLAIMED PROPERTY CLAIM

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

| 3.330 | **Nonpriority creditor's name and mailing address** | | $59,400.00 |
|---|---|---|---|

GXS INC
PO BOX 640371
PITTSBURGH, PA 15264-0371

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

| 3.331 | **Nonpriority creditor's name and mailing address** | | $58.70 |
|---|---|---|---|

HALL, KAI
6530 COVENTRY STREET
NEW ORLEANS, LA 70126

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** UNCLAIMED PROPERTY CLAIM

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

| Debtor | NINE WEST HOLDINGS, INC. | Case number *(if known)* | 18-10947 |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.332** | **Nonpriority creditor's name and mailing address** | $7.85

HAMMOND, YVETTE
244 SUNRISE MEMORIAL DRIVE
SUNRISE BEACH, MO 65079

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** UNCLAIMED PROPERTY CLAIM

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.333** | **Nonpriority creditor's name and mailing address** | $19,512.26

HAN KOOK FASHION JEWELRY CO LTD
99 6 GARAK DONG SONGPA GU
SEOUL 138-754
KOREA, REPUBLIC OF

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.334** | **Nonpriority creditor's name and mailing address** | $7.85

HANSEN, ASHLEY, N
900 EAST STONEWALL STREET
CHARLOTTE, NC 28202

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** UNCLAIMED PROPERTY CLAIM

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.335** | **Nonpriority creditor's name and mailing address** | $29.75

HARGROW, BRITNEY
9757 WHITEHURST DRIVE
DALLAS, TX 75243

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** UNCLAIMED PROPERTY CLAIM

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.336** | **Nonpriority creditor's name and mailing address** | $10.00

HARRIS COUNTY ALARM DETAIL
PO BOX 4049
HOUSTON, TX 77210-4049

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| Debtor | NINE WEST HOLDINGS, INC. | Case number *(if known)* | 18-10947 |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

| | | Amount of claim |
|---|---|---|

| 3.337 | Nonpriority creditor's name and mailing address | $234,763.20 |

HARVEST SAIL LIMITED
SECOND FLOOR CAPIAL CITY INDEPENDEN
P.O. BOX 1008 VICTORIA MAHE SEYCHELLES
MAHE 999126
SEYCHELLES

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| 3.338 | Nonpriority creditor's name and mailing address | $135.00 |

HARVEY NICHOLS (HK) LIMITED
UNIT A21/F MANULIFE TOWER   16
NORTH POINT HK

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** UNCLAIMED PROPERTY CLAIM

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| 3.339 | Nonpriority creditor's name and mailing address | $ Undetermined |

HATTON, ROSS
C/O WILLIAM STOPPER, STOPPER LOPEZ
1763 EAST ROUTE 70 SUITE 350
CHERRY HILL, NJ 8003

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** LEGAL CLAIM

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| 3.340 | Nonpriority creditor's name and mailing address | $158.00 |

HAVEN: SANCTUARY OF STYLE
343 MAIN STREET
FRANKLIN, TN 37064

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** UNCLAIMED PROPERTY CLAIM

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| 3.341 | Nonpriority creditor's name and mailing address | $172.95 |

HAYES, JASMAINE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** UNCLAIMED PROPERTY CLAIM

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| Debtor | NINE WEST HOLDINGS, INC. | Case number (if known) | 18-10947 |
|---|---|---|---|
| | Name | | |

## Part 2:    Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.342**

**Nonpriority creditor's name and mailing address**                                   $280.00

HECROU LTD
2-4-5 UTSUBOHONMACHI
NISHI-KU
OSAKA, 27 550-0004
JAPAN

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** UNCLAIMED PROPERTY CLAIM

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.343**

**Nonpriority creditor's name and mailing address**                                   $845.01

HEIDE & COOK LTD
131 VARICK ST
NEW YORK, NY 10013

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.344**

**Nonpriority creditor's name and mailing address**                                   $40.40

HELDER ROMERO
80 COLUMBIA STREET APT 1
NEWARK, NJ 07102

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.345**

**Nonpriority creditor's name and mailing address**                                   $7.38

HERNANDEZ, ALICIA, Y
3559 BELFRY LANE
WOODBRIDGE, VA 22192

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** UNCLAIMED PROPERTY CLAIM

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.346**

**Nonpriority creditor's name and mailing address**                                   $134.54

HERNANDEZ, JENNIFER
1614 PASEO LAGUNA SECO
LIVERMORE, CA 94551

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** UNCLAIMED PROPERTY CLAIM

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

Official Form 206E/F                **Schedule E/F: Creditors Who Have Unsecured Claims**                Page 115 of 221

| Debtor | NINE WEST HOLDINGS, INC. | Case number *(if known)* | 18-10947 |
|---|---|---|---|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.347** Nonpriority creditor's name and mailing address                                    $3,350.00

HEYWOOD-POTTER
3100 COUNTY ROUTE 9 EAST
EAST CHATHAM, NY 12060

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.348** Nonpriority creditor's name and mailing address                                    $10,000.00

HIKER CATMAN & MARY PRODUCTIONS INC. DBA
231 WEST 29TH STREET
SUITE 801
NEW YORK, NY 10001

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.349** Nonpriority creditor's name and mailing address                              $ Undetermined

HIKER CATMAN & MARY PRODUCTIONS INC. DBA
231 WEST 29TH STREET
SUITE 801
NEW YORK, NY 10001

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.350** Nonpriority creditor's name and mailing address                                    $541,074.30

HK CHENMING INVESTMENT CO LTD
1 QUEEN'S ROAD CENTRAL
SAR
HONG KONG

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.351** Nonpriority creditor's name and mailing address                                    $55,063.03

HL GROUP PARTNERS LLC
150 PIERCE RD. 6TH FLOOR
ITASCA, IL 60143

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| Debtor | NINE WEST HOLDINGS, INC. | Case number (if known) | 18-10947 |
|---|---|---|---|
| | Name | | |

| Part 2: | Additional Page |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

**3.352** | **Nonpriority creditor's name and mailing address** | $9.23

HODGES, JULIA, S
7723 LEASIDE COURT
HANOVER, MD 21076

**As of the petition filing date, the claim is:**
Check all that apply.
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** UNCLAIMED PROPERTY CLAIM

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.353** | **Nonpriority creditor's name and mailing address** | $3.75

HOLLAND, AALIYAH
1106 CEDAR BEND DRIVE
GRAND BLANC, MI 48439

**As of the petition filing date, the claim is:**
Check all that apply.
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** UNCLAIMED PROPERTY CLAIM

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.354** | **Nonpriority creditor's name and mailing address** | $108.13

HOLMAN, SHANTAY, F
161 LAKE LINDEN DR
BLUFFTON, SC 29910

**As of the petition filing date, the claim is:**
Check all that apply.
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** UNCLAIMED PROPERTY CLAIM

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.355** | **Nonpriority creditor's name and mailing address** | $295,575.00

HONG KONG LAIYU TRADING CO LTD
8/F (8A) 8A, 8/F, RICHMOND COMMERCI
KOWLOON 999077
CHINA

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.356** | **Nonpriority creditor's name and mailing address** | $ Undetermined

HOSTIN, ISABEL D
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
Check all that apply.
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** SERP CLAIM

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

| Debtor | NINE WEST HOLDINGS, INC. | Case number (if known) | 18-10947 |
|---|---|---|---|
| | Name | | |

| Part 2: | Additional Page |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.357** | **Nonpriority creditor's name and mailing address** | $635.00

HOSUNG B&T CO LTD
5/F,HOSUNG BLDG, 533-1,SEONGNAE-DON
GANGDONG-GU
SEOUL
KOREA, REPUBLIC OF

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.358** | **Nonpriority creditor's name and mailing address** | $666,097.47

HOT ON TIME LLC
411 WEST PUTNAM AVENUE
GREENWICH, CT 08830

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.359** | **Nonpriority creditor's name and mailing address** | $25.95

HOUSER, KAYLA
23A SOUTH GRANT STREET
PALMYRA, PA 17078

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** UNCLAIMED PROPERTY CLAIM

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.360** | **Nonpriority creditor's name and mailing address** | $2,180.00

HOUSTON PREMIUM OUTLETS
CPG HOUSTON HOLDINGS LP
29300 HEMPSTEAD RD STE 400
CYPRESS, TX 77433

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE/RENT

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.361** | **Nonpriority creditor's name and mailing address** | $2.00

HSU, HUI, A
187 THOMAS DR
PARAMUS, NJ 07652

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** UNCLAIMED PROPERTY CLAIM

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| Debtor | NINE WEST HOLDINGS, INC. | Case number (if known) | 18-10947 |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.362** Nonpriority creditor's name and mailing address — $893,347.15

HUA SHUN HK FOOTWEAR CO LIMITED
283 UNION COMMERCIAL CONTRE
HONG KONG
HONG KONG

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.363** Nonpriority creditor's name and mailing address — $19,080.00

HUA SHUN HK FOOTWEAR CO LTD
10/F HUA MIN BLDG NO 165 HUDONG RD
FUZHOU
CHINA

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.364** Nonpriority creditor's name and mailing address — $918,332.59

HUI ZHOU HE XING DA INDUSTRIAL CO L
NO 1 THE SECOND LANE, XINXING 1ST R
HUIDONG COUNTY
HUIZHOU CITY 516353
CHINA

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.365** Nonpriority creditor's name and mailing address — $ Undetermined

HUIZHOU CITY HUIYANG WAH LAI SHOES CO LTD
BAIYUN INDUSTRY ZONE, BAIYUNYI ROAD
DANSHUI TOWN, HUIYANG DISTRICT
HUIZHOU CITY
CHINA

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.366** Nonpriority creditor's name and mailing address — $ Undetermined

HURLEY, JAMES
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** SERP CLAIM

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

| Debtor | NINE WEST HOLDINGS, INC. | Case number (if known) | 18-10947 |
|--------|---------------------------|------------------------|----------|
|        | Name                      |                        |          |

## Part 2:  Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

### 3.367 Nonpriority creditor's name and mailing address — $27.47

HUTCHINGS, SHAQUAN
405 RIDGE AVENUE
ASBURY, NJ 07712

**As of the petition filing date, the claim is:**
Check all that apply.

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** UNCLAIMED PROPERTY CLAIM

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

### 3.368 Nonpriority creditor's name and mailing address — $32.49

IBIENE, PEPPLE
1 GLORIOUS CLOSE
PORT HARCOUT
NIGERIA

**As of the petition filing date, the claim is:**
Check all that apply.

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** UNCLAIMED PROPERTY CLAIM

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

### 3.369 Nonpriority creditor's name and mailing address — $13,330.82

ILKWANG TRADING CO LTD
6F, NA-DONG 611HO, TECH-PIA
223-38 SEOK-NAM 2-DONG
SEO-GU, INCHEON 404-220
KOREA, REPUBLIC OF

**As of the petition filing date, the claim is:**
Check all that apply.

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

### 3.370 Nonpriority creditor's name and mailing address — $100.00

IMPORTADORA RM OYDNO C
ROMULO MOYANO;  SUCRE 10-82
CUENCA
ECUADOR

**As of the petition filing date, the claim is:**
Check all that apply.

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** UNCLAIMED PROPERTY CLAIM

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

### 3.371 Nonpriority creditor's name and mailing address — $121.42

INANORIA, ALYSSA, M
1301 CALLE ORIENTE
MILPITAS, CA 95035

**As of the petition filing date, the claim is:**
Check all that apply.

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** UNCLAIMED PROPERTY CLAIM

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

| Debtor | NINE WEST HOLDINGS, INC. | Case number *(if known)* | 18-10947 |
|---|---|---|---|
| | Name | | |

## Part 2:    Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.372**  **Nonpriority creditor's name and mailing address**                                      $50.80

INANORIA, ALYSSA, M
1301 CALLE ORIENTE
MILPITAS, CA 95035

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** UNCLAIMED PROPERTY CLAIM

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.373**  **Nonpriority creditor's name and mailing address**                                   $1,140.00

INDA TEXWARE LTD
171 SIMIN-DAERO 1505-HO
KUMKANG VENTURETEL, DONGAN-GU
ANYANG-SI
GYEONGGI-DO
KOREA, REPUBLIC OF

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.374**  **Nonpriority creditor's name and mailing address**                                   $3,283.45

INDUSTRIAL COLOR
32 AVENUE OF THE AMERICAS 22ND FLR
NEW YORK CITY, NY 10013

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.375**  **Nonpriority creditor's name and mailing address**                                     $127.44

INMAN, DEAVEN, R
12368 SUMMERHOUSE DR APT 3
HEIGHT, MO 63146

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** UNCLAIMED PROPERTY CLAIM

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.376**  **Nonpriority creditor's name and mailing address**                             $ Undetermined

INTERIOR BUILDING SERVICES, INC.
C/O BUSTOS & ASSOCIATES, P.C.
ATTN PABLO E. BUSTOS
225 BROADWAY
39TH FLOOR
NEW YORK, NY 10007

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** LITIGATION CLAIM

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| Debtor | NINE WEST HOLDINGS, INC. | Case number (if known) | 18-10947 |
|---|---|---|---|
| | Name | | |

## Part 2:    Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

| 3.377 | Nonpriority creditor's name and mailing address | | $882.90 |
|---|---|---|---|

INTERTRADE SYSTEMS INC.
P.O. BOX 55811
BOSTON, MA 02205-5811

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| 3.378 | Nonpriority creditor's name and mailing address | | $1,049.35 |
|---|---|---|---|

INTERTRADE SYSTEMS INC
3224 JEAN-BERAUD AVENUE SUITE 270
LAVAL, QC H7T 2S4
CANADA

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| 3.379 | Nonpriority creditor's name and mailing address | | $ Undetermined |
|---|---|---|---|

INTRAMANEE CO LTD
98/15 MOO 11 FACTORY LAND 2
PHUTTAMONTON SAI 5 ROAD
SAM PHRAN 73210
THAILAND

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| 3.380 | Nonpriority creditor's name and mailing address | | $11.06 |
|---|---|---|---|

ISHMAL, SHAKELA, M
2033 SILVERCREST DRIVE
MYRTLE BEACH, SC 29579

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** UNCLAIMED PROPERTY CLAIM

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| 3.381 | Nonpriority creditor's name and mailing address | | $ Undetermined |
|---|---|---|---|

IT FASHION JEWELRY LLC
725 FIFTH AVE 26TH FLOOR
NEW YORK, NY 10022

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| Debtor | NINE WEST HOLDINGS, INC. | Case number *(if known)* | 18-10947 |
|---|---|---|---|
| | Name | | |

## Part 2:   Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

| 3.382 | **Nonpriority creditor's name and mailing address** | | $198.00 |
|---|---|---|---|

JACKSON LEWIS LLP
PO BOX 416019
BOSTON, MA 02241-6019

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| 3.383 | **Nonpriority creditor's name and mailing address** | | $14,040.64 |
|---|---|---|---|

JAJ CONTRACT FURNITURE INC
130B ANDERSON AVE
MOUNT VERNON, NY 10550

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| 3.384 | **Nonpriority creditor's name and mailing address** | | $49.99 |
|---|---|---|---|

JAN GINN
1800 N. GARDEN STREET
NEW ULM, MN 56073

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| 3.385 | **Nonpriority creditor's name and mailing address** | | $1,312.50 |
|---|---|---|---|

JANET HORTON
420 GRAND ST APT 1S
HOBOKEN, NJ 07030-2725

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| 3.386 | **Nonpriority creditor's name and mailing address** | | $27.68 |
|---|---|---|---|

JASMINE DELA CRUZ RETOT
91-560 AKUA ST
EWA BEACH, HI 96706

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| Debtor | NINE WEST HOLDINGS, INC. | Case number *(if known)* | 18-10947 |
| --- | --- | --- | --- |
| | Name | | |

## Part 2:    Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

| 3.387 | **Nonpriority creditor's name and mailing address** | | $10.64 |
| --- | --- | --- | --- |

JAYNEGOMEZ, KELSEY
260 MADISON AVENUE
PORT CHESTER, NY 10573

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** UNCLAIMED PROPERTY CLAIM

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| 3.388 | **Nonpriority creditor's name and mailing address** | | $776.88 |
| --- | --- | --- | --- |

JBC STYLE NY LLC
JBCSTYLE INC.
108 W 39TH ST STE 710 7TH FLR
NEW YORK, NY 10018

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| 3.389 | **Nonpriority creditor's name and mailing address** | | $56.02 |
| --- | --- | --- | --- |

JEANETTA NELSON
20 20TH PLACE
CAPITOL HEIGHTS, MD 20743

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| 3.390 | **Nonpriority creditor's name and mailing address** | | $1.25 |
| --- | --- | --- | --- |

JERADO, TAMARA
421 DEGRAW STREET  APT 1M
BROOKLYN, NY 11217

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** UNCLAIMED PROPERTY CLAIM

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| 3.391 | **Nonpriority creditor's name and mailing address** | | $32,093.87 |
| --- | --- | --- | --- |

JERSEY SHORE PREMIUM OUTLETS LLC
PO BOX 776307
CHICAGO, IL 60677-6307

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| Debtor | NINE WEST HOLDINGS, INC. | Case number (if known) | 18-10947 |
|---|---|---|---|
| | Name | | |

---

## Part 2:    Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

| | |
|---|---|
| 3.392 | **Nonpriority creditor's name and mailing address** |

$20,813.04

JET FAR TRADING INC
28F-5, NO 213 CHAOFU RD
TAICHUNG CITY, TWN
TAIWAN

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| 3.393 | **Nonpriority creditor's name and mailing address** |
|---|---|

$3,210.50

JET LINK PVC ENTERPRISES LTD
UNIT C, 11/F, YUEFUNG TOWER
NO 49 ZHONG HING RD, HOUJIE
DONGGUAN
CHINA

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| 3.394 | **Nonpriority creditor's name and mailing address** |
|---|---|

$1,418,991.88

JH APPAREL (US) LLC
1411 BROADWAY
NEW YORK, NY 10018

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** INTERCOMPANY PAYABLE

**Date or dates debt was incurred**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| 3.395 | **Nonpriority creditor's name and mailing address** |
|---|---|

$1,468.92

JIA HO TEXTILE CO LTD
CHI SHENG GONG YE CUN NAN WU
HOU JIE ZHEN
DONGGUAN 523000
CHINA

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| 3.396 | **Nonpriority creditor's name and mailing address** |
|---|---|

$ Undetermined

JIANG KEYI
4308 BARONSGATE RD
WESTLAKE VILLAGE, CA 91361-4510

**As of the petition filing date, the claim is:**
Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** WORKERS COMPENSATION CLAIM

**Date or dates debt was incurred**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| Debtor | NINE WEST HOLDINGS, INC. | Case number *(if known)* 18-10947 |
|--------|--------------------------|-----------------------------------|
| | Name | |

## Part 2:  Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.397** | **Nonpriority creditor's name and mailing address** | | $41.01

JIMENEZ, LOPEZ, K
4455 PULITZER PLACE
APT 4
JA JOLLA, CA 92122

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** UNCLAIMED PROPERTY CLAIM

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.398** | **Nonpriority creditor's name and mailing address** | | $221.70

JIMENEZ, SUAREZ, Y
11800 SOUTHWEST 177TH TERRACE
MIAMI, FL 33177

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** UNCLAIMED PROPERTY CLAIM

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.399** | **Nonpriority creditor's name and mailing address** | | $2,900.62

JL PENHA & SONS
HEERENSTRAAT 1;  P O BOX 149
CU

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** UNCLAIMED PROPERTY CLAIM

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.400** | **Nonpriority creditor's name and mailing address** | | $7,696.87

JOE & BRO CO LTD
2ND FLOOR NO 125 JEN-AI ROAD
SEC 3
TAIPEI 106
TAIWAN

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.401** | **Nonpriority creditor's name and mailing address** | | $0.16

JOHNSON, CHRISTINA
74 DEERFIELD LANE
OSSINING, NY 10562

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** UNCLAIMED PROPERTY CLAIM

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| Debtor | NINE WEST HOLDINGS, INC. | Case number *(if known)* 18-10947 |
|---|---|---|
| | Name | |

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.402**   **Nonpriority creditor's name and mailing address**                                                    $4.15

JOHNSON, MERCEDES A
22111 SOMERSET COVE COURT
KATY, TX 77494

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** UNCLAIMED PROPERTY CLAIM

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.403**   **Nonpriority creditor's name and mailing address**                                            $1,000,000.00

JONES APPAREL GROUP CANADA ULC
1446 DON MILLS ROAD
SUITE 100
TORONTO, ON M3B 3N6
CANADA

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** INTERCOMPANY PAYABLE

**Date or dates debt was incurred**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.404**   **Nonpriority creditor's name and mailing address**                                            $1,814,526.29

JS INTERNATIONAL MACAO COMMERCIAL
OFFSHORE LTD
16/FL FLAT A PRAIA GRANDE (NAM VAN)
MACAU 853
MACAU

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.405**   **Nonpriority creditor's name and mailing address**                                                  $900.00

JS REPS CORP D/B/A ART DEPARTMENT
71 WEST 23RD STREET SUITE 302
NEW YORK, NY 10010

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.406**   **Nonpriority creditor's name and mailing address**                                                    $0.75

JUANA, KATHY
715 NORTH UMBERLAND
MONMOUTH JUNCTION, NJ 08852

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** UNCLAIMED PROPERTY CLAIM

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| Debtor | NINE WEST HOLDINGS, INC. | Case number _(if known)_ 18-10947 |
|---|---|---|
| | Name | |

## Part 2:    Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.407**  **Nonpriority creditor's name and mailing address**                                                                              $2,088.90

JUN TENG RUBBER LIMITED
NO 13 DONGXIN STREET
DONGPUDONG TINGSHAN VILLAGE HOUJIE
DONGGUAN 523000
CHINA

**As of the petition filing date, the claim is:**
_Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.408**  **Nonpriority creditor's name and mailing address**                                                                              $19.68

JUSSELENE LIZAIRE
9 GARY DRIVE
NEPTUNE NJ 07753, NJ 07753

**As of the petition filing date, the claim is:**
_Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.409**  **Nonpriority creditor's name and mailing address**                                                                              $24.47

JUVI CORP
DBA JUVI JUVI
14-20 DAIKANYEINA
SHIBUYA-KU, 13 150-0034
JAPAN

**As of the petition filing date, the claim is:**
_Check all that apply._

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** UNCLAIMED PROPERTY CLAIM

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.410**  **Nonpriority creditor's name and mailing address**                                                                              $49.99

KAREN BIBBO
4193 FLANDERS CT
SPRING HILL, FL 34609

**As of the petition filing date, the claim is:**
_Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.411**  **Nonpriority creditor's name and mailing address**                                                                              $39.84

KAREN LA BELLA
7516 HOLLOWELL DRIVE
TAMPA, FL 33615

**As of the petition filing date, the claim is:**
_Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

| Debtor | NINE WEST HOLDINGS, INC. | Case number (if known) | 18-10947 |
|---|---|---|---|
| | Name | | |

## Part 2:    Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.412**

**Nonpriority creditor's name and mailing address**                                      $11,571.02

KATY MILLS MALL LP
PO BOX 100554
ATLANTA, GA 30384-0554

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.413**

**Nonpriority creditor's name and mailing address**                                      $1,200.00

KELLY CHAIDO
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CONTRACT FEES

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.414**

**Nonpriority creditor's name and mailing address**                                      $321.00

KIM KWAN HYUNG
45-57 248TH ST
DOUGLASTON, NY 11362

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.415**

**Nonpriority creditor's name and mailing address**                                      $230.00

KINZLER CONSULTANT COMPANY
ANTHONY W KINZLER JR
33 OLD PROSPECT SCHOOL RD
SPARTA, NJ 07871

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.416**

**Nonpriority creditor's name and mailing address**                                      $85.84

KNOX, KIMBERLY, D
116-50 14TH ST
JAMAICA, NY 11436

**As of the petition filing date, the claim is:**
Check all that apply.

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** UNCLAIMED PROPERTY CLAIM

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

| Debtor | NINE WEST HOLDINGS, INC. | | Case number *(if known)* | 18-10947 |
| | Name | | | |

**Part 2:** **Additional Page**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.417** | **Nonpriority creditor's name and mailing address** | $3,500.00

KPMG LLP
PO BOX 120511
DALLAS, TX 75312-0511

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.418** | **Nonpriority creditor's name and mailing address** | $1,713.81

KURT GEIGER
24 BRITTON STREET
LONDON EC1M 5UA
UNITED KINGDOM

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.419** | **Nonpriority creditor's name and mailing address** | $175,976.70

KWAN YIU COMPANY LTD
20-1 WU NANA ROAD TSAO NAN WU CHI
TAICHUNG
TAIWAN
CHINA

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.420** | **Nonpriority creditor's name and mailing address** | $993.05

L & J DISPLAYS (DBA)
INAP ENTERPRISES LLC
140 CANDACE DR
MAITLAND, FL 32751

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.421** | **Nonpriority creditor's name and mailing address** | $2,418.91

L'ARCADE
20 RUE DE LA CORRATERIE
GENEVA 01204
SWITZERLAND

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** UNCLAIMED PROPERTY CLAIM

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| Debtor | NINE WEST HOLDINGS, INC. | Case number *(if known)* | 18-10947 |
|---|---|---|---|
| | Name | | |

## Part 2:    Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.422** | **Nonpriority creditor's name and mailing address** | $3,000.00

LADONNA MYROTH
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CONTRACT FEES

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.423** | **Nonpriority creditor's name and mailing address** | $12.88

LAFOND, KORRINA
24645 SPRINGFIELD ROAD
GEORGETOWN, DE 19947

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** UNCLAIMED PROPERTY CLAIM

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.424** | **Nonpriority creditor's name and mailing address** | $ Undetermined

LAMHIN (HONG KONG) FOOTWEAR LIMITED
UNIT 20, 6/F, INTERNATIONAL TRADE C
HONG KONG
CHINA

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.425** | **Nonpriority creditor's name and mailing address** | $10,967.16

LANDMARK INT. TEKSTIL TIC. A.S
UNIQ ISTANBUL HUZUR MAH AYAZAGA CAD
ISTANBUL
TURKEY

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.426** | **Nonpriority creditor's name and mailing address** | $4,422.31

LANE CRAWFORD DEPT STR (BJ) LTD
L130  NO  2 JINCHENGFANG ST
XICHENG DISTRICT  BE 100140

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** UNCLAIMED PROPERTY CLAIM

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| Debtor | NINE WEST HOLDINGS, INC. | | Case number *(if known)* | 18-10947 |
|---|---|---|---|---|
| | Name | | | |

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.427** | **Nonpriority creditor's name and mailing address** | $ Undetermined

LANG, JAMES M
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** SERP CLAIM

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.428** | **Nonpriority creditor's name and mailing address** | $7,641.60

LAREDO OUTLET SHOPPES LLC
P O BOX 809643
CHICAGO, IL 60680

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.429** | **Nonpriority creditor's name and mailing address** | $1.00

LAU, ANNE
25 E 7TH ST
NEW YORK NEW YORK, NY 10003

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** UNCLAIMED PROPERTY CLAIM

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.430** | **Nonpriority creditor's name and mailing address** | $0.25

LAU, VICTORIA
3 KRAINSKI RD
PARLIN, NJ 08859

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** UNCLAIMED PROPERTY CLAIM

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.431** | **Nonpriority creditor's name and mailing address** | $ Undetermined

LAUDERBACK, BRENDA
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** SERP CLAIM

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| Debtor | NINE WEST HOLDINGS, INC. | Case number *(if known)* | 18-10947 |
|---|---|---|---|
| | Name | | |

## Part 2:    Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.432**

**Nonpriority creditor's name and mailing address**

$38.86

LAZO, GONZALEZ
1507 MORA LANE
LA MARQUE, TX 77586

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** UNCLAIMED PROPERTY CLAIM

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.433**

**Nonpriority creditor's name and mailing address**

$41,495.80

LEADER GEMS & JEWELRY CO LTD
9/12 M003 SOI WATTIANDAD PHETKASEM
OMYAI SAMPRAN
NAKHON PATHOM 73160
THAILAND

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.434**

**Nonpriority creditor's name and mailing address**

$111.25

LEDASMA, SHANEL
216 NORTH FRANKLIN STREET
LANCASTER, PA 17602

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** UNCLAIMED PROPERTY CLAIM

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.435**

**Nonpriority creditor's name and mailing address**

$41.55

LEE, JAMANI
10904 PROSPECT HILL ROAD
GLENDALE, MD 20769

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** UNCLAIMED PROPERTY CLAIM

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.436**

**Nonpriority creditor's name and mailing address**

$545.00

LEGANARU V VIOREL PFA
STR. GEORGE VALSAN NR 12 BI 109 SC
BUCHAREST
ROMANIA

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| Debtor | NINE WEST HOLDINGS, INC. | Case number *(if known)* | 18-10947 |
|---|---|---|---|
| | Name | | |

## Part 2:    Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.437** | **Nonpriority creditor's name and mailing address** | $10,592.61

LENNOX NATIONAL ACCOUNT SERVICES
PO BOX 731627
DALLAS, TX 75373-1627

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.438** | **Nonpriority creditor's name and mailing address** | $ Undetermined

LIAAN FASHION JEWELRY
3F 3 24 JUAN DONG
NAM GU
INCHEON 403-130
KOREA, REPUBLIC OF

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.439** | **Nonpriority creditor's name and mailing address** | $10,625.00

LIANGPING SHOE CO., LTD
NO.1 INDUSTRY PARK HUANGANG HOUJ
GUANGDONG PROVINCE
DONGGUAN CITY 523946
CHINA

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.440** | **Nonpriority creditor's name and mailing address** | $ Undetermined

LIBERTY MUTUAL INSURANCE COMPANY
175 BERKELEY STREET
BOSTON, MA 02116

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** SURETY BOND NUMBER 160919007 FOR THE BENEFIT OF U.S. CUSTOMS AND BORDER PROTECTION.

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.441** | **Nonpriority creditor's name and mailing address** | $1,629,300.15

LIN RUI TRADING LIMITED
UNIT B,3 F TOWER 5/A8
KOWLOON 999077
HONG KONG

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| Debtor | NINE WEST HOLDINGS, INC. | Case number *(if known)* | 18-10947 |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

| 3.442 | **Nonpriority creditor's name and mailing address** | | $2,465.00 |

LINDA MICHELLE GEORGOULAKIS
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CONTRACT FEES

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

| 3.443 | **Nonpriority creditor's name and mailing address** | | $5.62 |

LINDLBAUER, ANDREW, J
705 WEST CALEDONIA
HOWELL, MI 48843

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** UNCLAIMED PROPERTY CLAIM

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

| 3.444 | **Nonpriority creditor's name and mailing address** | | $4,321.50 |

LIVCO, LLC
JENNIFER LIVINGSTON
155 PERRY STREET SUITE 4B
NEW YORK, NY 10014

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

| 3.445 | **Nonpriority creditor's name and mailing address** | | $0.02 |

LO, MEIHING
2026 72ND STREET
BROOKLYN, NY 11204

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** UNCLAIMED PROPERTY CLAIM

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

| 3.446 | **Nonpriority creditor's name and mailing address** | | $43,811.45 |

LOG-NET INC
P.O. BOX 330
OCEANPORT, NJ 07757

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

| Debtor | NINE WEST HOLDINGS, INC. | Case number *(if known)* | 18-10947 |
|---|---|---|---|
| | Name | | |

## Part 2:    Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.447**  **Nonpriority creditor's name and mailing address**                                                   $9,782.46

LONG TAI HONG TRADING LTD
13 FLOOR, NO 5 BUILDING, ONE MALL
1ST INTERNATIONAL, NO 200 HONG FU RD
DONG GUAN
CHINA

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.448**  **Nonpriority creditor's name and mailing address**                                                   $73.31

LOPEZ, ALEXI, S
26 EAST MARKET STREET
LONG BEACH, NY 11561

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** UNCLAIMED PROPERTY CLAIM

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.449**  **Nonpriority creditor's name and mailing address**                                                   $59.61

LOPEZ, CHRIS
2441 38TH AVE
OAKLAND, CA 94601

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** UNCLAIMED PROPERTY CLAIM

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.450**  **Nonpriority creditor's name and mailing address**                                                   $2.25

LOPEZ, JORGE
18 HARKIN LANE
HICKSVILLE, NY 11801

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** UNCLAIMED PROPERTY CLAIM

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.451**  **Nonpriority creditor's name and mailing address**                                                   $119.60

LOPEZ, YASMEEN
1101 RIVER RIDGE PARKWASY
SAN MARCOS, TX 78666

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** UNCLAIMED PROPERTY CLAIM

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| Debtor | NINE WEST HOLDINGS, INC. | Case number *(if known)* | 18-10947 |
|---|---|---|---|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

| | | Amount of claim |
|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

---

**3.452** | **Nonpriority creditor's name and mailing address** | $0.50

LORD, ELIZABETH
87 WASHINGTON AVENUE
HASTINGS-ON-HUDSON, NY 10706

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** UNCLAIMED PROPERTY CLAIM

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.453** | **Nonpriority creditor's name and mailing address** | $62.64

LOVE
7474 CORPORATE BLVD
BATON ROUGE, LA 70809

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** UNCLAIMED PROPERTY CLAIM

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.454** | **Nonpriority creditor's name and mailing address** | $19.06

LOYA, VANESSA
6345 MODESTA ST
EL PASO, TX 79932

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** UNCLAIMED PROPERTY CLAIM

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.455** | **Nonpriority creditor's name and mailing address** | $2.69

LUCKY, TAHKIRAH
1807 B MISSISSIPPI AVE
ATLANTIC CITY, NJ 08401

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** UNCLAIMED PROPERTY CLAIM

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.456** | **Nonpriority creditor's name and mailing address** | $13.16

LUDWIG, PAYTON
3518 147TH AVENUE NORTHEAST
LAKE STEVENS, WA 98258

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** UNCLAIMED PROPERTY CLAIM

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

| Debtor | NINE WEST HOLDINGS, INC. | Case number *(if known)* 18-10947 |
|---|---|---|
| | Name | |

## Part 2:    Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.457**  **Nonpriority creditor's name and mailing address**                                                              $350.00

LYNN, NATALIA
210 E STREET ROAD
FEASTERVILLE, PA 19053

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** UNCLAIMED PROPERTY CLAIM

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.458**  **Nonpriority creditor's name and mailing address**                                                              $118.80

M&J SHOES
DBA MARTY SHOES
WESTWOOD, NJ 07675

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** UNCLAIMED PROPERTY CLAIM

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.459**  **Nonpriority creditor's name and mailing address**                                                           $20,103.18

M&S MECHANICAL SERVICES INC
300 DENTON AVE
NEW HYDE PARK, NY 11040

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.460**  **Nonpriority creditor's name and mailing address**                                                                $9.59

MACIASMARTINEZ, ALONDRA G
16324 MERRILL AVE
FONTANA, CA 92335

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** UNCLAIMED PROPERTY CLAIM

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.461**  **Nonpriority creditor's name and mailing address**                                                               $13.85

MACNEIL, AMBER
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** UNCLAIMED PROPERTY CLAIM

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| Debtor | NINE WEST HOLDINGS, INC. | Case number *(if known)* | 18-10947 |
|---|---|---|---|
| | Name | | |

## Part 2:    Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

| 3.462 | Nonpriority creditor's name and mailing address | | $139,115.10 |
|---|---|---|---|

MACRO FORTUNE GROUP LIMITED
ROOM D 10F TOWER A BILLION CENTRE 1
KWONG ROAD KOWLOON BAY
HONG KONG, KLN
HONG KONG

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
- ☐ No
- ☐ Yes

---

| 3.463 | Nonpriority creditor's name and mailing address | | $2,500.00 |
|---|---|---|---|

MADISON SQUARE BOYS AND GIRLS CLUB
350 FIFTH AVE. STE. 912
NEW YORK, NY 10118

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
- ☐ No
- ☐ Yes

---

| 3.464 | Nonpriority creditor's name and mailing address | | $9.23 |
|---|---|---|---|

MAHADAN, AMANDA, G
30857 SCOTT LAND ROAD
LAUREL, DE 19956

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☒ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** UNCLAIMED PROPERTY CLAIM

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
- ☐ No
- ☐ Yes

---

| 3.465 | Nonpriority creditor's name and mailing address | | $780.00 |
|---|---|---|---|

MAJOR TEXTILE IMPORTS
1401 E 15TH ST
LOS ANGELES, CA 90021

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
- ☐ No
- ☐ Yes

---

| 3.466 | Nonpriority creditor's name and mailing address | | $18.75 |
|---|---|---|---|

MALDONADO, ALICIA
7765 GHIRLANDA CT
GILROY, CA 95020

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☒ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** UNCLAIMED PROPERTY CLAIM

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
- ☐ No
- ☐ Yes

---

| Debtor | NINE WEST HOLDINGS, INC. | Case number *(if known)* | 18-10947 |
|---|---|---|---|
| | Name | | |

## Part 2:    Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

| 3.467 | **Nonpriority creditor's name and mailing address** | | $29,909.90 |
|---|---|---|---|

MALL AT POTOMAC MILLS LLC
PO BOX 277866
ATLANTA, GA 30384-7866

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

| 3.468 | **Nonpriority creditor's name and mailing address** | | $18.29 |
|---|---|---|---|

MANAGBANAG, SOFIA, K
509 CURTNER COURT
MILPITA, CA 95035

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** UNCLAIMED PROPERTY CLAIM

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

| 3.469 | **Nonpriority creditor's name and mailing address** | | $1,950.00 |
|---|---|---|---|

MANHATTAN ASSOCIATES INC.
PO BOX 405696
ATLANTA, GA 30384-5696

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

| 3.470 | **Nonpriority creditor's name and mailing address** | | $4,583.90 |
|---|---|---|---|

MARCOTT SPECIALTY RESOURCES LLC
3028 S. KILBORNE STREET
CHICAGO, IL 60623

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

| 3.471 | **Nonpriority creditor's name and mailing address** | | $7,000.00 |
|---|---|---|---|

MARIIA VETCHINOVA AKA MARY LEEST
42-12 28 STREET, APT 30K
LONG ISLAND CITY, NY 11101

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

| Debtor | NINE WEST HOLDINGS, INC. | Case number (if known) | 18-10947 |
|---|---|---|---|
| | Name | | |

## Part 2:  Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

**3.472** | **Nonpriority creditor's name and mailing address** | | $3,600.00

MARK EDWARD INC
330 W 38TH STREET #1501
NEW YORK, NY 10018

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.473** | **Nonpriority creditor's name and mailing address** | | $45.00

MARTA LYONS
8320 NE SANDY BLVD
APT 458
PORTLAND, OR 97220

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.474** | **Nonpriority creditor's name and mailing address** | | $2.00

MARTIN, AMY
330 E 91ST STREET
NEW YORK, NY 10128

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** UNCLAIMED PROPERTY CLAIM

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.475** | **Nonpriority creditor's name and mailing address** | | $19,457.72

MARTORELL, NATALIA
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** SEVERANCE CLAIM

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.476** | **Nonpriority creditor's name and mailing address** | | $59.99

MARY ELLEN GORDON
7520 E 82ND PLACE
TULSA, OK 74133

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| Debtor | NINE WEST HOLDINGS, INC. | Case number (if known) | 18-10947 |
|---|---|---|---|
| | Name | | |

---

**Part 2:**   **Additional Page**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

| 3.477 | **Nonpriority creditor's name and mailing address** | | $4,300.56 |
|---|---|---|---|

MARY GIULIANI CATERING AND EVENTS I
135 W 20TH ST
6TH FLOOR
NEW YORK, NY 10011

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

| 3.478 | **Nonpriority creditor's name and mailing address** | | $67,500.00 |
|---|---|---|---|

MATTE FINISH LLC
174 HUDSON ST
NEW YORK, NY 10013

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

| 3.479 | **Nonpriority creditor's name and mailing address** | | $66.46 |
|---|---|---|---|

MAYA, ERIKA
1871 E ROSEWOOD COURT
ONTARIO, CA 91764

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** UNCLAIMED PROPERTY CLAIM

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

| 3.480 | **Nonpriority creditor's name and mailing address** | | $ Undetermined |
|---|---|---|---|

MCALLISTER, W BENSON
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** SERP CLAIM

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

| 3.481 | **Nonpriority creditor's name and mailing address** | | $27.04 |
|---|---|---|---|

MCCALLISTER, MISEAN, T
18 HALEY ST
FREEHOLD, NJ 07728

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** UNCLAIMED PROPERTY CLAIM

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

| Debtor | NINE WEST HOLDINGS, INC. | Case number (if known) | 18-10947 |
|---|---|---|---|
| | Name | | |

## Part 2:  Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.482** | **Nonpriority creditor's name and mailing address** | $68.48

MCKENNA L WARD
4907 ROAMING PLAINS COURT
LOUISVILLE, KY 40229

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.483** | **Nonpriority creditor's name and mailing address** | $51.41

MCNAUL, KELSEY
1564 ABBAS AVE
LANCASTER, PA 17602

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** UNCLAIMED PROPERTY CLAIM

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.484** | **Nonpriority creditor's name and mailing address** | $ Undetermined

MCPHIE, ANGUS J
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** SERP CLAIM

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.485** | **Nonpriority creditor's name and mailing address** | $10.62

MEEKS, TIFFANY, L
1601 SOUTHWEST 1 STREET
MIAMI, FL 33135

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** UNCLAIMED PROPERTY CLAIM

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.486** | **Nonpriority creditor's name and mailing address** | $466,399.95

MEGA SPRING RUBBER LIMITED
12/F AT TOWER 180 ELECTRIC ROAD NOR
HONG KONG CITY
HONG KONG

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| Debtor | NINE WEST HOLDINGS, INC. | Case number *(if known)* | 18-10947 |
|---|---|---|---|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.487** | **Nonpriority creditor's name and mailing address** | $8.74

MENDOZA, SELENA, M
1315 NORTH 18TH STREET
MOUNT VERNON, WA 98273

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** UNCLAIMED PROPERTY CLAIM

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.488** | **Nonpriority creditor's name and mailing address** | $ Undetermined

MERKLE INC
29432 NETWORK PLACE
CHICAGO, IL 60673-1432

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.489** | **Nonpriority creditor's name and mailing address** | $70.04

MESIAS, ANDREA
27 BARKER AVENUE
WHITE PLAINS, NY 10601

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** UNCLAIMED PROPERTY CLAIM

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.490** | **Nonpriority creditor's name and mailing address** | $24.74

MICHEL, ROSE
1102 ATLANTIC AVENUE
ASBURY PARK, NJ 07712

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** UNCLAIMED PROPERTY CLAIM

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.491** | **Nonpriority creditor's name and mailing address** | $7,874.78

MICROSOFT ONLINE INC
PO BOX 847543
DALLAS, TX 75284-7543

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| Debtor | NINE WEST HOLDINGS, INC. | Case number (if known) | 18-10947 |
|---|---|---|---|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.492** | **Nonpriority creditor's name and mailing address** | $3,594.04

MIKE ARMSTRONG SHERIFF
SHELBY CO. SHERIFF
501 MAIN STREET SUITE 8
SHELBYVILLE, KY 40065-1194

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.493** | **Nonpriority creditor's name and mailing address** | $17,672.09

MILPITAS MILLS LP
MILPITAS MILLS LIMITED PARTNERSHIP
PO BOX 409714
ATLANTA, GA 30384-9714

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.494** | **Nonpriority creditor's name and mailing address** | $42,539.48

MIMOSA LEATHERS LTD
18/F, 1801 WORKINGTON TOWER,
SHEUNG WAN
HONG KONG

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.495** | **Nonpriority creditor's name and mailing address** | $ Undetermined

MINCER, CHARLES
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** SERP CLAIM

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.496** | **Nonpriority creditor's name and mailing address** | $15.00

MIRIAM TAUB
4009 AINSLIE A
BOCA RATON, FL 33434

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

| Debtor | NINE WEST HOLDINGS, INC. | Case number *(if known)* 18-10947 |
|---|---|---|
| | Name | |

## Part 2:  Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.497** | **Nonpriority creditor's name and mailing address** | $13,776.79

MIROMAR OUTLET WEST LLC
10801 CORKSCREW ROAD SUITE 305
ESTERO, FL 33928

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.498** | **Nonpriority creditor's name and mailing address** | $ Undetermined

MISCELLANEOUS CLASS
C/O SHAVITZ LAW GROUP PA
1515 S. FEDERAL HIGHWAY
SUITE 404
BOCA RATON, FL 33432

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** THREATENED LITIGATION CLAIM

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.499** | **Nonpriority creditor's name and mailing address** | $99.73

MOJICA, WILLIAM
PASEO PARQUE MM 24 URB MONT CL
BAYAMON, PR 00961

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** UNCLAIMED PROPERTY CLAIM

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.500** | **Nonpriority creditor's name and mailing address** | $4.15

MOLINA, PAOLA
8745 NORTHWEST 36TH STREET
SUNRISE, FL 33351

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** UNCLAIMED PROPERTY CLAIM

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.501** | **Nonpriority creditor's name and mailing address** | $5,127.13

MONI SMART SECURITY
2350 VALLEY VIEW LANE
SUITE 100
DALLAS, TX 75234

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

| Debtor | NINE WEST HOLDINGS, INC. | Case number *(if known)* | 18-10947 |
|---|---|---|---|
| | Name | | |

## Part 2:    Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.502**  **Nonpriority creditor's name and mailing address**                                                            $11.43

MONTOYA, KIMBERLY
417 GORMAN ST
ANTHONY, MN 88021

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** UNCLAIMED PROPERTY CLAIM

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.503**  **Nonpriority creditor's name and mailing address**                                                            $8.99

MORALES, JAZMINE, S
4233 DEVONSHIRE COURT
SALEM, OR 97305

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** UNCLAIMED PROPERTY CLAIM

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.504**  **Nonpriority creditor's name and mailing address**                                                            $1,202.79

MOREDIRECT INC DBA CONNECTION
P.O. BOX 536464
PITTSBURGH, PA 15253-5906

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.505**  **Nonpriority creditor's name and mailing address**                                                            $356.40

MORGAN MILLER
131 W. VICTORIA STREET
LONG BEACH, CA 90805

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** UNCLAIMED PROPERTY CLAIM

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.506**  **Nonpriority creditor's name and mailing address**                                                            $45.72

MORRIS, MARLISA
21084 CEDAR BEACH ROAD
MILFORD, DE 19963

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** UNCLAIMED PROPERTY CLAIM

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| Debtor | NINE WEST HOLDINGS, INC. | Case number (if known) | 18-10947 |
|---|---|---|---|
| | Name | | |

<table>
<tr><td colspan="2"><strong>Part 2:</strong></td><td colspan="2"><strong>Additional Page</strong></td></tr>
</table>

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.507** Nonpriority creditor's name and mailing address — $ Undetermined

MOVADO GROUP INC.
650 FROM ROAD
PARAMUS, NJ 07652

As of the petition filing date, the claim is:
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

Basis for the claim: THREATENED LITIGATION CLAIM

Date or dates debt was incurred Undetermined

Is the claim subject to offset?
☐ No
☐ Yes

Last 4 digits of account number

---

**3.508** Nonpriority creditor's name and mailing address — $ Undetermined

MROZ MICHAEL
7 DUNOON PL APT 109
APT. 110
DUNEDIN, FL 34698-8503

As of the petition filing date, the claim is:
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

Basis for the claim: LEGAL CLAIM

Date or dates debt was incurred Undetermined

Is the claim subject to offset?
☐ No
☐ Yes

Last 4 digits of account number

---

**3.509** Nonpriority creditor's name and mailing address — $ Undetermined

MROZ MICHAEL
7 DUNOON PL APT 109
APT. 110
DUNEDIN, FL 34698-8503

As of the petition filing date, the claim is:
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

Basis for the claim: LEGAL CLAIM

Date or dates debt was incurred Undetermined

Is the claim subject to offset?
☐ No
☐ Yes

Last 4 digits of account number

---

**3.510** Nonpriority creditor's name and mailing address — $ Undetermined

MROZ, MICHAEL
ADDRESS ON FILE

As of the petition filing date, the claim is:
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

Basis for the claim: PERSONAL INJURY CLAIM

Date or dates debt was incurred Undetermined

Is the claim subject to offset?
☐ No
☐ Yes

Last 4 digits of account number

---

**3.511** Nonpriority creditor's name and mailing address — $ Undetermined

MROZ, MICHAEL
ADDRESS ON FILE

As of the petition filing date, the claim is:
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

Basis for the claim: PERSONAL INJURY CLAIM

Date or dates debt was incurred Undetermined

Is the claim subject to offset?
☐ No
☐ Yes

Last 4 digits of account number

---

| Debtor | NINE WEST HOLDINGS, INC. | Case number *(if known)* 18-10947 |
|---|---|---|
| | Name | |

## Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.512** **Nonpriority creditor's name and mailing address** $1,035.70

MUSE MANAGEMENT INC
150 BROADWAY #1101
NEW YORK, NY 10038

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.513** **Nonpriority creditor's name and mailing address** $ Undetermined

NANNING MAX FOOTWEAR CO LIMITED
NO 19 NINGWU ROAD
CHINA-ASEAN ECONOMIC ZONE
NANNING CITY 530100
CHINA

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.514** **Nonpriority creditor's name and mailing address** $106,583.00

NATIONAL RETAIL CONSTRUCTION GROUP
54 DANBURY RD #283
RIDGEFIELD, CT 06877

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.515** **Nonpriority creditor's name and mailing address** $100.94

NAVA, AMBER, B
4418 E MALDONADO DR
PHOENIX, AZ 85042-5357

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** UNCLAIMED PROPERTY CLAIM

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.516** **Nonpriority creditor's name and mailing address** $1,497.04

NCYCLOMEDIA INC
30 WEST STREET #14D
NEW YORK, NY 10004

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| Debtor | NINE WEST HOLDINGS, INC. | Case number *(if known)* | 18-10947 |
|---|---|---|---|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.517**  **Nonpriority creditor's name and mailing address**    $ Undetermined

NEDOROSTEK, KATHLEEN
200 EAST 66TH STREET
APT. A1202
NEW YORK, NY 10065

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** LITIGATION CLAIM

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.518**  **Nonpriority creditor's name and mailing address**    $94.50

NEIMAN MARCUS CUSP
ATTN: A/P DEPT LAVINA ROBINSON
1201 ELM ST. RENAISSANCE TWR
DALLAS, TX 75201

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** UNCLAIMED PROPERTY CLAIM

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.519**  **Nonpriority creditor's name and mailing address**    $198.00

NEIMAN MARCUS D2C
1201 ELM STREET
DALLAS, TX 75201

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** UNCLAIMED PROPERTY CLAIM

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.520**  **Nonpriority creditor's name and mailing address**    $1,029.00

NEIMAN MARCUS DIRECT
1201 ELM STREET
DALLAS, TX 75201

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** UNCLAIMED PROPERTY CLAIM

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.521**  **Nonpriority creditor's name and mailing address**    $116.00

NEIMAN MARCUS DIRECT
1201 ELM STREET
DALLAS, TX 75201

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** UNCLAIMED PROPERTY CLAIM

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

| Debtor | NINE WEST HOLDINGS, INC. | Case number *(if known)* 18-10947 |
|---|---|---|
| | Name | |

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.522**  Nonpriority creditor's name and mailing address                                      $128.45

NEIMAN MARCUS LAST CALL
1201 ELM ST
DALLAS, TX 75201

As of the petition filing date, the claim is:
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: UNCLAIMED PROPERTY CLAIM

Date or dates debt was incurred Undetermined

Is the claim subject to offset?
☐ No
☐ Yes

Last 4 digits of account number

---

**3.523**  Nonpriority creditor's name and mailing address                                      $152.20

NEIMAN MARCUS LAST CALL
1201 ELM ST
DALLAS, TX 75201

As of the petition filing date, the claim is:
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: UNCLAIMED PROPERTY CLAIM

Date or dates debt was incurred Undetermined

Is the claim subject to offset?
☐ No
☐ Yes

Last 4 digits of account number

---

**3.524**  Nonpriority creditor's name and mailing address                                      $2,867.29

NEVA LIMITED
(852) ROOM 1711 NAN FUNG COMMERCIAL
CENTRE, 19 LAM LOK STREET
KOWLOON BAY
KOWLOON
HONG KONG, KLN

As of the petition filing date, the claim is:
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: TRADE PAYABLE

Date or dates debt was incurred Undetermined

Is the claim subject to offset?
☐ No
☐ Yes

Last 4 digits of account number

---

**3.525**  Nonpriority creditor's name and mailing address                                      $3,450.00

NEW YORK MODEL MANAGEMENT
7700 SUNSET BLVD
LOS ANGELES, CA 90046

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: TRADE PAYABLE

Date or dates debt was incurred Undetermined

Is the claim subject to offset?
☐ No
☐ Yes

Last 4 digits of account number

---

**3.526**  Nonpriority creditor's name and mailing address                                      $1,231.00

NEXT MANAGEMENT CO. .
15 WATTS ST. 6TH FLR
NEW YORK, NY 10013

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: TRADE PAYABLE

Date or dates debt was incurred Undetermined

Is the claim subject to offset?
☐ No
☐ Yes

Last 4 digits of account number

---

| Debtor | NINE WEST HOLDINGS, INC. | Case number *(if known)* 18-10947 |
|---|---|---|
| | Name | |

## Part 2:    Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.527**  **Nonpriority creditor's name and mailing address**   $3,061.92

NEXT STAGE FOOTWEAR CO LTD
QULING ROAD, QUAN TANG INDUSTRIAL
DONGGUAN CITY 523000
CHINA

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**

☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.528**  **Nonpriority creditor's name and mailing address**   $1,425.00

NEXT STYLE LLC; DBA: TOBI.COM
1070 SAN MATEO AVE  UNIT 5
SAN FRANCISCO, CA 94080

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** UNCLAIMED PROPERTY CLAIM

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**

☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.529**  **Nonpriority creditor's name and mailing address**   $19.02

NGYEN, UYEN
1476 MYRTLE AVE
SAN JOSE, CA 95118

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** UNCLAIMED PROPERTY CLAIM

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**

☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.530**  **Nonpriority creditor's name and mailing address**   $10.00

NICOLE DEAN
9711 TENENCIA COURT
CHARLOTTE, NC 28277

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**

☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.531**  **Nonpriority creditor's name and mailing address**   $33,000,340.95

NINE WEST DEVELOPMENT LLC
1411 BROADWAY
NEW YORK, NY 10018

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** INTERCOMPANY PAYABLE

**Date or dates debt was incurred**

**Is the claim subject to offset?**

☐ No
☐ Yes

**Last 4 digits of account number**

---

| Debtor | NINE WEST HOLDINGS, INC. | Case number *(if known)* 18-10947 |
|---|---|---|
| | Name | |

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.532**  **Nonpriority creditor's name and mailing address**                                        $57,602,870.96

NINE WEST JEANSWEAR HOLDING LLC
1441 BROADWAY
NEW YORK, NY 10018

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** INTERCOMPANY PAYABLE

**Date or dates debt was incurred**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.533**  **Nonpriority creditor's name and mailing address**                                        $1,688.75

NON-STOP EXPRESS INT'L. INC.
10-39 44TH DR
LONG ISLAND CITY, NY 11101

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.534**  **Nonpriority creditor's name and mailing address**                                        $50.00

NORMA ANSINE
829 52ND AVE SOUTH
ST. PETERSBURG, FL 33705

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.535**  **Nonpriority creditor's name and mailing address**                                        $ Undetermined

NORTHRUP, AMANDA
C/O THE ADA GROUP
4001 CARMICHAEL ROAD
SUITE 570
MONTGOMERY, AL 36116

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** THREATENED LITIGATION CLAIM

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.536**  **Nonpriority creditor's name and mailing address**                                        $94,786.58

NPD GROUP INC
24619 NETWORK PL
CHICAGO, IL 60673-1246

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| Debtor | NINE WEST HOLDINGS, INC. | Case number *(if known)* | 18-10947 |
| | Name | | |

## Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

| | | |
|---|---|---|
| 3.537 | **Nonpriority creditor's name and mailing address** | $4,700.84 |

OATH AMERICAS, INC
P.O. BOX 89-4147
LOS ANGELES, CA 90189-4147

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

| | | |
|---|---|---|
| 3.538 | **Nonpriority creditor's name and mailing address** | $17,958.44 |

OC TANNER RECOGNITON COMPANY
1930 SOUTH STATE ST
SALT LAKE CITY, UT 84115

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

| | | |
|---|---|---|
| 3.539 | **Nonpriority creditor's name and mailing address** | $5,200.93 |

OC TANNER RECOGNITON COMPANY
1930 SOUTH STATE ST
SALT LAKE CITY, UT 84115

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

| | | |
|---|---|---|
| 3.540 | **Nonpriority creditor's name and mailing address** | $60,104.26 |

OLIVIA CULPO INC
1880 CENTURY PARK EAST
LOS ANGELES, CA 90067

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

| | | |
|---|---|---|
| 3.541 | **Nonpriority creditor's name and mailing address** | $1,550.00 |

OLIVIA VILLANTI
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CONTRACT FEES

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

| Debtor | NINE WEST HOLDINGS, INC. | Case number *(if known)* | 18-10947 |
|---|---|---|---|
| | Name | | |

## Part 2:    Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

| 3.542 | **Nonpriority creditor's name and mailing address** | | $882,266,757.39 |
|---|---|---|---|

ONE JEANSWEAR GROUP INC.
1441 BROADWAY
NEW YORK, NY 10018

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** INTERCOMPANY PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

☐ No
☐ Yes

---

| 3.543 | **Nonpriority creditor's name and mailing address** | | $21,956.52 |
|---|---|---|---|

ONTARIO MILLS LP
PO BOX 198844
ATLANTA, GA 30384-8844

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**

☐ No
☐ Yes

---

| 3.544 | **Nonpriority creditor's name and mailing address** | | $498.00 |
|---|---|---|---|

OPERADORA HOTEL ESPERANZA
DBA ESPERANZA
CABO SAN LUCAS 23410

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** UNCLAIMED PROPERTY CLAIM

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**

☐ No
☐ Yes

---

| 3.545 | **Nonpriority creditor's name and mailing address** | | $12.46 |
|---|---|---|---|

ORCHARD. DESTANY
401 MICHELLE LINNEA DRIVE
APT 12
CHARLOTTE, NC 28262

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** UNCLAIMED PROPERTY CLAIM

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**

☐ No
☐ Yes

---

| 3.546 | **Nonpriority creditor's name and mailing address** | | $8,594.02 |
|---|---|---|---|

OUTLET VILLAGE OF HAGERSTOWN
PO BOX 776327
CHICAGO, IL 60677-6327

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**

☐ No
☐ Yes

---

| Debtor | NINE WEST HOLDINGS, INC. | Case number *(if known)* | 18-10947 |
|---|---|---|---|
| | Name | | |

---

**Part 2:**  **Additional Page**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.547** | **Nonpriority creditor's name and mailing address** | | $7.46

PACHECO MALDONA, ANGEL, L
URB HYDE PARK
SAN JUAN, PR 00927

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** UNCLAIMED PROPERTY CLAIM

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.548** | **Nonpriority creditor's name and mailing address** | | $ Undetermined

PACIFIC DESIGN & SOURCING INC
1020 8TH AVE S STE #4
NAPLES, FL 34102

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.549** | **Nonpriority creditor's name and mailing address** | | $24.94

PALMER, PRICILLA, G
2921 MARTIN COURT
FAR ROCKAWAY, NY 11691

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** UNCLAIMED PROPERTY CLAIM

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.550** | **Nonpriority creditor's name and mailing address** | | $81.62

PARADISE FASHIONS
64 WEST 125TH STREET
NEW YORK, NY 10027

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** UNCLAIMED PROPERTY CLAIM

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.551** | **Nonpriority creditor's name and mailing address** | | $51.62

PARADISE FASHIONS
64 WEST 125TH STREET
NEW YORK, NY 10027

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** UNCLAIMED PROPERTY CLAIM

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| Debtor | NINE WEST HOLDINGS, INC. | Case number *(if known)* 18-10947 |
|---|---|---|
| | Name | |

<table>
<tr><td colspan="2"><strong>Part 2:</strong> Additional Page</td></tr>
</table>

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

**3.552** Nonpriority creditor's name and mailing address — $47.08

PARK, MI HWA, P
21 GRAND AVE STE 207
PALISADES PARK, NJ 07650

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: UNCLAIMED PROPERTY CLAIM

Date or dates debt was incurred Undetermined

Is the claim subject to offset?
☐ No
☐ Yes

Last 4 digits of account number

**3.553** Nonpriority creditor's name and mailing address — $20.00

PARSON, THERESA
2952 NW 70TH TERRACE
MIAMI, FL 33147

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: UNCLAIMED PROPERTY CLAIM

Date or dates debt was incurred Undetermined

Is the claim subject to offset?
☐ No
☐ Yes

Last 4 digits of account number

**3.554** Nonpriority creditor's name and mailing address — $ Undetermined

PARTS MODELS LLC
7529 FDR STATION
NEW YORK, NY 10150

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

Basis for the claim: TRADE PAYABLE

Date or dates debt was incurred Undetermined

Is the claim subject to offset?
☐ No
☐ Yes

Last 4 digits of account number

**3.555** Nonpriority creditor's name and mailing address — $5,708,054.92

PAVILION INVESTMENT LTD
608 TOWER 1 HARBOUR CENTRE
1 HOK CHEUNG STREET HUNG HOM
KOWLOON
HONG KONG

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: TRADE PAYABLE

Date or dates debt was incurred Undetermined

Is the claim subject to offset?
☐ No
☐ Yes

Last 4 digits of account number

**3.556** Nonpriority creditor's name and mailing address — $ Undetermined

PEARL, EDWIN
ADDRESS ON FILE

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

Basis for the claim: SERP CLAIM

Date or dates debt was incurred Undetermined

Is the claim subject to offset?
☐ No
☐ Yes

Last 4 digits of account number

Debtor    NINE WEST HOLDINGS, INC.
_____
Name

Case number (if known)    18-10947
_____

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

| 3.557 | Nonpriority creditor's name and mailing address | | $8.56 |

PELLICCIONE, ANGELA
128 CHAPEL LANE
EPHRATA, PA 17522

**As of the petition filing date, the claim is:**
Check all that apply.

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** UNCLAIMED PROPERTY CLAIM

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

| 3.558 | Nonpriority creditor's name and mailing address | | $ Undetermined |

PENELOPE LAGOS
32 LAFAYETTE AVE
CHATHAM, NJ 07928

**As of the petition filing date, the claim is:**
Check all that apply.

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

| 3.559 | Nonpriority creditor's name and mailing address | | $ Undetermined |

PENSION BENEFIT GUARANTY CORPORATION
PO BOX 151750
ALEXANDRIA, VA 22315-1750

**As of the petition filing date, the claim is:**
Check all that apply.

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** PENSION CLAIM

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

| 3.560 | Nonpriority creditor's name and mailing address | | $58.53 |

PEREVEZENTSEVA, NATAL
196 CHASE RUN
MIRAMAR BEACH, FL 32550

**As of the petition filing date, the claim is:**
Check all that apply.

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** UNCLAIMED PROPERTY CLAIM

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

| 3.561 | Nonpriority creditor's name and mailing address | | $0.02 |

PERRY, ANNETTE
216 ROCKAWAY AVE
BROOKLYN, NY 11233

**As of the petition filing date, the claim is:**
Check all that apply.

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** UNCLAIMED PROPERTY CLAIM

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

| Debtor | NINE WEST HOLDINGS, INC. | Case number *(if known)* | 18-10947 |
|---|---|---|---|
| | Name | | |

## Part 2:    Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

| 3.562 | **Nonpriority creditor's name and mailing address** | | $604.00 |
|---|---|---|---|

PHILOSOPHY
PO BOX 63314
RIYADH 11516
SAUDI ARABIA

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** UNCLAIMED PROPERTY CLAIM

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| 3.563 | **Nonpriority creditor's name and mailing address** | | $7,802.99 |
|---|---|---|---|

PHOENIX PREMIUM OUTLETS LLC
7517 SOLUTION CENTER
CHICAGO, IL 60677-7005

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| 3.564 | **Nonpriority creditor's name and mailing address** | | $4.95 |
|---|---|---|---|

PICON, ALONDRA, S
26 DUPREE DRIVE
MCKINNEY, TX 75069

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** UNCLAIMED PROPERTY CLAIM

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| 3.565 | **Nonpriority creditor's name and mailing address** | | $76,510.70 |
|---|---|---|---|

PIECE MANAGEMENT INC
117 SOUTH SECOND STREET
NEW HYDE PARK, NY 11040

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| 3.566 | **Nonpriority creditor's name and mailing address** | | $7.62 |
|---|---|---|---|

PINKNEY, JADAH, B
6542 PEACH HAVEN DRIVE
CHARLOTTE, NC 28214

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** UNCLAIMED PROPERTY CLAIM

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| Debtor | NINE WEST HOLDINGS, INC. | Case number *(if known)* | 18-10947 |
|---|---|---|---|
| | Name | | |

## Part 2:   Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.567** | **Nonpriority creditor's name and mailing address** | | $596.74

PIPP MOBILE SYSTEMS INC.
PO BOX 674812
DETROIT, MI 48267-4812

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.568** | **Nonpriority creditor's name and mailing address** | | $19.20

PL-LINE ONE B.V.
BREDESTRAAT 7A-02
MAASTRICHT 6211 HA
NETHERLANDS

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** UNCLAIMED PROPERTY CLAIM

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.569** | **Nonpriority creditor's name and mailing address** | | $151,142.28

PLAZA MADISON LLC
COLLIERS INTERNATIONAL NY LLC
666 FIFTH AVENUE 4TH FLOOR
NEW YORK, NY 10103

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.570** | **Nonpriority creditor's name and mailing address** | | $45,000.00

PODELL REAL ESTATE ADVISORS LLC
35 CHESTNUT HILL
ROSLYN, NY 11576

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.571** | **Nonpriority creditor's name and mailing address** | | $169.92

PORTIER, KIM
15 CHAPMAN PLACE
BAY SHORE, NY 11706

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** UNCLAIMED PROPERTY CLAIM

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| Debtor | NINE WEST HOLDINGS, INC. | Case number *(if known)* | 18-10947 |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

| 3.572 | Nonpriority creditor's name and mailing address | | $250.00 |
|---|---|---|---|

POWELLS VACUUM
250 E MAIN ST
TORRINGTON, CT 06790

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| 3.573 | Nonpriority creditor's name and mailing address | | $58,793.44 |
|---|---|---|---|

POWERREVIEWS INC
1 N DEARBORN ST
SUITE 800
CHICAGO, IL 60602

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| 3.574 | Nonpriority creditor's name and mailing address | | $7,926.59 |
|---|---|---|---|

PREMIUM OUTLET PARTNERS LP
P.O. BOX 822997
PHILADELPHIA, PA 19182-2997

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE/RENT

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| 3.575 | Nonpriority creditor's name and mailing address | | $87,296.99 |
|---|---|---|---|

PREMIUM OUTLET PARTNERS, LP
225 WEST WASHINGTON STREET
INDIANAPOLIS, IN 46204

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| 3.576 | Nonpriority creditor's name and mailing address | | $ Undetermined |
|---|---|---|---|

PRINCE OF SCOTS, LLC
C/O FREIBERGER HABER LLP
105 MAXESS ROAD
SUITE S124
MELVILLE, NY 11747

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** LITIGATION CLAIM

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| Debtor | NINE WEST HOLDINGS, INC. | Case number (if known) | 18-10947 |
|---|---|---|---|
| | Name | | |

## Part 2:    Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

| 3.577 | **Nonpriority creditor's name and mailing address** | | $56,237.35 |
|---|---|---|---|

PRITCHARD INDUSTRIES INC
150 E 42ND STREET
7TH FLOOR
NEW YORK, NY 10017

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| 3.578 | **Nonpriority creditor's name and mailing address** | | $537.03 |
|---|---|---|---|

PROAMPAC
AMPAC HOLDINGS LLC
25366 NETWORK PLACE
CHICAGO, IL 60673-1253

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| 3.579 | **Nonpriority creditor's name and mailing address** | | $276,312.76 |
|---|---|---|---|

PROFESSIONAL RETAIL SERVICES INC
3249 ROUTE 112 BLDG 4 STE 2
MEDFORD, NY 11763

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| 3.580 | **Nonpriority creditor's name and mailing address** | | $522.10 |
|---|---|---|---|

PUNTO ACCESSORI SRL
SAN GIOVANNI
MARIGNANO 47842
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| 3.581 | **Nonpriority creditor's name and mailing address** | | $7,833.58 |
|---|---|---|---|

PURGO JEWELRY CO., LTD
120HO 1553-16 GEUMGANG-RO
JINJEOP-EUP NAMYANGJU-SI
GYEONGGI-DO 472-766
KOREA, REPUBLIC OF

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| Debtor | NINE WEST HOLDINGS, INC. | Case number *(if known)* 18-10947 |
|---|---|---|
| | Name | |

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.582** Nonpriority creditor's name and mailing address $ Underdetermined

QINGDAO HENGDA GROUP LEATHER DEVELO CO., LTD
BEI AN STREET OFFICE, JIMO
NO 2 TCL AVENUE
QINGDAO
CHINA

As of the petition filing date, the claim is:
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

Basis for the claim: TRADE PAYABLE

Date or dates debt was incurred Undetermined

Is the claim subject to offset?
☐ No
☐ Yes

Last 4 digits of account number

---

**3.583** Nonpriority creditor's name and mailing address $2,523.00

QINGDAO IFASHION JEWELRY CO LTD
SOUTH 8 XIYUANZHUANG
TONGJI JIMO
QINGDAO CITY
CHINA

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: TRADE PAYABLE

Date or dates debt was incurred Undetermined

Is the claim subject to offset?
☐ No
☐ Yes

Last 4 digits of account number

---

**3.584** Nonpriority creditor's name and mailing address $2,687.50

QINGDAO ILKWANG IND. ART OBJECT CO
5F QINGDAO SHENGWEN APPAREL AND ACC
HUAXIA ROAD EAST, HUALING ROAD NORTH
XIAZHUANG TOWN
QUINGDAO
CHINA

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: TRADE PAYABLE

Date or dates debt was incurred Undetermined

Is the claim subject to offset?
☐ No
☐ Yes

Last 4 digits of account number

---

**3.585** Nonpriority creditor's name and mailing address $35,209.47

QUEENS CENTER SPE LLC
QUEENS CENTER REIT LLC
401 WILLSHIRE BLVD STE 700
SANTA MONICA, CA 90401

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: TRADE PAYABLE

Date or dates debt was incurred Undetermined

Is the claim subject to offset?
☐ No
☐ Yes

Last 4 digits of account number

---

**3.586** Nonpriority creditor's name and mailing address $151.88

QUINTERO, GILBERTO
HC 02 BOX 8334
QUEBRADILLAS, PR 00678

As of the petition filing date, the claim is:
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: UNCLAIMED PROPERTY CLAIM

Date or dates debt was incurred Undetermined

Is the claim subject to offset?
☐ No
☐ Yes

Last 4 digits of account number

---

| Debtor | NINE WEST HOLDINGS, INC. | Case number _(if known)_ 18-10947 |
|---|---|---|
| | Name | |

## Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.587**  **Nonpriority creditor's name and mailing address**                                                    $145.40

R-PAC HONG KONG LIMITED
1-11 KWAI HEI ST
7/F HIGH FASHION CENTRE
KWAI CHUNG, NT
HONG KONG

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.588**  **Nonpriority creditor's name and mailing address**                                                    $285.75

R-PAC
R-PAC INTERNATIONAL CORP.
132 W 36TH ST
NEW YORK, NY 10018

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.589**  **Nonpriority creditor's name and mailing address**                                                    $50.00

R.K.S. JAMAICA LTD
DBA DIAMONDS FOREVER
OCHO RIOS  ST ANN
JAMAICA

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** UNCLAIMED PROPERTY CLAIM

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.590**  **Nonpriority creditor's name and mailing address**                                                    $10,000.00

RACHEL HOROWITZ
2275 N BEACHWOOD DRIVE
LOS ANGELES, CA 90068

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.591**  **Nonpriority creditor's name and mailing address**                                                    $18,220.50

RADIAL
PO BOX 204113
C/O WELLS FARGO BANK
DALLAS, TX 75320-4114

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

| Debtor | NINE WEST HOLDINGS, INC. | Case number *(if known)* | 18-10947 |
|---|---|---|---|
| | Name | | |

---

**Part 2:**  **Additional Page**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

| | **Amount of claim** |
|---|---|

| 3.592 | **Nonpriority creditor's name and mailing address** | | $18.29 |
|---|---|---|---|

RAMIREZ, CHRISTIAN
PO BOX 115
CABAZON, CA 92230

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** UNCLAIMED PROPERTY CLAIM

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

| 3.593 | **Nonpriority creditor's name and mailing address** | | $54.87 |
|---|---|---|---|

RAMOS, GISSELLE
1234 DRIFTWOOD STREET
GROVER BEACH, CA 93433

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** UNCLAIMED PROPERTY CLAIM

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

| 3.594 | **Nonpriority creditor's name and mailing address** | | $189.43 |
|---|---|---|---|

RAZA, FATIMA
21048 LOWRY PARK TERRACE
ASHBURN, VA 20147

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** UNCLAIMED PROPERTY CLAIM

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

| 3.595 | **Nonpriority creditor's name and mailing address** | | $5,518.51 |
|---|---|---|---|

RE BUSINESS SOLUTIONS
1980 OLD CUTHBERT RD
CHERRY HILL, NJ 08034

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

| 3.596 | **Nonpriority creditor's name and mailing address** | | $ Undetermined |
|---|---|---|---|

REDSTONE, JUDITH
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** SERP CLAIM

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

| Debtor | NINE WEST HOLDINGS, INC. | Case number *(if known)* 18-10947 |
|---|---|---|
| | Name | |

## Part 2:    Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

| 3.597 | **Nonpriority creditor's name and mailing address** | | $61.34 |
|---|---|---|---|

REED, MARGARET, M
18311 BERWICK TERRACE
HAGERSTOWN, MD 21740

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** UNCLAIMED PROPERTY CLAIM

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| 3.598 | **Nonpriority creditor's name and mailing address** | | $40.63 |
|---|---|---|---|

REID, WANYA, K
18006 BAISLEY BLVD
QUEENS, NY 11434

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** UNCLAIMED PROPERTY CLAIM

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| 3.599 | **Nonpriority creditor's name and mailing address** | | $1.25 |
|---|---|---|---|

REINGOLD, CATRINA
175 W  87TH STREET
NEW YORK, NY 10024

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** UNCLAIMED PROPERTY CLAIM

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| 3.600 | **Nonpriority creditor's name and mailing address** | | $15.00 |
|---|---|---|---|

REIO PLATZ
28 REVERE RD
PORT WASHINGTON, NY 11050

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| 3.601 | **Nonpriority creditor's name and mailing address** | | $21,600.00 |
|---|---|---|---|

RELIANCE TECHNOLOGIES INC
101 BREEZY HILL RD
STAMFORD, CT 06903

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| Debtor | NINE WEST HOLDINGS, INC. | | Case number *(if known)* 18-10947 |
|---|---|---|---|
| | Name | | |

## Part 2:    Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

| 3.602 | **Nonpriority creditor's name and mailing address** | $3,357.95 |
|---|---|---|

RETAIL SECURITY GROUP INC
1242 SW PINE ISLAND RD STE 42-401
CAPE CORAL, FL 33991

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

| 3.603 | **Nonpriority creditor's name and mailing address** | $894.00 |
|---|---|---|

RETAIL SECURITY SERVICES INC
3249 ROUTE 112
SUITE 2
MEDFORD, NY 11763

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

| 3.604 | **Nonpriority creditor's name and mailing address** | $4,330.13 |
|---|---|---|

REVENUE CREATIONS LLC
75 MONTEBELLO ROAD
SUFFERN, NY 10901

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

| 3.605 | **Nonpriority creditor's name and mailing address** | $8,493.86 |
|---|---|---|

RG BARRY CORPORATION
13405 YARMOUTH ROAD
PICKERINGTON, OH 43147

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

| 3.606 | **Nonpriority creditor's name and mailing address** | $585.00 |
|---|---|---|

RICHARD T QUINN
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CONTRACT FEES

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

| Debtor | NINE WEST HOLDINGS, INC. | Case number *(if known)* | 18-10947 |
|---|---|---|---|
| | Name | | |

## Part 2:    Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

| 3.607 | **Nonpriority creditor's name and mailing address** | | $27.44 |
|---|---|---|---|

RICHARD, JOYCE
309 HILLCREST PMB #196
INGLEWOOD, CA 90304

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** UNCLAIMED PROPERTY CLAIM

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

| 3.608 | **Nonpriority creditor's name and mailing address** | | $ Undetermined |
|---|---|---|---|

RICHMOND NICOLE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** PERSONAL INJURY CLAIM

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

| 3.609 | **Nonpriority creditor's name and mailing address** | | $6.90 |
|---|---|---|---|

RIOS, MERCADO, F
BO LAGUNA CARR 686 KM
MANATI, PR 00674

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** UNCLAIMED PROPERTY CLAIM

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

| 3.610 | **Nonpriority creditor's name and mailing address** | | $ Undetermined |
|---|---|---|---|

RIVERA ILIA
1050 BERGEN ST
BROOKLYN, NY 11216-3310

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** WORKERS COMPENSATION CLAIM

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

| 3.611 | **Nonpriority creditor's name and mailing address** | | $7.38 |
|---|---|---|---|

RIVERA, ANGELICA
7345 GULF CREEK DIVE
EL PASO, TX 79911

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** UNCLAIMED PROPERTY CLAIM

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

| Debtor | NINE WEST HOLDINGS, INC. | Case number *(if known)* | 18-10947 |
|---|---|---|---|
| | Name | | |

## Part 2:    Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.612** | **Nonpriority creditor's name and mailing address** | $7.40

RIVERA, ANGELICA
7345 GULF CREEK DR
EL PASO, TX 79911

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** UNCLAIMED PROPERTY CLAIM

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.613** | **Nonpriority creditor's name and mailing address** | $580.30

RMS OMEGA TECHNOLOGIES GROUP
PO BOX 64014
BALTIMORE, MD 21264

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.614** | **Nonpriority creditor's name and mailing address** | $8.08

ROCHESTER, TILLMAN, J
17107 TERRACE PARK DRIVE
HOUSTON, TX 77095

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** UNCLAIMED PROPERTY CLAIM

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.615** | **Nonpriority creditor's name and mailing address** | $171.97

RODRIGUEZ, MIRIAM, O
727 BRUNSWICK STREET
BRUNSWICK, MD 21716

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** UNCLAIMED PROPERTY CLAIM

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.616** | **Nonpriority creditor's name and mailing address** | $26.71

RODRIGUEZ, NANCY
613 CALLE CAMPANA
SAN CLEMENTE, CA 92673

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** UNCLAIMED PROPERTY CLAIM

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| Debtor | NINE WEST HOLDINGS, INC. | Case number (if known) | 18-10947 |
|---|---|---|---|
| | Name | | |

---

**Part 2:** **Additional Page**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

| 3.617 | **Nonpriority creditor's name and mailing address** | | $12,510.49 |
|---|---|---|---|

ROTH BROS INC
PO BOX 3600
CAROL STREAM, IL 60132-3600

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

| 3.618 | **Nonpriority creditor's name and mailing address** | | $ Undetermined |
|---|---|---|---|

ROWE, BRITTNAE
12440 DEREK PLACE
WALDORF, MD 20602

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** THREATENED LITIGATION CLAIM

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

| 3.619 | **Nonpriority creditor's name and mailing address** | | $82.14 |
|---|---|---|---|

RUBIO, KAREN
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** UNCLAIMED PROPERTY CLAIM

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

| 3.620 | **Nonpriority creditor's name and mailing address** | | $59.55 |
|---|---|---|---|

RUBIOEXPORT SLU
C/JUAN DE LA CIERVA, 38
PARQUE EMPRESARIAL TORRELLANO
ELCHE 03203
SPAIN

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

| 3.621 | **Nonpriority creditor's name and mailing address** | | $7.38 |
|---|---|---|---|

RUIZ, CELIC, F
4307 CONTINENTAL CIRCLE
LAREDO, TX 78046

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** UNCLAIMED PROPERTY CLAIM

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

Debtor    NINE WEST HOLDINGS, INC.
_____
          Name

Case number (if known)  18-10947

---

| Part 2: | Additional Page |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.622** | **Nonpriority creditor's name and mailing address** | $142.59

RUIZ, CELTIC
4307 CONTINENTAL CIRCLE
LAREDO, TX 78046

**As of the petition filing date, the claim is:**
Check all that apply.
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** UNCLAIMED PROPERTY CLAIM

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.623** | **Nonpriority creditor's name and mailing address** | $10.00

RUSSEL, JOSEPH, L
12010 SW 31 COURT
MIRAMAR, FL 33025

**As of the petition filing date, the claim is:**
Check all that apply.
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** UNCLAIMED PROPERTY CLAIM

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.624** | **Nonpriority creditor's name and mailing address** | $132.04

RUSSO DI CASANDRINO SPA
VIA F CILEA, 11
CASANDRINO (NA) 80025
ITALY

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.625** | **Nonpriority creditor's name and mailing address** | $24,488.86

S199 SPE LLC
PO BOX 31000
HONOLULU, HI 96849-5678

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.626** | **Nonpriority creditor's name and mailing address** | $732.57

SABRINA ENT CO LTD
89 LONG HE E. ROAD SHUIKOU TOWN
HUI ZHOU CITY 516055
CHINA

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| Debtor | NINE WEST HOLDINGS, INC. | Case number *(if known)* 18-10947 |
|--------|--------------------------|------------------------------------|
| | Name | |

## Part 2:   Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.627**   **Nonpriority creditor's name and mailing address**                                         $281.89

SAFE & SOUND ARMED COURIER INC.
P.O. BOX 1463
BAYVILLE, NY 11709-0463

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.628**   **Nonpriority creditor's name and mailing address**                                         $413.75

SAGE ENVIRONMENTAL INC.
172 ARMISTICE BLVD.
PAWTUCKET, RI 02860

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.629**   **Nonpriority creditor's name and mailing address**                                         $28,500.00

SALSIFY INC
1 3 CENTER PLAZA
FLOOR 3
BOSTON, MA 02108

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.630**   **Nonpriority creditor's name and mailing address**                                         $348.75

SALSON LOGISTICS INC
888 DOREMUS AVE
NEWARK, NJ 07114

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.631**   **Nonpriority creditor's name and mailing address**                                         $1.00

SALTZMAN, STACEY
5B ORCHARD BEACH ROAD
PORT WASHINGTON, NY 11021

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** UNCLAIMED PROPERTY CLAIM

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

| Debtor | NINE WEST HOLDINGS, INC. | Case number *(if known)* 18-10947 |
|---|---|---|
| | Name | |

## Part 2:    Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

| 3.632 | Nonpriority creditor's name and mailing address | | $49.99 |
|---|---|---|---|

SAMANTHA GOMEZ
4191 BROAD STREET
PINE HILL, AL 36769

**As of the petition filing date, the claim is:**
*Check all that apply.*

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
- ☐ No
- ☐ Yes

**Last 4 digits of account number**

---

| 3.633 | Nonpriority creditor's name and mailing address | | $ Undetermined |
|---|---|---|---|

SAMPO TRADING CO LTD
4TH FL HYUNDAI TOPICS BLDG
SEOUL
KOREA, REPUBLIC OF

**As of the petition filing date, the claim is:**
*Check all that apply.*

- ☒ Contingent
- ☒ Unliquidated
- ☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
- ☐ No
- ☐ Yes

**Last 4 digits of account number**

---

| 3.634 | Nonpriority creditor's name and mailing address | | $ Undetermined |
|---|---|---|---|

SANDERS, SHERON
C/O LAW OFFICE OF NATHANAEL E WRIGHT PC
PO BOX 1021
COVINGTON, GA 30015

**As of the petition filing date, the claim is:**
*Check all that apply.*

- ☒ Contingent
- ☒ Unliquidated
- ☒ Disputed

**Basis for the claim:** PRODUCT LIABILITY CLAIM

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
- ☐ No
- ☐ Yes

**Last 4 digits of account number**

---

| 3.635 | Nonpriority creditor's name and mailing address | | $1,155.00 |
|---|---|---|---|

SANDLER TRAVIS & ROSENBERG PA
PO BOX 935173
ATLANTA, GA 31193-5173

**As of the petition filing date, the claim is:**
*Check all that apply.*

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
- ☐ No
- ☐ Yes

**Last 4 digits of account number**

---

| 3.636 | Nonpriority creditor's name and mailing address | | $49.99 |
|---|---|---|---|

SANDRA FERGUSON
17406 CROSSCOVE CT
HOUSTON, TX 77095

**As of the petition filing date, the claim is:**
*Check all that apply.*

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
- ☐ No
- ☐ Yes

**Last 4 digits of account number**

---

| Debtor | NINE WEST HOLDINGS, INC. | Case number (if known) | 18-10947 |
|---|---|---|---|
| | Name | | |

## Part 2:    Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.637** | **Nonpriority creditor's name and mailing address** | | $6,594.67

SANDS BETHWORKS RETAIL LLC
3355 S LAS VEGAS BLVD
LAS VEGAS, NV 89109

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.638** | **Nonpriority creditor's name and mailing address** | | $8.77

SAVOY, TYEISHA, N
1840 VILLAGE SQUARE COURT
SEVERN, MD 21144

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** UNCLAIMED PROPERTY CLAIM

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.639** | **Nonpriority creditor's name and mailing address** | | $58.69

SAXTON, VAZQUEZ, B
PO BOX 800787
PONCE, PR 00780

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** UNCLAIMED PROPERTY CLAIM

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.640** | **Nonpriority creditor's name and mailing address** | | $2,641.60

SC DANU FOOTWEAR CO LTD
NORTH HONGYE AVENUE NO.181 CHONGZHO
CENTRALIZED DEVELOPMENT ZONE, CHONGZHOU
SICHUAN 611230
CHINA

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.641** | **Nonpriority creditor's name and mailing address** | | $64.00

SCHEFFLER, RICHARD, E
222 HIGHVIEW DRIVE
CALVERTON, NY 11933

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** UNCLAIMED PROPERTY CLAIM

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| Debtor | NINE WEST HOLDINGS, INC. | Case number *(if known)* 18-10947 |
|---|---|---|
| | Name | |

---

**Part 2:**  **Additional Page**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

| 3.642 | Nonpriority creditor's name and mailing address | $ Undetermined |
|---|---|---|

SCHINDECH, HEBA
C/O DEPARTMENT OF INDUSTRIAL RELATIONS, DIVISION OF LABOR
STANDARDS ENFORCEMENT
2031 HOWE AVENUE
SUITE 100
SACRAMENTO, CA 95825

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

Basis for the claim: LEGAL CLAIM

Date or dates debt was incurred Undetermined

Is the claim subject to offset?
☐ No
☐ Yes

Last 4 digits of account number

---

| 3.643 | Nonpriority creditor's name and mailing address | $12.93 |
|---|---|---|

SCHINE, MIRANDA, M
9313 62ND PLACE
KENSOSHA, WI 53142

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: UNCLAIMED PROPERTY CLAIM

Date or dates debt was incurred Undetermined

Is the claim subject to offset?
☐ No
☐ Yes

Last 4 digits of account number

---

| 3.644 | Nonpriority creditor's name and mailing address | $29.56 |
|---|---|---|

SCHOENBORN, SCOT, T
20340 EAST CAMACHO ROAD
QUEEN CREEK, AZ 85142

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: UNCLAIMED PROPERTY CLAIM

Date or dates debt was incurred Undetermined

Is the claim subject to offset?
☐ No
☐ Yes

Last 4 digits of account number

---

| 3.645 | Nonpriority creditor's name and mailing address | $3.25 |
|---|---|---|

SCHUMACHER, GILLIAN
425 TRAVERS AVENUE
MAMARONECK, NY 10543

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: UNCLAIMED PROPERTY CLAIM

Date or dates debt was incurred Undetermined

Is the claim subject to offset?
☐ No
☐ Yes

Last 4 digits of account number

---

| 3.646 | Nonpriority creditor's name and mailing address | $13.87 |
|---|---|---|

SCHWARTZ, ANGELA
2395 144TH AVE
DORR, MI 49323

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: UNCLAIMED PROPERTY CLAIM

Date or dates debt was incurred Undetermined

Is the claim subject to offset?
☐ No
☐ Yes

Last 4 digits of account number

---

| Debtor | NINE WEST HOLDINGS, INC. | Case number *(if known)* | 18-10947 |
|---|---|---|---|
| | Name | | |

## Part 2:    Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

| | | | |
|---|---|---|---|
| 3.647 | **Nonpriority creditor's name and mailing address** | | $2,330.89 |

SCHWARZ SUPPLY SOURCE
SCHWARZ PAPER COMPANY
35062 COLLECTION CENTER DR
CHICAGO, IL 60693-0320

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| | | | |
|---|---|---|---|
| 3.648 | **Nonpriority creditor's name and mailing address** | | $0.25 |

SCOPINO, DEANNA
32 SUMMIT STREET
HASTINGS ON HUDSON, NY 10706

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** UNCLAIMED PROPERTY CLAIM

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| | | | |
|---|---|---|---|
| 3.649 | **Nonpriority creditor's name and mailing address** | | $38.61 |

SCOTT, TYESHIA
11604 MYRTLE OAK COURT
WALDORF, MD 20601

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** UNCLAIMED PROPERTY CLAIM

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| | | | |
|---|---|---|---|
| 3.650 | **Nonpriority creditor's name and mailing address** | | $1,314.67 |

SCS OUTSOURCED SERVICES INC
PO BOX 1441
NEW YORK, NY 10028

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| | | | |
|---|---|---|---|
| 3.651 | **Nonpriority creditor's name and mailing address** | | $ Undetermined |

SEA STARS TALENT AGENCY, INC.
P O BOX 4467
MIDDLETOWN, RI 02842

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| Debtor | NINE WEST HOLDINGS, INC. | Case number *(if known)* | 18-10947 |
|---|---|---|---|
| | Name | | |

## Part 2:    Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.652** | **Nonpriority creditor's name and mailing address** | | $194.94

SEAR'S SALES CORPORATION
DBA SEARS SHOE STORE
FORT OGLETHORPE, GA 30742

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** UNCLAIMED PROPERTY CLAIM

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.653** | **Nonpriority creditor's name and mailing address** | | $ Undetermined

SEETHING VIETNAM CO LTD
L3 1 & 1/2 L3.2 DO SON INDUSTRIAL Z
HAIPHONG 18000
VIETNAM

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.654** | **Nonpriority creditor's name and mailing address** | | $49,919.04

SEMYUNG JEWELRY CO LTD
BEIBU GONGYEYUAN
GUMIAOTOUCUN CHENGYANG
QINGDAO 266108
CHINA

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.655** | **Nonpriority creditor's name and mailing address** | | $1,485.00

SENNIGER POWERS LLP
PO BOX 840168
KANSAS CITY, MO 64184-0168

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.656** | **Nonpriority creditor's name and mailing address** | | $600.00

SEQUIN PRODUCTIONS
7409 W 83RD ST
LOS ANGELES, CA 90045

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

Debtor    NINE WEST HOLDINGS, INC.
_____
          Name

Case number *(if known)*  18-10947
                         _____

| Part 2: | Additional Page |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.657** | Nonpriority creditor's name and mailing address | | $1,406,848.45

SERENA HOLDING CO LTD
C/O 4F, NO. 94 CHI-WEI ST
SAN CHUNG CITY
TAIPEI 24152, TPE
TAIWAN

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.658** | Nonpriority creditor's name and mailing address | | $58.79

SERRANO, VICTORIA
620 W GUTIERREZ ST
SANTA BARBARA, CA 93101-4579

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** UNCLAIMED PROPERTY CLAIM

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.659** | Nonpriority creditor's name and mailing address | | $5,082.50

SERVICE PRO SIGN AND LIGHTING MAINTENANCE
14529 WEDDINGTON ST #101
SHERMAN OAKS, CA 91411

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.660** | Nonpriority creditor's name and mailing address | | $18.29

SESSION, DOLORES, E
16333 GREENTREE BOULEVARD
VICTORVILLE, CA 92394

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** UNCLAIMED PROPERTY CLAIM

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.661** | Nonpriority creditor's name and mailing address | | $283.00

SGS NORTH AMERICA INC
SGS NORTH AMERICA CTS DIV
PO BOX 2502
CAROL STREAM, IL 60132-2502

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

| Debtor | NINE WEST HOLDINGS, INC. | Case number (if known) | 18-10947 |
|---|---|---|---|
| | Name | | |

## Part 2:    Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.662** **Nonpriority creditor's name and mailing address** — $756.86

SGS-CSTC STANDARDS TECHNICAL SERV C GRANGZHOU BRANCH
NO 198 KEZHU ROAD
GUANGZHOU ECONOMIC & TECHNOLOGY
DEVELOPMENT DISTRICT
GUANGZHOU 510663
CHINA

**As of the petition filing date, the claim is:**
*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [ ] No
- [ ] Yes

---

**3.663** **Nonpriority creditor's name and mailing address** — $27.64

SHANE, DANIEL, J
6724 57TH DRIVE NORTHWAST
MARYSVILLE, WA 98270

**As of the petition filing date, the claim is:**
*Check all that apply.*
- [x] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:** UNCLAIMED PROPERTY CLAIM

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [ ] No
- [ ] Yes

---

**3.664** **Nonpriority creditor's name and mailing address** — $2,618.20

SHANGHAI ORIENT INTERTEK TESTING
SERVICES CO LTD
2F BLOCK B NO. 6 1218-LONG
SHANGHAI
CHINA

**As of the petition filing date, the claim is:**
*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [ ] No
- [ ] Yes

---

**3.665** **Nonpriority creditor's name and mailing address** — $221,799.90

SHINE RING LIMITED
8/F NO 32-1 SONGJIANG RD ZHONGSHAN
TAIPEI CITY 104
TAIWAN

**As of the petition filing date, the claim is:**
*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [ ] No
- [ ] Yes

---

**3.666** **Nonpriority creditor's name and mailing address** — $539.50

SHIPMAN & GOODWIN LLP
ONE CONSTITUTIONAL PLAZA
HARTFORD, CT 06103-1919

**As of the petition filing date, the claim is:**
*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [ ] No
- [ ] Yes

---

Official Form 206E/F                **Schedule E/F: Creditors Who Have Unsecured Claims**

| Debtor | NINE WEST HOLDINGS, INC. | Case number (if known) | 18-10947 |
|---|---|---|---|
| | Name | | |

---

**Part 2:    Additional Page**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

| | | |
|---|---|---|
| 3.667 | **Nonpriority creditor's name and mailing address** | $171.36 |

SHOE SHOW INC
P.O. BOX 648
CONCORD, NC 28026

**As of the petition filing date, the claim is:**
Check all that apply.

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** UNCLAIMED PROPERTY CLAIM

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

| 3.668 | **Nonpriority creditor's name and mailing address** | $17,713.70 |
|---|---|---|

SHOPPERTRAK RCT CORPORATION
6564 SOLUTION CENTER
CHICAGO, IL 60677-6005

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

| 3.669 | **Nonpriority creditor's name and mailing address** | $0.20 |
|---|---|---|

SHVARTSMAN, ELIZAVETA
230 ASPEN KNOLLS WAY
STATEN ISLAND, NY 10312

**As of the petition filing date, the claim is:**
Check all that apply.

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** UNCLAIMED PROPERTY CLAIM

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

| 3.670 | **Nonpriority creditor's name and mailing address** | $1,571,606.77 |
|---|---|---|

SICHUAN NEW RISE IMP & EXP CO., LTD
NO.182 JIANGHAN ROAD
CHENGDU, SICHUAN
SICHUAN 610014
CHINA

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

| 3.671 | **Nonpriority creditor's name and mailing address** | $3,636.50 |
|---|---|---|

SILENT MODELS-USA LLC .
127 W 26TH ST #502
NEW YORK, NY 10011

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

| Debtor | NINE WEST HOLDINGS, INC. | Case number *(if known)* | 18-10947 |
|---|---|---|---|
| | Name | | |

## Part 2:    Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.672**  **Nonpriority creditor's name and mailing address**                                                       $40,991.44

SILHOUETTE STUDIO DIGITAL LLC
545 8TH AVE STE 1530
NEW YORK, NY 10018

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.673**  **Nonpriority creditor's name and mailing address**                                                       $117.77

SILVER SANDS GL I LLC-MALL
7290 SOLUTION CENTER
CHICAGO, IL 60677-7002

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.674**  **Nonpriority creditor's name and mailing address**                                                       $98.00

SILVIA AUSTIN
48 CARRICK TRAIL
GRAVENHURST, ON P1P 0A6
CANADA

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.675**  **Nonpriority creditor's name and mailing address**                                                       $31,822.00

SIMON PROPERTY GROUP LP #2507
P.O. BOX 776300
CHICAGO, IL 60677-6300

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE/RENT

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.676**  **Nonpriority creditor's name and mailing address**                                                       $1,623.10

SIMON PROPERTY GROUP LP
P.O. BOX 772811
CHICAGO, IL 60677-2811

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE/RENT

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

| Debtor | NINE WEST HOLDINGS, INC. | Case number (if known) | 18-10947 |
| --- | --- | --- | --- |
| | Name | | |

| Part 2: | Additional Page |
| --- | --- |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.677** Nonpriority creditor's name and mailing address $12,702.15

SIMON WOODMONT DEVELOPMENT LLC
PO BOX 83273
CHICAGO, IL 60691-0273

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.678** Nonpriority creditor's name and mailing address $36,112.06

SIMONE ACC COLLECTION LTD
279 GYEONGSU-DAERO UIWANG-SI GYEONG
GYEONGSU-DAERO
KOREA, REPUBLIC OF

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.679** Nonpriority creditor's name and mailing address $6,600.00

SIMPLY MEASURED
2211 ELLIOTT AVENUE SUITE 310
SEATTLE, WA 98121

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.680** Nonpriority creditor's name and mailing address $87.98

SINCLAIR, SHANAE
585 NEWARK AVENUE
ELIZABETH, NJ 07208

**As of the petition filing date, the claim is:**
Check all that apply.

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** UNCLAIMED PROPERTY CLAIM

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.681** Nonpriority creditor's name and mailing address $864.48

SKYFRAME & ART INC
28 EVANS TERMINAL
HILLSIDE, NJ 07205

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

| Debtor | NINE WEST HOLDINGS, INC. | Case number *(if known)* | 18-10947 |
|---|---|---|---|
| | Name | | |

## Part 2:    Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.682**    **Nonpriority creditor's name and mailing address**                                      $16.16

SLAUGHTER, SAINTIONA
4348 PACIFIC CREST AVE
LAS VEGAS, NV 89115

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** UNCLAIMED PROPERTY CLAIM

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.683**    **Nonpriority creditor's name and mailing address**                                      $1,008.00

SMITH GAMBRELL AND RUSSELL LLP
SUITE 3100 PROMENADE
ATLANTA, GA 30309-3592

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.684**    **Nonpriority creditor's name and mailing address**                                      $22.70

SMITH, AMBER
800 E LEXINGTON AVE
EL CAJON, CA 92020

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** UNCLAIMED PROPERTY CLAIM

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.685**    **Nonpriority creditor's name and mailing address**                                      $2.00

SMITH, TAMMY
2195 OVERLOOK DR
WALNUT CREEK, CA 94597

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** UNCLAIMED PROPERTY CLAIM

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.686**    **Nonpriority creditor's name and mailing address**                                      $46.84

SMITH, TIMOTHY, B
680 WILSON RD
WILMINGTON, OH 45177

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** UNCLAIMED PROPERTY CLAIM

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| Debtor | NINE WEST HOLDINGS, INC. | Case number *(if known)* 18-10947 |
|---|---|---|
| | Name | |

## Part 2:    Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.687** Nonpriority creditor's name and mailing address

SOGE LLC
379 WASHINGTON AVE APT 7E
BROOKLYN, NY 11238

$650.00

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: TRADE PAYABLE

Date or dates debt was incurred Undetermined

Last 4 digits of account number

Is the claim subject to offset?
☐ No
☐ Yes

---

**3.688** Nonpriority creditor's name and mailing address

SOL AND GRAVITE
538/19 THE LANDMARK RESIDENCE
BANGKOK 10900

$65.00

As of the petition filing date, the claim is:
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: UNCLAIMED PROPERTY CLAIM

Date or dates debt was incurred Undetermined

Last 4 digits of account number

Is the claim subject to offset?
☐ No
☐ Yes

---

**3.689** Nonpriority creditor's name and mailing address

SOVOS COMPLIANCE LLC

$ Undetermined

As of the petition filing date, the claim is:
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

Basis for the claim: THREATENED LITIGATION CLAIM

Date or dates debt was incurred Undetermined

Last 4 digits of account number

Is the claim subject to offset?
☐ No
☐ Yes

---

**3.690** Nonpriority creditor's name and mailing address

SPARK WORLDWIDE LLC
NORMAN KAUFMAN
315 USHERS RD
BALLSTON LAKE, NY 12019

$2,493.20

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: TRADE PAYABLE

Date or dates debt was incurred Undetermined

Last 4 digits of account number

Is the claim subject to offset?
☐ No
☐ Yes

---

**3.691** Nonpriority creditor's name and mailing address

SPARKS, JORDAN, I
15505 71ST AVE
FLUSHING, NY 11367

$41.56

As of the petition filing date, the claim is:
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: UNCLAIMED PROPERTY CLAIM

Date or dates debt was incurred Undetermined

Last 4 digits of account number

Is the claim subject to offset?
☐ No
☐ Yes

---

| Debtor | NINE WEST HOLDINGS, INC. | Case number (if known) | 18-10947 |
|---|---|---|---|
| | Name | | |

## Part 2:    Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.692**

**Nonpriority creditor's name and mailing address**                                    $3,109.66

SPENCER TECHNOLOGIES
PO BOX 83258
WOBURN, MA 01813-3258

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.693**

**Nonpriority creditor's name and mailing address**                                    $8.52

SPENCER, BRIANA
2728 SOUTH MUHFELD STREET
PHILADELPHIA, PA 19153

**As of the petition filing date, the claim is:**
Check all that apply.
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** UNCLAIMED PROPERTY CLAIM

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.694**

**Nonpriority creditor's name and mailing address**                                    $23,163.55

SPG HOUSTON HOLDINGS LP FORMERLY CPG HOUSTON HOLDINGS
LP
PO BOX 822693
PHILADELPHIA, PA 19182-2693

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE/RENT

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.695**

**Nonpriority creditor's name and mailing address**                                    $25.00

SPORTS 4 U INTERNATIONAL INC
8717 VAN NUYS BLVD
PANORAMA CITY, CA 91402

**As of the petition filing date, the claim is:**
Check all that apply.
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** UNCLAIMED PROPERTY CLAIM

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.696**

**Nonpriority creditor's name and mailing address**                                    $24.75

SPORTS 4 U INTERNATIONAL INC
8717 VAN NUYS BLVD
PANORAMA CITY, CA 91402

**As of the petition filing date, the claim is:**
Check all that apply.
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** UNCLAIMED PROPERTY CLAIM

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| Debtor | NINE WEST HOLDINGS, INC. | Case number *(if known)* 18-10947 |
|---|---|---|
| | Name | |

## Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

| | | |
|---|---|---|
| 3.697 | **Nonpriority creditor's name and mailing address** | $50,824.42 |

SPS COMMERCE INC
PO BOX 205782
DALLAS, TX 75320-5782

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| | | |
|---|---|---|
| 3.698 | **Nonpriority creditor's name and mailing address** | $916.00 |

STACEY SANDOW-BOYD
7002 RIDGE BLVD APT D7
BROOKLYN, NY 11209

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| | | |
|---|---|---|
| 3.699 | **Nonpriority creditor's name and mailing address** | $4,372.02 |

STAPLES BUSINESS ADVANTAGE
DEPT PHL PO BOX 415256
BOSTON, MA 02241-5256

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| | | |
|---|---|---|
| 3.700 | **Nonpriority creditor's name and mailing address** | $3,000.00 |

STARWORKS ARTISTS LLC
1125 N FAIRFAX AVE #46309
WEST HOLLYWOOD, CA 90046-9998

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| | | |
|---|---|---|
| 3.701 | **Nonpriority creditor's name and mailing address** | $13,733.73 |

STATUS PLANET SA
RUA D NUNO ALVARES PEREIRA NR 2260
ALCANENA 2380
PORTUGAL

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| Debtor | NINE WEST HOLDINGS, INC. | Case number *(if known)* | 18-10947 |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.702** | **Nonpriority creditor's name and mailing address** | | $ Undetermined

STEARN, MALCOLM D
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

- ☒ Contingent
- ☒ Unliquidated
- ☐ Disputed

**Basis for the claim:** SERP CLAIM

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
- ☐ No
- ☐ Yes

**Last 4 digits of account number**

---

**3.703** | **Nonpriority creditor's name and mailing address** | | $10,668,479.28

STELLA INTERNATIONAL TRADING
AVENIDA DE MARCIANO BAPTISTA NO 26-
CENTRO COMERCIAL CHING FOK B10
MACAU
MACAU

**As of the petition filing date, the claim is:**
*Check all that apply.*

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
- ☐ No
- ☐ Yes

**Last 4 digits of account number**

---

**3.704** | **Nonpriority creditor's name and mailing address** | | $108,449.75

STEP PERFECT LIMITED
11071 8F NO 30 YIXIAN ROAD
XINYI DIST TIAPEI CITY 110
TAIPEI
TAIWAN

**As of the petition filing date, the claim is:**
*Check all that apply.*

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
- ☐ No
- ☐ Yes

**Last 4 digits of account number**

---

**3.705** | **Nonpriority creditor's name and mailing address** | | $ Undetermined

STOLL, EDWARD A
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

- ☒ Contingent
- ☒ Unliquidated
- ☐ Disputed

**Basis for the claim:** SERP CLAIM

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
- ☐ No
- ☐ Yes

**Last 4 digits of account number**

---

**3.706** | **Nonpriority creditor's name and mailing address** | | $234.63

STOLL, EDWARD, A
670 WELSH LN
GRAMVILLE, OH 43023

**As of the petition filing date, the claim is:**
*Check all that apply.*

- ☒ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** UNCLAIMED PROPERTY CLAIM

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
- ☐ No
- ☐ Yes

**Last 4 digits of account number**

---

| Debtor | NINE WEST HOLDINGS, INC. | Case number (if known) | 18-10947 |
|---|---|---|---|
| | Name | | |

---

**Part 2:    Additional Page**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

| 3.707 | Nonpriority creditor's name and mailing address | | $234.63 |
|---|---|---|---|

STOLL, EDWARD, A
670 WELSH LANE
GRAMVILLE, OH 43023

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** UNCLAIMED PROPERTY CLAIM

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

| 3.708 | Nonpriority creditor's name and mailing address | | $234.21 |
|---|---|---|---|

STOLL, EDWARD, A
670 WELSH LANE
GRAMVILLE, OH 43023

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** UNCLAIMED PROPERTY CLAIM

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

| 3.709 | Nonpriority creditor's name and mailing address | | $8,540.00 |
|---|---|---|---|

SUGAR HALLOW ASSOCIATES LLC
C/O SCALZO PROPERTY GROUP
BETHEL, CT 06801

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

| 3.710 | Nonpriority creditor's name and mailing address | | $64,087.53 |
|---|---|---|---|

SUNRISE MILLS MLP LP
PO BOX 277861
ATLANTA, GA 30384-7861

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

| 3.711 | Nonpriority creditor's name and mailing address | | $11,173.59 |
|---|---|---|---|

SUPER FOCUS INC
47 CANAL STREET #4
NEW YORK, NY 10002

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| Debtor | NINE WEST HOLDINGS, INC. | Case number *(if known)* | 18-10947 |
|---|---|---|---|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.712** Nonpriority creditor's name and mailing address — $18,256,645.06

SUREFIELD LIMITED
OFFICE D 8TH FLOOR KING PALACE PLAZ
55 KING YIP STREET KWUN TONG
KOWLOON
HONG KONG

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: TRADE PAYABLE

Date or dates debt was incurred Undetermined

Is the claim subject to offset?
☐ No
☐ Yes

Last 4 digits of account number

**3.713** Nonpriority creditor's name and mailing address — $49.99

SUSAN PRANULIS
61 APPLEWOOD DRIVE
MERIDEN, CT 06450

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: TRADE PAYABLE

Date or dates debt was incurred Undetermined

Is the claim subject to offset?
☐ No
☐ Yes

Last 4 digits of account number

**3.714** Nonpriority creditor's name and mailing address — $650.00

SUSANNA SAMSON PRINT DESIGN LTD
83 WESTBOURNE PARK ROAD
LONDON W5 5QH
UNITED KINGDOM

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: TRADE PAYABLE

Date or dates debt was incurred Undetermined

Is the claim subject to offset?
☐ No
☐ Yes

Last 4 digits of account number

**3.715** Nonpriority creditor's name and mailing address — $32.00

SUSSEX COUNTY
PO BOX 589
GEORGETOWN, DE 19947

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: TRADE PAYABLE

Date or dates debt was incurred Undetermined

Is the claim subject to offset?
☐ No
☐ Yes

Last 4 digits of account number

**3.716** Nonpriority creditor's name and mailing address — $122,578.18

TAESUNG INTERNATIONAL TRADE LIMITED
ROOM 705 (A) 7/F HO KING COMMERCIAL
2-16 FA YUEN STREET
MONGKOK
HONG KONG

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: TRADE PAYABLE

Date or dates debt was incurred Undetermined

Is the claim subject to offset?
☐ No
☐ Yes

Last 4 digits of account number

| Debtor | NINE WEST HOLDINGS, INC. | Case number (if known) | 18-10947 |
|---|---|---|---|
| | Name | | |

---

**Part 2:** **Additional Page**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

| 3.717 | Nonpriority creditor's name and mailing address | | $ Undetermined |
|---|---|---|---|

TALENT ASSOCIATES
P.O. BOX 93505
LAS VEGAS, NV 89193-3505

**As of the petition filing date, the claim is:**
Check all that apply.

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| 3.718 | Nonpriority creditor's name and mailing address | | $11,688.06 |
|---|---|---|---|

TAMPA PREMIUM OUTLETS LLC
P.O. BOX 776226
CHICAGO, IL 60677-6226

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| 3.719 | Nonpriority creditor's name and mailing address | | $79.99 |
|---|---|---|---|

TAN, JENNY
78 LORONG MARICAN
SINGAPORE

**As of the petition filing date, the claim is:**
Check all that apply.

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** UNCLAIMED PROPERTY CLAIM

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| 3.720 | Nonpriority creditor's name and mailing address | | $11,256.73 |
|---|---|---|---|

TANGER OUTLETS DEER PARK LLC
DEER PARK ENTERPRISE LLC
NINE WEST
BOSTON, MA 02241-4225

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| 3.721 | Nonpriority creditor's name and mailing address | | $112,040.24 |
|---|---|---|---|

TANGER PROPERTIES L.P.
PO BOX 414225
BOSTON, MA 02241-4225

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

Official Form 206E/F      **Schedule E/F: Creditors Who Have Unsecured Claims**

| Debtor | NINE WEST HOLDINGS, INC. | Case number (if known) | 18-10947 |
|---|---|---|---|
| | Name | | |

## Part 2:    Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.722**   **Nonpriority creditor's name and mailing address**                                                       $9,106.31

TANGER PROPERTIES LIMITED PARTNERSH
3200 NORTHLINE AVE
SUITE 360
GREENSBORO, NC 27408

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE/RENT

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.723**   **Nonpriority creditor's name and mailing address**                                                       $48.00

TANIS, DANA
95 PACIFIC AVE
GARFIELD, NJ 07026

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** UNCLAIMED PROPERTY CLAIM

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.724**   **Nonpriority creditor's name and mailing address**                                                       $9.24

TARA AMES
672 WESTON CIRCLE
CAVVE SPRINGS, AR 72718

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.725**   **Nonpriority creditor's name and mailing address**                                                       $101.74

TASHIDA WATSON
640 BAILEY WOODS RD
DACULA, GA 30019

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.726**   **Nonpriority creditor's name and mailing address**                                                       $5,799.17

TAUBMAN AUBURN HILLS ASSOPCIATES
P O BOX 67000 DEPT 124501
DETROIT, MI 48267-1245

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE/RENT

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

| Debtor | NINE WEST HOLDINGS, INC. | Case number *(if known)* | 18-10947 |
|---|---|---|---|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.727** | Nonpriority creditor's name and mailing address | $59,733.64

TAUBMAN DOLPHIN MALL ASSOCIATES LP
DEPT 189501 P.O. BOX 67000
DETROIT, MI 48267-1895

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: TRADE PAYABLE

Date or dates debt was incurred Undetermined

Is the claim subject to offset?
☐ No
☐ Yes

Last 4 digits of account number

---

**3.728** | Nonpriority creditor's name and mailing address | $1,410.85

TAXFREE SHOPPING LTD.
1512 CRESCENT DRIVE
SUITE 100
CARROLLTON, TX 75006

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: TRADE PAYABLE

Date or dates debt was incurred Undetermined

Is the claim subject to offset?
☐ No
☐ Yes

Last 4 digits of account number

---

**3.729** | Nonpriority creditor's name and mailing address | $ Undetermined

TEAMSTERS LOCAL 102 PENSION
36 HOPATCHUNG ROAD
C/O BASIL CASTROVINCI ASSOC INC
ATTN: MATTHEW CASTROVINCI
HOPATCONG, NJ 07843

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

Basis for the claim: UNION CLAIM

Date or dates debt was incurred Undetermined

Is the claim subject to offset?
☐ No
☐ Yes

Last 4 digits of account number

---

**3.730** | Nonpriority creditor's name and mailing address | $2,092.96

TERMINIX INTERNATIONAL INC
P O BOX 17167
MEMPHIS, TN 38187

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: TRADE PAYABLE

Date or dates debt was incurred Undetermined

Is the claim subject to offset?
☐ No
☐ Yes

Last 4 digits of account number

---

**3.731** | Nonpriority creditor's name and mailing address | $1,650.00

THE COLORFIELD
344 W 38TH ST 6TH FL
NEW YORK, NY 10018

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: TRADE PAYABLE

Date or dates debt was incurred Undetermined

Is the claim subject to offset?
☐ No
☐ Yes

Last 4 digits of account number

---

| Debtor | NINE WEST HOLDINGS, INC. | Case number (if known) | 18-10947 |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.732**  Nonpriority creditor's name and mailing address                                                  $35,545.76

THE MILLS AT JERSEY GARDENS
JG ELIZABETH
P.O. BOX 775273
CHICAGO, IL 60677-5273

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE/RENT

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.733**  Nonpriority creditor's name and mailing address                                                  $11,198.98

THE PICKWICK CLUB
NAI LATTER & BLUM INC
115 ST. CHARLES AVE
NEW ORLEANS, LA 70130

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE/RENT

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.734**  Nonpriority creditor's name and mailing address                                                  $23,343.76

THE STANDARD REGISTER CO
STANDARD REGISTER CO
PO BOX 91047
CHICAGO, IL 60693-1047

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.735**  Nonpriority creditor's name and mailing address                                                  $1,881.00

THE WALL GROUP LLC
WME IMG HOLDINGS, LLC
38 WEST 21ST STREET
NEW YORK, NY 10010

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.736**  Nonpriority creditor's name and mailing address                                                  $19,733.71

THE WEEKENDS STUDIO INC
350 CENTRAL PARK WEST, 3E
NEW YORK, NY 10025

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

| Debtor | NINE WEST HOLDINGS, INC. | Case number *(if known)* | 18-10947 |
|---|---|---|---|
| | Name | | |

## Part 2:    Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.737** | **Nonpriority creditor's name and mailing address** | $617.76

THIBAULT ENT. INC.
DBA: VILLAGE SHOE INN
EASTPOINTE, MI 48021

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** UNCLAIMED PROPERTY CLAIM

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.738** | **Nonpriority creditor's name and mailing address** | $8.31

THOMAS, ALYIA, A
6018 GRAND COLONY DIVE
KATY, TX 77449

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** UNCLAIMED PROPERTY CLAIM

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.739** | **Nonpriority creditor's name and mailing address** | $8.31

THOMPSON, TYLER, I
2911 DESTIN SHORE DRIVE
HOUSTON, TX 77084

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** UNCLAIMED PROPERTY CLAIM

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.740** | **Nonpriority creditor's name and mailing address** | $18.29

THOMSON, MADELYN, M
910 WEST WILSON
BANNING, CA 92220

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** UNCLAIMED PROPERTY CLAIM

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.741** | **Nonpriority creditor's name and mailing address** | $1,164.30

TIAN YI LEATHER
BAIDAI INDUSTRIAL PARK
DONGGUAN
CHINA

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

Official Form 206E/F | **Schedule E/F: Creditors Who Have Unsecured Claims** | Page 194 of 221

| Debtor | NINE WEST HOLDINGS, INC. | Case number (if known) | 18-10947 |
|---|---|---|---|
| | Name | | |

| Part 2: | Additional Page |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.742** | Nonpriority creditor's name and mailing address | $121,000.00

TIBCO SOFTWARE INC
LOCKBOX NO 7514
PO BOX 7247
PHILADELPHIA, PA 19170-7514

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.743** | Nonpriority creditor's name and mailing address | $9.24

TINGLE, ALEYA, Z
22441 DEER PARK TRAIL
LINCOLN, DE 19960

**As of the petition filing date, the claim is:**
Check all that apply.

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** UNCLAIMED PROPERTY CLAIM

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.744** | Nonpriority creditor's name and mailing address | $ Undetermined

TINLING ALEXA
703 MILTON ST APT B
GREENSBORO, NC 27403-2281

**As of the petition filing date, the claim is:**
Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** WORKERS COMPENSATION CLAIM

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.745** | Nonpriority creditor's name and mailing address | $ Undetermined

TINLING ALEXA
703 MILTON ST APT B
GREENSBORO, NC 27403-2281

**As of the petition filing date, the claim is:**
Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** WORKERS COMPENSATION CLAIM

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.746** | Nonpriority creditor's name and mailing address | $1,732.65

TLKE LIMITED
2B BLAKE MEWS
KEW GARDENS
LONDON TW9 3GA
UNITED KINGDOM

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

| Debtor | NINE WEST HOLDINGS, INC. | Case number *(if known)* | 18-10947 |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.747** | **Nonpriority creditor's name and mailing address** | | $3,890.50

TOM GUERRERA
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CONTRACT FEES

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.748** | **Nonpriority creditor's name and mailing address** | | $84.19

TOOTSIES LTD.
2601 WESTHEIMER C-100
HOUSTON, TX 77225

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** UNCLAIMED PROPERTY CLAIM

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.749** | **Nonpriority creditor's name and mailing address** | | $95.04

TOP BRAND GROUP
DBA THE BRAND
2700 ALTON PKWY #217
IRVINE, CA 92606

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** UNCLAIMED PROPERTY CLAIM

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.750** | **Nonpriority creditor's name and mailing address** | | $1,752,915.75

TOP SILVER ENTERPRISES LTD
ROOM D 3/F THOMSON COMMERCIAL BUILD
8 THOMSON ROAD
WANCHAI 999077
HONG KONG

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.751** | **Nonpriority creditor's name and mailing address** | | $5,996.99

TOP SILVER SHOES CO LTD
NO. 8 TINGHE ROAD TINSHAN VILLAGE
HOUJIE TOWN
DONGGUAN 523943
CHINA

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| Debtor | NINE WEST HOLDINGS, INC. | Case number *(if known)* | 18-10947 |
|---|---|---|---|
| | Name | | |

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

| 3.752 | **Nonpriority creditor's name and mailing address** | | $947.30 |
|---|---|---|---|

TOWN CAR INTERNATIONAL
PARK WEST EXECUTIVE SERVICES INC
36-36 33 ND STREET STE #308
LONG ISLAND CITY, NY 11106

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

| 3.753 | **Nonpriority creditor's name and mailing address** | | $298.90 |
|---|---|---|---|

TRACEY, SHANAE, N
102 HUNTERS RD
SANTA ROSA BEACH, FL 32459

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** UNCLAIMED PROPERTY CLAIM

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

| 3.754 | **Nonpriority creditor's name and mailing address** | | $47.00 |
|---|---|---|---|

TRACEY, SHANAE
102 HUNTERS RD
SANTA ROSA BEACH, FL 32459

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** UNCLAIMED PROPERTY CLAIM

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

| 3.755 | **Nonpriority creditor's name and mailing address** | | $10,180.80 |
|---|---|---|---|

TRANSERA COMMUNICATIONS INC.
930 HAMLIN CT
SUNNYVALE, CA 94089

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

| 3.756 | **Nonpriority creditor's name and mailing address** | | $15.25 |
|---|---|---|---|

TRAVELSMITH OUTFITTERS, INC
PO BOX 1308
WEST CHESTER, OH 45071-1308

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** UNCLAIMED PROPERTY CLAIM

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

| Debtor | NINE WEST HOLDINGS, INC. | Case number *(if known)* | 18-10947 |
|---|---|---|---|
| | Name | | |

## Part 2:    Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

| 3.757 | **Nonpriority creditor's name and mailing address** | | $30.58 |
|---|---|---|---|

TRAVELSMITH OUTFITTERS, INC
PO BOX 1308
WEST CHESTER, OH 45071-1308

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** UNCLAIMED PROPERTY CLAIM

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

| 3.758 | **Nonpriority creditor's name and mailing address** | | $12,346.04 |
|---|---|---|---|

TRC MM LLC
PO BOX 840128
LOS ANGELES, CA 90084-0128

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

| 3.759 | **Nonpriority creditor's name and mailing address** | | $79,247.28 |
|---|---|---|---|

TRENDSETTER INC
THE SECOND THE SOUTH OF ROAD CHISHA
LISHUI TOWN NANHAI DISTRICT FOSHAN
GUANGDONG 528244
CHINA

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

| 3.760 | **Nonpriority creditor's name and mailing address** | | $2.16 |
|---|---|---|---|

TRIMBLE, RAYANNE
1107 S  CEDAR RIDGE STE B
DUNCANVILLE, TX 75137

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** UNCLAIMED PROPERTY CLAIM

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

| 3.761 | **Nonpriority creditor's name and mailing address** | | $1,767.00 |
|---|---|---|---|

TRINITY WARRANTY CORP
TRINITY WARRANTY SOLUTIONS LLC
1100 E HECTOR ST STE 398
CONSHOHOCKEN, PA 19428

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

| Debtor | NINE WEST HOLDINGS, INC. | Case number (if known) | 18-10947 |
|---|---|---|---|
| | Name | | |

## Part 2:    Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

| 3.762 | **Nonpriority creditor's name and mailing address** | | $482.05 |
|---|---|---|---|

TUNGSTEN NETWORK INC
PO BOX 535146
ATLANTA, GA 30353-5146

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

| 3.763 | **Nonpriority creditor's name and mailing address** | | $291.07 |
|---|---|---|---|

TURNER, KAITA
43420 US-27
DAVENPORT, FL 33837

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** UNCLAIMED PROPERTY CLAIM

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

| 3.764 | **Nonpriority creditor's name and mailing address** | | $284.65 |
|---|---|---|---|

TUSCANIA INDUSTRIA CONCIARIA SPA
VIA DELLE IPPOCASTANO
CASTELFRANCO DI SOTTO 56022
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

| 3.765 | **Nonpriority creditor's name and mailing address** | | $6,308.66 |
|---|---|---|---|

TWELVE INC
45 MAIN ST STE 412
BROOKLYN, NY 11201

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

| 3.766 | **Nonpriority creditor's name and mailing address** | | $7.00 |
|---|---|---|---|

TWILLEY, MARLENE, M
21510 NORTH RUHL ROAD
FREELAND, MD 21053

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** UNCLAIMED PROPERTY CLAIM

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

| Debtor | NINE WEST HOLDINGS, INC. | Case number *(if known)* | 18-10947 |
|---|---|---|---|
| | Name | | |

<table>
<tr><td colspan="2" style="background:black;color:white"><strong>Part 2:</strong></td><td colspan="2"><strong>Additional Page</strong></td></tr>
</table>

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.767**

**Nonpriority creditor's name and mailing address**　　　　$10,968.63

TWIN CITIES OUTLETS EGAN LLC
PO BOX 826511
PHILADELPHIA, PA 19182-6511

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.768**

**Nonpriority creditor's name and mailing address**　　　　$35.33

TYSOWSKI, SAMANTHA
86 FOREST AVENUE
SHIRLEY, NY 11967

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** UNCLAIMED PROPERTY CLAIM

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.769**

**Nonpriority creditor's name and mailing address**　　　　$3,311.40

U.S. CONTINENTAL
310 REED CIRCLE
CORONA, CA 92879

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.770**

**Nonpriority creditor's name and mailing address**　　　　$2.90

UH, HYUN
676 JUNIPER WAY
MAHWAH, NJ 07430

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** UNCLAIMED PROPERTY CLAIM

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.771**

**Nonpriority creditor's name and mailing address**　　　　$202.13

ULA LEATHERS
114H MATHESWARTALA RD
KOLKATA 700046
INDIA

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

| Debtor | NINE WEST HOLDINGS, INC. | Case number *(if known)* | 18-10947 |
|---|---|---|---|
| | Name | | |

## Part 2:    Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.772** | **Nonpriority creditor's name and mailing address** | $7,169.42

UNDERGROUND VISUALS
UNERGROUND VISUALS INC
263 W 38TH ST 3RD FL
NEW YORK, NY 10018

**As of the petition filing date, the claim is:**
*Check all that apply.*

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
- ☐ No
- ☐ Yes

---

**3.773** | **Nonpriority creditor's name and mailing address** | $2,000.00

UNIDAYS INC
276 FIFTH AVE
NEW YORK, NY 10001

**As of the petition filing date, the claim is:**
*Check all that apply.*

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
- ☐ No
- ☐ Yes

---

**3.774** | **Nonpriority creditor's name and mailing address** | $235.02

UNION STATION
UNION STATION INVESTCO LLC
PO BOX 759460
BALTIMORE, MD 21275-9460

**As of the petition filing date, the claim is:**
*Check all that apply.*

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
- ☐ No
- ☐ Yes

---

**3.775** | **Nonpriority creditor's name and mailing address** | $2,434.88

UNITED SECURITY PROTECTIVE SERVICES
PO BOX 690
SEWELL, NJ 08080

**As of the petition filing date, the claim is:**
*Check all that apply.*

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
- ☐ No
- ☐ Yes

---

**3.776** | **Nonpriority creditor's name and mailing address** | $15,000.00

UNITED TALENT AGENCY LLC
LOUISE ROE INC
9336 CIVIC CENTER DR
BEVERLY HILLS, CA 90210

**As of the petition filing date, the claim is:**
*Check all that apply.*

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
- ☐ No
- ☐ Yes

---

| Debtor | NINE WEST HOLDINGS, INC. | Case number *(if known)* | 18-10947 |
|---|---|---|---|
| | Name | | |

---

**Part 2:**  **Additional Page**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

| | | |
|---|---|---|
| 3.777 | **Nonpriority creditor's name and mailing address** | $30,618.94 |

UPS
1620 VALWOOD PKWY STE 115
CARROLLTON, TX 75006

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

| | | |
|---|---|---|
| 3.778 | **Nonpriority creditor's name and mailing address** | $21,551.30 |

URBAN EDGE PROPERTIES LP
210 ROUTE 4 EAST
PARAMUS, NJ 07652

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

| | | |
|---|---|---|
| 3.779 | **Nonpriority creditor's name and mailing address** | $446,332,901.00 |

US BANK NATIONAL ASSOCIATION
ATTN: CORPORATE TRUST SERVICES
TWO MIDTOWN PLAZA
1349 PEACHTREE ST. NW
SUITE 1050
ATLANTA, GA 30309

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 8.25% UNSECURED NOTES DUE 2019

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

| | | |
|---|---|---|
| 3.780 | **Nonpriority creditor's name and mailing address** | $29,580,485.00 |

US BANK, NATIONAL ASSOCIATION
ATTN: CORPORATE TRUST SERVICES
TWO MIDTOWN PLAZA
1349 W. PEACHTREE ST. NW
SUITE 1050
ATLANTA, GA 30309

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 6.875% UNSECURED NOTES DUE 2019

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

| | | |
|---|---|---|
| 3.781 | **Nonpriority creditor's name and mailing address** | $255,997,396.00 |

US BANK, NATIONAL ASSOCIATION
ATTN: CORPORATE TRUST SERVICES
TWO MIDTOWN PLAZA
1349 W. PEACHTREE ST. NW
SUITE 1050
ATLANTA, GA 30309

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 6.125% UNSECURED NOTES DUE 2034

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

| Debtor | NINE WEST HOLDINGS, INC. | Case number (if known) | 18-10947 |
|---|---|---|---|
| | Name | | |

## Part 2:  Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.782** | **Nonpriority creditor's name and mailing address** | $8,721.05

UTC OVERSEAS INC.
P.O. BOX 30618
NEW YORK, NY 10087-0618

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.783** | **Nonpriority creditor's name and mailing address** | $13,400.00

UTOPIA THE AGENCY INC
601 WEST 26TH ST. STE.1223
12TH FL
NEW YORK, NY 10001

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.784** | **Nonpriority creditor's name and mailing address** | $535.09

VALERA GLOBAL INC
36-36 33 ST SUITE 308
LONG ISLAND CITY, NY 11106

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.785** | **Nonpriority creditor's name and mailing address** | $9.23

VANCE, JUSTIN, D
233 N CLINTON AVE
BAY SHORE, NY 11706

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** UNCLAIMED PROPERTY CLAIM

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.786** | **Nonpriority creditor's name and mailing address** | $17.54

VANWINKLE, MARINA
3205 MISSION BEACH ROAD
SNOHOMISH, WA 98271

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** UNCLAIMED PROPERTY CLAIM

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

| Debtor | NINE WEST HOLDINGS, INC. | Case number (if known) | 18-10947 |
|---|---|---|---|
| | Name | | |

## Part 2:    Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.787** | **Nonpriority creditor's name and mailing address** | $1.03

VAUGHN, LORI
4544 PARIS AVE
NEW ORLEANS, LA 70122

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** UNCLAIMED PROPERTY CLAIM

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.788** | **Nonpriority creditor's name and mailing address** | $21.74

VETERANS CANTEEN SVC
1 JEFFERSON BARRACKS ROAD
ST LOUIS, MO 63125

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** UNCLAIMED PROPERTY CLAIM

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.789** | **Nonpriority creditor's name and mailing address** | $3,770.87

VICTORY SIGN INDUSTRIES LTD
16996 COLLECTIONS CENTER DRIVE
CHICAGO, IL 60693-0169

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.790** | **Nonpriority creditor's name and mailing address** | $9.39

VILLAVERDE, GIANNE
13207 MARRERO DRIVE
AUSTIN, TX 78729

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** UNCLAIMED PROPERTY CLAIM

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.791** | **Nonpriority creditor's name and mailing address** | $20.12

VINCENT LUNA
190 PALOMAR ST
CHULA VISTA, CA 91911

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| Debtor | NINE WEST HOLDINGS, INC. | Case number *(if known)* 18-10947 |
|---|---|---|
| | Name | |

## Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

| 3.792 | **Nonpriority creditor's name and mailing address** | | $862.41 |
|---|---|---|---|

VISUAL CREATIONS INC
500 NARRAGANSETT PARK DRIVE
PAWTUCKET, RI 02861

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

| 3.793 | **Nonpriority creditor's name and mailing address** | | $3,324.47 |
|---|---|---|---|

VITAL TRANSPORTATION INC
1440 39TH STREET
BROOKLYN, NY 11218

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

| 3.794 | **Nonpriority creditor's name and mailing address** | | $110.00 |
|---|---|---|---|

VIVALDI
1388 3RD AVENUE
NEW YORK, NY 10075

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** UNCLAIMED PROPERTY CLAIM

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

| 3.795 | **Nonpriority creditor's name and mailing address** | | $400.00 |
|---|---|---|---|

VON EVL INDUSTRIES INC
306 BORA BORA WAY
MARINA DEL REY, CA 90292

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

| 3.796 | **Nonpriority creditor's name and mailing address** | | $550.00 |
|---|---|---|---|

VOOPRINT
GROUND FLOOR UNIT 21A SPINNAKER HOU
BATTERSEA REACH, JUNIPER DR
LONDON SW18 1FR
UNITED KINGDOM

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

| Debtor | NINE WEST HOLDINGS, INC. | Case number *(if known)* 18-10947 |
|---|---|---|
| | Name | |

## Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

| 3.797 | **Nonpriority creditor's name and mailing address** | | $2,464,894.81 |
|---|---|---|---|

WAH LAI FOOTWEAR COMPANY LIMITED
RM B7,4/F,BLOCK B,TONIC INDUSTRIAL
19 LAM HING STREET, KOWLOON BAY
KOWLOON
HONG KONG

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| 3.798 | **Nonpriority creditor's name and mailing address** | | $1,002,616.76 |
|---|---|---|---|

WAH SUN HAND-BAG FACTORY CO LTD
ROOM 9 6F WAH YIU IND CENTER
30 32 AU PUI WAN STREET
FO TAN NT
HONG KONG
HONG KONG

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| 3.799 | **Nonpriority creditor's name and mailing address** | | $ Undetermined |
|---|---|---|---|

WAI TUNG PROVINCE WAH KWONG SHOES C
1ST HUANCHENG ROAD HUANGFU TOWN
HUIDONG DISTRICT
HUIZHOU CITY 516000
CHINA

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| 3.800 | **Nonpriority creditor's name and mailing address** | | $15.94 |
|---|---|---|---|

WALKER, CYNTHIA
2214 5TH AVENUE NORTH
TEXAS CITY, TX 77590

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** UNCLAIMED PROPERTY CLAIM

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| 3.801 | **Nonpriority creditor's name and mailing address** | | $7.67 |
|---|---|---|---|

WALKER, CYNTHIA
2214 5TH AVENUE NORTH
TEXAS CITY, TX 77590

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** UNCLAIMED PROPERTY CLAIM

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

Debtor    NINE WEST HOLDINGS, INC.                                Case number *(if known)*  18-10947
_____
           Name

## Part 2:    Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

| | **Amount of claim** |
|---|---|

| 3.802 | **Nonpriority creditor's name and mailing address** | | $34.65 |
|---|---|---|---|

WARREN'S INC
P.O. BOX 608
PARIS, AR 72855

**As of the petition filing date, the claim is:**
*Check all that apply.*

[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Basis for the claim:** UNCLAIMED PROPERTY CLAIM

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
[ ] No
[ ] Yes

**Last 4 digits of account number**

---

| 3.803 | **Nonpriority creditor's name and mailing address** | | $7.85 |
|---|---|---|---|

WARREN, HALEY, M
826 THOUSAND OAKS LOOP
SAN MARCOS, TX 78666

**As of the petition filing date, the claim is:**
*Check all that apply.*

[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Basis for the claim:** UNCLAIMED PROPERTY CLAIM

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
[ ] No
[ ] Yes

**Last 4 digits of account number**

---

| 3.804 | **Nonpriority creditor's name and mailing address** | | $500.00 |
|---|---|---|---|

WATERLOO PREMIUM OUTLETS LLC
655 ROUTE 318 #31
WATERLOO, NY 13165

**As of the petition filing date, the claim is:**
*Check all that apply.*

[ ] Contingent
[ ] Unliquidated
[ ] Disputed

**Basis for the claim:** TRADE PAYABLE/RENT

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
[ ] No
[ ] Yes

**Last 4 digits of account number**

---

| 3.805 | **Nonpriority creditor's name and mailing address** | | $8.16 |
|---|---|---|---|

WATKINS, KIERSTIN
15 WEST ROSZELL DRIVE
NINEVEH, IN 46164

**As of the petition filing date, the claim is:**
*Check all that apply.*

[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Basis for the claim:** UNCLAIMED PROPERTY CLAIM

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
[ ] No
[ ] Yes

**Last 4 digits of account number**

---

| 3.806 | **Nonpriority creditor's name and mailing address** | | $355.00 |
|---|---|---|---|

WAYMAN FIRE PROTECTION INC
403 MECO DRIVE
WILMINGTON, DE 19804

**As of the petition filing date, the claim is:**
*Check all that apply.*

[ ] Contingent
[ ] Unliquidated
[ ] Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
[ ] No
[ ] Yes

**Last 4 digits of account number**

---

| Debtor | NINE WEST HOLDINGS, INC. | Case number *(if known)* | 18-10947 |
|---|---|---|---|
| | Name | | |

## Part 2:    Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

| 3.807 | **Nonpriority creditor's name and mailing address** | | $10.00 |
|---|---|---|---|

WEBB, CHARITY
500 MONRAKER DR APT 106
CHESAPEAKE, VA 23320

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** UNCLAIMED PROPERTY CLAIM

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| 3.808 | **Nonpriority creditor's name and mailing address** | | $590.00 |
|---|---|---|---|

WEBCO COMPANY
DBA MAC & DAVE'S
1010 3RD AVENUE
HUNTINGTON, WV 25709

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** UNCLAIMED PROPERTY CLAIM

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| 3.809 | **Nonpriority creditor's name and mailing address** | | $5.54 |
|---|---|---|---|

WELDON, ALANA
5902 ARAPAHOE TERRACE
FOREST HEIGHTS, MD 20745

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** UNCLAIMED PROPERTY CLAIM

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| 3.810 | **Nonpriority creditor's name and mailing address** | | $700.00 |
|---|---|---|---|

WELLS FARGO BANK N.A.
P.O. BOX 601083
STANDBY LETTER OF CREDIT
CHARLOTTE, NC 28260-1083

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| 3.811 | **Nonpriority creditor's name and mailing address** | | $ Undetermined |
|---|---|---|---|

WES CARD
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** POST RETIREMENT MEDICAL CLAIM

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| Debtor | NINE WEST HOLDINGS, INC. | Case number *(if known)* 18-10947 |
|---|---|---|
| | Name | |

---

**Part 2:**   **Additional Page**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

| 3.812 | **Nonpriority creditor's name and mailing address** | | $ Undetermined |
|---|---|---|---|

WESTMINSTER CONSULTING  LLC
11 CENTRE PARK SUITE 303
ROCHESTER, NY 14614-1115

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

| 3.813 | **Nonpriority creditor's name and mailing address** | | $24,997.47 |
|---|---|---|---|

WESTROCK CP LLC
WESTROCK RKT COMPANY
14079 COLLECTIONS CENTER DR
CHICAGO, IL 60693

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

| 3.814 | **Nonpriority creditor's name and mailing address** | | $26,901.55 |
|---|---|---|---|

WESTSIDE PAVILION
DEPT 2596-3220
LOS ANGELES, CA 90084-2596

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE/RENT

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

| 3.815 | **Nonpriority creditor's name and mailing address** | | $165.18 |
|---|---|---|---|

WHEELER, REBECCA, L
107 FOUNDERS DRIVE
CONWAY, SC 29526

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** UNCLAIMED PROPERTY CLAIM

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

| 3.816 | **Nonpriority creditor's name and mailing address** | | $235.27 |
|---|---|---|---|

WHEELESS, ASIA
13900 FARNSWORTH LANE
UPPER MARLBORO, MD 20772

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** UNCLAIMED PROPERTY CLAIM

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

| Debtor | NINE WEST HOLDINGS, INC. | Case number *(if known)* | 18-10947 |
|---|---|---|---|
| | Name | | |

## Part 2:    Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.817**  Nonpriority creditor's name and mailing address                                                  $3.00

WHITE, JAMES
505 WEST 22ND STREET
WILMINGTON, DE 19802

As of the petition filing date, the claim is:
*Check all that apply.*
- ☒ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: UNCLAIMED PROPERTY CLAIM

Date or dates debt was incurred Undetermined

Last 4 digits of account number

Is the claim subject to offset?
- ☐ No
- ☐ Yes

---

**3.818**  Nonpriority creditor's name and mailing address                                                  $5.26

WHITTET, GRETCHEN
720 E BAY POINT ROAD
BAYSIDE, WI 53217

As of the petition filing date, the claim is:
*Check all that apply.*
- ☒ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: UNCLAIMED PROPERTY CLAIM

Date or dates debt was incurred Undetermined

Last 4 digits of account number

Is the claim subject to offset?
- ☐ No
- ☐ Yes

---

**3.819**  Nonpriority creditor's name and mailing address                                            $5,633,319.00

WIDE RISE LIMITED
FLAT/RM 11 BLK A 9/F VERISTRONG
34-36 AU PUI WAN STREET SHATIM
HONG KONG
HONG KONG

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: TRADE PAYABLE

Date or dates debt was incurred Undetermined

Last 4 digits of account number

Is the claim subject to offset?
- ☐ No
- ☐ Yes

---

**3.820**  Nonpriority creditor's name and mailing address                                                $6,806.62

WIEDENBACH BROWN CO INC
2975 WESTCHESTER AVE
SUITE 203
PURCHASE, NY 10577

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: TRADE PAYABLE

Date or dates debt was incurred Undetermined

Last 4 digits of account number

Is the claim subject to offset?
- ☐ No
- ☐ Yes

---

**3.821**  Nonpriority creditor's name and mailing address                                          $ Undetermined

WILLIAMS LISA
16369 SHADBUSH ST
FOUNTAIN VALLEY, CA 92708-2037

As of the petition filing date, the claim is:
*Check all that apply.*
- ☒ Contingent
- ☒ Unliquidated
- ☒ Disputed

Basis for the claim: PRODUCT LIABILITY CLAIM

Date or dates debt was incurred Undetermined

Last 4 digits of account number

Is the claim subject to offset?
- ☐ No
- ☐ Yes

---

| Debtor | NINE WEST HOLDINGS, INC. | Case number *(if known)* 18-10947 |
|---|---|---|
| | Name | |

## Part 2:  Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.822** | **Nonpriority creditor's name and mailing address** | $ Undetermined

WILLIAMS MELVIN
7783 BELFIELD RD
EMPORIA, VA 23847-8103

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** WORKERS COMPENSATION CLAIM

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.823** | **Nonpriority creditor's name and mailing address** | $417.28

WILLIAMS, CYNTHIA
237 STATE STREET
COMMERCE, GA 30529

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** UNCLAIMED PROPERTY CLAIM

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.824** | **Nonpriority creditor's name and mailing address** | $39.65

WILLIAMS, SHAWNTE, D
1400 MARGARET AVE SOUTHEAST
RAPIDS, MI 49507

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** UNCLAIMED PROPERTY CLAIM

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.825** | **Nonpriority creditor's name and mailing address** | $17,854.59

WILLIAMSBURG OUTLETS LLC
105 EISENHOWER PARKWAY
ROSELAND, NJ 07068

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.826** | **Nonpriority creditor's name and mailing address** | $118.00

WILLOW
PO BOX 61020
DENVER, CO 80206

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** UNCLAIMED PROPERTY CLAIM

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

| Debtor | NINE WEST HOLDINGS, INC. | Case number *(if known)* | 18-10947 |
|---|---|---|---|
| | Name | | |

---

| Part 2: | Additional Page | |
|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

| 3.827 | **Nonpriority creditor's name and mailing address** | | $0.62 |
|---|---|---|---|

WILSON, SHAIDRISE, M
818 WEST 3RD ST
TEMPE, AZ 85281-2663

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** UNCLAIMED PROPERTY CLAIM

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

| 3.828 | **Nonpriority creditor's name and mailing address** | | $520.00 |
|---|---|---|---|

WISH WANT WEAR
FLAT 4  96 SUTHERLAND AVE
LONDON W9 2QR

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** UNCLAIMED PROPERTY CLAIM

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

| 3.829 | **Nonpriority creditor's name and mailing address** | | $2.00 |
|---|---|---|---|

WITKOWSKI, ANNE, E
530 MEADOWLANE ROAD
DEARBORN, MI 48124

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** UNCLAIMED PROPERTY CLAIM

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

| 3.830 | **Nonpriority creditor's name and mailing address** | | $5,410.57 |
|---|---|---|---|

WL CONCEPTS & PRODUCTION INC
1 BENNINGTON AVE
FREEPORT, NY 11520

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

| 3.831 | **Nonpriority creditor's name and mailing address** | | $4,702.50 |
|---|---|---|---|

WME IMG HOLDINGS LLC DBA THE WALL GROUP LLC
245 FIFTH AVENUE 18TH FLOOR
NEW YORK, NY 10016

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

| Debtor | NINE WEST HOLDINGS, INC. | Case number *(if known)* | 18-10947 |
| | Name | | |

## Part 2:  Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

| | | |
|---|---|---|
| 3.832 | **Nonpriority creditor's name and mailing address** | $3,600.00 |

WOMEN MANAGEMENT
199 LAFAYETTE ST 7TH FLR
NEW YORK, NY 10012

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| | | |
|---|---|---|
| 3.833 | **Nonpriority creditor's name and mailing address** | $ Undetermined |

WORKERS COMPENSATION 1408281
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** WORKERS COMPENSATION CLAIM

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| | | |
|---|---|---|
| 3.834 | **Nonpriority creditor's name and mailing address** | $ Undetermined |

WORKERS COMPENSATION 1408298
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** WORKERS COMPENSATION CLAIM

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| | | |
|---|---|---|
| 3.835 | **Nonpriority creditor's name and mailing address** | $ Undetermined |

WORKERS COMPENSATION 1408315
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** WORKERS COMPENSATION CLAIM

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| | | |
|---|---|---|
| 3.836 | **Nonpriority creditor's name and mailing address** | $ Undetermined |

WORKERS COMPENSATION 1408332
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** WORKERS COMPENSATION CLAIM

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| Debtor | NINE WEST HOLDINGS, INC. | Case number (if known) | 18-10947 |
|--------|--------------------------|------------------------|----------|
| | Name | | |

| Part 2: | Additional Page |
|---------|-----------------|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.837**  **Nonpriority creditor's name and mailing address**                                    $ Underdetermined

WORKERS COMPENSATION 1408349            **As of the petition filing date, the claim is:**
ADDRESS ON FILE                          *Check all that apply.*

                                         ☒ Contingent
                                         ☒ Unliquidated
                                         ☒ Disputed

                                         **Basis for the claim:** WORKERS COMPENSATION CLAIM

**Date or dates debt was incurred** Undetermined    **Is the claim subject to offset?**

**Last 4 digits of account number**                 ☐ No
                                                     ☐ Yes

---

**3.838**  **Nonpriority creditor's name and mailing address**                                    $ Underdetermined

WORKERS COMPENSATION 1408366            **As of the petition filing date, the claim is:**
ADDRESS ON FILE                          *Check all that apply.*

                                         ☒ Contingent
                                         ☒ Unliquidated
                                         ☒ Disputed

                                         **Basis for the claim:** WORKERS COMPENSATION CLAIM

**Date or dates debt was incurred** Undetermined    **Is the claim subject to offset?**

**Last 4 digits of account number**                 ☐ No
                                                     ☐ Yes

---

**3.839**  **Nonpriority creditor's name and mailing address**                                    $ Underdetermined

WORKERS COMPENSATION 1408383            **As of the petition filing date, the claim is:**
ADDRESS ON FILE                          *Check all that apply.*

                                         ☒ Contingent
                                         ☒ Unliquidated
                                         ☒ Disputed

                                         **Basis for the claim:** WORKERS COMPENSATION CLAIM

**Date or dates debt was incurred** Undetermined    **Is the claim subject to offset?**

**Last 4 digits of account number**                 ☐ No
                                                     ☐ Yes

---

**3.840**  **Nonpriority creditor's name and mailing address**                                    $ Underdetermined

WORKERS COMPENSATION 1408400            **As of the petition filing date, the claim is:**
ADDRESS ON FILE                          *Check all that apply.*

                                         ☒ Contingent
                                         ☒ Unliquidated
                                         ☒ Disputed

                                         **Basis for the claim:** WORKERS COMPENSATION CLAIM

**Date or dates debt was incurred** Undetermined    **Is the claim subject to offset?**

**Last 4 digits of account number**                 ☐ No
                                                     ☐ Yes

---

**3.841**  **Nonpriority creditor's name and mailing address**                                    $ Underdetermined

WORKERS COMPENSATION 1408417            **As of the petition filing date, the claim is:**
ADDRESS ON FILE                          *Check all that apply.*

                                         ☒ Contingent
                                         ☒ Unliquidated
                                         ☒ Disputed

                                         **Basis for the claim:** WORKERS COMPENSATION CLAIM

**Date or dates debt was incurred** Undetermined    **Is the claim subject to offset?**

**Last 4 digits of account number**                 ☐ No
                                                     ☐ Yes

---

| Debtor | NINE WEST HOLDINGS, INC. | Case number *(if known)* | 18-10947 |
|---|---|---|---|
| | Name | | |

<table>
<tr><td colspan="2" style="background:black;color:white"><b>Part 2:</b></td><td colspan="2"><b>Additional Page</b></td></tr>
</table>

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.842** | **Nonpriority creditor's name and mailing address** | $ Undetermined

WORKERS COMPENSATION 1408434
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** WORKERS COMPENSATION CLAIM

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.843** | **Nonpriority creditor's name and mailing address** | $ Undetermined

WORKERS COMPENSATION 1408451
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** WORKERS COMPENSATION CLAIM

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.844** | **Nonpriority creditor's name and mailing address** | $ Undetermined

WORKERS COMPENSATION 1408468
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** WORKERS COMPENSATION CLAIM

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.845** | **Nonpriority creditor's name and mailing address** | $ Undetermined

WORKERS COMPENSATION 1408485
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** WORKERS COMPENSATION CLAIM

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.846** | **Nonpriority creditor's name and mailing address** | $ Undetermined

WORKERS COMPENSATION 1408502
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** WORKERS COMPENSATION CLAIM

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| Debtor | NINE WEST HOLDINGS, INC. | Case number (if known) | 18-10947 |
|---|---|---|---|
| | Name | | |

## Part 2:    Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.847**  **Nonpriority creditor's name and mailing address**                                                  $ Underdetermined

WORKERS COMPENSATION 1408519
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** WORKERS COMPENSATION CLAIM

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.848**  **Nonpriority creditor's name and mailing address**                                                  $ Underdetermined

WORKERS COMPENSATION 1408536
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** WORKERS COMPENSATION CLAIM

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.849**  **Nonpriority creditor's name and mailing address**                                                  $ Underdetermined

WORKERS COMPENSATION 1408553
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** WORKERS COMPENSATION CLAIM

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.850**  **Nonpriority creditor's name and mailing address**                                                  $ Underdetermined

WORKERS COMPENSATION 1408570
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** WORKERS COMPENSATION CLAIM

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.851**  **Nonpriority creditor's name and mailing address**                                                  $650.00

WOVEN STUDIO LLP
396 CALEDONIAN ROAD
LONDON N1 1DN
UNITED KINGDOM

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

| Debtor | NINE WEST HOLDINGS, INC. | Case number *(if known)* | 18-10947 |
|---|---|---|---|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.852** | **Nonpriority creditor's name and mailing address** | $166.38

WRGUSA VERO MANAGER LLC
8 INDUSTRIAL WAY E 2ND FL
EATONTOWN, NJ 07724

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.853** | **Nonpriority creditor's name and mailing address** | $1.93

WRIGHT, BRITTNEY, J
4760 OWOSSO ROAD
FOWLERVILLE, MI 48836

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** UNCLAIMED PROPERTY CLAIM

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.854** | **Nonpriority creditor's name and mailing address** | $7,620.69

XO COMMUNICATIONS
PO BOX 970205
DALLAS, TX 75397-0205

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.855** | **Nonpriority creditor's name and mailing address** | $552.99

XYZ TWO WAY RADIO SERVICE INC
P.O BOX 159033
BROOKLYN, NY 11215

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.856** | **Nonpriority creditor's name and mailing address** | $25.99

YATES, TRENITY
2710 MEADOW STREET
SAN LUIS OBISPO, CA 93401

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** UNCLAIMED PROPERTY CLAIM

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

Official Form 206E/F | **Schedule E/F: Creditors Who Have Unsecured Claims** | Page 217 of 221

| Debtor | NINE WEST HOLDINGS, INC. | Case number (if known) | 18-10947 |
|---|---|---|---|
| | Name | | |

## Part 2:    Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

| 3.857 | Nonpriority creditor's name and mailing address | | $177.87 |
|---|---|---|---|

YEBOAH, CHRISTOPHER
994 WASHINGTON AVENUE
BRONX, NY 10456

**As of the petition filing date, the claim is:**
Check all that apply.
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** UNCLAIMED PROPERTY CLAIM

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

| 3.858 | Nonpriority creditor's name and mailing address | | $ Undetermined |
|---|---|---|---|

YIN KEE PLASTIC METAL PRODUCTS LTD
NO 6 YIGANG ROAD
HUIZHOU, 190 516131
CHINA

**As of the petition filing date, the claim is:**
Check all that apply.
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

| 3.859 | Nonpriority creditor's name and mailing address | | $1,147.50 |
|---|---|---|---|

YONGJIA ZHONGCHUANG SHOES CO., LTD
SHUANGTA ROAD WUXING INDUSTRIAL PAR
OUBEI YONGJIA
ZHEJIANG 325102
CHINA

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

| 3.860 | Nonpriority creditor's name and mailing address | | $ Undetermined |
|---|---|---|---|

YOUNG KRIS
2 LANGDON RD
NATICK, MA 01760-1305

**As of the petition filing date, the claim is:**
Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** WORKERS COMPENSATION CLAIM

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

| 3.861 | Nonpriority creditor's name and mailing address | | $100.00 |
|---|---|---|---|

YUN FAI JEWELRY BOXES MANUFACTORY
ZHONG FANG 1ST INDUSTRIAL PARK
SHATOU COUNTRY, CHANG AN TOWN
DONG GUAN CITY
CHINA

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

| Debtor | NINE WEST HOLDINGS, INC. | Case number (if known) | 18-10947 |
|---|---|---|---|
| | Name | | |

## Part 2:    Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.862** | **Nonpriority creditor's name and mailing address** | $ Underdetermined

ZEICHNER, RUTH
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** SERP CLAIM

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.863** | **Nonpriority creditor's name and mailing address** | $7.75

ZEMAN, JOHN
9 HOMESTEAD VILLAGE DRIVE
WARWICK, NY 10990

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** UNCLAIMED PROPERTY CLAIM

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.864** | **Nonpriority creditor's name and mailing address** | $91.45

ZHANG, ZIYE
5450 DEMARCUS BOULEVARD
DUBLIN, CA 94568

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** UNCLAIMED PROPERTY CLAIM

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.865** | **Nonpriority creditor's name and mailing address** | $ Undetermined

ZITO JUNE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** WORKERS COMPENSATION CLAIM

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

| Debtor | NINE WEST HOLDINGS, INC. | Case number *(if known)* | 18-10947 |
|---|---|---|---|
| | Name | | |

<table>
<tr><td colspan="2" style="background:black;color:white"><b>Part 3:</b></td><td colspan="2"><b>List Others to Be Notified About Unsecured Claims</b></td></tr>
</table>

**4.   List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

Debtor     NINE WEST HOLDINGS, INC.
_____     Case number *(if known)* 18-10947 _____
            Name

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---------|-----------------------------------------------------------------|

5. **Add the amounts of priority and nonpriority unsecured claims.**

|  |  | **Total of claim amounts** |
|--|--|----------------------------|
| 5a. **Total claims from Part 1** | 5a. | $ 4,141,451.33 <br> + undetermined amounts |
| 5b. **Total claims from Part 2** | 5b. **+** | $ 2,083,466,299.29 <br> + undetermined amounts |
| 5c. **Total of Parts 1 and 2** <br> Lines 5a + 5b = 5c. | 5c. | $ 2,087,607,750.62 <br> + undetermined amounts |

**Fill in this information to identify the case:**

Debtor name  NINE WEST HOLDINGS, INC.

United States Bankruptcy Court for the: Southern _____ District of New York

Case number (If known):   18-10947 _____    Chapter   11

☐ Check if this is an
amended filing

## Official Form 206G

# Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.

**1.  Does the debtor have any executory contracts or unexpired leases?**

☐ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

☒ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2.  List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.1** | **State what the contract or lease is for and the nature of the debtor's interest** | LETTER AGREEMENT TO SUBLEASE DATED 6/29/2015 | 1411 IC-SIC HOLDINGS, LLC 1411 BROADWAY SUITE 3001 NEW YORK, NY 10018 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| **2.2** | **State what the contract or lease is for and the nature of the debtor's interest** | OFFICE LEASE - 1411 BROADWAY AND ALL AMENDMENTS DATED 4/17/2013 | 1411 IC-SIC PROPERTY LLC 1411 BROADWAY SUITE 3001 NEW YORK, NY 10018 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| **2.3** | **State what the contract or lease is for and the nature of the debtor's interest** | FOR VALUE RECEIVED IN CONSIDERATION OF AND AS AN INDUCEMENT TO ENTER INTO A SUBLEASE DATED 2/4/2016 | 1411 IC-SIC PROPERTY LLC C/O CALLAHAN CAPITAL PROPERTIES LLC 3 BRYANT PARK, 24TH FLOOR NEW YORK, NY 10036 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| **2.4** | **State what the contract or lease is for and the nature of the debtor's interest** | SUBLEASE FOR 15TH AND 16TH FLOORS OF 1411 BROADWAY DATED 2/4/2016 | 1411 IC-SIC PROPERTY LLC C/O CALLAHAN CAPITAL PROPERTIES LLC 3 BRYANT PARK, 24TH FLOOR NEW YORK, NY 10036 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| **2.5** | **State what the contract or lease is for and the nature of the debtor's interest** | SUBLEASE AGREEMENT FOR 5TH FLOOR OF 1411 DATED 7/11/2016 | 1411 IC-SIC PROPERTY LLC C/O CALLAHAN CAPITAL PROPERTIES LLC 3 BRYANT PARK, 24TH FLOOR NEW YORK, NY 10036 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

| Debtor | NINE WEST HOLDINGS, INC. | Case number (if known) | 18-10947 |
|---|---|---|---|
| | Name | | |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.6 | State what the contract or lease is for and the nature of the debtor's interest | REPUBLIC CLOTHING GROUP, INC. SUBLEASE OF 1411 BROADWAY, 36TH AND 37TH FLOORS DATED 4/29/2015 | 1411 IC-SIC PROPERTY, LLC ATTN: BRIAN ROBIN, SENIOR VICE PRESIDENT, ASSET MANAGEMENT C/O CALLAHAN CAPITAL PROPERTIES LLC 1411 BROADWAY, 29TH FLOOR NEW YORK, NY 10018 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.7 | State what the contract or lease is for and the nature of the debtor's interest | SUBLEASE AGREEMENT FOR 2ND FLOOR OF 1411 BROADWAY DATED 8/6/2015 | 1411 IC-SIC PROPERTY, LLC ATTN: BRIAN ROBIN, SENIOR VICE PRESIDENT, ASSET MANAGEMENT C/O CALLAHAN CAPITAL PROPERTIES LLC 1411 BROADWAY, 29TH FLOOR NEW YORK, NY 10018 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.8 | State what the contract or lease is for and the nature of the debtor's interest | OFFICE/SUBLEASE - 498 7TH AVENUE AND ALL AMENDMENTS DATED 11/30/2011 | 498 SEVENTH, LLC C/O GEORGE COMFORT & SONS, INC. 200 MADISON AVE NEW YORK, NY 10018 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.9 | State what the contract or lease is for and the nature of the debtor's interest | OFFICE/SUBLEASE - 525 7TH AVENUE AND ALL AMENDMENTS DATED 12/19/2006 | 525 DELAWARE LLC C/O OLMSTEAD PROPERTIES, INC. 575 EIGHTH AVENUE SUITE 2400 NEW YORK, NY 10018 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.10 | State what the contract or lease is for and the nature of the debtor's interest | GUARANTEE AGREEMENT - DATED - 01/14/2016 | 525 DELAWARE LLC C/O OLMSTEAD PROPERTIES, INC. 575 EIGHTH AVENUE, SUITE 2400 NEW YORK, NY 10018 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.11 | State what the contract or lease is for and the nature of the debtor's interest | STORE TYPE - NINE WEST - STORE NUMBER - 7477 | AAC FAN HALL REALTY LLC PO BOX 75036 BALTIMORE, MD 21275-5036 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.12 | State what the contract or lease is for and the nature of the debtor's interest | CONSULTING AGREEMENT - MARINA LISHANSKY-ABRASASH, INC - DATED - 07/25/2017 | ABRASASH, INC. 1367 OLD FORD ROAD HUNTINGTON VALLEY, PA 19006 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| Debtor | NINE WEST HOLDINGS, INC. | Case number (if known) | 18-10947 |
|---|---|---|---|
| | Name | | |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.13 | State what the contract or lease is for and the nature of the debtor's interest | SERVICE AGREEMENT - ADP, INC. - PAYROLL SERVICES MASTER SERVICE AGREEMENT - CORPORATE - DATED - 10/14/2009 | ADP LLC ONE ADP BOULEVARD, MS 425 ROSEDALE, NJ 07068 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.14 | State what the contract or lease is for and the nature of the debtor's interest | SECOND AMENDMENT TO MASTER SERVICES AGREEMENT DATED AS OF 7/25/2015 | ADP, LLC 400 W. COVINA BLVD., MS 208 SAN DIMAS, CA 91773 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.15 | State what the contract or lease is for and the nature of the debtor's interest | MASTER SERVICE AGREEMENT - AETNA MSA - DATED - 01/01/2015 | AETNA 151 FARMINGTON AVE HARTFORD, CT 06105 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.16 | State what the contract or lease is for and the nature of the debtor's interest | INSURANCE AGREEMENT - AETNA LIFE - DATED - 01/01/2015 | AETNA 151 FARMINGTON AVE HARTFORD, CT |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.17 | State what the contract or lease is for and the nature of the debtor's interest | SERVICE AGREEMENT - AGILONE - REPLACE CRM SYSTEM - DATED - 10/01/2016 | AGILONE INC 53 WATER ST #1 NORWALK, CT 06854 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.18 | State what the contract or lease is for and the nature of the debtor's interest | CONSULTING AGREEMENT - AHMAD AYED TALAK AL-MAJALI - DATED - 05/22/2017 | AHMAD AYED TALAK AL-MAJALI AL-ZARQA, AL-RUSIFESH-BEHIND CARRFOUR |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.19 | State what the contract or lease is for and the nature of the debtor's interest | GUARANTEE, DATED AS OF 8/1/06, BY AL MANAL TRADING CO. L.L.C. AND APPAREL FZCO IN FAVOR OF NW DEVELOPMENT CORPORATION AND NW FOOTWEAR CORP. | AL MANAL TRADING CO. LLC ATTN: MR. GOVIND BHARWANI P.O. BOX 27401 DUBAI UNITED ARAB EMIRATES |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| Debtor | NINE WEST HOLDINGS, INC. | Case number (if known) | 18-10947 |
|---|---|---|---|
| | Name | | |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.20 | State what the contract or lease is for and the nature of the debtor's interest | SERVICE AGREEMENT - ALAN B MILLER JASPER PARENT LLC - DATED - 07/01/2017 | ALAN B MILLER ADDRESS ON FILE |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.21 | State what the contract or lease is for and the nature of the debtor's interest | GOOD GUY GUARANTEE FOR SUBLEASE OF 1411 24TH FLOOR DATED 5/17/2016 | ALEN "OUNI" MAMROUT ADDRESS ON FILE |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.22 | State what the contract or lease is for and the nature of the debtor's interest | SERVICE AGREEMENT - ALERE WELLBEING INC - DATED - 01/01/2012 | ALERE WELLBEING INC ATTN: LEGAL DEPARTMENT 999 3RD AVENUE, 21ST FLOOR SEATTLE, WA 98104 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.23 | State what the contract or lease is for and the nature of the debtor's interest | OCEAN CARGO/INLAND TRANSIT - POLICY NUMBER - OC & OCW 91543900 - DATED - 04/08/2018 | ALLIANZ GLOBAL CORPORATE & SPECIALTY 28 LIBERTY STREET NEW YORK, NY 10005 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.24 | State what the contract or lease is for and the nature of the debtor's interest | MASTER SERVICE AGREEMENT - AMAZON.COM - DATED - 01/17/2006 | AMAZON.COM ATTN: GENERAL COUNCIL PO BOX 81226 SEATTLE, WA 98108-1226 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.25 | State what the contract or lease is for and the nature of the debtor's interest | SERVICE AGREEMENT - AMERICAN AIRLINES - DATED - 01/01/2014 | AMERICAN APPRAISAL ASSOCIATES INC BIN 88391 MILWAUKEE, WI 53288-0391 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.26 | State what the contract or lease is for and the nature of the debtor's interest | COMMENCEMENT DATE AGREEMENT FOR SUBLEASE AT 1411 24TH FLOOR DATED 7/11/2016 | AMERICAN EXCHANGE TIME, LLC 1407 BROADWAY 24TH FLOOR NEW YORK, NY 10018 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| Debtor | NINE WEST HOLDINGS, INC. | Case number *(if known)* 18-10947 |
|---|---|---|
| | Name | |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.27 | State what the contract or lease is for and the nature of the debtor's interest | GOOD GUY GUARANTEE FOR SUBLEASE OF 1411 24TH FLOOR DATED 5/17/2016 | AMERICAN EXCHANGE TIME, LLC 1407 BROADWAY 24TH FLOOR NEW YORK, NY 10018 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.28 | State what the contract or lease is for and the nature of the debtor's interest | SUBLEASE AGREEMENT FOR 1411 27TH FLOOR DATED 5/17/2016 | AMERICAN EXCHANGE TIME, LLC 1441 BROADWAY 27TH FLOOR NEW YORK, NY 10018 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.29 | State what the contract or lease is for and the nature of the debtor's interest | SERVICE AGREEMENT - AMERICAN EXPRESS CARD ACCEPTANCE AGREEMENT FOR NW - DATED - 10/31/2014 | AMERICAN EXPRESS ATTN: DEPARTMENT 87 PO BOX 299051 FORT LAUDERDALE, FL 33329 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.30 | State what the contract or lease is for and the nature of the debtor's interest | RETENTION - STAY BONUS AGREEMENT DATED 02/13/2018 | AMY STELMACH ADDRESS ON FILE |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.31 | State what the contract or lease is for and the nature of the debtor's interest | CONSULTING AGREEMENT - ANGORA GROUP LTD - DATED - 05/22/2015 | ANGORA GR 222 BROADWAY, 19TH FLOOR NEW YORK, NY 10018 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.32 | State what the contract or lease is for and the nature of the debtor's interest | EMPLOYMENT AGREEMENT - DATED - 02/23/2016 | ANN-MARIE MOUNTFORD-CHU ADDRESS ON FILE |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.33 | State what the contract or lease is for and the nature of the debtor's interest | SETTLEMENT AGREEMENT AND MUTUAL RELEASES, DATED AS OF FEBRUARY 2, 2006 | ANTIK DENIM LLC 5804 EAST SLAUSON AVENUE COMMERCE, CA 90040 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| Debtor | NINE WEST HOLDINGS, INC. | Case number *(if known)* | 18-10947 |
|---|---|---|---|
| | Name | | |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.34 | State what the contract or lease is for and the nature of the debtor's interest | GUARANTEE (INDIA), DATED AS OF APRIL 1, 2009, BY APPAREL FZCO IN FAVOR OF NINE WEST DEVELOPMENT CORPORATION AND NINE WEST FOOTWEAR CORPORATION. | APPAREL FZCO<br>P.O. BOX 27401<br>DUBAI, U .A.E.<br>ATTN: MR. GOVIND BHARWANI |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.35 | State what the contract or lease is for and the nature of the debtor's interest | GUARANTEE, DATED AS OF 8/1/06, BY AL MANAL TRADING CO. L.L.C. AND APPAREL FZCO IN FAVOR OF NW DEVELOPMENT CORPORATION AND NW FOOTWEAR CORP. | APPAREL FZCO<br>ATTN: MR. GOVIND BHARWANI<br>P.O. BOX 27401<br>DUBAI<br>UNITED ARAB EMIRATES |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.36 | State what the contract or lease is for and the nature of the debtor's interest | HARDWARE PURCHASE AND SOFTWARE LICENSE AGREEMENT, DATED AS OF JUNE 5, 2000 (AS MAY HAVE BEEN FURTHER AMENDED, MODIFIED, OR SUPPLEMENTED). | APTOS CANADA INC.<br>2800 TRANS-CANADA HWY<br>POINTE CLAIRE, QC H9R 1B1<br>CANADA |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.37 | State what the contract or lease is for and the nature of the debtor's interest | STORE TYPE - NINE WEST - STORE NUMBER - 2702 | ARUNDEL MILLS LP<br>PO BOX 406130<br>ATLANTA, GA 30384-6130 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.38 | State what the contract or lease is for and the nature of the debtor's interest | SETTLEMENT AGREEMENT AND MUTUAL RELEASES, DATED AS OF NOVEMBER 8, 2001 | ASICS CORPORATION<br>1-1 MINATOJIMA-NAKAMACHI 7 CHOME<br>CHU-KU KOBE<br>JAPAN |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.39 | State what the contract or lease is for and the nature of the debtor's interest | SETTLEMENT AGREEMENT AND MUTUAL RELEASES, DATED AS OF NOVEMBER 8, 2001 | ASICS TIGER CORPORATION<br>16275 LAGUNA CANYON ROAD<br>IRVINE, CA 92618 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.40 | State what the contract or lease is for and the nature of the debtor's interest | GENERAL RELEASE, DATED AS OF MAY 23, 2017, BY AND BETWEEN NINE WEST HOLDINGS, INC. AND ASPEN LICENSING INTERNATIONAL INC. | ASPEN LICENSING INTERNATIONAL INC.<br>6615 W. BOYNTON BEACH BLVD #349<br>BOYNTON BEACH, FL 33437 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| Debtor | NINE WEST HOLDINGS, INC. | Case number (if known) | 18-10947 |
|---|---|---|---|
| | Name | | |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.41 | State what the contract or lease is for and the nature of the debtor's interest | SETTLEMENT AGREEMENT, DATED AS OF SEPTEMBER 7, 2012, AS AMENDED BY THAT CERTAIN LETTER AGREEMENT, DATED AS OF SEPTEMBER 7, 2012. | ASPREY HOLDINGS LIMTIED 167 NEW BOND STREET LONDON W1S 4AY UNITED KINGDOM |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.42 | State what the contract or lease is for and the nature of the debtor's interest | STORE TYPE - NINE WEST - STORE NUMBER - 2750 | ATLANTIC CITY ASSOCIATES, LLC PO BOX 417340 BOSTON, MA 02241-7340 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.43 | State what the contract or lease is for and the nature of the debtor's interest | APPEAL BOND FOR THE BENEFIT OF KATHLEEN NEDOROSTEK - BOND NUMBER 800036094 | ATLANTIC SPECIALTY INSURANCE COMPANY 77 WATER STREET 17TH FLOOR NEW YORK, NY 10005 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.44 | State what the contract or lease is for and the nature of the debtor's interest | SURETY BOND NUMBER 160503006 DATED 5/25/2016 | ATLANTIC SPECIALTY INSURANCE COMPANY 195 BROADWAY NEW YORK, NY 10007 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.45 | State what the contract or lease is for and the nature of the debtor's interest | LETTER AGREEMENT TO SUBLEASE DATED 6/29/2015 | AUTHENTIC BRANDS GROUP LLC 100 WEST 33RD SREET SUITE 1007 NEW YORK, NY 10001 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.46 | State what the contract or lease is for and the nature of the debtor's interest | SUBLEASE AGREEMENT DATED AS OF 8/17/2015. | AUTHENTIC BRANDS GROUP, LLC 100 WEST 33RD SREET SUITE 1007 NEW YORK, NY 10001 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.47 | State what the contract or lease is for and the nature of the debtor's interest | SUBLEASE AGREEMENT DATED 6/29/2015 | AUTHENTIC BRANDS GROUP, LLC ATTN: KEVIN CLARKE 100 WEST 33RD STREET SUITE 1007 NEW YORK, NY 10001 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| Debtor | NINE WEST HOLDINGS, INC. | Case number (if known) | 18-10947 |
|---|---|---|---|
| | Name | | |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.48 | State what the contract or lease is for and the nature of the debtor's interest | STORE TYPE - NINE WEST - STORE NUMBER - 2574 | AVR-PORTCHESTER LLC<br>PO BOX 8000 DEPT 969<br>BUFFALO, NY 14267 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.49 | State what the contract or lease is for and the nature of the debtor's interest | WORLDWIDE CO-EXISTENCE AGREEMENT, DATED AS OF JUNE 29, 1999. | BAIRD TEXTILE HOLDINGS LIMITED<br>ATTN: GENERAL COUNSEL<br>LIME MILL<br>VICTOR STREET<br>HOLLINWOOD<br>OL8 3QN<br>UNITED KINGDOM |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.50 | State what the contract or lease is for and the nature of the debtor's interest | SERVICE AGREEMENT - BAKER ROOFING - DATED - 12/23/2015 | BAKER ROOFING OF NORFOLK LLC<br>1800 BATTER DANTZLER ROAD<br>CHESTER, VA 23836 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.51 | State what the contract or lease is for and the nature of the debtor's interest | MASTER SERVICE AGREEMENT - MASTER CORPORATE CARD SERVICE AGREEMENT (NWH) - DATED - 04/11/2014 | BANK OF AMERICA<br>COMMERCIAL CARD<br>FLOOR 11<br>3 COMMERCIAL PLACE<br>NORFOLK, VA 23510 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.52 | State what the contract or lease is for and the nature of the debtor's interest | MASTER SERVICE AGREEMENT - BANK OF AMERICA FIRST DATA WELLS FARGO BANKCARD - DATED - 07/01/2015 | BANK OF AMERICA<br>ATTN: EXECUTIVE VICE PRESIDENT OF OPERATIONS<br>WHITMAN ROAD<br>MELVILLE, NY 11747 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.53 | State what the contract or lease is for and the nature of the debtor's interest | AMENDMENT TO ORIGINAL SUBLEASE DATED 5/28/2015 | BASIC RESOURCES, INC.<br>1411 BROADWAY<br>2ND FLOOR<br>NEW YORK, NY 10001 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.54 | State what the contract or lease is for and the nature of the debtor's interest | SUBLEASE AGREEMENT FOR 2ND FLOOR OF 1411 BROADWAY DATED 8/6/2015 | BASIC RESOURCES, INC.<br>ATTN: SALOMAN HARARI<br>USA LEGWEAR LLC<br>31 WEST 34TH STREET<br>6TH FLOOR<br>NEW YORK, NY 10001 |
| | State the term remaining<br>List the contract number of any government contract | | |

| Debtor | NINE WEST HOLDINGS, INC. | Case number *(if known)* | 18-10947 |
|---|---|---|---|
| | Name | | |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.55 | State what the contract or lease is for and the nature of the debtor's interest | E-COMMERCE SERVICES AGREEMENT, EFFECTIVE AS OF JANUARY 1, 2017, BY AND BETWEEN NINE WEST HOLDINGS, INC. AND BBC INTERNATIONAL LLC. | BBC INTERNATIONAL LLC ATTN: ROBERT CAMPBELL, CHAIRMAN AND MANAGING MEMBER 1515 N FEDERAL HIGHWAY, SUITE 206 BOCA RATON, FL 33432 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.56 | State what the contract or lease is for and the nature of the debtor's interest | SERVICE AGREEMENT - BDO TAX SERVICES - DATED - 03/01/2018 | BDO USA, LLP 90 WOODBRIDGE CENTER DRIVE 4TH FLOOR WOODBRIDGE, NJ 07095-1163 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.57 | State what the contract or lease is for and the nature of the debtor's interest | INSURANCE AGREEMENT - BEAZLEY EO POLICY - DATED - 10/01/2016 | BEAZLEY INSURANCE COMPANY ATTN: BETH DIAMOND 1270 AVENUE OF THE AMERICAS, 12TH FLOOR NEW YORK, NY 10020 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.58 | State what the contract or lease is for and the nature of the debtor's interest | RETENTION - STAY BONUS AGREEMENT DATED 02/12/2018 | BHARGAVI PUNUKOLLU ADDRESS ON FILE |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.59 | State what the contract or lease is for and the nature of the debtor's interest | EMPLOYMENT AGREEMENT - DATED - 08/01/2016 | BLOK-ANDERSON, NANCY ADDRESS ON FILE |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.60 | State what the contract or lease is for and the nature of the debtor's interest | SERVICE AGREEMENT - BLOOMBERG DATEFEED - DATED - 12/03/2010 | BLOOMBERG FINANCE LP 731 LEXINGTON AVENUE NEW YORK, NY 10022 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.61 | State what the contract or lease is for and the nature of the debtor's interest | STORE TYPE - NINE WEST - STORE NUMBER - 2872 | BLOOMFIELD HOLDINGS, LLC PO BOX 205150 DALLAS, TX 75320-5150 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| Debtor | NINE WEST HOLDINGS, INC. | Case number (if known) | 18-10947 |
|---|---|---|---|
| | Name | | |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.62 | State what the contract or lease is for and the nature of the debtor's interest | RETENTION - STAY BONUS AGREEMENT DATED 02/12/2018 | BONNIE BISHOP ADDRESS ON FILE |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.63 | State what the contract or lease is for and the nature of the debtor's interest | SERVICE AGREEMENT - BORDERFREE - MSA - DATED - 06/01/2015 | BORDERFREE INC ATTN: LEGAL DEPARTMENT 292 MADISON AVE, 5TH FLOOR NEW YORK, NY 10017 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.64 | State what the contract or lease is for and the nature of the debtor's interest | SERVICE AGREEMENT - BOX INC - DATED - 11/20/2014 | BOX INC 4440 EL CAMINO REAL LOS ALTOS, CA 94022 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.65 | State what the contract or lease is for and the nature of the debtor's interest | AGREEMENT, DATED AS OF JUNE 26, 2017, BY AND BETWEEN NINE WEST HOLDINGS, INC., D/B/A NINE WEST GROUP, RYMAX CORP., AND BRAINSTORM LOGISTICS LLC. | BRAINSTORM LOGISTICS LLC 19 CHAPIN ROAD BUILDING B PINE BROOK, NJ 07058 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.66 | State what the contract or lease is for and the nature of the debtor's interest | CONSULTING AGREEMENT - BRENDA PALMER CONSULTING, LLC, (BRENDA PALMER) - DATED - 03/01/2017 | BRENDA PALMER CONSULTING INC 147 GOLD CLUB DRIVE LANGHONRE, PA 19047 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.67 | State what the contract or lease is for and the nature of the debtor's interest | RETENTION - STAY BONUS AGREEMENT DATED 02/12/2018 | BRIAN MCDONNELL ADDRESS ON FILE |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.68 | State what the contract or lease is for and the nature of the debtor's interest | SERVICE AGREEMENT - BRIGHT HORIZONS - DATED - 01/01/2009 | BRIGHT HORIZONS 200 TALCOTT AVENUE SOUTH WATERTOWN, MA 02472 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| Debtor | NINE WEST HOLDINGS, INC. | Case number *(if known)* 18-10947 |
|---|---|---|
| | Name | |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.69 | State what the contract or lease is for and the nature of the debtor's interest | STOCK APPRECIATION RIGHTS AGREEMENT - DATED - 04/01/2015 | BRISMAN, JEFFREY ADDRESS ON FILE |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.70 | State what the contract or lease is for and the nature of the debtor's interest | BRONTO SUBSCRIPTION SERVICE AGREEMENT DATED AS OF 9/29/2016 AND ALL AMENDMENTS | BRONTO SOFTWARE, LLC ATTN: BRIAN M MCMAHON 324 BLACKWELL STREET SUITE 410 DURHAM, NC 27701 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.71 | State what the contract or lease is for and the nature of the debtor's interest | CONFIDENTIAL SETTLEMENT AGREEMENT AND RELEASES, DATED AS OF JANUARY 15, 2008, BY AND BETWEEN JONES RETAIL CORPORATION AND BURBERRY LIMITED | BURBERRY LIMITED ATTN: INTELLECTUAL PROPERTY DIRECTOR 18-22 HAYMARKET LONDON SW1Y 4DQ UNITED KINGDOM |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.72 | State what the contract or lease is for and the nature of the debtor's interest | LETTER AGREEMENT TO SUBLEASE DATED 6/29/2015 | CALLAHAN CAPITAL PROPERTIES LLC ATTN: TOOD HARDMAN, VICE PRESIDENT, ASSET MANAGEMENT 10 S. RIVERSIDE PLAZA, SUITE 1250 CHICAGO, IL 60606 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.73 | State what the contract or lease is for and the nature of the debtor's interest | SERVICE AGREEMENT - FACILITIES MANAGEMENT SERVICES & COPIER EQUIPMENT - DATED - 11/01/2015 | CANON SOLUTIONS AMERICA, INC. ONE CANON PARK MELVILLE, NY 11747 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.74 | State what the contract or lease is for and the nature of the debtor's interest | EMPLOYMENT AGREEMENT - DATED - 08/19/2015 | CAPIOLA, JAMES ADDRESS ON FILE |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.75 | State what the contract or lease is for and the nature of the debtor's interest | SERVICE AGREEMENT - FOREIGN TRADE ZONE RICHMOND INTL AIRPORT - DATED - 10/12/2015 | CAPITAL REGION AIRPORT COMMISSION ATTN: RUSS PEADEN, ZONE ADMINISTRATOR ONE RICHARD E BYRD TERMINAL DRIVE RICHAMOND INTERNATIONAL AIRPORT, VA 23250-2400 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| Debtor | NINE WEST HOLDINGS, INC. | Case number (if known) | 18-10947 |
|---|---|---|---|
| | Name | | |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.76 | State what the contract or lease is for and the nature of the debtor's interest | CARD SERVICES AGREEMENT - DATED - 01/01/2006 | CARDFACT, LTD. 411 HIGHGATE AVENUE WORTHINGTON, OH 43085 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.77 | State what the contract or lease is for and the nature of the debtor's interest | TRADEMARK LICENSING AGREEMENT - DATED - 01/01/2006 | CARDFACT, LTD 411 HIGHGATE AVENUE WORTHINGTON, OH 43085 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.78 | State what the contract or lease is for and the nature of the debtor's interest | RETENTION - STAY BONUS AGREEMENT DATED 02/12/2018 | CAREY A. DEL BUONO ADDRESS ON FILE |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.79 | State what the contract or lease is for and the nature of the debtor's interest | COMMENCEMENT DATE AGREEMENT FOR SUBLEASE AT 1441 28TH FLOOR DATED 9/28/2016 | CARVART GLASS, INC. 180 VARICK STREET SUITE 1304 NEW YORK, NY 10014 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.80 | State what the contract or lease is for and the nature of the debtor's interest | AGREEMENT OF SUBLEASE FOR 1441 28TH FLOOR DATED 7/28/2011 | CARVART GLASS, INC. ATTN: MR. ANATOLY GEYMAN 180 VARICK STREET SUITE 1304 NEW YORK, NY 10014 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.81 | State what the contract or lease is for and the nature of the debtor's interest | CONSENT TO SUBLEASE 1441 28TH FLOOR DATED 7/28/2011 | CARVART GLASS, INC. 180 VARICK STREET SUITE 1304 NEW YORK, NY 10014 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.82 | State what the contract or lease is for and the nature of the debtor's interest | AGREEMENT OF SUBLEASE FOR 1441 28TH FLOOR DATED 9/8/2016 | CARVART GLASS, INC. 180 VARICK STREET SUITE 1304 NEW YORK, NY 10014 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| Debtor | NINE WEST HOLDINGS, INC. | Case number (if known) | 18-10947 |
| | Name | | |

■ **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.83 | State what the contract or lease is for and the nature of the debtor's interest | GIFT CARD SERVICES AGREEMENT DATED AS OF 9/24/2014 AND ALL AMENDMENTS | CASHSTAR, INC. ATTN: BENJAMIN H. KAPLAN, PRESIDENT AND CEO 25 PEARL STREET PORTLAND, ME 04101 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.84 | State what the contract or lease is for and the nature of the debtor's interest | SERVICE AGREEMENT - CASS - SERVICE AGREEMENT (UTILITY BILL MANAGEMENT & ENERGY PROCUREMENT CONSULTING) - DATED - 11/09/2012 | CASS INFORMATION SYSTEMS INC. ATTN: GARY LANGFITT 2675 CORPORATE EXCHANGE DRIVE COLUMBUS, OH 43421 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.85 | State what the contract or lease is for and the nature of the debtor's interest | SERVICE AGREEMENT - CASS - TELECOM SOW - DATED - 11/11/2014 | CASS INFORMATION SYSTEMS INC. 12444 POWERSCOURT DRIVE SUITE 550 ST. LOUIS, MO 63131 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.86 | State what the contract or lease is for and the nature of the debtor's interest | E-COMMERCE SERVICES AGREEMENT, EFFECTIVE AS OF AUGUST 1, 2015, AS AMENDED BY THOSE LETTERS OF AGREEMENT DATED AS OF JULY 26, 2016 AND AUGUST 1, 2017. | CASTLE MERCHANDISING INC ATTN: JOHN COSTELLI 120 FULTON AVENUE GARDEN CITY PARK, NY 11040 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.87 | State what the contract or lease is for and the nature of the debtor's interest | SERVICE AGREEMENT - CATHAY PACIFIC - DATED - 01/01/2014 | CATHAY PACIFIC 500 5TH AVENUE #3030 NEW YORK, NY 10110 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.88 | State what the contract or lease is for and the nature of the debtor's interest | CAUCHO LICENSING AGREEMENT DATED AS OF 08/13/2017 | CAUCHO TECHNOLOGY, INC. 4455 MORENA BLVD - SUITE 115 SAN DIEGO, CA 92117 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.89 | State what the contract or lease is for and the nature of the debtor's interest | AGREEMENT AND RELEASES RELATED THERETO, DATED AS OF APRIL 11, 2003 | CELINE S.A. 23/25 RUE DU PONT NEUF PARIS 75001 FRANCE |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| Debtor | NINE WEST HOLDINGS, INC. | Case number (if known) | 18-10947 |
|---|---|---|---|
| | Name | | |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.90 | State what the contract or lease is for and the nature of the debtor's interest | BUYING AGENCY AGREEMENT, DATED AS OF APRIL 24, 2007, BY AND BETWEEN NINE WEST FOOTWEAR CORPORATION AND CELS ENTERPRISES, INC. | CELS ENTERPRISES INC 3485 S LA CIENEGA BLVD LOS ANGELES, CA 90016 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.91 | State what the contract or lease is for and the nature of the debtor's interest | STORE TYPE - NINE WEST - STORE NUMBER - 2876 | CHARLOTTE OUTLETS, LLC PO BOX 826509 PHILADELPHIA, PA 19182-6509 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.92 | State what the contract or lease is for and the nature of the debtor's interest | STORE TYPE - EASY SPIRIT - STORE NUMBER - 1675 | CHARLOTTE OUTLETS, LLC PO BOX 826509 PHILADELPHIA, PA 19182-6509 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.93 | State what the contract or lease is for and the nature of the debtor's interest | SERVICE AGREEMENT - CHECK GUARANTEE SERVICES AGREEMENT - DATED - 12/30/2015 | CHECK PLUS SYSTEMS ONE CUPSAW DRIVE RINGWOOD, FL 32819-9040 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.94 | State what the contract or lease is for and the nature of the debtor's interest | BUYING AGENCY AGREEMENT, DATED AS OF MAY 7, 2013. | CHECKERS DIV. OF COUGAR SHOES INC 830 HARRINGTON CT. BURLINGTON, ON L7N 3N4 CANADA |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.95 | State what the contract or lease is for and the nature of the debtor's interest | BUYER AGENCY AGREEMENT - CHECKERS DIV/OPERATED BY COUGA - DATED - 05/07/2013 | CHECKERS DIV/OPERATED BY COUGARSHOE 830 HARRINGTON CT BURLINGTON, ON L7N 3N4 CANADA |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.96 | State what the contract or lease is for and the nature of the debtor's interest | STORE TYPE - NINE WEST - STORE NUMBER - 2516 | CHELSEA FINANCING PARTNERSHIP, LP C/O SIMON PROPERTY GROUP 225 WEST WASHINGTON STREET ATTN: PREMIUM OUTLETS INDIANAPOLIS, IN 46204 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| Debtor | NINE WEST HOLDINGS, INC. | Case number (if known) | 18-10947 |
|---|---|---|---|
| | Name | | |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.97 | State what the contract or lease is for and the nature of the debtor's interest | STORE TYPE - NINE WEST - STORE NUMBER - 2847 | CHELSEA MONROE HOLDINGS, LLC<br>105 EISENHOWER PARKWAY<br>ATTN: DIRECTOR - LEASE ADMINISTRATION AND GENERAL COUNSEL<br>ROSELAND, NJ 07068 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.98 | State what the contract or lease is for and the nature of the debtor's interest | STORE TYPE - EASY SPIRIT - STORE NUMBER - 1661 | CHELSEA MONROE HOLDINGS, LLC<br>105 EISENHOWER PARKWAY<br>ATTN: DIRECTOR - LEASE ADMINISTRATION AND GENERAL COUNSEL<br>ROSELAND, NJ 07068 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.99 | State what the contract or lease is for and the nature of the debtor's interest | AGREEMENT, DATED AS OF DECEMBER 2, 2007, BY AND BETWEEN CHRISTIAN LOUBOUTIN AND NINE WEST FOOTWEAR CORPORATION. | CHRISTIAN LOUBOUTIN<br>24 RUE VICTOR MASSE<br>PARIS 75009<br>FRANCE |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.100 | State what the contract or lease is for and the nature of the debtor's interest | SETTLEMENT AGREEMENT AND RELEASE, DATED AS OF NOVEMBER 15, 2017. | CHROME HEARTS LLC<br>C/O BLAKELY LAW GROUP<br>1334 PARKVIEW AVENUE<br>SUITE 280<br>MANHATTAN BEACH, CA 90266 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.101 | State what the contract or lease is for and the nature of the debtor's interest | BUSINESS TRAVEL ACCIDENT INSURANCE - POLICY NUMBER - 6477-83-74 - DATED - 04/08/2017 | CHUBB UNDERWRITING OFFICE<br>202 HALL'S MILL ROAD<br>P.O. BOX 1600<br>WHITEHOUSE STATION, NJ 08889-1600 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.102 | State what the contract or lease is for and the nature of the debtor's interest | INSURANCE AGREEMENT - BUSINESS TRAVEL & ACCIDENT INSURANCE PROGRAM (FEDERAL INSURANCE CO) - DATED - 07/15/2015 | CHUBB<br>202 HALL'S MILL ROAD<br>PO BOX 1600<br>WHITEHOUSE STATION, NJ 08889-1600 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.103 | State what the contract or lease is for and the nature of the debtor's interest | ADVERTISER SERVICE AGREEMENT DATED 5/5/2009 AND ALL AMENDMENTS | CJ ADVANTAGE-AFFILIATES<br>C/O COMMISSION JUNCTION, INC.<br>ATTN: LEGAL AFFAIRS<br>530 EAST MONTECITO STREET<br>SANTA BARBARA, CA 93103 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| Debtor | NINE WEST HOLDINGS, INC. | Case number (if known) | 18-10947 |
|---|---|---|---|
| | Name | | |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.104 | State what the contract or lease is for and the nature of the debtor's interest | SALE, DISTRIBUTION, MARKETING, ADVERTISING, AND PROMOTION OF PRODUCTS AGREEMENT AS OF 7/1/2016 | COMERCIALIZADORA E AKLUCK S.A. DE C.V. ATTN: GERARDO GONZALEZ LA BARCA NO 4861, COL, LOS ALTOS MONTERREY, NUEVO LEON 64370<br><br>MEXICO |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.105 | State what the contract or lease is for and the nature of the debtor's interest | CJ VANTAGE ADVERTISER SERVICE AGREEMENT AMENDMENT DATED AS OF 12/11/2009 | COMMISSION JUNCTION, INC. 530 EAST MONTECITO STREET SANTA BARBARA, CA 93103 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.106 | State what the contract or lease is for and the nature of the debtor's interest | BOND NUMBER - 015047157 - CONTINUATION CERTIFICATE DATED 2/13/2018 | COMMONWEALTH OF PUERTO RICO DEPARTMENT OF THE TREASURY - INTERNAL REVENUE AREA PO BOX 9024140 SAN JUAN, PR 00902-4140 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.107 | State what the contract or lease is for and the nature of the debtor's interest | SERVICE AGREEMENT - COMMUNICAR INC - DATED - 08/01/2005 | COMMUNICAR INC 73-10 88TH STREET GLENDALE, NY 11385 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.108 | State what the contract or lease is for and the nature of the debtor's interest | ENGAGEMENT AGREEMENT, DATED AS OF MAY 10, 2017, AS AMENDED BY THAT CERTAIN AMENDMENT, DATED JULY 21, 2017. | CONSENSUS ADVISORY SERVICES LLC 660 MADISON AVENUE, SUITE 1600 NEW YORK, NY 10065 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.109 | State what the contract or lease is for and the nature of the debtor's interest | GENERAL HVAC AGREEMENT, EFFECTIVE AS OF JANUARY 1, 2012 (AS MAY HAVE BEEN FURTHER AMENDED, MODIFIED, OR SUPPLEMENTED). | CONSERV BUILDING SERVICES INC 6354 118TH AVENUE N. LARGO, FL 33773 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.110 | State what the contract or lease is for and the nature of the debtor's interest | SERVICE AGREEMENT - CONTACTUS MSA - DATED - 10/12/2016 | CONTACT US LLC TREVOR FRIESEN, PRESIDENT, CONTACT US 3700 FISHINGER BLVD COLUMBUS, OH 43026 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| Debtor | NINE WEST HOLDINGS, INC. | Case number (if known) | 18-10947 |
|---|---|---|---|
| | Name | | |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.111 | State what the contract or lease is for and the nature of the debtor's interest | SERVICE AGREEMENT - CONTEGIX SERVICE DESK SERVICE AGREEMENT - DATED - 02/02/2018 | CONTEGIX<br>ATTN: JOHN BUNTING<br>1 MERIDIAN BOULEVARD<br>SUITE 2D01<br>WYOMISSING, PA 19610 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.112 | State what the contract or lease is for and the nature of the debtor's interest | MASTER SERVICE AGREEMENT - CORCON - GENERAL CONTRACTOR CONSTRUCTION - NY - DATED - 06/17/2014 | CORCON<br>839 STEWART AVE<br>BLDG E.<br>GARDEN CITY, NJ 11530 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.113 | State what the contract or lease is for and the nature of the debtor's interest | STORE TYPE - NINE WEST - STORE NUMBER - 2857 | COROC/HILTON HEAD I LLC<br>3200 NORTHLINE AVENUE<br>SUITE 360<br>ATTN: LEGAL DEPARTMENT<br>GREENSBORO, NC 27408 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.114 | State what the contract or lease is for and the nature of the debtor's interest | STORE TYPE - NINE WEST - STORE NUMBER - 2515 | COROC/REHOBOTH I LLC<br>3200 NORTHLINE AVENUE, SUITE 360<br>ATTN: LEGAL DEPARTMENT<br>GREENSBORO, NC 27408 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.115 | State what the contract or lease is for and the nature of the debtor's interest | SERVICE AGREEMENT - COSTCO COTTON TRAVEBILITY POLICY - DATED - 01/01/2017 | COSTCO WHOLESALE<br>VENDOR 63458-00<br>PO BOX 34622<br>SEATTLE, WA 98124 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.116 | State what the contract or lease is for and the nature of the debtor's interest | COTTAGE DEVELOPMENT CONSULTING AGREEMENT - DATED 07/01/1999 | COTTAGE DEVELOPMENT LLC<br>84 ALTENTANN<br>NASHVILLE, TN 37215-5816 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.117 | State what the contract or lease is for and the nature of the debtor's interest | STORE TYPE - NINE WEST - STORE NUMBER - 2672 | CPG CARLSBAD HOLDINGS, LLC<br>105 EISENHOWER PARKWAY<br>ATTN: DIRECTOR - LEASE ADMINISTRATION AND GENERAL COUNSEL<br>ROSELAND, NJ 07068 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| Debtor | NINE WEST HOLDINGS, INC. | Case number (if known) 18-10947 |
|---|---|---|
| | Name | |

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.118 | State what the contract or lease is for and the nature of the debtor's interest | STORE TYPE - NINE WEST - STORE NUMBER - 2827 | CPG HOUSTON HOLDINGS LP PO BOX 822693 PHILADELPHIA, PA 19182-2693 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.119 | State what the contract or lease is for and the nature of the debtor's interest | STORE TYPE - EASY SPIRIT - STORE NUMBER - 1653 | CPG HOUSTON HOLDINGS LP 105 EISENHOWER PARKWAY ATTN: DIRECTOR - LEASE ADMINISTRATION AND GENERAL COUNSEL ROSELAND, NJ 07068 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.120 | State what the contract or lease is for and the nature of the debtor's interest | STORE TYPE - EASY SPIRIT - STORE NUMBER - 6999 | CPG PARTNERS, LP 225 WEST WASHINGTON STREET INDIANAPOLIS, IN 46204 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.121 | State what the contract or lease is for and the nature of the debtor's interest | STORE TYPE - NINE WEST - STORE NUMBER - 2694 | CPG PARTNERS, LP 103 EISENHOWER PARKWAY ATTN: MANAGER - LEASE ADMINISTRATION AND GENERAL COUNSEL ROSELAND, NJ 07068 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.122 | State what the contract or lease is for and the nature of the debtor's interest | STORE TYPE - NINE WEST - STORE NUMBER - 2661 | CPG PARTNERS, LP C/O SIMON PROPERTY GROUP 225 WEST WASHINGTON STREET INDIANAPOLIS, IN 46204 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.123 | State what the contract or lease is for and the nature of the debtor's interest | STORE TYPE - NINE WEST - STORE NUMBER - 2626 | CPG PARTNERS, LP C/O SIMON PROPERTY GROUP, INC. 225 WEST WASHINGTON STREET ATTN: PREMIUM OUTLETS INDIANAPOLIS, IN 46204-3438 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.124 | State what the contract or lease is for and the nature of the debtor's interest | STORE TYPE - NINE WEST - STORE NUMBER - 2746 | CPG TINTON FALLS URBAN RENEWAL, LLC 105 EISENHOWER PARKWAY ATTN: DIRECTOR - LEASE ADMINISTRATION AND GENERAL COUNSEL ROSELAND, NJ 07068 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| Debtor | NINE WEST HOLDINGS, INC. | Case number (if known) | 18-10947 |
|---|---|---|---|
| | Name | | |

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.125 | State what the contract or lease is for and the nature of the debtor's interest | STORE TYPE - NINE WEST - STORE NUMBER - 2712 | CRAIG REALTY GROUP CITADEL LLC PO BOX 51757 LOS ANGELES, CA 90051-6057 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.126 | State what the contract or lease is for and the nature of the debtor's interest | CURALATE MASTER SERVICE AND LICENSE AGREEMENT DATED AS OF 3/31/2017 | CURALATE, INC. ATTN: LIZ MADSEN, DIRECTOR CLIENT PARTNERSHIPS 2401 WALNUT STREET, SUITE 502 PHILADELPHIA, PA 19103 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.127 | State what the contract or lease is for and the nature of the debtor's interest | SERVICE AGREEMENT DATED AS OF 7/1/2015 | CUSTOM COMMUNICATIONS ATTN: KELLIE RICCELLI 800 MARSHALL PHELPS ROAD BUILDING 5 WINDSOR, CT 06095 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.128 | State what the contract or lease is for and the nature of the debtor's interest | RETENTION - STAY BONUS AGREEMENT DATED 02/12/2018 | CYNTHIA M. VAUTAR ADDRESS ON FILE |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.129 | State what the contract or lease is for and the nature of the debtor's interest | COMMENCEMENT DATE AGREEMENT - DATED - 09/30/2015 | DA VLER MEDIA GROUP LLC 498 SEVENTH AVENUE 10TH FLOOR NEW YORK, NY 10018 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.130 | State what the contract or lease is for and the nature of the debtor's interest | GUARANTY IS TO ASSURE SUBLANDLORD THAT DURING ANY PERIOD THAT SUBTENANT IS IN POSSESSION OF THE SUBLEASED PREMISES AND THAT THIS GUARANTY IS IN EFFECT | DAVID ROSEN ADDRESS ON FILE |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.131 | State what the contract or lease is for and the nature of the debtor's interest | PROFESSIONAL SERVICES AGREEMENT DATED 9/29/2017 | DAVIS POLK & WARDWELL LLP 450 LEXINGTON AVENUE NEW YORK, NY 10017 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| Debtor | NINE WEST HOLDINGS, INC. | Case number (if known) | 18-10947 |
|---|---|---|---|
| | Name | | |

████ **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.132 | State what the contract or lease is for and the nature of the debtor's interest | SUBLEASE AGREEMENT - DATED - 09/01/2015 | DAVLER MEDIA GROUP LLC 498 SEVENTH AVENUE, 10TH FLOOR ATTENTION: DAVID MILLER, COO NEW YORK, NY 10018 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.133 | State what the contract or lease is for and the nature of the debtor's interest | RENT ABATEMENT - DATED - 08/12/2015 | DAVLER MEDIA GROUP LLC ATTN: MR. DAVID L. MILLER 1412 BROADWAY, 9TH FLOOR NEW YORK, NY 10018 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.134 | State what the contract or lease is for and the nature of the debtor's interest | FIRST AMENDMENT TO AGREEMENT OF SUBLEASE - DATED - 08/26/2015 | DAVLER MEDIA GROUP LLC 1412 BROADWAY, 9TH FLOOR NEW YORK, NY 10018 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.135 | State what the contract or lease is for and the nature of the debtor's interest | AGREEMENT OF SUBLEASE - DATED - 07/16/2015 | DAVLER MEDIA GROUP LLC 1412 BROADWAY, 9TH FLOOR ATTN: DAVID MILLER NEW YORK, NY 10018 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.136 | State what the contract or lease is for and the nature of the debtor's interest | CONSULTING AGREEMENT - DEEMA HASAN NASSAR - DATED - 04/17/2017 | DEEMA HASAN NASSAR AMMAN-MARJ ALHAMAM-ALDELEH CIRCLE |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.137 | State what the contract or lease is for and the nature of the debtor's interest | STORE TYPE - NINE WEST - STORE NUMBER - 2797 | DEER PARK ENTERPRISE LLC C/O TANGER OUTLET CENTERS 3200 NORTHLINE AVENUE, SUITE 360 ATTN: LEGAL DEPARTMENT GREENSBORO, NC 27408 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.138 | State what the contract or lease is for and the nature of the debtor's interest | SERVICE AGREEMENT - DELTA - DATED - 06/01/2012 | DELTA ATTN: STEVEN M SEAR, VP OF GLOBAL SALES 1030 DELTA BLVD ATLANTA, GA 30320 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| Debtor | NINE WEST HOLDINGS, INC. | Case number (if known) | 18-10947 |
|---|---|---|---|
| | Name | | |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.139 | State what the contract or lease is for and the nature of the debtor's interest | SERVICE AGREEMENT - DEMANDWARE, INC - DATED - 06/28/2013 | DEMANDWARE INC 5 WALL STREET BURLINGTON, MA 01803 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.140 | State what the contract or lease is for and the nature of the debtor's interest | EMPLOYMENT AGREEMENT - DATED - 05/25/2017 | DEMKO, MIICHAEL ADDRESS ON FILE |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.141 | State what the contract or lease is for and the nature of the debtor's interest | SERVICE CONTRACT, DATED AS OF JULY 6, 2015 (AS MAY HAVE BEEN FURTHER AMENDED, MODIFIED, OR SUPPLEMENTED). | DENANCHE ARMORED PROTECTION SERVICES 371 S MARINE CORPS DRIVE TAMUNIG 96913 GUAM |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.142 | State what the contract or lease is for and the nature of the debtor's interest | RETENTION - STAY BONUS AGREEMENT DATED 02/12/2018 | DENISE A. PROCACCINI ADDRESS ON FILE |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.143 | State what the contract or lease is for and the nature of the debtor's interest | SERVICE AGREEMENT - DISCOVER FS SERVICES LLC - DATED - 12/01/2013 | DFS (DISCOVER CARD) 2500 LAKE COOK ROAD RIVERSOODS, IL 60015 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.144 | State what the contract or lease is for and the nature of the debtor's interest | MALWARE PROTECTION AGREEMENT DATED AS OF 11/01/2017 | DHEERA MEDIA LCC DBA BRANDLOCK ATTN: SANJAY KALINANI 56 BERGEN RIDGE ROAD NORTH BERGEN, NJ 07047 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.145 | State what the contract or lease is for and the nature of the debtor's interest | RETENTION - STAY BONUS AGREEMENT DATED 02/12/2018 | DIONISIA Y. MELMAN ADDRESS ON FILE |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| Debtor | NINE WEST HOLDINGS, INC. | Case number (if known) | 18-10947 |
|---|---|---|---|
| | Name | | |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.146 | State what the contract or lease is for and the nature of the debtor's interest | SERVICE AGREEMENT - DSS (DISTRIBUTED SYSTEMS SERVICES) - DATED - 01/01/2017 | DISTRIBUTED SYSTEMS SERVICES INC 1160 MCDERMOTT DRIVE SUITE 101 WEST CHESTER, PA 19380 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.147 | State what the contract or lease is for and the nature of the debtor's interest | SERVICE AGREEMENT - DSS-IBM HW/SW MAINTENANCE-ALL LOCATIONS - DATED - 01/01/2017 | DISTRIBUTED SYSTEMS SERVICES INC ATTN: CHIEF OPERATING OFFICER ONE MERIDIAN BLVD SUITE 2D01 WYOMISSING, PA 19610 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.148 | State what the contract or lease is for and the nature of the debtor's interest | MASTER SERVICE AGREEMENT - DOCTORMAC PHALANX SYSTEMS INC - DATED - 08/01/2004 | DOCTORMAC PHALANX SYSTEMS 20 SOUTH DUTCHER STREET IRVINGTON, NY 10533 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.149 | State what the contract or lease is for and the nature of the debtor's interest | STORE TYPE - NINE WEST - STORE NUMBER - 2742 | DOLPHIN MALL ASSOCIATES, LLC 200 SOUTH PARK ROAD SUITE 200 ATTN: LEASE ADMINISTRATION HOLLYWOOD, FL 33021 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.150 | State what the contract or lease is for and the nature of the debtor's interest | LICENSE AGREEMENT WITH DONNA KARAN STUDIO LLC - DATED - 12/31/2017 | DONNA KARAN STUDIO LLC ATTN: CATHY VOLKER, EXECUTIVE VICE PRESIDENT OF GLOBAL LICENSING 240 WEST 40TH STREET NEW YORK, NY 10018 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.151 | State what the contract or lease is for and the nature of the debtor's interest | LICENSE AGREEMENT DATED 10/12/2017 | DONNA KARAN STUDIO LLC 240 WEST 40TH STREET NEW YORK, NY 10018 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.152 | State what the contract or lease is for and the nature of the debtor's interest | SERVICE AGREEMENT - DONNELLEY FINANCIAL LLC - DATED - 10/21/2016 | DONNELLY FINANCIAL LLC DONNELLY MECHANICAL 96-59 222ND STREET QUEENS VILLAGE, NY 11429 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| Debtor | NINE WEST HOLDINGS, INC. | Case number (if known) | 18-10947 |
|---|---|---|---|
| | Name | | |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.153 | State what the contract or lease is for and the nature of the debtor's interest | SERVICE AGREEMENT - DONNELLY MECHANICAL- NY BLDGS EXCLUDING 1441 - DATED - 11/15/2013 | DONNELLY MECHANICAL CORP 222ND STREET QUEENS VILLAGE, NY 11429 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.154 | State what the contract or lease is for and the nature of the debtor's interest | SERVICE CONTRACT #60001738, DATED AS OF JUNE 4, 2015 (AS MAY HAVE BEEN FURTHER AMENDED, MODIFIED, OR SUPPLEMENTED). | DUNBAR ARMORED INC 50 SCHILLING ROAD HUNT VALLEY, MD 21031 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.155 | State what the contract or lease is for and the nature of the debtor's interest | IT CONTRACT - DYNAMIC YIELD - DATED - 05/10/2017 | DYNAMIC YIELD INC 6 W 18TH STREET 8TH FLOOR NEW YORK, NY 10011 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.156 | State what the contract or lease is for and the nature of the debtor's interest | SERVICE AGREEMENT - DYNAMICACTION INC. - DATED - 09/01/2016 | DYNAMICACTION, INC. 812 MIDDLEFIELD ROAD REDWOOD CITY, CA 94063 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.157 | State what the contract or lease is for and the nature of the debtor's interest | LICENSE AGREEMENT WITH EASY SPIRIT LLC - DATED - 12/30/2016 | EASY SPIRIT LLC ATTN: MATT BURRIS, CHIEF FINANCIAL OFFICER 777 WEST PUTNAM AVE ATTN: MATT BURRIS, CHIEF FINANCIAL OFFICER GREENWICH, CT 06830 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.158 | State what the contract or lease is for and the nature of the debtor's interest | SERVICE AGREEMENT - ES TSA (TRANSITION SVCS AGREEMENT) - DATED - 12/30/2016 | EASY SPIRIT LLC ATTN: MATT BURRIS, CHIEF FINANCIAL OFFICER 777 WEST PUTNAM AVE ATTN: MATT BURRIS, CHIEF FINANCIAL OFFICER GREENWICH, CT 06830 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.159 | State what the contract or lease is for and the nature of the debtor's interest | DEPOSIT AGREEMENT DATE D 4/19/2018 | EBATES PERFORMANCE MARKETING INC. 160 SPEAR STREET, SUITE 1900 SAN FRANSICO, CA 94108 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| Debtor | NINE WEST HOLDINGS, INC. | Case number *(if known)* 18-10947 |
|---|---|---|
| | Name | |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.160 | State what the contract or lease is for and the nature of the debtor's interest | LICENSING AGREEMENT - EBAY - DATED - 08/01/2013 | EBAY<br>2145 HAMILTON AVE<br>SAN JOSE, CA 95125 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.161 | State what the contract or lease is for and the nature of the debtor's interest | STORE TYPE - NINE WEST - STORE NUMBER - 2791 | EL PASO OUTLET CENTER LLC<br>5902 PAYSPHERE CIRCLE<br>CHICAGO, IL 60674 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.162 | State what the contract or lease is for and the nature of the debtor's interest | SOCIAL AND SECURITY COMPLIANCE SERVICES AS OF 7/31/2015 | ELEVATE LIMITED<br>UNIT 1 19TH FLOOR<br>ARION COMMERCIAL BUILDING<br>2-12 QUEENS ROAD WEST<br>HONG KONG<br>HONG KONG |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.163 | State what the contract or lease is for and the nature of the debtor's interest | RETENTION - STAY BONUS AGREEMENT DATED 02/12/2018 | ELINA NATHANSON<br>ADDRESS ON FILE |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.164 | State what the contract or lease is for and the nature of the debtor's interest | MASTER SERVICE AGREEMENT - ELITE SEM - DATED - 06/01/2017 | ELITE SEM<br>ATTN: ZACH MORRISON<br>142 W 36TH STREET<br>FLOOR 11<br>NEW YORK, NY 10018 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.165 | State what the contract or lease is for and the nature of the debtor's interest | COMPLIANCE SERVICE AGREEMENT DATED AS OF 12/20/2017 | EQUEST GLOBAL JOB POSTING<br>ATTN: JOHN MALONE<br>2010 CFROW CANYON PLACE<br>SUITE 100-10016<br>SAN RAMON, CA 94583 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.166 | State what the contract or lease is for and the nature of the debtor's interest | RETENTION - STAY BONUS AGREEMENT DATED 02/12/2018 | EVA M. ZINGONE<br>ADDRESS ON FILE |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| Debtor | NINE WEST HOLDINGS, INC. | Case number *(if known)* 18-10947 |
|---|---|---|
| | Name | |



**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.167 | State what the contract or lease is for and the nature of the debtor's interest | SECOND AMENDED AND RESTATED LICENSE AND RETAIL SALE AGREEMENT - DATED - 08/01/2010 | EXCELENCIA GROUP INC. (F/K/A SPECIALTY RETAIL STORES INTERNATIONAL CORPORATION) ATTN: JAIME ROBERTO PALOMO TORRE GLOBAL PISO 23 CALLE 50 CIUDAD DE PANAMA REPUBLIC OF PANAMA |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.168 | State what the contract or lease is for and the nature of the debtor's interest | AMENDMENT TO THE SECOND AMENDED AND RESTATED DISTRIBUTION AGREEMENT DATED 8/1/2010. | EXCELENCIA GROUP INC. ATTN: JAIME ROBERTO PALOMO TORRE GLOBAL PISO 23 CALLE 50 CIUDAD DE PANAMA REPUBLIC OF PANAMA |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.169 | State what the contract or lease is for and the nature of the debtor's interest | AMENDMENT NO. 4 DISTRIBUTION AND LICENSE AGREEMENT DATED 01/01/2011 | F. & C. LEMONIS S.A. 25TH MARTIOU 91-93 PERISTERI 12132 ATHENS GREECE ATTN: FRANCESCO LEMONIS & KONSTANTINOS LEMONIS |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.170 | State what the contract or lease is for and the nature of the debtor's interest | AMENDMENT NO. 3 DISTRIBUTION AND LICENSE AGREEMENT - DATED - 12/31/2009 | F. & C. LEMONIS S.A. 25TH MARTIOU 91-93 PERISTERI 12132 ATHENS GREECE ATTN: FRANCESCO LEMONIS & KONSTANTINOS LEMONIS |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.171 | State what the contract or lease is for and the nature of the debtor's interest | AMENDMENT NO. 2 DISTRIBUTION AND LICENSE AGREEMENT - DATED - 07/01/2008 | F. & C. LEMONIS S.A. 25TH MARTIOU 91-93 PERISTERI 12132 ATHENS GREECE ATTN: FRANCESCO LEMONIS & KONSTANTINOS LEMONIS |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.172 | State what the contract or lease is for and the nature of the debtor's interest | AMENDMENT NO. 1 DISTRIBUTION AND LICENSE AGREEMENT - DATED - 12/31/2004 | F. & C. LEMONIS S.A. 25TH MARTIOU 91-93 PERISTERI 12132 ATHENS GREECE ATTN: FRANCESCO LEMONIS & KONSTANTINOS LEMONIS |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.173 | State what the contract or lease is for and the nature of the debtor's interest | DISTRIBUTION AND LICENSE AGREEMENT - DATED - 12/31/2004 | F. & C. LEMONIS S.A. 25TH MARTIOU 91-93 PERISTERI 12132 ATHENS GREECE ATTN: FRANCESCO LEMONIS & KONSTANTINOS LEMONIS |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| Debtor | NINE WEST HOLDINGS, INC. | Case number (if known) | 18-10947 |
|---|---|---|---|
| | Name | | |



**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.174 | State what the contract or lease is for and the nature of the debtor's interest | RELATING TO THE DISTRIBUTION AND LICENSE AGREEMENT, DATED AS OF SEPTEMBER 21, 2001 | F. & C. LEMONIS S.A.<br>25TH MARTIOU 91-93<br>PERISTERI<br>12132 ATHENS<br>GREECE<br>ATTN: FRANCESCO LEMONIS & KONSTANTINOS LEMONIS |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.175 | State what the contract or lease is for and the nature of the debtor's interest | STORE TYPE - NINE WEST - STORE NUMBER - 2509 | F/C GILROY DEVELOPMENT LLC<br>C/O SIMON PROPERTY GROUP<br>225 WEST WASHINGTON STREET<br>ATTN: PREMIUM OUTLETS<br>INDIANAPOLIS, IN 46204 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.176 | State what the contract or lease is for and the nature of the debtor's interest | SERVICE AGREEMENT - FARMINGTON ADMINISTRATIVE SERVICES - EMPLOYER ADMINISTRATIVE SERVICES AGREEMENT - DATED - 02/07/2011 | FARMINGTON ADMINISTRATIVE SVCS INC.<br>30 WATERSIDE DRIVE<br>PO BOX 1112<br>FARMINGTON, CT 06034-1112 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.177 | State what the contract or lease is for and the nature of the debtor's interest | FRANCHISE AGREEMENT - DATED - 04/01/2009 | FASHION BRANDS INDIA PRIVATE LIMITED<br>402A POONAM CHAMBERS, DR.ANNIE BESSANT ROAD<br>WORLI, MUMBAI<br>INDIA<br>ATTENTION: MR.KAMAL KOTAK, DIRECTOR |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.178 | State what the contract or lease is for and the nature of the debtor's interest | STORE TYPE - NINE WEST - STORE NUMBER - 2878 | FASHION OUTLETS AT FOXWOODS LLC<br>3200 NORTHLINE AVENUE<br>SUITE 360<br>ATTN: LEGAL DEPARTMENT<br>GREENSBORO, NC 27408 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.179 | State what the contract or lease is for and the nature of the debtor's interest | STORE TYPE - EASY SPIRIT - STORE NUMBER - 1680 | FASHION OUTLETS AT FOXWOODS, LLC<br>C/O TANGER PROPERTIES LIMITED PARTNERSHIP<br>3200 NORTHLINE AVENUE<br>SUITE 360<br>GREENSBORO, NC 27408 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.180 | State what the contract or lease is for and the nature of the debtor's interest | DISTRIBUTION AND LICENSE AGREEMENT, DATED JANUARY 1, 2018, BY AND AMONG NINE WEST DEVELOPMENT LLC, NINE WEST HOLDINGS, INC., AND FATALES. | FATALES<br>ATTN: MR. SAMI BEN AYED<br>23 RUE 8603<br>LA CHARGUIA 1<br>TUNIS-CARTHAGE<br>TUNISIA |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| Debtor | NINE WEST HOLDINGS, INC. | Case number (if known) | 18-10947 |
|--------|--------------------------|------------------------|----------|
|        | Name                     |                        |          |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.181 | State what the contract or lease is for and the nature of the debtor's interest | SETTLEMENT AGREEMENT, DATED AS OF MAY 29, 2002. | FEDERATED DEPARTMENT STORES, INC. DBA MACY'S EAST 151 WEST 34TH STREET NEW YORK, NY 10001 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.182 | State what the contract or lease is for and the nature of the debtor's interest | SERVICE AGREEMENT - FED EX - DATED - 01/05/2015 | FEDEX 3875 AIRWAYS BLVD MODULE H, 3RD FLOOR MEMPHIS, TN 38116 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.183 | State what the contract or lease is for and the nature of the debtor's interest | CONSULTING AGREEMENT - FERAS NAHDU SABR ALWHEDY - DATED - 03/15/2017 | FERAS NAHDU SABR ALWHEDY AL-MAFREQ-AL-KHALDEIAH- THE MAIN STREET- NEAR THE MILITARY CONSUMER CORPORATION |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.184 | State what the contract or lease is for and the nature of the debtor's interest | IT CONTRACT - FIRST DATA (BANK OF AMERICA) - DATED - 07/09/2015 | FIRST DATA SVCS. LLC 5565 GLENRIDGE CONNECTOR NE SUITE 2000 ATLANTA, GA 30342 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.185 | State what the contract or lease is for and the nature of the debtor's interest | CONSULTING AGREEMENT - FLEMING CONSULTING AGREEMENT - DATED - 11/06/2017 | FLEMING CONSULTING 10 RUTGERS STREET, 8H NEW YORK, NY 10002 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.186 | State what the contract or lease is for and the nature of the debtor's interest | BUYING AGENCY AGREEMENT, DATED AS OF SEPTEMBER 29, 2015, BY AND BETWEEN NINE WEST HOLDINGS, INC. AND FORTUNE FOOTWEAR INC. | FORTUNE FOOTWEAR INC 174 HUDSON STREET NEW YORK, NY 10013 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.187 | State what the contract or lease is for and the nature of the debtor's interest | RETENTION - STAY BONUS AGREEMENT DATED 02/12/2018 | FRANCES R. LUKAS ADDRESS ON FILE |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| Debtor | NINE WEST HOLDINGS, INC. | Case number (if known) | 18-10947 |
|---|---|---|---|
| | Name | | |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.188 | State what the contract or lease is for and the nature of the debtor's interest | EMPLOYMENT AGREEMENT - DATED - 05/18/2016 | FRANTZ, MICHELLE ADDRESS ON FILE |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.189 | State what the contract or lease is for and the nature of the debtor's interest | STOCK APPRECIATION RIGHTS AGREEMENT - DATED - 05/04/2015 | FRASER, ELIZABETH ADDRESS ON FILE |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.190 | State what the contract or lease is for and the nature of the debtor's interest | EMPLOYMENT AGREEMENT - DATED - 05/04/2015 | FRASER, ELIZABETH ADDRESS ON FILE |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.191 | State what the contract or lease is for and the nature of the debtor's interest | STORE TYPE - NINE WEST - STORE NUMBER - 2593 | FSH ASSOCIATES, L.P. PO BOX 414225 BOSTON, MA 02241-4225 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.192 | State what the contract or lease is for and the nature of the debtor's interest | STORE TYPE - NINE WEST - STORE NUMBER - 2583 | G&L BUILDING CORP. PO BOX 3110 SAG HARBOR, NY 11963 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.193 | State what the contract or lease is for and the nature of the debtor's interest | RELATING TO THE DISTRIBUTION AND LICENSE AGREEMENT, DATED AS OF SEPTEMBER 21, 2001 | GAB CO LIMITED 9, TRIQ IL-WIZNA SWIEQI MALTA STJ2303 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.194 | State what the contract or lease is for and the nature of the debtor's interest | ARMORED CAR SERVICE AGREEMENT, DATED AS OF MAY 1, 2015 (AS MAY HAVE BEEN FURTHER AMENDED, MODIFIED, OR SUPPLEMENTED). | GARDA CL ATLANTIC, INC LOCKBOX #233209 3209 MOMENTUM PLACE CHICAGO, IL 60689-5332 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| Debtor | NINE WEST HOLDINGS, INC. | Case number *(if known)* 18-10947 |
|---|---|---|
| | Name | |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.195 | State what the contract or lease is for and the nature of the debtor's interest | EMPLOYMENT AGREEMENT - DATED - 08/23/2017 | GARY MANSFIELD ADDRESS ON FILE |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.196 | State what the contract or lease is for and the nature of the debtor's interest | INSURANCE AGREEMENT - GEMINI INSURANCE BERKLEY DIRECTORS & OFFICERS INSURANCE - DATED - 10/01/2016 | GEMINI INSURANCE COMPANY C/O BERKLEY PROFESSIONAL LIABILITY LLC, BERKLY PROFESSIONAL LIABILITY CLAIMS, CLAIM DEPARTMENT 757 THIRD AVENUE 10TH FLOOR NEW YORK, NY 10017 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.197 | State what the contract or lease is for and the nature of the debtor's interest | SERVICE AGREEMENT - BARTHO INTERNATIONAL INC. - DATED - 04/01/2011 | GEODIS USA INC THE NAVY YARD 5101 SOUTH BROAD STREET PHILADELPHIA, PA 19112-1404 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.198 | State what the contract or lease is for and the nature of the debtor's interest | RETENTION - STAY BONUS AGREEMENT DATED 02/13/2018 | GEORGE D. NEEMAN, JR. ADDRESS ON FILE |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.199 | State what the contract or lease is for and the nature of the debtor's interest | STORE TYPE - NINE WEST - STORE NUMBER - 2582 | GEORGETOWNE CENTER BROOKLYN LL 35-11 35TH AVE LONG ISLAND CITY, NY 11106 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.200 | State what the contract or lease is for and the nature of the debtor's interest | STORE TYPE - EASY SPIRIT - STORE NUMBER - 6967 | GILROY PREMIUM OUTLETS LLC PO BOX 827762 PHILADELPHIA, PA 19182-7762 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.201 | State what the contract or lease is for and the nature of the debtor's interest | LICENSE AGREEMENT DATED JANUARY 1, 2006 AND ALL AMENDMENTS | GIVENCHY CORP ATTN: VP-LICENSING 625 MADISON AVENUE 3RD FLOOR NEW YORK, NY 10022 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| Debtor | NINE WEST HOLDINGS, INC. | Case number (if known) | 18-10947 |
|---|---|---|---|
| | Name | | |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.202 | State what the contract or lease is for and the nature of the debtor's interest | BUYER AGENCY AGREEMENT - GLOBAL ACCESSORY LTD - DATED - 09/01/2011 | GLOBAL ACCESSORY LTD RM 1107 WINFIELD COMM BUILDING 6-8A PRAT AVENUT TSIMSHATSHI, KOWLOON HONG KONG |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.203 | State what the contract or lease is for and the nature of the debtor's interest | DISTRIBUTION LICENSE AGREEMENT - DATED - 02/23/2016 | GLOBAL RETAIL (ASIA) INCORPORATED 27TH FLOOR, BLOCK A, REGENT CENTER 63 WO YI HOP ROAD KWAI CHUNG, N.T. HONG KONG ATTN: JEFFREY FANG |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.204 | State what the contract or lease is for and the nature of the debtor's interest | DISTRIBUTION AND LICENSE AGREEMENT - DATED - 07/17/2000 | GLOBAL RETAIL (ASIA) INCORPORATED 27TH FLOOR, BLOCK A, REGENT CENTRE 63 WO TI HOP ROAD KWAI CHUNG, NEW TERRITORIES HING KONG ATTN: JEFFREY FANG FANG |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.205 | State what the contract or lease is for and the nature of the debtor's interest | AMENDMENT NO. 1 DISTRIBUTION AND LICENSE AGREEMENT - DATED - 09/06/2000 | GLOBAL RETAIL (ASIA) INCORPORATED 27TH FLOOR, BLOCK A, REGENT CENTRE 63 WO TI HOP ROAD KWAI CHUNG, NEW TERRITORIES HING KONG ATTN: JEFFREY FANG FANG |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.206 | State what the contract or lease is for and the nature of the debtor's interest | AMENDMENT NO. 2 DISTRIBUTION AND LICENSE AGREEMENT - DATED - 04/01/2004 | GLOBAL RETAIL (ASIA) INCORPORATED 27TH FLOOR, BLOCK A, REGENT CENTRE 63 WO TI HOP ROAD KWAI CHUNG, NEW TERRITORIES HING KONG ATTN: JEFFREY FANG FANG |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.207 | State what the contract or lease is for and the nature of the debtor's interest | AMENDMENT NO. 3 DISTRIBUTION AND LICENSE AGREEMENT - DATED - 06/01/2017 | GLOBAL RETAIL (ASIA) INCORPORATED 27TH FLOOR, BLOCK A, REGENT CENTRE 63 WO TI HOP ROAD KWAI CHUNG, NEW TERRITORIES HING KONG ATTN: JEFFREY FANG FANG |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.208 | State what the contract or lease is for and the nature of the debtor's interest | AMENDMENT NO. 4 DISTRIBUTION AND LICENSE AGREEMENT - DATED - 08/01/2010 | GLOBAL RETAIL (ASIA) INCORPORATED 27TH FLOOR, BLOCK A, REGENT CENTRE 63 WO TI HOP ROAD KWAI CHUNG, NEW TERRITORIES HING KONG ATTN: JEFFREY FANG FANG |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| Debtor | NINE WEST HOLDINGS, INC. | Case number *(if known)* 18-10947 |
|---|---|---|
| | Name | |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.209 | State what the contract or lease is for and the nature of the debtor's interest | DISTRIBUTION AND LICENSE AGREEMENT - DATED - 06/01/2007 | GLOBAL RETAIL (ASIA) INCORPORATED 27TH FLOOR, BLOCK A, REGENT CENTRE 63 WO TI HOP ROAD KWAI CHUNG, NEW TERRITORIES HING KONG ATTN: JEFFREY FANG FANG |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.210 | State what the contract or lease is for and the nature of the debtor's interest | GOOGLE SHOPPING EXPRESS (GSX) MERCHANT AGREEMENT, EFFECTIVE AS OF SEPTEMBER 1, 2014 (AS MAY HAVE BEEN FURTHER AMENDED, MODIFIED, OR SUPPLEMENTED). | GOOGLE INC ATTN: LEGAL DEPARTMENT 1600 AMPHITHEATRE PARKWAY MOUNTAIN VIEW, CA 94043 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.211 | State what the contract or lease is for and the nature of the debtor's interest | STORE TYPE - NINE WEST - STORE NUMBER - 2676 | GPO DELAWARE, LLC 1100 ALAKEA STREET, SUITE 2200 ATTN: BILL D. MILLS HONOLULU, HI 96813 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.212 | State what the contract or lease is for and the nature of the debtor's interest | AMENDMENT NO. 3 DISTRIBUTION AND LICENSE AGREEMENT - DATED - 06/01/2017 | GRI (ASIA) LTD. CEDAR HOUSE 41 CEDAR AVE. HAMILTON, HM 12  BERMUDA |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.213 | State what the contract or lease is for and the nature of the debtor's interest | DISTRIBUTION AND LICENSE AGREEMENT - DATED - 06/01/2007 | GRI (ASIA) LTD. CEDAR HOUSE 41 CEDAR AVE. HAMILTON, HM 12  BERMUDA |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.214 | State what the contract or lease is for and the nature of the debtor's interest | AMENDMENT NO. 4 DISTRIBUTION AND LICENSE AGREEMENT - DATED - 08/01/2010 | GRI ASIA LTD. CEDAR HOUSE 41 CEDAR AVE. HAMILTON, HM 12  BERMUDA |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.215 | State what the contract or lease is for and the nature of the debtor's interest | SUB-LICENSE AGREEMENT DATED 1/19/2001 | GRI ASIA LTD. 27TH FLOOR, BLOCK A, REGENT CENTRE 63 WO YI HOP ROAD, KWAI CHUNG NEW TERRITORIES, HONG KONG |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| Debtor | NINE WEST HOLDINGS, INC. | Case number (if known) 18-10947 |
|---|---|---|
| | Name | |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.216 | State what the contract or lease is for and the nature of the debtor's interest | DISTRIBUTION LICENSE AGREEMENT - DATED - 02/23/2016 | GRI INTERNATIONAL LIMITED 27TH FLOOR, BLOCK A, REGENT CENTER 63 WO YI HOP ROAD KWAI CHUNG, N.T. HONG KONG ATTN: JEFFREY FANG |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.217 | State what the contract or lease is for and the nature of the debtor's interest | STOCK APPRECIATION RIGHTS AGREEMENT - DATED - 02/18/2015 | GROSS, JACK ADDRESS ON FILE |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.218 | State what the contract or lease is for and the nature of the debtor's interest | STOCK APPRECIATION RIGHTS AGREEMENT - DATED - 06/04/2015 | GROSSBERG, SLOANE ADDRESS ON FILE |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.219 | State what the contract or lease is for and the nature of the debtor's interest | EMPLOYMENT AGREEMENT - DATED - 06/04/2015 | GROSSBERG, SLOANE ADDRESS ON FILE |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.220 | State what the contract or lease is for and the nature of the debtor's interest | STORE TYPE - EASY SPIRIT - STORE NUMBER - 6828 | GROVE CITY FACTORY SHOPS LIMIT PO BOX 776260 CHICAGO, IL 60677-6260 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.221 | State what the contract or lease is for and the nature of the debtor's interest | GUCCI AMERICA, INC. – LETTER AGREEMENT, DATED DECEMBER 14, 2017, BY AND BETWEEN NINE WEST HOLDINGS, INC. AND GUCCI AMERICA, INC. | GUCCI AMERICA, INC. ATTN: BROOKE CRESCENTI, DIRECTOR OF LEGAL AFFAIRS GUCCI 195 BROADWAY NEW YORK, NY 10007 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.222 | State what the contract or lease is for and the nature of the debtor's interest | SUBLEASE COMMENCEMENT DATE AGREEMENT DATED 3/15/2016 | H.O.P. NEW YORK ENTERTAINMENT LLC 110 LEROY STREET 4TH FLOOR NEW YORK, NY 10014 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| Debtor | NINE WEST HOLDINGS, INC. | Case number *(if known)* 18-10947 |
|---|---|---|
| | Name | |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.223 | State what the contract or lease is for and the nature of the debtor's interest | GUARANTY IS TO ASSURE SUBLANDLORD THAT DURING ANY PERIOD THAT SUBTENANT IS IN POSSESSION OF THE SUBLEASED PREMISES AND THAT THIS GUARANTY IS IN EFFECT | H.O.P. NEW YORK ENTERTAINMENT, LLC 110 LEROY STREET 4TH FLOOR NEW YORK, NY 10014 |
| | State the term remaining List the contract number of any government contract | | |
| 2.224 | State what the contract or lease is for and the nature of the debtor's interest | FOR VALUE RECEIVED IN CONSIDERATION OF AND AS AN INDUCEMENT TO ENTER INTO A SUBLEASE DATED 2/4/2016 | H.O.P. NEW YORK ENTERTAINMENT, LLC 110 LEROY STREET 4TH FLOOR NEW YORK, NY 10014 |
| | State the term remaining List the contract number of any government contract | | |
| 2.225 | State what the contract or lease is for and the nature of the debtor's interest | SUBLEASE OF 15TH AND 16TH FLOORS OF 1411 BROADWAY DATED 2/4/2016 | H.O.P. NEW YORK ENTERTAINMENT, LLC 110 LEROY STREET 4TH FLOOR NEW YORK, NY 10014 |
| | State the term remaining List the contract number of any government contract | | |
| 2.226 | State what the contract or lease is for and the nature of the debtor's interest | SUBLEASE FOR 15TH AND 16TH FLOORS OF 1411 BROADWAY DATED 2/4/2016 | H.O.P. NEW YORK ENTERTAINMENT, LLC 110 LEROY STREET 4TH FLOOR NEW YORK, NY 10014 |
| | State the term remaining List the contract number of any government contract | | |
| 2.227 | State what the contract or lease is for and the nature of the debtor's interest | EMPLOYMENT AGREEMENT - DATED - 01/15/2016 | HALLMAN, DONNA ADDRESS ON FILE |
| | State the term remaining List the contract number of any government contract | | |
| 2.228 | State what the contract or lease is for and the nature of the debtor's interest | BUSINESS AUTOMOBILE COVERAGE - POLICY NUMBER - U.S.- 10 AB S36302 - DATED - 04/08/2018 | HARTFORD FINANCIAL SERVICES 1 HARTFORD PLAZA HARTFORD, CT 06155 |
| | State the term remaining List the contract number of any government contract | | |
| 2.229 | State what the contract or lease is for and the nature of the debtor's interest | GENERAL LIABILITY INSURANCE - POLICY NUMBER - U.S. - 10 CSE S36301 - DATED - 04/08/2017 | HARTFORD FINANCIAL SERVICES 1 HARTFORD PLAZA HARTFORD, CT 06155 |
| | State the term remaining List the contract number of any government contract | | |

| Debtor | NINE WEST HOLDINGS, INC. | Case number (if known) | 18-10947 |
|---|---|---|---|
| | Name | | |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.230 | State what the contract or lease is for and the nature of the debtor's interest | AUTOMOBILE INSURANCE - POLICY NUMBER - U.S.- 10 AB S36302 - DATED - 04/08/2017 | HARTFORD FINANCIAL SERVICES 1 HARTFORD PLAZA HARTFORD, CT 06155 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.231 | State what the contract or lease is for and the nature of the debtor's interest | AUTOMOBILE INSURANCE - POLICY NUMBER - CAN - 05 CON 132507 - DATED - 04/08/2017 | HARTFORD FINANCIAL SERVICES 1 HARTFORD PLAZA HARTFORD, CT 06155 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.232 | State what the contract or lease is for and the nature of the debtor's interest | WORKERS' COMPENSATION INSURANCE - POLICY NUMBER - 10 WBR S36304 - DATED - 04/08/2017 | HARTFORD FINANCIAL SERVICES 1 HARTFORD PLAZA HARTFORD, CT 06155 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.233 | State what the contract or lease is for and the nature of the debtor's interest | GENERAL LIABILITY INSURANCE - POLICY NUMBER - CAN - 10 LIA 132198 - DATED - 04/08/2017 | HARTFORD FINANCIAL SERVICES 1 HARTFORD PLAZA HARTFORD, CT 06155 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.234 | State what the contract or lease is for and the nature of the debtor's interest | COMMERCIAL GENERAL LIABILITY - POLICY NUMBER - U.S. - 10 CSE S36301 - DATED - 04/08/2018 | HARTFORD FINANCIAL SERVICES 1 HARTFORD PLAZA HARTFORD, CT 06155 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.235 | State what the contract or lease is for and the nature of the debtor's interest | WORKERS' COMPENSATION INSURANCE - POLICY NUMBER - 10 WN S36300 - DATED - 04/08/2017 | HARTFORD FINANCIAL SERVICES 1 HARTFORD PLAZA HARTFORD, CT 06155 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.236 | State what the contract or lease is for and the nature of the debtor's interest | WORKERS' COMPENSATION - POLICY NUMBER - 10 WN S36300 - DATED - 04/08/2018 | HARTFORD FINANCIAL SERVICES 1 HARTFORD PLAZA HARTFORD, CT 06155 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| Debtor | NINE WEST HOLDINGS, INC. | Case number (if known) 18-10947 |
|---|---|---|
| | Name | |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.237 | State what the contract or lease is for and the nature of the debtor's interest | COMMERCIAL GENERAL LIABILITY - POLICY NUMBER - CAN. - 05 LIA 132198 - DATED - 04/08/2018 | HARTFORD FINANCIAL SERVICES 1 HARTFORD PLAZA HARTFORD, CT 06155 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.238 | State what the contract or lease is for and the nature of the debtor's interest | INSURANCE AGREEMENT - HARTFORD INSURANCE - DATED - 04/08/2017 | HARTFORD FIRE INSURANCE COMPANY ATTN: SVP, SPECIALTY CASUALTY, T-11 HARTFOD PLAZA HARTFORD, CT 06155 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.239 | State what the contract or lease is for and the nature of the debtor's interest | SERVICE AGREEMENT - HARVEY L. TEPNER JASPTER PARENT LLC - DATED - 08/10/2017 | HARVEY L TEPNER 11 FIFTH AVENUE APY 8-L NEW YORK, NY 10003 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.240 | State what the contract or lease is for and the nature of the debtor's interest | SERVICE AGREEMENT - HMSA BLUE CROSS BLUE SHIELD OF HAWAII - DATED - 07/01/2012 | HAWAII MEDICAL SERVICE ASSOC 818 KEEAUMOKU ST PO BOX 860 HONOLULU, HI 96808-0860 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.241 | State what the contract or lease is for and the nature of the debtor's interest | INSURANCE AGREEMENT - HEALTH ADVOCATE INC - DATED - 01/01/2015 | HEALTH ADVOCATE INC ATTN: WENDI THOMAS, SVP ACCOUNT MANAGEMENT 3043 WALTON ROAD PLYMOUTH MEETING, PA 19462 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.242 | State what the contract or lease is for and the nature of the debtor's interest | EMPLOYMENT AGREEMENT - DATED - 02/02/2017 | HELENE WHITNEY ADDRESS ON FILE |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.243 | State what the contract or lease is for and the nature of the debtor's interest | SERVICE AGREEMENT - HELP/SYSTEMS - ROBOT/AUTOTUNE SN: 103EB15 & 105ZGZM - BRISTOL - DATED - 08/01/2016 | HELPSYSTEMS 6533 FLYING CLOUD DRIVE, SUITE 200 EDEN PRARIE, MN 55344 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| Debtor | NINE WEST HOLDINGS, INC. | Case number (if known) | 18-10947 |
|---|---|---|---|
| | Name | | |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.244 | State what the contract or lease is for and the nature of the debtor's interest | CONSULTING AGREEMENT DATED 7/10/2017 | HL PARTNERS, LLC ATTN: ANN HUFFT, PRESIDENT 350 MADISON AVE, 17TH FLOOR NEW YORK, NY 10017 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.245 | State what the contract or lease is for and the nature of the debtor's interest | SOURCING AND PRODUCTION MASTER AGREEMENT, DATED AS OF SEPTEMBER 15, 2015. | HOT ON TIME LLC ATTN: CEO 411 WEST PUTNAM AVE GREENWICH, CT 06830 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.246 | State what the contract or lease is for and the nature of the debtor's interest | LETTER AGREEMENT TO SUBLEASE DATED 6/29/2015 | IC 1411 BROADWAY MANAGER LLC 1411 BROADWAY SUITE 3001 NEW YORK, NY 10018 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.247 | State what the contract or lease is for and the nature of the debtor's interest | SERVICE AGREEMENT - BRIVO WEB HOSTING/MANAGEMENT (NWH) - DATED - 11/01/2014 | IDESCO CORP 37 W 26TH STREET NEW YORK, NY 10010-1097 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.248 | State what the contract or lease is for and the nature of the debtor's interest | IT CONTRACT - IGICOM - DATED - 12/12/2012 | IGICOM LLC 2 WEST 45TH STREET SUITE 502 NEW YORK, NY 10036 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.249 | State what the contract or lease is for and the nature of the debtor's interest | SERVICE AGREEMENT - COSTCO CRX SERVICE & ILD ACCESS SUPPLEMENT - DATED - 11/01/2013 | INFORMATION RESOURCES INC (IRI) 4766 PAYSPHERE CIRCLE CHICAGO, IL 60674 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.250 | State what the contract or lease is for and the nature of the debtor's interest | MASTER SERVICE AGREEMENT - PARCEL AUDIT SERVICES CONTRACT - DATED - 11/30/2006 | INTEGRATED LOGISTICS LLC ATTN: DAN WOTRING, PRINCIPAL PO BOX 2051 ALPHARETTA, GA 30023 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| Debtor | NINE WEST HOLDINGS, INC. | | Case number (if known) 18-10947 |
|---|---|---|---|
| | Name | | |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.251 | State what the contract or lease is for and the nature of the debtor's interest | SERVICE AGREEMENT - FOREIGN TRADE ZONE SOFTWARE AND SERVICES - DATED - 02/01/2015 | INTEGRATION POINT INC ATTN: CLIENT RELATION PO BOX 49175 CHARLOTTE, NC 28277 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.252 | State what the contract or lease is for and the nature of the debtor's interest | GUARANTEE, DATED AS OF MARCH 12, 2007, BY INVERSIONES COSTANERA S.A. IN FAVOR OF NINE WEST DEVELOPMENT CORPORATION AND NINE WEST FOOTWEAR CORPORATION. | INVERSIONES COSTANERA S.A. AVENIDA SANTA MARIA 2880, PISO 4 PROVIDENCIA, SANTIAGO, CHILE ATTN; MR. ALFONSO A. SWETT OPAZO |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.253 | State what the contract or lease is for and the nature of the debtor's interest | EMPLOYMENT AGREEMENT - DATED - 06/02/2014 | IRA M. DANSKY ADDRESS ON FILE |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.254 | State what the contract or lease is for and the nature of the debtor's interest | EMPLOYMENT AGREEMENT - DATED - 07/01/2001 | IRWIN SAMELMAN ADDRESS ON FILE |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.255 | State what the contract or lease is for and the nature of the debtor's interest | SERVICE AGREEMENT - INFORMATION SERVICES GROUP (ISG) - DATED - 09/12/2014 | ISG INFOMATION SVC GROUP ATTN: LEGAL MANAGER 10055 GROGAN'S MILL ROAD SUITE 200 THE WOODLANDS, TX 77380 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.256 | State what the contract or lease is for and the nature of the debtor's interest | LICENSE AGREEMENT DATED AS OF THIS 2ND DAY OF SEPTEMBER, 2016, BY AND BETWEEN IT FASHION JEWELRY LLC, AND NINE WEST HOLDINGS ALL SUBSEQUENT AMENDMENTS | IT FASHION JEWELRY LLC C/O THE TRUMP ORGANIZATION ATTN: IVANKA TRUMP, EXECUTIVE VICE PRESIDENT 725 FIFTH AVENUE NEW YORK, NY 10022 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.257 | State what the contract or lease is for and the nature of the debtor's interest | GUARANTEE, DATED AS OF 12/3/07, BY J LEW INVESTMENTS PTY LTD IN FAVOR OF NINE WEST DEVELOPMENT CORPORATION AND NINE WEST FOOTWEAR CORPORATION. | J LEW INVESTMENTS PTY LTD C/O J LEW INVESTMENTS PTY LTD ATTN: MR. DANIEL HAMMERSCHLAG LEVEL 5, 425 ST. KILDA ROAD MELBOURNE, VICTORIA 3004 AUSTRALIA |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| Debtor | NINE WEST HOLDINGS, INC. | Case number (if known) | 18-10947 |
|---|---|---|---|
| | Name | | |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.258 | State what the contract or lease is for and the nature of the debtor's interest | SETTLEMENT AGREEMENT AND MUTUAL RELEASES, DATED AS OF SEPTEMBER 1, 2007 | J. CHOO LIMITED 37 IXWORTH PLACE LONDON SW3 3QH UNITED KINGDOM |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.259 | State what the contract or lease is for and the nature of the debtor's interest | EMPLOYMENT AGREEMENT - DATED - 12/30/1992 | J. WAYNE WEAVER ADDRESS ON FILE |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.260 | State what the contract or lease is for and the nature of the debtor's interest | RETENTION - STAY BONUS AGREEMENT DATED 02/12/2018 | JAMES A. TERRY ADDRESS ON FILE |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.261 | State what the contract or lease is for and the nature of the debtor's interest | EMPLOYMENT AGREEMENT - DATED - 02/01/2017 | JAMES R. SALZANO ADDRESS ON FILE |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.262 | State what the contract or lease is for and the nature of the debtor's interest | STAY BONUS AND SEVERANCE AGREEMENT DATED AS OF 5/18/2017 | JAMES V. CAPIOLA 187 ADELPHI AVENUE HARRISON, NY 10528 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.263 | State what the contract or lease is for and the nature of the debtor's interest | LETTER AGREEMENT RE: JAMIE CHUNG AND NINE WEST / CHOCOLATE SHOE IMAGE, DATED AS OF MARCH 16, 2009. | JAMIE CHUNG JAMIE CHUNG C/O JOEL L. HECKER, ESQ. RUSSO & BURKE 600 THIRD AVENUE NEW YORK, NY 10016 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.264 | State what the contract or lease is for and the nature of the debtor's interest | INTERCOMPANY AGREEMENT - SERVICES AGREEMENT - DATED - 06/03/2014 | JASPER APPAREL GROUP CANADA, LP 1446 DON MILLS ROAD SUITE 100 TORONTO, ON M3B 3N6 CANADA |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| Debtor | NINE WEST HOLDINGS, INC. | Case number (if known) | 18-10947 |
|---|---|---|---|
| | Name | | |

  **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.265 | State what the contract or lease is for and the nature of the debtor's interest | CUSTOMER AGREEMENT, EFFECTIVE AS OF MARCH 30, 2012 (AS MAY HAVE BEEN FURTHER AMENDED, MODIFIED, OR SUPPLEMENTED), BETWEEN NWHI AND JDA SOFTWARE, INC. | JDA SOFTWARE 15059 N SCOTTSDALE ROAD SUITE 400 SCOTTSDALE, AZ 96365 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.266 | State what the contract or lease is for and the nature of the debtor's interest | RETENTION - STAY BONUS AGREEMENT DATED 02/12/2018 | JEFFREY A. LALONDE ADDRESS ON FILE |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.267 | State what the contract or lease is for and the nature of the debtor's interest | RETENTION - STAY BONUS AGREEMENT DATED 02/12/2018 | JENNIFER S. SENENKO ADDRESS ON FILE |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.268 | State what the contract or lease is for and the nature of the debtor's interest | RETENTION - STAY BONUS AGREEMENT DATED 02/12/2018 | JENNY ENG-SCHROEDER ADDRESS ON FILE |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.269 | State what the contract or lease is for and the nature of the debtor's interest | CONSULTING AGREEMENT - DATED - 12/15/1998 | JEROME FISHER 766 HI-MOUNT PALM BEACH, FL 33480 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.270 | State what the contract or lease is for and the nature of the debtor's interest | EMPLOYMENT AGREEMENT - DATED - 12/30/1992 | JEROME FISHER ADDRESS ON FILE |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.271 | State what the contract or lease is for and the nature of the debtor's interest | STORE TYPE - EASY SPIRIT - STORE NUMBER - 1623 | JERSEY SHORE PREMIUM OUTLETS L PO BOX 776307 CHICAGO, IL 60677-6307 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| Debtor | NINE WEST HOLDINGS, INC. | Case number (if known) | 18-10947 |
|---|---|---|---|
| | Name | | |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.272 | State what the contract or lease is for and the nature of the debtor's interest | STORE TYPE - NINE WEST - STORE NUMBER - 2699 | JG ELIZABETH, LLC<br>180 EAST BROAD STREET, 21ST FLOOR<br>ATTN: GENERAL COUNSEL<br>COLUMBUS, OH 43215 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.273 | State what the contract or lease is for and the nature of the debtor's interest | LICENSE AGREEMENT DATED 4/8/2014 | JH APPAREL (US) LLC<br>1411 BROADWAY<br>NEW YORK, NY 10018 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.274 | State what the contract or lease is for and the nature of the debtor's interest | CONTRIBUTION AGREEMENT - DATED - 04/08/2014 | JH APPAREL (US) LLC<br>1411 BROADWAY<br>NEW YORK, NY 10018 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.275 | State what the contract or lease is for and the nature of the debtor's interest | LICENSE AGREEMENT DATED APRIL 2014 | JH APPAREL (US) LLC<br>1411 BROADWAY<br>NEW YORK, NY 10018 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.276 | State what the contract or lease is for and the nature of the debtor's interest | SUB-LICENSING AGREEMENT, DATED AS OF MARCH 20, 2015. | JL FOOTWEAR NEW ZEALAND PTY LTD<br>ATTN: MS JACQUELINE LEW DIRECTOR<br>LEVEL 12<br>COMO TOWERS<br>644 CHAPEL STREET<br>SOUTH YARRA VIC 3141<br><br>AUSTRALIA |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.277 | State what the contract or lease is for and the nature of the debtor's interest | EMPLOYMENT AGREEMENT - DATED - 01/14/2016 | JODI G. WRIGHT<br>ADDRESS ON FILE |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.278 | State what the contract or lease is for and the nature of the debtor's interest | OFFICE LEASE - 180 RITTENHOUSE CIRCLE AND ALL AMENDMENTS DATED 8/15/2008 | JONES MANAGEMENT SERVICE COMPANY<br>1007 ORANGE STREET<br>SUITE 225<br>WILMINGTON, DE 19801 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| Debtor | NINE WEST HOLDINGS, INC. | Case number *(if known)* 18-10947 |
|---|---|---|
| | Name | |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.279 | State what the contract or lease is for and the nature of the debtor's interest | EMPLOYMENT AGREEMENT - DATED - 12/20/2013 | JOSEPH T. DONNALLEY ADDRESS ON FILE |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.280 | State what the contract or lease is for and the nature of the debtor's interest | PROFESSIONAL SERVICES AGREEMENT DATED 3/13/2018 | JP MORGAN CHASE BANK NA 270 PARK AVENUE NEW YORK, NY 10017 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.281 | State what the contract or lease is for and the nature of the debtor's interest | RETENTION - STAY BONUS AGREEMENT DATED 02/12/2018 | KATHLEEN T. THOMAS ADDRESS ON FILE |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.282 | State what the contract or lease is for and the nature of the debtor's interest | STORE TYPE - NINE WEST - STORE NUMBER - 2722 | KATY MILLS MALL LP PO BOX 100554 ATLANTA, GA 30384-0554 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.283 | State what the contract or lease is for and the nature of the debtor's interest | PROFESSIONAL SERVICES AGREEMENT DATED 2/16/2018 | KEKST 437 MADISON AVENUE NEW YORK, NY 10022 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.284 | State what the contract or lease is for and the nature of the debtor's interest | RETENTION - STAY BONUS AGREEMENT DATED 02/12/2018 | KELLY A. MARCUS ADDRESS ON FILE |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.285 | State what the contract or lease is for and the nature of the debtor's interest | STOCK APPRECIATION RIGHTS AGREEMENT - DATED - 04/01/2015 | KENNY, PATRICIA ADDRESS ON FILE |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| Debtor | NINE WEST HOLDINGS, INC. | Case number (if known) | 18-10947 |
|---|---|---|---|
| | Name | | |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.286 | State what the contract or lease is for and the nature of the debtor's interest | RETENTION - STAY BONUS AGREEMENT DATED 02/12/2018 | KHADIJA HASHIMI ADDRESS ON FILE |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.287 | State what the contract or lease is for and the nature of the debtor's interest | PROFESSIONAL SERVICES AGREEMENT DATED 8/22/2017 | KING & SPALDING LLP 1185 AVENUE OF THE AMERICAS NEW YORK, NY 10036 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.288 | State what the contract or lease is for and the nature of the debtor's interest | RETENTION - STAY BONUS AGREEMENT DATED 02/12/2018 | KIRSTEN M. LEE ADDRESS ON FILE |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.289 | State what the contract or lease is for and the nature of the debtor's interest | RETENTION - STAY BONUS AGREEMENT DATED 02/12/2018 | KIRSTIN RABE DAY ADDRESS ON FILE |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.290 | State what the contract or lease is for and the nature of the debtor's interest | SERVICE AGREEMENT - KOREAN AIR - DATED - 06/01/2013 | KOREAN AIR ATTN: BRANDI MILLER, EXECUTIVE ACCOUNT MANAGER, CORPORATE SALES KOREAN AIR 1813 WILSHIRE BLVD LOS ANGELES, CA 90057 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.291 | State what the contract or lease is for and the nature of the debtor's interest | PROFESSIONAL SERVICES AGREEMENT DATED 6/15/2017 | KRAMER LEVIN NAFTALIS & FRANKEL LLP 1177 AVENUE OF THE AMERICAS NEW YORK, NY 10036 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.292 | State what the contract or lease is for and the nature of the debtor's interest | GUARANTY COVERING THE SUBLEASED PREMISES LOCATED AT 655 MADISON AVENUE, NEW YORK, NEW YORK | L.K. BENNETT LIMITED 3 CAVENDISH SQUARE LONDON, ENGLAND WIG OLB UNITED KINGDOM |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| Debtor | NINE WEST HOLDINGS, INC. | Case number *(if known)* | 18-10947 |
|---|---|---|---|
| | Name | | |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.293 | State what the contract or lease is for and the nature of the debtor's interest | AGREEMENT OF CONSENT DATED JANUARY 2015 - DATED - 01/14/2015 | L.K. BENNETT USA, INC. ATTENTION: ANTHONY DIMASSO, PRESIDENT 595 MADISON AVENUE, 13TH FLOOR NEW YORK, NY 10022 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.294 | State what the contract or lease is for and the nature of the debtor's interest | AGREEMENT OF SUBLEASE - DATED - 01/14/2015 | L.K. BENNETT USA, INC. 595 MADISON AVENUE, 13TH FLOOR ATTENTION: ANTHONY DIMASSO, PRESIDENT NEW YORK, NY 10022 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.295 | State what the contract or lease is for and the nature of the debtor's interest | SERVICE AGREEMENT - LAIRD AND PARTNERS - DATED - 07/15/2015 | LAIRD + PARTNERS 475 TENTH AVENUE 7TH FLOOR NEW YORK, NY 10018 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.296 | State what the contract or lease is for and the nature of the debtor's interest | STORE TYPE - NINE WEST - STORE NUMBER - 2883 | LAREDO OUTLET SHOPPES LLC P O BOX 809643 CHICAGO, IL 60680 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.297 | State what the contract or lease is for and the nature of the debtor's interest | EMPLOYMENT AGREEMENT - DATED - 08/13/2017 | LARISSA SYGIDA ADDRESS ON FILE |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.298 | State what the contract or lease is for and the nature of the debtor's interest | SERVICE AGREEMENT - LAUNDRY SERVICE (247 GROUP) - DATED - 01/01/2014 | LAUNDRY SERVICE 317 MADISON AVE SUITE 1500 NEW YORK, NY 10017 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.299 | State what the contract or lease is for and the nature of the debtor's interest | RETENTION - STAY BONUS AGREEMENT DATED 02/12/2018 | LAURA F. MARGOLIS ADDRESS ON FILE |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

Debtor    NINE WEST HOLDINGS, INC.                                    Case number *(if known)*  18-10947
               Name

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.300 | State what the contract or lease is for and the nature of the debtor's interest | EMPLOYMENT AGREEMENT - DATED - 09/23/2015 | LAURIE J. GENTILE ADDRESS ON FILE |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.301 | State what the contract or lease is for and the nature of the debtor's interest | PROFESSIONAL SERVICES AGREEMENT DATED 4/5/2018 | LAZARD FRERES & CO LLC 300 N LASALLE STREET CHICAGO, IL 60654 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.302 | State what the contract or lease is for and the nature of the debtor's interest | OFFICE LEASE - 1441 BROADWAY - 27TH AND 28TH FLOORS AND ALL AMENDMENTS DATED 7/28/2011 | LECHAR REALTY CORP C/O L.H. CHARNEY ASSOCIATES, INC. 1410 BROADWAY NEW YORK, NY 10018 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.303 | State what the contract or lease is for and the nature of the debtor's interest | SERVICE AGREEMENT - LECTRA GALLERY - DATED - 02/15/2013 | LECTRA USA INC 889 FRANKLIN ROAD SE MARIETTA, GA 30067 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.304 | State what the contract or lease is for and the nature of the debtor's interest | SERVICE AGREEMENT - LECTRA GROUP - DATED - 01/01/2003 | LECTRA USA INC 889 FRANKLIN ROAD SE MARIETTA, GA 30067 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.305 | State what the contract or lease is for and the nature of the debtor's interest | CONSULTING AGREEMENT - LEO AGE BECKER - DATED - 10/04/2014 | LEO AGE BECKER 320 WEST 38TH STREET, SUITE 18033 NEW YORK, NY 10018 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.306 | State what the contract or lease is for and the nature of the debtor's interest | OFFICE LEASE - 180 RITTENHOUSE CIRCLE AND ALL AMENDMENTS DATED 8/15/2008 | LEXINGTON BRISTOL LP C/O LEXINGTON REALTY TRUST ONE PENN PLAZA SUITE 4015 NEW YORK, NY 10119 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| Debtor | NINE WEST HOLDINGS, INC. | Case number *(if known)* 18-10947 |
|---|---|---|
| | Name | |

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.307 | State what the contract or lease is for and the nature of the debtor's interest | SERVICE AGREEMENT - LEXMARK - SUPPLIES REBATE AGREEMENT - RETAIL STORES 2016-2019 - DATED - 07/01/2016 | LEXMARK INTERNATIONAL CIRCLE ROAD NW LEXINGTON, KY 40500 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.308 | State what the contract or lease is for and the nature of the debtor's interest | EXCESS LIABILITY INSURANCE - POLICY NUMBER - 1000094412-04 - DATED - 04/08/2017 | LIBERTY INTERNATIONAL UNDERWRITERS, INC. 55 WATER STREET, 23RD FLOOR NEW YORK, NY 10041 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.309 | State what the contract or lease is for and the nature of the debtor's interest | EXCESS LIABILITY - POLICY NUMBER - 1000094412-05 - DATED - 04/08/2018 | LIBERTY INTERNATIONAL UNDERWRITERS, INC. 55 WATER STREET, 23RD FLOOR NEW YORK, NY 10041 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.310 | State what the contract or lease is for and the nature of the debtor's interest | UMBRELLA LIABILITY - POLICY NUMBER - TH7-621-094604-018 - DATED - 04/08/2018 | LIBERTY MUTUAL GROUP INC PO BOX 1525 DOVER, NH 03821-1525 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.311 | State what the contract or lease is for and the nature of the debtor's interest | UMBRELLA LIABILITY INSURANCE - POLICY NUMBER - TH7-621-094604-017 - DATED - 04/08/2017 | LIBERTY MUTUAL GROUP INC PO BOX 1525 DOVER, NH 03821-1525 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.312 | State what the contract or lease is for and the nature of the debtor's interest | INSURANCE AGREEMENT - LIBERTY MUTUAL GROUP - DATED - 04/08/2017 | LIBERTY MUTUAL GROUP INC ATTN: JAMES BOURKE 1 WORLD FINANCIAL CENTE 200 LIBERTY STREET NEW YORK, NY 10281-1003 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.313 | State what the contract or lease is for and the nature of the debtor's interest | GENERAL AGREEMET OF INDEMNITY - COMMERCIAL SURETY DATED 4/8/2014. | LIBERTY MUTUAL INSURANCE COMPANY 175 BERKELEY STREET NINTH FLOOR BOSTON, MA 02116 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| Debtor | NINE WEST HOLDINGS, INC. | Case number (if known) | 18-10947 |
|---|---|---|---|
| | Name | | |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.314 | State what the contract or lease is for and the nature of the debtor's interest | BOND NUMBER - 015047157 - CONTINUATION CERTIFICATE DATED 2/13/2018 | LIBERTY MUTUAL INSURANCE COMPANY INTERCHANGE CORPORATE CENTER 450 PLYMOUTH ROAD SUITE 400 PLYMOUTH MEETING, PA 19462-1644 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.315 | State what the contract or lease is for and the nature of the debtor's interest | SURETY BOND NUMBER 160919007 DATED 10/28/2016 | LIBERTY MUTUAL INSURANCE COMPANY 175 BERKELEY STREET NINTH FLOOR BOSTON, MA 02116 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.316 | State what the contract or lease is for and the nature of the debtor's interest | SURETY BOND - 160919007 DATED 10/28/2016 | LIBERTY MUTUAL INSURANCE COMPANY 175 BERKELEY STREET BOSTON, MA 02116 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.317 | State what the contract or lease is for and the nature of the debtor's interest | INSURANCE AGREEMENT - LIU-LIBERTY INTERNATIONAL UNDERWRITERS - DATED - 04/08/2017 | LIU-LIBERTY INTERNATIONAL UNDERWRITERS ONE WORLD FINANCIAL CENTER 200 LIBERTY STREET NEW YORK, NY 10281 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.318 | State what the contract or lease is for and the nature of the debtor's interest | SERVICE AGREEMENT - LIBNET (WOLPER) - VARIOUS SUBSCRIPTIONS - DATED - 01/01/2017 | LM INFORMATION DELIVERY 1 SOUTH THIRD ST 9TH FLOOR EASTON, PA 18042 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.319 | State what the contract or lease is for and the nature of the debtor's interest | SERVICE AGREEMENT - LOG-NET - MASTER SOFTWARE LICENSE & SERVICES AGREEMENT - BRISTOL, PA - DATED - 09/03/2004 | LOG-NET INC. 230 HALF MILE ROAD RED BANK, NJ 07701 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.320 | State what the contract or lease is for and the nature of the debtor's interest | DISTRIBUTION AND LICENSE AGREEMENT, DATED AS OF JANUARY 1, 2015. | LOGISTICS FASHION TRADING DWC, DWC-LLC BUSINESS CENTER LOGISTICS CITY DUBAI AVIATION CITY, P.O. BOX 390667, DUBAI, U.A.E ATTENTION: GOR MARGARYAN, GENERAL COUNSEL |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| Debtor | NINE WEST HOLDINGS, INC. | Case number (if known) | 18-10947 |
|---|---|---|---|
| | Name | | |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.321 | State what the contract or lease is for and the nature of the debtor's interest | SERVICE AGREEMENT, DATED AS OF NOVEMBER 25, 2009 (AS MAY HAVE BEEN FURTHER AMENDED, MODIFIED, OR SUPPLEMENTED). | LOOMIS<br>PO BOX 70282<br>SAN JUAN, PR 00936-8282 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.322 | State what the contract or lease is for and the nature of the debtor's interest | SETTLEMENT AGREEMENT, DATED AS OF DECEMBER 18, 2008 | LOUIS VUITTON MALLETIER<br>2 RUE DU PONT-NEUF<br>PARIS 75001<br>FRANCE |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.323 | State what the contract or lease is for and the nature of the debtor's interest | EMPLOYMENT AGREEMENT - DATED - 01/13/2017 | LUKAS, FRANCES R.<br>ADDRESS ON FILE |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.324 | State what the contract or lease is for and the nature of the debtor's interest | AGREEMENT AND RELEASES RELATED THERETO, DATED AS OF APRIL 11, 2003 | LVMH<br>54 AVENUE MONTAIGNE<br>PARIS 750008<br>FRANCE |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.325 | State what the contract or lease is for and the nature of the debtor's interest | SERVICE AGREEMENT - LYNEER STAFFING - DATED - 09/30/2012 | LYNEER STAFFING SOLUTIONS<br>ONE MALL DRIVE<br>SUITE 303<br>CHERRY HILL, NJ 08002 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.326 | State what the contract or lease is for and the nature of the debtor's interest | STORE TYPE - EASY SPIRIT - STORE NUMBER - 1678 | MACERICH QUEENS LP<br>C/O MACERICH COMPANY<br>P.O. BOX 2172, 401 WILSHIRE BOULEVARD, SUITE 700<br>SANTA MONICA, CA 90407 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.327 | State what the contract or lease is for and the nature of the debtor's interest | STORE TYPE - NINE WEST - STORE NUMBER - 7119 | MACERICH WESTSIDE LIMITED PARTNERSHIP<br>C/O MACERICH COMPANY<br>401 WILSHIRE BLVD., STE. 700, P.O. BOX 2172<br>ATTN: LEGAL DEPARTMENT<br>SANTA MONICA, CA 90407 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| Debtor | NINE WEST HOLDINGS, INC. | Case number (if known) | 18-10947 |
|---|---|---|---|
| | Name | | |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

*Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.*

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.328 | State what the contract or lease is for and the nature of the debtor's interest | SETTLEMENT AGREEMENT AND RELEASE, DATED AS OF NOVEMBER 15, 2017. | MACY'S RETAIL HOLDINGS, INC.<br>151 W 34TH ST 19TH FL<br>ATTN: ROBERT ENGH<br>NEW YORK, NY 10001 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.329 | State what the contract or lease is for and the nature of the debtor's interest | LICENSING AGREEMENT - MACYS - DATED - 10/01/2015 | MACYS.COM<br>7 WEST SEVENTH STREET<br>CINCINNATI, OH 45202 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.330 | State what the contract or lease is for and the nature of the debtor's interest | SERVICE AGREEMENT - MAERSK - DATED - 08/16/2016 | MAERSK<br>3301 S CHRISTOPHER COLUMBUS BLVD<br>PHILADELPHIA, PA 19148 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.331 | State what the contract or lease is for and the nature of the debtor's interest | FRANCHISE AGREEMENT - DATED - 04/01/2009 | MAJOR BRANDS INDIA PRIVATE LIMITED<br>402A POONAM CHAMBERS, DR.ANNIE BESSANT ROAD<br>WORLI, MUMBAI<br>INDIA<br>ATTENTION: MR.KAMAL KOTAK, DIRECTOR |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.332 | State what the contract or lease is for and the nature of the debtor's interest | STORE TYPE - NINE WEST - STORE NUMBER - 2503 | MALL AT POTOMAC MILLS LLC<br>PO BOX 277866<br>ATLANTA, GA 30384-7866 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.333 | State what the contract or lease is for and the nature of the debtor's interest | STORE TYPE - EASY SPIRIT - STORE NUMBER - 6971 | MALL AT POTOMAC MILLS, LLC<br>PO BOX 277866<br>ATLANTA, GA 30384-7866 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.334 | State what the contract or lease is for and the nature of the debtor's interest | COMMENCEMENT DATE AGREEMENT TO SUBLEASE DATED 11/2/2016 | MARAN, INC.<br>1400 BROADWAY<br>28TH FLOOR<br>NEW YORK, NY 10018 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| Debtor | NINE WEST HOLDINGS, INC. | Case number (if known) | 18-10947 |
|---|---|---|---|
| | Name | | |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.335 | State what the contract or lease is for and the nature of the debtor's interest | SUBLEASE AGREEMENT FOR 1411 5TH FLOOR DATED 6/24/2016 | MARAN, LLC<br>ATTN: RICHARD HUANG, EXECUTIVE VICE PRESIDENT<br>1400 BROADWAY<br>28TH FLOOR<br>NEW YORK, NY 10018 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.336 | State what the contract or lease is for and the nature of the debtor's interest | LICENSING AGREEMENT - MARCHESA - DATED - 01/01/2016 | MARCHESA HOLDINGS LLC<br>601 W 26TH STREET<br>SUITE 1425<br>NEW YORK, NY 10001 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.337 | State what the contract or lease is for and the nature of the debtor's interest | CONSULTING AGREEMENT - MARIA CLAY - DATED - 05/09/2016 | MARIA CLAY<br>LONGFIELD HOUSE, MAIN ROAD<br>LONGFIELD, KENT DA3 7AS<br>UNITED KINGDOM |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.338 | State what the contract or lease is for and the nature of the debtor's interest | RETENTION - STAY BONUS AGREEMENT DATED 02/12/2018 | MARIE MANDO<br>ADDRESS ON FILE |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.339 | State what the contract or lease is for and the nature of the debtor's interest | BUYING AGENCY AGREEMENT, DATED AS OF MAY 7, 2013, BY AND BETWEEN JAG FOOTWEAR, ACCESSORIES AND RETAIL CORPORATION AND MARK TUCKER INC. | MARK TUCKER INC<br>SUITE 1103<br>1370 AVENUE OF THE AMERICAS<br>NEW YORK, NY 10019 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.340 | State what the contract or lease is for and the nature of the debtor's interest | RETENTION - STAY BONUS AGREEMENT DATED 02/13/2018 | MATTHEW W. EUBANKS<br>ADDRESS ON FILE |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.341 | State what the contract or lease is for and the nature of the debtor's interest | INSURANCE AGREEMENT - MAXIM HEALTH SYSTEMS - DATED - 07/21/2014 | MAXIM HEALTH SYSTEMS LLC<br>ATTN: CONTRACTS DEPARTMENT<br>7221 LEE DEFOREST DRIVE<br>COLUMBIA, MD 21046 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| Debtor | NINE WEST HOLDINGS, INC. | Case number (if known) | 18-10947 |
|---|---|---|---|
| | Name | | |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.342 | State what the contract or lease is for and the nature of the debtor's interest | SUPPLY AGREEMENT, DATED AS OF JULY 27, 2017, BY AND BETWEEN NINE WEST DEVELOPMENT LLC, NINE WEST HOLDINGS, INC. AND MAXIMA GROUP LLC. | MAXIMA GROUP LLC ATTN: MALWINA WINTER ROCHDELSKAYA STREET BUILDING 15/15, OFFICE 4 MOSCOW 123022 RUSSIA |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.343 | State what the contract or lease is for and the nature of the debtor's interest | RETENTION - STAY BONUS AGREEMENT DATED 2/12/2018 | MEGAN B. CYR ADDRESS ON FILE |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.344 | State what the contract or lease is for and the nature of the debtor's interest | INSURANCE AGREEMENT - ADPOTION AGREEMENT NINE WEST 2015 BOA MERRILL LYNCH - DATED - 01/01/2015 | MERRILL LYNCH 1400 MERRILL LYNCH DRIVE MSC 04-3N COMPLIANCE PENNINGTON, NJ 08534 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.345 | State what the contract or lease is for and the nature of the debtor's interest | INSURANCE AGREEMENT - QDRO ADDENDUM BOA MERRILL LYNCH - DATED - 11/03/2015 | MERRILL LYNCH 1400 MERRILL LYNCH DRIVE MSC 04-3N COMPLIANCE PENNINGTON, NJ 08534 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.346 | State what the contract or lease is for and the nature of the debtor's interest | GUARANTEED STANDARD ISSUE PROGRAM RENEWAL OFFER DATED AS OF 9/26/2012 | METROPOLITAN LIFE INSURANCE COMPANY ATTN: BRAD SALMON GSI OPERATIONS MS-7125 18216 CRANE NEST DR TAMPA, FL 33647-9901 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.347 | State what the contract or lease is for and the nature of the debtor's interest | BUYING AGENCY AGREEMENT, DATED AS OF AUGUST 15, 2007, BY AND BETWEEN NINE WEST FOOTWEAR CORPORATION AND MIA SHOES INC. | MIA SHOES INC 9985 NW 19ST MIAMI, FL 33172 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.348 | State what the contract or lease is for and the nature of the debtor's interest | RETENTION - STAY BONUS AGREEMENT DATED 02/12/2018 | MICHELLE CURTIN ADDRESS ON FILE |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| Debtor | NINE WEST HOLDINGS, INC. | Case number *(if known)* | 18-10947 |
|---|---|---|---|
| | Name | | |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.349 | State what the contract or lease is for and the nature of the debtor's interest | SERVICE AGREEMENT - MICROSOFT SERVICES - DATED - 12/25/2017 | MICROSOFT SERVICES ONE MICROSOFT WAY REDMOND, WA 98052 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.350 | State what the contract or lease is for and the nature of the debtor's interest | STORE TYPE - NINE WEST - STORE NUMBER - 2618 | MILPITAS MILLS LIMITED PARTNERSHIP PO BOX 409714 ATLANTA, GA 30384-9714 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.351 | State what the contract or lease is for and the nature of the debtor's interest | STORE TYPE - NINE WEST - STORE NUMBER - 2760 | MIROMAR OUTLET WEST LLC 10801 CORKSCREW ROAD SUITE 305 ESTERO, FL 33928 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.352 | State what the contract or lease is for and the nature of the debtor's interest | CONSULTING AGREEMENT - MOHAMMED RAZEEN - DATED - 01/06/2009 | MOHAMED RAZEEN MOHAMMED RAZEEN, BUILDING 5, APT 4 AMMAN UM AL SUMAQ SULIMAN KHALIL JWEHEED STR AMMAN JORDAN |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.353 | State what the contract or lease is for and the nature of the debtor's interest | SERVICE AGREEMENT - MORNEAU SHEPELL - DATED - 06/01/2017 | MORNEAU SHEPELL 895 DON MILLS ROAD TOWER ONE SUITE 700 TORONTO, ON M3C 1W3 CANADA |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.354 | State what the contract or lease is for and the nature of the debtor's interest | MOVABLE, INC. STANDARD TERMS AND CONDITIONS DATED AS OF 5/31/2017 | MOVABLE, INC. ATTN: JOHN HERMAN, CFO 5 BRYANT PARK (1065 6TH AVENUE) 9TH FLOOR NEW YORK, NY 10018 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.355 | State what the contract or lease is for and the nature of the debtor's interest | MOVABLE, INC. ORDER FORM DATED AS OF 6/1/2017 | MOVABLE, INC. ATTN: JOHN HERMAN, CFO 5 BRYANT PARK (1065 6TH AVENUE) 9TH FLOOR NEW YORK, NY 10018 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| Debtor | NINE WEST HOLDINGS, INC. | Case number _(if known)_ | 18-10947 |
| --- | --- | --- | --- |
| | Name | | |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
| --- | --- | --- |
| 2.356 | State what the contract or lease is for and the nature of the debtor's interest | CONSULTING AGREEMENT - MOHAMMAD NAUMAN FAROOQ - DATED - 05/08/2008 | MUHAMMAD NOMAN MERCHANT MUHAMMAD NOMAN MERCHANT, AL-ZAHRAN STR OPP TO MECCA STR FLAT NO 4, AL RABAT PLAZA NO 14 AMMAN JORDAN |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.357 | State what the contract or lease is for and the nature of the debtor's interest | PROFESSIONAL SERVICES AGREEMENT DATED 9/5/2017 | MUNGER, TOLLES, & OLSON LLP 350 S GRAND AVENUE LOS ANGELES, CA 90071 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.358 | State what the contract or lease is for and the nature of the debtor's interest | SOFTWARE LICENSING AGREEMENT - JAMS JOB SCHEDULER - DATED - 06/15/2017 | MVP SYSTEMS SOFTWARE, INC. 29 MILL STREET UNIONVILLE, CT 06085 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.359 | State what the contract or lease is for and the nature of the debtor's interest | EMPLOYMENT AGREEMENT - DATED - 11/29/2017 | NANCY BLOK ANDERSEN ADDRESS ON FILE |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.360 | State what the contract or lease is for and the nature of the debtor's interest | RETENTION - STAY BONUS AGREEMENT DATED 02/12/2018 | NANCY DOODERIDGE ADDRESS ON FILE |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.361 | State what the contract or lease is for and the nature of the debtor's interest | EMPLOYMENT AGREEMENT - DATED - 03/22/2016 | NATELLE BADDELEY ADDRESS ON FILE |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.362 | State what the contract or lease is for and the nature of the debtor's interest | SERVICE AGREEMENT DATED AS OF 10/3/2007 AND ALL AMENDMENTS | NAVEX GLOBAL, INC. ATTN: SHON C RAMEY, GENERAL COUNSEL 5500 MEADOWS ROAD SUITE 500 LAKE OSWEGO, OR 97035 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| Debtor | NINE WEST HOLDINGS, INC. | Case number (if known) | 18-10947 |
|---|---|---|---|
| | Name | | |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.363 | State what the contract or lease is for and the nature of the debtor's interest | RETENTION - STAY BONUS AGREEMENT DATED 02/12/2018 | NICOLE CHYZOWYCH ADDRESS ON FILE |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.364 | State what the contract or lease is for and the nature of the debtor's interest | SERVICE AGREEMENT - NIGHT AGENCY - DATED - 12/01/2007 | NIGHT AGENCY ATTN: DARREN PAUL 307 CANAL STREET 2ND FLOOR NEW YORK, NY 10013 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.365 | State what the contract or lease is for and the nature of the debtor's interest | RETENTION - STAY BONUS AGREEMENT DATED 02/12/2018 | NINA L. WEIGNER ADDRESS ON FILE |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.366 | State what the contract or lease is for and the nature of the debtor's interest | DISTRIBUTION AGREEMENT - DATED - 08/01/2010 | NINE INTERNATIONAL, INC, CALLE VARGAS, EDIFICIO ALCO, PB CARACAS, VENEZUELA ATTN: ALEJANDRO HOLDER AND/OR CARLOS BENCHIMOL |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.367 | State what the contract or lease is for and the nature of the debtor's interest | LICENSE AND RETAIL SALE AGREEMENT - DATED - 08/01/2010 | NINE INTERNATIONAL, INC. CALLE VARGAS, EDIFICIO ALCO, PB, CARACAS, VENEZUELA ATTN: ALEJANDRO HOLDER AND/OR CARLOS BENCHIMOL |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.368 | State what the contract or lease is for and the nature of the debtor's interest | INTERCOMPANY AGREEMENT - TRADEMARK LICENSE AGREEMENT WITH NINE WEST FOOTWEAR CORPORATION - DATED - 08/02/1996 | NINE WEST DEVELOPMENT LLC 1411 BROADWAY NEW YORK, NY 10018 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.369 | State what the contract or lease is for and the nature of the debtor's interest | INTERCOMPANY AGREEMENT - ASSIGNMENT AND ASSUMPTION OF LICENSE AGREEMENT - DATED - 12/31/2014 | NINE WEST DEVELOPMENT LLC 1411 BROADWAY NEW YORK, NY 10018 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| Debtor | NINE WEST HOLDINGS, INC. | Case number (if known) | 18-10947 |
|---|---|---|---|
| | Name | | |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

*Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.*

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.370 | State what the contract or lease is for and the nature of the debtor's interest | INTERCOMPANY AGREEMENT - TRADEMARK LICENSE AGREEMENT WITH NINE WEST GROUP INC. - DATED - 08/02/1996 | NINE WEST DEVELOPMENT LLC 1411 BROADWAY NEW YORK, NY 10018 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.371 | State what the contract or lease is for and the nature of the debtor's interest | INTERCOMPANY AGREEMENT - SERVICES AGREEMENT - DATED - 07/08/2014 | NINE WEST GROUP INTERNATIONAL LIMITED 10/F, TOWER 1 METROPLAZA 223 HING FONG ROAD KWAI FONG HONG KONG |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.372 | State what the contract or lease is for and the nature of the debtor's interest | INTERCOMPANY AGREEMENT - AMENDED & RESTATED SERVICES AGREEMENT - DATED - 01/01/2016 | NINE WEST MANAGEMENT SERVICE LLC 180 RITTENHOUSE CIRCLE BRISTOL, PA 19007 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.373 | State what the contract or lease is for and the nature of the debtor's interest | RETENTION - STAY BONUS AGREEMENT DATED 02/12/2018 | NORA I. MORELL ADDRESS ON FILE |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.374 | State what the contract or lease is for and the nature of the debtor's interest | GUARANTEE AGREEMENT - DATED - 01/14/2016 | NOTATIONS, INC. 539 JACKSONVILLE RD. ATTN: SCOTT ERMAN WARMINSTER, PA 18974 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.375 | State what the contract or lease is for and the nature of the debtor's interest | LICENSING AGREEMENT - NPD GROUP - DATED - 01/01/2017 | NPD GROUP INC 900 WEST SHORE ROAD PORT WASHINGTON, NY 11050 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.376 | State what the contract or lease is for and the nature of the debtor's interest | EMPLOYMENT AGREEMENT - DATED - 12/21/2016 | OBLONSKY, JOEL ADDRESS ON FILE |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| Debtor | NINE WEST HOLDINGS, INC. | Case number (if known) | 18-10947 |
|--------|--------------------------|------------------------|----------|
|        | Name |  |  |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.377 | State what the contract or lease is for and the nature of the debtor's interest | LETTER AGREEMENT, DATED AS OF DECEMBER 6, 2017 BY AND BETWEEN NINE WEST HOLDINGS, INC. AND OLIVIA CULPO, INC. | OLIVIA CULPO, INC. F/S/O OLIVIA CULPO GELFAND, RENNERT & FELDMAN, LLP 180 CENTURY PARK E. SUITE 1600 LOS ANGELES, CA 90067 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.378 | State what the contract or lease is for and the nature of the debtor's interest | GENERAL INDEMNITY AGREEMENT DATED 4/8/2014 | ONEBEACON INSURANCE COMPANY 436 WALNUT STREET PHILADELPHIA, PA 19106 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.379 | State what the contract or lease is for and the nature of the debtor's interest | STORE TYPE - NINE WEST - STORE NUMBER - 2628 | ONTARIO MILLS LP ONE MILLS CIRCLE SUITE 1 ONTARIO, CA 91764 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.380 | State what the contract or lease is for and the nature of the debtor's interest | ANNUAL SUBSCRIPTION LICENSES WITH STANDARD MAINTENANCE & SUPPORT, AND ALL AMENDMENTS/MODIFICATIONS. | OPTIV SECURITY (FORMERLY FISHNET SECURITY) 6130 SPRINT PARKWAY STE. 400 OVERLAND PARK, KS 66211 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.381 | State what the contract or lease is for and the nature of the debtor's interest | SERVICE AGREEMENT - BIT9 2018 RENEWAL - DATED - 03/06/2018 | OPTIV SECURITY (FORMERLY FISHNET SECURITY) 6130 SPRING PARKWAY, SUITE 400 OVERLAND PARK, KS 66211 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.382 | State what the contract or lease is for and the nature of the debtor's interest | STORE TYPE - NINE WEST - STORE NUMBER - 2654 | OUTLET VILLAGE OF HAGERSTOWN LP C/O SIMON PROPERTY GROUP - PREMIUM OUTLETS 105 EISENHOWER PARKWAY, 1ST FLOOR ATTN: LEASE SERVICES ROSELAND, NJ 07068 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.383 | State what the contract or lease is for and the nature of the debtor's interest | MASTER SERVICE AGREEMENT - OWNER IQ - DATED - 09/04/2015 | OWNER IQ 27-43 WORMWOOD SREET BOSTON, MA 02210 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| Debtor | NINE WEST HOLDINGS, INC. | | Case number (if known) 18-10947 |
|---|---|---|---|
| | Name | | |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.384 | State what the contract or lease is for and the nature of the debtor's interest | STORE TYPE - NINE WEST - STORE NUMBER - 2871 | PALM BEACH OUTLETS I LLC PO BOX 9468 NEW YORK, NY 10087 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.385 | State what the contract or lease is for and the nature of the debtor's interest | STORE TYPE - EASY SPIRIT - STORE NUMBER - 1682 | PALM BEACH OUTLETS I, LLC PO BOX 9468 NEW YORK, NY 10087 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.386 | State what the contract or lease is for and the nature of the debtor's interest | AMENDED AND RESTATED DISTRIBUTION AND LICENSE AGREEMENT, DATED AS OF APRIL 4, 2013 | PARK BRAVO DIS TICARET A.S. TALATPASA CADDESI, 108/1 80640 GULTEPE ISTANBUL, TURKIYE ATTN: KEMUL GUVEN |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.387 | State what the contract or lease is for and the nature of the debtor's interest | STAY BONUS AND SEVERANCE AGREEMENT AS OF 5/15/2017 | PATRICIA ANNE LIND 171 WOOD HOUSE ROAD FAIRFIELD, CT 06824 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.388 | State what the contract or lease is for and the nature of the debtor's interest | RETENTION - STAY BONUS AGREEMENT DATED 02/12/2018 | PATRICIA PACE ADDRESS ON FILE |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.389 | State what the contract or lease is for and the nature of the debtor's interest | SERVICE AGREEMENT - PAYEEZY - DATED - 06/01/2015 | PAYEEZY 5565 GLENRIDGE CONNECTOR NE SUITE 2000 ATLANTA, GA 30342 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.390 | State what the contract or lease is for and the nature of the debtor's interest | SERVICE AGREEMENT - PAYFLEX COBRA ASA - DATED - 01/01/2015 | PAYFLEX SYSTEMS USA INC ATTN: PAYFLEX COBRA DEPARTMENT 151 FARMINGTON AVE, RW52 HARTFORD, CT 06156-3124 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| Debtor | NINE WEST HOLDINGS, INC. | Case number *(if known)* 18-10947 |
|---|---|---|
| | Name | |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.391 | State what the contract or lease is for and the nature of the debtor's interest | SERVICE AGREEMENT - POS PAYMENT TYPE - DATED - 06/04/2012 | PAYPAL INC<br>EBAY PARK NORTH<br>2211 NORTH FIRST STREET<br>SAN JOSE, CA 95131 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.392 | State what the contract or lease is for and the nature of the debtor's interest | EMPLOYMENT AGREEMENT - DATED - 11/13/2014 | PEGGY B. ESKENASI<br>ADDRESS ON FILE |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.393 | State what the contract or lease is for and the nature of the debtor's interest | LEASE: EQUIPMENT - PITNEY BOWES GLOBAL FINANCIAL-MAIL MACHINE LEASE-1411 BROADWAY - DATED - 08/12/2013 | PITNEY BOWES GLOBAL FINANCIAL SERV<br>1 ELMCROFT ROAD<br>STAMFORD, CT 06926-0700 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.394 | State what the contract or lease is for and the nature of the debtor's interest | AGREEMENT OF CONSENT DATED JANUARY 2015 - DATED - 01/14/2015 | PLAZA MADISON LLC<br>C/O COLLIERS TRI-STATE MANAGEMENT LLC<br>666 FIFTH AVENUE<br>NEW YORK, NY 10103 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.395 | State what the contract or lease is for and the nature of the debtor's interest | STORE TYPE - NINE WEST - SUB-LEASE OF 655 MADISON AVENUE NEW YORK, NY 10065 | PLAZA MADISON LLC<br>C/O COLLIERS TRI-STATE MANAGEMENT LLC<br>666 FITH AVENUE<br>NEW YORK, NY 10103 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.396 | State what the contract or lease is for and the nature of the debtor's interest | CONSULTING AGREEMENT - PODELL REAL ESTATE ADVISORS, LLC - DATED - 09/01/2016 | PODELL REAL ESTATE ADVISORS, LLC NEW YORK<br>35 CHESTNUT HILL<br>ROSLYN, NY 11576 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.397 | State what the contract or lease is for and the nature of the debtor's interest | INSURANCE AGREEMENT - WRAP DOCUMENT POLSINELLI PC - DATED - 01/12/2017 | POLSINELLI PC<br>ATTN: JAIME ZCEITEL KWAITEK<br>100 S. FOURTH STREET<br>SUITE 1000<br>ST. LOUIS, MO 63102 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| Debtor | NINE WEST HOLDINGS, INC. | Case number (if known) | 18-10947 |
|--------|--------------------------|------------------------|----------|
|        | Name                     |                        |          |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.398 | State what the contract or lease is for and the nature of the debtor's interest | LOGISTICS CONTRACT - PORT LOGISTICS GROUPTPE ACQUISITION - DATED - 12/14/2015 | PORT LOGISTICS GROUP ATTN: CFO 288 MAYO AVE CITY OF INDUSTRY, CA 91789 |
| | State the term remaining List the contract number of any government contract | | |
| 2.399 | State what the contract or lease is for and the nature of the debtor's interest | SERVICE AGREEMENT - PORT LOGISTICS GROUP - SERVICES AGREEMENT - DATED - 01/01/2017 | PORT LOGISTICS GROUP ATTN: CFO 288 MAYO AVE CITY OF INDUSTRY, CA 91789 |
| | State the term remaining List the contract number of any government contract | | |
| 2.400 | State what the contract or lease is for and the nature of the debtor's interest | POWER REVIEWS SERVICE ORDER DATED AS OF 02/01/2018 | POWER REVIEWS, INC. ATTN: MATT MOOG, CEO 1 NORTH DEARBORN STREET, 8TH FLOOR CHICAGO, IL 60602 |
| | State the term remaining List the contract number of any government contract | | |
| 2.401 | State what the contract or lease is for and the nature of the debtor's interest | SERVICE AGREEMENT - POWER REVIEWS - DATED - 02/01/2016 | POWER REVIEWS 180 N LASALLE STREET 5TH FLOOR CHICAGO, IL 60601 |
| | State the term remaining List the contract number of any government contract | | |
| 2.402 | State what the contract or lease is for and the nature of the debtor's interest | STORE TYPE - EASY SPIRIT - STORE NUMBER - 6953 | PREMIUM OUTLET PARTNERS, LP 225 WEST WASHINGTON STREET INDIANAPOLIS, IN 46204 |
| | State the term remaining List the contract number of any government contract | | |
| 2.403 | State what the contract or lease is for and the nature of the debtor's interest | CONSULTING AGREEMENT - PRENTIS CONSULTING - DATED - 09/22/2014 | PRENTIS GROUP CONSULTING LLC 45 HARBOR CIRCLE CENTERPOINT, NY 11721 |
| | State the term remaining List the contract number of any government contract | | |
| 2.404 | State what the contract or lease is for and the nature of the debtor's interest | CONSULTING AGREEMENT - FTZ CONSULTING (PWC) - DATED - 10/22/2014 | PRICEWATERHOUSE COOPERS LLP 300 MADISON AVENUE NEW YORK, NY 10017 |
| | State the term remaining List the contract number of any government contract | | |

| Debtor | NINE WEST HOLDINGS, INC. | | Case number (if known) | 18-10947 |
|---|---|---|---|---|
| | Name | | | |

| | **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.405 | State what the contract or lease is for and the nature of the debtor's interest | LICENSING AGREEMENT - CHAPS LICENSE AGREEMENT - DATED - 04/01/2018 | PRL USA INC. C/O RALPH LAUREN CORPORATION ATTN: PRESIDENT, GLOBAL BRANDS 650 MADISON AVENUE 6TH FLOOR NEW YORK, NY 10022 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.406 | State what the contract or lease is for and the nature of the debtor's interest | LICENSING AGREEMENT - LAUREN LICENSE AGREEMENT - DATED - 04/01/2018 | PRL USA INC ATTN: PRESIDENT, GLOBAL BRANDS RALPH LAUREN CORPORATION 650 MADISON AVENUE 6TH FLOOR NEW YORK, NY 10022 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.407 | State what the contract or lease is for and the nature of the debtor's interest | MASTER SERVICE AGREEMENT - PROTIVITI - DATED - 04/09/2010 | PROTIVITI ATTN: SCOTT LALIVERTE, MANAGING DIRECTOR TWO LIBERTY PLACE 50 SOUTH 16TH STREET, SUITE 2900 PHILADELPHIA, PA 19102 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.408 | State what the contract or lease is for and the nature of the debtor's interest | AGREEMENT FOR PAYROLL DEDUCTION PURCHASE PLAN DATED AS OF 11/7/2014 | PURCHASING POWER, LLC 1349 WEST PEACHTREE STREET NW SUITE 1100 ATLANTA , GA 30309 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.409 | State what the contract or lease is for and the nature of the debtor's interest | DROP SHIP AGREEMENT, DATED AS OF NOVEMBER 8, 2016, BY AND BETWEEN QVC, INC. AND NINE WEST HOLDINGS, INC. | QVC, INC. ATTN: SENIOR VICE PRESIDENT MERCHANDISING STUDIO PARK 1200 WILSON DRIVE WEST CHESTER, PA 19380 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.410 | State what the contract or lease is for and the nature of the debtor's interest | E-COMMERCE SERVICES AGREEMENT, EFFECTIVE AS OF MAY 1, 2017, BY AND BETWEEN NINE WEST HOLDINGS, INC. AND R.G. BARRY CORPORATION. | R.G. BARRY CORPORATION 13405 YARMOUTH ROAD PICKERINGTON, OH 43147 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.411 | State what the contract or lease is for and the nature of the debtor's interest | LICENSING AGREEMENT - LAUREN DESIGN SERVICES AGREEMENT - DATED - 04/01/2018 | RALPH LAUREN CORPORATION ATTN: PRESIDENT, GLOBAL BRANDS 650 MADISON AVENUE 6TH FLOOR NEW YORK, NY 10022 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| Debtor | NINE WEST HOLDINGS, INC. | Case number (if known) | 18-10947 |
|--------|--------------------------|-------------------------|----------|
|        | Name                     |                         |          |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.412 | State what the contract or lease is for and the nature of the debtor's interest | LAUREN LICENSE TRANSITION AGREEMENT - DATED - 04/01/2018 | RALPH LAUREN CORPORATION ATTN: PRESIDENT, GLOBAL BRANDS 650 MADISON AVENUE 6TH FLOOR NEW YORK, NY 10022 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.413 | State what the contract or lease is for and the nature of the debtor's interest | LAUREN PRICING AGREEMENT - DATED - 04/01/2018 | RALPH LAUREN CORPORATION ATTN: PRESIDENT, GLOBAL BRANDS 650 MADISON AVENUE 6TH FLOOR NEW YORK, NY 10022 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.414 | State what the contract or lease is for and the nature of the debtor's interest | CHAPS LICENSE AGREEMENT - DATED - 04/01/2018 | RALPH LAUREN CORPORATION ATTN: PRESIDENT, GLOBAL BRANDS 650 MADISON AVENUE 6TH FLOOR NEW YORK, NY 10022 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.415 | State what the contract or lease is for and the nature of the debtor's interest | CHAPS DESIGN SERVICES AGREEMENT - DATED - 04/01/2018 | RALPH LAUREN CORPORATION ATTN: PRESIDENT, GLOBAL BRANDS 650 MADISON AVENUE 6TH FLOOR NEW YORK, NY 10022 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.416 | State what the contract or lease is for and the nature of the debtor's interest | CHAPS PRICING AGREEMENT - DATED - 04/01/2018 | RALPH LAUREN CORPORATION ATTN: PRESIDENT, GLOBAL BRANDS 650 MADISON AVENUE 6TH FLOOR NEW YORK, NY 10022 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.417 | State what the contract or lease is for and the nature of the debtor's interest | LICENSING AGREEMENT - CHAPS DESIGN SERVICES AGREEMENT - DATED - 04/01/2018 | RALPH LAUREN CORPORATION ATTN: PRESIDENT, GLOBAL BRANDS 650 MADISON AVENUE 6TH FLOOR NEW YORK, NY 10022 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.418 | State what the contract or lease is for and the nature of the debtor's interest | MASTER SERVICE AGREEMENT - RIBBONS EXPRESS SUPPLIES LEVEL PAY PROGRAM - DATED - 10/01/2013 | RE BUSINESS SOLUTIONS 1980 OLD CUTHBERT RD CHERRY HILL, NJ 08034 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| Debtor | NINE WEST HOLDINGS, INC. | Case number (if known) | 18-10947 |
|---|---|---|---|
| | Name | | |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.419 | State what the contract or lease is for and the nature of the debtor's interest | RETENTION - STAY BONUS AGREEMENT DATED 02/12/2018 | REBECCA ANN FENNER ADDRESS ON FILE |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.420 | State what the contract or lease is for and the nature of the debtor's interest | RETIREMENT AGREEMENT - DATED - 08/31/2000 | RENA ROWAN ADDRESS ON FILE |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.421 | State what the contract or lease is for and the nature of the debtor's interest | SUBLEASE AGREEMENT TO SUBLEASE 1411 36 AND 37TH FLOORS TO REPUBLIC CLOTHING DATED 4/20/2015 | REPUBLIC CLOTHING CORP. 1440 BROADWAY NEW YORK, NY 10018 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.422 | State what the contract or lease is for and the nature of the debtor's interest | MASTER SERVICE AGREEMENT - REPORTLINE ANONYMOUS HOTLINE NETWORK (THE NETWORK INC) - DATED - 02/01/2006 | REPORTLINE ANONYMOUS HOTLINE NETWORK ATTN: MR. JIM GALEY 333 RESEARCH COURT NORCROSS, GA 30092 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.423 | State what the contract or lease is for and the nature of the debtor's interest | SUBLEASE COMMENCEMENT DATE AGREEMENT DATED 8/20/2015 | REPUBLIC CLOTHING CORP. 1440 BROADWAY NEW YORK, NY 10018 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.424 | State what the contract or lease is for and the nature of the debtor's interest | REPUBLIC CLOTHING GROUP, INC. SUBLEASE OF 1411 BROADWAY, 36TH AND 37TH FLOORS DATED 4/29/2015 | REPUBLIC CLOTHING CORP. 1440 BROADWAY NEW YORK, NY 10018 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.425 | State what the contract or lease is for and the nature of the debtor's interest | SUBLEASE AGREEMENT TO LEASE 1411 BROADWAY TO REPUBLIC CLOTHING CORP. DATED 4/20/2015 | REPUBLIC CLOTHING CORP. 1440 BROADWAY NEW YORK, NY 10018 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| Debtor | NINE WEST HOLDINGS, INC. | Case number *(if known)* | 18-10947 |
|---|---|---|---|
| | Name | | |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.426 | State what the contract or lease is for and the nature of the debtor's interest | COMMENCEMENT DATE AGREEMENT FOR SUBLEASE AT 1441 28TH FLOOR DATED 9/28/2016 | RG GLASS CREATIONS, INC. ATTN: EDWARD GEYMAN 180 VARICK STREET SUITE 1304 NEW YORK, NY 10014 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.427 | State what the contract or lease is for and the nature of the debtor's interest | AGREEMENT OF SUBLEASE FOR 1441 28TH FLOOR DATED 7/28/2011 | RG GLASS CREATIONS, INC. ATTN: EDWARD GEYMAN 180 VARICK STREET SUITE 1304 NEW YORK, NY 10014 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.428 | State what the contract or lease is for and the nature of the debtor's interest | CONSENT TO SUBLEASE 1441 28TH FLOOR DATED 7/28/2011 | RG GLASS CREATIONS, INC. ATTN: EDWARD GEYMAN 180 VARICK STREET SUITE 1304 NEW YORK, NY 10014 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.429 | State what the contract or lease is for and the nature of the debtor's interest | AGREEMENT OF SUBLEASE FOR 1441 28TH FLOOR DATED 9/8/2016 | RG GLASS CREATIONS, INC. ATTN: EDWARD GEYMAN 180 VARICK STREET SUITE 1304 NEW YORK, NY 10014 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.430 | State what the contract or lease is for and the nature of the debtor's interest | RIMINI STREET - MASTER SERVICE AGREEMENT DATED AS OF 1/1/2016 | RIMINI STREET, INC. ATTN: LEGAL DEPT. 3993 HOWARD HUGHES PARKWAY SUITE 500 LAS VEGAS, NV 89169 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.431 | State what the contract or lease is for and the nature of the debtor's interest | SOFTWARE LICENSING AGREEMENT - ROCKET SOFTWARE - SOFTWARE-LIFECYCLE MGR & DEPLOYMENT MGR-IBM - DATED - 10/01/2015 | ROCKET SOFTWARE INC 77 FOURTH AVE, STE 100 WALTHAM, MA 02451 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.432 | State what the contract or lease is for and the nature of the debtor's interest | SERVICE AGREEMENT - ROOTS AND WINGS, LLC - DATED - 04/27/2017 | ROOTS AND WINGS MUSIC LLC PO BOX 340020 NASHVILLE, TN 37203 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| Debtor | NINE WEST HOLDINGS, INC. | Case number (if known) 18-10947 |
|---|---|---|
| | Name | |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.433 | State what the contract or lease is for and the nature of the debtor's interest | STOCK APPRECIATION RIGHTS AGREEMENT - DATED - 04/01/2015 | ROSATO, JOSEPH ADDRESS ON FILE |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.434 | State what the contract or lease is for and the nature of the debtor's interest | GENERAL HVAC AGREEMENT, EFFECTIVE AS OF JANUARY 1, 2012 (AS MAY HAVE BEEN FURTHER AMENDED, MODIFIED, OR SUPPLEMENTED). | ROTH BROS INC 3847 CRUM ROAD YOUNGSTOWN, OH 44515 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.435 | State what the contract or lease is for and the nature of the debtor's interest | STOCK APPRECIATION RIGHTS AGREEMENT - DATED - 04/01/2015 | ROUSSEL, HEATHER ADDRESS ON FILE |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.436 | State what the contract or lease is for and the nature of the debtor's interest | ARMORED CAR SERVICE CONTRACT, DATED AS OF MAY 21, 2015 (AS MAY HAVE BEEN FURTHER AMENDED, MODIFIED, OR SUPPLEMENTED). | SAFE & SOUND ARMED COURIER INC. PO BOX 1463 BAYVILLE, NY 11709 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.437 | State what the contract or lease is for and the nature of the debtor's interest | ARMORED CAR SERVICE CONTRACT, DATED AS OF MARCH 1, 2010 (AS MAY HAVE BEEN FURTHER AMENDED, MODIFIED, OR SUPPLEMENTED). | SAFE & SOUND ARMED COURIER INC. PO BOX 1463 BAYVILLE, NY 11709 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.438 | State what the contract or lease is for and the nature of the debtor's interest | GUARANTEE, DATED AS OF OCTOBER 31 2006, BY SAKAL SPORTS LTD. IN FAVOR OF NINE WEST DEVELOPMENT CORPORATION AND NINE WEST FOOTWEAR CORPORATION. | SAKAL SPORTS LTD ATTN: MR. HAIM SAKAL LEV MAGOR BUILDING 6 HAMACHTESH STREET INDUSTRIAL AREA HOLON 58810 ISRAEL |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.439 | State what the contract or lease is for and the nature of the debtor's interest | CONSULTING AGREEMENT - SAMANTHA KANNANGARA - DATED - 08/01/2013 | SAMANTHA KANNANGARA SAMATHA KANNANGARA 191E EJESKARA MAWATHA GAMPAHA SRI LANKA |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| Debtor | NINE WEST HOLDINGS, INC. | Case number *(if known)* | 18-10947 |
|---|---|---|---|
| | Name | | |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.440 | State what the contract or lease is for and the nature of the debtor's interest | SERVICE AGREEMENT - KASPER US INCOME TAX PROVISIONS & DEFERRED TAX CALCULATIONS - DATED - 04/14/2017 | SAX LLP 855 VALLEY ROAD CLIFTON, NJ 07013 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.441 | State what the contract or lease is for and the nature of the debtor's interest | SERVICE AGREEMENT - SEARS - DATED - 09/19/2003 | SEARS 4849 GREENVILLE AVENUE SUITE 1000 DALLAS, TX 75206 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.442 | State what the contract or lease is for and the nature of the debtor's interest | LICENSING AGREEMENT - SEQUENTIAL BRANDS - DATED - 10/01/2015 | SEQUENTIAL BRANDS 5 BRYANT PARK 30TH FLOOR NEW YORK, NY 10018 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.443 | State what the contract or lease is for and the nature of the debtor's interest | LICENSING AGREEMENT - SEQUENTIAL BRANDS (WITH YOU LLC) - DATED - 01/01/2015 | SEQUENTIAL BRANDS WITH YOU LLC 620 BROADWAY NEW YORK, NY 10012 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.444 | State what the contract or lease is for and the nature of the debtor's interest | CONSULTING AGREEMENT - SHAHBAZ AHMED - DATED - 02/06/2015 | SHAHBAZ AHMED A-207 OMEGA HEIGHT BLCOK-13, FL-14, GULISTAN-E-JAUHAR KARACHI  PAKISTAN |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.445 | State what the contract or lease is for and the nature of the debtor's interest | CONSULTING AGREEMENT - SHAWN KELLY - DATED - 09/15/2017 | SHAWN KELLY 214 LONG SHADOW TERRACE HENDERSON, NV 89015 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.446 | State what the contract or lease is for and the nature of the debtor's interest | AMENDED AND RESTATED DISTRIBUTION AND LICENSE AGREEMENT - DATED - 01/01/2004 | SHERSON GROUP INC. 1446 DON MILLS ROAD, SUITE 100 ATTN: MR. STEPHEN E. APPLEBAUM TORONTO, ON M3B 3N6 CANADA |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| Debtor | NINE WEST HOLDINGS, INC. | Case number *(if known)* | 18-10947 |
|---|---|---|---|
| | Name | | |

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.447 | State what the contract or lease is for and the nature of the debtor's interest | EMPLOYMENT AGREEMENT - DATED - 03/01/2017 | SHIREY, MICHAEL P. ADDRESS ON FILE |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.448 | State what the contract or lease is for and the nature of the debtor's interest | IT CONTRACT - SHOPPER TRAK - DATED - 12/06/2006 | SHOPPERTRAK RCT CORPORATION ATTN: CHIEF FINANCIAL OFFICER 200 WEST MONROE STREET, SUITE 1100 CHICAGO, IL 60606 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.449 | State what the contract or lease is for and the nature of the debtor's interest | TRANSITION AGREEMENT - DATED - 12/15/2010 | SIDNEY KIMMEL ADDRESS ON FILE |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.450 | State what the contract or lease is for and the nature of the debtor's interest | STORE TYPE - NINE WEST - STORE NUMBER - 2868 | SIMON MANAGEMENT ASSOCIATES, LLC C/O SIMON PROPERTY GROUP - PREMIUM OUTLETS 105 EISENHOWER PARKWAY, 1ST FLOOR ATTN: LEASE SERVICES ROSELAND, NJ 07068 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.451 | State what the contract or lease is for and the nature of the debtor's interest | STORE TYPE - NINE WEST - STORE NUMBER - 2507 | SIMON PROPERTY GROUP LP #2507 P.O. BOX 776300 CHICAGO, IL 60677-6300 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.452 | State what the contract or lease is for and the nature of the debtor's interest | STORE TYPE - EASY SPIRIT - STORE NUMBER - 1671 | SIMON WOODMONT DEVELOPMENT LLC PO BOX 83273 CHICAGO, IL 60691-0273 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.453 | State what the contract or lease is for and the nature of the debtor's interest | STORE TYPE - NINE WEST - STORE NUMBER - 2724 | SIMON/CHELSEA CHICAGO DEVELOPMENT, LLC C/O SIMON PROPERTY GROUP 225 WEST WASHINGTON STREET ATTN: PREMIUM OUTLETS INDIANAPOLIS, IN 46204-3438 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| Debtor | NINE WEST HOLDINGS, INC. | Case number (if known) | 18-10947 |
|---|---|---|---|
| | Name | | |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.454 | State what the contract or lease is for and the nature of the debtor's interest | STORE TYPE - NINE WEST - STORE NUMBER - 2870 | SIMON/WOODMONT DEVELOPMENT, LLC PO BOX 83273 CHICAGO, IL 60691-0273 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.455 | State what the contract or lease is for and the nature of the debtor's interest | IT CONTRACT - SIMPLISTIC LLC - DATED - 09/14/2015 | SIMPLISTIC LLC 1446 DON MILLS ROAD SUITE 100 TORONTO, ON M3B 3N6 CANADA |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.456 | State what the contract or lease is for and the nature of the debtor's interest | CONSULTING AGREEMENT - SIMPLY MEASURED INC. - DATED - 08/31/2015 | SIMPLY MEASURED 2211 ELLIOT AVE SUITE 310 SEATTLE, WA 98121 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.457 | State what the contract or lease is for and the nature of the debtor's interest | SIMPLY MEASURED SERVICE ORDER DATED AS OF 12/31/2017 | SIMPLY MEASURED 2211 ELLIOTT AVE SUITE 310 SEATTLE, WA 98121 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.458 | State what the contract or lease is for and the nature of the debtor's interest | SERVICE AGREEMENT - SNAPSHOT PROFESSIONAL SERVICES AGT (NOW SNAPSHOT DESIGN) - DATED - 01/22/2016 | SNAPSHOT DESIGN LLC ATTN: CRAIG BAETZ 300 MAPLE PARK BLVD SUITE 302 ST. CLARI SHORES, MI 48081 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.459 | State what the contract or lease is for and the nature of the debtor's interest | SERVICE AGREEMENT - SNAPSHOT PROFESSIONAL SERVICES AGT (NOW SNAPSHOT DESIGN) - DATED - 02/09/2016 | SNAPSHOT DESIGN LLC ATTN: CRAIG BAETZ 300 MAPLE PARK BLVD SUITE 302 ST. CLARI SHORES, MI 48081 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.460 | State what the contract or lease is for and the nature of the debtor's interest | LOGISTICS CONTRACT - SOUTH JERSEY PORT CORP - DATED - 03/01/2016 | SOUTH JERSEY PORT CORPORATION ATTN: JAY JONES, FTZ 142 MANAGER 101 JOSEPH A BALZANO BLVD CAMDEN, NJ 08101 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| Debtor | NINE WEST HOLDINGS, INC. | Case number (if known) 18-10947 |
|---|---|---|
| | Name | |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.461 | State what the contract or lease is for and the nature of the debtor's interest | MASTER SERVICE AGREEMENT - SPORK - DATED - 02/01/2016 | SPORK LLC 194 JAMES STREET, #B MORRISTOWN, NJ 07960 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.462 | State what the contract or lease is for and the nature of the debtor's interest | DISTRIBUTION AND LICENSE AGREEMENT, DATED AS OF AUGUST 1, 2016. | SPORT NEGOCE INTERNATIONAL 29 BOULEVARD GAY LUSSAC 13014 MARSEILLE ATTN: MICHAEL AMMAR |
| | State the term remaining | | FRANCE |
| | List the contract number of any government contract | | |
| 2.463 | State what the contract or lease is for and the nature of the debtor's interest | EXCESS LIABILITY INSURANCE - POLICY NUMBER - ZUP-71M0215A-17-NF - DATED - 04/08/2017 | ST. PAUL FIRE AND MARINE INSURANCE 385 WASHINGTON STREET ST. PAUL, MN 55102 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.464 | State what the contract or lease is for and the nature of the debtor's interest | FOREIGN LIABILITY INSURANCE - POLICY NUMBER - ZE 9155892-03 - DATED 04/08/2017 | ST. PAUL FIRE AND MARINE INSURANCE 385 WASHINGTON STREET ST. PAUL, MN 55102 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.465 | State what the contract or lease is for and the nature of the debtor's interest | EXCESS LIABILITY - POLICY NUMBER - ZUP-71M0215A-18-NF - DATED - 04/08/2018 | ST. PAUL FIRE AND MARINE INSURANCE 385 WASHINGTON STREET ST. PAUL, MN 55102 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.466 | State what the contract or lease is for and the nature of the debtor's interest | SERVICE AGREEMENT - STAPLES - MASTER PURCHASING AGREEMENT 2015 - ALL - DATED - 01/01/2016 | STAPLES BUSINESS ADVANTAGE 500 STAPLES DRIVE FRAMINGHAM, MA 01702 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.467 | State what the contract or lease is for and the nature of the debtor's interest | MASTER SERVICE AGREEMENT - STAPLES - KEURIG BREWER LEASE AGREEMENT - NY - DATED - 01/01/2014 | STAPLES BUSINESS ADVANTAGE ATTN: GENERAL COUCIL 500 STAPLES DRIVE FRAMINGHAM, MA 01702 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| Debtor | NINE WEST HOLDINGS, INC. | Case number (if known) | 18-10947 |
|---|---|---|---|
| | Name | | |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.468 | State what the contract or lease is for and the nature of the debtor's interest | STANDARD CONTRACT FORM - DISCOUNT CARD FOR RETAIL STORES - DATED - 01/01/2011 | STAPLES BUSINESS ADVANTAGE 500 STAPLES DRIVE FRAMINGHAM, MA 01702 |
| | State the term remaining List the contract number of any government contract | | |
| 2.469 | State what the contract or lease is for and the nature of the debtor's interest | SETTLEMENT AGREEMENT AND RELEASE OF CLAIMS, DATED AS OF SEPTEMBER 1, 2015, BY AND BETWEEN STAR FABRICS, INC. AND NINE WEST HOLDINGS, INC. | STAR FABRICS, INC. ATTN: ADIR HARONI 1440 WALNUT STREET LOS ANGELES, CA 90011 |
| | State the term remaining List the contract number of any government contract | | |
| 2.470 | State what the contract or lease is for and the nature of the debtor's interest | SUB-LICENSING AGREEMENT - DATED - 12/03/2008 | STARWAY LIMITED 29TH FLOOR, WING ON CENTRE 111 CONNAUGHT ROAD CENTRAL, HONG KONG |
| | State the term remaining List the contract number of any government contract | | |
| 2.471 | State what the contract or lease is for and the nature of the debtor's interest | DISTRIBUTION AND LICENSE AGREEMENT DATED 11/17/2007 | STARWAY LIMITED C/O J LEW INVESTMENTS PTY LTD LEVEL 5,425 ST. KILDA ROAD MELBOURNE, VICTORIA 3004 ATTN: MR. DANIEL HAMMERSCHLAG |
| | State the term remaining List the contract number of any government contract | | AUSTRALIA |
| 2.472 | State what the contract or lease is for and the nature of the debtor's interest | SUB-LICENSING AGREEMENT, DATED AS OF MARCH 20, 2015. | STARWAY LIMITED 29TH FLOOR, WING ON CENTRE 111 CONNAUGHT ROAD CENTRAL, HONG KONG |
| | State the term remaining List the contract number of any government contract | | |
| 2.473 | State what the contract or lease is for and the nature of the debtor's interest | BUYER AGENCY AGREEMENT - DATED - 12/03/2007 | STARWAY LIMITED 29/F WING ON CENTRE 111 CONNAUGHT ROAD CENTRAL HONG KONG HONG KONG |
| | State the term remaining List the contract number of any government contract | | |
| 2.474 | State what the contract or lease is for and the nature of the debtor's interest | BUYING AGENCY AGREEMENT, DATED AS OF JULY 1, 2017, BY AND BETWEEN NINE WEST HOLDINGS, INC. AND STATUSPLANET, S.A. | STATUSPLANET, S.A. PEREIRA, 2260 ALCANENA 2260-061 |
| | State the term remaining List the contract number of any government contract | | |

| Debtor | NINE WEST HOLDINGS, INC. | Case number (if known) 18-10947 |
|---|---|---|
| | Name | |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.475 | State what the contract or lease is for and the nature of the debtor's interest | RETENTION - STAY BONUS AGREEMENT DATED 02/12/2018 | STEFFIE L. KIRSCHNER ADDRESS ON FILE |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.476 | State what the contract or lease is for and the nature of the debtor's interest | RETENTION - STAY BONUS AGREEMENT DATED 02/13/2018 | STEPHEN TROY ADDRESS ON FILE |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.477 | State what the contract or lease is for and the nature of the debtor's interest | SERVICE AGREEMENT DATED AS OF 9/12/2016 | STERLING INFOSYSTEMS, INC. PO BOX 35626 NEWARK POST OFFICE NEWARK, NJ 07193-5626 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.478 | State what the contract or lease is for and the nature of the debtor's interest | SETTLEMENT AGREEMENT, DATED AS OF JUNE 26, 2007, BY AND BETWEEN STUART WEITZMAN, LLC AND NINE WEST FOOTWEAR CORPORATION. | STUART WEITZMAN, LLC ATTN: STUART WEITZMAN 2400 EAST COMMERCIAL BLVD #506 FT. LAUDERDALE, FL 33308 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.479 | State what the contract or lease is for and the nature of the debtor's interest | AFFILIATE SHOP AGREEMENT DATED AS OF 10/18/2017 | STYLIGHT INC. 1900 MARKET STREET 8TH FLOOR PHILADELPHIA, PA 19103 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.480 | State what the contract or lease is for and the nature of the debtor's interest | CONSULTING AGREEMENT - SUE KAGAN DESIGN - DATED - 07/15/2015 | SUE KAGAN SUE KAGAN DESIGN 171 OLD TAPPAN ROAD TAPPAN, NY 10983 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.481 | State what the contract or lease is for and the nature of the debtor's interest | STORE TYPE - NINE WEST - STORE NUMBER - 2866 | SUGAR HALLOW ASSOCIATES LLC C/O SCALZO PROPERTY GROUP 2 STONY HILL RD SUITE 201 BETHEL, CT 06801 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| Debtor | NINE WEST HOLDINGS, INC. | Case number (if known) | 18-10947 |
|---|---|---|---|
| | Name | | |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.482 | State what the contract or lease is for and the nature of the debtor's interest | SUPPLY AGREEMENT - EARRING DESIGN LETTER AGREEMENT AS 1/20/2012. | SUN CHANG INTERNATIONAL LTD ATTN: MR. JONGKYU PARK, PRESIDENT 503 5TH FLOOR, STATION TOWER 534-48 BUPYUNG-DONG BUPYUNG-GU INCHEON KOREA, REPUBLIC OF |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.483 | State what the contract or lease is for and the nature of the debtor's interest | STORE TYPE - NINE WEST - STORE NUMBER - 2502 | SUNRISE MILLS MLP LP PO BOX 277861 ATLANTA, GA 30384-7861 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.484 | State what the contract or lease is for and the nature of the debtor's interest | DISTRIBUTION AND LICENSE AGREEMENT - DATED - 06/30/1999 | SUPER BRANDS LTD ATTN: MR KOBY SAKAL 6 ABARZEL ST, TEL AVIV ISRAEL |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.485 | State what the contract or lease is for and the nature of the debtor's interest | ADVISORY AGREEMENT DATED 4/8/2014 | SYCAMORE PARTNERS MANAGEMENT LLC ATTN: STEFAN KALUZNY 9 WEST 57TH STREET 31ST FLOOR NEW YORK, NY 10019 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.486 | State what the contract or lease is for and the nature of the debtor's interest | CONSULTING AGREEMENT - LUCY LI (SZU YING) - DATED - 07/05/2017 | SZU YING LI (LUCY LI) 372 DEKALB AVENUE APT 6B BROOKLYN, NY 11205 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.487 | State what the contract or lease is for and the nature of the debtor's interest | SERVICE AGREEMENT - TALX CORP (EQUIFAX) - DATED - 09/15/2015 | TALX UC EXPRESS ATTN: PRESIDENT 11432 LACLAND ROAD ST. LOUIS, MO 63146 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.488 | State what the contract or lease is for and the nature of the debtor's interest | STORE TYPE - EASY SPIRIT - STORE NUMBER - 1672 | TAMPA PREMIUM OUTLETS LLC P.O. BOX 776226 CHICAGO, IL 60677-6226 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| Debtor | NINE WEST HOLDINGS, INC. | Case number (if known) | 18-10947 |
|---|---|---|---|
| | Name | | |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.489 | State what the contract or lease is for and the nature of the debtor's interest | STORE TYPE - NINE WEST - STORE NUMBER - 2880 | TANGER GRAND RAPIDS, LLC<br>3200 NORTHLINE AVENUE<br>SUITE 360<br>ATTN: LEGAL DEPARTMENT<br>GREENSBORO, NC 27408 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.490 | State what the contract or lease is for and the nature of the debtor's interest | STORE TYPE - NINE WEST - STORE NUMBER - 2855 | TANGER PIEDMONT, LLC<br>3200 NORTHLINE AVENUE<br>SUITE 360<br>ATTN: LEGAL DEPARTMENT<br>GREENSBORO, NC 27408 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.491 | State what the contract or lease is for and the nature of the debtor's interest | STORE TYPE - EASY SPIRIT - STORE NUMBER - 6964 | TANGER PROPERTIES L.P.<br>PO BOX 414225<br>BOSTON, MA 02241-4225 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.492 | State what the contract or lease is for and the nature of the debtor's interest | STORE TYPE - EASY SPIRIT - STORE NUMBER - 6874 | TANGER PROPERTIES L.P.<br>PO BOX 414225<br>BOSTON, MA 02241-4225 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.493 | State what the contract or lease is for and the nature of the debtor's interest | STORE TYPE - NINE WEST - STORE NUMBER - 2820 | TANGER PROPERTIES L.P.<br>PO BOX 414225<br>BOSTON, MA 02241-4225 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.494 | State what the contract or lease is for and the nature of the debtor's interest | STORE TYPE - NINE WEST - STORE NUMBER - 2762 | TANGER PROPERTIES L.P.<br>PO BOX 414225<br>BOSTON, MA 02241-4225 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.495 | State what the contract or lease is for and the nature of the debtor's interest | STORE TYPE - NINE WEST - STORE NUMBER - 2599 | TANGER PROPERTIES L.P.<br>PO BOX 414225<br>BOSTON, MA 02241-4225 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

Debtor ___NINE WEST HOLDINGS, INC._____     Case number *(if known)* __18-10947_____
      Name

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.496 | State what the contract or lease is for and the nature of the debtor's interest | STORE TYPE - NINE WEST - STORE NUMBER - 2563 | TANGER PROPERTIES L.P. PO BOX 414225 BOSTON, MA 02241-4225 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.497 | State what the contract or lease is for and the nature of the debtor's interest | STORE TYPE - NINE WEST - STORE NUMBER - 2562 | TANGER PROPERTIES L.P. PO BOX 414225 BOSTON, MA 02241-4225 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.498 | State what the contract or lease is for and the nature of the debtor's interest | STORE TYPE - NINE WEST - STORE NUMBER - 2554 | TANGER PROPERTIES L.P. PO BOX 414225 BOSTON, MA 02241-4225 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.499 | State what the contract or lease is for and the nature of the debtor's interest | STORE TYPE - EASY SPIRIT - STORE NUMBER - 1649 | TANGER PROPERTIES L.P. PO BOX 414225 BOSTON, MA 02241-4225 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.500 | State what the contract or lease is for and the nature of the debtor's interest | STORE TYPE - NINE WEST - STORE NUMBER - 2691 | TAUBMAN AUBURN HILLS ASSOCIATES LIMITED PARTNERSHIP DEPARTMENT 124501 P.O. BOX 67000 DETROIT, MI 48267-1245 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.501 | State what the contract or lease is for and the nature of the debtor's interest | MASTER SERVICE AGREEMENT SERVICE ORDER DATED AS OF 12/20/2017 | TEALIUM INC TORREYANA ROAD SAN DIEGO, CA 92121 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.502 | State what the contract or lease is for and the nature of the debtor's interest | MASTER SERVICE AGREEMENT DATED AS OF 1/6/2014 | TEALIUM, INC. ATTN: ALI BEHNAM 11085 TORREYANA ROAD SAN DIEGO, CA 92121 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| Debtor | NINE WEST HOLDINGS, INC. | Case number (if known) | 18-10947 |
|---|---|---|---|
| | Name | | |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.503 | State what the contract or lease is for and the nature of the debtor's interest | GENERAL HVAC AGREEMENT, EFFECTIVE AS OF JANUARY 1, 2012 (AS MAY HAVE BEEN FURTHER AMENDED, MODIFIED, OR SUPPLEMENTED). | THE CHEROKEE GROUP LLC 1866 COUNTRY MEADOW DRIVE SEVIERVILLE, TN 37864 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.504 | State what the contract or lease is for and the nature of the debtor's interest | SECOND AMENDED AND RESTATED DISTRIBUTION AND LICENSE AGREEMENT - DATED - 08/01/2015 | THE HOUSE OF BUSBY PROPRIETARY LIMITED C/O BUSBY RETAIL PROPRIETARY LIMITED PO BOX 16647 DOORNFONTEIN JOHANNESBURG 2028 ATTN: MR. KEITH BROUZE |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.505 | State what the contract or lease is for and the nature of the debtor's interest | STORE TYPE - NINE WEST - STORE NUMBER - 2766 | THE PICKWICK CLUB 115 ST CHARLES AVENUE ATTN: CLUB MANAGER NEW ORLEANS, LA 70130 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.506 | State what the contract or lease is for and the nature of the debtor's interest | SERVICE AGREEMENT - THOMSON REUTERS (TAX & ACCOUNTING) INC. - DATED - 12/01/2017 | THOMSON REUTERS ATTN: ORDER PROCESSING 2395 MIDWAY ROAD CARROLLTON, TX 75006-2521 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.507 | State what the contract or lease is for and the nature of the debtor's interest | CONSULTING AGREEMENT - THUSHARA KALUM ABEYRATHNE KELAKORALE GEDARA JAN 2017 - DATED - 01/01/2017 | THUSHARA KALUM ABEYRATHNE KELAKORALE GEDARA NO 61/3, DHARMASHOKA MAWATHA ARUPPOLA KANDY SRI LANKA |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.508 | State what the contract or lease is for and the nature of the debtor's interest | IT CONTRACT - TIBCO - LOYALTY LABS - DATED - 03/28/2017 | TIBCO SOFTWARE INC 3303 HILLVIEW AVENUE PALO ALTO, CA 94304 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.509 | State what the contract or lease is for and the nature of the debtor's interest | DISTRIBUTION MARKETING, ADVERTISING, AND PROMOTION OF PRODUCTS AGREEMENT. DATED AS OF 9/1/2015, AND ALL AMENDMENTS | TLKE LIMITED ATTN: MS. TERESA TIMBERLAKE 2B BLAKE MEWS RICHMOND, SURREY TW9 3GA UNITED KINGDOM |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| Debtor | NINE WEST HOLDINGS, INC. | Case number (if known) | 18-10947 |
|---|---|---|---|
| | Name | | |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.510 | State what the contract or lease is for and the nature of the debtor's interest | DISTRIBUTION, MARKETING, ADVERTISING, AND PROMOTION OF PRODUCTS AGREEMENT AS OF 9/1/2015 | TLKE LIMITED<br>ATTN: MS. TERESA TIMBERLAKE<br>2B BLAKE MEWS<br>RICHMOND, SURREY TW9 3GA<br>UNITED KINGDOM |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.511 | State what the contract or lease is for and the nature of the debtor's interest | DISTRIBUTION AGREEMENT, DATED AS OF SEPTEMBER 1, 2015 BY AND BETWEEN NINE WEST HOLDINGS, INC. AND TLKE LIMITED. | TLKE LIMITED<br>ATTN: MS. TERESA TIMBERLAKE<br>2B BLAKE MEWS, SURREY<br>LONDON<br>UNITED KINGDOM |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.512 | State what the contract or lease is for and the nature of the debtor's interest | TLKE AMENDMENT 1 DISTRIBUTION AGREEMENT AS OF 9/1/2015 | TLKE LIMITED<br>2B BLAKE MEWS<br>SURREY<br>RICHMOND<br>LONDON TW9 3GA<br>UNITED KINGDOM |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.513 | State what the contract or lease is for and the nature of the debtor's interest | SERVICE AGREEMENT - TOLL GLOBAL FORWARDING--NVOCC SERVICE AGREEMENT - DATED - 05/10/2017 | TOLL GLOBAL FORWARDING<br>14/F<br>TOWER 1<br>EVER GAIN PLAZA<br>88 CONTAINER PORT ROAD, NEW TERRATORIES<br>KWAI CHUNG<br>HONG KONG |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.514 | State what the contract or lease is for and the nature of the debtor's interest | INSURANCE AGREEMENT - TRANSAMERICA - DATED - 04/01/2013 | TRANSAMERICA LIFE INSURANCE COMPANY<br>PO BOX 8063<br>LITTLE ROCK, AR 72203-8063 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.515 | State what the contract or lease is for and the nature of the debtor's interest | INSURANCE AGREEMENT - TRAVELERS - DATED - 04/08/2017 | TRAVELERS<br>ATTN: SVP, SPECIALTY CASUALTY, T-11<br>HARTFOD PLAZA<br>HARTFORD, CT 06155 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.516 | State what the contract or lease is for and the nature of the debtor's interest | STORE TYPE - NINE WEST - STORE NUMBER - 2784 | TRC MM LLC<br>PO BOX 840128<br>LOS ANGELES, CA 19182-6509 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| Debtor | NINE WEST HOLDINGS, INC. | Case number *(if known)* | 18-10947 |
|---|---|---|---|
| | Name | | |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.517 | State what the contract or lease is for and the nature of the debtor's interest | SERVICE AGREEMENT - TRI STATE VENDING - DATED - 08/13/2014 | TRISTATE VENDING INC. T.V.S. 19 ELBO LANE MOUNT LAUREL, NJ 08054 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.518 | State what the contract or lease is for and the nature of the debtor's interest | STORE TYPE - NINE WEST - STORE NUMBER - 2875 | TWIN CITIES OUTLETS EGAN LLC PO BOX 826511 PHILADELPHIA, PA 19182-6511 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.519 | State what the contract or lease is for and the nature of the debtor's interest | STORE TYPE - NINE WEST - STORE NUMBER - 2723 | TWMB ASSOCIATES, LLC P. O. BOX 10889 GREENSBORO, NC 27404-0889 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.520 | State what the contract or lease is for and the nature of the debtor's interest | STORE TYPE - NINE WEST - STORE NUMBER - 2877 | UE BERGEN MALL OWNER LLC 210 ROUTE 4 EAST ATTN: CHIEF OPERATING OFFICER PARAMUS, NJ 07652 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.521 | State what the contract or lease is for and the nature of the debtor's interest | MASTER SERVICE AGREEMENT - UNBXD SMARTENGAGE PLATFORM - DATED - 05/15/2017 | UNBXD 1250 OAKMEAD PKWY SUITE 210 SUNNYVALE, CA 94085 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.522 | State what the contract or lease is for and the nature of the debtor's interest | SERVICE AGREEMENT - UNITED AIRLINES - DATED - 10/31/2014 | UNITED AIRLINES 233 S. WACKER DRIVE 16TH FLOOR - HQSVS CHICAGO, IL 60606 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.523 | State what the contract or lease is for and the nature of the debtor's interest | AMENDED AND RESTATED OTHER ACQUIRED INTELLECTUAL PROPERTY LICENSE AGREEMENT, DATED AS OF MAY 23, 1995 | UNITED STATES SHOE CORPORATION C/O LUXOTTICA ATTN: MICHAEL A BOXER 44 HARBOR PARK DRIVE PORT WASHINGTON, NY 11050 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| Debtor | NINE WEST HOLDINGS, INC. | Case number (if known) | 18-10947 |
|---|---|---|---|
| | Name | | |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.524 | State what the contract or lease is for and the nature of the debtor's interest | AMENDMENT TO ORIGINAL SUBLEASE DATED 5/28/2015 | USA LEGWEAR LLC<br>1411 BROADWAY<br>2ND FLOOR<br>NEW YORK, NY 10001 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.525 | State what the contract or lease is for and the nature of the debtor's interest | LICENSING AGREEMENT - VALDE INSPIRED ELEARNING - DATED - 10/30/2017 | VALDE INSPIRED ELEARNING<br>613 N.W. LOOP 410, SUITE 530<br>SAN ANTONIO, TX 78216 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.526 | State what the contract or lease is for and the nature of the debtor's interest | SETTLEMENT AGREEMENT, DATED AS OF MAY 29, 2002. | VARDA, INC.<br>118 SPRING STREET<br>NEW YORK, NY 10012 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.527 | State what the contract or lease is for and the nature of the debtor's interest | LICENSE AGREEMENT WITH VERITY JADE LIMITED - DATED - 03/01/2016 | VERITYJADE LIMITED<br>ATTN: MATTHEW ANDERSON, PRESIDENT<br>STUDIO A, SPECTRUM HOUSE<br>32-34 GORDON HOUSE ROAD<br>HAMPSTEAD<br>LONDON NW5 1LP<br>UNITED KINGDOM |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.528 | State what the contract or lease is for and the nature of the debtor's interest | EMPLOYMENT AGREEMENT - DATED - 12/30/1992 | VINCENT CAMUTO<br>ADDRESS ON FILE |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.529 | State what the contract or lease is for and the nature of the debtor's interest | INSURANCE AGREEMENT - VIRGINIA HELATH NETWORK - DATED - 07/01/2000 | VIRGINIA HEALTH NETWORK INC.<br>812 MOOREFIELD PARK DRIVE<br>SUITE 204<br>RICHMOND, VA 23236 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.530 | State what the contract or lease is for and the nature of the debtor's interest | SERVICE AGREEMENT - VSP APPLICATION AGREEMENT - DATED - 01/01/2015 | VISION SERVICE PLAN<br>ATTN: SALES<br>3333 QUALITY DRIVE<br>RANCHO CORDOVA, CA 95670 |
| | State the term remaining<br>List the contract number of any government contract | | |

| Debtor | NINE WEST HOLDINGS, INC. | Case number (if known) | 18-10947 |
|---|---|---|---|
| | Name | | |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.531 | State what the contract or lease is for and the nature of the debtor's interest | LOGISTICS CONTRACT - VITAL TRANSPORTATION INC - DATED - 04/03/2009 | VITAL TRANSPORTATION, INC. 41-24 38TH STREET LONG ISLAND CITY, NY 11101 |
| | State the term remaining List the contract number of any government contract | | |
| 2.532 | State what the contract or lease is for and the nature of the debtor's interest | THIRD PARTY PROVIDER (BENEFITS, PAYROLL, FREIGHT) - WAGEWORKS - DATED - 01/01/2014 | WAGE WORKS 1100 PARK PLACE SAN MATEO, CA 94403 |
| | State the term remaining List the contract number of any government contract | | |
| 2.533 | State what the contract or lease is for and the nature of the debtor's interest | SERVICE AGREEMENT - WALL STREET JOURNAL SUBSCRIPTION - DATED - 03/31/2017 | WALL STREET JOURNAL 1155 AVENUE OF THE AMERICAS (BTW 44TH & 45TH) NEW YORK, NY 10036 |
| | State the term remaining List the contract number of any government contract | | |
| 2.534 | State what the contract or lease is for and the nature of the debtor's interest | MASTER SERVICE AGREEMENT - WEDNESDAY NY LLC - DATED - 07/22/2016 | WEDNESDAY NY 245 FIFTH AVE FLOOR 25 NEW YORK, NY 10016 |
| | State the term remaining List the contract number of any government contract | | |
| 2.535 | State what the contract or lease is for and the nature of the debtor's interest | EMPLOYMENT AGREEMENT - DATED - 06/02/2014 | WESLEY R. CARD ADDRESS ON FILE |
| | State the term remaining List the contract number of any government contract | | |
| 2.536 | State what the contract or lease is for and the nature of the debtor's interest | INSURANCE POLICIES - WESTCHESTER FIRE INS CO - DATED - 10/01/2016 | WESTCHESTER (A CHUBB CO) ATTN: PROFESSIONAL LIABILITY DEPT ROYAL CENTRE TWO, 11575 GREAT OAKS WAY, SUITE 200 ALPHARETTA, GA 30022 |
| | State the term remaining List the contract number of any government contract | | |
| 2.537 | State what the contract or lease is for and the nature of the debtor's interest | INSURANCE AGREEMENT - WESTCHESTER FIRE INS CO - DATED - 10/01/2016 | WESTCHESTER (A CHUBB CO) ATTN: PROFESSIONAL LIABILITY DEPT ROYAL CENTRE TWO 11575 GREAT OAKS WAY SUITE 200 ALPHARETTA, GA 30022 |
| | State the term remaining List the contract number of any government contract | | |

| Debtor | NINE WEST HOLDINGS, INC. | Case number (if known) | 18-10947 |
|---|---|---|---|
| | Name | | |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.538 | State what the contract or lease is for and the nature of the debtor's interest | INSURANCE AGREEMENT - WESTCHESTER SURPLUS LINES INS CO - DATED - 04/08/2017 | WESTCHESTER SURPLUS LINES INSURANCE COMPANY WALL STREET PLAZA 88 PINE STREET, 6TH FLOOR NEW YORK, NY 10005 |
| | State the term remaining List the contract number of any government contract | | |
| 2.539 | State what the contract or lease is for and the nature of the debtor's interest | AMENDMENT TO ENGAGEMENT AGREEMENT DATED AS OF 9/23/2009 | WESTMINSTER CONSULTING, LLC ATTN: THOMAS F. ZAMIARA, PARTNER 11 CENTRE PARK SUITE 303 ROCHESTER , NY 14614-1115 |
| | State the term remaining List the contract number of any government contract | | |
| 2.540 | State what the contract or lease is for and the nature of the debtor's interest | SERVICE AGREEMENT - WGSN DESIGN WEBSITE ACCESS 2017-2018 - DATED - 03/27/2017 | WGSN INC 25 WEST 39TH STREET 14TH FLOOR NEW YORK, NY 10018 |
| | State the term remaining List the contract number of any government contract | | |
| 2.541 | State what the contract or lease is for and the nature of the debtor's interest | MASTER SERVICE AGREEMENT - WILLIAM B MEYER - DATED - 09/01/2017 | WILLIAM B MEYER 255 LONG BEACH BLVD STRATFORD, CT 06615 |
| | State the term remaining List the contract number of any government contract | | |
| 2.542 | State what the contract or lease is for and the nature of the debtor's interest | STORE TYPE - NINE WEST - STORE NUMBER - 2884 | WILLIAMSBURG OUTLETS, LLC 105 EISENHOWER PARKWAY, 1ST FLOOR ROSELAND, NJ 07068 |
| | State the term remaining List the contract number of any government contract | | |
| 2.543 | State what the contract or lease is for and the nature of the debtor's interest | INSURANCE AGREEMENT - INSURANCE FOR CANADA - DATED - 04/08/2017 | WILLIS CANADA INC 100 KING STREET WEST SUITE 4700 TORONTO, ON M5K 1E4 CANADA |
| | State the term remaining List the contract number of any government contract | | |
| 2.544 | State what the contract or lease is for and the nature of the debtor's interest | INSURANCE AGREEMENT - FACTORY MUTUAL - INSURANCE FOR NW AND KASPER - DATED - 04/08/2017 | WILLIS OF NEW YORK INC PO BOX 7500 JOHNSTON, RI 02919 |
| | State the term remaining List the contract number of any government contract | | |

| Debtor | NINE WEST HOLDINGS, INC. | Case number *(if known)* 18-10947 |
|---|---|---|
| | Name | |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.545 | State what the contract or lease is for and the nature of the debtor's interest | INSURANCE AGREEMENT - AIG DO EPL FID - DATED - 10/01/2016 | WILLIS OF NY-ONE WORLD FIN CTR ATTN: C-CLAIMS, D&O CLAIMS 175 WATER STREET NEW YORK, NY 10038 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.546 | State what the contract or lease is for and the nature of the debtor's interest | INSURANCE AGREEMENT - CRIME POLICY--WILLIS OF NY - DATED - 10/01/2016 | WILLIS OF NY-ONE WORLD FIN CTR 200 LIBERTY STREET, 7TH FLOOR ONE WORLD FINANCIAL CENTER NEW YORK, NY 10281-1003 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.547 | State what the contract or lease is for and the nature of the debtor's interest | INSURANCE AGREEMENT - FOREIGN CASULTY COVERAGE--WILLIS TOWERS WATSON - DATED - 04/08/2017 | WILLIS TOWERS WATSON ATTN: MUAREEN MCCARTHY 200 LIBERTY STREET FLOOR 6 NEW YORK, NY 10281-0001 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.548 | State what the contract or lease is for and the nature of the debtor's interest | SUBLEASE AGREEMENT FOR 5TH FLOOR OF 1411 DATED 7/11/2016 | WILTON BRANDS LLC 2240 75TH STREET WOODRIDGE, IL 60517 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.549 | State what the contract or lease is for and the nature of the debtor's interest | COMMENCEMENT DATE AGREEMENT FOR SUBLEASE OF 1411 5TH FLOOR DATED 11/1/2016 | WILTON BRANDS LLC 2240 7TH STREET WOODRIDGE, IL 60517 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.550 | State what the contract or lease is for and the nature of the debtor's interest | CONSULTING AGREEMENT - WORLCO - DATED - 04/20/2011 | WORLCO 901 ROUTE 38 CHERRY HILL, NJ 08002 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.551 | State what the contract or lease is for and the nature of the debtor's interest | SERVICE AGREEMENT - DELTA AIR LINES - DATED - 04/01/2017 | WORLD TRAVEL INC 1724 WEST SCHUYKILL ROAD DUGLASSVILLE, PA 19518 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

Debtor    NINE WEST HOLDINGS, INC.
          Name

Case number (if known)  18-10947

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.552 | State what the contract or lease is for and the nature of the debtor's interest | SERVICE AGREEMENT - WWD / FN SUBSCRIPTIONS - DATED - 07/01/2017 | WWD-FN ATTN: JULIE DRESEN PO BOX 6356 HARLAN, IA 51593-1856 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.553 | State what the contract or lease is for and the nature of the debtor's interest | IT CONTRACT - XO COMMUNICATIONS - DATED - 05/07/2014 | XO COMMUNICATIONS ATTN: EXECUTIVE VICE PRESIDENT, SALES & MARKETING 13865 SUNRISE VALLEY DRIVE HERNDON, VA 20171 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.554 | State what the contract or lease is for and the nature of the debtor's interest | SERVICE AGREEMENT - XYZ TWO WAY RADIO SERVICE INC - DATED - 11/04/2014 | XYZ TWO WAY RADIO SERVICE 275 20TH STREET BROOKLYN, NY 11215 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.555 | State what the contract or lease is for and the nature of the debtor's interest | MARKETING BRAND APPROVAL AGREEMENT DATED 10/10/2014 | ZAPPOS IP, INC. ATTN: LEGAL DEPARTMENT 2280 CORPORATE CIRCLE SUITE 100 HENDERSON, NV 89074 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.556 | State what the contract or lease is for and the nature of the debtor's interest | MERCHANDISING AGREEMENT DATED 6/15/2010 | ZAPPOS MERCHANDISING INC. ATTN: LEGAL DEPARTMENT 2280 CORPORATE CIRCLE, SUITE 100 HENDERSON, NV 89074 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.557 | State what the contract or lease is for and the nature of the debtor's interest | MERCHANDISING AGREEMENT DATED 3/20/18 | ZAPPOS MERCHANDISING, INC. ATTN: LEGAL DEPARTMENT 2280 CORPORATE CIRCLE SUITE 100 HENDERSON, NV 89074 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.558 | State what the contract or lease is for and the nature of the debtor's interest | ZAPPOS MERCHANDISING, INC. VENDOR AGREEMENT, DATED AS OF MARCH 20, 2010. | ZAPPOS MERCHANDISING, INC. ATTN: LEGAL DEPARTMENT 2280 CORPORATE CIRCLE SUITE 100 HENDERSON, NV 89074 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| Debtor | NINE WEST HOLDINGS, INC. | Case number *(if known)* | 18-10947 |
|---|---|---|---|
| | Name | | |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

*Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.*

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.559 | State what the contract or lease is for and the nature of the debtor's interest | VENDOR AGREEMENT FOR SALE AND USE OF PRODUCTS DATED 9/22/2005 | ZAPPOS.COM INC. 2280 CORPORATE CIRCLE SUITE 100 HENDERSON, NV 89074 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.560 | State what the contract or lease is for and the nature of the debtor's interest | AMENDMENT TO ORIGINAL VENDOR AGREEMENT DATED 4/14/2009 | ZAPPOS 2280 CORPORATE CIRCLE SUITE 100 HENDERSON, NV 89074 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.561 | State what the contract or lease is for and the nature of the debtor's interest | IT CONTRACT - ZENDESK - DATED - 05/15/2017 | ZENDESK INC 1019 MARKET STREET SAN FRANCISCO, CA 94103 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.562 | State what the contract or lease is for and the nature of the debtor's interest | BUYING AGENCY AGREEMENT, DATED AS OF MAY 18, 2007, BY AND BETWEEN NINE WEST FOOTWEAR CORPORATION AND ZIGI NEW YORK GROUP. | ZIGI NEW YORK GROUP NO 41 JIAO YU DONG RD HE TIAN VILLAGE HOU JIE DONG GUAN GUANG DONG 523945 CHINA |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.563 | State what the contract or lease is for and the nature of the debtor's interest | BUYER AGENCY AGREEMENT - ZIGI USA LLC - DATED - 05/18/2007 | ZIGI USA LLC NO 41 JIAO YU DONG RD HE TIAN VILLAGE HOU JIE DONG GUAN GURANG DONG CHINA |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.564 | State what the contract or lease is for and the nature of the debtor's interest | MASTER SUBSCRIPTION AGREEMENT DATED AS OF 12/31/2016 | ZMAGS CORPORATION 332 CONGRESS ST 2ND FLOOR BOSTON, MA 02210 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.565 | State what the contract or lease is for and the nature of the debtor's interest | SERVICES ORDER FORM DATED AS OF 01/31/2018 | ZMAGS CORPORATION 332 CONGRESS ST 2ND FLOOR BOSTON, MA 02210 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

Debtor    NINE WEST HOLDINGS, INC.
                    Name

Case number (if known)  18-10947

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.566 | **State what the contract or lease is for and the nature of the debtor's interest** | FOREIGN LIABILITY - POLICY NUMBER - ZE 9155892-04 - DATED - 04/08/2018 | ZURICH AMERICAN INSURANCE COMPANY WILLIS OF NEW YORK INC. 200 LIBERTY ST FLOOR 6 NEW YORK, NY 10281-0001 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

<table>
<tr><td colspan="2"><strong>Fill in this information to identify the case:</strong></td></tr>
<tr><td>Debtor name</td><td>NINE WEST HOLDINGS, INC.</td></tr>
<tr><td>United States Bankruptcy Court for the:</td><td>Southern District of New York</td></tr>
<tr><td>Case number (If known):</td><td>18-10947</td></tr>
</table>

☐ Check if this is an amended filing

## Official Form 206H

# Schedule H: Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

1. **Does the debtor have any codebtors?**

   ☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

   ☒ Yes

2. **In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, *Schedules D-G*.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|
| **Name** | **Mailing address** | **Name** | Check all schedules that apply: |
| 2.1 NINE WEST DEVELOPMENT LLC | 1411 BROADWAY    NEW YORK, NY  10018 | ABRASASH, INC. | ☐ D<br>☐ E/F<br>☒ G |
| 2.2 NINE WEST DISTRIBUTION LLC | 180 RITTENHOUSE CIRCLE    BRISTOL, PA  19007 | ABRASASH, INC. | ☐ D<br>☐ E/F<br>☒ G |
| 2.3 NINE WEST MANAGEMENT SERVICE LLC | 180 RITTENHOUSE CIRCLE    BRISTOL, PA  19007 | ABRASASH, INC. | ☐ D<br>☐ E/F<br>☒ G |
| 2.4 NINE WEST MANAGEMENT SERVICE LLC | 180 RITTENHOUSE CIRCLE    BRISTOL, PA  19007 | ABRASASH, INC. | ☐ D<br>☐ E/F<br>☒ G |
| 2.5 KASPER GROUP LLC | 1412 BROADWAY    NEW YORK, NY  10018 | ADP LLC | ☐ D<br>☐ E/F<br>☒ G |
| 2.6 ONE JEANSWEAR GROUP INC. | 1411 BROADWAY    NEW YORK, NY  10018 | ADP LLC | ☐ D<br>☐ E/F<br>☒ G |

| Debtor | NINE WEST HOLDINGS, INC. | | Case number *(if known)* | 18-10947 |
|---|---|---|---|---|
| | Name | | | |

## Additional Page if Debtor Has More Codebtors

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
| 2.7 | NINE WEST DISTRIBUTION LLC | 180 RITTENHOUSE CIRCLE    BRISTOL, PA  19007 | ADP LLC | ☐ D ☐ E/F ☒ G |
| 2.8 | NINE WEST MANAGEMENT SERVICE LLC | 180 RITTENHOUSE CIRCLE    BRISTOL, PA  19007 | ADP LLC | ☐ D ☐ E/F ☒ G |
| 2.9 | ONE JEANSWEAR GROUP INC. | 1411 BROADWAY    NEW YORK, NY  10018 | ADP LLC | ☐ D ☐ E/F ☒ G |
| 2.10 | NINE WEST DEVELOPMENT LLC | 1411 BROADWAY    NEW YORK, NY  10018 | AETNA | ☐ D ☐ E/F ☒ G |
| 2.11 | NINE WEST DISTRIBUTION LLC | 180 RITTENHOUSE CIRCLE    BRISTOL, PA  19007 | AETNA | ☐ D ☐ E/F ☒ G |
| 2.12 | NINE WEST MANAGEMENT SERVICE LLC | 180 RITTENHOUSE CIRCLE    BRISTOL, PA  19007 | AETNA | ☐ D ☐ E/F ☒ G |
| 2.13 | ONE JEANSWEAR GROUP INC. | 1411 BROADWAY    NEW YORK, NY  10018 | AETNA | ☐ D ☐ E/F ☒ G |
| 2.14 | NINE WEST DEVELOPMENT LLC | 1411 BROADWAY    NEW YORK, NY  10018 | AETNA | ☐ D ☐ E/F ☒ G |
| 2.15 | NINE WEST DISTRIBUTION LLC | 180 RITTENHOUSE CIRCLE    BRISTOL, PA  19007 | AETNA | ☐ D ☐ E/F ☒ G |
| 2.16 | NINE WEST MANAGEMENT SERVICE LLC | 180 RITTENHOUSE CIRCLE    BRISTOL, PA  19007 | AETNA | ☐ D ☐ E/F ☒ G |
| 2.17 | ONE JEANSWEAR GROUP INC. | 1411 BROADWAY    NEW YORK, NY  10018 | AETNA | ☐ D ☐ E/F ☒ G |

| Debtor | NINE WEST HOLDINGS, INC. | Case number (if known) | 18-10947 |
|---|---|---|---|
| | Name | | |

| | **Additional Page if Debtor Has More Codebtors** |
|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | Check all schedules that apply: |
| 2.18 | NINE WEST DEVELOPMENT LLC | 1411 BROADWAY    NEW YORK, NY  10018 | AHMAD AYED TALAK AL-MAJALI | ❏ D<br>❏ E/F<br>☒ G |
| 2.19 | NINE WEST DISTRIBUTION LLC | 180 RITTENHOUSE CIRCLE    BRISTOL, PA  19007 | AHMAD AYED TALAK AL-MAJALI | ❏ D<br>❏ E/F<br>☒ G |
| 2.20 | NINE WEST MANAGEMENT SERVICE LLC | 180 RITTENHOUSE CIRCLE    BRISTOL, PA  19007 | AHMAD AYED TALAK AL-MAJALI | ❏ D<br>❏ E/F<br>☒ G |
| 2.21 | ONE JEANSWEAR GROUP INC. | 1411 BROADWAY    NEW YORK, NY  10018 | AHMAD AYED TALAK AL-MAJALI | ❏ D<br>❏ E/F<br>☒ G |
| 2.22 | NINE WEST DEVELOPMENT LLC | 1411 BROADWAY    NEW YORK, NY  10018 | AL MANAL TRADING CO. LLC | ❏ D<br>❏ E/F<br>☒ G |
| 2.23 | NINE WEST DISTRIBUTION LLC | 180 RITTENHOUSE CIRCLE    BRISTOL, PA  19007 | ALAN B MILLER | ❏ D<br>❏ E/F<br>☒ G |
| 2.24 | NINE WEST MANAGEMENT SERVICE LLC | 180 RITTENHOUSE CIRCLE    BRISTOL, PA  19007 | ALAN B MILLER | ❏ D<br>❏ E/F<br>☒ G |
| 2.25 | ONE JEANSWEAR GROUP INC. | 1411 BROADWAY    NEW YORK, NY  10018 | ALAN B MILLER | ❏ D<br>❏ E/F<br>☒ G |
| 2.26 | NINE WEST DEVELOPMENT LLC | 1411 BROADWAY    NEW YORK, NY  10018 | ALAN B MILLER | ❏ D<br>❏ E/F<br>☒ G |
| 2.27 | NINE WEST DEVELOPMENT LLC | 1411 BROADWAY    NEW YORK, NY  10018 | ALERE WELLBEING INC | ❏ D<br>❏ E/F<br>☒ G |
| 2.28 | NINE WEST DISTRIBUTION LLC | 180 RITTENHOUSE CIRCLE    BRISTOL, PA  19007 | ALERE WELLBEING INC | ❏ D<br>❏ E/F<br>☒ G |

| Debtor | NINE WEST HOLDINGS, INC. | Case number (if known) | 18-10947 |
|---|---|---|---|
| | Name | | |

**Additional Page if Debtor Has More Codebtors**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | Check all schedules that apply: |
| 2.29 | NINE WEST MANAGEMENT SERVICE LLC | 180 RITTENHOUSE CIRCLE    BRISTOL, PA  19007 | ALERE WELLBEING INC | ☐ D ☐ E/F ☒ G |
| 2.30 | ONE JEANSWEAR GROUP INC. | 1411 BROADWAY    NEW YORK, NY  10018 | ALERE WELLBEING INC | ☐ D ☐ E/F ☒ G |
| 2.31 | ONE JEANSWEAR GROUP INC. | 1411 BROADWAY    NEW YORK, NY  10018 | AMAZON.COM | ☐ D ☐ E/F ☒ G |
| 2.32 | NINE WEST DEVELOPMENT LLC | 1411 BROADWAY    NEW YORK, NY  10018 | AMAZON.COM | ☐ D ☐ E/F ☒ G |
| 2.33 | NINE WEST DISTRIBUTION LLC | 180 RITTENHOUSE CIRCLE    BRISTOL, PA  19007 | AMAZON.COM | ☐ D ☐ E/F ☒ G |
| 2.34 | NINE WEST MANAGEMENT SERVICE LLC | 180 RITTENHOUSE CIRCLE    BRISTOL, PA  19007 | AMAZON.COM | ☐ D ☐ E/F ☒ G |
| 2.35 | NINE WEST DEVELOPMENT LLC | 1411 BROADWAY    NEW YORK, NY  10018 | AMERICAN APPRAISAL ASSOCIATES INC | ☐ D ☐ E/F ☒ G |
| 2.36 | NINE WEST DISTRIBUTION LLC | 180 RITTENHOUSE CIRCLE    BRISTOL, PA  19007 | AMERICAN APPRAISAL ASSOCIATES INC | ☐ D ☐ E/F ☒ G |
| 2.37 | NINE WEST MANAGEMENT SERVICE LLC | 180 RITTENHOUSE CIRCLE    BRISTOL, PA  19007 | AMERICAN APPRAISAL ASSOCIATES INC | ☐ D ☐ E/F ☒ G |
| 2.38 | ONE JEANSWEAR GROUP INC. | 1411 BROADWAY    NEW YORK, NY  10018 | AMERICAN APPRAISAL ASSOCIATES INC | ☐ D ☐ E/F ☒ G |
| 2.39 | NINE WEST DEVELOPMENT LLC | 1411 BROADWAY    NEW YORK, NY  10018 | AMERICAN EXPRESS | ☐ D ☐ E/F ☒ G |

| Debtor | NINE WEST HOLDINGS, INC. | Case number (if known) | 18-10947 |
|---|---|---|---|
| | Name | | |

**Additional Page if Debtor Has More Codebtors**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | Column 1: Codebtor Name | Mailing address | Column 2: Creditor Name | Check all schedules that apply: |
|---|---|---|---|---|
| 2.40 | NINE WEST DISTRIBUTION LLC | 180 RITTENHOUSE CIRCLE   BRISTOL, PA  19007 | AMERICAN EXPRESS | ☐ D ☐ E/F ☒ G |
| 2.41 | NINE WEST MANAGEMENT SERVICE LLC | 180 RITTENHOUSE CIRCLE   BRISTOL, PA  19007 | AMERICAN EXPRESS | ☐ D ☐ E/F ☒ G |
| 2.42 | ONE JEANSWEAR GROUP INC. | 1411 BROADWAY   NEW YORK, NY  10018 | AMERICAN EXPRESS | ☐ D ☐ E/F ☒ G |
| 2.43 | NINE WEST DEVELOPMENT LLC | 1411 BROADWAY   NEW YORK, NY  10018 | APPAREL FZCO | ☐ D ☐ E/F ☒ G |
| 2.44 | NINE WEST DEVELOPMENT LLC | 1411 BROADWAY   NEW YORK, NY  10018 | APPAREL FZCO | ☐ D ☐ E/F ☒ G |
| 2.45 | NINE WEST DEVELOPMENT LLC | 1411 BROADWAY   NEW YORK, NY  10018 | BAIRD TEXTILE HOLDINGS LIMITED | ☐ D ☐ E/F ☒ G |
| 2.46 | ONE JEANSWEAR GROUP INC. | 1411 BROADWAY   NEW YORK, NY  10018 | BAKER ROOFING OF NORFOLK LLC | ☐ D ☐ E/F ☒ G |
| 2.47 | NINE WEST DISTRIBUTION LLC | 180 RITTENHOUSE CIRCLE   BRISTOL, PA  19007 | BAKER ROOFING OF NORFOLK LLC | ☐ D ☐ E/F ☒ G |
| 2.48 | NINE WEST MANAGEMENT SERVICE LLC | 180 RITTENHOUSE CIRCLE   BRISTOL, PA  19007 | BAKER ROOFING OF NORFOLK LLC | ☐ D ☐ E/F ☒ G |
| 2.49 | NINE WEST DEVELOPMENT LLC | 1411 BROADWAY   NEW YORK, NY  10018 | BAKER ROOFING OF NORFOLK LLC | ☐ D ☐ E/F ☒ G |
| 2.50 | NINE WEST MANAGEMENT SERVICE LLC | 180 RITTENHOUSE CIRCLE   BRISTOL, PA  19007 | BANK OF AMERICA | ☐ D ☐ E/F ☒ G |

| Debtor | NINE WEST HOLDINGS, INC. | Case number *(if known)* | 18-10947 |
|---|---|---|---|
| | Name | | |

### Additional Page if Debtor Has More Codebtors

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| | Column 1: **Codebtor** Name | Mailing address | Column 2: **Creditor** Name | Check all schedules that apply: |
|---|---|---|---|---|
| 2.51 | ONE JEANSWEAR GROUP INC. | 1411 BROADWAY    NEW YORK, NY  10018 | BANK OF AMERICA | ☐ D ☐ E/F ☒ G |
| 2.52 | NINE WEST DEVELOPMENT LLC | 1411 BROADWAY    NEW YORK, NY  10018 | BANK OF AMERICA | ☐ D ☐ E/F ☒ G |
| 2.53 | NINE WEST DISTRIBUTION LLC | 180 RITTENHOUSE CIRCLE    BRISTOL, PA  19007 | BANK OF AMERICA | ☐ D ☐ E/F ☒ G |
| 2.54 | NINE WEST MANAGEMENT SERVICE LLC | 180 RITTENHOUSE CIRCLE    BRISTOL, PA  19007 | BANK OF AMERICA | ☐ D ☐ E/F ☒ G |
| 2.55 | KASPER GROUP LLC | 1412 BROADWAY    NEW YORK, NY  10018 | BANK OF AMERICA | ☐ D ☐ E/F ☒ G |
| 2.56 | NINE WEST DEVELOPMENT LLC | 1411 BROADWAY    NEW YORK, NY  10018 | BANK OF AMERICA | ☐ D ☐ E/F ☒ G |
| 2.57 | NINE WEST DISTRIBUTION LLC | 180 RITTENHOUSE CIRCLE    BRISTOL, PA  19007 | BANK OF AMERICA | ☐ D ☐ E/F ☒ G |
| 2.58 | ONE JEANSWEAR GROUP INC. | 1411 BROADWAY    NEW YORK, NY  10018 | BANK OF AMERICA | ☐ D ☐ E/F ☒ G |
| 2.59 | NINE WEST DEVELOPMENT LLC | 1411 BROADWAY    NEW YORK, NY  10018 | BBC INTERNATIONAL LLC | ☐ D ☐ E/F ☒ G |
| 2.60 | NINE WEST MANAGEMENT SERVICE LLC | 180 RITTENHOUSE CIRCLE    BRISTOL, PA  19007 | BBC INTERNATIONAL LLC | ☐ D ☐ E/F ☒ G |
| 2.61 | NINE WEST DISTRIBUTION LLC | 180 RITTENHOUSE CIRCLE    BRISTOL, PA  19007 | BBC INTERNATIONAL LLC | ☐ D ☐ E/F ☒ G |

| Debtor | NINE WEST HOLDINGS, INC. | Case number *(if known)* | 18-10947 |
|---|---|---|---|
| | Name | | |

### Additional Page if Debtor Has More Codebtors

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | Check all schedules that apply: |
| 2.62 | ONE JEANSWEAR GROUP INC. | 1411 BROADWAY    NEW YORK, NY  10018 | BBC INTERNATIONAL LLC | ☐ D<br>☐ E/F<br>☒ G |
| 2.63 | NINE WEST DEVELOPMENT LLC | 1411 BROADWAY    NEW YORK, NY  10018 | BDO USA, LLP | ☐ D<br>☐ E/F<br>☒ G |
| 2.64 | NINE WEST DISTRIBUTION LLC | 180 RITTENHOUSE CIRCLE    BRISTOL, PA  19007 | BDO USA, LLP | ☐ D<br>☐ E/F<br>☒ G |
| 2.65 | NINE WEST MANAGEMENT SERVICE LLC | 180 RITTENHOUSE CIRCLE    BRISTOL, PA  19007 | BDO USA, LLP | ☐ D<br>☐ E/F<br>☒ G |
| 2.66 | ONE JEANSWEAR GROUP INC. | 1411 BROADWAY    NEW YORK, NY  10018 | BDO USA, LLP | ☐ D<br>☐ E/F<br>☒ G |
| 2.67 | NINE WEST DEVELOPMENT LLC | 1411 BROADWAY    NEW YORK, NY  10018 | BEAZLEY INSURANCE COMPANY | ☐ D<br>☐ E/F<br>☒ G |
| 2.68 | NINE WEST DISTRIBUTION LLC | 180 RITTENHOUSE CIRCLE    BRISTOL, PA  19007 | BEAZLEY INSURANCE COMPANY | ☐ D<br>☐ E/F<br>☒ G |
| 2.69 | NINE WEST MANAGEMENT SERVICE LLC | 180 RITTENHOUSE CIRCLE    BRISTOL, PA  19007 | BEAZLEY INSURANCE COMPANY | ☐ D<br>☐ E/F<br>☒ G |
| 2.70 | ONE JEANSWEAR GROUP INC. | 1411 BROADWAY    NEW YORK, NY  10018 | BEAZLEY INSURANCE COMPANY | ☐ D<br>☐ E/F<br>☒ G |
| 2.71 | ONE JEANSWEAR GROUP INC. | 1411 BROADWAY    NEW YORK, NY  10018 | BLOOMBERG FINANCE LP | ☐ D<br>☐ E/F<br>☒ G |
| 2.72 | NINE WEST DEVELOPMENT LLC | 1411 BROADWAY    NEW YORK, NY  10018 | BLOOMBERG FINANCE LP | ☐ D<br>☐ E/F<br>☒ G |

| Debtor | NINE WEST HOLDINGS, INC. | Case number (if known) | 18-10947 |
|---|---|---|---|
| | Name | | |

| | **Additional Page if Debtor Has More Codebtors** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | Check all schedules that apply: |
| 2.73 | NINE WEST DISTRIBUTION LLC | 180 RITTENHOUSE CIRCLE    BRISTOL, PA  19007 | BLOOMBERG FINANCE LP | ❏ D<br>❏ E/F<br>☒ G |
| 2.74 | NINE WEST MANAGEMENT SERVICE LLC | 180 RITTENHOUSE CIRCLE    BRISTOL, PA  19007 | BLOOMBERG FINANCE LP | ❏ D<br>❏ E/F<br>☒ G |
| 2.75 | ONE JEANSWEAR GROUP INC. | 1411 BROADWAY    NEW YORK, NY  10018 | BOX INC | ❏ D<br>❏ E/F<br>☒ G |
| 2.76 | NINE WEST DEVELOPMENT LLC | 1411 BROADWAY    NEW YORK, NY  10018 | BOX INC | ❏ D<br>❏ E/F<br>☒ G |
| 2.77 | NINE WEST DISTRIBUTION LLC | 180 RITTENHOUSE CIRCLE    BRISTOL, PA  19007 | BOX INC | ❏ D<br>❏ E/F<br>☒ G |
| 2.78 | NINE WEST MANAGEMENT SERVICE LLC | 180 RITTENHOUSE CIRCLE    BRISTOL, PA  19007 | BOX INC | ❏ D<br>❏ E/F<br>☒ G |
| 2.79 | NINE WEST MANAGEMENT SERVICE LLC | 180 RITTENHOUSE CIRCLE    BRISTOL, PA  19007 | BRIGHT HORIZONS | ❏ D<br>❏ E/F<br>☒ G |
| 2.80 | NINE WEST DEVELOPMENT LLC | 1411 BROADWAY    NEW YORK, NY  10018 | BRIGHT HORIZONS | ❏ D<br>❏ E/F<br>☒ G |
| 2.81 | NINE WEST DISTRIBUTION LLC | 180 RITTENHOUSE CIRCLE    BRISTOL, PA  19007 | BRIGHT HORIZONS | ❏ D<br>❏ E/F<br>☒ G |
| 2.82 | ONE JEANSWEAR GROUP INC. | 1411 BROADWAY    NEW YORK, NY  10018 | BRIGHT HORIZONS | ❏ D<br>❏ E/F<br>☒ G |
| 2.83 | NINE WEST DEVELOPMENT LLC | 1411 BROADWAY    NEW YORK, NY  10018 | CANON SOLUTIONS AMERICA, INC. | ❏ D<br>❏ E/F<br>☒ G |

| Debtor | NINE WEST HOLDINGS, INC. | Case number (if known) | 18-10947 |
|---|---|---|---|
| | Name | | |

**Additional Page if Debtor Has More Codebtors**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | Check all schedules that apply: |
| 2.84 | NINE WEST DISTRIBUTION LLC | 180 RITTENHOUSE CIRCLE    BRISTOL, PA  19007 | CANON SOLUTIONS AMERICA, INC. | ❏ D<br>❏ E/F<br>☒ G |
| 2.85 | ONE JEANSWEAR GROUP INC. | 1411 BROADWAY    NEW YORK, NY  10018 | CANON SOLUTIONS AMERICA, INC. | ❏ D<br>❏ E/F<br>☒ G |
| 2.86 | NINE WEST MANAGEMENT SERVICE LLC | 180 RITTENHOUSE CIRCLE    BRISTOL, PA  19007 | CANON SOLUTIONS AMERICA, INC. | ❏ D<br>❏ E/F<br>☒ G |
| 2.87 | KASPER GROUP LLC | 1412 BROADWAY    NEW YORK, NY  10018 | CANON SOLUTIONS AMERICA, INC. | ❏ D<br>❏ E/F<br>☒ G |
| 2.88 | NINE WEST DEVELOPMENT LLC | 1411 BROADWAY    NEW YORK, NY  10018 | CAPITAL REGION AIRPORT COMMISSION | ❏ D<br>❏ E/F<br>☒ G |
| 2.89 | NINE WEST DISTRIBUTION LLC | 180 RITTENHOUSE CIRCLE    BRISTOL, PA  19007 | CAPITAL REGION AIRPORT COMMISSION | ❏ D<br>❏ E/F<br>☒ G |
| 2.90 | NINE WEST MANAGEMENT SERVICE LLC | 180 RITTENHOUSE CIRCLE    BRISTOL, PA  19007 | CAPITAL REGION AIRPORT COMMISSION | ❏ D<br>❏ E/F<br>☒ G |
| 2.91 | ONE JEANSWEAR GROUP INC. | 1411 BROADWAY    NEW YORK, NY  10018 | CAPITAL REGION AIRPORT COMMISSION | ❏ D<br>❏ E/F<br>☒ G |
| 2.92 | NINE WEST DEVELOPMENT LLC | 1411 BROADWAY    NEW YORK, NY  10018 | CASS INFORMATION SYSTEMS INC. | ❏ D<br>❏ E/F<br>☒ G |
| 2.93 | NINE WEST MANAGEMENT SERVICE LLC | 180 RITTENHOUSE CIRCLE    BRISTOL, PA  19007 | CASS INFORMATION SYSTEMS INC. | ❏ D<br>❏ E/F<br>☒ G |
| 2.94 | ONE JEANSWEAR GROUP INC. | 1411 BROADWAY    NEW YORK, NY  10018 | CASS INFORMATION SYSTEMS INC. | ❏ D<br>❏ E/F<br>☒ G |

| Debtor | NINE WEST HOLDINGS, INC. | Case number (if known) | 18-10947 |
|---|---|---|---|
| | Name | | |

**Additional Page if Debtor Has More Codebtors**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | Check all schedules that apply: |
| 2.95 | NINE WEST DISTRIBUTION LLC | 180 RITTENHOUSE CIRCLE    BRISTOL, PA 19007 | CASS INFORMATION SYSTEMS INC. | ☐ D<br>☐ E/F<br>☒ G |
| 2.96 | NINE WEST DEVELOPMENT LLC | 1411 BROADWAY    NEW YORK, NY 10018 | CASTLE MERCHANDISING INC | ☐ D<br>☐ E/F<br>☒ G |
| 2.97 | NINE WEST DISTRIBUTION LLC | 180 RITTENHOUSE CIRCLE    BRISTOL, PA 19007 | CASTLE MERCHANDISING INC | ☐ D<br>☐ E/F<br>☒ G |
| 2.98 | NINE WEST MANAGEMENT SERVICE LLC | 180 RITTENHOUSE CIRCLE    BRISTOL, PA 19007 | CASTLE MERCHANDISING INC | ☐ D<br>☐ E/F<br>☒ G |
| 2.99 | ONE JEANSWEAR GROUP INC. | 1411 BROADWAY    NEW YORK, NY 10018 | CASTLE MERCHANDISING INC | ☐ D<br>☐ E/F<br>☒ G |
| 2.100 | NINE WEST DEVELOPMENT LLC | 1411 BROADWAY    NEW YORK, NY 10018 | CATHAY PACIFIC | ☐ D<br>☐ E/F<br>☒ G |
| 2.101 | NINE WEST DISTRIBUTION LLC | 180 RITTENHOUSE CIRCLE    BRISTOL, PA 19007 | CATHAY PACIFIC | ☐ D<br>☐ E/F<br>☒ G |
| 2.102 | NINE WEST MANAGEMENT SERVICE LLC | 180 RITTENHOUSE CIRCLE    BRISTOL, PA 19007 | CATHAY PACIFIC | ☐ D<br>☐ E/F<br>☒ G |
| 2.103 | ONE JEANSWEAR GROUP INC. | 1411 BROADWAY    NEW YORK, NY 10018 | CATHAY PACIFIC | ☐ D<br>☐ E/F<br>☒ G |
| 2.104 | KASPER GROUP LLC | 1412 BROADWAY    NEW YORK, NY 10018 | CHECK PLUS SYSTEMS | ☐ D<br>☐ E/F<br>☒ G |
| 2.105 | NINE WEST DEVELOPMENT LLC | 1411 BROADWAY    NEW YORK, NY 10018 | CHUBB | ☐ D<br>☐ E/F<br>☒ G |

| Debtor | NINE WEST HOLDINGS, INC. | Case number *(if known)* | 18-10947 |
|---|---|---|---|
| | Name | | |

**Additional Page if Debtor Has More Codebtors**

*Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.*

| | Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
| 2.106 | ONE JEANSWEAR GROUP INC. | 1411 BROADWAY    NEW YORK, NY  10018 | CHUBB | ☐ D  ☐ E/F  ☒ G |
| 2.107 | NINE WEST DISTRIBUTION LLC | 180 RITTENHOUSE CIRCLE    BRISTOL, PA  19007 | CHUBB | ☐ D  ☐ E/F  ☒ G |
| 2.108 | NINE WEST MANAGEMENT SERVICE LLC | 180 RITTENHOUSE CIRCLE    BRISTOL, PA  19007 | CHUBB | ☐ D  ☐ E/F  ☒ G |
| 2.109 | NINE WEST DEVELOPMENT LLC | 1411 BROADWAY    NEW YORK, NY  10018 | CJ ADVANTAGE-AFFILIATES | ☐ D  ☐ E/F  ☒ G |
| 2.110 | NINE WEST DISTRIBUTION LLC | 180 RITTENHOUSE CIRCLE    BRISTOL, PA  19007 | CJ ADVANTAGE-AFFILIATES | ☐ D  ☐ E/F  ☒ G |
| 2.111 | NINE WEST MANAGEMENT SERVICE LLC | 180 RITTENHOUSE CIRCLE    BRISTOL, PA  19007 | CJ ADVANTAGE-AFFILIATES | ☐ D  ☐ E/F  ☒ G |
| 2.112 | ONE JEANSWEAR GROUP INC. | 1411 BROADWAY    NEW YORK, NY  10018 | CJ ADVANTAGE-AFFILIATES | ☐ D  ☐ E/F  ☒ G |
| 2.113 | NINE WEST DEVELOPMENT LLC | 1411 BROADWAY    NEW YORK, NY  10018 | COMMUNICAR INC | ☐ D  ☐ E/F  ☒ G |
| 2.114 | NINE WEST DISTRIBUTION LLC | 180 RITTENHOUSE CIRCLE    BRISTOL, PA  19007 | COMMUNICAR INC | ☐ D  ☐ E/F  ☒ G |
| 2.115 | NINE WEST MANAGEMENT SERVICE LLC | 180 RITTENHOUSE CIRCLE    BRISTOL, PA  19007 | COMMUNICAR INC | ☐ D  ☐ E/F  ☒ G |
| 2.116 | ONE JEANSWEAR GROUP INC. | 1411 BROADWAY    NEW YORK, NY  10018 | COMMUNICAR INC | ☐ D  ☐ E/F  ☒ G |

| Debtor | NINE WEST HOLDINGS, INC. | Case number (if known) | 18-10947 |
|---|---|---|---|
| | Name | | |

**Additional Page if Debtor Has More Codebtors**

*Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.*

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | Check all schedules that apply: |
| 2.117 | NINE WEST DEVELOPMENT LLC | 1411 BROADWAY    NEW YORK, NY  10018 | CONSENSUS ADVISORY SERVICES LLC | ❏ D<br>❏ E/F<br>☒ G |
| 2.118 | NINE WEST DISTRIBUTION LLC | 180 RITTENHOUSE CIRCLE    BRISTOL, PA  19007 | CONSENSUS ADVISORY SERVICES LLC | ❏ D<br>❏ E/F<br>☒ G |
| 2.119 | NINE WEST MANAGEMENT SERVICE LLC | 180 RITTENHOUSE CIRCLE    BRISTOL, PA  19007 | CONSENSUS ADVISORY SERVICES LLC | ❏ D<br>❏ E/F<br>☒ G |
| 2.120 | ONE JEANSWEAR GROUP INC. | 1411 BROADWAY    NEW YORK, NY  10018 | CONSENSUS ADVISORY SERVICES LLC | ❏ D<br>❏ E/F<br>☒ G |
| 2.121 | NINE WEST DEVELOPMENT LLC | 1411 BROADWAY    NEW YORK, NY  10018 | CONTACT US LLC | ❏ D<br>❏ E/F<br>☒ G |
| 2.122 | NINE WEST DISTRIBUTION LLC | 180 RITTENHOUSE CIRCLE    BRISTOL, PA  19007 | CONTACT US LLC | ❏ D<br>❏ E/F<br>☒ G |
| 2.123 | NINE WEST MANAGEMENT SERVICE LLC | 180 RITTENHOUSE CIRCLE    BRISTOL, PA  19007 | CONTACT US LLC | ❏ D<br>❏ E/F<br>☒ G |
| 2.124 | ONE JEANSWEAR GROUP INC. | 1411 BROADWAY    NEW YORK, NY  10018 | CONTACT US LLC | ❏ D<br>❏ E/F<br>☒ G |
| 2.125 | ONE JEANSWEAR GROUP INC. | 1411 BROADWAY    NEW YORK, NY  10018 | CONTEGIX | ❏ D<br>❏ E/F<br>☒ G |
| 2.126 | NINE WEST DEVELOPMENT LLC | 1411 BROADWAY    NEW YORK, NY  10018 | CONTEGIX | ❏ D<br>❏ E/F<br>☒ G |
| 2.127 | NINE WEST DISTRIBUTION LLC | 180 RITTENHOUSE CIRCLE    BRISTOL, PA  19007 | CONTEGIX | ❏ D<br>❏ E/F<br>☒ G |

Debtor    NINE WEST HOLDINGS, INC.
_____
Name

Case number *(if known)*  18-10947
_____

| | **Additional Page if Debtor Has More Codebtors** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
| 2.128 NINE WEST MANAGEMENT SERVICE LLC | 180 RITTENHOUSE CIRCLE    BRISTOL, PA  19007 | CONTEGIX | ☐ D<br>☐ E/F<br>☒ G |
| 2.129 NINE WEST DISTRIBUTION LLC | 180 RITTENHOUSE CIRCLE    BRISTOL, PA  19007 | CORTLAND CAPITAL MARKET SERVICES LLC | ☒ D<br>☐ E/F<br>☐ G |
| 2.130 NINE WEST JEANSWEAR HOLDING LLC | 1411 BROADWAY    NEW YORK, NY  10018 | CORTLAND CAPITAL MARKET SERVICES LLC | ☒ D<br>☐ E/F<br>☐ G |
| 2.131 NINE WEST MANAGEMENT SERVICE LLC | 180 RITTENHOUSE CIRCLE    BRISTOL, PA  19007 | CORTLAND CAPITAL MARKET SERVICES LLC | ☒ D<br>☐ E/F<br>☐ G |
| 2.132 ONE JEANSWEAR GROUP INC. | 1411 BROADWAY    NEW YORK, NY  10018 | CORTLAND CAPITAL MARKET SERVICES LLC | ☒ D<br>☐ E/F<br>☐ G |
| 2.133 US KIC TOP HAT LLC | 1411 BROADWAY  NEW YORK, NY  10018 | CORTLAND CAPITAL MARKET SERVICES LLC | ☒ D<br>☐ E/F<br>☐ G |
| 2.134 JASPER PARENT LLC | 1411 BROADWAY  NEW YORK, NY  10018 | CORTLAND CAPITAL MARKET SERVICES LLC | ☒ D<br>☐ E/F<br>☐ G |
| 2.135 KASPER GROUP LLC | 1412 BROADWAY    NEW YORK, NY  10018 | CORTLAND CAPITAL MARKET SERVICES LLC | ☒ D<br>☐ E/F<br>☐ G |
| 2.136 KASPER U.S. BLOCKER LLC | 1412 BROADWAY  NEW YORK, NY  10018 | CORTLAND CAPITAL MARKET SERVICES LLC | ☒ D<br>☐ E/F<br>☐ G |
| 2.137 NINE WEST APPAREL HOLDINGS LLC | 1411 BROADWAY    NEW YORK, NY  10018 | CORTLAND CAPITAL MARKET SERVICES LLC | ☒ D<br>☐ E/F<br>☐ G |
| 2.138 NINE WEST DEVELOPMENT LLC | 1411 BROADWAY    NEW YORK, NY  10018 | CORTLAND CAPITAL MARKET SERVICES LLC | ☒ D<br>☐ E/F<br>☐ G |

Debtor    NINE WEST HOLDINGS, INC.
_____
          Name

Case number *(if known)*    18-10947
_____

## Additional Page if Debtor Has More Codebtors

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
| 2.139 | NINE WEST DEVELOPMENT LLC | 1411 BROADWAY    NEW YORK, NY  10018 | COSTCO WHOLESALE | ❏ D<br>❏ E/F<br>☒ G |
| 2.140 | NINE WEST DISTRIBUTION LLC | 180 RITTENHOUSE CIRCLE    BRISTOL, PA  19007 | COSTCO WHOLESALE | ❏ D<br>❏ E/F<br>☒ G |
| 2.141 | NINE WEST MANAGEMENT SERVICE LLC | 180 RITTENHOUSE CIRCLE    BRISTOL, PA  19007 | COSTCO WHOLESALE | ❏ D<br>❏ E/F<br>☒ G |
| 2.142 | ONE JEANSWEAR GROUP INC. | 1411 BROADWAY    NEW YORK, NY  10018 | COSTCO WHOLESALE | ❏ D<br>❏ E/F<br>☒ G |
| 2.143 | NINE WEST DEVELOPMENT LLC | 1411 BROADWAY    NEW YORK, NY  10018 | DAVIS POLK & WARDWELL LLP | ❏ D<br>❏ E/F<br>☒ G |
| 2.144 | NINE WEST DISTRIBUTION LLC | 180 RITTENHOUSE CIRCLE    BRISTOL, PA  19007 | DAVIS POLK & WARDWELL LLP | ❏ D<br>❏ E/F<br>☒ G |
| 2.145 | NINE WEST MANAGEMENT SERVICE LLC | 180 RITTENHOUSE CIRCLE    BRISTOL, PA  19007 | DAVIS POLK & WARDWELL LLP | ❏ D<br>❏ E/F<br>☒ G |
| 2.146 | ONE JEANSWEAR GROUP INC. | 1411 BROADWAY    NEW YORK, NY  10018 | DAVIS POLK & WARDWELL LLP | ❏ D<br>❏ E/F<br>☒ G |
| 2.147 | NINE WEST DEVELOPMENT LLC | 1411 BROADWAY    NEW YORK, NY  10018 | DEEMA HASAN NASSAR | ❏ D<br>❏ E/F<br>☒ G |
| 2.148 | NINE WEST DISTRIBUTION LLC | 180 RITTENHOUSE CIRCLE    BRISTOL, PA  19007 | DEEMA HASAN NASSAR | ❏ D<br>❏ E/F<br>☒ G |
| 2.149 | NINE WEST MANAGEMENT SERVICE LLC | 180 RITTENHOUSE CIRCLE    BRISTOL, PA  19007 | DEEMA HASAN NASSAR | ❏ D<br>❏ E/F<br>☒ G |

| Debtor | NINE WEST HOLDINGS, INC. | Case number *(if known)* | 18-10947 |
|---|---|---|---|
| | Name | | |

**Additional Page if Debtor Has More Codebtors**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
| 2.150 | ONE JEANSWEAR GROUP INC. | 1411 BROADWAY    NEW YORK, NY  10018 | DEEMA HASAN NASSAR | ❏ D<br>❏ E/F<br>☒ G |
| 2.151 | ONE JEANSWEAR GROUP INC. | 1411 BROADWAY    NEW YORK, NY  10018 | DELTA | ❏ D<br>❏ E/F<br>☒ G |
| 2.152 | NINE WEST DISTRIBUTION LLC | 180 RITTENHOUSE CIRCLE    BRISTOL, PA  19007 | DELTA | ❏ D<br>❏ E/F<br>☒ G |
| 2.153 | NINE WEST MANAGEMENT SERVICE LLC | 180 RITTENHOUSE CIRCLE    BRISTOL, PA  19007 | DELTA | ❏ D<br>❏ E/F<br>☒ G |
| 2.154 | NINE WEST DEVELOPMENT LLC | 1411 BROADWAY    NEW YORK, NY  10018 | DELTA | ❏ D<br>❏ E/F<br>☒ G |
| 2.155 | NINE WEST DEVELOPMENT LLC | 1411 BROADWAY    NEW YORK, NY  10018 | DEMANDWARE INC | ❏ D<br>❏ E/F<br>☒ G |
| 2.156 | ONE JEANSWEAR GROUP INC. | 1411 BROADWAY    NEW YORK, NY  10018 | DEMANDWARE INC | ❏ D<br>❏ E/F<br>☒ G |
| 2.157 | NINE WEST DISTRIBUTION LLC | 180 RITTENHOUSE CIRCLE    BRISTOL, PA  19007 | DEMANDWARE INC | ❏ D<br>❏ E/F<br>☒ G |
| 2.158 | NINE WEST MANAGEMENT SERVICE LLC | 180 RITTENHOUSE CIRCLE    BRISTOL, PA  19007 | DEMANDWARE INC | ❏ D<br>❏ E/F<br>☒ G |
| 2.159 | NINE WEST DEVELOPMENT LLC | 1411 BROADWAY    NEW YORK, NY  10018 | DFS (DISCOVER CARD) | ❏ D<br>❏ E/F<br>☒ G |
| 2.160 | NINE WEST DISTRIBUTION LLC | 180 RITTENHOUSE CIRCLE    BRISTOL, PA  19007 | DFS (DISCOVER CARD) | ❏ D<br>❏ E/F<br>☒ G |

Debtor ___NINE WEST HOLDINGS, INC.___
     <sub>Name</sub>

Case number *(if known)* ___18-10947___

| | **Additional Page if Debtor Has More Codebtors** |
|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
| 2.161 | NINE WEST MANAGEMENT SERVICE LLC | 180 RITTENHOUSE CIRCLE    BRISTOL, PA  19007 | DFS (DISCOVER CARD) | ☐ D<br>☐ E/F<br>☒ G |
| 2.162 | ONE JEANSWEAR GROUP INC. | 1411 BROADWAY    NEW YORK, NY  10018 | DFS (DISCOVER CARD) | ☐ D<br>☐ E/F<br>☒ G |
| 2.163 | NINE WEST MANAGEMENT SERVICE LLC | 180 RITTENHOUSE CIRCLE    BRISTOL, PA  19007 | DISTRIBUTED SYSTEMS SERVICES INC | ☐ D<br>☐ E/F<br>☒ G |
| 2.164 | ONE JEANSWEAR GROUP INC. | 1411 BROADWAY    NEW YORK, NY  10018 | DISTRIBUTED SYSTEMS SERVICES INC | ☐ D<br>☐ E/F<br>☒ G |
| 2.165 | NINE WEST DEVELOPMENT LLC | 1411 BROADWAY    NEW YORK, NY  10018 | DISTRIBUTED SYSTEMS SERVICES INC | ☐ D<br>☐ E/F<br>☒ G |
| 2.166 | NINE WEST DISTRIBUTION LLC | 180 RITTENHOUSE CIRCLE    BRISTOL, PA  19007 | DISTRIBUTED SYSTEMS SERVICES INC | ☐ D<br>☐ E/F<br>☒ G |
| 2.167 | NINE WEST MANAGEMENT SERVICE LLC | 180 RITTENHOUSE CIRCLE    BRISTOL, PA  19007 | DISTRIBUTED SYSTEMS SERVICES INC | ☐ D<br>☐ E/F<br>☒ G |
| 2.168 | NINE WEST DEVELOPMENT LLC | 1411 BROADWAY    NEW YORK, NY  10018 | DONNELLY FINANCIAL LLC | ☐ D<br>☐ E/F<br>☒ G |
| 2.169 | NINE WEST DISTRIBUTION LLC | 180 RITTENHOUSE CIRCLE    BRISTOL, PA  19007 | DONNELLY FINANCIAL LLC | ☐ D<br>☐ E/F<br>☒ G |
| 2.170 | NINE WEST MANAGEMENT SERVICE LLC | 180 RITTENHOUSE CIRCLE    BRISTOL, PA  19007 | DONNELLY FINANCIAL LLC | ☐ D<br>☐ E/F<br>☒ G |
| 2.171 | ONE JEANSWEAR GROUP INC. | 1411 BROADWAY    NEW YORK, NY  10018 | DONNELLY FINANCIAL LLC | ☐ D<br>☐ E/F<br>☒ G |

Debtor    NINE WEST HOLDINGS, INC.
          _____
          Name

Case number *(if known)*  18-10947
          _____

**Additional Page if Debtor Has More Codebtors**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
| 2.172 | ONE JEANSWEAR GROUP INC. | 1411 BROADWAY    NEW YORK, NY  10018 | DONNELLY MECHANICAL CORP | ❑ D<br>❑ E/F<br>☒ G |
| 2.173 | NINE WEST DISTRIBUTION LLC | 180 RITTENHOUSE CIRCLE    BRISTOL, PA  19007 | DONNELLY MECHANICAL CORP | ❑ D<br>❑ E/F<br>☒ G |
| 2.174 | NINE WEST DEVELOPMENT LLC | 1411 BROADWAY    NEW YORK, NY  10018 | DONNELLY MECHANICAL CORP | ❑ D<br>❑ E/F<br>☒ G |
| 2.175 | KASPER GROUP LLC | 1412 BROADWAY    NEW YORK, NY  10018 | DONNELLY MECHANICAL CORP | ❑ D<br>❑ E/F<br>☒ G |
| 2.176 | NINE WEST MANAGEMENT SERVICE LLC | 180 RITTENHOUSE CIRCLE    BRISTOL, PA  19007 | DONNELLY MECHANICAL CORP | ❑ D<br>❑ E/F<br>☒ G |
| 2.177 | NINE WEST DEVELOPMENT LLC | 1411 BROADWAY    NEW YORK, NY  10018 | DYNAMIC YIELD INC | ❑ D<br>❑ E/F<br>☒ G |
| 2.178 | NINE WEST DISTRIBUTION LLC | 180 RITTENHOUSE CIRCLE    BRISTOL, PA  19007 | DYNAMIC YIELD INC | ❑ D<br>❑ E/F<br>☒ G |
| 2.179 | NINE WEST MANAGEMENT SERVICE LLC | 180 RITTENHOUSE CIRCLE    BRISTOL, PA  19007 | DYNAMIC YIELD INC | ❑ D<br>❑ E/F<br>☒ G |
| 2.180 | ONE JEANSWEAR GROUP INC. | 1411 BROADWAY    NEW YORK, NY  10018 | DYNAMIC YIELD INC | ❑ D<br>❑ E/F<br>☒ G |
| 2.181 | NINE WEST DEVELOPMENT LLC | 1411 BROADWAY    NEW YORK, NY  10018 | EBAY | ❑ D<br>❑ E/F<br>☒ G |
| 2.182 | NINE WEST DISTRIBUTION LLC | 180 RITTENHOUSE CIRCLE    BRISTOL, PA  19007 | EBAY | ❑ D<br>❑ E/F<br>☒ G |

| Debtor | NINE WEST HOLDINGS, INC. | Case number (if known) | 18-10947 |
|---|---|---|---|
| | Name | | |

**Additional Page if Debtor Has More Codebtors**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | Check all schedules that apply: |
| 2.183 | ONE JEANSWEAR GROUP INC. | 1411 BROADWAY    NEW YORK, NY  10018 | EBAY | ☐ D  ☐ E/F  ☒ G |
| 2.184 | NINE WEST MANAGEMENT SERVICE LLC | 180 RITTENHOUSE CIRCLE    BRISTOL, PA  19007 | EBAY | ☐ D  ☐ E/F  ☒ G |
| 2.185 | ONE JEANSWEAR GROUP INC. | 1411 BROADWAY    NEW YORK, NY  10018 | ELEVATE LIMITED | ☐ D  ☐ E/F  ☒ G |
| 2.186 | NINE WEST DEVELOPMENT LLC | 1411 BROADWAY    NEW YORK, NY  10018 | EXCELENCIA GROUP INC. (F/K/A SPECIALTY RETAIL STORES INTERNATIONAL CORPORATION) | ☐ D  ☐ E/F  ☒ G |
| 2.187 | NINE WEST DEVELOPMENT LLC | 1411 BROADWAY    NEW YORK, NY  10018 | EXCELENCIA GROUP INC. | ☐ D  ☐ E/F  ☒ G |
| 2.188 | NINE WEST DEVELOPMENT LLC | 1411 BROADWAY    NEW YORK, NY  10018 | F. & C. LEMONIS S.A. | ☐ D  ☐ E/F  ☒ G |
| 2.189 | NINE WEST DEVELOPMENT LLC | 1411 BROADWAY    NEW YORK, NY  10018 | F. & C. LEMONIS S.A. | ☐ D  ☐ E/F  ☒ G |
| 2.190 | NINE WEST DEVELOPMENT LLC | 1411 BROADWAY    NEW YORK, NY  10018 | F. & C. LEMONIS S.A. | ☐ D  ☐ E/F  ☒ G |
| 2.191 | NINE WEST DEVELOPMENT LLC | 1411 BROADWAY    NEW YORK, NY  10018 | F. & C. LEMONIS S.A. | ☐ D  ☐ E/F  ☒ G |
| 2.192 | NINE WEST DEVELOPMENT LLC | 1411 BROADWAY    NEW YORK, NY  10018 | F. & C. LEMONIS S.A. | ☐ D  ☐ E/F  ☒ G |
| 2.193 | NINE WEST DEVELOPMENT LLC | 1411 BROADWAY    NEW YORK, NY  10018 | FARMINGTON ADMINISTRATIVE SVCS INC. | ☐ D  ☐ E/F  ☒ G |

Debtor    NINE WEST HOLDINGS, INC.
_____
          Name

Case number *(if known)*  18-10947
_____

**Additional Page if Debtor Has More Codebtors**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
| 2.194 | KASPER GROUP LLC | 1412 BROADWAY    NEW YORK, NY  10018 | FARMINGTON ADMINISTRATIVE SVCS INC. | ☐ D<br>☐ E/F<br>☒ G |
| 2.195 | NINE WEST DISTRIBUTION LLC | 180 RITTENHOUSE CIRCLE    BRISTOL, PA  19007 | FARMINGTON ADMINISTRATIVE SVCS INC. | ☐ D<br>☐ E/F<br>☒ G |
| 2.196 | NINE WEST MANAGEMENT SERVICE LLC | 180 RITTENHOUSE CIRCLE    BRISTOL, PA  19007 | FARMINGTON ADMINISTRATIVE SVCS INC. | ☐ D<br>☐ E/F<br>☒ G |
| 2.197 | ONE JEANSWEAR GROUP INC. | 1411 BROADWAY    NEW YORK, NY  10018 | FARMINGTON ADMINISTRATIVE SVCS INC. | ☐ D<br>☐ E/F<br>☒ G |
| 2.198 | NINE WEST DEVELOPMENT LLC | 1411 BROADWAY    NEW YORK, NY  10018 | FASHION BRANDS INDIA PRIVATE LIMITED | ☐ D<br>☐ E/F<br>☒ G |
| 2.199 | NINE WEST DEVELOPMENT LLC | 1411 BROADWAY    NEW YORK, NY  10018 | FATALES | ☐ D<br>☐ E/F<br>☒ G |
| 2.200 | NINE WEST DEVELOPMENT LLC | 1411 BROADWAY    NEW YORK, NY  10018 | FEDEX | ☐ D<br>☐ E/F<br>☒ G |
| 2.201 | NINE WEST DISTRIBUTION LLC | 180 RITTENHOUSE CIRCLE    BRISTOL, PA  19007 | FEDEX | ☐ D<br>☐ E/F<br>☒ G |
| 2.202 | NINE WEST MANAGEMENT SERVICE LLC | 180 RITTENHOUSE CIRCLE    BRISTOL, PA  19007 | FEDEX | ☐ D<br>☐ E/F<br>☒ G |
| 2.203 | ONE JEANSWEAR GROUP INC. | 1411 BROADWAY    NEW YORK, NY  10018 | FEDEX | ☐ D<br>☐ E/F<br>☒ G |
| 2.204 | ONE JEANSWEAR GROUP INC. | 1411 BROADWAY    NEW YORK, NY  10018 | FERAS NAHDU SABR ALWHEDY | ☐ D<br>☐ E/F<br>☒ G |

| Debtor | NINE WEST HOLDINGS, INC. | Case number (if known) | 18-10947 |
|---|---|---|---|
| | Name | | |

## Additional Page if Debtor Has More Codebtors

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| | Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|---|
| | Name | Mailing address | Name | Check all schedules that apply: |
| 2.205 | NINE WEST DEVELOPMENT LLC | 1411 BROADWAY    NEW YORK, NY  10018 | FERAS NAHDU SABR ALWHEDY | ☐ D ☐ E/F ☒ G |
| 2.206 | NINE WEST DISTRIBUTION LLC | 180 RITTENHOUSE CIRCLE    BRISTOL, PA  19007 | FERAS NAHDU SABR ALWHEDY | ☐ D ☐ E/F ☒ G |
| 2.207 | NINE WEST MANAGEMENT SERVICE LLC | 180 RITTENHOUSE CIRCLE    BRISTOL, PA  19007 | FERAS NAHDU SABR ALWHEDY | ☐ D ☐ E/F ☒ G |
| 2.208 | NINE WEST DEVELOPMENT LLC | 1411 BROADWAY    NEW YORK, NY  10018 | FIRST DATA SVCS. LLC | ☐ D ☐ E/F ☒ G |
| 2.209 | NINE WEST DISTRIBUTION LLC | 180 RITTENHOUSE CIRCLE    BRISTOL, PA  19007 | FIRST DATA SVCS. LLC | ☐ D ☐ E/F ☒ G |
| 2.210 | NINE WEST MANAGEMENT SERVICE LLC | 180 RITTENHOUSE CIRCLE    BRISTOL, PA  19007 | FIRST DATA SVCS. LLC | ☐ D ☐ E/F ☒ G |
| 2.211 | ONE JEANSWEAR GROUP INC. | 1411 BROADWAY    NEW YORK, NY  10018 | FIRST DATA SVCS. LLC | ☐ D ☐ E/F ☒ G |
| 2.212 | NINE WEST DEVELOPMENT LLC | 1411 BROADWAY    NEW YORK, NY  10018 | GAB CO LIMITED | ☐ D ☐ E/F ☒ G |
| 2.213 | NINE WEST DEVELOPMENT LLC | 1411 BROADWAY    NEW YORK, NY  10018 | GEMINI INSURANCE COMPANY | ☐ D ☐ E/F ☒ G |
| 2.214 | NINE WEST DISTRIBUTION LLC | 180 RITTENHOUSE CIRCLE    BRISTOL, PA  19007 | GEMINI INSURANCE COMPANY | ☐ D ☐ E/F ☒ G |
| 2.215 | NINE WEST MANAGEMENT SERVICE LLC | 180 RITTENHOUSE CIRCLE    BRISTOL, PA  19007 | GEMINI INSURANCE COMPANY | ☐ D ☐ E/F ☒ G |

| Debtor | NINE WEST HOLDINGS, INC. | | Case number *(if known)* | 18-10947 |
|---|---|---|---|---|
| | Name | | | |

### Additional Page if Debtor Has More Codebtors

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
| 2.216 | ONE JEANSWEAR GROUP INC. | 1411 BROADWAY    NEW YORK, NY  10018 | GEMINI INSURANCE COMPANY | ☐ D<br>☐ E/F<br>☒ G |
| 2.217 | NINE WEST MANAGEMENT SERVICE LLC | 180 RITTENHOUSE CIRCLE    BRISTOL, PA  19007 | GEODIS USA INC | ☐ D<br>☐ E/F<br>☒ G |
| 2.218 | NINE WEST DISTRIBUTION LLC | 180 RITTENHOUSE CIRCLE    BRISTOL, PA  19007 | GEODIS USA INC | ☐ D<br>☐ E/F<br>☒ G |
| 2.219 | ONE JEANSWEAR GROUP INC. | 1411 BROADWAY    NEW YORK, NY  10018 | GEODIS USA INC | ☐ D<br>☐ E/F<br>☒ G |
| 2.220 | NINE WEST DEVELOPMENT LLC | 1411 BROADWAY    NEW YORK, NY  10018 | GEODIS USA INC | ☐ D<br>☐ E/F<br>☒ G |
| 2.221 | JASPER PARENT LLC | 1411 BROADWAY  NEW YORK, NY  10018 | GLAS TRUST COMPANY LLC | ☐ D<br>☒ E/F<br>☐ G |
| 2.222 | KASPER GROUP LLC | 1412 BROADWAY    NEW YORK, NY  10018 | GLAS TRUST COMPANY LLC | ☐ D<br>☒ E/F<br>☐ G |
| 2.223 | KASPER U.S. BLOCKER LLC | 1412 BROADWAY  NEW YORK, NY  10018 | GLAS TRUST COMPANY LLC | ☐ D<br>☒ E/F<br>☐ G |
| 2.224 | NINE WEST APPAREL HOLDINGS LLC | 1411 BROADWAY    NEW YORK, NY  10018 | GLAS TRUST COMPANY LLC | ☐ D<br>☒ E/F<br>☐ G |
| 2.225 | NINE WEST DEVELOPMENT LLC | 1411 BROADWAY    NEW YORK, NY  10018 | GLAS TRUST COMPANY LLC | ☐ D<br>☒ E/F<br>☐ G |
| 2.226 | NINE WEST DISTRIBUTION LLC | 180 RITTENHOUSE CIRCLE    BRISTOL, PA  19007 | GLAS TRUST COMPANY LLC | ☐ D<br>☒ E/F<br>☐ G |

Debtor    NINE WEST HOLDINGS, INC.
_____
Name

Case number (if known)  18-10947
_____

**Additional Page if Debtor Has More Codebtors**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | Check all schedules that apply: |
| 2.227 | NINE WEST JEANSWEAR HOLDING LLC | 1411 BROADWAY    NEW YORK, NY  10018 | GLAS TRUST COMPANY LLC | ☐ D  ☒ E/F  ☐ G |
| 2.228 | NINE WEST MANAGEMENT SERVICE LLC | 180 RITTENHOUSE CIRCLE    BRISTOL, PA  19007 | GLAS TRUST COMPANY LLC | ☐ D  ☒ E/F  ☐ G |
| 2.229 | ONE JEANSWEAR GROUP INC. | 1411 BROADWAY    NEW YORK, NY  10018 | GLAS TRUST COMPANY LLC | ☐ D  ☒ E/F  ☐ G |
| 2.230 | US KIC TOP HAT LLC | 1411 BROADWAY  NEW YORK, NY  10018 | GLAS TRUST COMPANY LLC | ☐ D  ☒ E/F  ☐ G |
| 2.231 | NINE WEST DEVELOPMENT LLC | 1411 BROADWAY    NEW YORK, NY  10018 | GLOBAL RETAIL (ASIA) INCORPORATED | ☐ D  ☐ E/F  ☒ G |
| 2.232 | NINE WEST DEVELOPMENT LLC | 1411 BROADWAY    NEW YORK, NY  10018 | GLOBAL RETAIL (ASIA) INCORPORATED | ☐ D  ☐ E/F  ☒ G |
| 2.233 | NINE WEST DEVELOPMENT LLC | 1411 BROADWAY    NEW YORK, NY  10018 | GLOBAL RETAIL (ASIA) INCORPORATED | ☐ D  ☐ E/F  ☒ G |
| 2.234 | NINE WEST DEVELOPMENT LLC | 1411 BROADWAY    NEW YORK, NY  10018 | GLOBAL RETAIL (ASIA) INCORPORATED | ☐ D  ☐ E/F  ☒ G |
| 2.235 | NINE WEST DEVELOPMENT LLC | 1411 BROADWAY    NEW YORK, NY  10018 | GRI (ASIA) LTD. | ☐ D  ☐ E/F  ☒ G |
| 2.236 | NINE WEST DEVELOPMENT LLC | 1411 BROADWAY    NEW YORK, NY  10018 | GRI (ASIA) LTD. | ☐ D  ☐ E/F  ☒ G |
| 2.237 | NINE WEST DEVELOPMENT LLC | 1411 BROADWAY    NEW YORK, NY  10018 | GRI ASIA LTD. | ☐ D  ☐ E/F  ☒ G |

| Debtor | NINE WEST HOLDINGS, INC. | Case number (if known) | 18-10947 |
|--------|--------------------------|------------------------|----------|
| | Name | | |

**Additional Page if Debtor Has More Codebtors**

*Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.*

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing address** | **Name** | Check all schedules that apply: |
| 2.238 NINE WEST DISTRIBUTION LLC | 180 RITTENHOUSE CIRCLE    BRISTOL, PA  19007 | HARTFORD FIRE INSURANCE COMPANY | ☐ D<br>☐ E/F<br>☒ G |
| 2.239 NINE WEST MANAGEMENT SERVICE LLC | 180 RITTENHOUSE CIRCLE    BRISTOL, PA  19007 | HARTFORD FIRE INSURANCE COMPANY | ☐ D<br>☐ E/F<br>☒ G |
| 2.240 NINE WEST DEVELOPMENT LLC | 1411 BROADWAY    NEW YORK, NY  10018 | HARTFORD FIRE INSURANCE COMPANY | ☐ D<br>☐ E/F<br>☒ G |
| 2.241 ONE JEANSWEAR GROUP INC. | 1411 BROADWAY    NEW YORK, NY  10018 | HARTFORD FIRE INSURANCE COMPANY | ☐ D<br>☐ E/F<br>☒ G |
| 2.242 NINE WEST DEVELOPMENT LLC | 1411 BROADWAY    NEW YORK, NY  10018 | HARVEY L TEPNER | ☐ D<br>☐ E/F<br>☒ G |
| 2.243 NINE WEST DISTRIBUTION LLC | 180 RITTENHOUSE CIRCLE    BRISTOL, PA  19007 | HARVEY L TEPNER | ☐ D<br>☐ E/F<br>☒ G |
| 2.244 ONE JEANSWEAR GROUP INC. | 1411 BROADWAY    NEW YORK, NY  10018 | HARVEY L TEPNER | ☐ D<br>☐ E/F<br>☒ G |
| 2.245 NINE WEST MANAGEMENT SERVICE LLC | 180 RITTENHOUSE CIRCLE    BRISTOL, PA  19007 | HARVEY L TEPNER | ☐ D<br>☐ E/F<br>☒ G |
| 2.246 NINE WEST DISTRIBUTION LLC | 180 RITTENHOUSE CIRCLE    BRISTOL, PA  19007 | HAWAII MEDICAL SERVICE ASSOC | ☐ D<br>☐ E/F<br>☒ G |
| 2.247 ONE JEANSWEAR GROUP INC. | 1411 BROADWAY    NEW YORK, NY  10018 | HAWAII MEDICAL SERVICE ASSOC | ☐ D<br>☐ E/F<br>☒ G |
| 2.248 NINE WEST MANAGEMENT SERVICE LLC | 180 RITTENHOUSE CIRCLE    BRISTOL, PA  19007 | HAWAII MEDICAL SERVICE ASSOC | ☐ D<br>☐ E/F<br>☒ G |

Debtor   NINE WEST HOLDINGS, INC.
_____
         Name

Case number (if known)   18-10947
_____

| | **Additional Page if Debtor Has More Codebtors** |
|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing address** | **Name** | Check all schedules that apply: |
| 2.249 NINE WEST DEVELOPMENT LLC | 1411 BROADWAY    NEW YORK, NY  10018 | HAWAII MEDICAL SERVICE ASSOC | ☐ D<br>☐ E/F<br>☒ G |
| 2.250 NINE WEST DEVELOPMENT LLC | 1411 BROADWAY    NEW YORK, NY  10018 | HEALTH ADVOCATE INC | ☐ D<br>☐ E/F<br>☒ G |
| 2.251 NINE WEST DISTRIBUTION LLC | 180 RITTENHOUSE CIRCLE    BRISTOL, PA  19007 | HEALTH ADVOCATE INC | ☐ D<br>☐ E/F<br>☒ G |
| 2.252 NINE WEST MANAGEMENT SERVICE LLC | 180 RITTENHOUSE CIRCLE    BRISTOL, PA  19007 | HEALTH ADVOCATE INC | ☐ D<br>☐ E/F<br>☒ G |
| 2.253 ONE JEANSWEAR GROUP INC. | 1411 BROADWAY    NEW YORK, NY  10018 | HEALTH ADVOCATE INC | ☐ D<br>☐ E/F<br>☒ G |
| 2.254 NINE WEST MANAGEMENT SERVICE LLC | 180 RITTENHOUSE CIRCLE    BRISTOL, PA  19007 | HELPSYSTEMS | ☐ D<br>☐ E/F<br>☒ G |
| 2.255 NINE WEST DEVELOPMENT LLC | 1411 BROADWAY    NEW YORK, NY  10018 | IDESCO CORP | ☐ D<br>☐ E/F<br>☒ G |
| 2.256 NINE WEST DISTRIBUTION LLC | 180 RITTENHOUSE CIRCLE    BRISTOL, PA  19007 | IDESCO CORP | ☐ D<br>☐ E/F<br>☒ G |
| 2.257 NINE WEST MANAGEMENT SERVICE LLC | 180 RITTENHOUSE CIRCLE    BRISTOL, PA  19007 | IDESCO CORP | ☐ D<br>☐ E/F<br>☒ G |
| 2.258 ONE JEANSWEAR GROUP INC. | 1411 BROADWAY    NEW YORK, NY  10018 | IDESCO CORP | ☐ D<br>☐ E/F<br>☒ G |
| 2.259 NINE WEST DEVELOPMENT LLC | 1411 BROADWAY    NEW YORK, NY  10018 | IGICOM LLC | ☐ D<br>☐ E/F<br>☒ G |

| Debtor | NINE WEST HOLDINGS, INC. | Case number (if known) | 18-10947 |
|---|---|---|---|
| | Name | | |

**Additional Page if Debtor Has More Codebtors**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
| 2.260 | NINE WEST DISTRIBUTION LLC | 180 RITTENHOUSE CIRCLE    BRISTOL, PA  19007 | IGICOM LLC | ☐ D<br>☐ E/F<br>☒ G |
| 2.261 | NINE WEST MANAGEMENT SERVICE LLC | 180 RITTENHOUSE CIRCLE    BRISTOL, PA  19007 | IGICOM LLC | ☐ D<br>☐ E/F<br>☒ G |
| 2.262 | ONE JEANSWEAR GROUP INC. | 1411 BROADWAY    NEW YORK, NY  10018 | IGICOM LLC | ☐ D<br>☐ E/F<br>☒ G |
| 2.263 | NINE WEST DEVELOPMENT LLC | 1411 BROADWAY    NEW YORK, NY  10018 | INFORMATION RESOURCES INC (IRI) | ☐ D<br>☐ E/F<br>☒ G |
| 2.264 | NINE WEST DISTRIBUTION LLC | 180 RITTENHOUSE CIRCLE    BRISTOL, PA  19007 | INFORMATION RESOURCES INC (IRI) | ☐ D<br>☐ E/F<br>☒ G |
| 2.265 | NINE WEST MANAGEMENT SERVICE LLC | 180 RITTENHOUSE CIRCLE    BRISTOL, PA  19007 | INFORMATION RESOURCES INC (IRI) | ☐ D<br>☐ E/F<br>☒ G |
| 2.266 | ONE JEANSWEAR GROUP INC. | 1411 BROADWAY    NEW YORK, NY  10018 | INFORMATION RESOURCES INC (IRI) | ☐ D<br>☐ E/F<br>☒ G |
| 2.267 | NINE WEST DISTRIBUTION LLC | 180 RITTENHOUSE CIRCLE    BRISTOL, PA  19007 | INTEGRATED LOGISTICS LLC | ☐ D<br>☐ E/F<br>☒ G |
| 2.268 | NINE WEST DEVELOPMENT LLC | 1411 BROADWAY    NEW YORK, NY  10018 | INTEGRATED LOGISTICS LLC | ☐ D<br>☐ E/F<br>☒ G |
| 2.269 | KASPER GROUP LLC | 1412 BROADWAY    NEW YORK, NY  10018 | INTEGRATED LOGISTICS LLC | ☐ D<br>☐ E/F<br>☒ G |
| 2.270 | ONE JEANSWEAR GROUP INC. | 1411 BROADWAY    NEW YORK, NY  10018 | INTEGRATED LOGISTICS LLC | ☐ D<br>☐ E/F<br>☒ G |

| Debtor | NINE WEST HOLDINGS, INC. | Case number (if known) | 18-10947 |
|---|---|---|---|
| | Name | | |

## Additional Page if Debtor Has More Codebtors

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| | Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | Check all schedules that apply: |
| 2.271 | NINE WEST MANAGEMENT SERVICE LLC | 180 RITTENHOUSE CIRCLE    BRISTOL, PA  19007 | INTEGRATED LOGISTICS LLC | ☐ D ☐ E/F ☒ G |
| 2.272 | NINE WEST DEVELOPMENT LLC | 1411 BROADWAY    NEW YORK, NY  10018 | INTEGRATION POINT INC | ☐ D ☐ E/F ☒ G |
| 2.273 | NINE WEST DISTRIBUTION LLC | 180 RITTENHOUSE CIRCLE    BRISTOL, PA  19007 | INTEGRATION POINT INC | ☐ D ☐ E/F ☒ G |
| 2.274 | NINE WEST MANAGEMENT SERVICE LLC | 180 RITTENHOUSE CIRCLE    BRISTOL, PA  19007 | INTEGRATION POINT INC | ☐ D ☐ E/F ☒ G |
| 2.275 | ONE JEANSWEAR GROUP INC. | 1411 BROADWAY    NEW YORK, NY  10018 | INTEGRATION POINT INC | ☐ D ☐ E/F ☒ G |
| 2.276 | NINE WEST DEVELOPMENT LLC | 1411 BROADWAY    NEW YORK, NY  10018 | INVERSIONES COSTANERA S.A. | ☐ D ☐ E/F ☒ G |
| 2.277 | ONE JEANSWEAR GROUP INC. | 1411 BROADWAY    NEW YORK, NY  10018 | ISG INFOMATION SVC GROUP | ☐ D ☐ E/F ☒ G |
| 2.278 | NINE WEST MANAGEMENT SERVICE LLC | 180 RITTENHOUSE CIRCLE    BRISTOL, PA  19007 | ISG INFOMATION SVC GROUP | ☐ D ☐ E/F ☒ G |
| 2.279 | NINE WEST DISTRIBUTION LLC | 180 RITTENHOUSE CIRCLE    BRISTOL, PA  19007 | ISG INFOMATION SVC GROUP | ☐ D ☐ E/F ☒ G |
| 2.280 | NINE WEST DEVELOPMENT LLC | 1411 BROADWAY    NEW YORK, NY  10018 | ISG INFOMATION SVC GROUP | ☐ D ☐ E/F ☒ G |
| 2.281 | NINE WEST DEVELOPMENT LLC | 1411 BROADWAY    NEW YORK, NY  10018 | J LEW INVESTMENTS PTY LTD | ☐ D ☐ E/F ☒ G |

| Debtor | NINE WEST HOLDINGS, INC. | Case number *(if known)* | 18-10947 |
|---|---|---|---|
| | Name | | |

**Additional Page if Debtor Has More Codebtors**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | Check all schedules that apply: |
| 2.282 | KASPER GROUP LLC | 1412 BROADWAY   NEW YORK, NY  10018 | JH APPAREL (US) LLC | ☐ D  ☐ E/F  ☒ G |
| 2.283 | NINE WEST DEVELOPMENT LLC | 1411 BROADWAY   NEW YORK, NY  10018 | JH APPAREL (US) LLC | ☐ D  ☐ E/F  ☒ G |
| 2.284 | NINE WEST DEVELOPMENT LLC | 1411 BROADWAY   NEW YORK, NY  10018 | JL FOOTWEAR NEW ZEALAND PTY LTD | ☐ D  ☐ E/F  ☒ G |
| 2.285 | NINE WEST DEVELOPMENT LLC | 1411 BROADWAY   NEW YORK, NY  10018 | JP MORGAN CHASE BANK NA | ☐ D  ☐ E/F  ☒ G |
| 2.286 | NINE WEST DISTRIBUTION LLC | 180 RITTENHOUSE CIRCLE   BRISTOL, PA  19007 | JP MORGAN CHASE BANK NA | ☐ D  ☐ E/F  ☒ G |
| 2.287 | NINE WEST MANAGEMENT SERVICE LLC | 180 RITTENHOUSE CIRCLE   BRISTOL, PA  19007 | JP MORGAN CHASE BANK NA | ☐ D  ☐ E/F  ☒ G |
| 2.288 | ONE JEANSWEAR GROUP INC. | 1411 BROADWAY   NEW YORK, NY  10018 | JP MORGAN CHASE BANK NA | ☐ D  ☐ E/F  ☒ G |
| 2.289 | NINE WEST DEVELOPMENT LLC | 1411 BROADWAY   NEW YORK, NY  10018 | KEKST | ☐ D  ☐ E/F  ☒ G |
| 2.290 | NINE WEST DISTRIBUTION LLC | 180 RITTENHOUSE CIRCLE   BRISTOL, PA  19007 | KEKST | ☐ D  ☐ E/F  ☒ G |
| 2.291 | NINE WEST MANAGEMENT SERVICE LLC | 180 RITTENHOUSE CIRCLE   BRISTOL, PA  19007 | KEKST | ☐ D  ☐ E/F  ☒ G |
| 2.292 | ONE JEANSWEAR GROUP INC. | 1411 BROADWAY   NEW YORK, NY  10018 | KEKST | ☐ D  ☐ E/F  ☒ G |

| Debtor | NINE WEST HOLDINGS, INC. | | Case number (if known) | 18-10947 |
|---|---|---|---|---|
| | Name | | | |

**Additional Page if Debtor Has More Codebtors**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | Check all schedules that apply: |
| 2.293 | NINE WEST DEVELOPMENT LLC | 1411 BROADWAY     NEW YORK, NY  10018 | KING & SPALDING LLP | ☐ D ☐ E/F ☒ G |
| 2.294 | NINE WEST DISTRIBUTION LLC | 180 RITTENHOUSE CIRCLE     BRISTOL, PA  19007 | KING & SPALDING LLP | ☐ D ☐ E/F ☒ G |
| 2.295 | NINE WEST MANAGEMENT SERVICE LLC | 180 RITTENHOUSE CIRCLE     BRISTOL, PA  19007 | KING & SPALDING LLP | ☐ D ☐ E/F ☒ G |
| 2.296 | ONE JEANSWEAR GROUP INC. | 1411 BROADWAY     NEW YORK, NY  10018 | KING & SPALDING LLP | ☐ D ☐ E/F ☒ G |
| 2.297 | NINE WEST DEVELOPMENT LLC | 1411 BROADWAY     NEW YORK, NY  10018 | KOREAN AIR | ☐ D ☐ E/F ☒ G |
| 2.298 | NINE WEST DISTRIBUTION LLC | 180 RITTENHOUSE CIRCLE     BRISTOL, PA  19007 | KOREAN AIR | ☐ D ☐ E/F ☒ G |
| 2.299 | NINE WEST MANAGEMENT SERVICE LLC | 180 RITTENHOUSE CIRCLE     BRISTOL, PA  19007 | KOREAN AIR | ☐ D ☐ E/F ☒ G |
| 2.300 | ONE JEANSWEAR GROUP INC. | 1411 BROADWAY     NEW YORK, NY  10018 | KOREAN AIR | ☐ D ☐ E/F ☒ G |
| 2.301 | NINE WEST DEVELOPMENT LLC | 1411 BROADWAY     NEW YORK, NY  10018 | KRAMER LEVIN NAFTALIS & FRANKEL LLP | ☐ D ☐ E/F ☒ G |
| 2.302 | NINE WEST MANAGEMENT SERVICE LLC | 180 RITTENHOUSE CIRCLE     BRISTOL, PA  19007 | KRAMER LEVIN NAFTALIS & FRANKEL LLP | ☐ D ☐ E/F ☒ G |
| 2.303 | NINE WEST DISTRIBUTION LLC | 180 RITTENHOUSE CIRCLE     BRISTOL, PA  19007 | KRAMER LEVIN NAFTALIS & FRANKEL LLP | ☐ D ☐ E/F ☒ G |

| Debtor | NINE WEST HOLDINGS, INC. | Case number (if known) | 18-10947 |
|---|---|---|---|
| | Name | | |

**Additional Page if Debtor Has More Codebtors**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | Check all schedules that apply: |
| 2.304 | ONE JEANSWEAR GROUP INC. | 1411 BROADWAY    NEW YORK, NY  10018 | KRAMER LEVIN NAFTALIS & FRANKEL LLP | ☐ D ☐ E/F ☒ G |
| 2.305 | KASPER GROUP LLC | 1412 BROADWAY    NEW YORK, NY  10018 | LAIRD + PARTNERS | ☐ D ☐ E/F ☒ G |
| 2.306 | NINE WEST DEVELOPMENT LLC | 1411 BROADWAY    NEW YORK, NY  10018 | LAUNDRY SERVICE | ☐ D ☐ E/F ☒ G |
| 2.307 | NINE WEST DISTRIBUTION LLC | 180 RITTENHOUSE CIRCLE    BRISTOL, PA  19007 | LAUNDRY SERVICE | ☐ D ☐ E/F ☒ G |
| 2.308 | NINE WEST MANAGEMENT SERVICE LLC | 180 RITTENHOUSE CIRCLE    BRISTOL, PA  19007 | LAUNDRY SERVICE | ☐ D ☐ E/F ☒ G |
| 2.309 | ONE JEANSWEAR GROUP INC. | 1411 BROADWAY    NEW YORK, NY  10018 | LAUNDRY SERVICE | ☐ D ☐ E/F ☒ G |
| 2.310 | NINE WEST DEVELOPMENT LLC | 1411 BROADWAY    NEW YORK, NY  10018 | LAZARD FRERES & CO LLC | ☐ D ☐ E/F ☒ G |
| 2.311 | NINE WEST DISTRIBUTION LLC | 180 RITTENHOUSE CIRCLE    BRISTOL, PA  19007 | LAZARD FRERES & CO LLC | ☐ D ☐ E/F ☒ G |
| 2.312 | NINE WEST MANAGEMENT SERVICE LLC | 180 RITTENHOUSE CIRCLE    BRISTOL, PA  19007 | LAZARD FRERES & CO LLC | ☐ D ☐ E/F ☒ G |
| 2.313 | ONE JEANSWEAR GROUP INC. | 1411 BROADWAY    NEW YORK, NY  10018 | LAZARD FRERES & CO LLC | ☐ D ☐ E/F ☒ G |
| 2.314 | NINE WEST DEVELOPMENT LLC | 1411 BROADWAY    NEW YORK, NY  10018 | LECTRA USA INC | ☐ D ☐ E/F ☒ G |

Debtor    NINE WEST HOLDINGS, INC.
_____
Name

Case number (if known)   18-10947
_____

| | **Additional Page if Debtor Has More Codebtors** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | Check all schedules that apply: |
| 2.315 | NINE WEST DISTRIBUTION LLC | 180 RITTENHOUSE CIRCLE    BRISTOL, PA  19007 | LECTRA USA INC | ☐ D ☐ E/F ☒ G |
| 2.316 | NINE WEST MANAGEMENT SERVICE LLC | 180 RITTENHOUSE CIRCLE    BRISTOL, PA  19007 | LECTRA USA INC | ☐ D ☐ E/F ☒ G |
| 2.317 | ONE JEANSWEAR GROUP INC. | 1411 BROADWAY    NEW YORK, NY  10018 | LECTRA USA INC | ☐ D ☐ E/F ☒ G |
| 2.318 | ONE JEANSWEAR GROUP INC. | 1411 BROADWAY    NEW YORK, NY  10018 | LECTRA USA INC | ☐ D ☐ E/F ☒ G |
| 2.319 | NINE WEST MANAGEMENT SERVICE LLC | 180 RITTENHOUSE CIRCLE    BRISTOL, PA  19007 | LECTRA USA INC | ☐ D ☐ E/F ☒ G |
| 2.320 | NINE WEST DISTRIBUTION LLC | 180 RITTENHOUSE CIRCLE    BRISTOL, PA  19007 | LECTRA USA INC | ☐ D ☐ E/F ☒ G |
| 2.321 | NINE WEST DEVELOPMENT LLC | 1411 BROADWAY    NEW YORK, NY  10018 | LECTRA USA INC | ☐ D ☐ E/F ☒ G |
| 2.322 | NINE WEST DISTRIBUTION LLC | 180 RITTENHOUSE CIRCLE    BRISTOL, PA  19007 | LEO AGE BECKER | ☐ D ☐ E/F ☒ G |
| 2.323 | NINE WEST DEVELOPMENT LLC | 1411 BROADWAY    NEW YORK, NY  10018 | LEO AGE BECKER | ☐ D ☐ E/F ☒ G |
| 2.324 | NINE WEST MANAGEMENT SERVICE LLC | 180 RITTENHOUSE CIRCLE    BRISTOL, PA  19007 | LEO AGE BECKER | ☐ D ☐ E/F ☒ G |
| 2.325 | ONE JEANSWEAR GROUP INC. | 1411 BROADWAY    NEW YORK, NY  10018 | LEO AGE BECKER | ☐ D ☐ E/F ☒ G |

| Debtor | NINE WEST HOLDINGS, INC. | Case number (if known) 18-10947 |
|---|---|---|
| | Name | |

**Additional Page if Debtor Has More Codebtors**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | Check all schedules that apply: |
| 2.326 | ONE JEANSWEAR GROUP INC. | 1411 BROADWAY    NEW YORK, NY  10018 | LIBERTY MUTUAL GROUP INC | ☐ D  ☐ E/F  ☒ G |
| 2.327 | NINE WEST MANAGEMENT SERVICE LLC | 180 RITTENHOUSE CIRCLE    BRISTOL, PA  19007 | LIBERTY MUTUAL GROUP INC | ☐ D  ☐ E/F  ☒ G |
| 2.328 | NINE WEST DISTRIBUTION LLC | 180 RITTENHOUSE CIRCLE    BRISTOL, PA  19007 | LIBERTY MUTUAL GROUP INC | ☐ D  ☐ E/F  ☒ G |
| 2.329 | NINE WEST DEVELOPMENT LLC | 1411 BROADWAY    NEW YORK, NY  10018 | LIBERTY MUTUAL GROUP INC | ☐ D  ☐ E/F  ☒ G |
| 2.330 | NINE WEST DEVELOPMENT LLC | 1411 BROADWAY    NEW YORK, NY  10018 | LIU-LIBERTY INTERNATIONAL UNDERWRITERS | ☐ D  ☐ E/F  ☒ G |
| 2.331 | NINE WEST MANAGEMENT SERVICE LLC | 180 RITTENHOUSE CIRCLE    BRISTOL, PA  19007 | LIU-LIBERTY INTERNATIONAL UNDERWRITERS | ☐ D  ☐ E/F  ☒ G |
| 2.332 | ONE JEANSWEAR GROUP INC. | 1411 BROADWAY    NEW YORK, NY  10018 | LIU-LIBERTY INTERNATIONAL UNDERWRITERS | ☐ D  ☐ E/F  ☒ G |
| 2.333 | NINE WEST DISTRIBUTION LLC | 180 RITTENHOUSE CIRCLE    BRISTOL, PA  19007 | LIU-LIBERTY INTERNATIONAL UNDERWRITERS | ☐ D  ☐ E/F  ☒ G |
| 2.334 | NINE WEST MANAGEMENT SERVICE LLC | 180 RITTENHOUSE CIRCLE    BRISTOL, PA  19007 | LM INFORMATION DELIVERY | ☐ D  ☐ E/F  ☒ G |
| 2.335 | ONE JEANSWEAR GROUP INC. | 1411 BROADWAY    NEW YORK, NY  10018 | LM INFORMATION DELIVERY | ☐ D  ☐ E/F  ☒ G |
| 2.336 | KASPER GROUP LLC | 1412 BROADWAY    NEW YORK, NY  10018 | LM INFORMATION DELIVERY | ☐ D  ☐ E/F  ☒ G |

Debtor    NINE WEST HOLDINGS, INC.
_____
          Name

Case number *(if known)*    18-10947
_____

**Additional Page if Debtor Has More Codebtors**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing address** | **Name** | Check all schedules that apply: |
| 2.337  NINE WEST DEVELOPMENT LLC | 1411 BROADWAY    NEW YORK, NY  10018 | LM INFORMATION DELIVERY | ☐ D ☐ E/F ☒ G |
| 2.338  NINE WEST DISTRIBUTION LLC | 180 RITTENHOUSE CIRCLE    BRISTOL, PA  19007 | LM INFORMATION DELIVERY | ☐ D ☐ E/F ☒ G |
| 2.339  NINE WEST DEVELOPMENT LLC | 1411 BROADWAY    NEW YORK, NY  10018 | LOG-NET INC. | ☐ D ☐ E/F ☒ G |
| 2.340  NINE WEST DISTRIBUTION LLC | 180 RITTENHOUSE CIRCLE    BRISTOL, PA  19007 | LOG-NET INC. | ☐ D ☐ E/F ☒ G |
| 2.341  NINE WEST MANAGEMENT SERVICE LLC | 180 RITTENHOUSE CIRCLE    BRISTOL, PA  19007 | LOG-NET INC. | ☐ D ☐ E/F ☒ G |
| 2.342  ONE JEANSWEAR GROUP INC. | 1411 BROADWAY    NEW YORK, NY  10018 | LOG-NET INC. | ☐ D ☐ E/F ☒ G |
| 2.343  NINE WEST DEVELOPMENT LLC | 1411 BROADWAY    NEW YORK, NY  10018 | LOGISTICS FASHION TRADING DWC, DWC-LLC | ☐ D ☐ E/F ☒ G |
| 2.344  NINE WEST DEVELOPMENT LLC | 1411 BROADWAY    NEW YORK, NY  10018 | LYNEER STAFFING SOLUTIONS | ☐ D ☐ E/F ☒ G |
| 2.345  NINE WEST DISTRIBUTION LLC | 180 RITTENHOUSE CIRCLE    BRISTOL, PA  19007 | LYNEER STAFFING SOLUTIONS | ☐ D ☐ E/F ☒ G |
| 2.346  NINE WEST MANAGEMENT SERVICE LLC | 180 RITTENHOUSE CIRCLE    BRISTOL, PA  19007 | LYNEER STAFFING SOLUTIONS | ☐ D ☐ E/F ☒ G |
| 2.347  ONE JEANSWEAR GROUP INC. | 1411 BROADWAY    NEW YORK, NY  10018 | LYNEER STAFFING SOLUTIONS | ☐ D ☐ E/F ☒ G |

Debtor    NINE WEST HOLDINGS, INC.
_____
Name

Case number _(if known)_ __18-10947__

| | **Additional Page if Debtor Has More Codebtors** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
| 2.348  NINE WEST DEVELOPMENT LLC | 1411 BROADWAY    NEW YORK, NY  10018 | MAERSK | ☐ D<br>☐ E/F<br>☒ G |
| 2.349  NINE WEST DISTRIBUTION LLC | 180 RITTENHOUSE CIRCLE    BRISTOL, PA  19007 | MAERSK | ☐ D<br>☐ E/F<br>☒ G |
| 2.350  NINE WEST MANAGEMENT SERVICE LLC | 180 RITTENHOUSE CIRCLE    BRISTOL, PA  19007 | MAERSK | ☐ D<br>☐ E/F<br>☒ G |
| 2.351  ONE JEANSWEAR GROUP INC. | 1411 BROADWAY    NEW YORK, NY  10018 | MAERSK | ☐ D<br>☐ E/F<br>☒ G |
| 2.352  NINE WEST DEVELOPMENT LLC | 1411 BROADWAY    NEW YORK, NY  10018 | MAJOR BRANDS INDIA PRIVATE LIMITED | ☐ D<br>☐ E/F<br>☒ G |
| 2.353  NINE WEST MANAGEMENT SERVICE LLC | 180 RITTENHOUSE CIRCLE    BRISTOL, PA  19007 | MARCHESA HOLDINGS LLC | ☐ D<br>☐ E/F<br>☒ G |
| 2.354  NINE WEST DEVELOPMENT LLC | 1411 BROADWAY    NEW YORK, NY  10018 | MARCHESA HOLDINGS LLC | ☐ D<br>☐ E/F<br>☒ G |
| 2.355  NINE WEST DISTRIBUTION LLC | 180 RITTENHOUSE CIRCLE    BRISTOL, PA  19007 | MARCHESA HOLDINGS LLC | ☐ D<br>☐ E/F<br>☒ G |
| 2.356  ONE JEANSWEAR GROUP INC. | 1411 BROADWAY    NEW YORK, NY  10018 | MARCHESA HOLDINGS LLC | ☐ D<br>☐ E/F<br>☒ G |
| 2.357  ONE JEANSWEAR GROUP INC. | 1411 BROADWAY    NEW YORK, NY  10018 | MAXIM HEALTH SYSTEMS LLC | ☐ D<br>☐ E/F<br>☒ G |
| 2.358  NINE WEST MANAGEMENT SERVICE LLC | 180 RITTENHOUSE CIRCLE    BRISTOL, PA  19007 | MAXIM HEALTH SYSTEMS LLC | ☐ D<br>☐ E/F<br>☒ G |

| Debtor | NINE WEST HOLDINGS, INC. | Case number *(if known)* | 18-10947 |
|---|---|---|---|
| | Name | | |

## Additional Page if Debtor Has More Codebtors

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | Check all schedules that apply: |
| 2.359 | NINE WEST DISTRIBUTION LLC | 180 RITTENHOUSE CIRCLE    BRISTOL, PA  19007 | MAXIM HEALTH SYSTEMS LLC | ☐ D<br>☐ E/F<br>☒ G |
| 2.360 | NINE WEST DEVELOPMENT LLC | 1411 BROADWAY    NEW YORK, NY  10018 | MAXIM HEALTH SYSTEMS LLC | ☐ D<br>☐ E/F<br>☒ G |
| 2.361 | NINE WEST DEVELOPMENT LLC | 1411 BROADWAY    NEW YORK, NY  10018 | MAXIMA GROUP LLC | ☐ D<br>☐ E/F<br>☒ G |
| 2.362 | NINE WEST MANAGEMENT SERVICE LLC | 180 RITTENHOUSE CIRCLE    BRISTOL, PA  19007 | MERRILL LYNCH | ☐ D<br>☐ E/F<br>☒ G |
| 2.363 | ONE JEANSWEAR GROUP INC. | 1411 BROADWAY    NEW YORK, NY  10018 | MERRILL LYNCH | ☐ D<br>☐ E/F<br>☒ G |
| 2.364 | NINE WEST DEVELOPMENT LLC | 1411 BROADWAY    NEW YORK, NY  10018 | MERRILL LYNCH | ☐ D<br>☐ E/F<br>☒ G |
| 2.365 | NINE WEST DISTRIBUTION LLC | 180 RITTENHOUSE CIRCLE    BRISTOL, PA  19007 | MERRILL LYNCH | ☐ D<br>☐ E/F<br>☒ G |
| 2.366 | ONE JEANSWEAR GROUP INC. | 1411 BROADWAY    NEW YORK, NY  10018 | MERRILL LYNCH | ☐ D<br>☐ E/F<br>☒ G |
| 2.367 | NINE WEST MANAGEMENT SERVICE LLC | 180 RITTENHOUSE CIRCLE    BRISTOL, PA  19007 | MERRILL LYNCH | ☐ D<br>☐ E/F<br>☒ G |
| 2.368 | NINE WEST DISTRIBUTION LLC | 180 RITTENHOUSE CIRCLE    BRISTOL, PA  19007 | MERRILL LYNCH | ☐ D<br>☐ E/F<br>☒ G |
| 2.369 | NINE WEST DEVELOPMENT LLC | 1411 BROADWAY    NEW YORK, NY  10018 | MERRILL LYNCH | ☐ D<br>☐ E/F<br>☒ G |

| Debtor | NINE WEST HOLDINGS, INC. | Case number *(if known)* | 18-10947 |
|---|---|---|---|
| | Name | | |

## Additional Page if Debtor Has More Codebtors

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
| 2.370 | NINE WEST DEVELOPMENT LLC | 1411 BROADWAY    NEW YORK, NY  10018 | MOHAMED RAZEEN | ☐ D<br>☐ E/F<br>☒ G |
| 2.371 | NINE WEST MANAGEMENT SERVICE LLC | 180 RITTENHOUSE CIRCLE    BRISTOL, PA  19007 | MOHAMED RAZEEN | ☐ D<br>☐ E/F<br>☒ G |
| 2.372 | NINE WEST DISTRIBUTION LLC | 180 RITTENHOUSE CIRCLE    BRISTOL, PA  19007 | MOHAMED RAZEEN | ☐ D<br>☐ E/F<br>☒ G |
| 2.373 | ONE JEANSWEAR GROUP INC. | 1411 BROADWAY    NEW YORK, NY  10018 | MOHAMED RAZEEN | ☐ D<br>☐ E/F<br>☒ G |
| 2.374 | ONE JEANSWEAR GROUP INC. | 1411 BROADWAY    NEW YORK, NY  10018 | MUHAMMAD NOMAN MERCHANT | ☐ D<br>☐ E/F<br>☒ G |
| 2.375 | NINE WEST DEVELOPMENT LLC | 1411 BROADWAY    NEW YORK, NY  10018 | MUHAMMAD NOMAN MERCHANT | ☐ D<br>☐ E/F<br>☒ G |
| 2.376 | NINE WEST MANAGEMENT SERVICE LLC | 180 RITTENHOUSE CIRCLE    BRISTOL, PA  19007 | MUHAMMAD NOMAN MERCHANT | ☐ D<br>☐ E/F<br>☒ G |
| 2.377 | NINE WEST DISTRIBUTION LLC | 180 RITTENHOUSE CIRCLE    BRISTOL, PA  19007 | MUHAMMAD NOMAN MERCHANT | ☐ D<br>☐ E/F<br>☒ G |
| 2.378 | NINE WEST DEVELOPMENT LLC | 1411 BROADWAY    NEW YORK, NY  10018 | MUNGER, TOLLES, & OLSON LLP | ☐ D<br>☐ E/F<br>☒ G |
| 2.379 | NINE WEST DISTRIBUTION LLC | 180 RITTENHOUSE CIRCLE    BRISTOL, PA  19007 | MUNGER, TOLLES, & OLSON LLP | ☐ D<br>☐ E/F<br>☒ G |
| 2.380 | NINE WEST MANAGEMENT SERVICE LLC | 180 RITTENHOUSE CIRCLE    BRISTOL, PA  19007 | MUNGER, TOLLES, & OLSON LLP | ☐ D<br>☐ E/F<br>☒ G |

Debtor ___NINE WEST HOLDINGS, INC._____
      Name

Case number *(if known)* ___18-10947___

**Additional Page if Debtor Has More Codebtors**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | Check all schedules that apply: |
| 2.381 | ONE JEANSWEAR GROUP INC. | 1411 BROADWAY    NEW YORK, NY  10018 | MUNGER, TOLLES, & OLSON LLP | ☐ D  ☐ E/F  ☒ G |
| 2.382 | NINE WEST DISTRIBUTION LLC | 180 RITTENHOUSE CIRCLE    BRISTOL, PA  19007 | NIGHT AGENCY | ☐ D  ☐ E/F  ☒ G |
| 2.383 | NINE WEST DEVELOPMENT LLC | 1411 BROADWAY    NEW YORK, NY  10018 | NIGHT AGENCY | ☐ D  ☐ E/F  ☒ G |
| 2.384 | NINE WEST MANAGEMENT SERVICE LLC | 180 RITTENHOUSE CIRCLE    BRISTOL, PA  19007 | NIGHT AGENCY | ☐ D  ☐ E/F  ☒ G |
| 2.385 | ONE JEANSWEAR GROUP INC. | 1411 BROADWAY    NEW YORK, NY  10018 | NIGHT AGENCY | ☐ D  ☐ E/F  ☒ G |
| 2.386 | NINE WEST DEVELOPMENT LLC | 1411 BROADWAY    NEW YORK, NY  10018 | NINE INTERNATIONAL, INC, | ☐ D  ☐ E/F  ☒ G |
| 2.387 | NINE WEST DEVELOPMENT LLC | 1411 BROADWAY    NEW YORK, NY  10018 | NINE INTERNATIONAL, INC. | ☐ D  ☐ E/F  ☒ G |
| 2.388 | KASPER GROUP LLC | 1412 BROADWAY    NEW YORK, NY  10018 | NINE WEST DEVELOPMENT LLC | ☐ D  ☐ E/F  ☒ G |
| 2.389 | KASPER GROUP LLC | 1412 BROADWAY    NEW YORK, NY  10018 | NINE WEST MANAGEMENT SERVICE LLC | ☐ D  ☐ E/F  ☒ G |
| 2.390 | ONE JEANSWEAR GROUP INC. | 1411 BROADWAY    NEW YORK, NY  10018 | NINE WEST MANAGEMENT SERVICE LLC | ☐ D  ☐ E/F  ☒ G |
| 2.391 | NINE WEST DEVELOPMENT LLC | 1411 BROADWAY    NEW YORK, NY  10018 | NPD GROUP INC | ☐ D  ☐ E/F  ☒ G |

| Debtor | NINE WEST HOLDINGS, INC. | Case number (if known) | 18-10947 |
|--------|--------------------------|------------------------|----------|
| | Name | | |

**Additional Page if Debtor Has More Codebtors**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | Check all schedules that apply: |
| 2.392 | NINE WEST DISTRIBUTION LLC | 180 RITTENHOUSE CIRCLE    BRISTOL, PA  19007 | NPD GROUP INC | ☐ D ☐ E/F ☒ G |
| 2.393 | NINE WEST MANAGEMENT SERVICE LLC | 180 RITTENHOUSE CIRCLE    BRISTOL, PA  19007 | NPD GROUP INC | ☐ D ☐ E/F ☒ G |
| 2.394 | ONE JEANSWEAR GROUP INC. | 1411 BROADWAY    NEW YORK, NY  10018 | NPD GROUP INC | ☐ D ☐ E/F ☒ G |
| 2.395 | JASPER PARENT LLC | 1411 BROADWAY  NEW YORK, NY  10018 | OBLONSKY, JOEL | ☐ D ☐ E/F ☒ G |
| 2.396 | NINE WEST DEVELOPMENT LLC | 1411 BROADWAY    NEW YORK, NY  10018 | OPTIV SECURITY (FORMERLY FISHNET SECURITY) | ☐ D ☐ E/F ☒ G |
| 2.397 | NINE WEST DISTRIBUTION LLC | 180 RITTENHOUSE CIRCLE    BRISTOL, PA  19007 | OPTIV SECURITY (FORMERLY FISHNET SECURITY) | ☐ D ☐ E/F ☒ G |
| 2.398 | NINE WEST MANAGEMENT SERVICE LLC | 180 RITTENHOUSE CIRCLE    BRISTOL, PA  19007 | OPTIV SECURITY (FORMERLY FISHNET SECURITY) | ☐ D ☐ E/F ☒ G |
| 2.399 | ONE JEANSWEAR GROUP INC. | 1411 BROADWAY    NEW YORK, NY  10018 | OPTIV SECURITY (FORMERLY FISHNET SECURITY) | ☐ D ☐ E/F ☒ G |
| 2.400 | NINE WEST DISTRIBUTION LLC | 180 RITTENHOUSE CIRCLE    BRISTOL, PA  19007 | OPTIV SECURITY (FORMERLY FISHNET SECURITY) | ☐ D ☐ E/F ☒ G |
| 2.401 | NINE WEST MANAGEMENT SERVICE LLC | 180 RITTENHOUSE CIRCLE    BRISTOL, PA  19007 | OPTIV SECURITY (FORMERLY FISHNET SECURITY) | ☐ D ☐ E/F ☒ G |
| 2.402 | NINE WEST DEVELOPMENT LLC | 1411 BROADWAY    NEW YORK, NY  10018 | OPTIV SECURITY (FORMERLY FISHNET SECURITY) | ☐ D ☐ E/F ☒ G |

| Debtor | NINE WEST HOLDINGS, INC. | Case number (if known) | 18-10947 |
|---|---|---|---|
| | Name | | |

**Additional Page if Debtor Has More Codebtors**

*Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.*

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
| 2.403 | ONE JEANSWEAR GROUP INC. | 1411 BROADWAY    NEW YORK, NY  10018 | OPTIV SECURITY (FORMERLY FISHNET SECURITY) | ☐ D ☐ E/F ☒ G |
| 2.404 | NINE WEST DEVELOPMENT LLC | 1411 BROADWAY    NEW YORK, NY  10018 | PARK BRAVO DIS TICARET A.S. | ☐ D ☐ E/F ☒ G |
| 2.405 | NINE WEST DEVELOPMENT LLC | 1411 BROADWAY    NEW YORK, NY  10018 | PAYEEZY | ☐ D ☐ E/F ☒ G |
| 2.406 | NINE WEST DISTRIBUTION LLC | 180 RITTENHOUSE CIRCLE    BRISTOL, PA  19007 | PAYEEZY | ☐ D ☐ E/F ☒ G |
| 2.407 | NINE WEST MANAGEMENT SERVICE LLC | 180 RITTENHOUSE CIRCLE    BRISTOL, PA  19007 | PAYEEZY | ☐ D ☐ E/F ☒ G |
| 2.408 | ONE JEANSWEAR GROUP INC. | 1411 BROADWAY    NEW YORK, NY  10018 | PAYEEZY | ☐ D ☐ E/F ☒ G |
| 2.409 | ONE JEANSWEAR GROUP INC. | 1411 BROADWAY    NEW YORK, NY  10018 | PAYFLEX SYSTEMS USA INC | ☐ D ☐ E/F ☒ G |
| 2.410 | NINE WEST MANAGEMENT SERVICE LLC | 180 RITTENHOUSE CIRCLE    BRISTOL, PA  19007 | PAYFLEX SYSTEMS USA INC | ☐ D ☐ E/F ☒ G |
| 2.411 | NINE WEST DISTRIBUTION LLC | 180 RITTENHOUSE CIRCLE    BRISTOL, PA  19007 | PAYFLEX SYSTEMS USA INC | ☐ D ☐ E/F ☒ G |
| 2.412 | NINE WEST DEVELOPMENT LLC | 1411 BROADWAY    NEW YORK, NY  10018 | PAYFLEX SYSTEMS USA INC | ☐ D ☐ E/F ☒ G |
| 2.413 | ONE JEANSWEAR GROUP INC. | 1411 BROADWAY    NEW YORK, NY  10018 | PENSION BENEFIT GUARANTY CORPORATION | ☐ D ☒ E/F ☐ G |

| Debtor | NINE WEST HOLDINGS, INC. | Case number (if known) | 18-10947 |
|---|---|---|---|
| | Name | | |

**Additional Page if Debtor Has More Codebtors**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | Check all schedules that apply: |
| 2.414 | US KIC TOP HAT LLC | 1411 BROADWAY   NEW YORK, NY  10018 | PENSION BENEFIT GUARANTY CORPORATION | ☐ D  ☒ E/F  ☐ G |
| 2.415 | NINE WEST MANAGEMENT SERVICE LLC | 180 RITTENHOUSE CIRCLE     BRISTOL, PA  19007 | PENSION BENEFIT GUARANTY CORPORATION | ☐ D  ☒ E/F  ☐ G |
| 2.416 | NINE WEST DEVELOPMENT LLC | 1411 BROADWAY     NEW YORK, NY  10018 | PENSION BENEFIT GUARANTY CORPORATION | ☐ D  ☒ E/F  ☐ G |
| 2.417 | NINE WEST DISTRIBUTION LLC | 180 RITTENHOUSE CIRCLE     BRISTOL, PA  19007 | PENSION BENEFIT GUARANTY CORPORATION | ☐ D  ☒ E/F  ☐ G |
| 2.418 | NINE WEST JEANSWEAR HOLDING LLC | 1411 BROADWAY     NEW YORK, NY  10018 | PENSION BENEFIT GUARANTY CORPORATION | ☐ D  ☒ E/F  ☐ G |
| 2.419 | KASPER GROUP LLC | 1412 BROADWAY     NEW YORK, NY  10018 | PENSION BENEFIT GUARANTY CORPORATION | ☐ D  ☒ E/F  ☐ G |
| 2.420 | KASPER U.S. BLOCKER LLC | 1412 BROADWAY   NEW YORK, NY  10018 | PENSION BENEFIT GUARANTY CORPORATION | ☐ D  ☒ E/F  ☐ G |
| 2.421 | NINE WEST APPAREL HOLDINGS LLC | 1411 BROADWAY     NEW YORK, NY  10018 | PENSION BENEFIT GUARANTY CORPORATION | ☐ D  ☒ E/F  ☐ G |
| 2.422 | JASPER PARENT LLC | 1411 BROADWAY   NEW YORK, NY  10018 | PENSION BENEFIT GUARANTY CORPORATION | ☐ D  ☒ E/F  ☐ G |
| 2.423 | NINE WEST DEVELOPMENT LLC | 1411 BROADWAY     NEW YORK, NY  10018 | POLSINELLI PC | ☐ D  ☐ E/F  ☒ G |
| 2.424 | NINE WEST DISTRIBUTION LLC | 180 RITTENHOUSE CIRCLE     BRISTOL, PA  19007 | POLSINELLI PC | ☐ D  ☐ E/F  ☒ G |

| Debtor | NINE WEST HOLDINGS, INC. | | Case number *(if known)* | 18-10947 |
|--------|---------------------------|---|---|---|
| | Name | | | |

**Additional Page if Debtor Has More Codebtors**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
| 2.425 | NINE WEST MANAGEMENT SERVICE LLC | 180 RITTENHOUSE CIRCLE    BRISTOL, PA  19007 | POLSINELLI PC | ☐ D ☐ E/F ☒ G |
| 2.426 | ONE JEANSWEAR GROUP INC. | 1411 BROADWAY    NEW YORK, NY  10018 | POLSINELLI PC | ☐ D ☐ E/F ☒ G |
| 2.427 | NINE WEST DEVELOPMENT LLC | 1411 BROADWAY    NEW YORK, NY  10018 | PORT LOGISTICS GROUP | ☐ D ☐ E/F ☒ G |
| 2.428 | NINE WEST DISTRIBUTION LLC | 180 RITTENHOUSE CIRCLE    BRISTOL, PA  19007 | PORT LOGISTICS GROUP | ☐ D ☐ E/F ☒ G |
| 2.429 | NINE WEST MANAGEMENT SERVICE LLC | 180 RITTENHOUSE CIRCLE    BRISTOL, PA  19007 | PORT LOGISTICS GROUP | ☐ D ☐ E/F ☒ G |
| 2.430 | ONE JEANSWEAR GROUP INC. | 1411 BROADWAY    NEW YORK, NY  10018 | PORT LOGISTICS GROUP | ☐ D ☐ E/F ☒ G |
| 2.431 | NINE WEST DEVELOPMENT LLC | 1411 BROADWAY    NEW YORK, NY  10018 | PORT LOGISTICS GROUP | ☐ D ☐ E/F ☒ G |
| 2.432 | NINE WEST MANAGEMENT SERVICE LLC | 180 RITTENHOUSE CIRCLE    BRISTOL, PA  19007 | PORT LOGISTICS GROUP | ☐ D ☐ E/F ☒ G |
| 2.433 | NINE WEST DISTRIBUTION LLC | 180 RITTENHOUSE CIRCLE    BRISTOL, PA  19007 | PORT LOGISTICS GROUP | ☐ D ☐ E/F ☒ G |
| 2.434 | ONE JEANSWEAR GROUP INC. | 1411 BROADWAY    NEW YORK, NY  10018 | PORT LOGISTICS GROUP | ☐ D ☐ E/F ☒ G |
| 2.435 | NINE WEST DEVELOPMENT LLC | 1411 BROADWAY    NEW YORK, NY  10018 | PRICEWATERHOUSE COOPERS LLP | ☐ D ☐ E/F ☒ G |

Debtor    NINE WEST HOLDINGS, INC.
_____Name_____

Case number (if known)  18-10947

### Additional Page if Debtor Has More Codebtors

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| | Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | Check all schedules that apply: |
| 2.436 | NINE WEST DISTRIBUTION LLC | 180 RITTENHOUSE CIRCLE    BRISTOL, PA  19007 | PRICEWATERHOUSE COOPERS LLP | ☐ D<br>☐ E/F<br>☒ G |
| 2.437 | NINE WEST MANAGEMENT SERVICE LLC | 180 RITTENHOUSE CIRCLE    BRISTOL, PA  19007 | PRICEWATERHOUSE COOPERS LLP | ☐ D<br>☐ E/F<br>☒ G |
| 2.438 | ONE JEANSWEAR GROUP INC. | 1411 BROADWAY    NEW YORK, NY  10018 | PRICEWATERHOUSE COOPERS LLP | ☐ D<br>☐ E/F<br>☒ G |
| 2.439 | NINE WEST MANAGEMENT SERVICE LLC | 180 RITTENHOUSE CIRCLE    BRISTOL, PA  19007 | PROTIVITI | ☐ D<br>☐ E/F<br>☒ G |
| 2.440 | NINE WEST DISTRIBUTION LLC | 180 RITTENHOUSE CIRCLE    BRISTOL, PA  19007 | PROTIVITI | ☐ D<br>☐ E/F<br>☒ G |
| 2.441 | NINE WEST DEVELOPMENT LLC | 1411 BROADWAY    NEW YORK, NY  10018 | PROTIVITI | ☐ D<br>☐ E/F<br>☒ G |
| 2.442 | ONE JEANSWEAR GROUP INC. | 1411 BROADWAY    NEW YORK, NY  10018 | PROTIVITI | ☐ D<br>☐ E/F<br>☒ G |
| 2.443 | KASPER GROUP LLC | 1412 BROADWAY    NEW YORK, NY  10018 | RE BUSINESS SOLUTIONS | ☐ D<br>☐ E/F<br>☒ G |
| 2.444 | NINE WEST DISTRIBUTION LLC | 180 RITTENHOUSE CIRCLE    BRISTOL, PA  19007 | RE BUSINESS SOLUTIONS | ☐ D<br>☐ E/F<br>☒ G |
| 2.445 | NINE WEST DEVELOPMENT LLC | 1411 BROADWAY    NEW YORK, NY  10018 | RE BUSINESS SOLUTIONS | ☐ D<br>☐ E/F<br>☒ G |
| 2.446 | NINE WEST MANAGEMENT SERVICE LLC | 180 RITTENHOUSE CIRCLE    BRISTOL, PA  19007 | RE BUSINESS SOLUTIONS | ☐ D<br>☐ E/F<br>☒ G |

| Debtor | NINE WEST HOLDINGS, INC. | Case number (if known) | 18-10947 |
|---|---|---|---|
| | Name | | |

**Additional Page if Debtor Has More Codebtors**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | Check all schedules that apply: |
| 2.447 | ONE JEANSWEAR GROUP INC. | 1411 BROADWAY    NEW YORK, NY  10018 | RE BUSINESS SOLUTIONS | ☐ D ☐ E/F ☒ G |
| 2.448 | KASPER GROUP LLC | 1412 BROADWAY    NEW YORK, NY  10018 | REPORTLINE ANONYMOUS HOTLINE NETWORK | ☐ D ☐ E/F ☒ G |
| 2.449 | NINE WEST DISTRIBUTION LLC | 180 RITTENHOUSE CIRCLE    BRISTOL, PA  19007 | REPORTLINE ANONYMOUS HOTLINE NETWORK | ☐ D ☐ E/F ☒ G |
| 2.450 | NINE WEST DEVELOPMENT LLC | 1411 BROADWAY    NEW YORK, NY  10018 | REPORTLINE ANONYMOUS HOTLINE NETWORK | ☐ D ☐ E/F ☒ G |
| 2.451 | ONE JEANSWEAR GROUP INC. | 1411 BROADWAY    NEW YORK, NY  10018 | REPORTLINE ANONYMOUS HOTLINE NETWORK | ☐ D ☐ E/F ☒ G |
| 2.452 | NINE WEST MANAGEMENT SERVICE LLC | 180 RITTENHOUSE CIRCLE    BRISTOL, PA  19007 | REPORTLINE ANONYMOUS HOTLINE NETWORK | ☐ D ☐ E/F ☒ G |
| 2.453 | NINE WEST MANAGEMENT SERVICE LLC | 180 RITTENHOUSE CIRCLE    BRISTOL, PA  19007 | ROCKET SOFTWARE INC | ☐ D ☐ E/F ☒ G |
| 2.454 | NINE WEST DISTRIBUTION LLC | 180 RITTENHOUSE CIRCLE    BRISTOL, PA  19007 | ROOTS AND WINGS MUSIC LLC | ☐ D ☐ E/F ☒ G |
| 2.455 | NINE WEST MANAGEMENT SERVICE LLC | 180 RITTENHOUSE CIRCLE    BRISTOL, PA  19007 | ROOTS AND WINGS MUSIC LLC | ☐ D ☐ E/F ☒ G |
| 2.456 | ONE JEANSWEAR GROUP INC. | 1411 BROADWAY    NEW YORK, NY  10018 | ROOTS AND WINGS MUSIC LLC | ☐ D ☐ E/F ☒ G |
| 2.457 | NINE WEST DEVELOPMENT LLC | 1411 BROADWAY    NEW YORK, NY  10018 | ROOTS AND WINGS MUSIC LLC | ☐ D ☐ E/F ☒ G |

| Debtor | NINE WEST HOLDINGS, INC. | | Case number *(if known)* | 18-10947 |
|---|---|---|---|---|
| | Name | | | |

| | **Additional Page if Debtor Has More Codebtors** |
|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing address** | **Name** | Check all schedules that apply: |
| 2.458 KASPER GROUP LLC | 1412 BROADWAY    NEW YORK, NY  10018 | ROTH BROS INC | ☐ D<br>☐ E/F<br>☒ G |
| 2.459 KASPER GROUP LLC | 1412 BROADWAY    NEW YORK, NY  10018 | SAFE & SOUND ARMED COURIER INC. | ☐ D<br>☐ E/F<br>☒ G |
| 2.460 NINE WEST DEVELOPMENT LLC | 1411 BROADWAY    NEW YORK, NY  10018 | SAKAL SPORTS LTD | ☐ D<br>☐ E/F<br>☒ G |
| 2.461 NINE WEST DEVELOPMENT LLC | 1411 BROADWAY    NEW YORK, NY  10018 | SAMANTHA KANNANGARA | ☐ D<br>☐ E/F<br>☒ G |
| 2.462 NINE WEST DISTRIBUTION LLC | 180 RITTENHOUSE CIRCLE    BRISTOL, PA  19007 | SAMANTHA KANNANGARA | ☐ D<br>☐ E/F<br>☒ G |
| 2.463 NINE WEST MANAGEMENT SERVICE LLC | 180 RITTENHOUSE CIRCLE    BRISTOL, PA  19007 | SAMANTHA KANNANGARA | ☐ D<br>☐ E/F<br>☒ G |
| 2.464 ONE JEANSWEAR GROUP INC. | 1411 BROADWAY    NEW YORK, NY  10018 | SAMANTHA KANNANGARA | ☐ D<br>☐ E/F<br>☒ G |
| 2.465 NINE WEST DEVELOPMENT LLC | 1411 BROADWAY    NEW YORK, NY  10018 | SAX LLP | ☐ D<br>☐ E/F<br>☒ G |
| 2.466 NINE WEST DISTRIBUTION LLC | 180 RITTENHOUSE CIRCLE    BRISTOL, PA  19007 | SAX LLP | ☐ D<br>☐ E/F<br>☒ G |
| 2.467 NINE WEST MANAGEMENT SERVICE LLC | 180 RITTENHOUSE CIRCLE    BRISTOL, PA  19007 | SAX LLP | ☐ D<br>☐ E/F<br>☒ G |
| 2.468 ONE JEANSWEAR GROUP INC. | 1411 BROADWAY    NEW YORK, NY  10018 | SAX LLP | ☐ D<br>☐ E/F<br>☒ G |

| Debtor | NINE WEST HOLDINGS, INC. | Case number (if known) | 18-10947 |
|---|---|---|---|
| | Name | | |

**Additional Page if Debtor Has More Codebtors**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|---|
| | Name | Mailing address | Name | Check all schedules that apply: |
| 2.469 | ONE JEANSWEAR GROUP INC. | 1411 BROADWAY    NEW YORK, NY  10018 | SEARS | ☐ D ☐ E/F ☒ G |
| 2.470 | NINE WEST MANAGEMENT SERVICE LLC | 180 RITTENHOUSE CIRCLE    BRISTOL, PA  19007 | SEARS | ☐ D ☐ E/F ☒ G |
| 2.471 | NINE WEST DISTRIBUTION LLC | 180 RITTENHOUSE CIRCLE    BRISTOL, PA  19007 | SEARS | ☐ D ☐ E/F ☒ G |
| 2.472 | NINE WEST DEVELOPMENT LLC | 1411 BROADWAY    NEW YORK, NY  10018 | SEARS | ☐ D ☐ E/F ☒ G |
| 2.473 | NINE WEST DISTRIBUTION LLC | 180 RITTENHOUSE CIRCLE    BRISTOL, PA  19007 | SEQUENTIAL BRANDS | ☐ D ☐ E/F ☒ G |
| 2.474 | NINE WEST MANAGEMENT SERVICE LLC | 180 RITTENHOUSE CIRCLE    BRISTOL, PA  19007 | SEQUENTIAL BRANDS | ☐ D ☐ E/F ☒ G |
| 2.475 | NINE WEST DEVELOPMENT LLC | 1411 BROADWAY    NEW YORK, NY  10018 | SEQUENTIAL BRANDS | ☐ D ☐ E/F ☒ G |
| 2.476 | ONE JEANSWEAR GROUP INC. | 1411 BROADWAY    NEW YORK, NY  10018 | SEQUENTIAL BRANDS | ☐ D ☐ E/F ☒ G |
| 2.477 | NINE WEST DEVELOPMENT LLC | 1411 BROADWAY    NEW YORK, NY  10018 | SEQUENTIAL BRANDS | ☐ D ☐ E/F ☒ G |
| 2.478 | ONE JEANSWEAR GROUP INC. | 1411 BROADWAY    NEW YORK, NY  10018 | SEQUENTIAL BRANDS | ☐ D ☐ E/F ☒ G |
| 2.479 | NINE WEST MANAGEMENT SERVICE LLC | 180 RITTENHOUSE CIRCLE    BRISTOL, PA  19007 | SEQUENTIAL BRANDS | ☐ D ☐ E/F ☒ G |

| Debtor | NINE WEST HOLDINGS, INC. | Case number (if known) | 18-10947 |
|---|---|---|---|
| | Name | | |

**Additional Page if Debtor Has More Codebtors**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | Column 1: Codebtor Name | Mailing address | Column 2: Creditor Name | Check all schedules that apply: |
|---|---|---|---|---|
| 2.480 | NINE WEST DISTRIBUTION LLC | 180 RITTENHOUSE CIRCLE   BRISTOL, PA  19007 | SEQUENTIAL BRANDS | ☐ D ☐ E/F ☒ G |
| 2.481 | NINE WEST MANAGEMENT SERVICE LLC | 180 RITTENHOUSE CIRCLE   BRISTOL, PA  19007 | SHAHBAZ AHMED | ☐ D ☐ E/F ☒ G |
| 2.482 | ONE JEANSWEAR GROUP INC. | 1411 BROADWAY   NEW YORK, NY  10018 | SHAHBAZ AHMED | ☐ D ☐ E/F ☒ G |
| 2.483 | NINE WEST DISTRIBUTION LLC | 180 RITTENHOUSE CIRCLE   BRISTOL, PA  19007 | SHAHBAZ AHMED | ☐ D ☐ E/F ☒ G |
| 2.484 | NINE WEST DEVELOPMENT LLC | 1411 BROADWAY   NEW YORK, NY  10018 | SHAHBAZ AHMED | ☐ D ☐ E/F ☒ G |
| 2.485 | NINE WEST DEVELOPMENT LLC | 1411 BROADWAY   NEW YORK, NY  10018 | SHAWN KELLY | ☐ D ☐ E/F ☒ G |
| 2.486 | NINE WEST MANAGEMENT SERVICE LLC | 180 RITTENHOUSE CIRCLE   BRISTOL, PA  19007 | SHAWN KELLY | ☐ D ☐ E/F ☒ G |
| 2.487 | NINE WEST DISTRIBUTION LLC | 180 RITTENHOUSE CIRCLE   BRISTOL, PA  19007 | SHAWN KELLY | ☐ D ☐ E/F ☒ G |
| 2.488 | ONE JEANSWEAR GROUP INC. | 1411 BROADWAY   NEW YORK, NY  10018 | SHAWN KELLY | ☐ D ☐ E/F ☒ G |
| 2.489 | NINE WEST DEVELOPMENT LLC | 1411 BROADWAY   NEW YORK, NY  10018 | SHERSON GROUP INC. | ☐ D ☐ E/F ☒ G |
| 2.490 | NINE WEST DEVELOPMENT LLC | 1411 BROADWAY   NEW YORK, NY  10018 | SHOPPERTRAK RCT CORPORATION | ☐ D ☐ E/F ☒ G |

| Debtor | NINE WEST HOLDINGS, INC. | Case number *(if known)* | 18-10947 |
|---|---|---|---|
| | Name | | |

### Additional Page if Debtor Has More Codebtors

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
| 2.491 | NINE WEST DISTRIBUTION LLC | 180 RITTENHOUSE CIRCLE    BRISTOL, PA  19007 | SHOPPERTRAK RCT CORPORATION | ☐ D ☐ E/F ☒ G |
| 2.492 | NINE WEST MANAGEMENT SERVICE LLC | 180 RITTENHOUSE CIRCLE    BRISTOL, PA  19007 | SHOPPERTRAK RCT CORPORATION | ☐ D ☐ E/F ☒ G |
| 2.493 | ONE JEANSWEAR GROUP INC. | 1411 BROADWAY    NEW YORK, NY  10018 | SHOPPERTRAK RCT CORPORATION | ☐ D ☐ E/F ☒ G |
| 2.494 | NINE WEST DEVELOPMENT LLC | 1411 BROADWAY    NEW YORK, NY  10018 | SIMPLISTIC LLC | ☐ D ☐ E/F ☒ G |
| 2.495 | NINE WEST DISTRIBUTION LLC | 180 RITTENHOUSE CIRCLE    BRISTOL, PA  19007 | SIMPLISTIC LLC | ☐ D ☐ E/F ☒ G |
| 2.496 | ONE JEANSWEAR GROUP INC. | 1411 BROADWAY    NEW YORK, NY  10018 | SIMPLISTIC LLC | ☐ D ☐ E/F ☒ G |
| 2.497 | NINE WEST MANAGEMENT SERVICE LLC | 180 RITTENHOUSE CIRCLE    BRISTOL, PA  19007 | SIMPLISTIC LLC | ☐ D ☐ E/F ☒ G |
| 2.498 | NINE WEST DEVELOPMENT LLC | 1411 BROADWAY    NEW YORK, NY  10018 | SNAPSHOT DESIGN LLC | ☐ D ☐ E/F ☒ G |
| 2.499 | ONE JEANSWEAR GROUP INC. | 1411 BROADWAY    NEW YORK, NY  10018 | SNAPSHOT DESIGN LLC | ☐ D ☐ E/F ☒ G |
| 2.500 | NINE WEST MANAGEMENT SERVICE LLC | 180 RITTENHOUSE CIRCLE    BRISTOL, PA  19007 | SNAPSHOT DESIGN LLC | ☐ D ☐ E/F ☒ G |
| 2.501 | NINE WEST DISTRIBUTION LLC | 180 RITTENHOUSE CIRCLE    BRISTOL, PA  19007 | SNAPSHOT DESIGN LLC | ☐ D ☐ E/F ☒ G |

| Debtor | NINE WEST HOLDINGS, INC. | Case number *(if known)* 18-10947 |
|---|---|---|
| | Name | |

## Additional Page if Debtor Has More Codebtors

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
| 2.502 | ONE JEANSWEAR GROUP INC. | 1411 BROADWAY    NEW YORK, NY  10018 | SNAPSHOT DESIGN LLC | ❑ D<br>❑ E/F<br>☒ G |
| 2.503 | NINE WEST MANAGEMENT SERVICE LLC | 180 RITTENHOUSE CIRCLE    BRISTOL, PA  19007 | SNAPSHOT DESIGN LLC | ❑ D<br>❑ E/F<br>☒ G |
| 2.504 | NINE WEST DISTRIBUTION LLC | 180 RITTENHOUSE CIRCLE    BRISTOL, PA  19007 | SNAPSHOT DESIGN LLC | ❑ D<br>❑ E/F<br>☒ G |
| 2.505 | NINE WEST DEVELOPMENT LLC | 1411 BROADWAY    NEW YORK, NY  10018 | SNAPSHOT DESIGN LLC | ❑ D<br>❑ E/F<br>☒ G |
| 2.506 | NINE WEST MANAGEMENT SERVICE LLC | 180 RITTENHOUSE CIRCLE    BRISTOL, PA  19007 | SOUTH JERSEY PORT CORPORATION | ❑ D<br>❑ E/F<br>☒ G |
| 2.507 | ONE JEANSWEAR GROUP INC. | 1411 BROADWAY    NEW YORK, NY  10018 | SOUTH JERSEY PORT CORPORATION | ❑ D<br>❑ E/F<br>☒ G |
| 2.508 | NINE WEST DEVELOPMENT LLC | 1411 BROADWAY    NEW YORK, NY  10018 | SOUTH JERSEY PORT CORPORATION | ❑ D<br>❑ E/F<br>☒ G |
| 2.509 | NINE WEST DISTRIBUTION LLC | 180 RITTENHOUSE CIRCLE    BRISTOL, PA  19007 | SOUTH JERSEY PORT CORPORATION | ❑ D<br>❑ E/F<br>☒ G |
| 2.510 | NINE WEST DISTRIBUTION LLC | 180 RITTENHOUSE CIRCLE    BRISTOL, PA  19007 | SPORK LLC | ❑ D<br>❑ E/F<br>☒ G |
| 2.511 | NINE WEST DEVELOPMENT LLC | 1411 BROADWAY    NEW YORK, NY  10018 | SPORK LLC | ❑ D<br>❑ E/F<br>☒ G |
| 2.512 | ONE JEANSWEAR GROUP INC. | 1411 BROADWAY    NEW YORK, NY  10018 | SPORK LLC | ❑ D<br>❑ E/F<br>☒ G |

| Debtor | NINE WEST HOLDINGS, INC. | Case number *(if known)* | 18-10947 |
|---|---|---|---|
| | Name | | |

| | **Additional Page if Debtor Has More Codebtors** |
|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
| 2.513 | NINE WEST MANAGEMENT SERVICE LLC | 180 RITTENHOUSE CIRCLE    BRISTOL, PA  19007 | SPORK LLC | ☐ D  ☐ E/F  ☒ G |
| 2.514 | NINE WEST DEVELOPMENT LLC | 1411 BROADWAY    NEW YORK, NY  10018 | SPORT NEGOCE INTERNATIONAL | ☐ D  ☐ E/F  ☒ G |
| 2.515 | NINE WEST DEVELOPMENT LLC | 1411 BROADWAY    NEW YORK, NY  10018 | STAPLES BUSINESS ADVANTAGE | ☐ D  ☐ E/F  ☒ G |
| 2.516 | ONE JEANSWEAR GROUP INC. | 1411 BROADWAY    NEW YORK, NY  10018 | STAPLES BUSINESS ADVANTAGE | ☐ D  ☐ E/F  ☒ G |
| 2.517 | NINE WEST DISTRIBUTION LLC | 180 RITTENHOUSE CIRCLE    BRISTOL, PA  19007 | STAPLES BUSINESS ADVANTAGE | ☐ D  ☐ E/F  ☒ G |
| 2.518 | NINE WEST MANAGEMENT SERVICE LLC | 180 RITTENHOUSE CIRCLE    BRISTOL, PA  19007 | STAPLES BUSINESS ADVANTAGE | ☐ D  ☐ E/F  ☒ G |
| 2.519 | KASPER GROUP LLC | 1412 BROADWAY    NEW YORK, NY  10018 | STAPLES BUSINESS ADVANTAGE | ☐ D  ☐ E/F  ☒ G |
| 2.520 | KASPER GROUP LLC | 1412 BROADWAY    NEW YORK, NY  10018 | STAPLES BUSINESS ADVANTAGE | ☐ D  ☐ E/F  ☒ G |
| 2.521 | NINE WEST DEVELOPMENT LLC | 1411 BROADWAY    NEW YORK, NY  10018 | STAPLES BUSINESS ADVANTAGE | ☐ D  ☐ E/F  ☒ G |
| 2.522 | NINE WEST DISTRIBUTION LLC | 180 RITTENHOUSE CIRCLE    BRISTOL, PA  19007 | STAPLES BUSINESS ADVANTAGE | ☐ D  ☐ E/F  ☒ G |
| 2.523 | NINE WEST MANAGEMENT SERVICE LLC | 180 RITTENHOUSE CIRCLE    BRISTOL, PA  19007 | STAPLES BUSINESS ADVANTAGE | ☐ D  ☐ E/F  ☒ G |

| Debtor | NINE WEST HOLDINGS, INC. | Case number (if known) | 18-10947 |
|---|---|---|---|
| | Name | | |

**Additional Page if Debtor Has More Codebtors**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | Check all schedules that apply: |
| 2.524 | ONE JEANSWEAR GROUP INC. | 1411 BROADWAY    NEW YORK, NY  10018 | STAPLES BUSINESS ADVANTAGE | ❑ D<br>❑ E/F<br>☒ G |
| 2.525 | KASPER GROUP LLC | 1412 BROADWAY    NEW YORK, NY  10018 | STAPLES BUSINESS ADVANTAGE | ❑ D<br>❑ E/F<br>☒ G |
| 2.526 | NINE WEST DEVELOPMENT LLC | 1411 BROADWAY    NEW YORK, NY  10018 | STARWAY LIMITED | ❑ D<br>❑ E/F<br>☒ G |
| 2.527 | NINE WEST DEVELOPMENT LLC | 1411 BROADWAY    NEW YORK, NY  10018 | STARWAY LIMITED | ❑ D<br>❑ E/F<br>☒ G |
| 2.528 | NINE WEST DEVELOPMENT LLC | 1411 BROADWAY    NEW YORK, NY  10018 | STARWAY LIMITED | ❑ D<br>❑ E/F<br>☒ G |
| 2.529 | NINE WEST DEVELOPMENT LLC | 1411 BROADWAY    NEW YORK, NY  10018 | SUPER BRANDS LTD | ❑ D<br>❑ E/F<br>☒ G |
| 2.530 | JASPER PARENT LLC | 1411 BROADWAY  NEW YORK, NY  10018 | SYCAMORE PARTNERS MANAGEMENT LLC | ❑ D<br>❑ E/F<br>☒ G |
| 2.531 | NINE WEST JEANSWEAR HOLDING LLC | 1411 BROADWAY    NEW YORK, NY  10018 | SYCAMORE PARTNERS MANAGEMENT LLC | ❑ D<br>❑ E/F<br>☒ G |
| 2.532 | ONE JEANSWEAR GROUP INC. | 1411 BROADWAY    NEW YORK, NY  10018 | TALX UC EXPRESS | ❑ D<br>❑ E/F<br>☒ G |
| 2.533 | NINE WEST DISTRIBUTION LLC | 180 RITTENHOUSE CIRCLE    BRISTOL, PA  19007 | TALX UC EXPRESS | ❑ D<br>❑ E/F<br>☒ G |
| 2.534 | NINE WEST DEVELOPMENT LLC | 1411 BROADWAY    NEW YORK, NY  10018 | TALX UC EXPRESS | ❑ D<br>❑ E/F<br>☒ G |

| Debtor | NINE WEST HOLDINGS, INC. | Case number *(if known)* | 18-10947 |
|---|---|---|---|
| | Name | | |

**Additional Page if Debtor Has More Codebtors**

*Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.*

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
| 2.535 | NINE WEST MANAGEMENT SERVICE LLC | 180 RITTENHOUSE CIRCLE    BRISTOL, PA  19007 | TALX UC EXPRESS | ☐ D ☐ E/F ☒ G |
| 2.536 | KASPER GROUP LLC | 1412 BROADWAY    NEW YORK, NY  10018 | THE CHEROKEE GROUP LLC | ☐ D ☐ E/F ☒ G |
| 2.537 | NINE WEST DEVELOPMENT LLC | 1411 BROADWAY    NEW YORK, NY  10018 | THE HOUSE OF BUSBY PROPRIETARY LIMITED | ☐ D ☐ E/F ☒ G |
| 2.538 | ONE JEANSWEAR GROUP INC. | 1411 BROADWAY    NEW YORK, NY  10018 | THOMSON REUTERS | ☐ D ☐ E/F ☒ G |
| 2.539 | NINE WEST DEVELOPMENT LLC | 1411 BROADWAY    NEW YORK, NY  10018 | THOMSON REUTERS | ☐ D ☐ E/F ☒ G |
| 2.540 | NINE WEST DISTRIBUTION LLC | 180 RITTENHOUSE CIRCLE    BRISTOL, PA  19007 | THOMSON REUTERS | ☐ D ☐ E/F ☒ G |
| 2.541 | NINE WEST MANAGEMENT SERVICE LLC | 180 RITTENHOUSE CIRCLE    BRISTOL, PA  19007 | THOMSON REUTERS | ☐ D ☐ E/F ☒ G |
| 2.542 | NINE WEST DEVELOPMENT LLC | 1411 BROADWAY    NEW YORK, NY  10018 | THUSHARA KALUM ABEYRATHNE KELAKORALE GEDARA | ☐ D ☐ E/F ☒ G |
| 2.543 | NINE WEST DISTRIBUTION LLC | 180 RITTENHOUSE CIRCLE    BRISTOL, PA  19007 | THUSHARA KALUM ABEYRATHNE KELAKORALE GEDARA | ☐ D ☐ E/F ☒ G |
| 2.544 | NINE WEST MANAGEMENT SERVICE LLC | 180 RITTENHOUSE CIRCLE    BRISTOL, PA  19007 | THUSHARA KALUM ABEYRATHNE KELAKORALE GEDARA | ☐ D ☐ E/F ☒ G |
| 2.545 | ONE JEANSWEAR GROUP INC. | 1411 BROADWAY    NEW YORK, NY  10018 | THUSHARA KALUM ABEYRATHNE KELAKORALE GEDARA | ☐ D ☐ E/F ☒ G |

| Debtor | NINE WEST HOLDINGS, INC. | Case number (if known) | 18-10947 |
| | Name | | |

## Additional Page if Debtor Has More Codebtors

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
| 2.546 | ONE JEANSWEAR GROUP INC. | 1411 BROADWAY    NEW YORK, NY  10018 | TIBCO SOFTWARE INC | ☐ D<br>☐ E/F<br>☒ G |
| 2.547 | NINE WEST MANAGEMENT SERVICE LLC | 180 RITTENHOUSE CIRCLE    BRISTOL, PA  19007 | TIBCO SOFTWARE INC | ☐ D<br>☐ E/F<br>☒ G |
| 2.548 | NINE WEST DISTRIBUTION LLC | 180 RITTENHOUSE CIRCLE    BRISTOL, PA  19007 | TIBCO SOFTWARE INC | ☐ D<br>☐ E/F<br>☒ G |
| 2.549 | NINE WEST DEVELOPMENT LLC | 1411 BROADWAY    NEW YORK, NY  10018 | TIBCO SOFTWARE INC | ☐ D<br>☐ E/F<br>☒ G |
| 2.550 | KASPER GROUP LLC | 1412 BROADWAY    NEW YORK, NY  10018 | TIBCO SOFTWARE INC | ☐ D<br>☐ E/F<br>☒ G |
| 2.551 | KASPER GROUP LLC | 1412 BROADWAY    NEW YORK, NY  10018 | TOLL GLOBAL FORWARDING | ☐ D<br>☐ E/F<br>☒ G |
| 2.552 | NINE WEST DEVELOPMENT LLC | 1411 BROADWAY    NEW YORK, NY  10018 | TOLL GLOBAL FORWARDING | ☐ D<br>☐ E/F<br>☒ G |
| 2.553 | NINE WEST DISTRIBUTION LLC | 180 RITTENHOUSE CIRCLE    BRISTOL, PA  19007 | TOLL GLOBAL FORWARDING | ☐ D<br>☐ E/F<br>☒ G |
| 2.554 | NINE WEST MANAGEMENT SERVICE LLC | 180 RITTENHOUSE CIRCLE    BRISTOL, PA  19007 | TOLL GLOBAL FORWARDING | ☐ D<br>☐ E/F<br>☒ G |
| 2.555 | ONE JEANSWEAR GROUP INC. | 1411 BROADWAY    NEW YORK, NY  10018 | TOLL GLOBAL FORWARDING | ☐ D<br>☐ E/F<br>☒ G |
| 2.556 | NINE WEST DEVELOPMENT LLC | 1411 BROADWAY    NEW YORK, NY  10018 | TRANSAMERICA LIFE INSURANCE COMPANY | ☐ D<br>☐ E/F<br>☒ G |

Debtor   NINE WEST HOLDINGS, INC.
_____
Name

Case number *(if known)*  18-10947
_____

| | **Additional Page if Debtor Has More Codebtors** |
|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
| 2.557 NINE WEST DISTRIBUTION LLC | 180 RITTENHOUSE CIRCLE   BRISTOL, PA  19007 | TRANSAMERICA LIFE INSURANCE COMPANY | ☐ D<br>☐ E/F<br>☒ G |
| 2.558 NINE WEST MANAGEMENT SERVICE LLC | 180 RITTENHOUSE CIRCLE   BRISTOL, PA  19007 | TRANSAMERICA LIFE INSURANCE COMPANY | ☐ D<br>☐ E/F<br>☒ G |
| 2.559 ONE JEANSWEAR GROUP INC. | 1411 BROADWAY   NEW YORK, NY  10018 | TRANSAMERICA LIFE INSURANCE COMPANY | ☐ D<br>☐ E/F<br>☒ G |
| 2.560 NINE WEST DEVELOPMENT LLC | 1411 BROADWAY   NEW YORK, NY  10018 | TRAVELERS | ☐ D<br>☐ E/F<br>☒ G |
| 2.561 NINE WEST DISTRIBUTION LLC | 180 RITTENHOUSE CIRCLE   BRISTOL, PA  19007 | TRAVELERS | ☐ D<br>☐ E/F<br>☒ G |
| 2.562 NINE WEST MANAGEMENT SERVICE LLC | 180 RITTENHOUSE CIRCLE   BRISTOL, PA  19007 | TRAVELERS | ☐ D<br>☐ E/F<br>☒ G |
| 2.563 ONE JEANSWEAR GROUP INC. | 1411 BROADWAY   NEW YORK, NY  10018 | TRAVELERS | ☐ D<br>☐ E/F<br>☒ G |
| 2.564 NINE WEST DISTRIBUTION LLC | 180 RITTENHOUSE CIRCLE   BRISTOL, PA  19007 | TRISTATE VENDING INC. | ☐ D<br>☐ E/F<br>☒ G |
| 2.565 NINE WEST MANAGEMENT SERVICE LLC | 180 RITTENHOUSE CIRCLE   BRISTOL, PA  19007 | TRISTATE VENDING INC. | ☐ D<br>☐ E/F<br>☒ G |
| 2.566 ONE JEANSWEAR GROUP INC. | 1411 BROADWAY   NEW YORK, NY  10018 | TRISTATE VENDING INC. | ☐ D<br>☐ E/F<br>☒ G |
| 2.567 NINE WEST DEVELOPMENT LLC | 1411 BROADWAY   NEW YORK, NY  10018 | TRISTATE VENDING INC. | ☐ D<br>☐ E/F<br>☒ G |

Debtor  NINE WEST HOLDINGS, INC.
_____
        Name

Case number *(if known)*  18-10947
_____

| | **Additional Page if Debtor Has More Codebtors** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
| 2.568 NINE WEST DEVELOPMENT LLC | 1411 BROADWAY    NEW YORK, NY  10018 | UNITED AIRLINES | ❏ D<br>❏ E/F<br>☒ G |
| 2.569 NINE WEST DISTRIBUTION LLC | 180 RITTENHOUSE CIRCLE    BRISTOL, PA  19007 | UNITED AIRLINES | ❏ D<br>❏ E/F<br>☒ G |
| 2.570 NINE WEST MANAGEMENT SERVICE LLC | 180 RITTENHOUSE CIRCLE    BRISTOL, PA  19007 | UNITED AIRLINES | ❏ D<br>❏ E/F<br>☒ G |
| 2.571 ONE JEANSWEAR GROUP INC. | 1411 BROADWAY    NEW YORK, NY  10018 | UNITED AIRLINES | ❏ D<br>❏ E/F<br>☒ G |
| 2.572 NINE WEST DEVELOPMENT LLC | 1411 BROADWAY    NEW YORK, NY  10018 | VALDE INSPIRED ELEARNING | ❏ D<br>❏ E/F<br>☒ G |
| 2.573 NINE WEST DISTRIBUTION LLC | 180 RITTENHOUSE CIRCLE    BRISTOL, PA  19007 | VALDE INSPIRED ELEARNING | ❏ D<br>❏ E/F<br>☒ G |
| 2.574 NINE WEST MANAGEMENT SERVICE LLC | 180 RITTENHOUSE CIRCLE    BRISTOL, PA  19007 | VALDE INSPIRED ELEARNING | ❏ D<br>❏ E/F<br>☒ G |
| 2.575 ONE JEANSWEAR GROUP INC. | 1411 BROADWAY    NEW YORK, NY  10018 | VALDE INSPIRED ELEARNING | ❏ D<br>❏ E/F<br>☒ G |
| 2.576 NINE WEST DEVELOPMENT LLC | 1411 BROADWAY    NEW YORK, NY  10018 | VIRGINIA HEALTH NETWORK INC. | ❏ D<br>❏ E/F<br>☒ G |
| 2.577 NINE WEST DISTRIBUTION LLC | 180 RITTENHOUSE CIRCLE    BRISTOL, PA  19007 | VIRGINIA HEALTH NETWORK INC. | ❏ D<br>❏ E/F<br>☒ G |
| 2.578 NINE WEST MANAGEMENT SERVICE LLC | 180 RITTENHOUSE CIRCLE    BRISTOL, PA  19007 | VIRGINIA HEALTH NETWORK INC. | ❏ D<br>❏ E/F<br>☒ G |

| Debtor | NINE WEST HOLDINGS, INC. | | Case number *(if known)* | 18-10947 |
|--------|--------------------------|--|---------------------------|----------|
| | Name | | | |

**Additional Page if Debtor Has More Codebtors**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | Check all schedules that apply: |
| 2.579 | ONE JEANSWEAR GROUP INC. | 1411 BROADWAY    NEW YORK, NY  10018 | VIRGINIA HEALTH NETWORK INC. | ☐ D<br>☐ E/F<br>☒ G |
| 2.580 | ONE JEANSWEAR GROUP INC. | 1411 BROADWAY    NEW YORK, NY  10018 | VISION SERVICE PLAN | ☐ D<br>☐ E/F<br>☒ G |
| 2.581 | NINE WEST MANAGEMENT SERVICE LLC | 180 RITTENHOUSE CIRCLE    BRISTOL, PA  19007 | VISION SERVICE PLAN | ☐ D<br>☐ E/F<br>☒ G |
| 2.582 | NINE WEST DEVELOPMENT LLC | 1411 BROADWAY    NEW YORK, NY  10018 | VISION SERVICE PLAN | ☐ D<br>☐ E/F<br>☒ G |
| 2.583 | NINE WEST DISTRIBUTION LLC | 180 RITTENHOUSE CIRCLE    BRISTOL, PA  19007 | VISION SERVICE PLAN | ☐ D<br>☐ E/F<br>☒ G |
| 2.584 | ONE JEANSWEAR GROUP INC. | 1411 BROADWAY    NEW YORK, NY  10018 | VITAL TRANSPORTATION, INC. | ☐ D<br>☐ E/F<br>☒ G |
| 2.585 | NINE WEST MANAGEMENT SERVICE LLC | 180 RITTENHOUSE CIRCLE    BRISTOL, PA  19007 | VITAL TRANSPORTATION, INC. | ☐ D<br>☐ E/F<br>☒ G |
| 2.586 | NINE WEST DISTRIBUTION LLC | 180 RITTENHOUSE CIRCLE    BRISTOL, PA  19007 | VITAL TRANSPORTATION, INC. | ☐ D<br>☐ E/F<br>☒ G |
| 2.587 | NINE WEST DEVELOPMENT LLC | 1411 BROADWAY    NEW YORK, NY  10018 | VITAL TRANSPORTATION, INC. | ☐ D<br>☐ E/F<br>☒ G |
| 2.588 | ONE JEANSWEAR GROUP INC. | 1411 BROADWAY    NEW YORK, NY  10018 | WAGE WORKS | ☐ D<br>☐ E/F<br>☒ G |
| 2.589 | NINE WEST DISTRIBUTION LLC | 180 RITTENHOUSE CIRCLE    BRISTOL, PA  19007 | WAGE WORKS | ☐ D<br>☐ E/F<br>☒ G |

Debtor    NINE WEST HOLDINGS, INC.
_____
Name

Case number *(if known)*  18-10947
_____

| | **Additional Page if Debtor Has More Codebtors** |
|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
| 2.590 | NINE WEST MANAGEMENT SERVICE LLC | 180 RITTENHOUSE CIRCLE    BRISTOL, PA  19007 | WAGE WORKS | ☐ D<br>☐ E/F<br>☒ G |
| 2.591 | NINE WEST DEVELOPMENT LLC | 1411 BROADWAY    NEW YORK, NY  10018 | WAGE WORKS | ☐ D<br>☐ E/F<br>☒ G |
| 2.592 | NINE WEST MANAGEMENT SERVICE LLC | 180 RITTENHOUSE CIRCLE    BRISTOL, PA  19007 | WALL STREET JOURNAL | ☐ D<br>☐ E/F<br>☒ G |
| 2.593 | ONE JEANSWEAR GROUP INC. | 1411 BROADWAY    NEW YORK, NY  10018 | WALL STREET JOURNAL | ☐ D<br>☐ E/F<br>☒ G |
| 2.594 | NINE WEST DEVELOPMENT LLC | 1411 BROADWAY    NEW YORK, NY  10018 | WALL STREET JOURNAL | ☐ D<br>☐ E/F<br>☒ G |
| 2.595 | NINE WEST DISTRIBUTION LLC | 180 RITTENHOUSE CIRCLE    BRISTOL, PA  19007 | WALL STREET JOURNAL | ☐ D<br>☐ E/F<br>☒ G |
| 2.596 | JASPER PARENT LLC | 1411 BROADWAY  NEW YORK, NY  10018 | WELLS FARGO BANK, NATIONAL ASSOCIATION, AS ADMINISTRATIVE AGENT | ☒ D<br>☐ E/F<br>☐ G |
| 2.597 | KASPER GROUP LLC | 1412 BROADWAY    NEW YORK, NY  10018 | WELLS FARGO BANK, NATIONAL ASSOCIATION, AS ADMINISTRATIVE AGENT | ☒ D<br>☐ E/F<br>☐ G |
| 2.598 | KASPER U.S. BLOCKER LLC | 1412 BROADWAY  NEW YORK, NY  10018 | WELLS FARGO BANK, NATIONAL ASSOCIATION, AS ADMINISTRATIVE AGENT | ☒ D<br>☐ E/F<br>☐ G |
| 2.599 | NINE WEST APPAREL HOLDINGS LLC | 1411 BROADWAY    NEW YORK, NY  10018 | WELLS FARGO BANK, NATIONAL ASSOCIATION, AS ADMINISTRATIVE AGENT | ☒ D<br>☐ E/F<br>☐ G |
| 2.600 | NINE WEST DEVELOPMENT LLC | 1411 BROADWAY    NEW YORK, NY  10018 | WELLS FARGO BANK, NATIONAL ASSOCIATION, AS ADMINISTRATIVE AGENT | ☒ D<br>☐ E/F<br>☐ G |

| Debtor | NINE WEST HOLDINGS, INC. | Case number (if known) | 18-10947 |
|---|---|---|---|
| | Name | | |

## Additional Page if Debtor Has More Codebtors

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|---|
| | Name | Mailing address | Name | Check all schedules that apply: |
| 2.601 | NINE WEST JEANSWEAR HOLDING LLC | 1411 BROADWAY    NEW YORK, NY  10018 | WELLS FARGO BANK, NATIONAL ASSOCIATION, AS ADMINISTRATIVE AGENT | ☒ D ☐ E/F ☐ G |
| 2.602 | NINE WEST DISTRIBUTION LLC | 180 RITTENHOUSE CIRCLE    BRISTOL, PA  19007 | WELLS FARGO BANK, NATIONAL ASSOCIATION, AS ADMINISTRATIVE AGENT | ☒ D ☐ E/F ☐ G |
| 2.603 | NINE WEST MANAGEMENT SERVICE LLC | 180 RITTENHOUSE CIRCLE    BRISTOL, PA  19007 | WELLS FARGO BANK, NATIONAL ASSOCIATION, AS ADMINISTRATIVE AGENT | ☒ D ☐ E/F ☐ G |
| 2.604 | ONE JEANSWEAR GROUP INC. | 1411 BROADWAY    NEW YORK, NY  10018 | WELLS FARGO BANK, NATIONAL ASSOCIATION, AS ADMINISTRATIVE AGENT | ☒ D ☐ E/F ☐ G |
| 2.605 | US KIC TOP HAT LLC | 1411 BROADWAY  NEW YORK, NY  10018 | WELLS FARGO BANK, NATIONAL ASSOCIATION, AS ADMINISTRATIVE AGENT | ☒ D ☐ E/F ☐ G |
| 2.606 | NINE WEST DEVELOPMENT LLC | 1411 BROADWAY    NEW YORK, NY  10018 | WESTCHESTER (A CHUBB CO) | ☐ D ☐ E/F ☒ G |
| 2.607 | NINE WEST DISTRIBUTION LLC | 180 RITTENHOUSE CIRCLE    BRISTOL, PA  19007 | WESTCHESTER (A CHUBB CO) | ☐ D ☐ E/F ☒ G |
| 2.608 | NINE WEST MANAGEMENT SERVICE LLC | 180 RITTENHOUSE CIRCLE    BRISTOL, PA  19007 | WESTCHESTER (A CHUBB CO) | ☐ D ☐ E/F ☒ G |
| 2.609 | ONE JEANSWEAR GROUP INC. | 1411 BROADWAY    NEW YORK, NY  10018 | WESTCHESTER (A CHUBB CO) | ☐ D ☐ E/F ☒ G |
| 2.610 | NINE WEST DEVELOPMENT LLC | 1411 BROADWAY    NEW YORK, NY  10018 | WESTCHESTER (A CHUBB CO) | ☐ D ☐ E/F ☒ G |
| 2.611 | NINE WEST DISTRIBUTION LLC | 180 RITTENHOUSE CIRCLE    BRISTOL, PA  19007 | WESTCHESTER (A CHUBB CO) | ☐ D ☐ E/F ☒ G |

Debtor    NINE WEST HOLDINGS, INC.

Name

Case number *(if known)*    18-10947

**Additional Page if Debtor Has More Codebtors**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
| 2.612 | NINE WEST MANAGEMENT SERVICE LLC | 180 RITTENHOUSE CIRCLE    BRISTOL, PA  19007 | WESTCHESTER (A CHUBB CO) | ☐ D<br>☐ E/F<br>☒ G |
| 2.613 | ONE JEANSWEAR GROUP INC. | 1411 BROADWAY    NEW YORK, NY  10018 | WESTCHESTER (A CHUBB CO) | ☐ D<br>☐ E/F<br>☒ G |
| 2.614 | ONE JEANSWEAR GROUP INC. | 1411 BROADWAY    NEW YORK, NY  10018 | WESTCHESTER SURPLUS LINES INSURANCE COMPANY | ☐ D<br>☐ E/F<br>☒ G |
| 2.615 | NINE WEST MANAGEMENT SERVICE LLC | 180 RITTENHOUSE CIRCLE    BRISTOL, PA  19007 | WESTCHESTER SURPLUS LINES INSURANCE COMPANY | ☐ D<br>☐ E/F<br>☒ G |
| 2.616 | NINE WEST DISTRIBUTION LLC | 180 RITTENHOUSE CIRCLE    BRISTOL, PA  19007 | WESTCHESTER SURPLUS LINES INSURANCE COMPANY | ☐ D<br>☐ E/F<br>☒ G |
| 2.617 | NINE WEST DEVELOPMENT LLC | 1411 BROADWAY    NEW YORK, NY  10018 | WESTCHESTER SURPLUS LINES INSURANCE COMPANY | ☐ D<br>☐ E/F<br>☒ G |
| 2.618 | KASPER GROUP LLC | 1412 BROADWAY    NEW YORK, NY  10018 | WGSN INC | ☐ D<br>☐ E/F<br>☒ G |
| 2.619 | NINE WEST DEVELOPMENT LLC | 1411 BROADWAY    NEW YORK, NY  10018 | WGSN INC | ☐ D<br>☐ E/F<br>☒ G |
| 2.620 | NINE WEST DISTRIBUTION LLC | 180 RITTENHOUSE CIRCLE    BRISTOL, PA  19007 | WGSN INC | ☐ D<br>☐ E/F<br>☒ G |
| 2.621 | NINE WEST MANAGEMENT SERVICE LLC | 180 RITTENHOUSE CIRCLE    BRISTOL, PA  19007 | WGSN INC | ☐ D<br>☐ E/F<br>☒ G |
| 2.622 | ONE JEANSWEAR GROUP INC. | 1411 BROADWAY    NEW YORK, NY  10018 | WGSN INC | ☐ D<br>☐ E/F<br>☒ G |

| Debtor | NINE WEST HOLDINGS, INC. | Case number (if known) | 18-10947 |
|---|---|---|---|
| | Name | | |

**Additional Page if Debtor Has More Codebtors**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | Check all schedules that apply: |
| 2.623 | NINE WEST DISTRIBUTION LLC | 180 RITTENHOUSE CIRCLE    BRISTOL, PA  19007 | WILLIAM B MEYER | ☐ D  ☐ E/F  ☒ G |
| 2.624 | NINE WEST MANAGEMENT SERVICE LLC | 180 RITTENHOUSE CIRCLE    BRISTOL, PA  19007 | WILLIAM B MEYER | ☐ D  ☐ E/F  ☒ G |
| 2.625 | ONE JEANSWEAR GROUP INC. | 1411 BROADWAY    NEW YORK, NY  10018 | WILLIAM B MEYER | ☐ D  ☐ E/F  ☒ G |
| 2.626 | NINE WEST DEVELOPMENT LLC | 1411 BROADWAY    NEW YORK, NY  10018 | WILLIAM B MEYER | ☐ D  ☐ E/F  ☒ G |
| 2.627 | NINE WEST DEVELOPMENT LLC | 1411 BROADWAY    NEW YORK, NY  10018 | WILLIS CANADA INC | ☐ D  ☐ E/F  ☒ G |
| 2.628 | NINE WEST DISTRIBUTION LLC | 180 RITTENHOUSE CIRCLE    BRISTOL, PA  19007 | WILLIS CANADA INC | ☐ D  ☐ E/F  ☒ G |
| 2.629 | NINE WEST MANAGEMENT SERVICE LLC | 180 RITTENHOUSE CIRCLE    BRISTOL, PA  19007 | WILLIS CANADA INC | ☐ D  ☐ E/F  ☒ G |
| 2.630 | ONE JEANSWEAR GROUP INC. | 1411 BROADWAY    NEW YORK, NY  10018 | WILLIS CANADA INC | ☐ D  ☐ E/F  ☒ G |
| 2.631 | NINE WEST MANAGEMENT SERVICE LLC | 180 RITTENHOUSE CIRCLE    BRISTOL, PA  19007 | WILLIS OF NEW YORK INC | ☐ D  ☐ E/F  ☒ G |
| 2.632 | NINE WEST DISTRIBUTION LLC | 180 RITTENHOUSE CIRCLE    BRISTOL, PA  19007 | WILLIS OF NEW YORK INC | ☐ D  ☐ E/F  ☒ G |
| 2.633 | NINE WEST DEVELOPMENT LLC | 1411 BROADWAY    NEW YORK, NY  10018 | WILLIS OF NEW YORK INC | ☐ D  ☐ E/F  ☒ G |

| Debtor | NINE WEST HOLDINGS, INC. | Case number (if known) | 18-10947 |
|---|---|---|---|
| | Name | | |

**Additional Page if Debtor Has More Codebtors**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | Check all schedules that apply: |
| 2.634 | ONE JEANSWEAR GROUP INC. | 1411 BROADWAY   NEW YORK, NY  10018 | WILLIS OF NEW YORK INC | ☐ D<br>☐ E/F<br>☒ G |
| 2.635 | NINE WEST DEVELOPMENT LLC | 1411 BROADWAY   NEW YORK, NY  10018 | WILLIS OF NY-ONE WORLD FIN CTR | ☐ D<br>☐ E/F<br>☒ G |
| 2.636 | NINE WEST DISTRIBUTION LLC | 180 RITTENHOUSE CIRCLE   BRISTOL, PA  19007 | WILLIS OF NY-ONE WORLD FIN CTR | ☐ D<br>☐ E/F<br>☒ G |
| 2.637 | NINE WEST MANAGEMENT SERVICE LLC | 180 RITTENHOUSE CIRCLE   BRISTOL, PA  19007 | WILLIS OF NY-ONE WORLD FIN CTR | ☐ D<br>☐ E/F<br>☒ G |
| 2.638 | ONE JEANSWEAR GROUP INC. | 1411 BROADWAY   NEW YORK, NY  10018 | WILLIS OF NY-ONE WORLD FIN CTR | ☐ D<br>☐ E/F<br>☒ G |
| 2.639 | NINE WEST DEVELOPMENT LLC | 1411 BROADWAY   NEW YORK, NY  10018 | WILLIS OF NY-ONE WORLD FIN CTR | ☐ D<br>☐ E/F<br>☒ G |
| 2.640 | NINE WEST DISTRIBUTION LLC | 180 RITTENHOUSE CIRCLE   BRISTOL, PA  19007 | WILLIS OF NY-ONE WORLD FIN CTR | ☐ D<br>☐ E/F<br>☒ G |
| 2.641 | NINE WEST MANAGEMENT SERVICE LLC | 180 RITTENHOUSE CIRCLE   BRISTOL, PA  19007 | WILLIS OF NY-ONE WORLD FIN CTR | ☐ D<br>☐ E/F<br>☒ G |
| 2.642 | ONE JEANSWEAR GROUP INC. | 1411 BROADWAY   NEW YORK, NY  10018 | WILLIS OF NY-ONE WORLD FIN CTR | ☐ D<br>☐ E/F<br>☒ G |
| 2.643 | NINE WEST DISTRIBUTION LLC | 180 RITTENHOUSE CIRCLE   BRISTOL, PA  19007 | WILLIS TOWERS WATSON | ☐ D<br>☐ E/F<br>☒ G |
| 2.644 | NINE WEST MANAGEMENT SERVICE LLC | 180 RITTENHOUSE CIRCLE   BRISTOL, PA  19007 | WILLIS TOWERS WATSON | ☐ D<br>☐ E/F<br>☒ G |

Debtor    NINE WEST HOLDINGS, INC.
_____
          Name

Case number *(if known)*    18-10947
_____

**Additional Page if Debtor Has More Codebtors**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
| 2.645 ONE JEANSWEAR GROUP INC. | 1411 BROADWAY    NEW YORK, NY  10018 | WILLIS TOWERS WATSON | ☐ D ☐ E/F ☒ G |
| 2.646 KASPER GROUP LLC | 1412 BROADWAY    NEW YORK, NY  10018 | WILLIS TOWERS WATSON | ☐ D ☐ E/F ☒ G |
| 2.647 NINE WEST DEVELOPMENT LLC | 1411 BROADWAY    NEW YORK, NY  10018 | WILLIS TOWERS WATSON | ☐ D ☐ E/F ☒ G |
| 2.648 NINE WEST DEVELOPMENT LLC | 1411 BROADWAY    NEW YORK, NY  10018 | WORLD TRAVEL INC | ☐ D ☐ E/F ☒ G |
| 2.649 ONE JEANSWEAR GROUP INC. | 1411 BROADWAY    NEW YORK, NY  10018 | WORLD TRAVEL INC | ☐ D ☐ E/F ☒ G |
| 2.650 NINE WEST MANAGEMENT SERVICE LLC | 180 RITTENHOUSE CIRCLE    BRISTOL, PA  19007 | WORLD TRAVEL INC | ☐ D ☐ E/F ☒ G |
| 2.651 NINE WEST DISTRIBUTION LLC | 180 RITTENHOUSE CIRCLE    BRISTOL, PA  19007 | WORLD TRAVEL INC | ☐ D ☐ E/F ☒ G |
| 2.652 KASPER GROUP LLC | 1412 BROADWAY    NEW YORK, NY  10018 | WWD-FN | ☐ D ☐ E/F ☒ G |
| 2.653 NINE WEST DEVELOPMENT LLC | 1411 BROADWAY    NEW YORK, NY  10018 | WWD-FN | ☐ D ☐ E/F ☒ G |
| 2.654 NINE WEST DISTRIBUTION LLC | 180 RITTENHOUSE CIRCLE    BRISTOL, PA  19007 | WWD-FN | ☐ D ☐ E/F ☒ G |
| 2.655 NINE WEST MANAGEMENT SERVICE LLC | 180 RITTENHOUSE CIRCLE    BRISTOL, PA  19007 | WWD-FN | ☐ D ☐ E/F ☒ G |

| Debtor | NINE WEST HOLDINGS, INC. | Case number (if known) | 18-10947 |
|---|---|---|---|
| | Name | | |

## Additional Page if Debtor Has More Codebtors

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|
| **Name** | **Mailing address** | **Name** | Check all schedules that apply: |
| 2.656 ONE JEANSWEAR GROUP INC. | 1411 BROADWAY    NEW YORK, NY  10018 | WWD-FN | ☐ D ☐ E/F ☒ G |
| 2.657 NINE WEST DEVELOPMENT LLC | 1411 BROADWAY    NEW YORK, NY  10018 | XO COMMUNICATIONS | ☐ D ☐ E/F ☒ G |
| 2.658 NINE WEST DISTRIBUTION LLC | 180 RITTENHOUSE CIRCLE    BRISTOL, PA  19007 | XO COMMUNICATIONS | ☐ D ☐ E/F ☒ G |
| 2.659 NINE WEST MANAGEMENT SERVICE LLC | 180 RITTENHOUSE CIRCLE    BRISTOL, PA  19007 | XO COMMUNICATIONS | ☐ D ☐ E/F ☒ G |
| 2.660 ONE JEANSWEAR GROUP INC. | 1411 BROADWAY    NEW YORK, NY  10018 | XO COMMUNICATIONS | ☐ D ☐ E/F ☒ G |
| 2.661 ONE JEANSWEAR GROUP INC. | 1411 BROADWAY    NEW YORK, NY  10018 | XYZ TWO WAY RADIO SERVICE | ☐ D ☐ E/F ☒ G |
| 2.662 NINE WEST MANAGEMENT SERVICE LLC | 180 RITTENHOUSE CIRCLE    BRISTOL, PA  19007 | XYZ TWO WAY RADIO SERVICE | ☐ D ☐ E/F ☒ G |
| 2.663 NINE WEST DISTRIBUTION LLC | 180 RITTENHOUSE CIRCLE    BRISTOL, PA  19007 | XYZ TWO WAY RADIO SERVICE | ☐ D ☐ E/F ☒ G |
| 2.664 NINE WEST DEVELOPMENT LLC | 1411 BROADWAY    NEW YORK, NY  10018 | XYZ TWO WAY RADIO SERVICE | ☐ D ☐ E/F ☒ G |
| 2.665 ONE JEANSWEAR GROUP INC. | 1411 BROADWAY    NEW YORK, NY  10018 | ZENDESK INC | ☐ D ☐ E/F ☒ G |
| 2.666 NINE WEST MANAGEMENT SERVICE LLC | 180 RITTENHOUSE CIRCLE    BRISTOL, PA  19007 | ZENDESK INC | ☐ D ☐ E/F ☒ G |

| Debtor | NINE WEST HOLDINGS, INC. | Case number *(if known)* | 18-10947 |
|---|---|---|---|
| | Name | | |

## Additional Page if Debtor Has More Codebtors

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
| 2.667 | NINE WEST DISTRIBUTION LLC | 180 RITTENHOUSE CIRCLE    BRISTOL, PA  19007 | ZENDESK INC | ☐ D  ☐ E/F  ☒ G |
| 2.668 | NINE WEST DEVELOPMENT LLC | 1411 BROADWAY    NEW YORK, NY  10018 | ZENDESK INC | ☐ D  ☐ E/F  ☒ G |

**Fill in this information to identify the case and this filing:**

Debtor Name __NINE WEST HOLDINGS, INC._____

United States Bankruptcy Court for the: __Southern_____ District of __New York__

Case number (*If known*): __18-10947_____

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☒ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

☒ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☒ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☒ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☒ *Schedule H: Codebtors* (Official Form 206H)

☒ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐ Amended *Schedule* ____

☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐ *Other document that requires a declaration* _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __5/21/2018__          ✗ /s/ Ralph Schipani
         MM / DD / YYYY                    Signature of individual signing on behalf of debtor

                                           Ralph Schipani
                                           Printed name

                                           President
                                           Position or relationship to debtor