James H.M. Sprayregen, P.C.
Christopher J. Marcus, P.C.
**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
601 Lexington Avenue
New York, New York 10022
Telephone:      (212) 446-4800
Facsimile:      (212) 446-4900

James A. Stempel (admitted *pro hac vice*)
Joseph M. Graham (admitted *pro hac vice*)
Angela M. Snell (admitted *pro hac vice*)
**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
300 North LaSalle Street
Chicago, Illinois 60654
Telephone:      (312) 862-2000
Facsimile:      (312) 862-2200

*Proposed Counsel to the Debtors and Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | ) |
| | ) Chapter 11 |
| NINE WEST HOLDINGS, INC., *et al.*,[1] | ) |
| | ) Case No. 18-10947 (SCC) |
| Debtors. | ) |
| | ) (Jointly Administered) |

**DEBTOR KASPER GROUP LLC'S SCHEDULES**
**OF ASSETS AND LIABILITIES (CASE NO. 18-10949)**

---

[1]  The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are:  Nine West Holdings, Inc. (7645); Jasper Parent LLC (4157); Nine West Management Service LLC (4508); Kasper Group LLC (7906); Kasper U.S. Blocker LLC (2390); Nine West Apparel Holdings LLC (3348); Nine West Development LLC (2089); Nine West Distribution LLC (3029); Nine West Jeanswear Holding LLC (7263); One Jeanswear Group Inc. (0179); and US KIC Top Hat LLC (3076).  The location of the Debtors' service address is:  1411 Broadway, New York, New York 10018.

James H.M. Sprayregen, P.C.
Christopher J. Marcus, P.C.
**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
601 Lexington Avenue
New York, New York 10022
Telephone:    (212) 446-4800
Facsimile:    (212) 446-4900

James A. Stempel (admitted *pro hac vice*)
Joseph M. Graham (admitted *pro hac vice*)
Angela M. Snell (admitted *pro hac vice*)
**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
300 North LaSalle Street
Chicago, Illinois 60654
Telephone:    (312) 862-2000
Facsimile:    (312) 862-2200

*Proposed Counsel to the Debtors and Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| NINE WEST HOLDINGS, INC., *et al.*,[1] | ) | Case No. 18-10947 (SCC) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

**GLOBAL NOTES AND STATEMENT OF LIMITATIONS, METHODOLOGY, AND DISCLAIMERS REGARDING THE DEBTORS' SCHEDULES OF ASSETS AND LIABILITIES AND STATEMENTS OF FINANCIAL AFFAIRS**

The above-captioned debtors and debtors in possession (collectively, the "Debtors") have filed their respective Schedules of Assets and Liabilities (the "Schedules") and Statements of Financial Affairs (the "Statements") in the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court"). The Debtors, with the assistance of their legal and financial advisors, prepared the Schedules and Statements in accordance with section 521 of title 11 of the United States Code, 11 U.S.C. §§ 101–1532 (the "Bankruptcy Code"), and Rule 1007 of the Federal Rules of Bankruptcy Procedure.

Ralph Schipani has signed each set of Schedules and Statements. Mr. Schipani serves as President and Interim Chief Executive Officer of Debtor Nine West Holdings, Inc. and he is an authorized signatory for each of the Debtors in these chapter 11 cases. In reviewing and signing the Schedules and Statements, Mr. Schipani has necessarily relied upon the efforts, statements, advice, and representations of personnel of the Debtors and their legal and financial advisors. In

---

[1]    The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are:  Nine West Holdings, Inc. (7645); Jasper Parent LLC (4157); Nine West Management Service LLC (4508); Kasper Group LLC (7906); Kasper U.S. Blocker LLC (2390); Nine West Apparel Holdings LLC (3348); Nine West Development LLC (2089); Nine West Distribution LLC (3029); Nine West Jeanswear Holding LLC (7263); One Jeanswear Group Inc. (0179); and US KIC Top Hat LLC (3076).  The location of the Debtors' service address is:  1411 Broadway, New York, New York 10018.

light of the size and complexity of the Debtors' business, Mr. Schipani has not (and could not have) personally verified the accuracy of each such statement and representation, including, but not limited to, statements and representations concerning amounts owed to creditors.

In preparing the Schedules and Statements, the Debtors relied on financial data derived from their books and records that was available at the time of such preparation. Although the Debtors have made every reasonable effort to ensure the accuracy and completeness of the Schedules and Statements, subsequent information or discovery may result in material changes to the Schedules and Statements. As a result, inadvertent errors or omissions may exist. Accordingly, the Debtors and their agents, attorneys, and financial advisors do not guarantee or warrant the accuracy or completeness of the data that is provided herein and shall not be liable for any loss or injury arising out of or caused in whole or in part by the acts, errors, or omissions, whether negligent or otherwise, in procuring, compiling, collecting, interpreting, reporting, communicating, or delivering the information contained in the Schedules and Statements.

For the avoidance of doubt, the Debtors reserve their rights to amend and supplement the Schedules and Statements as may be necessary or appropriate but expressly do not undertake any obligation to update, modify, revise, or re-categorize the information provided in the Schedules and Statements or to notify any third party should the information be updated, modified, revised, or re-categorized, except as required by applicable law or order of the Bankruptcy Court.

In no event shall the Debtors or their directors, officers, agents, attorneys, and financial advisors be liable to any third party for any direct, indirect, incidental, consequential, or special damages (including, but not limited to, damages arising from the disallowance of a potential claim against the Debtors or damages to business reputation, lost business, or lost profits), whether foreseeable or not and however caused, even if the Debtors or their directors, officers, agents, attorneys, or financial advisors are advised of the possibility of such damages.

## Global Notes and Overview of Methodology

1. **Description of Cases.** On April 6, 2018 (the "Petition Date"), each of the Debtors filed voluntary petitions for relief under chapter 11 of the Bankruptcy Code. The Debtors are operating their businesses and managing their property as debtors in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code. These cases are being jointly administered. Notwithstanding the joint administration of the Debtors' cases for procedural purposes, each Debtor has filed its own Schedules and Statements. The information provided herein, except as otherwise noted, is reported as of the close of business on the Petition Date.

2. **Global Notes Control.** These Global Notes pertain to and comprise an integral part of each of the Schedules and Statements and should be referenced in connection with any review thereof. In the event that the Schedules and Statements conflict with these Global Notes, these Global Notes shall control.

3. **Reservations and Limitations.** Reasonable efforts have been made to prepare and file complete and accurate Schedules and Statements; however, as noted above, inadvertent errors or omissions may exist. The Debtors reserve all rights to amend and supplement the

2

Schedules and Statements as may be necessary or appropriate. Nothing contained in the Schedules and Statements constitutes a waiver of any of the Debtors' rights or an admission of any kind with respect to these chapter 11 cases, including, but not limited to, any rights or claims of the Debtors against any third party or issues involving substantive consolidation, equitable subordination, or defenses or causes of action arising under the provisions of chapter 5 of the Bankruptcy Code or any other relevant applicable bankruptcy or non-bankruptcy laws to recover assets or avoid transfers. Any specific reservation of rights contained elsewhere in the Global Notes does not limit in any respect the general reservation of rights contained in this paragraph.

(a) **No Admission.** Nothing contained in the Schedules and Statements is intended or should be construed as (i) an admission or stipulation of the validity of any claim against the Debtors or any assertion made therein or herein or (ii) a waiver of the Debtors' rights to dispute any claim or assert any cause of action or defense against any party.

(b) **Recharacterization and Classifications.** Notwithstanding that the Debtors have made reasonable efforts to correctly characterize, classify, categorize, or designate certain claims, assets, executory contracts, unexpired leases, and other items reported in the Schedules and Statements, the Debtors nonetheless may have improperly characterized, classified, categorized, or designated certain items. The Debtors reserve all rights to recharacterize, reclassify, recategorize, or redesignate items reported in the Schedules and Statements at a later time as is necessary and appropriate.

For the avoidance of doubt, listing (i) a claim on Schedule D as "secured," (ii) a claim on Schedule E/F as "priority" or "unsecured," or (iii) a contract on Schedule G as "executory" or "unexpired" does not constitute an admission by the Debtors of the legal rights of the claimant or contract counterparty or a waiver of the Debtors' rights to recharacterize or reclassify such claim or contract.

(c) **Claims Description.** Any failure to designate a claim on the Schedules and Statements as "disputed," "contingent," or "unliquidated" does not constitute an admission by the Debtors that such amount is not "disputed," "contingent," or "unliquidated." Each Debtor reserves all rights to dispute, or assert offsets or defenses to, any claim reflected on its respective Schedules and Statements on any grounds, including, without limitation, liability or classification, or to otherwise subsequently designate such claims as "disputed," "contingent," or "unliquidated" or object to the extent, validity, enforceability, priority, or avoidability of any claim. Moreover, listing a claim does not constitute an admission of liability by the Debtors against which the claim is listed or by any of the Debtors. The Debtors reserve all rights to amend their Schedules and Statements as necessary and appropriate, including, but not limited to, with respect to claim description and designation.

(d) **Estimates and Assumptions.** The preparation of the Schedules and Statements required the Debtors to make reasonable estimates and assumptions with respect to

KE 53489932

the reported amounts of assets and liabilities, the amount of contingent assets and contingent liabilities on the date of the Schedules and Statements, and the reported amounts of revenues and expenses during the applicable reporting periods. Actual results could differ from such estimates.

(e)     **Causes of Action.**  Despite reasonable efforts, the Debtors may not have identified all current and potential causes of action the Debtors may have against third parties in their respective Schedules and Statements, including, without limitation, avoidance actions arising under chapter 5 of the Bankruptcy Code and actions under other relevant bankruptcy and non-bankruptcy laws to recover assets. The Debtors reserve all rights with respect to any causes of action, and nothing in these Global Notes or the Schedules and Statements should be construed as a waiver of any such causes of action.

(f)     **Intellectual Property Rights.**  Exclusion of certain intellectual property should not be construed as an admission that such intellectual property rights have been abandoned, have been terminated or otherwise expired by their terms, or have been assigned or otherwise transferred pursuant to a sale, acquisition, or other transaction. Conversely, inclusion of certain intellectual property rights should not be construed as an admission that such intellectual property rights have not been abandoned, have not been terminated or otherwise expired by their terms, or have not been assigned or otherwise transferred pursuant to a sale, acquisition, or other transaction.

(g)     **Insiders.**  In the circumstance where the Schedules and Statements require information regarding "insiders," the Debtors have included information with respect to certain individuals who the Debtors believe may be included in the definition of "insider" set forth in section 101(31) of the Bankruptcy Code during the relevant time periods. Such individuals may no longer serve in such capacities. In the interest of additional disclosure, the Debtors have also included certain individuals who may have officer titles in their responses to Statements, Part 13, Question 28.

The listing of a party as an insider for purposes of the Schedules and Statements is not intended to be, nor should it be, construed as an admission of any fact, right, claim, or defense, and all such rights, claims, and defenses are hereby expressly reserved. Information regarding the individuals listed as insiders in the Schedules and Statements has been included for informational purposes only and such information may not be used for (1) the purposes of determining (i) control of the Debtors, (ii) the extent to which any individual exercised management responsibilities or functions or corporate decision-making authority over the Debtors, or (iii) whether such individual could successfully argue that he or she is not an insider under applicable law, including the Bankruptcy Code and federal securities laws, or with respect to any theories of liability or (2) any other purpose.

KE 53489932

4.      **Methodology**.

(a)      **Basis of Presentation.**  The Schedules and Statements do not purport to represent financial statements prepared in accordance with Generally Accepted Accounting Principles in the United States ("GAAP"), nor are they intended to be fully reconciled to the financial statements of each Debtor.  The Schedules and Statements contain unaudited information that is subject to further review and potential adjustment.  The Schedules and Statements reflect the Debtors' reasonable efforts to report the assets and liabilities of each Debtor on an unconsolidated basis.

(b)      **Confidential Information.**  There may be instances in the Schedules and Statements where the Debtors deemed it necessary and appropriate to redact from the public record information such as names, addresses, or amounts.  Typically, the Debtors have used this approach because of a confidentiality agreement between the Debtors and a third party, for the protection of sensitive commercial information, or for the privacy of an individual.

(c)      **Umbrella or Master Agreements.**  Contracts and leases listed in the Schedules and Statements may be umbrella or master agreements that cover relationships with some or all of the Debtors.  Where relevant, such agreements have been listed in the Schedules and Statements only of the Debtor entity that signed the original umbrella or master agreement.  Other Debtors, however, may be liable together with such Debtor on account of such agreements and the Debtors reserve all rights to amend the Schedules and Statements to reflect changes regarding the liability of the Debtors with respect to such agreements, if appropriate.

(d)      **Executory Contracts.**  Although the Debtors have made diligent attempts to attribute an executory contract to its rightful Debtor, in certain instances, the Debtors may have inadvertently failed to do so due to the complexity and size of the Debtors' businesses.  Accordingly, the Debtors reserve all of their rights with respect to the named parties of any and all executory contracts, including the right to amend Schedule G.

The contracts, agreements, and leases listed on Schedule G may have expired or may have been modified, amended, or supplemented from time to time by various amendments, restatements, waivers, estoppel certificates, letters, memoranda, and other documents, instruments, and agreements that may not be listed therein despite the Debtors' use of reasonable efforts to identify such documents.  Further, unless otherwise specified on Schedule G, each executory contract or unexpired lease listed thereon shall include all final exhibits, schedules, riders, modifications, declarations, amendments, supplements, attachments, restatements, or other agreements made directly or indirectly by any executed agreement, instrument, or other document that in any manner affects such executory contract or unexpired lease, without respect to whether such agreement, instrument, or other document is listed thereon.

5

(e)     **Duplication.**  Certain of the Debtors' assets, liabilities, and prepetition payments may properly be disclosed in multiple parts of the Statements and Schedules.  To the extent these disclosures would be duplicative, the Debtors have determined to only list such assets, liabilities, and prepetition payments once.

(f)     **Net Book Value.**  In certain instances, current market valuations for individual items of property and other assets are neither maintained by nor readily available to the Debtors.  Accordingly, unless otherwise indicated, the Schedules and Statements reflect net book values as of April 7, 2018.  Market values may vary, at some times materially, from net book values.  The Debtors believe that it would be an inefficient use of estate assets for the Debtors to obtain the current market values of their property and other assets.  Accordingly, the Debtors have indicated in the Schedules and Statements that the market values of certain assets and liabilities are undetermined.  Assets that have been fully depreciated or that were expensed for accounting purposes either do not appear in these Schedules and Statements or are listed with a zero-dollar value, as such assets have no net book value.  The omission of an asset from the Schedules and Statements does not constitute a representation regarding the ownership of such asset, and any such omission does not constitute a waiver of any rights of the Debtors with respect to such asset.

(g)     **Undetermined Amounts.**  The description of an amount as "undetermined" is not intended to reflect upon the materiality of such amount.

(h)     **Unliquidated Amounts.**  Amounts that could not be fairly quantified by the Debtors are scheduled as "unliquidated."

(i)     **Totals.**  All totals that are included in the Schedules and Statements represent totals of all known amounts.  To the extent there are unknown or undetermined amounts, the actual total may be different from the listed total.

(j)     **Property and Equipment.**  The Debtors may lease furniture, fixtures, and equipment from certain third-party lessors.  Any such leases are listed in the Schedules and Statements.  Nothing in the Schedules and Statements is, or should be construed as, an admission as to the determination of the legal status of any lease (including whether any lease is a true lease or a financing arrangement), and the Debtors reserve all rights with respect thereto.

(k)     **Allocation of Liabilities.**  The Debtors allocated liabilities between the prepetition and postpetition periods based on the information and research conducted in connection with the preparation of the Schedules and Statements.  As additional information becomes available and further research is conducted, the allocation of liabilities between the prepetition and postpetition periods may change.

(l)     **Paid Claims.**  The Debtors have authority to pay certain outstanding prepetition payables pursuant to Bankruptcy Court orders, including the *Final Order (A) Authorizing the Debtors to Pay Certain Prepetition Claims of Critical Vendors and (B) Granting Related Relief* [Docket No. 215] (the "Critical Vendors Order")

6

and the *Final Order (I) Authorizing the Debtors to Pay Prepetition Claims of (A) Foreign Vendors, (B) Lien Claimants, (C) Import Claimants, and (D) 503(B)(9) Claimants and (II) Granting Related Relief* [Docket No. 214] (the "Foreign Vendors and 503(b)(9) Order").  As such, outstanding liabilities may have been reduced by any court-approved postpetition payments made on account of prepetition payables.  Where and to the extent these liabilities have been satisfied as of the date hereof, they are not listed in the Schedules and Statements.  In some instances, the Debtors have the authority to pay a prepetition liability but that amount remains unpaid or is partially paid as of the filing of the Schedules.  In such cases, these amounts are marked as "contingent."  To the extent the Debtors later pay any amount of the claims listed in the Schedules and Statements pursuant to any orders entered by the Bankruptcy Court, the Debtors reserve all rights to amend or supplement the Schedules and Statements or to take other action, such as filing claims objections, as is necessary and appropriate to avoid overpayment or duplicate payments for liabilities.  Nothing contained herein should be deemed to alter the rights of any party in interest to contest a payment made pursuant to an order of the Bankruptcy Court where such order preserves the right to contest.

(m)  **Credits and Adjustments**. The claims of individual creditors for, among other things, goods, products, services, or taxes are listed as the amounts entered on the Debtors' books and records and may either (a) not reflect credits or other adjustments due from such creditors to the Debtors or (b) be net of accrued credits or other adjustments that are actually owed by a creditor to the Debtors on a postpetition basis on account of such credits or other adjustments earned from prepetition payments and critical vendor payments, if applicable. The Debtors reserve all of their rights with regard to such credits or other adjustments, including, but not limited to, the right to modify the Schedules, assert claims objections and/or setoffs with respect to the same, or apply such adjustments in the ordinary course of business on a postpetition basis.

(n)  **Intercompany Claims.**  Receivables and payables among the Debtors are reported on Schedule A/B and Schedule E/F, respectively.  The listing of any amounts with respect to such receivables and payables is not, and should not be construed as, an admission of the characterization of such balances as debt, equity, or otherwise. For the avoidance of doubt, the Debtors reserve all rights, claims, and defenses in connection with any and all intercompany receivables and payables, including with respect to the characterization of intercompany claims, loans, and notes.

Beginning in August 2017, the Debtors implemented a new method for tracking intercompany transactions, which among other things, utilizes new general ledger accounts to track intercompany transfers on an entity-by-entity basis by trading partner.  The method used prior to August 2017 tracked intercompany transactions on a consolidated (as opposed to entity-by-entity) basis, and, as a result, existing intercompany balances did not carry forward to the new intercompany general ledger accounts. The Debtors, through an exhaustive process which involved the assistance of their financial advisors, analyzed transaction-level intercompany claims in order to ascertain entity-by-entity intercompany balances as of

7

December 31, 2017.  These December 31, 2017, balances, along with entity-by-entity payment activity on the Debtors' books and records from January 1, 2018, to the Petition Date, were used to develop the receivables and payables on Schedule A/B and Schedule E/F, respectively, and the Debtors believe the information provided on these Schedules is as accurate as possible under the circumstances.

In addition, intercompany transactions, including cash transfers and journal entries, number in the tens of thousands over the time period from August 2017 through the Petition Date.  To maximize the utility of the Debtors' response to the Statements, Part 2, Question 4, the Debtors have provided summary matrices reflective of historical month-to-month activity between legal entities on a month-to-month basis from August 2017 to April 7, 2018.  The Debtors believe that attempting to segregate historical records in order demonstrate this information for the four months prior to August 2017 would be unduly time consuming and costly.

(o)    **Guarantees and Other Secondary Liability Claims.**  The Debtors have exercised reasonable efforts to locate and identify guarantees of their executory contracts, unexpired leases, secured financings, and other such agreements.  Where guarantees have been identified, they have been included in the relevant Schedules G and H for the affected Debtor.  The Debtors may have inadvertently omitted guarantees embedded in their contractual agreements and may identify additional guarantees as they continue to review their books, records, and contractual agreements.  The Debtors reserve their rights, but are not required, to amend the Schedules and Statements if additional guarantees are identified.

(p)    **Excluded Assets and Liabilities.**  The Debtors have potentially excluded the following categories of assets and liabilities from the Schedules and Statements: certain deferred charges, accounts, or reserves recorded only for purposes of complying with the requirements of GAAP; deferred tax assets and liabilities; certain intangibles; deferred revenue accounts; and certain accrued liabilities.  Other immaterial assets and liabilities may also have been excluded.

(q)    **Liens.**  The inventories, property, and equipment listed in the Schedules and Statements are presented without consideration of any liens.

(r)    **Currency.**  Unless otherwise indicated, all amounts are reflected in U.S. dollars.  To the extent any amounts had to be converted to U. S. dollars, the conversion rate used was as of April 6, 2018.

(a)    **Controlling Shareholders**.  For purposes of the Schedules and Statements, the Debtors define "controlling shareholders" to include entities that directly hold in excess of 20% of the voting shares of the applicable Debtor entity.  Entities listed as "controlling shareholders" have been included for informational purposes only.  The Debtors do not take any position with respect to such entity's influence over the control of the Debtors or whether such entity could successfully argue that it is not a "controlling shareholder" under applicable law, including the federal securities laws, or with respect to any theories of liability or for any other purpose.

8

(b)    **Setoffs.**  The Debtors routinely incur setoffs and net payments in the ordinary course of business.  Such setoffs and nettings may occur due to a variety of transactions or disputes including, but not limited to, intercompany transactions, counterparty settlements, pricing discrepancies, credits, rebates, returns, refunds, and negotiations and/or disputes between the Debtors and their customers and/or suppliers.  These normal, ordinary course setoffs and nettings are common to the industry.  Due to the voluminous nature of setoffs and nettings, it would be unduly burdensome and costly for the Debtors to list each such transaction.  Therefore, although such setoffs and other similar rights may have been accounted for when scheduling certain amounts, these ordinary course setoffs are not independently accounted for and, as such, are or may be excluded from the Schedules and Statements.  In addition, some amounts listed in the Schedules and Statements may have been affected by setoffs or nettings by third parties of which the Debtors are not yet aware and/or of which the Debtors have approved to effectuate in the claims process of their chapter 11 cases.  The Debtors reserve all rights to challenge any setoff and/or recoupment rights that may be asserted.

5.    <u>**Specific Schedules Disclosures.**</u>

(a)    **Schedule A/B, Parts 1 and 2 – Cash and Cash Equivalents; Deposits and Prepayments.**  Details with respect to the Debtors' cash management system and bank accounts are provided in the *Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing the Debtors to (A) Continue to Operate Their Cash Management System, (B) Honor Certain Prepetition Obligations Related Thereto, (C) Maintain Existing Business Forms, and (D) Continue to Perform Intercompany Transactions, and (II) Granting Related Relief* [Docket No. 7] (the "<u>Cash Management Motion</u>") and the interim order of the Bankruptcy Court granting the Cash Management Motion [Docket No. 69].

The Debtors' cash balances are as of April 7, 2018.

Additionally, the Bankruptcy Court, pursuant to the *Final Order (A) Prohibiting Utility Providers from Altering, Refusing, or Discontinuing Utility Services, (B) Determining Adequate Assurance of Payment for Future Utility Services, (C) Establishing Procedures for Determining Adequate Assurance of Payment, and (D) Granting Related Relief* [Docket No. 171], has authorized the Debtors to provide adequate assurance of payment for future utility services, including an initial deposit in the amount of $178,000.  Such deposit is not listed on Schedule A/B, Part 2, which has been prepared as of the Petition Date.

(b)    **Schedule A/B, Part 4 – Investments; Non-Publicly Traded Stock and Interests in Incorporated and Unincorporated Businesses, including any Interest in an LLC, Partnership, or Joint Venture.**  Ownership interests in subsidiaries, partnerships, and joint ventures have been listed in Schedule A/B, Part 4, as undetermined amounts on account of the fact that the fair market value of such ownership is dependent on numerous variables and factors and may differ significantly from their net book value.

9

(c)     **Schedule A/B, Part 7 – Office Furniture, Fixtures, and Equipment; and Collectibles.**  Dollar amounts are presented net of accumulated depreciation and other adjustments.  Furniture and fixtures are recorded as a single line item on the Debtors' books and records, and, as a result, the Debtors have disclosed these items together in response to Question 39.  The Debtors believe it would be would be unduly burdensome and costly for the Debtors to separate this line item into separate responses for Questions 39 and 40.

(d)     **Schedule A/B, Part 11 – All Other Assets.**  Dollar amounts are presented net of impairments and other adjustments. The value of all assets listed on Schedule A/B are as of April 7, 2018.

Additionally, the Debtors may receive refunds for sales and use tax at various times throughout their fiscal year. As of the Petition Date, however, certain of these amounts are unknown to the Debtors and, accordingly, may not be listed on Schedule A/B.

*Other Contingent and Unliquidated Claims or Causes of Action of Every Nature, including Counterclaims of the Debtors and Rights to Setoff Claims.*  In the ordinary course of their businesses, the Debtors may have accrued, or may subsequently accrue, certain rights to counter-claims, cross-claims, setoffs, credits, rebates, or refunds with their customers and suppliers or potential warranty claims against their suppliers.  Additionally, certain of the Debtors may be party to pending litigation in which such Debtor has asserted, or may assert, claims as a plaintiff or counter-claims and/or cross-claims as a defendant.  Because such claims are unknown to the Debtors and not quantifiable as of the Petition Date, they are not listed on Schedule A/B, Part 11.

*Interests in Insurance Policies or Annuities.*  A list of the Debtors' insurance policies and related information is available in the *Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing the Debtors to (A) Continue Insurance Coverage Entered Into Prepetition, (B) Renew, Supplement, Modify, or Purchase Insurance Coverage, and (C) Continue to Pay Brokerage Fees, and (II) Granting Related Relief* [Docket No. 14].  The Debtors believe that there is little or no cash value to the vast majority of such insurance policies.  Such policies have all been included on Schedule A/B, Part 11, with values listed as "undetermined."

*Executory Contracts and Unexpired Leases.*  Because of the large number of the Debtors' executory contracts and unexpired leases, as well as the size and scope of such documents, the Debtors have not attached such agreements to Schedule A/B. Instead, the Debtors have only listed such agreements on Schedule G.

(e)     **Schedule D – Creditors Who Have Claims Secured by Property.**  Except as otherwise agreed pursuant to a stipulation or order entered by the Bankruptcy Court, the Debtors reserve their rights to dispute or challenge the validity, perfection, or immunity from avoidance of any lien purported to be granted or perfected in any specific asset to a secured creditor listed on Schedule D.  Moreover, although the

10

Debtors have scheduled claims of various creditors as secured claims, the Debtors reserve all rights to dispute or challenge the secured nature of any such creditor's claim or the characterization of the structure of any such transaction or any document or instrument related to such creditor's claim, including the Debtors' rights pursuant to paragraph 25 of the *Interim Order (A) Authorizing the Debtors to Obtain Postpetition Financing, (B) Authorizing the Debtors to Use Cash Collateral, (C) Granting Liens and Providing Superpriority Administrative Expense Status, (D) Granting Adequate Protection to the Prepetition Secured Parties, (E) Modifying the Automatic Stay, and (F) Granting Related Relief* [Docket No. 80].

The descriptions provided in Schedule D are intended only to be a summary. Reference to the applicable agreements and other related relevant documents is necessary for a complete description of the collateral and the nature, extent, and priority of any liens. In certain instances, a Debtor may be a co-obligor, co-mortgagor, or guarantor with respect to scheduled claims of other Debtors, and no claim set forth on Schedule D of any Debtor is intended to acknowledge claims of creditors that are otherwise satisfied or discharged by other entities.

The Debtors have not included on Schedule D parties that may believe such claims are secured through setoff rights or inchoate statutory lien rights. Although there are multiple parties that hold a portion of the debt included in the secured facilities, only the administrative agents have been listed for purposes of Schedule D.

(f)     **Schedule E/F – Creditors Who Have Unsecured Claims.**

*Part 1 – Creditors with Priority Unsecured Claims*. Pursuant to the *Final Order (A) Authorizing the Payment of Certain Prepetition Taxes and Fees and (B) Granting Related Relief* [Docket No. 216], the Debtors have been granted the authority to pay, in their discretion, certain tax liabilities that accrued prepetition. Accordingly, any unsecured priority claims based upon prepetition tax accruals that have been paid pursuant to the Taxes Order are not listed in Schedule E.

Furthermore, pursuant to the *Final Order (I) Authorizing the Debtors to (A) Pay Prepetition Employee Wages, Salaries, Other Compensation, and Reimbursable Employee Expenses, and (B) Continue Employee Benefits Programs and (II) Granting Related Relief* [Docket No. 213], the Debtors received final authority to pay certain prepetition obligations, including to pay employee wages and other employee benefits, in the ordinary course of business. The Debtors believe that certain non-insider employee claims for prepetition amounts related to ongoing payroll and benefits, whether allowable as a priority or nonpriority claim, have been satisfied, and such satisfied amounts are not listed. To the extent non-insider severance benefits have not been paid up to the statutory cap of $12,850 set forth in sections 507(a)(4) and 507(a)(5) of the Bankruptcy Code as of the date hereof, the unpaid portion of such priority amount has been listed on Schedule E and marked as "contingent." To the extent the Debtors later pay any of the priority amounts listed on Schedule E, the Debtors reserve all rights to amend or supplement

KE 53489932

the Schedules and Statements or to take other action, such as filing claims objections, as is necessary and appropriate to avoid overpayment or duplicate payments for such liabilities.

Moreover, in lieu of listing all of the Debtors' possible taxing authorities for notice purposes in Schedule E/F, the Debtors have only listed those taxing authorities with which the Debtors have pending audits.

The listing of a claim on Schedule E/F, Part 1, does not constitute an admission by the Debtors that such claim or any portion thereof is entitled to priority status.

Except as otherwise agreed pursuant to a stipulation or order entered by the Bankruptcy Court, the Debtors reserve their rights to dispute or challenge the validity or immunity from avoidance of any claim purported to be granted to a creditor listed on Schedule E/F. Moreover, although the Debtors have scheduled claims of various creditors, the Debtors reserve all rights to dispute or challenge any such creditor's claim or the characterization of the structure of any such transaction or any document or instrument related to such creditor's claim.

***Part 2 – Creditors with Nonpriority Unsecured Claims.*** The liabilities identified in Schedule E/F, Part 2, are derived from the Debtors' books and records. The Debtors made a reasonable attempt to set forth their unsecured obligations, although the actual amount of claims against the Debtors may vary from those liabilities represented on Schedule E/F, Part 2. The listed liabilities may not reflect the correct amount of any unsecured creditor's allowed claims or the correct amount of all unsecured claims.

To the extent the Debtors were unable to attribute a liability to a specific Debtor, the liability has been listed on Schedule E/F, Part 2, of Nine West Holdings, Inc.

Schedule E/F, Part 2, contains information regarding certain compensation-related claims of insiders of the Debtors, with such claims being listed as "contingent" and "unliquidated." In scheduling such claims, the Debtors make no representation or assertion as to the validity of such claims, and the Debtors reserve all rights, claims, and defenses in connection therewith.

Schedule E/F, Part 2, contains information regarding threatened or pending litigation involving the Debtors. The amounts for these potential claims are listed as "undetermined" and are marked as contingent, unliquidated, and disputed in the Schedules and Statements.

Schedule E/F, Part 2, reflects certain prepetition amounts owing to counterparties to executory contracts and unexpired leases. Such prepetition amounts, however, may be paid in connection with the assumption or assumption and assignment of an executory contract or unexpired lease. In addition, Schedule E/F, Part 2, does not include claims that may arise in connection with the rejection of any executory contracts and unexpired leases, if any, that may be or have been rejected.

In the ordinary course of business, the Debtors have retained certain customer prepayments and advances. Given the volume of such prepayments and advances and their confidential nature, the Debtors have not listed such prepayments and advances on Schedule E/F, Part 2. A more thorough description of the Debtors' customer relationships is set forth in the *Debtors' Motion for Entry of Interim and Final Orders (A) Authorizing the Debtors to Maintain and Administer Their Existing Customer Programs and Honor Certain Prepetition Obligations Related Thereto and (B) Granting Related Relief* [Docket No. 10].

In many cases, the claims listed on Schedule E/F, Part 2, arose, accrued, or were incurred on various dates or on a date or dates that are unknown to the Debtors or are subject to dispute. Where the determination of the date on which a claim arose, accrued, or was incurred would be unduly burdensome and costly to the Debtors' estates, the Debtors have not listed a specific date or dates for such claim.

As of the time of filing of the Schedules and Statements, the Debtors have not received all invoices for payables, expenses, and other liabilities that may have accrued prior to the Petition Date. Accordingly, the information contained in Schedules D and E/F may be incomplete. The Debtors reserve their rights, but undertake no obligations, to amend Schedules D and E/F if, or when, the Debtors receive such invoices.

(g)     **Schedule G – Executory Contracts and Unexpired Leases.** Although reasonable efforts have been made to ensure the accuracy of Schedule G, inadvertent errors or omissions may have occurred. Additionally, in certain instances, executory contracts and unexpired leases may be omitted due to their confidential nature but can be made available to the office of the United States Trustee for the Southern District of New York on a confidential basis. Additionally, relationships between the Debtors and their customers are often governed by a master services agreement, under which customers also place work and purchase orders, which may be considered executory contracts. The Debtors believe that disclosure of all of these purchase and work orders would be impracticable and unduly burdensome. Accordingly, to the extent the Debtors have determined to disclose non-confidential master services agreements in Schedule G, purchase and work orders placed thereunder may have been omitted.

Listing a contract or agreement on Schedule G does not constitute an admission that such contract or agreement is an executory contract or unexpired lease or that such contract or agreement was in effect on the Petition Date or is valid or enforceable. Expired contracts and leases may have also been inadvertently included. The Debtors hereby reserve all of their rights to dispute the validity, status, or enforceability of any contracts, agreements, or leases set forth in Schedule G and to amend or supplement such Schedule as necessary. Certain of the leases and contracts listed on Schedule G may contain renewal options, guarantees of payment, indemnifications, options to purchase, rights of first refusal, and other miscellaneous rights. Such rights, powers, duties, and obligations are not set forth separately on Schedule G. In addition, the Debtors may have entered into

13

various other types of agreements in the ordinary course of their business, such as supplemental agreements and letter agreements, which documents may not be set forth in Schedule G. The Debtors reserve the right to dispute the effectiveness of any such contract listed on Schedule G or to amend Schedule G at any time to remove any contract.

The Debtors reserve all rights to dispute or challenge the characterization of any transaction or any document or instrument related to a creditor's claim.

In some cases, the same supplier or provider may appear multiple times in Schedule G. Multiple listings, if any, reflect distinct agreements between the applicable Debtor and such supplier or provider.

Omission of a contract or agreement from Schedule G does not constitute an admission that such omitted contract or agreement is not an executory contract or unexpired lease. The Debtors' rights under the Bankruptcy Code with respect to any such omitted contracts or agreements are not impaired by the omission. Certain Debtors are guarantors and parties to guaranty agreements regarding the Debtors' prepetition credit facility. The guaranty obligations arising under these agreements are reflected on Schedules D and F only.

(h)    **Schedule H – Co-Debtors.** For purposes of Schedule H, only the agent under the prepetition credit facility or counterparties that are subject to a guaranty are listed as co-Debtors on Schedule H. The Debtors have not listed any litigation-related co-Debtors on Schedule H. Instead, all such listings can be found on Schedules E/F.

6.    **Specific Statements Disclosures.**

(a)    **Statements, Part 1, Questions 1 and 2 – Income and Non-business Revenue.** Amounts listed for the current fiscal year are through April 7, 2018, rather than the Petition Date.

(b)    **Statements, Part 2, Questions 3 and 4 – Payments to Certain Creditors.** Prior to the Petition Date, the Debtors maintained an integrated cash management system through which the Debtors made certain payments on behalf of their other affiliated entities. Consequently, nearly all[2] payments to creditors and insiders listed in response to Questions 3 and 4 on each of the Statements reflect payments made by Nine West Holdings, Inc. on behalf of the corresponding Debtor entity, pursuant to the Debtors' cash management system described in the Cash Management Motion. Moreover, due to the Debtors' historical reporting practices, the clearing dates for certain transactions may reflect the date the transaction was entered rather than the date the cash cleared the Debtors' account.

---

[2]    As reflected in its Statements, Nine West Development LLC makes payments on its own behalf, with the exception of payments listed on Statement 11.

KE 53489932

For the purposes of these Statements, the Debtors used April 6, 2018, as the Petition Date.  Any cash transfers made by the Debtors on such date, but prior to the actual filing of these chapter 11 cases, are reflected herein as occurring prepetition.

Payments made to Alvarez & Marsal North America LLC are reflected in the Debtors' responses to Question 11.  Payments made by Alvarez & Marsal to Ralph Schipani are not listed in response to Question 4.   Further, to streamline expense reimbursement and reduce attendant costs, the Debtors provided Ralph Schipani with a corporate card and access to a centralized Business Travel Account for booking airfare.  In the interest of additional disclosure and out of an abundance of caution, payments made by the Debtors for the use of the corporate card or for travel booked through the Business Travel Account are listed in response to Question 4.

(c)     **Statements, Part 2, Question 6 – Setoffs.**  For a discussion of setoffs and nettings incurred by the Debtors, refer to paragraph 4(r) of these Global Notes.

(d)     **Statements, Part 6, Question 11 – Payments Related to Bankruptcy.**  The attachment to Question 11 of Nine West Holdings, Inc.'s Statement reflects payments to professionals made from the Debtors' main concentration account, which is owned by Nine West Holdings, Inc., on behalf of the ten other Debtor entities on a consolidated basis.  The Debtors believe that it would be an inefficient use of the assets of the estates to allocate these payments on a Debtor-by-Debtor basis.  The response to Question 11 in each of the Statements thus refers to the attachment to Question 11 of Nine West Holdings, Inc.'s Statement.  In addition, in the interest of additional disclosure and out of an abundance of caution, the Debtors have included all payments to applicable professionals, including payments unrelated to bankruptcy (e.g., for corporate, intellectual property, and litigation-related professional fees and expenses).

(e)     **Statements, Part 12, Questions 22–24 – Details About Environmental Information.**  The Debtors have made commercially reasonable efforts to identify the requested information for: (i) material judicial and administrative proceedings; (ii) notices of potential material liability or material violations; and (iii) governmental notifications of material releases, in each case, initiated, pending, or received within approximately five (5) years from the filing date, except with respect to known state or federal hazardous off-site waste disposal sites designated under the Superfund law or state equivalents for which the Debtors disregarded a lookback period.  The Debtors acknowledge the possibility that information related to material proceedings, notices and governmental notifications responsive to Statements, Part 12, Questions 22–24, may be discovered subsequent to the filing of the Schedules and Statements.  The Debtors reserve the right to supplement or amend this response in the future if additional information becomes available.

(f)     **Statements, Part 13, Question 26 – Books, Records, and Financial Statements.**  The Debtors provide certain parties, such as banks, auditors, potential investors, vendors, and financial advisors, with financial statements that may not be part of a

15

KE 53489932

public filing.  The Debtors do not maintain complete lists or other records tracking such disclosures.  Therefore, the Debtors have not provided full lists of these parties in their response to Statement Question 26, but have included parties who received audited financial statements.

(g)     **Statements, Part 13, Question 27 – Inventories.**  The Debtors inventory product at their various distribution centers on a regular basis (including, in many scenarios, on a daily basis).  In an effort to reduce the volume of disclosures that would be otherwise applicable, the Debtors have omitted such daily cycle counts conducted by the distribution centers.

(h)     **Statements, Part 13, Question 30 – Payments, Distributions, or Withdrawals Credited or Given to Insiders.**  Distributions by the Debtors to their respective directors and officers are listed on the attachment to Questions 3 and 4.  Certain directors and executive officers of the Debtors are also directors and executive officers of certain Debtor and non-Debtor affiliates.  To the extent payments to such individuals are not listed in the response to Questions 3 and 4 on the Statements for such Debtor affiliates, they did not receive payment for their services as directors or executive officers of these entities.  Certain of the Debtors' directors and executive officers received distributions net of tax withholdings in the year preceding the Petition Date.  The amounts listed under Questions 3 and 4 reflect the gross amounts paid to such directors and executive officers, rather than the net amounts after deducting for tax withholdings.

*        *        *        *        *

16

**Fill in this information to identify the case:**

Debtor name  KASPER GROUP LLC

United States Bankruptcy Court for the: Southern                    District of New York

Case number (If known):    18-10949

☐ Check if this is an
amended filing

Official Form 206Sum

## Summary of Assets and Liabilities for Non-Individuals

12/15

---

**Part 1:**   **Summary of Assets**

1. *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

   1a. **Real property:**
       Copy line 88 from *Schedule A/B* ..............................................................................................
       $         1,523,577.26

   1b. **Total personal property:**
       Copy line 91A from *Schedule A/B* ...........................................................................................
       $      118,116,132.41
       + undetermined amounts

   1c. **Total of all property:**
       Copy line 92 from *Schedule A/B* ............................................................................................
       $      119,639,709.67
       + undetermined amounts

---

**Part 2:**   **Summary of Liabilities**

2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D* ...............
   $      130,527,321.00
   + undetermined amounts

3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
       Copy the total claims from Part 1 from line 5a of *Schedule E/F*............................................
       $          83,168.53
       + undetermined amounts

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**
       Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F* ........................
       **+** $      94,753,017.89
       + undetermined amounts

4. **Total liabilities**...............................................................................................................................
   Lines 2 + 3a + 3b
   $      225,363,507.42
   + undetermined amounts

**Fill in this information to identify the case:**

Debtor name   KASPER GROUP LLC

United States Bankruptcy Court for the: Southern                District of New York

Case number (If known):   18-10949

☐ Check if this is an
amended filing

Official Form 206A/B

# Schedule A/B: Assets — Real and Personal Property        12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

## Part 1:   Cash and cash equivalents

1. **Does the debtor have any cash or cash equivalents?**

   ☐ No. Go to Part 2.
   ☒ Yes. Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|

2. **Cash on hand**        $_____0.00

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|
| 3.1. See Attached Rider | | ___ ___ ___ ___ | $_____100,000.00 |
| 3.2. | | | $_____ |

4. **Other cash equivalents** *(Identify all)*

| 4.1. None | $_____0.00 |
|---|---|
| 4.2. | $_____ |

5. **Total of Part 1**        $_____100,000.00

   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

## Part 2:   Deposits and prepayments

6. **Does the debtor have any deposits or prepayments?**

   ☐ No. Go to Part 3.
   ☒ Yes. Fill in the information below.

| | Current value of debtor's interest |
|---|---|

7. **Deposits, including security deposits and utility deposits**

   Description, including name of holder of deposit

| 7.1. See Attached Rider | $_____364,062.50 |
|---|---|
| 7.2. | $_____ |

Debtor _____KASPER GROUP LLC_____      Case number (*if known*)_18-10949_____
           Name

8. **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

    Description, including name of holder of prepayment

    8.1.  See Attached Rider _____     $_____5,348,603.21

    8.2._____     $_____

9. **Total of Part 2.**

    Add lines 7 through 8. Copy the total to line 81.     $_____5,712,665.71

## Part 3:  Accounts receivable

10. **Does the debtor have any accounts receivable?**

    ☐ No. Go to Part 4.

    ☒ Yes. Fill in the information below.

                                                      **Current value of debtor's interest**

11. **Accounts receivable**

| | | | | |
|---|---|---|---|---|
| 11a. 90 days old or less: | 53,021,558.94 <br> face amount | – | 13,609,124.80 <br> doubtful or uncollectible accounts | = ........➔   $_____39,412,434.14 |
| 11b. Over 90 days old: | 1,812,516.02 <br> face amount | – | 1,058,087.96 <br> doubtful or uncollectible accounts | = ........➔   $_____754,428.06 |

12. **Total of Part 3**

    Current value on lines 11a + 11b = line 12. Copy the total to line 82.     $_____40,166,862.20

## Part 4:  Investments

13. **Does the debtor own any investments?**

    ☒ No. Go to Part 5.

    ☐ Yes. Fill in the information below.

| | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|
| 14. **Mutual funds or publicly traded stocks not included in Part 1** <br> Name of fund or stock: | | |
| 14.1. _____ | _____ | $_____ |
| 14.2. _____ | _____ | $_____ |
| 15. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture** <br> Name of entity:          % of ownership: | | |
| 15.1._____  _____% | _____ | $_____ |
| 15.2._____  _____% | _____ | $_____ |
| 16. **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1** <br> Describe: | | |
| 16.1._____ | _____ | $_____ |
| 16.2._____ | _____ | $_____ |

17. **Total of Part 4**

    Add lines 14 through 16. Copy the total to line 83.     $_____0.00

Debtor ___KASPER GROUP LLC_____   Case number *(if known)*__18-10949_____
            Name

## Part 5: Inventory, excluding agriculture assets

18. **Does the debtor own any inventory (excluding agriculture assets)?**

☐ No. Go to Part 6.

☒ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **19. Raw materials** | | | | |
| None | ___ MM / DD / YYYY | $_____ | _____ | $          0.00 |
| **20. Work in progress** | | | | |
| None | ___ MM / DD / YYYY | $_____ | _____ | $          0.00 |
| **21. Finished goods, including goods held for resale** | | | | |
| FINISHED GOODS | ___ MM / DD / YYYY | $    24,461,111.39 | NET BOOK VALUE | $    24,461,111.39 |
| **22. Other inventory or supplies** | | | | |
| None | ___ MM / DD / YYYY | $_____ | _____ | $          0.00 |

23. **Total of Part 5**

Add lines 19 through 22. Copy the total to line 84.

$          24,461,111.39

24. **Is any of the property listed in Part 5 perishable?**

☒ No

☐ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**

☐ No

☒ Yes. Book value ____Undetermined   Valuation method_____   Current value____Undetermined

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**

☒ No

☐ Yes

## Part 6: Farming and fishing-related assets (other than titled motor vehicles and land)

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☒ No. Go to Part 7.

☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **28. Crops—either planted or harvested** | | | |
| _____ | $_____ | _____ | $_____ |
| **29. Farm animals** *Examples*: Livestock, poultry, farm-raised fish | | | |
| _____ | $_____ | _____ | $_____ |
| **30. Farm machinery and equipment** (Other than titled motor vehicles) | | | |
| _____ | $_____ | _____ | $_____ |
| **31. Farm and fishing supplies, chemicals, and feed** | | | |
| _____ | $_____ | _____ | $_____ |
| **32. Other farming and fishing-related property not already listed in Part 6** | | | |
| _____ | $_____ | _____ | $_____ |

Debtor ___KASPER GROUP LLC_____   Case number (if known)__18-10949_____
Name

33. **Total of Part 6.**

Add lines 28 through 32. Copy the total to line 85.

$_____0.00

34. **Is the debtor a member of an agricultural cooperative?**

☐ No

☐ Yes. Is any of the debtor's property stored at the cooperative?

☐ No
☐ Yes

35. **Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**

☐ No

☐ Yes. Book value $_____ Valuation method _____ Current value $_____

36. **Is a depreciation schedule available for any of the property listed in Part 6?**

☐ No
☐ Yes

37. **Has any of the property listed in Part 6 been appraised by a professional within the last year?**

☐ No
☐ Yes

---

**Part 7:   Office furniture, fixtures, and equipment; and collectibles**

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No. Go to Part 8.
☒ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. **Office furniture** | | | |
| FURNITURE & FIXTURES | $ 234,557.75 | NET BOOK VALUE | $ 234,557.75 |
| 40. **Office fixtures** | | | |
| PLEASE SEE RESPONSE TO SCHEDULE AB QUESTION 39. | $_____ | _____ | $_____ |
| 41. **Office equipment, including all computer equipment and communication systems equipment and software** | | | |
| See Attached Rider | $ 320,332.04 | _____ | $ 320,332.04 |
| 42. **Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |
| 42.1 None | $_____ | _____ | $ 0.00 |
| 42.2_____ | $_____ | _____ | $_____ |
| 42.3_____ | $_____ | _____ | $_____ |

43. **Total of Part 7.**

Add lines 39 through 42. Copy the total to line 86.

$_____554,889.79

44. **Is a depreciation schedule available for any of the property listed in Part 7?**

☐ No
☒ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**

☒ No
☐ Yes

Debtor    KASPER GROUP LLC_____        Case number (if known)____18-10949_____
          Name

---

**Part 8:    Machinery, equipment, and vehicles**

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No. Go to Part 9.
☒ Yes. Fill in the information below.

| General description<br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

47. **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles**

| | | | |
|---|---|---|---|
| 47.1 None | $_____ | _____ | $_____0.00 |
| 47.2_____ | $_____ | _____ | $_____ |
| 47.3_____ | $_____ | _____ | $_____ |
| 47.4_____ | $_____ | _____ | $_____ |

48. **Watercraft, trailers, motors, and related accessories** Examples: Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

| | | | |
|---|---|---|---|
| 48.1 None | $_____ | _____ | $_____0.00 |
| 48.2_____ | $_____ | _____ | $_____ |

49. **Aircraft and accessories**

| | | | |
|---|---|---|---|
| 49.1 None | $_____ | _____ | $_____0.00 |
| 49.2_____ | $_____ | _____ | $_____ |

50. **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

| | | | |
|---|---|---|---|
| MACHINERY & EQUIPMENT | $____27,374.21 | NET BOOK VALUE | $_____27,374.21 |

51. **Total of Part 8.**
Add lines 47 through 50. Copy the total to line 87.

$_____27,374.21

52. **Is a depreciation schedule available for any of the property listed in Part 8?**
☐ No
☒ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
☒ No
☐ Yes

---

Debtor    KASPER GROUP LLC _____    Case number (if known)  18-10949 _____
          Name

| Part 9: | **Real property** |
|---|---|

54. **Does the debtor own or lease any real property?**

☐ No. Go to Part 10.

☒ Yes. Fill in the information below.

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1 LEASEHOLD IMPRTS - 1412 BROADWAY<br>NEW YORK, NY 10018 | LEASED REAL PROPERTY | $ 1,523,577.26 | NET BOOK VALUE | $ 1,523,577.26 |
| 55.2 _____ | _____ | $ _____ | _____ | $ _____ |
| 55.3 _____ | _____ | $ _____ | _____ | $ _____ |
| 55.4 _____ | _____ | $ _____ | _____ | $ _____ |
| 55.5 _____ | _____ | $ _____ | _____ | $ _____ |
| 55.6 _____ | _____ | $ _____ | _____ | $ _____ |

56. **Total of Part 9.**
Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.

$ 1,523,577.26

57. **Is a depreciation schedule available for any of the property listed in Part 9?**

☐ No

☒ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**

☒ No

☐ Yes

| Part 10: | **Intangibles and intellectual property** |
|---|---|

59. **Does the debtor have any interests in intangibles or intellectual property?**

☐ No. Go to Part 11.

☒ Yes. Fill in the information below.

| General description | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60. **Patents, copyrights, trademarks, and trade secrets**<br>See Attached Rider | $ 0.00 | _____ | $ 0.00<br>+ undetermined amounts |
| 61. **Internet domain names and websites**<br>See Attached Rider | $ 0.00 | _____ | $ 0.00<br>+ undetermined amounts |
| 62. **Licenses, franchises, and royalties**<br>None | $ _____ | _____ | $ 0.00 |
| 63. **Customer lists, mailing lists, or other compilations**<br>None | $ _____ | _____ | $ 0.00 |
| 64. **Other intangibles, or intellectual property**<br>None | $ _____ | _____ | $ 0.00 |
| 65. **Goodwill**<br>None | $ _____ | _____ | $ 0.00 |

66. **Total of Part 10.**
Add lines 60 through 65. Copy the total to line 89.

$ 0.00
+ undetermined amounts

Debtor    KASPER GROUP LLC _____    Case number *(if known)* __18-10949_____
     Name

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)**?**
- ☐ No
- ☐ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
- ☐ No
- ☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
- ☐ No
- ☐ Yes

**Part 11:**   **All other assets**

70. **Does the debtor own any other assets that have not yet been reported on this form?**

Include all interests in executory contracts and unexpired leases not previously reported on this form.
- ☐ No. Go to Part 12.
- ☒ Yes. Fill in the information below.

| | Current value of debtor's interest |
|---|---|

71. **Notes receivable**

Description (include name of obligor)

| None | Total face amount − doubtful or uncollectible amount = ➔ | $ 0.00 |
|---|---|---|

72. **Tax refunds and unused net operating losses (NOLs)**

Description (for example, federal, state, local)

| None | Tax year _____ | $ 0.00 |
|---|---|---|
| | Tax year _____ | $_____ |
| | Tax year _____ | $_____ |

73. **Interests in insurance policies or annuities**

| See Attached Rider | $ 0.00 |
|---|---|
| | + undetermined amounts |

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**

| None | $ 0.00 |
|---|---|

**Nature of claim**    _____

**Amount requested**    $_____

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

| Potential Estate Claims and Causes of Action, Including all Estate or Derivative Claims | $ Undetermined |
|---|---|

**Nature of claim**    _____

**Amount requested**    $____ Undetermined

76. **Trusts, equitable or future interests in property**

| None | $ 0.00 |
|---|---|

77. **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

| INTERCOMPANY RECEIVABLE - JH APPAREL HOLDINGS LLC | $ 47,093,229.11 |
|---|---|
| | $_____ |

78. **Total of Part 11.**

Add lines 71 through 77. Copy the total to line 90.

| $ 47,093,229.11 |
|---|
| + undetermined amounts |

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
- ☒ No
- ☐ Yes

Debtor    KASPER GROUP LLC
_____    Case number *(if known)* _____18-10949_____
Name

---

| **Part 12:** | **Summary** |
|---|---|

In Part 12 copy all of the totals from the earlier parts of the form.

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | $ 100,000.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $ 5,712,665.71 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $ 40,166,862.20 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $ 0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $ 24,461,111.39 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $ 0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $ 554,889.79 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $ 27,374.21 | |
| 88. **Real property.** *Copy line 56, Part 9.* . ..............................................➔ | | $ 1,523,577.26 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $ 0.00 + undetermined amounts | |
| 90. **All other assets.** *Copy line 78, Part 11.* | ✚ $ 47,093,229.11 + undetermined amounts | |
| 91. **Total.** Add lines 80 through 90 for each column. ...........................91a. | $ 118,116,132.41 + undetermined amounts | 91b. $ 1,523,577.26 |

92. **Total of all property on Schedule A/B.**  Lines 91a + 91b = 92. ..........................................................................................    $ 119,639,709.67
+ undetermined amounts

Debtor Name: KASPER GROUP LLC

Case Number: 18-10949

**Assets - Real and Personal Property**

**Part 1, Question 3:** Checking, savings, money market, or financial brokerage accounts

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | Current value of debtor's interest |
|---|---|---|---|
| BANK OF AMERICA | LOCKBOX (#277512) | 2882 | $100,000.00 |
| | | **TOTAL** | **$100,000.00** |

Debtor Name: KASPER GROUP LLC                                                        Case Number:   18-10949

**Assets - Real and Personal Property**

**Part 2, Question 7:** Deposits, including security deposits and utility deposits

| Description | Name of holder of deposit | Current value of debtor's interest |
|---|---|---|
| LEASING DEPOSIT - 1412 BROADWAY 9TH FLOOR | ESCADA US SUBCO LLC | $110,771.76 |
| LEASING DEPOSIT - 1412 BROADWAY 9TH FLOOR | ESCADA US SUBCO LLC | $53,290.74 |
| SECURITY DEPOSIT - FREIGHT | US BANK | $200,000.00 |
| | **TOTAL** | **$364,062.50** |

Debtor Name: KASPER GROUP LLC                                                         Case Number:   18-10949

**Assets - Real and Personal Property**

**Part 2, Question 8:** Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent

| Description | Name of holder of prepayment | Current value of debtor's interest |
|---|---|---|
| PREPAID EXPENSES LONG TERM | 1412 BROADWAY AMORTIZATION | $44,414.33 |
| PREPAID INSURANCE | CA SHEA & COMPANY INC | $24,500.00 |
| PREPAID INSURANCE | NATIONAL UNION FIRE INSURANCE | $2,472.83 |
| PREPAID INSURANCE | WILLIS OF NY INC D&O, EPL, FID | $93,150.00 |
| PREPAID INSURANCE | WILLIS OF NY INC EXCESS D&O RUN OFF | $55,200.00 |
| PREPAID MARKETING FIXTURES | AMORTIZATION | $3,021,206.87 |
| PREPAID MARKETING FIXTURES RESTRUCTURING | IDX ACCRUAL | $68,910.01 |
| PREPAID OTHER | AGE BECKER | $66,666.67 |
| PREPAID OTHER | INTEGRATION POINT INC | $8,900.00 |
| PREPAID OTHER | LIBERTY MUTUAL | $14,112.79 |
| PREPAID OTHER | LOG-NET ANNUAL TECH SUPPORT | $3,576.44 |
| PREPAID OTHER | MUNICH STOP LOSS | $20,200.25 |
| PREPAID OTHER | NEDGRAPHICS | $10,207.03 |
| PREPAID OTHER | VISUAL RETAILING LLC | $1,570.09 |
| PREPAID RENT | ESCADA US SUBO LLC | $399,957.24 |
| PREPAID ROYALTIES | DRESS BARN | $1,476,779.04 |
| TRANSIT CHK ADVANCE | WAGE WORKS - KASPER | $36,779.62 |
| | **TOTAL** | **$5,348,603.21** |

Debtor Name:        KASPER GROUP LLC                                    Case Number:        18-10949

**Assets - Real and Personal Property**

**Part 7, Question 41:** Office equipment, including all computer equipment and communication systems equipment and software

| General description | Basis | Depreciation | Net book value of debtor's interest | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|---|
| COMPUTER EQUIPMENT | $50,352.32 | ($25,308.94) | $25,043.38 | NET BOOK VALUE | $25,043.38 |
| SOFTWARE | $327,940.80 | ($32,652.14) | $295,288.66 | NET BOOK VALUE | $295,288.66 |
| | | | | TOTAL | $320,332.04 |

Debtor Name: KASPER GROUP LLC                                                    Case Number: 18-10949

**Assets - Real and Personal Property**

**Part 10, Question 60:** Patents, copyrights, trademarks, and trade secrets

| General description | Net book value of debtor's interest | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| TRADEMARK - ALBERT NIPON (STYLIZED); REGISTRATION NO. - 1,042,953; DATED - JUL 6 1976 | Undetermined | NET BOOK VALUE | Undetermined |
| TRADEMARK - ALBERT NIPON BOUTIQUE; REGISTRATION NO. - 1554633; DATED - OCT 10 1979 | Undetermined | NET BOOK VALUE | Undetermined |
| TRADEMARK - ALBERT NIPON SUITS; REGISTRATION NO. - 00001411242; DATED - JAN 19 1990 | Undetermined | NET BOOK VALUE | Undetermined |
| TRADEMARK - ALBERT NIPON; APPLICATION NO. - 216785-25-0; DATED - OCT 17 2016 | Undetermined | NET BOOK VALUE | Undetermined |
| TRADEMARK - ALBERT NIPON; REGISTRATION NO. - 1007473; DATED - FEB 28 1980 | Undetermined | NET BOOK VALUE | Undetermined |
| TRADEMARK - ALBERT NIPON; REGISTRATION NO. - 1036121; DATED - JUL 26 1982 | Undetermined | NET BOOK VALUE | Undetermined |
| TRADEMARK - ALBERT NIPON; REGISTRATION NO. - 1047073; DATED - JUN 5 1984 | Undetermined | NET BOOK VALUE | Undetermined |
| TRADEMARK - ALBERT NIPON; REGISTRATION NO. - 1166082; DATED - DEC 8 1981 | Undetermined | NET BOOK VALUE | Undetermined |
| TRADEMARK - ALBERT NIPON; REGISTRATION NO. - 1169623; DATED - FEB 11 1982 | Undetermined | NET BOOK VALUE | Undetermined |
| TRADEMARK - ALBERT NIPON; REGISTRATION NO. - 1191328; DATED - MAR 1 1983 | Undetermined | NET BOOK VALUE | Undetermined |
| TRADEMARK - ALBERT NIPON; REGISTRATION NO. - 1210215; DATED - JAN 5 1984 | Undetermined | NET BOOK VALUE | Undetermined |
| TRADEMARK - ALBERT NIPON; REGISTRATION NO. - 1211891; DATED - JAN 31 1984 | Undetermined | NET BOOK VALUE | Undetermined |
| TRADEMARK - ALBERT NIPON; REGISTRATION NO. - 128868; DATED - JUN 5 1998 | Undetermined | NET BOOK VALUE | Undetermined |
| TRADEMARK - ALBERT NIPON; REGISTRATION NO. - 131108; DATED - OCT 6 2003 | Undetermined | NET BOOK VALUE | Undetermined |
| TRADEMARK - ALBERT NIPON; REGISTRATION NO. - 1325670; DATED - NOV 30 2012 | Undetermined | NET BOOK VALUE | Undetermined |
| TRADEMARK - ALBERT NIPON; REGISTRATION NO. - 133257; DATED - SEP 19 1988 | Undetermined | NET BOOK VALUE | Undetermined |
| TRADEMARK - ALBERT NIPON; REGISTRATION NO. - 139494; DATED - NOV 16 1989 | Undetermined | NET BOOK VALUE | Undetermined |
| TRADEMARK - ALBERT NIPON; REGISTRATION NO. - 1568862; DATED - JAN 8 1980 | Undetermined | NET BOOK VALUE | Undetermined |

Debtor Name: KASPER GROUP LLC                                                    Case Number: 18-10949

**Assets - Real and Personal Property**

**Part 10, Question 60:** Patents, copyrights, trademarks, and trade secrets

| General description | Net book value of debtor's interest | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| TRADEMARK - ALBERT NIPON; REGISTRATION NO. - 1968395; DATED - JUL 23 1987 | Undetermined | NET BOOK VALUE | Undetermined |
| TRADEMARK - ALBERT NIPON; REGISTRATION NO. - 2,552,470; DATED - MAR 26 2002 | Undetermined | NET BOOK VALUE | Undetermined |
| TRADEMARK - ALBERT NIPON; REGISTRATION NO. - 201401634; DATED - JUL 30 2014 | Undetermined | NET BOOK VALUE | Undetermined |
| TRADEMARK - ALBERT NIPON; REGISTRATION NO. - 269469; DATED - MAY 28 1982 | Undetermined | NET BOOK VALUE | Undetermined |
| TRADEMARK - ALBERT NIPON; REGISTRATION NO. - 300005318; DATED - APR 11 2003 | Undetermined | NET BOOK VALUE | Undetermined |
| TRADEMARK - ALBERT NIPON; REGISTRATION NO. - 3129319; DATED - JUL 29 2004 | Undetermined | NET BOOK VALUE | Undetermined |
| TRADEMARK - ALBERT NIPON; REGISTRATION NO. - 318793; DATED - DEC 25 2006 | Undetermined | NET BOOK VALUE | Undetermined |
| TRADEMARK - ALBERT NIPON; REGISTRATION NO. - 3222649; DATED - NOV 29 1996 | Undetermined | NET BOOK VALUE | Undetermined |
| TRADEMARK - ALBERT NIPON; REGISTRATION NO. - 324241; DATED - MAR 11 1983 | Undetermined | NET BOOK VALUE | Undetermined |
| TRADEMARK - ALBERT NIPON; REGISTRATION NO. - 327933; DATED - SEP 23 1983 | Undetermined | NET BOOK VALUE | Undetermined |
| TRADEMARK - ALBERT NIPON; REGISTRATION NO. - 342046; DATED - JAN 17 1980 | Undetermined | NET BOOK VALUE | Undetermined |
| TRADEMARK - ALBERT NIPON; REGISTRATION NO. - 377076; DATED - DEC 1 1981 | Undetermined | NET BOOK VALUE | Undetermined |
| TRADEMARK - ALBERT NIPON; REGISTRATION NO. - 395514; DATED - OCT 6 1983 | Undetermined | NET BOOK VALUE | Undetermined |
| TRADEMARK - ALBERT NIPON; REGISTRATION NO. - 417086; DATED - SEP 28 1983 | Undetermined | NET BOOK VALUE | Undetermined |
| TRADEMARK - ALBERT NIPON; REGISTRATION NO. - 4836529; DATED - APR 21 2009 | Undetermined | NET BOOK VALUE | Undetermined |
| TRADEMARK - ALBERT NIPON; REGISTRATION NO. - 4844135; DATED - APR 28 2009 | Undetermined | NET BOOK VALUE | Undetermined |
| TRADEMARK - ALBERT NIPON; REGISTRATION NO. - 516056/TM205256; DATED - APR 17 2003 | Undetermined | NET BOOK VALUE | Undetermined |
| TRADEMARK - ALBERT NIPON; REGISTRATION NO. - 93460726; DATED - MAR 23 1993 | Undetermined | NET BOOK VALUE | Undetermined |

Debtor Name: KASPER GROUP LLC                                                    Case Number: 18-10949

**Assets - Real and Personal Property**

**Part 10, Question 60:** Patents, copyrights, trademarks, and trade secrets

| General description | Net book value of debtor's interest | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| TRADEMARK - ALBERT NIPON; REGISTRATION NO. - 978721; DATED - JAN 27 1986 | Undetermined | NET BOOK VALUE | Undetermined |
| TRADEMARK - ALBERT NIPON; REGISTRATION NO. - 99329; DATED - MAR 29 1982 | Undetermined | NET BOOK VALUE | Undetermined |
| TRADEMARK - ALBERT NIPON; REGISTRATION NO. - B2443/1990; DATED - NOV 10 1988 | Undetermined | NET BOOK VALUE | Undetermined |
| TRADEMARK - ALBERT NIPON; REGISTRATION NO. - T03/05122J; DATED - APR 11 2003 | Undetermined | NET BOOK VALUE | Undetermined |
| TRADEMARK - ALBERT NIPON; REGISTRATION NO. - T98/01979F; DATED - MAR 6 1998 | Undetermined | NET BOOK VALUE | Undetermined |
| TRADEMARK - ALBERT NIPON; REGISTRATION NO. - TMA350563; DATED - JAN 27 1989 | Undetermined | NET BOOK VALUE | Undetermined |
| TRADEMARK - BLACK LABEL BY EVAN-PICONE | Undetermined | NET BOOK VALUE | Undetermined |
| TRADEMARK - BLACK LABEL BY EVAN-PICONE; APPLICATION NO. - 86/627,740; DATED - MAY 13 2015 | Undetermined | NET BOOK VALUE | Undetermined |
| TRADEMARK - BLACK LABEL BY EVAN-PICONE; APPLICATION NO. - 86/627,753; DATED - MAY 13 2015 | Undetermined | NET BOOK VALUE | Undetermined |
| TRADEMARK - BLACK LABEL BY EVAN-PICONE; APPLICATION NO. - 86/627,764; DATED - MAY 13 2015 | Undetermined | NET BOOK VALUE | Undetermined |
| TRADEMARK - BLACK LABEL BY EVAN-PICONE; APPLICATION NO. - 86/627,775; DATED - MAY 13 2015 | Undetermined | NET BOOK VALUE | Undetermined |
| TRADEMARK - BLACK LABEL BY EVAN-PICONE; APPLICATION NO. - 86/627,785; DATED - MAY 13 2015 | Undetermined | NET BOOK VALUE | Undetermined |
| TRADEMARK - BLACK LABEL BY EVAN-PICONE; APPLICATION NO. - 86/627,793; DATED - MAY 13 2015 | Undetermined | NET BOOK VALUE | Undetermined |
| TRADEMARK - BLACK LABEL BY EVAN-PICONE; REGISTRATION NO. - 14092571; DATED - SEP 10 2015 | Undetermined | NET BOOK VALUE | Undetermined |
| TRADEMARK - BLACK LABEL BY EVAN-PICONE; REGISTRATION NO. - 1549603; DATED - JUN 22 2015 | Undetermined | NET BOOK VALUE | Undetermined |
| TRADEMARK - BLACK LABEL BY EVAN-PICONE; REGISTRATION NO. - 1549603; DATED - JUN 22 2015 | Undetermined | NET BOOK VALUE | Undetermined |
| TRADEMARK - BLACK LABEL BY EVAN-PICONE; REGISTRATION NO. - 1549604; DATED - JUN 22 2015 | Undetermined | NET BOOK VALUE | Undetermined |
| TRADEMARK - BLACK LABEL BY EVAN-PICONE; REGISTRATION NO. - 1567044; DATED - AUG 25 2015 | Undetermined | NET BOOK VALUE | Undetermined |

Debtor Name: KASPER GROUP LLC                                                                 Case Number: 18-10949

**Assets - Real and Personal Property**

**Part 10, Question 60:** Patents, copyrights, trademarks, and trade secrets

| General description | Net book value of debtor's interest | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| TRADEMARK - BLACK LABEL BY EVAN-PICONE; REGISTRATION NO. - 17060813; DATED - AUG 14 2016 | Undetermined | NET BOOK VALUE | Undetermined |
| TRADEMARK - BLACK LABEL BY EVAN-PICONE; REGISTRATION NO. - 17060814; DATED - AUG 14 2016 | Undetermined | NET BOOK VALUE | Undetermined |
| TRADEMARK - BLACK LABEL BY EVAN-PICONE; REGISTRATION NO. - 17060815; DATED - AUG 14 2016 | Undetermined | NET BOOK VALUE | Undetermined |
| TRADEMARK - BLACK LABEL BY EVAN-PICONE; REGISTRATION NO. - 4,922,011; DATED - MAR 22 2016 | Undetermined | NET BOOK VALUE | Undetermined |
| TRADEMARK - ELEJIR; REGISTRATION NO. - 13305715; DATED - JAN 21 2015 | Undetermined | NET BOOK VALUE | Undetermined |
| TRADEMARK - ELEJIR; REGISTRATION NO. - 13305716; DATED - JAN 21 2015 | Undetermined | NET BOOK VALUE | Undetermined |
| TRADEMARK - ELEJIR; REGISTRATION NO. - 13305717; DATED - JAN 21 2015 | Undetermined | NET BOOK VALUE | Undetermined |
| TRADEMARK - ESSENTIALS THAT WORK; APPLICATION NO. - 87494951; DATED - JUN 19 2017 | Undetermined | NET BOOK VALUE | Undetermined |
| TRADEMARK - EVAN PICONE SPORT (STYLIZED); REGISTRATION NO. - 157086; DATED - JUN 17 1993 | Undetermined | NET BOOK VALUE | Undetermined |
| TRADEMARK - EVAN-PICONE (IN KATAKANA); REGISTRATION NO. - 1298916; DATED - SEP 12 1987 | Undetermined | NET BOOK VALUE | Undetermined |
| TRADEMARK - EVAN-PICONE (IN KATAKANA); REGISTRATION NO. - 2098661; DATED - NOV 30 1988 | Undetermined | NET BOOK VALUE | Undetermined |
| TRADEMARK - EVAN-PICONE (IN KATAKANA); REGISTRATION NO. - 2160081; DATED - AUG 31 1989 | Undetermined | NET BOOK VALUE | Undetermined |
| TRADEMARK - EVAN-PICONE (IN KATAKANA); REGISTRATION NO. - 2166960; DATED - AUG 31 1989 | Undetermined | NET BOOK VALUE | Undetermined |
| TRADEMARK - EVAN-PICONE BLACK LABEL | Undetermined | NET BOOK VALUE | Undetermined |
| TRADEMARK - EVAN-PICONE IN CHINESE CHARACTERS; APPLICATION NO. - 5519656; DATED - AUG 3 2006 | Undetermined | NET BOOK VALUE | Undetermined |
| TRADEMARK - EVAN-PICONE IN CHINESE CHARACTERS; REGISTRATION NO. - 5519655; DATED - OCT 14 2009 | Undetermined | NET BOOK VALUE | Undetermined |
| TRADEMARK - EVAN-PICONE IN CHINESE CHARACTERS; REGISTRATION NO. - 5519657; DATED - SEP 13 2019 | Undetermined | NET BOOK VALUE | Undetermined |
| TRADEMARK - EVAN-PICONE SPORT (STYLIZED); REGISTRATION NO. - 122114; DATED - SEP 21 1992 | Undetermined | NET BOOK VALUE | Undetermined |
| TRADEMARK - EVAN-PICONE SPORT (STYLIZED); REGISTRATION NO. - 128691; DATED - FEB 28 1991 | Undetermined | NET BOOK VALUE | Undetermined |

Debtor Name: KASPER GROUP LLC                                          Case Number: 18-10949

**Assets - Real and Personal Property**

**Part 10, Question 60:** Patents, copyrights, trademarks, and trade secrets

| General description | Net book value of debtor's interest | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| TRADEMARK - EVAN-PICONE SPORT (STYLIZED); REGISTRATION NO. - 1457438; DATED - MAR 5 1991 | Undetermined | NET BOOK VALUE | Undetermined |
| TRADEMARK - EVAN-PICONE SPORT (STYLIZED); REGISTRATION NO. - 238376; DATED - JUL 31 1992 | Undetermined | NET BOOK VALUE | Undetermined |
| TRADEMARK - EVAN-PICONE SPORT (STYLIZED); REGISTRATION NO. - 2723875; DATED - DEC 26 1997 | Undetermined | NET BOOK VALUE | Undetermined |
| TRADEMARK - EVAN-PICONE SPORT (STYLIZED); REGISTRATION NO. - 474890; DATED - JUL 2 1990 | Undetermined | NET BOOK VALUE | Undetermined |
| TRADEMARK - EVAN-PICONE SPORT (STYLIZED); REGISTRATION NO. - 985637; DATED - DEC 16 1993 | Undetermined | NET BOOK VALUE | Undetermined |
| TRADEMARK - EVAN-PICONE SPORT (STYLIZED); REGISTRATION NO. - B6941/95; DATED - AUG 16 1995 | Undetermined | NET BOOK VALUE | Undetermined |
| TRADEMARK - EVAN-PICONE SPORT; REGISTRATION NO. - 76414; DATED - APR 1 1996 | Undetermined | NET BOOK VALUE | Undetermined |
| TRADEMARK - EVAN-PICONE WITH DESIGN; REGISTRATION NO. - 2050604; DATED - MAY 26 1988 | Undetermined | NET BOOK VALUE | Undetermined |
| TRADEMARK - EVAN-PICONE WITH DESIGN; REGISTRATION NO. - 2098660; DATED - NOV 30 1988 | Undetermined | NET BOOK VALUE | Undetermined |
| TRADEMARK - EVAN-PICONE WITH DESIGN; REGISTRATION NO. - 2107469; DATED - JAN 23 1989 | Undetermined | NET BOOK VALUE | Undetermined |
| TRADEMARK - EVAN-PICONE WITH DESIGN; REGISTRATION NO. - 2107470; DATED - JAN 23 1989 | Undetermined | NET BOOK VALUE | Undetermined |
| TRADEMARK - EVAN-PICONE WITH DESIGN; REGISTRATION NO. - 56543; DATED - MAY 20 1970 | Undetermined | NET BOOK VALUE | Undetermined |
| TRADEMARK - EVAN-PICONE WITH DESIGN; REGISTRATION NO. - B68/4042; DATED - SEP 9 1968 | Undetermined | NET BOOK VALUE | Undetermined |
| TRADEMARK - EVAN-PICONE; APPLICATION NO. - 312234; DATED - DEC 31 2014 | Undetermined | NET BOOK VALUE | Undetermined |
| TRADEMARK - EVAN-PICONE; APPLICATION NO. - 3364346; DATED - OCT 30 2014 | Undetermined | NET BOOK VALUE | Undetermined |
| TRADEMARK - EVAN-PICONE; APPLICATION NO. - 86/876,406; DATED - JAN 15 2016 | Undetermined | NET BOOK VALUE | Undetermined |
| TRADEMARK - EVAN-PICONE; APPLICATION NO. - 9052014; DATED - APR 10 2014 | Undetermined | NET BOOK VALUE | Undetermined |
| TRADEMARK - EVAN-PICONE; APPLICATION NO. - 9062014; DATED - APR 10 2014 | Undetermined | NET BOOK VALUE | Undetermined |

Debtor Name: KASPER GROUP LLC                                                                 Case Number: 18-10949

**Assets - Real and Personal Property**

**Part 10, Question 60:** Patents, copyrights, trademarks, and trade secrets

| General description | Net book value of debtor's interest | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| TRADEMARK - EVAN-PICONE; APPLICATION NO. - 9072014; DATED - APR 10 2014 | Undetermined | NET BOOK VALUE | Undetermined |
| TRADEMARK - EVAN-PICONE; REGISTRATION NO. - 0,854,224; DATED - AUG 6 1968 | Undetermined | NET BOOK VALUE | Undetermined |
| TRADEMARK - EVAN-PICONE; REGISTRATION NO. - 03316; DATED - DEC 6 2003 | Undetermined | NET BOOK VALUE | Undetermined |
| TRADEMARK - EVAN-PICONE; REGISTRATION NO. - 034586; DATED - OCT 29 1984 | Undetermined | NET BOOK VALUE | Undetermined |
| TRADEMARK - EVAN-PICONE; REGISTRATION NO. - 0375161; DATED - MAR 12 1982 | Undetermined | NET BOOK VALUE | Undetermined |
| TRADEMARK - EVAN-PICONE; REGISTRATION NO. - 04615PP; DATED - OCT 25 1994 | Undetermined | NET BOOK VALUE | Undetermined |
| TRADEMARK - EVAN-PICONE; REGISTRATION NO. - 060958; DATED - JAN 13 1994 | Undetermined | NET BOOK VALUE | Undetermined |
| TRADEMARK - EVAN-PICONE; REGISTRATION NO. - 1,250,451; DATED - SEP 6 1983 | Undetermined | NET BOOK VALUE | Undetermined |
| TRADEMARK - EVAN-PICONE; REGISTRATION NO. - 1,513,133; DATED - FEB 7 1989 | Undetermined | NET BOOK VALUE | Undetermined |
| TRADEMARK - EVAN-PICONE; REGISTRATION NO. - 100400; DATED - AUG 23 1990 | Undetermined | NET BOOK VALUE | Undetermined |
| TRADEMARK - EVAN-PICONE; REGISTRATION NO. - 1006137; DATED - MAR 7 1983 | Undetermined | NET BOOK VALUE | Undetermined |
| TRADEMARK - EVAN-PICONE; REGISTRATION NO. - 1045660; DATED - JUN 1 2003 | Undetermined | NET BOOK VALUE | Undetermined |
| TRADEMARK - EVAN-PICONE; REGISTRATION NO. - 1064806; DATED - NOV 16 2003 | Undetermined | NET BOOK VALUE | Undetermined |
| TRADEMARK - EVAN-PICONE; REGISTRATION NO. - 107180; DATED - JAN 22 1985 | Undetermined | NET BOOK VALUE | Undetermined |
| TRADEMARK - EVAN-PICONE; REGISTRATION NO. - 1074359; DATED - MAR 1 1985 | Undetermined | NET BOOK VALUE | Undetermined |
| TRADEMARK - EVAN-PICONE; REGISTRATION NO. - 107655; DATED - MAR 2 1984 | Undetermined | NET BOOK VALUE | Undetermined |
| TRADEMARK - EVAN-PICONE; REGISTRATION NO. - 107656; DATED - MAR 2 1984 | Undetermined | NET BOOK VALUE | Undetermined |
| TRADEMARK - EVAN-PICONE; REGISTRATION NO. - 107657; DATED - MAR 2 1984 | Undetermined | NET BOOK VALUE | Undetermined |

Debtor Name: KASPER GROUP LLC                                                                Case Number: 18-10949

**Assets - Real and Personal Property**

**Part 10, Question 60:** Patents, copyrights, trademarks, and trade secrets

| General description | Net book value of debtor's interest | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| TRADEMARK - EVAN-PICONE; REGISTRATION NO. - 11,115; DATED - NOV 21 1983 | Undetermined | NET BOOK VALUE | Undetermined |
| TRADEMARK - EVAN-PICONE; REGISTRATION NO. - 1135224; DATED - JUL 24 2006 | Undetermined | NET BOOK VALUE | Undetermined |
| TRADEMARK - EVAN-PICONE; REGISTRATION NO. - 11766; DATED - SEP 14 1981 | Undetermined | NET BOOK VALUE | Undetermined |
| TRADEMARK - EVAN-PICONE; REGISTRATION NO. - 1177165; DATED - JUN 3 1991 | Undetermined | NET BOOK VALUE | Undetermined |
| TRADEMARK - EVAN-PICONE; REGISTRATION NO. - 117824; DATED - MAR 20 1992 | Undetermined | NET BOOK VALUE | Undetermined |
| TRADEMARK - EVAN-PICONE; REGISTRATION NO. - 1194-88; DATED - MAY 20 1988 | Undetermined | NET BOOK VALUE | Undetermined |
| TRADEMARK - EVAN-PICONE; REGISTRATION NO. - 1201600005349; DATED - NOV 22 2016 | Undetermined | NET BOOK VALUE | Undetermined |
| TRADEMARK - EVAN-PICONE; REGISTRATION NO. - 123508-F; DATED - MAY 16 1986 | Undetermined | NET BOOK VALUE | Undetermined |
| TRADEMARK - EVAN-PICONE; REGISTRATION NO. - 128131; DATED - JUN 5 2012 | Undetermined | NET BOOK VALUE | Undetermined |
| TRADEMARK - EVAN-PICONE; REGISTRATION NO. - 1292747; DATED - JUN 25 2012 | Undetermined | NET BOOK VALUE | Undetermined |
| TRADEMARK - EVAN-PICONE; REGISTRATION NO. - 133760; DATED - NOV 9 1981 | Undetermined | NET BOOK VALUE | Undetermined |
| TRADEMARK - EVAN-PICONE; REGISTRATION NO. - 140002; DATED - DEC 18 1991 | Undetermined | NET BOOK VALUE | Undetermined |
| TRADEMARK - EVAN-PICONE; REGISTRATION NO. - 1430027; DATED - JUL 2 1990 | Undetermined | NET BOOK VALUE | Undetermined |
| TRADEMARK - EVAN-PICONE; REGISTRATION NO. - 148655; DATED - OCT 13 1981 | Undetermined | NET BOOK VALUE | Undetermined |
| TRADEMARK - EVAN-PICONE; REGISTRATION NO. - 1489; DATED - OCT 14 1981 | Undetermined | NET BOOK VALUE | Undetermined |
| TRADEMARK - EVAN-PICONE; REGISTRATION NO. - 151072; DATED - JAN 10 1970 | Undetermined | NET BOOK VALUE | Undetermined |
| TRADEMARK - EVAN-PICONE; REGISTRATION NO. - 151474; DATED - JUL 16 1992 | Undetermined | NET BOOK VALUE | Undetermined |
| TRADEMARK - EVAN-PICONE; REGISTRATION NO. - 153501; DATED - FEB 28 1994 | Undetermined | NET BOOK VALUE | Undetermined |

Debtor Name: KASPER GROUP LLC                                                                                      Case Number: 18-10949

**Assets - Real and Personal Property**

**Part 10, Question 60:** Patents, copyrights, trademarks, and trade secrets

| General description | Net book value of debtor's interest | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| TRADEMARK - EVAN-PICONE; REGISTRATION NO. - 1582239; DATED - JUL 25 1990 | Undetermined | NET BOOK VALUE | Undetermined |
| TRADEMARK - EVAN-PICONE; REGISTRATION NO. - 1591346; DATED - | Undetermined | NET BOOK VALUE | Undetermined |
| TRADEMARK - EVAN-PICONE; REGISTRATION NO. - 1606568; DATED - JUL 27 1990 | Undetermined | NET BOOK VALUE | Undetermined |
| TRADEMARK - EVAN-PICONE; REGISTRATION NO. - 1634828; DATED - APR 28 2016 | Undetermined | NET BOOK VALUE | Undetermined |
| TRADEMARK - EVAN-PICONE; REGISTRATION NO. - 165 195; DATED - OCT 24 1981 | Undetermined | NET BOOK VALUE | Undetermined |
| TRADEMARK - EVAN-PICONE; REGISTRATION NO. - 165195; DATED - OCT 24 1981 | Undetermined | NET BOOK VALUE | Undetermined |
| TRADEMARK - EVAN-PICONE; REGISTRATION NO. - 166150; DATED - MAY 31 1994 | Undetermined | NET BOOK VALUE | Undetermined |
| TRADEMARK - EVAN-PICONE; REGISTRATION NO. - 166155; DATED - MAY 30 1994 | Undetermined | NET BOOK VALUE | Undetermined |
| TRADEMARK - EVAN-PICONE; REGISTRATION NO. - 171879; DATED - OCT 9 1970 | Undetermined | NET BOOK VALUE | Undetermined |
| TRADEMARK - EVAN-PICONE; REGISTRATION NO. - 182270; DATED - JUL 1 1982 | Undetermined | NET BOOK VALUE | Undetermined |
| TRADEMARK - EVAN-PICONE; REGISTRATION NO. - 18781; DATED - JUL 29 1989 | Undetermined | NET BOOK VALUE | Undetermined |
| TRADEMARK - EVAN-PICONE; REGISTRATION NO. - 1970051; DATED - FEB 7 2003 | Undetermined | NET BOOK VALUE | Undetermined |
| TRADEMARK - EVAN-PICONE; REGISTRATION NO. - 2038; DATED - AUG 21 1984 | Undetermined | NET BOOK VALUE | Undetermined |
| TRADEMARK - EVAN-PICONE; REGISTRATION NO. - 2071083; DATED - AUG 29 1988 | Undetermined | NET BOOK VALUE | Undetermined |
| TRADEMARK - EVAN-PICONE; REGISTRATION NO. - 211653; DATED - MAY 16 1983 | Undetermined | NET BOOK VALUE | Undetermined |
| TRADEMARK - EVAN-PICONE; REGISTRATION NO. - 211760; DATED - MAY 16 1983 | Undetermined | NET BOOK VALUE | Undetermined |
| TRADEMARK - EVAN-PICONE; REGISTRATION NO. - 215768; DATED - OCT 31 2014 | Undetermined | NET BOOK VALUE | Undetermined |
| TRADEMARK - EVAN-PICONE; REGISTRATION NO. - 231924; DATED - MAR 27 1992 | Undetermined | NET BOOK VALUE | Undetermined |

Debtor Name: KASPER GROUP LLC                                                          Case Number: 18-10949

**Assets - Real and Personal Property**

**Part 10, Question 60:** Patents, copyrights, trademarks, and trade secrets

| General description | Net book value of debtor's interest | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| TRADEMARK - EVAN-PICONE; REGISTRATION NO. - 234392; DATED - JUN 10 1994 | Undetermined | NET BOOK VALUE | Undetermined |
| TRADEMARK - EVAN-PICONE; REGISTRATION NO. - 236591; DATED - JUL 11 2014 | Undetermined | NET BOOK VALUE | Undetermined |
| TRADEMARK - EVAN-PICONE; REGISTRATION NO. - 23816; DATED - SEP 25 1981 | Undetermined | NET BOOK VALUE | Undetermined |
| TRADEMARK - EVAN-PICONE; REGISTRATION NO. - 252/12; DATED - FEB 8 1992 | Undetermined | NET BOOK VALUE | Undetermined |
| TRADEMARK - EVAN-PICONE; REGISTRATION NO. - 268546; DATED - DEC 28 1992 | Undetermined | NET BOOK VALUE | Undetermined |
| TRADEMARK - EVAN-PICONE; REGISTRATION NO. - 2716/92; DATED - JUL 7 1992 | Undetermined | NET BOOK VALUE | Undetermined |
| TRADEMARK - EVAN-PICONE; REGISTRATION NO. - 27753; DATED - | Undetermined | NET BOOK VALUE | Undetermined |
| TRADEMARK - EVAN-PICONE; REGISTRATION NO. - 27773; DATED - AUG 30 1983 | Undetermined | NET BOOK VALUE | Undetermined |
| TRADEMARK - EVAN-PICONE; REGISTRATION NO. - 280212; DATED - APR 17 1995 | Undetermined | NET BOOK VALUE | Undetermined |
| TRADEMARK - EVAN-PICONE; REGISTRATION NO. - 2831; DATED - NOV 5 1991 | Undetermined | NET BOOK VALUE | Undetermined |
| TRADEMARK - EVAN-PICONE; REGISTRATION NO. - 2904587; DATED - SEP 8 2017 | Undetermined | NET BOOK VALUE | Undetermined |
| TRADEMARK - EVAN-PICONE; REGISTRATION NO. - 3124092; DATED - FEB 29 1996 | Undetermined | NET BOOK VALUE | Undetermined |
| TRADEMARK - EVAN-PICONE; REGISTRATION NO. - 330050; DATED - MAY 27 1991 | Undetermined | NET BOOK VALUE | Undetermined |
| TRADEMARK - EVAN-PICONE; REGISTRATION NO. - 3465606; DATED - AUG 2 2005 | Undetermined | NET BOOK VALUE | Undetermined |
| TRADEMARK - EVAN-PICONE; REGISTRATION NO. - 361399; DATED - APR 2 1980 | Undetermined | NET BOOK VALUE | Undetermined |
| TRADEMARK - EVAN-PICONE; REGISTRATION NO. - 366921; DATED - SEP 30 1988 | Undetermined | NET BOOK VALUE | Undetermined |
| TRADEMARK - EVAN-PICONE; REGISTRATION NO. - 383956; DATED - SEP 9 1991 | Undetermined | NET BOOK VALUE | Undetermined |
| TRADEMARK - EVAN-PICONE; REGISTRATION NO. - 387704; DATED - JAN 30 1986 | Undetermined | NET BOOK VALUE | Undetermined |

Debtor Name: KASPER GROUP LLC                                                                      Case Number: 18-10949

**Assets - Real and Personal Property**

**Part 10, Question 60:** Patents, copyrights, trademarks, and trade secrets

| General description | Net book value of debtor's interest | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| TRADEMARK - EVAN-PICONE; REGISTRATION NO. - 4-2012-012172; DATED - AUG 29 2013 | Undetermined | NET BOOK VALUE | Undetermined |
| TRADEMARK - EVAN-PICONE; REGISTRATION NO. - 4-2015-012947; DATED - MAY 12 2016 | Undetermined | NET BOOK VALUE | Undetermined |
| TRADEMARK - EVAN-PICONE; REGISTRATION NO. - 45196/371/105; DATED - OCT 17 1983 | Undetermined | NET BOOK VALUE | Undetermined |
| TRADEMARK - EVAN-PICONE; REGISTRATION NO. - 452255; DATED - AUG 1 1984 | Undetermined | NET BOOK VALUE | Undetermined |
| TRADEMARK - EVAN-PICONE; REGISTRATION NO. - 463-1982; DATED - JAN 29 1982 | Undetermined | NET BOOK VALUE | Undetermined |
| TRADEMARK - EVAN-PICONE; REGISTRATION NO. - 483669; DATED - JUN 27 1990 | Undetermined | NET BOOK VALUE | Undetermined |
| TRADEMARK - EVAN-PICONE; REGISTRATION NO. - 502/1991; DATED - APR 26 1991 | Undetermined | NET BOOK VALUE | Undetermined |
| TRADEMARK - EVAN-PICONE; REGISTRATION NO. - 5049/95; DATED - AUG 6 1990 | Undetermined | NET BOOK VALUE | Undetermined |
| TRADEMARK - EVAN-PICONE; REGISTRATION NO. - 518930; DATED - APR 1 1991 | Undetermined | NET BOOK VALUE | Undetermined |
| TRADEMARK - EVAN-PICONE; REGISTRATION NO. - 53484; DATED - MAR 3 1986 | Undetermined | NET BOOK VALUE | Undetermined |
| TRADEMARK - EVAN-PICONE; REGISTRATION NO. - 567984; DATED - OCT 10 1991 | Undetermined | NET BOOK VALUE | Undetermined |
| TRADEMARK - EVAN-PICONE; REGISTRATION NO. - 570247; DATED - OCT 30 1991 | Undetermined | NET BOOK VALUE | Undetermined |
| TRADEMARK - EVAN-PICONE; REGISTRATION NO. - 5869; DATED - DEC 30 2013 | Undetermined | NET BOOK VALUE | Undetermined |
| TRADEMARK - EVAN-PICONE; REGISTRATION NO. - 61037; DATED - JUL 15 1982 | Undetermined | NET BOOK VALUE | Undetermined |
| TRADEMARK - EVAN-PICONE; REGISTRATION NO. - 622509; DATED - FEB 14 2002 | Undetermined | NET BOOK VALUE | Undetermined |
| TRADEMARK - EVAN-PICONE; REGISTRATION NO. - 63189; DATED - NOV 22 1968 | Undetermined | NET BOOK VALUE | Undetermined |
| TRADEMARK - EVAN-PICONE; REGISTRATION NO. - 693332; DATED - DEC 21 1965 | Undetermined | NET BOOK VALUE | Undetermined |
| TRADEMARK - EVAN-PICONE; REGISTRATION NO. - 70142; DATED - SEP 21 1984 | Undetermined | NET BOOK VALUE | Undetermined |

Debtor Name: KASPER GROUP LLC                                                                Case Number: 18-10949

**Assets - Real and Personal Property**

**Part 10, Question 60:** Patents, copyrights, trademarks, and trade secrets

| General description | Net book value of debtor's interest | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| TRADEMARK - EVAN-PICONE; REGISTRATION NO. - 76489; DATED - APR 1 1996 | Undetermined | NET BOOK VALUE | Undetermined |
| TRADEMARK - EVAN-PICONE; REGISTRATION NO. - 77277; DATED - MAR 10 1994 | Undetermined | NET BOOK VALUE | Undetermined |
| TRADEMARK - EVAN-PICONE; REGISTRATION NO. - 78017; DATED - APR 29 1994 | Undetermined | NET BOOK VALUE | Undetermined |
| TRADEMARK - EVAN-PICONE; REGISTRATION NO. - 81212; DATED - SEP 11 1994 | Undetermined | NET BOOK VALUE | Undetermined |
| TRADEMARK - EVAN-PICONE; REGISTRATION NO. - 818293160; DATED - OCT 11 2005 | Undetermined | NET BOOK VALUE | Undetermined |
| TRADEMARK - EVAN-PICONE; REGISTRATION NO. - 824094573; DATED - APR 17 2007 | Undetermined | NET BOOK VALUE | Undetermined |
| TRADEMARK - EVAN-PICONE; REGISTRATION NO. - 827509286; DATED - DEC 18 2007 | Undetermined | NET BOOK VALUE | Undetermined |
| TRADEMARK - EVAN-PICONE; REGISTRATION NO. - 874 593; DATED - SEP 5 1968 | Undetermined | NET BOOK VALUE | Undetermined |
| TRADEMARK - EVAN-PICONE; REGISTRATION NO. - 87944; DATED - JUN 23 1970 | Undetermined | NET BOOK VALUE | Undetermined |
| TRADEMARK - EVAN-PICONE; REGISTRATION NO. - 88355; DATED - NOV 23 1990 | Undetermined | NET BOOK VALUE | Undetermined |
| TRADEMARK - EVAN-PICONE; REGISTRATION NO. - 898596; DATED - FEB 15 1993 | Undetermined | NET BOOK VALUE | Undetermined |
| TRADEMARK - EVAN-PICONE; REGISTRATION NO. - 90/04425; DATED - JUL 12 1990 | Undetermined | NET BOOK VALUE | Undetermined |
| TRADEMARK - EVAN-PICONE; REGISTRATION NO. - 907510; DATED - AUG 31 1990 | Undetermined | NET BOOK VALUE | Undetermined |
| TRADEMARK - EVAN-PICONE; REGISTRATION NO. - 9124; DATED - FEB 15 1993 | Undetermined | NET BOOK VALUE | Undetermined |
| TRADEMARK - EVAN-PICONE; REGISTRATION NO. - 91979; DATED - DEC 18 2003 | Undetermined | NET BOOK VALUE | Undetermined |
| TRADEMARK - EVAN-PICONE; REGISTRATION NO. - 926662; DATED - MAR 28 2001 | Undetermined | NET BOOK VALUE | Undetermined |
| TRADEMARK - EVAN-PICONE; REGISTRATION NO. - 930527; DATED - SEP 5 1968 | Undetermined | NET BOOK VALUE | Undetermined |
| TRADEMARK - EVAN-PICONE; REGISTRATION NO. - 963755; DATED - JUN 27 2002 | Undetermined | NET BOOK VALUE | Undetermined |

Debtor Name: KASPER GROUP LLC                                                    Case Number: 18-10949

**Assets - Real and Personal Property**

**Part 10, Question 60:** Patents, copyrights, trademarks, and trade secrets

| General description | Net book value of debtor's interest | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| TRADEMARK - EVAN-PICONE; REGISTRATION NO. - 98611; DATED - JAN 30 1991 | Undetermined | NET BOOK VALUE | Undetermined |
| TRADEMARK - EVAN-PICONE; REGISTRATION NO. - 988084; DATED - MAR 10 1986 | Undetermined | NET BOOK VALUE | Undetermined |
| TRADEMARK - EVAN-PICONE; REGISTRATION NO. - A536530; DATED - AUG 20 1992 | Undetermined | NET BOOK VALUE | Undetermined |
| TRADEMARK - EVAN-PICONE; REGISTRATION NO. - B115625; DATED - SEP 18 1986 | Undetermined | NET BOOK VALUE | Undetermined |
| TRADEMARK - EVAN-PICONE; REGISTRATION NO. - B3181/83; DATED - JUN 21 1983 | Undetermined | NET BOOK VALUE | Undetermined |
| TRADEMARK - EVAN-PICONE; REGISTRATION NO. - DD651100; DATED - APR 28 1992 | Undetermined | NET BOOK VALUE | Undetermined |
| TRADEMARK - EVAN-PICONE; REGISTRATION NO. - KOR118607; DATED - JUL 16 1990 | Undetermined | NET BOOK VALUE | Undetermined |
| TRADEMARK - EVAN-PICONE; REGISTRATION NO. - KOR118608; DATED - JUL 16 1990 | Undetermined | NET BOOK VALUE | Undetermined |
| TRADEMARK - EVAN-PICONE; REGISTRATION NO. - M092240; DATED - SEP 17 1992 | Undetermined | NET BOOK VALUE | Undetermined |
| TRADEMARK - EVAN-PICONE; REGISTRATION NO. - R 12472; DATED - JAN 20 1992 | Undetermined | NET BOOK VALUE | Undetermined |
| TRADEMARK - EVAN-PICONE; REGISTRATION NO. - S28613; DATED - SEP 17 1981 | Undetermined | NET BOOK VALUE | Undetermined |
| TRADEMARK - EVAN-PICONE; REGISTRATION NO. - VR 617-1969; DATED - FEB 28 1969 | Undetermined | NET BOOK VALUE | Undetermined |
| TRADEMARK - EVAN-PICONE; REGISTRATION NO. - VR 6185-1991; DATED - SEP 20 1991 | Undetermined | NET BOOK VALUE | Undetermined |
| TRADEMARK - KASPER | Undetermined | NET BOOK VALUE | Undetermined |
| TRADEMARK - KASPER; APPLICATION NO. - 15116; DATED - MAR 6 2014 | Undetermined | NET BOOK VALUE | Undetermined |
| TRADEMARK - KASPER; APPLICATION NO. - 15118; DATED - MAR 6 2014 | Undetermined | NET BOOK VALUE | Undetermined |
| TRADEMARK - KASPER; APPLICATION NO. - 15119; DATED - MAR 6 2014 | Undetermined | NET BOOK VALUE | Undetermined |
| TRADEMARK - KASPER; APPLICATION NO. - 7115789; DATED - DEC 16 2008 | Undetermined | NET BOOK VALUE | Undetermined |
| TRADEMARK - KASPER; APPLICATION NO. - 9012014; DATED - APR 10 2014 | Undetermined | NET BOOK VALUE | Undetermined |
| TRADEMARK - KASPER; APPLICATION NO. - 9032014; DATED - APR 10 2014 | Undetermined | NET BOOK VALUE | Undetermined |

Debtor Name: KASPER GROUP LLC                                                           Case Number: 18-10949

**Assets - Real and Personal Property**

**Part 10, Question 60:** Patents, copyrights, trademarks, and trade secrets

| General description | Net book value of debtor's interest | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| TRADEMARK - KASPER; APPLICATION NO. - 9042014; DATED - APR 10 2014 | Undetermined | NET BOOK VALUE | Undetermined |
| TRADEMARK - KASPER; REGISTRATION NO. - 1,162,830; DATED - JUL 28 1981 | Undetermined | NET BOOK VALUE | Undetermined |
| TRADEMARK - KASPER; REGISTRATION NO. - 1387766; DATED - JUL 21 2008 | Undetermined | NET BOOK VALUE | Undetermined |
| TRADEMARK - KASPER; REGISTRATION NO. - 205219; DATED - JAN 25 2005 | Undetermined | NET BOOK VALUE | Undetermined |
| TRADEMARK - KASPER; REGISTRATION NO. - 207445; DATED - FEB 23 1998 | Undetermined | NET BOOK VALUE | Undetermined |
| TRADEMARK - KASPER; REGISTRATION NO. - 2159060; DATED - FEB 24 1998 | Undetermined | NET BOOK VALUE | Undetermined |
| TRADEMARK - KASPER; REGISTRATION NO. - 2417798; DATED - JUL 19 2004 | Undetermined | NET BOOK VALUE | Undetermined |
| TRADEMARK - KASPER; REGISTRATION NO. - 3,536,755; DATED - NOV 25 2008 | Undetermined | NET BOOK VALUE | Undetermined |
| TRADEMARK - KASPER; REGISTRATION NO. - 322845; DATED - MAR 19 2007 | Undetermined | NET BOOK VALUE | Undetermined |
| TRADEMARK - KASPER; REGISTRATION NO. - 3384446; DATED - FEB 19 2008 | Undetermined | NET BOOK VALUE | Undetermined |
| TRADEMARK - KASPER; REGISTRATION NO. - 4,792,816; DATED - AUG 18 2015 | Undetermined | NET BOOK VALUE | Undetermined |
| TRADEMARK - KASPER; REGISTRATION NO. - 522730; DATED - MAY 7 2004 | Undetermined | NET BOOK VALUE | Undetermined |
| TRADEMARK - KASPER; REGISTRATION NO. - 5447; DATED - AUG 3 2016 | Undetermined | NET BOOK VALUE | Undetermined |
| TRADEMARK - KASPER; REGISTRATION NO. - 56759; DATED - NOV 17 2004 | Undetermined | NET BOOK VALUE | Undetermined |
| TRADEMARK - KASPER; REGISTRATION NO. - 627110; DATED - FEB 20 1998 | Undetermined | NET BOOK VALUE | Undetermined |
| TRADEMARK - KASPER; REGISTRATION NO. - 70766; DATED - JUN 14 2007 | Undetermined | NET BOOK VALUE | Undetermined |
| TRADEMARK - KASPER; REGISTRATION NO. - 7115788; DATED - APR 21 2014 | Undetermined | NET BOOK VALUE | Undetermined |
| TRADEMARK - KASPER; REGISTRATION NO. - 755735; DATED - FEB 23 1998 | Undetermined | NET BOOK VALUE | Undetermined |
| TRADEMARK - KASPER; REGISTRATION NO. - 836458; DATED - JUN 9 2004 | Undetermined | NET BOOK VALUE | Undetermined |
| TRADEMARK - KASPER; REGISTRATION NO. - 98719963; DATED - FEB 25 1998 | Undetermined | NET BOOK VALUE | Undetermined |
| TRADEMARK - KASPER; REGISTRATION NO. - TMA491089; DATED - MAR 10 1998 | Undetermined | NET BOOK VALUE | Undetermined |
| TRADEMARK - LE SUIT; APPLICATION NO. - 9022014; DATED - APR 10 2014 | Undetermined | NET BOOK VALUE | Undetermined |
| TRADEMARK - LE SUIT; APPLICATION NO. - 9132014; DATED - APR 10 2014 | Undetermined | NET BOOK VALUE | Undetermined |
| TRADEMARK - LE SUIT; APPLICATION NO. - 9142014; DATED - APR 10 2014 | Undetermined | NET BOOK VALUE | Undetermined |
| TRADEMARK - LE SUIT; REGISTRATION NO. - 13444018; DATED - JUL 7 2016 | Undetermined | NET BOOK VALUE | Undetermined |

Debtor Name: KASPER GROUP LLC

Case Number: 18-10949

**Assets - Real and Personal Property**

**Part 10, Question 60:** Patents, copyrights, trademarks, and trade secrets

| General description | Net book value of debtor's interest | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| TRADEMARK - LE SUIT; REGISTRATION NO. - 15120; DATED - | Undetermined | NET BOOK VALUE | Undetermined |
| TRADEMARK - LE SUIT; REGISTRATION NO. - 2,190,755; DATED - SEP 22 1998 | Undetermined | NET BOOK VALUE | Undetermined |
| TRADEMARK - LE SUIT; REGISTRATION NO. - 337326; DATED - NOV 14 2007 | Undetermined | NET BOOK VALUE | Undetermined |
| TRADEMARK - LE SUIT; REGISTRATION NO. - 7159; DATED - JUN 30 2014 | Undetermined | NET BOOK VALUE | Undetermined |
| TRADEMARK - LE SUIT; REGISTRATION NO. - 7160; DATED - JUN 30 2014 | Undetermined | NET BOOK VALUE | Undetermined |
| TRADEMARK - LE SUIT; REGISTRATION NO. - 9884907; DATED - MAY 28 2014 | Undetermined | NET BOOK VALUE | Undetermined |
| TRADEMARK - NIPON BOUTIQUE | Undetermined | NET BOOK VALUE | Undetermined |
| TRADEMARK - NIPON BOUTIQUE; REGISTRATION NO. - 1501589; DATED - DEC 2 1988 | Undetermined | NET BOOK VALUE | Undetermined |
| TRADEMARK - NIPON BOUTIQUE; REGISTRATION NO. - 16477009; DATED - MAY 14 2017 | Undetermined | NET BOOK VALUE | Undetermined |
| TRADEMARK - NIPON BOUTIQUE; REGISTRATION NO. - 330908; DATED - AUG 3 2007 | Undetermined | NET BOOK VALUE | Undetermined |
| TRADEMARK - NIPON BOUTIQUE; REGISTRATION NO. - 4,617,470; DATED - OCT 7 2014 | Undetermined | NET BOOK VALUE | Undetermined |
| TRADEMARK - NIPON PETITES; REGISTRATION NO. - 133258; DATED - SEP 19 1988 | Undetermined | NET BOOK VALUE | Undetermined |
| TRADEMARK - PICONE SPORT; REGISTRATION NO. - 488519; DATED - JAN 29 1998 | Undetermined | NET BOOK VALUE | Undetermined |
| TRADEMARK - PICONE; REGISTRATION NO. - 1035491; DATED - MAR 1 2003 | Undetermined | NET BOOK VALUE | Undetermined |
| TRADEMARK - SEPARATES THAT WORK; APPLICATION NO. - 87569753; DATED - AUG 15 2017 | Undetermined | NET BOOK VALUE | Undetermined |
| TRADEMARK - STUDIO PICONE; REGISTRATION NO. - 328,195; DATED - MAY 29 1987 | Undetermined | NET BOOK VALUE | Undetermined |
| | | **TOTAL** | **$0.00** + undetermined amounts |

Debtor Name: KASPER GROUP LLC                                      Case Number: 18-10949

**Assets - Real and Personal Property**

**Part 10, Question 61:** Internet domain names and websites

| General description | Net book value of debtor's interest | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| ALBERTNIPON.COM | Undetermined | NET BOOK VALUE | Undetermined |
| EVANPICONE.COM | Undetermined | NET BOOK VALUE | Undetermined |
| EVAN-PICONE.COM | Undetermined | NET BOOK VALUE | Undetermined |
| EVANPICONE.NET | Undetermined | NET BOOK VALUE | Undetermined |
| KASPER.COM | Undetermined | NET BOOK VALUE | Undetermined |
| KASPER-APPAREL.COM | Undetermined | NET BOOK VALUE | Undetermined |
| KASPEREMAIL.COM | Undetermined | NET BOOK VALUE | Undetermined |
| KASPERGROUPAPPAREL.COM | Undetermined | NET BOOK VALUE | Undetermined |
| | | **TOTAL** | **$0.00**<br>**+ undetermined amounts** |

Debtor Name: KASPER GROUP LLC

Case Number: 18-10949

**Assets - Real and Personal Property**

**Part 11, Question 73:** Interests in insurance policies or annuities

| Description | Policy type | Policy number | Current value of debtor's interest |
|---|---|---|---|
| AIG SPECIALTY INSURANCE COMPANY | D&O, EMPLOYMENT PRACTICES LIABILITY, AND FIDUCIARY LIABILITY | 01-969-09-76 | Undetermined |
| ALLIANZ | OCEAN CARGO/INLAND TRANSIT | OC & OCW 91543900 | Undetermined |
| ALLIANZ | SIDE A DIRECTORS & OFFICERS LIABILITY | DOA2010075 | Undetermined |
| BEAZLEY INSURANCE COMPANY, INC. | NETWORK SECURITY/PRIVACY | V153E1170401 | Undetermined |
| CNA | EXCESS DIRECTORS & OFFICERS LIABILITY | 596829990 | Undetermined |
| FEDERAL INSURANCE COMPANY | BUSINESS TRAVEL ACCIDENT | 6477-83-74 | Undetermined |
| FEDERAL INSURANCE COMPANY | BUSINESS TRAVEL ACCIDENT | 9907-86-36 | Undetermined |
| FM GLOBAL | PROPERTY/BUSINESS INCOME | 1024282 | Undetermined |
| FM GLOBAL | PROPERTY/BUSINESS INCOME | 1036641 | Undetermined |
| GEMINI INSURANCE COMPANY | SIDE A DIRECTORS & OFFICERS LIABILITY | BPRO8028551 | Undetermined |
| HARTFORD | BUSINESS AUTOMOBILE COVERAGE | U.S.- 10 ABS36302 | Undetermined |
| HARTFORD | BUSINESS AUTOMOBILE COVERAGE | CAN - 05 CON132507 | Undetermined |
| HARTFORD | COMMERCIAL GENERAL LIABILITY | U.S. - 10 CSES36301 | Undetermined |
| HARTFORD | COMMERCIAL GENERAL LIABILITY | CAN. - 10 LIA132198 | Undetermined |
| HARTFORD | COMMERCIAL GENERAL LIABILITY | CAN. - 05 LIA132198 | Undetermined |
| HARTFORD | WORKERS' COMPENSATION | 10 WN S36300 | Undetermined |
| HARTFORD | WORKERS' COMPENSATION | 10 WBR S36304 | Undetermined |
| LIBERTY INSURANCE | EXCESS LIABILITY | 1000094412-04 | Undetermined |
| LIBERTY INSURANCE UNDERWRITERS INC. | EXCESS LIABILITY | 1000094412-05 | Undetermined |
| LIBERTY MUTUAL | UMBRELLA LIABILITY | TH7-621-094604-17 | Undetermined |
| LIBERTY MUTUAL | UMBRELLA LIABILITY | TH7-621-094604-18 | Undetermined |
| NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA | COMMERCIAL CRIME | 01-969-33-25 | Undetermined |
| NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA | SPECIAL RISKS | 15-516-139 | Undetermined |
| RLI INSURANCE COMPANY | EXCESS DIRECTORS & OFFICERS LIABILITY | EPG0019001 | Undetermined |
| ST. PAUL FIRE AND MARINE INSURANCE | EXCESS LIABILITY | ZUP-71M0215A- 17-NF | Undetermined |
| ST. PAUL FIRE AND MARINE INSURANCE | EXCESS LIABILITY | ZUP-71M0215A- 18-NF | Undetermined |
| WESTCHESTER FIRE INSURANCE COMPANY | EXCESS DIRECTORS & OFFICERS LIABILITY | G27437394 004 | Undetermined |

Debtor Name: KASPER GROUP LLC                                                         Case Number: 18-10949

**Assets - Real and Personal Property**

**Part 11, Question 73:** Interests in insurance policies or annuities

| Description | Policy type | Policy number | Current value of debtor's interest |
|---|---|---|---|
| WESTCHESTER SURPLUS LINES INSURANCE COMPANY | BUILDINGS, PERSONAL PROPERTY, AND BUSINESS INCOME | I08861791 001 | Undetermined |
| ZURICH AMERICAN INSURANCE COMPANY | EXCESS DIRECTORS & OFFICERS LIABILITY | MPL1071332-00 | Undetermined |
| ZURICH AMERICAN INSURANCE COMPANY | FOREIGN LIABILITY | ZE 9155892-03 | Undetermined |
| ZURICH AMERICAN INSURANCE COMPANY | FOREIGN LIABILITY | ZE 9155892-04 | Undetermined |
| | | **TOTAL** | **$0.00 + undetermined amounts** |

**Fill in this information to identify the case:**

Debtor name    KASPER GROUP LLC

United States Bankruptcy Court for the:    Southern    District of New York

Case number (If known):    18-10949

☐ Check if this is an
amended filing

Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property    12/15

Be as complete and accurate as possible.

1. **Do any creditors have claims secured by debtor's property?**
   ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.
   ☒ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | Column A Amount of claim Do not deduct the value of collateral. | Column B Value of collateral that supports this claim |
|---|---|---|

**2.1**    Creditor's name
CORTLAND CAPITAL MARKET SERVICES LLC

Describe debtor's property that is subject to a lien

$    Undetermined    $    Undetermined

Creditor's mailing address
ATTN: MARIA VILLAGOMEZ AND LEGAL
DEPARTMENT
225 W WASHINGTON ST
9TH FLOOR
CHICAGO, IL 60606

**Describe the lien**
CO-GUARANTOR - SECURED TERM LOAN

Creditor's email address, if known
LEGAL@CORTLANDGLOBAL.COM

**Is the creditor an insider or related party?**
☒ No
☐ Yes

Date debt was incurred    Undetermined

Last 4 digits of account
number

**Is anyone else liable on this claim?**
☐ No
☒ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

Do multiple creditors have an interest in the
same property?
☒ No
☐ Yes. Specify each creditor, including this creditor,
and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply.
☒ Contingent
☒ Unliquidated
☐ Disputed

**2.2**    Creditor's name
WELLS FARGO BANK, NATIONAL
ASSOCIATION, AS ADMINISTRATIVE AGENT

Describe debtor's property that is subject to a lien

$    Undetermined    $    Undetermined

Creditor's mailing address
ATTN: MICHAEL STAVRAKOS
ONE BOSTON PLACE
19TH FLOOR
BOSTON, MA 02108

**Describe the lien**
GUARANTOR TO LETTER OF CREDIT IN THE AMOUNT
OF $5,325,000.00 FOR THE BENEFIT OF LIBERTY
MUTUAL INSURANCE COMPANY.

Creditor's email address, if known

**Is the creditor an insider or related party?**
☒ No
☐ Yes

Date debt was incurred    Undetermined

Last 4 digits of account
number

**Is anyone else liable on this claim?**
☐ No
☒ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

Do multiple creditors have an interest in the
same property?
☒ No
☐ Yes. Have you already specified the relative
priority?
   ☐ No. Specify each creditor, including this
   creditor, and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☒ Unliquidated
☐ Disputed

   ☐ Yes. The relative priority of creditors is
   specified on lines

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional
   Page, if any.**

$    130,527,321.00
+ undetermined amounts

| Debtor | KASPER GROUP LLC | Case number *(if known)* | 18-10949 |
|---|---|---|---|
| | Name | | |

| **Part 1:** | **Additional Page** | Column A<br>**Amount of claim**<br>Do not deduct the<br>value of collateral | Column B<br>**Value of collateral<br>that supports this<br>claim** |
|---|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially
from the previous page.

---

**2.3** **Creditor's name**
WELLS FARGO BANK, NATIONAL
ASSOCIATION, AS ADMINISTRATIVE AGENT

**Creditor's mailing address**
ATTN: MICHAEL STAVRAKOS
ONE BOSTON PLACE
19TH FLOOR
BOSTON, MA 02108

**Creditor's email address, if known**

**Date debt was incurred**   Undetermined
**Last 4 digits of account
number**

**Do multiple creditors have an interest in the
same property?**

☒ No
☐ Yes. Have you already specified the
relative priority?

☐ No. Specify each creditor, including
this creditor, and its relative priority.

☐ Yes. The relative priority of  creditors is
specified on lines

**Describe debtor's property that is subject to a lien**

**Describe the lien**
GUARANTOR TO LETTER OF CREDIT IN THE AMOUNT OF
$200,000.00 FOR THE BENEFIT OF ATLANTIC SPECIALTY
INSURANCE CO..

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☒ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition date, the claim is:**
Check all that apply.
☒ Contingent
☒ Unliquidated
☐ Disputed

$ Undetermined | $ Undetermined

---

**2.4** **Creditor's name**
WELLS FARGO BANK, NATIONAL
ASSOCIATION, AS ADMINISTRATIVE AGENT

**Creditor's mailing address**
ATTN: MICHAEL STAVRAKOS
ONE BOSTON PLACE
19TH FLOOR
BOSTON, MA 02108

**Creditor's email address, if known**

**Date debt was incurred**   Undetermined
**Last 4 digits of account
number**

**Do multiple creditors have an interest in the
same property?**

☒ No
☐ Yes. Have you already specified the
relative priority?

☐ No. Specify each creditor, including
this creditor, and its relative priority.

☐ Yes. The relative priority of  creditors is
specified on lines

**Describe debtor's property that is subject to a lien**

**Describe the lien**
GUARANTOR TO LETTER OF CREDIT IN THE AMOUNT OF
$7,485,367.12 FOR THE BENEFIT OF 1411 IC-SIC PROPERTY
LLC.

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☒ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition date, the claim is:**
Check all that apply.
☒ Contingent
☒ Unliquidated
☐ Disputed

$ Undetermined | $ Undetermined

---

Debtor    KASPER GROUP LLC
_____
Name

Case number *(if known)*  18-10949

| Part 1: | **Additional Page** | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

---

**2.5**

**Creditor's name**
WELLS FARGO BANK, NATIONAL ASSOCIATION, AS ADMINISTRATIVE AGENT

**Creditor's mailing address**
ATTN: MICHAEL STAVRAKOS
ONE BOSTON PLACE
19TH FLOOR
BOSTON, MA 02108

**Creditor's email address, if known**

**Date debt was incurred**  Undetermined
**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Have you already specified the relative priority?

☐ No. Specify each creditor, including this creditor, and its relative priority.

☐ Yes. The relative priority of creditors is specified on lines

Describe debtor's property that is subject to a lien    $ Underdetermined    $ Underdetermined

**Describe the lien**
GUARANTOR TO LETTER OF CREDIT IN THE AMOUNT OF $275,000.00 FOR THE BENEFIT OF HARTFORD FIRE INSURANCE.

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☒ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition date, the claim is:**
Check all that apply.
☒ Contingent
☒ Unliquidated
☐ Disputed

---

**2.6**

**Creditor's name**
WELLS FARGO BANK, NATIONAL ASSOCIATION, AS ADMINISTRATIVE AGENT

**Creditor's mailing address**
ATTN: MICHAEL STAVRAKOS
ONE BOSTON PLACE
19TH FLOOR
BOSTON, MA 02108

**Creditor's email address, if known**

**Date debt was incurred**  Undetermined
**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Have you already specified the relative priority?

☐ No. Specify each creditor, including this creditor, and its relative priority.

☐ Yes. The relative priority of creditors is specified on lines

Describe debtor's property that is subject to a lien    $ Underdetermined    $ Underdetermined

**Describe the lien**
GUARANTOR TO LETTER OF CREDIT IN THE AMOUNT OF $247,982.40 FOR THE BENEFIT OF CHETRIT 1412 LLC .

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☒ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition date, the claim is:**
Check all that apply.
☒ Contingent
☒ Unliquidated
☐ Disputed

---

| Debtor | KASPER GROUP LLC | Case number *(if known)* | 18-10949 |
|---|---|---|---|
| | Name | | |

| **Part 1:** | **Additional Page** | Column A<br>**Amount of claim**<br>Do not deduct the<br>value of collateral | Column B<br>**Value of collateral<br>that supports this<br>claim** |
|---|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

**2.7**

| Creditor's name | Describe debtor's property that is subject to a lien | $ Underdetermined | $ Underdetermined |
|---|---|---|---|

WELLS FARGO BANK, NATIONAL ASSOCIATION, AS ADMINISTRATIVE AGENT

**Describe the lien**
GUARANTOR TO LETTER OF CREDIT IN THE AMOUNT OF $835,425.24 FOR THE BENEFIT OF 525 DELAWARE LLC .

**Creditor's mailing address**
ATTN: MICHAEL STAVRAKOS
ONE BOSTON PLACE
19TH FLOOR
BOSTON, MA 02108

**Creditor's email address, if known**

Is the creditor an insider or related party?
☒ No
☐ Yes

**Date debt was incurred** Undetermined
**Last 4 digits of account number**

Is anyone else liable on this claim?
☐ No
☒ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Have you already specified the relative priority?

As of the petition date, the claim is:
Check all that apply.
☒ Contingent
☒ Unliquidated
☐ Disputed

☐ No. Specify each creditor, including this creditor, and its relative priority.

☐ Yes. The relative priority of creditors is specified on lines

**2.8**

| Creditor's name | Describe debtor's property that is subject to a lien | $ Underdetermined | $ Underdetermined |
|---|---|---|---|

WELLS FARGO BANK, NATIONAL ASSOCIATION, AS ADMINISTRATIVE AGENT

**Describe the lien**
GUARANTOR TO LETTER OF CREDIT IN THE AMOUNT OF $1,200,000.00 FOR THE BENEFIT OF HARTFORD FIRE INSURANCE COMPANY.

**Creditor's mailing address**
ATTN: MICHAEL STAVRAKOS
ONE BOSTON PLACE
19TH FLOOR
BOSTON, MA 02108

**Creditor's email address, if known**

Is the creditor an insider or related party?
☒ No
☐ Yes

**Date debt was incurred** Undetermined
**Last 4 digits of account number**

Is anyone else liable on this claim?
☐ No
☒ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Have you already specified the relative priority?

As of the petition date, the claim is:
Check all that apply.
☒ Contingent
☒ Unliquidated
☐ Disputed

☐ No. Specify each creditor, including this creditor, and its relative priority.

☐ Yes. The relative priority of creditors is specified on lines

| Debtor | KASPER GROUP LLC | Case number (if known) 18-10949 |
|---|---|---|
| | Name | |

| Part 1: | Additional Page | Column A Amount of claim Do not deduct the value of collateral | Column B Value of collateral that supports this claim |
|---|---|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

---

**2.9**

**Creditor's name**
WELLS FARGO BANK, NATIONAL ASSOCIATION, AS ADMINISTRATIVE AGENT

**Creditor's mailing address**
ATTN: MICHAEL STAVRAKOS
ONE BOSTON PLACE
19TH FLOOR
BOSTON, MA 02108

**Creditor's email address, if known**

**Date debt was incurred** Undetermined
**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Have you already specified the relative priority?

   ☐ No. Specify each creditor, including this creditor, and its relative priority.

   ☐ Yes. The relative priority of creditors is specified on lines

**Describe debtor's property that is subject to a lien**

**Describe the lien**
GUARANTOR TO LETTER OF CREDIT IN THE AMOUNT OF $1,175,000.00 FOR THE BENEFIT OF HARTFORD FIRE INSURANCE COMPANY.

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☒ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition date, the claim is:**
Check all that apply.
☒ Contingent
☒ Unliquidated
☐ Disputed

$ Undetermined | $ Undetermined

---

**2.10**

**Creditor's name**
WELLS FARGO BANK, NATIONAL ASSOCIATION, AS ADMINISTRATIVE AGENT

**Creditor's mailing address**
ATTN: MICHAEL STAVRAKOS
ONE BOSTON PLACE
19TH FLOOR
BOSTON, MA 02108

**Creditor's email address, if known**

**Date debt was incurred** Undetermined
**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Have you already specified the relative priority?

   ☐ No. Specify each creditor, including this creditor, and its relative priority.

   ☐ Yes. The relative priority of creditors is specified on lines

**Describe debtor's property that is subject to a lien**

**Describe the lien**
GUARANTOR TO LETTER OF CREDIT IN THE AMOUNT OF $6,112,500.00 FOR THE BENEFIT OF ATLANTIC SPECIALTY INSURANCE CO. (ONE BEACON COLLATERAL).

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☒ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition date, the claim is:**
Check all that apply.
☒ Contingent
☒ Unliquidated
☐ Disputed

$ Undetermined | $ Undetermined

---

Debtor    KASPER GROUP LLC
_____
Name

Case number *(if known)* __18-10949__

| | | Column A | Column B |
|---|---|---|---|
| **Part 1:** | **Additional Page** | Amount of claim<br>Do not deduct the<br>value of collateral | Value of collateral<br>that supports this<br>claim |

Copy this page only if more space is needed. Continue numbering the lines sequentially
from the previous page.

---

**2.11**

**Creditor's name**
WELLS FARGO BANK, NATIONAL
ASSOCIATION, AS ADMINISTRATIVE AGENT

**Creditor's mailing address**
ATTN: MICHAEL STAVRAKOS
ONE BOSTON PLACE
19TH FLOOR
BOSTON, MA 02108

**Creditor's email address, if known**

**Date debt was incurred**   Undetermined
**Last 4 digits of account
number**

**Do multiple creditors have an interest in the
same property?**

[X] No

[ ] Yes. Have you already specified the
relative priority?

    [ ] No. Specify each creditor, including
this creditor, and its relative priority.

    [ ] Yes. The relative priority of  creditors is
specified on lines

Describe debtor's property that is subject to a lien

**Describe the lien**
GUARANTOR TO LETTER OF CREDIT IN THE AMOUNT OF
$300,000.00 FOR THE BENEFIT OF HARTFORD FIRE
INSURANCE .

**Is the creditor an insider or related party?**

[X] No
[ ] Yes

**Is anyone else liable on this claim?**

[ ] No
[X] Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition date, the claim is:**
Check all that apply.

[X] Contingent
[X] Unliquidated
[ ] Disputed

$ Undetermined     $ Undetermined

---

**2.12**

**Creditor's name**
WELLS FARGO BANK, NATIONAL
ASSOCIATION, AS ADMINISTRATIVE AGENT

**Creditor's mailing address**
ATTN: MICHAEL STAVRAKOS
ONE BOSTON PLACE
19TH FLOOR
BOSTON, MA 02108

**Creditor's email address, if known**

**Date debt was incurred**   Undetermined
**Last 4 digits of account
number**

**Do multiple creditors have an interest in the
same property?**

[X] No
[ ] Yes. Have you already specified the
relative priority?

    [ ] No. Specify each creditor, including
this creditor, and its relative priority.

    [ ] Yes. The relative priority of  creditors is
specified on lines

Describe debtor's property that is subject to a lien

**Describe the lien**
GUARANTOR TO LETTER OF CREDIT IN THE AMOUNT OF
$3,600,000.00 FOR THE BENEFIT OF BANK OF AMERICA N.A.

**Is the creditor an insider or related party?**

[X] No
[ ] Yes

**Is anyone else liable on this claim?**

[ ] No
[X] Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition date, the claim is:**
Check all that apply.

[X] Contingent
[X] Unliquidated
[ ] Disputed

$ Undetermined     $ Undetermined

---

| Debtor | KASPER GROUP LLC | Case number *(if known)* | 18-10949 |
|---|---|---|---|
| | Name | | |

| **Part 1:** | **Additional Page** | | Column A<br>**Amount of claim**<br>Do not deduct the<br>value of collateral | Column B<br>**Value of collateral<br>that supports this<br>claim** |
|---|---|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

**2.13**

**Creditor's name**
WELLS FARGO BANK, NATIONAL ASSOCIATION, AS ADMINISTRATIVE AGENT

**Creditor's mailing address**
ATTN: MICHAEL STAVRAKOS
ONE BOSTON PLACE
19TH FLOOR
BOSTON, MA 02108

**Creditor's email address, if known**

**Date debt was incurred**   Undetermined
**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Have you already specified the relative priority?

  ☐ No. Specify each creditor, including this creditor, and its relative priority.

  ☐ Yes. The relative priority of creditors is specified on lines

Describe debtor's property that is subject to a lien

**Describe the lien**
GUARANTOR TO LETTER OF CREDIT IN THE AMOUNT OF $1,197,746.83 FOR THE BENEFIT OF ATLANTIC SPECIALTY INSURANCE CO..

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☒ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition date, the claim is:**
Check all that apply.
☒ Contingent
☒ Unliquidated
☐ Disputed

$ Undetermined   $ Undetermined

**2.14**

**Creditor's name**
WELLS FARGO BANK, NATIONAL ASSOCIATION, AS ADMINISTRATIVE AGENT

**Creditor's mailing address**
ATTN: MICHAEL STAVRAKOS
ONE BOSTON PLACE
19TH FLOOR
BOSTON, MA 02108

**Creditor's email address, if known**

**Date debt was incurred**   Undetermined
**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Have you already specified the relative priority?

  ☐ No. Specify each creditor, including this creditor, and its relative priority.

  ☐ Yes. The relative priority of creditors is specified on lines

Describe debtor's property that is subject to a lien

**Describe the lien**
GUARANTOR TO LETTER OF CREDIT IN THE AMOUNT OF $108,600.00 FOR THE BENEFIT OF FP BUILDING 17 LLC.

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☒ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition date, the claim is:**
Check all that apply.
☒ Contingent
☒ Unliquidated
☐ Disputed

$ Undetermined   $ Undetermined

| Debtor | KASPER GROUP LLC | Case number *(if known)* | 18-10949 |
|---|---|---|---|
| | Name | | |

| **Part 1:** | **Additional Page** | | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| 2.15 | **Creditor's name**<br>WELLS FARGO BANK, NATIONAL ASSOCIATION, AS ADMINISTRATIVE AGENT | Describe debtor's property that is subject to a lien | $130,527,321.00 | $ Undetermined |

**Creditor's mailing address**
ATTN: MICHAEL STAVRAKOS
ONE BOSTON PLACE
19TH FLOOR
BOSTON, MA 02108

**Describe the lien**
REVOLVING CREDIT AGREEMENT (ABL & FILO)

**Creditor's email address, if known**

**Is the creditor an insider or related party?**

☒ No
☐ Yes

**Date debt was incurred**  Undetermined
**Last 4 digits of account number**

**Is anyone else liable on this claim?**

☐ No
☒ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an interest in the same property?**

☒ No
☐ Yes. Have you already specified the relative priority?

    ☐ No. Specify each creditor, including this creditor, and its relative priority.

    ☐ Yes. The relative priority of creditors is specified on lines

**As of the petition date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Debtor    KASPER GROUP LLC                                      Case number (if known)  18-10949
          Name

## Part 2:   List Others to Be Notified for a Debt Already Listed in Part 1

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no other need to be notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| WELLS FARGO, N.A. C/O MORGAN, LEWIS & BOCKIUS LLP ATTN: MARJORIE S. CRIDER ONE FEDERAL ST. BOSTON, MA 02110 | Line 10 | |
| WELLS FARGO, N.A. C/O MORGAN, LEWIS & BOCKIUS LLP ATTN: MARJORIE S. CRIDER ONE FEDERAL ST. BOSTON, MA 02110 | Line 11 | |
| WELLS FARGO, N.A. C/O MORGAN, LEWIS & BOCKIUS LLP ATTN: MARJORIE S. CRIDER ONE FEDERAL ST. BOSTON, MA 02110 | Line 12 | |
| WELLS FARGO, N.A. C/O MORGAN, LEWIS & BOCKIUS LLP ATTN: MARJORIE S. CRIDER ONE FEDERAL ST. BOSTON, MA 02110 | Line 13 | |
| WELLS FARGO, N.A. C/O MORGAN, LEWIS & BOCKIUS LLP ATTN: MARJORIE S. CRIDER ONE FEDERAL ST. BOSTON, MA 02110 | Line 14 | |
| WELLS FARGO, N.A. C/O MORGAN, LEWIS & BOCKIUS LLP ATTN: MARJORIE S. CRIDER ONE FEDERAL ST. BOSTON, MA 02110 | Line 15 | |
| WELLS FARGO, N.A. C/O MORGAN, LEWIS & BOCKIUS LLP ATTN: MARJORIE S. CRIDER ONE FEDERAL ST. BOSTON, MA 02110 | Line 2 | |
| WELLS FARGO, N.A. C/O MORGAN, LEWIS & BOCKIUS LLP ATTN: MARJORIE S. CRIDER ONE FEDERAL ST. BOSTON, MA 02110 | Line 3 | |
| WELLS FARGO, N.A. C/O MORGAN, LEWIS & BOCKIUS LLP ATTN: MARJORIE S. CRIDER ONE FEDERAL ST. BOSTON, MA 02110 | Line 4 | |
| WELLS FARGO, N.A. C/O MORGAN, LEWIS & BOCKIUS LLP ATTN: MARJORIE S. CRIDER ONE FEDERAL ST. BOSTON, MA 02110 | Line 5 | |

| Debtor | KASPER GROUP LLC | Case number (if known) | 18-10949 |
|---|---|---|---|
| | Name | | |

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no other need to be notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| WELLS FARGO, N.A. C/O MORGAN, LEWIS & BOCKIUS LLP ATTN: MARJORIE S. CRIDER ONE FEDERAL ST. BOSTON, MA 02110 | Line 6 | |
| WELLS FARGO, N.A. C/O MORGAN, LEWIS & BOCKIUS LLP ATTN: MARJORIE S. CRIDER ONE FEDERAL ST. BOSTON, MA 02110 | Line 7 | |
| WELLS FARGO, N.A. C/O MORGAN, LEWIS & BOCKIUS LLP ATTN: MARJORIE S. CRIDER ONE FEDERAL ST. BOSTON, MA 02110 | Line 8 | |
| WELLS FARGO, N.A. C/O MORGAN, LEWIS & BOCKIUS LLP ATTN: MARJORIE S. CRIDER ONE FEDERAL ST. BOSTON, MA 02110 | Line 9 | |

**Fill in this information to identify the case:**

Debtor     KASPER GROUP LLC

United States Bankruptcy Court for the: Southern     District of New York

Case number   18-10949
(if known)

☐ Check if this is an
amended filing

## Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims
   12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

**Part 1:**    List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).
   ☐ No. Go to Part 2.
   ☒ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | Total claim | Priority amount |
|---|---|---|---|

**2.1**   Priority creditor's name and mailing address
ANGEL R. VELASQUEZ
ADDRESS ON FILE

As of the petition filing date, the claim is: $    19,537.70    $    6,680.20
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**
SEVERANCE CLAIM

**Last 4 digits of account number**   ___ ___ ___ ___

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ((4)(A) )

---

**2.2**   Priority creditor's name and mailing address
DEMETRIO ROSARIO
ADDRESS ON FILE

As of the petition filing date, the claim is: $    24,272.28    $    713.86
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**
SEVERANCE CLAIM

**Last 4 digits of account number**   ___ ___ ___ ___

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ((4)(A) )

---

**2.3**   Priority creditor's name and mailing address
LAIDA ROS
ADDRESS ON FILE

As of the petition filing date, the claim is: $    13,117.65    $    6,795.70
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**
SEVERANCE CLAIM

**Last 4 digits of account number**   ___ ___ ___ ___

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ((4)(A) )

Debtor    KASPER GROUP LLC
_____
Name

Case number *(if known)*  18-10949
_____

| **Part 1.** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | **Total claim** | **Priority amount** |
|---|---|---|

| 2.4 | **Priority creditor's name and mailing address** | $26,240.90 | $4,563.40 |
|---|---|---|---|

TAK H LAM
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**
SEVERANCE CLAIM

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ((4)(A))

| 2.5 | **Priority creditor's name and mailing address** | $ Undetermined | $ Undetermined |
|---|---|---|---|

WASHINGTON B&O, STATE OF
KRISTAL HUNT
2101 FOURTH AVENUE
STE. 1400
SEATTLE, WA 98121-2300

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**
AUDIT CLAIM

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ()

| Debtor | KASPER GROUP LLC | Case number *(if known)* 18-10949 |
|---|---|---|
| | Name | |

| **Part 2:** | **List All Creditors with NONPRIORITY Unsecured Claims** |
|---|---|

3. List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | | Amount of claim |
|---|---|---|---|

**3.1**
Nonpriority creditor's name and mailing address
525 DELAWARE LLC
PO BOX 3085
HICKSVILLE, NY 11802-3085

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: TRADE PAYABLE

$ 270,964.15

Date or dates debt was incurred    Undetermined
Last 4 digits of account number    __ __ __ __

Is the claim subject to offset?
☐ No
☐ Yes

**3.2**
Nonpriority creditor's name and mailing address
ADJCO APPAREL HOLDINGS LLC
1412 BROADWAY
NEW YORK, NY 10018

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: TRADE PAYABLE

$ 22,639.73

Date or dates debt was incurred    Undetermined
Last 4 digits of account number    __ __ __ __

Is the claim subject to offset?
☐ No
☐ Yes

**3.3**
Nonpriority creditor's name and mailing address
AGH TRIMSOURCE
252 W 37TH ST 3RD FL
NEW YORK, NY 10018

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: TRADE PAYABLE

$ 53.76

Date or dates debt was incurred    Undetermined
Last 4 digits of account number    __ __ __ __

Is the claim subject to offset?
☐ No
☐ Yes

**3.4**
Nonpriority creditor's name and mailing address
AMALGAMATED NATIONAL HEALTH FUND
333 WESTCHESTER AVENUE
WHITE PLAINS, NY 10604

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

Basis for the claim: PENSION CLAIM (NATIONAL RETIREMENT FUND)

$ Undetermined

Date or dates debt was incurred    _____
Last 4 digits of account number    __ __ __ __

Is the claim subject to offset?
☐ No
☐ Yes

**3.5**
Nonpriority creditor's name and mailing address
ANGELA O'RILEY
ANGELA LYNN ORILEY
388 BRIDGE STREET #28E
BROOKLYN, NY 11201

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

Basis for the claim: TRADE PAYABLE

$ Undetermined

Date or dates debt was incurred    Undetermined
Last 4 digits of account number    __ __ __ __

Is the claim subject to offset?
☐ No
☐ Yes

**3.6**
Nonpriority creditor's name and mailing address
ARCH SEWING MACHINE CO.
659 CALLOWHILL ST
PHILADELPHIA, PA 19123

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: TRADE PAYABLE

$ 1,889.60

Date or dates debt was incurred    Undetermined
Last 4 digits of account number    __ __ __ __

Is the claim subject to offset?
☐ No
☐ Yes

| Debtor | KASPER GROUP LLC | Case number *(if known)* 18-10949 |
|---|---|---|
| | Name | |

## Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.7**  **Nonpriority creditor's name and mailing address**                                              $1,954.16

ARDITO'S BUSINESS MACHINES
238 HIGBIE LANE
WEST ISLIP, NY 11795

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.8**  **Nonpriority creditor's name and mailing address**                                              $19.65

ASSURED ENVIRONMENTS
RAMAC CORP.
45 BROADWAY 10TH FL
NEW YORK, NY 10006

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.9**  **Nonpriority creditor's name and mailing address**                                              $ Undetermined

ATLANTIC SPECIALTY INSURANCE COMPANY
150 ROYALL STREET
CANTON, MA 02021

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** SURETY BOND NUMBER 141003019 FOR THE BENEFIT OF U.S. CUSTOMS AND BORDER PROTECTION.

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.10**  **Nonpriority creditor's name and mailing address**                                              $600.00

ATOM DESIGN
443 NEW CROSS RD
LONDON SE14 6TA
UNITED KINGDOM

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.11**  **Nonpriority creditor's name and mailing address**                                              $872.43

AVERY DENNISON HONG KONG B.V.
7508, PO BOX 7247
PHILADELPHIA, PA 19170-7508

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| Debtor | KASPER GROUP LLC | Case number *(if known)* | 18-10949 |
|---|---|---|---|
| | Name | | |

## Part 2:    Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.12**

**Nonpriority creditor's name and mailing address**                    $422.80

BANK OF AMERICA
PO BOX 15731
WILMINGTON, DE 19886-5731

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.13**

**Nonpriority creditor's name and mailing address**                    $250.40

BANK OF AMERICA
PO BOX 15731
WILMINGTON, VA 19886-5731

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.14**

**Nonpriority creditor's name and mailing address**                    $374.00

BEST LINING CORP
1407 BROADWAY STE 2505
NEW YORK, NY 10018

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.15**

**Nonpriority creditor's name and mailing address**                    $1,099.16

BESTWAY VENDING
26 EASTERN PKY.
JERSEY CITY, NJ 07305

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.16**

**Nonpriority creditor's name and mailing address**                    $1,451.00

BIANCA GROUP LTD
244 WEST 39TH STREET
4TH FLOOR
NEW YORK, NY 10018

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| Debtor | KASPER GROUP LLC | Case number *(if known)* | 18-10949 |
|---|---|---|---|
| | Name | | |

## Part 2:    Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.17**   **Nonpriority creditor's name and mailing address**   $270.00

BICOASTAL MGMT
MALIWAWA PRODUCTIONS
446 E 86TH ST STE 4F
NEW YORK, NY 10028

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.18**   **Nonpriority creditor's name and mailing address**   $400.10

CASS INFORMATION SYSTEMS INC.
PO BOX 17617
TELECOM SERVICES DIVISION
SAINT LOUIS, MO 63178

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.19**   **Nonpriority creditor's name and mailing address**   $90.10

CHANG TSI & PARTNERS LIMITED
7/8TH FL TOWER A HUNDRED ISLAND PARK
BEI ZHAN BEI JIE ST XICHENG DISTRICT
BEIJING 100044
CHINA

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.20**   **Nonpriority creditor's name and mailing address**   $1,641.97

CHANG TSI & PARTNERS LIMITED
7/8TH FL TOWER A HUNDRED ISLAND PARK
BEI ZHAN BEI JIE ST XICHENG DISTRICT
BEIJING 100044
CHINA

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.21**   **Nonpriority creditor's name and mailing address**   $7,376.65

CHUNGWOO CORPORATION
645 CHUNG WOO BUILDING
YEONGDONG-DAERO GANGNAM-GU
SEOUL
KOREA, REPUBLIC OF

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| Debtor | KASPER GROUP LLC | Case number *(if known)* 18-10949 |
|---|---|---|
| | Name | |

## Part 2:    Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.22**  **Nonpriority creditor's name and mailing address**  $1,614.52

COMMERCE TECHNOLOGIES INC
COMMERCE HUB
25736 NETWORK PLACE
CHICAGO, IL 60673-1257

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.23**  **Nonpriority creditor's name and mailing address**  $140.43

COMMUNICAR INC.
73-10 88TH STREET
GLENDALE, NY 11385

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.24**  **Nonpriority creditor's name and mailing address**  $1,822.37

COMMUNICAR INC
73-10 88TH ST
GLENDALE, NY 11385

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.25**  **Nonpriority creditor's name and mailing address**  $1,890.00

CONSULTING & TESTING SERVICES INC
237 WEST 35TH ST SUITE 1201
NEW YORK, NY 10001

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.26**  **Nonpriority creditor's name and mailing address**  $403.50

CONTINENTAL COLLECTION HK LTD.
18G FORD GLORY PLAZA
37 WING HONG STREET
LAI CHI KOK
HONG KONG

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

Debtor    KASPER GROUP LLC
_____
Name

Case number *(if known)*  18-10949
_____

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.27**  **Nonpriority creditor's name and mailing address**                                              $1,744.17

CORSEARCH
C T CORPORATION SYSTEM
PO BOX 4349
CAROL STREAM, IL 60197-4349

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.28**  **Nonpriority creditor's name and mailing address**                                              $116,003.78

DEBRA ANNETTE LANE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** SEVERANCE CLAIM

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.29**  **Nonpriority creditor's name and mailing address**                                              $ Undetermined

DHL EXPRESS (USA) INC
16592 COLLECTIONS CENTER DR
CHICAGO, IL 60693

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.30**  **Nonpriority creditor's name and mailing address**                                              $105,353.67

DIANA LAU
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** SEVERANCE CLAIM

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.31**  **Nonpriority creditor's name and mailing address**                                              $165.20

DIVONU INTERNATIONAL
UNIT 03, 7/F YUEN SHING IND., BUILD
1033 YEE KUK WEST STREET
LAI CHI KOK
HONG KONG

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

Debtor    KASPER GROUP LLC
_____
Name

Case number *(if known)* ___18-10949___

---

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

| 3.32 | **Nonpriority creditor's name and mailing address** | | $3,375.12 |

DONNELLY MECHANICAL CORP
9659 22ND ST
QUEENS VILLAGE, NY 11429

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| 3.33 | **Nonpriority creditor's name and mailing address** | | $ Undetermined |

ELITE MODEL MANAGEMENT CORP
CREATIVE WORLD MANAGEMENT LLC
245 FIFTH AVE 24TH FL
NEW YORK, NY 10016

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| 3.34 | **Nonpriority creditor's name and mailing address** | | $669,963.12 |

ESQUEL ENTERPRISES LIMITED
25 HARBOUR ROAD WANCHAI
13/F HARBOUR CENTRE
HONG KONG
HONG KONG

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| 3.35 | **Nonpriority creditor's name and mailing address** | | $ Undetermined |

FANCY SOHO ENTERPRISE LIMITED
NO 102 JIANGDONG MIDDLE ROAD
10 FLOOR BUILDING A WANDA PLAZA
NANJING 210006
CHINA

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| 3.36 | **Nonpriority creditor's name and mailing address** | | $792.29 |

FEDEX
3875 AIRWAYS BLVD MODULE H 3RD FL
MEMPHIS, TN 38116

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| Debtor | KASPER GROUP LLC | Case number *(if known)* | 18-10949 |
|---|---|---|---|
| | Name | | |

**Part 2:    Additional Page**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.37**   **Nonpriority creditor's name and mailing address**                                                 $320.04

FINELINE TECHNOLOGIES INC.
PO BOX 934219
ATLANTA, GA 31193-4219

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.38**   **Nonpriority creditor's name and mailing address**                                                 $6,600.00

FIT MODELS LLC
124 EAST 40TH STREET
NEW YORK, NY 10016

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.39**   **Nonpriority creditor's name and mailing address**                                                 $1,941.81

FTN CO LTD
197-28 DREAM TOWER 12TH ENC VENTURE
GURO-DONG GURO-GU
SEOUL 152-719
KOREA, REPUBLIC OF

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.40**   **Nonpriority creditor's name and mailing address**                                                 $ Undetermined

G&G GARMENTS II LTD
231 W 39TH STREET
SUITE 814
NEW YORK, NY 10018

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.41**   **Nonpriority creditor's name and mailing address**                                                 $14,247.12

GARMENT 10 CORPORATION JSC
765 NGUYEN VAN LINH SAIDONG WARDS
LONG BIEN DISTRICT
HANOI 10000
VIETNAM

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| Debtor | KASPER GROUP LLC | Case number *(if known)* 18-10949 |
|---|---|---|
| | Name | |

## Part 2:   Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.42** **Nonpriority creditor's name and mailing address** $476,129.36

GEODIS USA INC FORMERLY OHL INTERNATIONAL
62216 COLLECTIONS CENTER DR
CHICAGO, IL 60693-0622

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.43** **Nonpriority creditor's name and mailing address** $2,974.70

GERBER TECHNOLOGY INC
PO BOX 95060
CHICAGO, IL 60694-5060

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.44** **Nonpriority creditor's name and mailing address** $ Undetermined

GLAS TRUST COMPANY LLC
ATTN: ADAM BERMAN, VICE PRESIDENT
230 PARK AVENUE
10TH FLOOR
NEW YORK, NY 10169

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** CO-GUARANTOR - UNSECURED TERM LOAN

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.45** **Nonpriority creditor's name and mailing address** $ Undetermined

GUANGZHOU HAOYUAN CLOTHING LTD
NINGXI GUO CHUN INDUSTRIAL ZONE
XINTANG
GUANGZHOU 511340
CHINA

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.46** **Nonpriority creditor's name and mailing address** $677.90

GUIDE FABRIC INC
262 W 38TH ST
NEW YORK, NY 10018

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| Debtor | KASPER GROUP LLC | Case number *(if known)* | 18-10949 |
|---|---|---|---|
| | Name | | |

---

**Part 2:**  **Additional Page**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.47**  **Nonpriority creditor's name and mailing address**                                         $20.00

HANNAH MARSDEN
2339 N. COMMONWEALTH #3D
CHICAGO, IL 60614

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** UNCLAIMED PROPERTY CLAIM

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.48**  **Nonpriority creditor's name and mailing address**                                    $48,087.38

HANSAE CO LTD
YEOUIDO DONG 5F
29 EUNHAENG RO YEONGDEUNGPO GU
SEOUL 150-739
KOREA, REPUBLIC OF

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.49**  **Nonpriority creditor's name and mailing address**                                     $3,960.00

HIGH FASHION GARMENTS CO LTD
1-11 KWAI HEI ST 11/F
HIGH FASHION CENTRE
KWAI CHUNG
HONG KONG

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.50**  **Nonpriority creditor's name and mailing address**                                       $202.13

HIGH HOPE INT'L GROUP
NEWEST APPAREL CORP LTD
109 SOFOTWARE AVE
NANJING 210012
CHINA

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.51**  **Nonpriority creditor's name and mailing address**                                   $101,708.67

HONGS INTERNATIONAL LTD.
302 GALMACHI-RO
JUNGWON-GU
SEONGNAM 462-120
KOREA, REPUBLIC OF

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

| Debtor | KASPER GROUP LLC | Case number *(if known)* | 18-10949 |
|---|---|---|---|
| | Name | | |

---

**Part 2:**    **Additional Page**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.52**    **Nonpriority creditor's name and mailing address**        $219.17

HUDSON'S BAY COMPANY FOUNDATION
C/O HBC COMMUNITY INVESTMENT
401 BAY ST STE 1410
TORONTO, ON M5H 2Y4
CANADA

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.53**    **Nonpriority creditor's name and mailing address**        $71,533.88

HUXING INTERNATIONAL INC
241 W 37TH ST STE 1105
NEW YORK, NY 10018

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.54**    **Nonpriority creditor's name and mailing address**        $ Undetermined

HUZHOU JIUXING IMPORT & EXPORT CO L
NO 66 XIN FENG DOU VILLAGE
SHUANGLIN TOWN
HUZHOU CITY
HUZHOU 313012
CHINA

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.55**    **Nonpriority creditor's name and mailing address**        $71,710.26

IDX CORPORATION
PO BOX 204407
DALLAS, TX 75320-4407

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.56**    **Nonpriority creditor's name and mailing address**        $224.26

INTEGRATED LOGISTICS LLC
20 GRANITE DRIVE
NORWALK, CT 06851

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

Debtor __KASPER GROUP LLC_____    Case number *(if known)* __18-10949__
     Name

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.57** | **Nonpriority creditor's name and mailing address** | | $806.40

INTERTEK TESTING SERVICES HONG KONG
576 CASTLE PEAK ROAD
ROOM I-K 11/F GARMENT CENTRE
KOWLOON, KLN
HONG KONG

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.58** | **Nonpriority creditor's name and mailing address** | | $442.74

INTERTEK TESTING SERVICES HONG KONG
1-K 11/F GARMENT CENTRE
576 CASTLE PEAK RD
ATTN: FINANCE DEPT
KOWLOON
HONG KONG

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.59** | **Nonpriority creditor's name and mailing address** | | $18,111.56

JAY JAEYUN KIM
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** SEVERANCE CLAIM

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.60** | **Nonpriority creditor's name and mailing address** | | $66,785,106.80

JH APPAREL (US) LLC
1411 BROADWAY
NEW YORK, NY 10018

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** INTERCOMPANY PAYABLE

**Date or dates debt was incurred**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.61** | **Nonpriority creditor's name and mailing address** | | $172,704.81

JIANGSU GUOTAI INT'L GROUP GUOM
23/F GUOTAI TIMES PLAZA BLDG A
NO 65 RENMIN RD
ZHANGJIAGANG 215600
CHINA

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| Debtor | KASPER GROUP LLC | Case number *(if known)* | 18-10949 |
|---|---|---|---|
| | Name | | |

## Part 2:    Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.62**   Nonpriority creditor's name and mailing address                                                $ Undetermined

JIANGSU GUOTAI INTERNATIONAL GROUP GUOMAO CO., LTD        **As of the petition filing date, the claim is:**
11/F NO. 65 RENMIN ROAD GUOTAI TIME                       *Check all that apply.*
ZHANGJIAGANG 215600
CHINA                                                     ☒ Contingent
                                                          ☒ Unliquidated
                                                          ☐ Disputed

                                                          **Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred** Undetermined          **Is the claim subject to offset?**
                                                          ☐ No
**Last 4 digits of account number**                       ☐ Yes

---

**3.63**   Nonpriority creditor's name and mailing address                                                $318,674.54

JIANGSU GUOTAI INTL GROUP GUOHUA CO                        **As of the petition filing date, the claim is:**
26F TOWER A GUOTAI FINANCE PLAZA                           *Check all that apply.*
GANGCHENG ROAD
ZHANGJIAGANG 215600                                        ☒ Contingent
CHINA                                                      ☐ Unliquidated
                                                          ☐ Disputed

                                                          **Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred** Undetermined          **Is the claim subject to offset?**
                                                          ☐ No
**Last 4 digits of account number**                       ☐ Yes

---

**3.64**   Nonpriority creditor's name and mailing address                                                $6,500.00

JM MESA SERVICES                                          **As of the petition filing date, the claim is:**
110 WILLIAMS ST 14TH FLR                                 *Check all that apply.*
NEW YORK, NY 10038
                                                          ☐ Contingent
                                                          ☐ Unliquidated
                                                          ☐ Disputed

                                                          **Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred** Undetermined          **Is the claim subject to offset?**
                                                          ☐ No
**Last 4 digits of account number**                       ☐ Yes

---

**3.65**   Nonpriority creditor's name and mailing address                                                $ Undetermined

JUNG KWANG IND CO LTD                                     **As of the petition filing date, the claim is:**
1390 SHIN SUNG B/D 3F                                     *Check all that apply.*
YANGJAE-DEARO GANGDONG-GU
SEOUL 134-060                                             ☒ Contingent
KOREA, REPUBLIC OF                                        ☒ Unliquidated
                                                          ☐ Disputed

                                                          **Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred** Undetermined          **Is the claim subject to offset?**
                                                          ☐ No
**Last 4 digits of account number**                       ☐ Yes

---

**3.66**   Nonpriority creditor's name and mailing address                                                $3,118,228.94

KASPER GLOBAL LIMITED                                     **As of the petition filing date, the claim is:**
12/F, TOWER I, METROPLAZA                                 *Check all that apply.*
223 HING FONG ROAD
UNIT NO.S 1701-1708 & 1723-1725                           ☐ Contingent
KWAI FUNG, NEW TERRITORIES                                ☐ Unliquidated
HONG KONG                                                 ☐ Disputed

                                                          **Basis for the claim:** INTERCOMPANY PAYABLE

**Date or dates debt was incurred**                       **Is the claim subject to offset?**
                                                          ☐ No
**Last 4 digits of account number**                       ☐ Yes

---

| Debtor | KASPER GROUP LLC | Case number *(if known)* | 18-10949 |
|---|---|---|---|
| | Name | | |

## Part 2:    Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.67**   **Nonpriority creditor's name and mailing address**                                      $40,844.65

LAKEWILL SILK & GARMENT LIMITED
UNIT 05-07,35/F
CLIFFORD CENTRE
778-784 CHEUNG SHA WAN ROAD
LAI CHI KOK, KLN
HONG KONG

**As of the petition filing date, the claim is:**
*Check all that apply.*

- ☒ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**

- ☐ No
- ☐ Yes

**Last 4 digits of account number**

---

**3.68**   **Nonpriority creditor's name and mailing address**                                      $2,418.48

LECTRA USA INC
PO BOX 198501
ATLANTA, GA 30384-8501

**As of the petition filing date, the claim is:**
*Check all that apply.*

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**

- ☐ No
- ☐ Yes

**Last 4 digits of account number**

---

**3.69**   **Nonpriority creditor's name and mailing address**                                      $ Undetermined

LEUNG, ALICE Y.
C/O DEREK SMITH LAW GROUP PLLC
30 BROAD STREET
35TH FLOOR
NEW YORK, NY 10004

**As of the petition filing date, the claim is:**
*Check all that apply.*

- ☒ Contingent
- ☒ Unliquidated
- ☒ Disputed

**Basis for the claim:** LITIGATION CLAIM

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**

- ☐ No
- ☐ Yes

**Last 4 digits of account number**

---

**3.70**   **Nonpriority creditor's name and mailing address**                                      $ Undetermined

LOCAL 10, NEW YORK METROPOLITAN AREA JOINT BOARD,
WORKERS UNITED
ATTENTION: RICHARD GUIDO, ASSOCIATE MANAGER
33 WEST 14TH STREET
NEW YORK, NY 10011

**As of the petition filing date, the claim is:**
*Check all that apply.*

- ☒ Contingent
- ☒ Unliquidated
- ☐ Disputed

**Basis for the claim:** UNION CLAIM

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**

- ☐ No
- ☐ Yes

**Last 4 digits of account number**

---

**3.71**   **Nonpriority creditor's name and mailing address**                                      $ Undetermined

LOCAL 89-22-1, NEW YORK METROPOLITAN AREA JOINT BOARD,
WORKERS UNITED
ATTENTION: RICHARD GUIDO, ASSOCIATE MANAGER
33 WEST 14TH STREET
NEW YORK, NY 10011

**As of the petition filing date, the claim is:**
*Check all that apply.*

- ☒ Contingent
- ☒ Unliquidated
- ☐ Disputed

**Basis for the claim:** UNION CLAIM

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**

- ☐ No
- ☐ Yes

**Last 4 digits of account number**

---

| Debtor | KASPER GROUP LLC | Case number *(if known)* | 18-10949 |
|---|---|---|---|
| | Name | | |

## Part 2:  Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.72** | **Nonpriority creditor's name and mailing address** | $54.15

LONG, JOSIE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** UNCLAIMED PROPERTY CLAIM

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.73** | **Nonpriority creditor's name and mailing address** | $302.50

MARVAL & O'FARRELL
AV LEANDRO N ALEM 928
BUENOS AIRES 1001
ARGENTINA

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.74** | **Nonpriority creditor's name and mailing address** | $128.47

MIDTOWN PAPER INC
254 W 35TH ST 10TH FLR
NEW YORK, NY 10001

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.75** | **Nonpriority creditor's name and mailing address** | $176.57

MOREDIRECT INC DBA CONNECTION
P.O. BOX 536464
PITTSBURGH, PA 15253-5906

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.76** | **Nonpriority creditor's name and mailing address** | $15,848.48

NACK SOOK LEE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** SEVERANCE CLAIM

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

Debtor　　KASPER GROUP LLC
　　　　　Name

Case number (if known)　18-10949

| Part 2: | Additional Page |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

| 3.77 | **Nonpriority creditor's name and mailing address** | | $1,339,038.61 |

NAMLEE INTERNATIONAL CO LTD
WESTERN SUBDIVISION, PHU THAI INDUS
PHU THAI TOWN, KIM THANH DIST
HAI DUONG 34000
VIETNAM

**As of the petition filing date, the claim is:**
Check all that apply.
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

| 3.78 | **Nonpriority creditor's name and mailing address** | | $179,545.79 |

NAMYANG INTERNATIONAL CO LTD
511 YOUNG-DONG ROAD
ROOM 2402 KOREA WORLD TRADE CENTER
KANGNAM-GU
SEOUL 135-729
KOREA, REPUBLIC OF

**As of the petition filing date, the claim is:**
Check all that apply.
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

| 3.79 | **Nonpriority creditor's name and mailing address** | | $ Undetermined |

NEWTIMES FAR EAST DEVELOPMENT (HK)
760-762 CHEUNG SHA WAN ROAD
KOWLOON 00000
HONG KONG

**As of the petition filing date, the claim is:**
Check all that apply.
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

| 3.80 | **Nonpriority creditor's name and mailing address** | | $675.00 |

NINE WEST DEVELOPMENT LLC
1411 BROADWAY
NEW YORK, NY 10018

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** INTERCOMPANY PAYABLE

**Date or dates debt was incurred**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

| 3.81 | **Nonpriority creditor's name and mailing address** | | $6,734.28 |

NINE WEST DISTRIBUTION LLC
180 RITTENHOUSE CIRCLE
BRISTOL, PA 19007

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** INTERCOMPANY PAYABLE

**Date or dates debt was incurred**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

| Debtor | KASPER GROUP LLC | Case number *(if known)* | 18-10949 |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.82** | **Nonpriority creditor's name and mailing address** | $7,161,730.07

NINE WEST HOLDINGS, INC.
180 RITTENHOUSE CIRCLE
BRISTOL, PA 19007

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** INTERCOMPANY PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.83** | **Nonpriority creditor's name and mailing address** | $3,920,898.05

NINE WEST MANAGEMENT SERVICE LLC
180 RITTENHOUSE CIRCLE
BRISTOL, PA 19007

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** INTERCOMPANY PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.84** | **Nonpriority creditor's name and mailing address** | $51,086.76

NINGBO FANHUA IMP & EXP CO. LTD.
NO 38 YOUNGER RD
NINGBO 315153
CHINA

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.85** | **Nonpriority creditor's name and mailing address** | $1,554.00

NY METROPOLITAN AREA JOINT BOARD WU
33 WEST 14TH STREET
NEW YORK, NY 10011

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.86** | **Nonpriority creditor's name and mailing address** | $1,596.76

OC TANNER RECOGNITON COMPANY
1930 SOUTH STATE ST
SALT LAKE CITY, UT 84115

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

| Debtor | KASPER GROUP LLC | Case number (if known) 18-10949 |
|---|---|---|
| | Name | |

| **Part 2:** | **Additional Page** |
|---|---|

| | Amount of claim |
|---|---|
| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | |

---

**3.87** | **Nonpriority creditor's name and mailing address** | | $2,119,125.73

ONE JEANSWEAR GROUP INC.
1441 BROADWAY
NEW YORK, NY 10018

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** INTERCOMPANY PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.88** | **Nonpriority creditor's name and mailing address** | | $800.22

OSCAR SCHACHNER & SON EXPERT SEWING
MACHINE CO INC
PO BOX 7740
NEW YORK, NY 10116

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.89** | **Nonpriority creditor's name and mailing address** | | $433.60

PAXAR CHINA LTD
15/F & 16/F OCTA TOWER, 8 LAM CHAK
KOWLOON BAY, KLN
HONG KONG

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.90** | **Nonpriority creditor's name and mailing address** | | $211.04

PAYFLEX SYSTEMS USA INC
10802 FARNAM DR STE 100
OMAHA, NE 68154

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.91** | **Nonpriority creditor's name and mailing address** | | $ Undetermined

PENSION BENEFIT GUARANTY CORPORATION
PO BOX 151750
ALEXANDRIA, VA 22315-1750

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** PENSION CLAIM

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

| Debtor | KASPER GROUP LLC | Case number *(if known)* | 18-10949 |
|---|---|---|---|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.92**  **Nonpriority creditor's name and mailing address**                                  $ Undetermined

PHUC KHANG GARMENTS CO LTD
3/39A LANE NO. 92 PHAN HUY ICH ST
WARD 15 TAN BINH DISTRICT
HO CHI MINH 70000
VIETNAM

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.93**  **Nonpriority creditor's name and mailing address**                                  $ Undetermined

POLARGOOSE CLOTHING CO LTD
88 ZHENXI
SHUANGLIN
HUZHOU 313012
CHINA

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.94**  **Nonpriority creditor's name and mailing address**                                  $2,255.87

PORT LOGISTICS GROUP
288 MAYO AVE
CITY OF INDUSTRY, CA 91789

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.95**  **Nonpriority creditor's name and mailing address**                                  $233.44

PRECISION CUSTOM COATINGS LLC
200 MALTESE DRIVE
TOTOWA, NJ 07512-1404

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.96**  **Nonpriority creditor's name and mailing address**                                  $ Undetermined

PRINCE OF SCOTS, LLC
C/O FREIBERGER HABER LLP
105 MAXESS ROAD
SUITE S124
MELVILLE, NY 11747

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** LITIGATION CLAIM

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

Debtor    KASPER GROUP LLC
          _____
          Name

Case number (if known) 18-10949

---

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

| 3.97 | **Nonpriority creditor's name and mailing address** | | $40,073.26 |
|---|---|---|---|

PT SAHABAT UNGGUL INTL
JL JEND ACHMAD YANI NO 28
TANAH SAREAL
BOGOR 16161
INDONESIA

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

| 3.98 | **Nonpriority creditor's name and mailing address** | | $622.51 |
|---|---|---|---|

RODYK & DAVIDSON LLP
80 RAFFLES PL #33-00 UOB PLAZA 1
SG 048624
SINGAPORE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

| 3.99 | **Nonpriority creditor's name and mailing address** | | $3,739.55 |
|---|---|---|---|

SANDLER TRAVIS & ROSENBERG PA
PO BOX 935173
ATLANTA, GA 31193-5173

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

| 3.100 | **Nonpriority creditor's name and mailing address** | | $ Undetermined |
|---|---|---|---|

SANDRA SINGH
107-24 VANWYCK EXPRESSWAY
RICHMOND HILL, NY 11419

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

| 3.101 | **Nonpriority creditor's name and mailing address** | | $14,756.64 |
|---|---|---|---|

SANTEX COMPANY LIMITED
UNIT C 11 FLOOR ZHU KUAN MANSION 10
XIAN XING HAI
MACAU
MACAU

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

| Debtor | KASPER GROUP LLC | Case number *(if known)* | 18-10949 |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.102**    **Nonpriority creditor's name and mailing address**        $57.42

SCHEMAN & GRANT, INC.
545 EIGHTH AVENUE
NEW YORK, NY 10018-3090

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.103**    **Nonpriority creditor's name and mailing address**        $117.48

SCHEMAN'S BRYANT PARK
A3&K LLC
55 W 39TH ST
NEW YORK, NY 10018

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.104**    **Nonpriority creditor's name and mailing address**        $15.00

SECRETARY OF STATE OF TEXAS
PO BOX 13697
AUSTIN, TX 78711-3697

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.105**    **Nonpriority creditor's name and mailing address**        $16,926.16

SEYFARTH SHAW LLP
3807 COLLECTIONS CENTER DRIVE
CHICAGO, IL 60693

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.106**    **Nonpriority creditor's name and mailing address**        $270.70

SHAPIRO BROS. CO. INC.
259 W. FAYETTE ST
SYRACUSE, NY 13202

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

Debtor    KASPER GROUP LLC
_____
Name

Case number *(if known)*  18-10949

---

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

| 3.107 | **Nonpriority creditor's name and mailing address** | | $1,349,323.48 |
|---|---|---|---|

ST. WONDERFUL INTERNATIONAL GROUP LTD
161-7 DES VOEUX RD
CENTRAL HK TRADE CENTRE 7TH FL
KOWLOON
HONG KONG

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

| 3.108 | **Nonpriority creditor's name and mailing address** | | $169,567.28 |
|---|---|---|---|

SUSAN BALZANO
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** SEVERANCE CLAIM

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

| 3.109 | **Nonpriority creditor's name and mailing address** | | $1,144,477.45 |
|---|---|---|---|

SYCAMORE PARTNERS MANAGEMENT LLC
9 W 57TH ST 31ST FL
NEW YORK, NY 10019-2701

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** INTERCOMPANY PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

| 3.110 | **Nonpriority creditor's name and mailing address** | | $316,619.71 |
|---|---|---|---|

TEAM GRAPE CO LTD
7F 7 DOSAN-DAERO 24 GIL
SEOUL
KOREA, REPUBLIC OF

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

| 3.111 | **Nonpriority creditor's name and mailing address** | | $982.08 |
|---|---|---|---|

TMI ASSOCIATES
23RD FL, ROPPONGI HILLS MORI TOWER
6-10-1 ROPPONGI HILLS MORI TOWER
TOKYO 106-6123
JAPAN

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

| Debtor | KASPER GROUP LLC | Case number *(if known)* 18-10949 |
|---|---|---|
| | Name | |

## Part 2:    Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.112**    **Nonpriority creditor's name and mailing address**    $ Undetermined

TONGLU SPRING RIVER KNITTING GROUP
333 DONGXING ROAD
TONGLU COUNTY ZHEJIANG PROVINCE
HANGZHOU 311500
CHINA

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.113**    **Nonpriority creditor's name and mailing address**    $75,802.28

TRENDY WEAR PVT LTD
459 1 KANDY ROAD
RANMUTHUGALA
KADAWATA 60350
SRI LANKA

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.114**    **Nonpriority creditor's name and mailing address**    $460,351.04

TRISTATE TRADING LIMITED MCO
RUA DE LUIS GONZAGA GOMES NO 14
EDIFICIO KING XIU GARDEN
E3 B EM
MACAU
MACAU

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.115**    **Nonpriority creditor's name and mailing address**    $95.00

TWIN CITY CHINA LIMITED
128 JOHNSTON RD FLAT A 19/F
TOI SHAN CENTR
WAN CHAI
HONG KONG

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.116**    **Nonpriority creditor's name and mailing address**    $694.26

TWINTEX INDUSTRIA DE CONFECCOES LDA
AVENIDA ANTONIO MINEIRO
FUNDAO 6234
PORTUGAL

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| Debtor | KASPER GROUP LLC | Case number (if known) | 18-10949 |
|---|---|---|---|
| | Name | | |

---

**Part 2:    Additional Page**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.117**   **Nonpriority creditor's name and mailing address**                                                 $1,495.00

UNCOMMON FOUNDRY INC
257 WEST 39TH STREET, 15/F WEST
NEW YORK, NY 10018

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.118**   **Nonpriority creditor's name and mailing address**                                                 $3,133,052.23

UNITED SOURCENET PTE LTD
10 ANSON RD
23-14U INTERNATIONAL PLAZA
SINGAPORE 079903
SINGAPORE

**As of the petition filing date, the claim is:**
Check all that apply.

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.119**   **Nonpriority creditor's name and mailing address**                                                 $242,847.06

UNIVERSAL EXPRESS GARMENTS LTD
101 KING'S RD RM 2402
24/F SING PAO BUILDING
FORTRESS HILL
HONG KONG

**As of the petition filing date, the claim is:**
Check all that apply.

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.120**   **Nonpriority creditor's name and mailing address**                                                 $169.84

USA SHRED LLC
56-01 NURGE AVE
MASPETH, NY 11378

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.121**   **Nonpriority creditor's name and mailing address**                                                 $19,248.75

UWAY PACKAGING SUPPLIES
16710 VENTURA BLVD
ENCINO, CA 91436

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

| Debtor | KASPER GROUP LLC | Case number *(if known)* | 18-10949 |
|---|---|---|---|
| | Name | | |

## Part 2:    Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.122**  **Nonpriority creditor's name and mailing address**                                                $41,242.28

VIKTORIA O GRABBE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** SEVERANCE CLAIM

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
- ☐ No
- ☐ Yes

---

**3.123**  **Nonpriority creditor's name and mailing address**                                                $ Undetermined

WAGE WORKS
1100 PARK PLACE
4TH FLOOR
SAN MATEO, CA 94403

**As of the petition filing date, the claim is:**
*Check all that apply.*

- ☒ Contingent
- ☒ Unliquidated
- ☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
- ☐ No
- ☐ Yes

---

**3.124**  **Nonpriority creditor's name and mailing address**                                                $60,721.27

WESTROCK CP LLC
WESTROCK RKT COMPANY
14079 COLLECTIONS CENTER DR
CHICAGO, IL 60693

**As of the petition filing date, the claim is:**
*Check all that apply.*

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
- ☐ No
- ☐ Yes

---

**3.125**  **Nonpriority creditor's name and mailing address**                                                $187,351.81

WISHBONE CO LTD
8-32 YANGJAE-DONG
WISHBONE HOUSE
SEOCHO-KU
SEOUL 137-130
KOREA, REPUBLIC OF

**As of the petition filing date, the claim is:**
*Check all that apply.*

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
- ☐ No
- ☐ Yes

---

**3.126**  **Nonpriority creditor's name and mailing address**                                                $ Undetermined

XIAMEN YOUNGPACK IMP AND EXP CO LTD
ROOM 1602, NO 506
CANGLINDONG YILI
XIAMEN
CHINA

**As of the petition filing date, the claim is:**
*Check all that apply.*

- ☒ Contingent
- ☒ Unliquidated
- ☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
- ☐ No
- ☐ Yes

---

| Debtor | KASPER GROUP LLC | Case number *(if known)* | 18-10949 |
|---|---|---|---|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

| 3.127 | **Nonpriority creditor's name and mailing address** | | $662.64 |
|---|---|---|---|

XYZ TWO WAY RADIO SERVICE INC
P.O BOX 159033
BROOKLYN, NY 11215

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

| 3.128 | **Nonpriority creditor's name and mailing address** | | $189,272.89 |
|---|---|---|---|

YAN MAN INTERNATIONAL CO LTD
PO BOX 3444
TRUSTNET CHAMBERS
ROADTOWN
TORTOLA 10688
VIRGIN ISLANDS

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

**Schedule E/F: Creditors Who Have Unsecured Claims**

Debtor    KASPER GROUP LLC
_____
Name

Case number *(if known)* _18-10949_

---

| Part 3: | List Others to Be Notified About Unsecured Claims |
|---|---|

**4.   List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

Debtor    KASPER GROUP LLC _____    Case number *(if known)* 18-10949 _____
Name

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |

5. Add the amounts of priority and nonpriority unsecured claims.

|  |  | Total of claim amounts |
|---|---|---|
| 5a. **Total claims from Part 1** | 5a. | $_____ 83,168.53<br>+ undetermined amounts |
| 5b. **Total claims from Part 2** | 5b. **+** | $_____ 94,753,017.89<br>+ undetermined amounts |
| 5c. **Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $_____ 94,836,186.42<br>+ undetermined amounts |

**Fill in this information to identify the case:**

Debtor name  KASPER GROUP LLC

United States Bankruptcy Court for the: Southern _____ District of New York

Case number (If known):  18-10949 _____  Chapter  11

☐ Check if this is an
amended filing

## Official Form 206G

# Schedule G: Executory Contracts and Unexpired Leases      12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.

**1. Does the debtor have any executory contracts or unexpired leases?**

☐ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

☒ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.1** | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | LICENSING AGREEMENT - ABG-JONES, LLC - DATED - 04/21/2015 | ABG-JONES LLC<br>C/O AUTHENTIC BRANDS GROUP, LLC<br>100 WEST 33RD STREET<br>SUITE 1007<br>NEW YORK, NY 10001 |
| **2.2** | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | SERVICE AGREEMENT - ADP, INC. - PAYROLL SERVICES MASTER SERVICE AGREEMENT - CORPORATE - DATED - 10/14/2009 | ADP LLC<br>ONE ADP BOULEVARD, MS 425<br>ROSEDALE, NJ 07068 |
| **2.3** | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | OCEAN CARGO/INLAND TRANSIT INSURANCE - POLICY NUMBER - OC & OCW 91235000 - DATED - 04/08/2017 | ALLIANZ GLOBAL CORPORATE & SPECIALTY<br>28 LIBERTY STREET<br>NEW YORK, NY 10005 |
| **2.4** | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | INSURANCE AGREEMENT - ALLIANZ - DATED - 04/08/2017 | ALLIANZ<br>1 CHASE MANHATTAN PLAZA #37<br>NEW YORK, NY 10005 |
| **2.5** | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | APPLICATION FOR EXCESS LOSS INSURANCE DATED AS OF 1/1/2018 | AMERICAN ALTERNATIVE INSURANCE CORPORATION<br>ATTN: ADMINSTRATION OFFICE<br>555 COLLEGE ROAD EAST<br>PRINCETON, NJ 08543-5421 |

| Debtor | KASPER GROUP LLC | Case number (if known) | 18-10949 |
|---|---|---|---|
| | Name | | |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.6 | State what the contract or lease is for and the nature of the debtor's interest | SERVICE AGREEMENT - AMERICAN EXPRESS CARD ACCEPTANCE AGREEMENT FOR KASPER - DATED - 01/15/2015 | AMERICAN EXPRESS ATTN: DEPARTMENT 87 PO BOX 299051 FORT LAUDERDALE, FL 33329 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.7 | State what the contract or lease is for and the nature of the debtor's interest | ANATWINE MACYS VENDOR DIRECT-TO-CONSUMER AGREEMENT DATED 3/5/2017 | ANATWINE LIMITED EAGLE TOWER MONTPELLIER DRIVE CHELTENHAM GL52 2PX UNITED KINGDOM |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.8 | State what the contract or lease is for and the nature of the debtor's interest | SEVERANCE AGREEMENT - RELEASE AND COVENANT NOT TO SUE - DATED - 02/08/2018 | ANGEL R. VELASQUEZ ADDRESS ON FILE |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.9 | State what the contract or lease is for and the nature of the debtor's interest | CONSULTING AGREEMENT - ARAM LEE LLC - DATED - 07/25/2016 | ARAM LEE LLC 272 ST NICHOLAS AVE APT #1 BROOKLYN, NY 11237 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.10 | State what the contract or lease is for and the nature of the debtor's interest | SERVICE AGREEMENT - PEST CONTROL - 2017 - DATED - 12/01/2016 | ASSURED ENVIRONMENTS PO BOX 600847 JACKSONVILLE, FL 32260-0847 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.11 | State what the contract or lease is for and the nature of the debtor's interest | US CUSTOMS AND BORDER PROTECTION CUSTOM BOND NUMBER 9914CT645 - SURETY REFERENCE NUMBER 141003019/800004364 | ATLANTIC SPECIALTY INSURANCE COMPANY 150 ROYALL STREET CANTON, MA 02021 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.12 | State what the contract or lease is for and the nature of the debtor's interest | SERVICE AGREEMENT - AVERY - SNAP 700 WITH STACKER SERVICE AGREEMENT - PLG - 2018 - DATED - 12/01/2017 | AVERY DENNISON PO BOX 608 DAYTON, OH 45401 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| Debtor | KASPER GROUP LLC | | Case number *(if known)* 18-10949 |
|---|---|---|---|
| | Name | | |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.13 | State what the contract or lease is for and the nature of the debtor's interest | MASTER SERVICE AGREEMENT - MASTER CORPORATE CARD SERVICE AGREEMENT (JONES) - DATED - 04/11/2014 | BANK OF AMERICA COMMERCIAL CARD FLOOR 11 3 COMMERCIAL PLACE NORFOLK, VA 23510 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.14 | State what the contract or lease is for and the nature of the debtor's interest | MASTER SERVICE AGREEMENT - BANK OF AMERICA FIRST DATA WELLS FARGO BANKCARD - DATED - 07/01/2015 | BANK OF AMERICA ATTN: EXECUTIVE VICE PRESIDENT OF OPERATIONS WHITMAN ROAD MELVILLE, NY 11747 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.15 | State what the contract or lease is for and the nature of the debtor's interest | ANNE KLEIN SPRING 2018 SHOP CONTRACT EXTENSION AS OF 1/5/2018 | BHDM DESIGN LLC 1201 BROADWAY SUITE 611 NEW YORK, NY 10001 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.16 | State what the contract or lease is for and the nature of the debtor's interest | SERVICE AGREEMENT - FACILITIES MANAGEMENT SERVICES & COPIER EQUIPMENT - DATED - 11/01/2015 | CANON SOLUTIONS AMERICA, INC. ONE CANON PARK MELVILLE, NY 11747 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.17 | State what the contract or lease is for and the nature of the debtor's interest | SERVICE AGREEMENT - CHECK GUARANTEE SERVICES AGREEMENT - DATED - 12/30/2015 | CHECK PLUS SYSTEMS ONE CUPSAW DRIVE RINGWOOD, FL 32819-9040 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.18 | State what the contract or lease is for and the nature of the debtor's interest | OFFICE LEASE - 1412 BROADWAY AND ALL AMENDMENTS DATED 7/27/2017 | CHETRIT 1412 LLC 25 W. 36TH ST. NEW YORK, NY 10018 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.19 | State what the contract or lease is for and the nature of the debtor's interest | BUSINESS TRAVEL ACCIDENT INSURANCE - POLICY NUMBER - 9907-86-36 - DATED - 01/01/2018 | CHUBB UNDERWRITING OFFICE 202 HALL'S MILL ROAD P.O. BOX 1600 WHITEHOUSE STATION, NJ 08889-1600 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| Debtor | KASPER GROUP LLC | Case number *(if known)* | 18-10949 |
|---|---|---|---|
| | Name | | |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.20 | State what the contract or lease is for and the nature of the debtor's interest | INSURANCE POLICY RENEWAL - INSURANCE POLICY RENEWAL DATED 1/1/2018 - DATED - 01/01/2018 | CHUBB<br>202 HALL'S MILL ROAD<br>PO BOX 1600<br>WHITEHOUSE STATION, NJ 08889-1600 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.21 | State what the contract or lease is for and the nature of the debtor's interest | SUPPLIER MASTER SERVICES AGREEMENT DATED AS OF 10/19/2016 | COMMERCE TECHNOLOGIES, LLC<br>ATTN: COMMERCEHUB LEGAL<br>ZEN BUILDING<br>201 FULLER ROAD, SUITE 601<br>ALBANY, NY 12203 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.22 | State what the contract or lease is for and the nature of the debtor's interest | SERVICE AGREEMENT, DATED AS OF SEPTEMBER 18, 2012 (AS MAY HAVE BEEN FURTHER AMENDED, MODIFIED, OR SUPPLEMENTED), BETWEEN NWHI AND DBA MEDIA LLC. | DBA MEDIA LLC<br>27 WEST 24TH STREET, 10B<br>NEW YORK, NY 10010 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.23 | State what the contract or lease is for and the nature of the debtor's interest | CONSULTING AGREEMENT - DEBAUN DEVELOPMENT INC - DATED - 05/02/2016 | DEBAUN DEVELOPMENT INC<br>116 WEST 22ND STREET, #2<br>NEW YORK, NY 10011 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.24 | State what the contract or lease is for and the nature of the debtor's interest | SEVERANCE AGREEMENT - RELEASE AND COVENANT NOT TO SUE - DATED - 02/01/2018 | DEBRA ANNETTE LANE<br>ADDRESS ON FILE |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.25 | State what the contract or lease is for and the nature of the debtor's interest | SEVERANCE AGREEMENT - RELEASE AND COVENANT NOT TO SUE - DATED - 02/08/2018 | DEMETRIO ROSARIO<br>ADDRESS ON FILE |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.26 | State what the contract or lease is for and the nature of the debtor's interest | SEVERANCE AGREEMENT - RELEASE AND COVENANT NOT TO SUE - DATED - 02/01/2018 | DIANA LAU<br>ADDRESS ON FILE |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| Debtor | KASPER GROUP LLC | Case number (if known) | 18-10949 |
|---|---|---|---|
| | Name | | |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.27 | State what the contract or lease is for and the nature of the debtor's interest | SERVICE AGREEMENT - DONNELLY MECHANICAL- NY BLDGS EXCLUDING 1441 - DATED - 11/15/2013 | DONNELLY MECHANICAL CORP 222ND STREET QUEENS VILLAGE, NY 11429 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.28 | State what the contract or lease is for and the nature of the debtor's interest | GROUP VISION CARE PLAN 1/1/2018 | EASTERN VISION SERVICE PLAN, INC. 3333 QUALITY DRIVE RANCHO CORDOVA, CA 95670 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.29 | State what the contract or lease is for and the nature of the debtor's interest | EMPLOYER ADMINISTRATIVE SERVICES AGREEMENT DATED AS OF 9/2/2015 | FARMINGTON ADMINISTRATIVE SERVICES, INC. 30 WATERSIDE DRIVE P.O. BOX 1112 FARMINGTON, CT 06034-1112 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.30 | State what the contract or lease is for and the nature of the debtor's interest | SERVICE AGREEMENT - FARMINGTON ADMINISTRATIVE SERVICES - EMPLOYER ADMINISTRATIVE SERVICES AGREEMENT - DATED - 02/07/2011 | FARMINGTON ADMINISTRATIVE SVCS INC. 30 WATERSIDE DRIVE PO BOX 1112 FARMINGTON, CT 06034-1112 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.31 | State what the contract or lease is for and the nature of the debtor's interest | PROPERTY/BUSINESS INCOME INSURANCE - POLICY NUMBER - 1024282 - DATED - 04/08/2017 | FM GLOBAL INSURANCE COMPANY 270 CENTRAL AVENUE JOHNSTON, RI 02919 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.32 | State what the contract or lease is for and the nature of the debtor's interest | PROPERTY/BUSINESS INCOME - POLICY NUMBER - 1036641 - DATED - 04/08/2018 | FM GLOBAL INSURANCE COMPANY 270 CENTRAL AVENUE JOHNSTON, RI 02919 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.33 | State what the contract or lease is for and the nature of the debtor's interest | SERVICE AGREEMENT - GERBER SERVICE AGREEMENT - 1412 BROADWAY - DATED - 04/01/2015 | GERBER TECHNOLOGY INC 24 INDUSTRIAL PARK ROAD WEST TOLLAND, CT 06084 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

Debtor    KASPER GROUP LLC
          Name

Case number (if known)  18-10949

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.34 | State what the contract or lease is for and the nature of the debtor's interest | SERVICE AGREEMENT DATED AS OF 4/1/2018 | GERBER TECHNOLOGY LLC<br>ATTN: GERBER SERVICE<br>24 INDUSTRIAL PARK ROAD WEST<br>TOLLAND, CT 06084 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.35 | State what the contract or lease is for and the nature of the debtor's interest | CONSULTING AGREEMENT - GRAJ & GUSTAVSEN INC - DATED - 06/03/2013 | GRAJ & GUSTAVSEN<br>21 EAST 4TH STREET<br>4TH FLOOR<br>NEW YORK, NY 10003 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.36 | State what the contract or lease is for and the nature of the debtor's interest | EMPLOYMENT AGREEMENT - DATED - 05/11/2016 | GREGG MARKS<br>ADDRESS ON FILE |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.37 | State what the contract or lease is for and the nature of the debtor's interest | PLAN SPONSOR AGREEMENT AND ADDENDUM DATED AS OF 7/1/2015 | HEALTH ADVOCATE, INC.<br>ATTN: WENDI THOMAS, SVP, ACCOUNT MANAGEMENT<br>3043 WALTON ROAD<br>PLYMOUTH MEETING, PA 19462 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.38 | State what the contract or lease is for and the nature of the debtor's interest | CONSULTING SERVICES AGREEMENT, DATED AS OF 7/10/17, AS AMENDED BY THOSE CERTAIN LETTERS OF AGREEMENT, DATED AS OF 12/6/17 AND 3/20/18. | HL GROUP PARTNERS LLC<br>853 BROADWAY, 18TH FLOOR<br>NEW YORK, NY 10003 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.39 | State what the contract or lease is for and the nature of the debtor's interest | SERVICE AGREEMENT - BRIVO WEB HOSTING/MANAGEMENT (JH) - DATED - 11/01/2014 | IDESCO CORP<br>37 W 26TH STREET<br>NEW YORK, NY 10010-1097 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.40 | State what the contract or lease is for and the nature of the debtor's interest | BUYER AGENCY AGREEMENT - INSUNG TRADING CO LTD - DATED - 07/05/2012 | INSUNG TRADING CO LTD<br>HONG JAE BLDG, 58<br>NONHYUN-DONG<br>KANGNAM-KU<br>SEOUL<br>KOREA, REPUBLIC OF |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

Debtor    KASPER GROUP LLC
                Name

Case number (if known)    18-10949

---

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.41 | State what the contract or lease is for and the nature of the debtor's interest | MASTER SERVICE AGREEMENT - PARCEL AUDIT SERVICES CONTRACT - DATED - 11/30/2006 | INTEGRATED LOGISTICS LLC ATTN: DAN WOTRING, PRINCIPAL PO BOX 2051 ALPHARETTA, GA 30023 |
| | State the term remaining List the contract number of any government contract | | |
| 2.42 | State what the contract or lease is for and the nature of the debtor's interest | INTEGRATION POINT MASTER SUBSCRIPTION AGREEMENT AS OF 5/26/2016 | INTEGRATION POINT, INC ATTN: CLIENT RELATIONS P.O.BOX 49175 CHARLOTTE, NC 28277 |
| | State the term remaining List the contract number of any government contract | | |
| 2.43 | State what the contract or lease is for and the nature of the debtor's interest | SEVERANCE AGREEMENT - RELEASE AND COVENANT NOT TO SUE - DATED - 12/04/2017 | JAY JAEYUN KIM ADDRESS ON FILE |
| | State the term remaining List the contract number of any government contract | | |
| 2.44 | State what the contract or lease is for and the nature of the debtor's interest | INTERCOMPANY AGREEMENT - ASSIGNMENT AND ASSUMPTION OF LICENSE AGREEMENTS - DATED - 01/01/2015 | JH APPAREL (US) LLC 1411 BROADWAY NEW YORK, NY 10018 |
| | State the term remaining List the contract number of any government contract | | |
| 2.45 | State what the contract or lease is for and the nature of the debtor's interest | INTERCOMPANY AGREEMENT - AMENDED & RESTATED SERVICES AGREEMENT - DATED - 01/25/2016 | JH APPAREL (US) LLC 1411 BROADWAY NEW YORK, NY 10018 |
| | State the term remaining List the contract number of any government contract | | |
| 2.46 | State what the contract or lease is for and the nature of the debtor's interest | SERVICE AGREEMENT - JM MESA - OFFICE CLEANING - 1412 - DATED - 10/03/2014 | JM MESA SERVICES 87-23 62ND ROAD REGO PARK, NY 11374 |
| | State the term remaining List the contract number of any government contract | | |
| 2.47 | State what the contract or lease is for and the nature of the debtor's interest | COMPREHENSIVE JANITORIAL SERVICES DATED AS OF 4/18/2016 | JM MESA SERVICES ATTN: JAIRO MESA, PRESIDENT 87-23 62ND ROAD REGO PARK NEW YORK, NY 11374 |
| | State the term remaining List the contract number of any government contract | | |

| Debtor | KASPER GROUP LLC | Case number *(if known)* | 18-10949 |
|---|---|---|---|
| | Name | | |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.48 | State what the contract or lease is for and the nature of the debtor's interest | INTERCOMPANY AGREEMENT - AMENDED & RESTATED SERVICES AGREEMENT - DATED - 01/25/2016 | KASPER GLOBAL LIMITED 12/F, TOWER I, METROPLAZA 223 HING FONG ROAD UNIT NO.S 1701-1708 & 1723-1725 KWAI FUNG, NEW TERRITORIES HONG KONG |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.49 | State what the contract or lease is for and the nature of the debtor's interest | CONSULTING AGREEMENT - KELLY CHIADO - DATED - 10/15/2015 | KELLY CHAIDO 745 SOUTH 16TH STREET 3RD FLOOR PHILADELPHIA, PA 19146 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.50 | State what the contract or lease is for and the nature of the debtor's interest | SEVERANCE AGREEMENT - RELEASE AND COVENANT NOT TO SUE - DATED - 02/08/2018 | LAIDA ROS ADDRESS ON FILE |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.51 | State what the contract or lease is for and the nature of the debtor's interest | SERVICE AGREEMENT - LAIRD AND PARTNERS - DATED - 07/15/2015 | LAIRD + PARTNERS 475 TENTH AVENUE 7TH FLOOR NEW YORK, NY 10018 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.52 | State what the contract or lease is for and the nature of the debtor's interest | LECTRA CONTRACT LIST DATED AS OF 2/1/2018 | LECTRA USA INC 5000 HIGHLANDS PKWY SE, SUITE 250 SMYRNA, GA 30082 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.53 | State what the contract or lease is for and the nature of the debtor's interest | SERVICE AGREEMENT - LIQUID COLOR GROUP - DATED - 04/14/2008 | LIQUID COLOR GROUP INC. ATTN: JACK MANNO 107 N 1ST STREET, SUITE 3C BROOKLYN, NY 11211 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.54 | State what the contract or lease is for and the nature of the debtor's interest | SERVICE AGREEMENT - LIBNET (WOLPER) - VARIOUS SUBSCRIPTIONS - DATED - 01/01/2017 | LM INFORMATION DELIVERY 1 SOUTH THIRD ST 9TH FLOOR EASTON, PA 18042 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| Debtor | KASPER GROUP LLC | Case number *(if known)* | 18-10949 |
|---|---|---|---|
| | Name | | |

<table>
<tr><td colspan="2">■ <strong>Additional Page if Debtor Has More Executory Contracts or Unexpired Leases</strong></td></tr>
<tr><td colspan="2"><em>Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.</em></td></tr>
</table>

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.55 | State what the contract or lease is for and the nature of the debtor's interest | COLLECTIVE BARGAINING AGREEMENT - DATED - 06/01/2016 | LOCAL 10, NEW YORK METROPOLITAN AREA JOINT BOARD, WORKERS UNITED<br>ATTENTION: RICHARD GUIDO, ASSOCIATE MANAGER<br>33 WEST 14TH STREET<br>NEW YORK, NY 10011 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.56 | State what the contract or lease is for and the nature of the debtor's interest | COLLECTIVE BARGAINING AGREEMENT - DATED - 06/01/2016 | LOCAL 89-22-1, NEW YORK METROPOLITAN AREA JOINT BOARD, WORKERS UNITED<br>ATTENTION: RICHARD GUIDO, ASSOCIATE MANAGER<br>33 WEST 14TH STREET<br>NEW YORK, NY 10011 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.57 | State what the contract or lease is for and the nature of the debtor's interest | SEVERANCE AGREEMENT - RELEASE AND COVENANT NOT TO SUE - DATED - 02/08/2018 | NACK SOOK LEE<br>ADDRESS ON FILE |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.58 | State what the contract or lease is for and the nature of the debtor's interest | INSURANCE AGREEMENT - NATIONAL UNION FIRE INSURANCE COMPANY - DATED - 01/27/2017 | NATIONAL UNION FIRE INSURANCE<br>175 WATER STREET<br>NEW YORK, NY 10038 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.59 | State what the contract or lease is for and the nature of the debtor's interest | INSURANCE AGREEMENT - NATIONAL UNION FIRE INSURANCE COMPANY (CRIME) - DATED - 01/27/2017 | NATIONAL UNION FIRE INSURANCE<br>175 WATER STREET<br>NEW YORK, NY 10038 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.60 | State what the contract or lease is for and the nature of the debtor's interest | SOFTWARE MAINTENANCE AGREEMENT DATED AS OF 1/1/2018 AND ALL ADDENDUM | NEDGRAPHICS<br>20 WEST 37TH STREET<br>NEW YORK, NY 10018 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.61 | State what the contract or lease is for and the nature of the debtor's interest | INTERCOMPANY AGREEMENT - ASSIGNMENT AND ASSUMPTION OF LICENSE AGREEMENTS - DATED - 01/01/2015 | NINE WEST DEVELOPMENT LLC<br>1411 BROADWAY<br>NEW YORK, NY 10018 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

Debtor _____KASPER GROUP LLC_____          Case number *(if known)*__18-10949_____
          Name

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.62 | State what the contract or lease is for and the nature of the debtor's interest | INTERCOMPANY AGREEMENT - INTERCOMPANY SERVICES AGREEMENT - DATED - 01/28/2017 | NINE WEST MANAGEMENT SERVICE LLC<br>180 RITTENHOUSE CIRCLE<br>BRISTOL, PA 19007 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.63 | State what the contract or lease is for and the nature of the debtor's interest | SERVICE AGREEMENT - PAYCHEX--KAPSER PAYROLL PROVIDER - DATED - 07/26/2016 | PAYCHEX (KASPER PAYROLL)<br>2385 NORTHDISE DRIVE<br>SUITE 100<br>SAN DIEGO, CA 92108 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.64 | State what the contract or lease is for and the nature of the debtor's interest | SERVICE AGREEMENT - PITNEY BOWES GLOBAL FINANCAL SERVICES-MAILING RENTAL SUBSCRIPTION- 1412 BROADWAY - DATED - 01/09/2013 | PITNEY BOWES GLOBAL FINANCIAL SERV<br>PO BOX 371887<br>PITTSBURGH, PA 15250-7887 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.65 | State what the contract or lease is for and the nature of the debtor's interest | MERCHANDISE VENDOR AGREEMENT DATED AS OF 8/11/2017 | RADIAL, INC.<br>100 EAST LINTON BLVD., SUITE 307B<br>DELRAY BEACH, FL 33483 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.66 | State what the contract or lease is for and the nature of the debtor's interest | MASTER SERVICE AGREEMENT - RIBBONS EXPRESS SUPPLIES LEVEL PAY PROGRAM - DATED - 10/01/2013 | RE BUSINESS SOLUTIONS<br>1980 OLD CUTHBERT RD<br>CHERRY HILL, NJ 08034 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.67 | State what the contract or lease is for and the nature of the debtor's interest | MASTER SERVICE AGREEMENT - REPORTLINE ANONYMOUS HOTELINE NETWORK (THE NETWORK INC) - DATED - 02/01/2006 | REPORTLINE ANONYMOUS HOTLINE NETWORK<br>ATTN: MR. JIM GALEY<br>333 RESEARCH COURT<br>NORCROSS, GA 30092 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.68 | State what the contract or lease is for and the nature of the debtor's interest | GENERAL HVAC AGREEMENT, EFFECTIVE AS OF JANUARY 1, 2012 (AS MAY HAVE BEEN FURTHER AMENDED, MODIFIED, OR SUPPLEMENTED). | ROTH BROS INC<br>3847 CRUM ROAD<br>YOUNGSTOWN, OH 44515 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| Debtor | KASPER GROUP LLC | Case number (if known) | 18-10949 |
|---|---|---|---|
| | Name | | |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

*Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.*

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.69 | State what the contract or lease is for and the nature of the debtor's interest | ARMORED CAR SERVICE CONTRACT, DATED AS OF MARCH 1, 2010 (AS MAY HAVE BEEN FURTHER AMENDED, MODIFIED, OR SUPPLEMENTED). | SAFE & SOUND ARMED COURIER INC. PO BOX 1463 BAYVILLE, NY 11709 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.70 | State what the contract or lease is for and the nature of the debtor's interest | SERVICE AGREEMENT - STAPLES - MASTER PURCHASING AGREEMENT 2015 - ALL - DATED - 01/01/2016 | STAPLES BUSINESS ADVANTAGE 500 STAPLES DRIVE FRAMINGHAM, MA 01702 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.71 | State what the contract or lease is for and the nature of the debtor's interest | MASTER SERVICE AGREEMENT - STAPLES - KEURIG BREWER LEASE AGREEMENT - NY - DATED - 01/01/2014 | STAPLES BUSINESS ADVANTAGE ATTN: GENERAL COUCIL 500 STAPLES DRIVE FRAMINGHAM, MA 01702 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.72 | State what the contract or lease is for and the nature of the debtor's interest | STANDARD CONTRACT FORM - DISCOUNT CARD FOR RETAIL STORES - DATED - 01/01/2011 | STAPLES BUSINESS ADVANTAGE 500 STAPLES DRIVE FRAMINGHAM, MA 01702 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.73 | State what the contract or lease is for and the nature of the debtor's interest | SEVERANCE AGREEMENT - RELEASE AND COVENANT NOT TO SUE - DATED - 02/08/2018 | SUSAN BALZANO ADDRESS ON FILE |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.74 | State what the contract or lease is for and the nature of the debtor's interest | SEVERANCE AGREEMENT - RELEASE AND COVENANT NOT TO SUE - DATED - 02/08/2018 | TAK H LAM ADDRESS ON FILE |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.75 | State what the contract or lease is for and the nature of the debtor's interest | SEVERANCE AGREEMENT - RELEASE AND COVENANT NOT TO SUE - DATED - 02/08/2018 | TATYANA POLTORAK ADDRESS ON FILE |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

Debtor    KASPER GROUP LLC
Name

Case number *(if known)*   18-10949

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.76 | State what the contract or lease is for and the nature of the debtor's interest | GENERAL HVAC AGREEMENT, EFFECTIVE AS OF JANUARY 1, 2012 (AS MAY HAVE BEEN FURTHER AMENDED, MODIFIED, OR SUPPLEMENTED). | THE CHEROKEE GROUP LLC 1866 COUNTRY MEADOW DRIVE SEVIERVILLE, TN 37864 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.77 | State what the contract or lease is for and the nature of the debtor's interest | IT CONTRACT - TIBCO - LOYALTY LABS - DATED - 03/28/2017 | TIBCO SOFTWARE INC 3303 HILLVIEW AVENUE PALO ALTO, CA 94304 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.78 | State what the contract or lease is for and the nature of the debtor's interest | SERVICE AGREEMENT - TOLL GLOBAL FORWARDING--NVOCC SERVICE AGREEMENT - DATED - 05/10/2017 | TOLL GLOBAL FORWARDING 14/F TOWER 1 EVER GAIN PLAZA 88 CONTAINER PORT ROAD, NEW TERRATORIES KWAI CHUNG HONG KONG |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.79 | State what the contract or lease is for and the nature of the debtor's interest | SEVERANCE AGREEMENT - RELEASE AND COVENANT NOT TO SUE - DATED - 02/08/2018 | VIKTORIA O GRABBE ADDRESS ON FILE |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.80 | State what the contract or lease is for and the nature of the debtor's interest | IT CONTRACT - VISUAL RETAILING AGREEMENT - DATED - 07/01/2011 | VISUAL RETAILING LLC ATTN: RORY HANE-HARVEY, MANAGER 731 LUNNS WAY PLYMOUTH, MA 02360 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.81 | State what the contract or lease is for and the nature of the debtor's interest | FUNDING AGREEMENT DATED AS OF 10/1/2015 | WAGEWORKS, INC 1100 PARK PLACE 4TH FLOOR SAN MATEO, CA 94403 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.82 | State what the contract or lease is for and the nature of the debtor's interest | INSURANCE POLICIES - WESTCHESTER FIRE INS CO (CHUBB) - DATED - 01/27/2017 | WESTCHESTER (A CHUBB CO) 436 WALNUT STREET PO BOX 1000 PHILADELPHIA, PA 19106-3703 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| Debtor | KASPER GROUP LLC | Case number (if known) | 18-10949 |
|---|---|---|---|
| | Name | | |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.83 | State what the contract or lease is for and the nature of the debtor's interest | INSURANCE AGREEMENT - WESTCHESTER FIRE INS CO (CHUBB) - DATED - 01/27/2017 | WESTCHESTER (A CHUBB CO) 436 WALNUT STREET PO BOX 1000 PHILADELPHIA, PA 19106-3703 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.84 | State what the contract or lease is for and the nature of the debtor's interest | ONGOING FIDUCIARY OVERSIGHT AGREEMENT DATED AS OF 3/21/2016 | WESTMINSTER CONSULTING, LLC ATTN: THOMAS F. ZAMIARA, PARTNER 11 CENTRE PARK, SUITE 303 ROCHESTER, NY 14614-1115 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.85 | State what the contract or lease is for and the nature of the debtor's interest | SERVICE AGREEMENT - ROCKTENN SUPPLY AGREEMENT FOR NINE WEST - DATED - 04/01/2017 | WESTROCK CP LLC ATTN: EVP 504 THRASHER STREET NORCROSS, GA 30071 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.86 | State what the contract or lease is for and the nature of the debtor's interest | SERVICE AGREEMENT - WGSN DESIGN WEBSITE ACCESS 2017-2018 - DATED - 03/27/2017 | WGSN INC 25 WEST 39TH STREET 14TH FLOOR NEW YORK, NY 10018 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.87 | State what the contract or lease is for and the nature of the debtor's interest | INSURANCE AGREEMENT - AIG SPECIALTY INS COMPANY RUNOFF ENDORSEMENT - DATED - 01/27/2017 | WILLIS OF NY-ONE WORLD FIN CTR 175 WATER STREET 18TH FLOOR NEW YORK, NY 10038 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.88 | State what the contract or lease is for and the nature of the debtor's interest | INSURANCE AGREEMENT - FOREIGN CASUALTY COVERAGE-- WILLIS TOWERS WATSON - DATED - 04/08/2017 | WILLIS TOWERS WATSON ATTN: MUAREEN MCCARTHY 200 LIBERTY STREET FLOOR 6 NEW YORK, NY 10281-0001 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.89 | State what the contract or lease is for and the nature of the debtor's interest | HEALTH AND WELFARE PLAN DATED AS OF 1/29/2018 | WILLIS TOWERS WATSON ATTN: KAREN MORRIS 800 BOYLSTON STREET, SUITE 600 BOSTON, MA 02199 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

Debtor    KASPER GROUP LLC
          Name

Case number *(if known)* 18-10949

| | | |
|---|---|---|
| | **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases** | |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.90 | **State what the contract or lease is for and the nature of the debtor's interest** | BUYER AGENCY AGREEMENT - WISHBONE CO LTD - DATED - 07/03/2012 |
| | | WISHBONE CO LTD<br>WISHBONE HOUSE<br>#8-32 YANGJAEDONG, SEOCHO-KU<br>SEOUL<br>KOREA, REPUBLIC OF |
| | **State the term remaining** | |
| | **List the contract number of any government contract** | |
| 2.91 | **State what the contract or lease is for and the nature of the debtor's interest** | SERVICE AGREEMENT - WWD / FN SUBSCRIPTIONS - DATED - 07/01/2017 |
| | | WWD-FN<br>ATTN: JULIE DRESEN<br>PO BOX 6356<br>HARLAN, IA 51593-1856 |
| | **State the term remaining** | |
| | **List the contract number of any government contract** | |

**Fill in this information to identify the case:**

Debtor name  KASPER GROUP LLC

United States Bankruptcy Court for the: Southern _____ District of New York

Case number (If known):  18-10949 _____

☐ Check if this is an
amended filing

Official Form 206H

## Schedule H: Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

1. **Does the debtor have any codebtors?**
   ☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.
   ☒ Yes

2. **In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, *Schedules D-G*.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|
| **Name** | **Mailing address** | **Name** | **Check all schedules that apply:** |
| 2.1 NINE WEST DEVELOPMENT LLC | 1411 BROADWAY    NEW YORK, NY  10018 | ADP LLC | ☐ D<br>☐ E/F<br>☒ G |
| 2.2 NINE WEST DISTRIBUTION LLC | 180 RITTENHOUSE CIRCLE    BRISTOL, PA  19007 | ADP LLC | ☐ D<br>☐ E/F<br>☒ G |
| 2.3 NINE WEST HOLDINGS, INC. | 180 RITTENHOUSE CIRCLE    BRISTOL, PA  19007 | ADP LLC | ☐ D<br>☐ E/F<br>☒ G |
| 2.4 NINE WEST MANAGEMENT SERVICE LLC | 180 RITTENHOUSE CIRCLE    BRISTOL, PA  19007 | ADP LLC | ☐ D<br>☐ E/F<br>☒ G |
| 2.5 ONE JEANSWEAR GROUP INC. | 1411 BROADWAY    NEW YORK, NY  10018 | ADP LLC | ☐ D<br>☐ E/F<br>☒ G |
| 2.6 NINE WEST DEVELOPMENT LLC | 1411 BROADWAY    NEW YORK, NY  10018 | BANK OF AMERICA | ☐ D<br>☐ E/F<br>☒ G |

| Debtor | KASPER GROUP LLC | | Case number (if known) | 18-10949 |
| | Name | | | |

## Additional Page if Debtor Has More Codebtors

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | Column 1: Codebtor | | Column 2: Creditor | |
| | **Name** | **Mailing address** | **Name** | Check all schedules that apply: |
|---|---|---|---|---|
| 2.7 | NINE WEST DISTRIBUTION LLC | 180 RITTENHOUSE CIRCLE    BRISTOL, PA  19007 | BANK OF AMERICA | ❏ D<br>❏ E/F<br>☒ G |
| 2.8 | NINE WEST HOLDINGS, INC. | 180 RITTENHOUSE CIRCLE    BRISTOL, PA  19007 | BANK OF AMERICA | ❏ D<br>❏ E/F<br>☒ G |
| 2.9 | NINE WEST MANAGEMENT SERVICE LLC | 180 RITTENHOUSE CIRCLE    BRISTOL, PA  19007 | BANK OF AMERICA | ❏ D<br>❏ E/F<br>☒ G |
| 2.10 | ONE JEANSWEAR GROUP INC. | 1411 BROADWAY    NEW YORK, NY  10018 | BANK OF AMERICA | ❏ D<br>❏ E/F<br>☒ G |
| 2.11 | NINE WEST DEVELOPMENT LLC | 1411 BROADWAY    NEW YORK, NY  10018 | CANON SOLUTIONS AMERICA, INC. | ❏ D<br>❏ E/F<br>☒ G |
| 2.12 | NINE WEST DISTRIBUTION LLC | 180 RITTENHOUSE CIRCLE    BRISTOL, PA  19007 | CANON SOLUTIONS AMERICA, INC. | ❏ D<br>❏ E/F<br>☒ G |
| 2.13 | NINE WEST HOLDINGS, INC. | 180 RITTENHOUSE CIRCLE    BRISTOL, PA  19007 | CANON SOLUTIONS AMERICA, INC. | ❏ D<br>❏ E/F<br>☒ G |
| 2.14 | NINE WEST MANAGEMENT SERVICE LLC | 180 RITTENHOUSE CIRCLE    BRISTOL, PA  19007 | CANON SOLUTIONS AMERICA, INC. | ❏ D<br>❏ E/F<br>☒ G |
| 2.15 | ONE JEANSWEAR GROUP INC. | 1411 BROADWAY    NEW YORK, NY  10018 | CANON SOLUTIONS AMERICA, INC. | ❏ D<br>❏ E/F<br>☒ G |
| 2.16 | NINE WEST HOLDINGS, INC. | 180 RITTENHOUSE CIRCLE    BRISTOL, PA  19007 | CHECK PLUS SYSTEMS | ❏ D<br>❏ E/F<br>☒ G |
| 2.17 | JASPER PARENT LLC | 1411 BROADWAY  NEW YORK, NY  10018 | CORTLAND CAPITAL MARKET SERVICES LLC | ☒ D<br>❏ E/F<br>❏ G |

| Debtor | KASPER GROUP LLC | Case number *(if known)* | 18-10949 |
|---|---|---|---|
| | Name | | |

### Additional Page if Debtor Has More Codebtors

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
| 2.18 | KASPER U.S. BLOCKER LLC | 1412 BROADWAY   NEW YORK, NY  10018 | CORTLAND CAPITAL MARKET SERVICES LLC | ☒ D<br>☐ E/F<br>☐ G |
| 2.19 | NINE WEST APPAREL HOLDINGS LLC | 1411 BROADWAY   NEW YORK, NY  10018 | CORTLAND CAPITAL MARKET SERVICES LLC | ☒ D<br>☐ E/F<br>☐ G |
| 2.20 | NINE WEST DEVELOPMENT LLC | 1411 BROADWAY   NEW YORK, NY  10018 | CORTLAND CAPITAL MARKET SERVICES LLC | ☒ D<br>☐ E/F<br>☐ G |
| 2.21 | NINE WEST DISTRIBUTION LLC | 180 RITTENHOUSE CIRCLE   BRISTOL, PA  19007 | CORTLAND CAPITAL MARKET SERVICES LLC | ☒ D<br>☐ E/F<br>☐ G |
| 2.22 | NINE WEST HOLDINGS, INC. | 180 RITTENHOUSE CIRCLE   BRISTOL, PA  19007 | CORTLAND CAPITAL MARKET SERVICES LLC | ☒ D<br>☐ E/F<br>☐ G |
| 2.23 | NINE WEST JEANSWEAR HOLDING LLC | 1411 BROADWAY   NEW YORK, NY  10018 | CORTLAND CAPITAL MARKET SERVICES LLC | ☒ D<br>☐ E/F<br>☐ G |
| 2.24 | NINE WEST MANAGEMENT SERVICE LLC | 180 RITTENHOUSE CIRCLE   BRISTOL, PA  19007 | CORTLAND CAPITAL MARKET SERVICES LLC | ☒ D<br>☐ E/F<br>☐ G |
| 2.25 | ONE JEANSWEAR GROUP INC. | 1411 BROADWAY   NEW YORK, NY  10018 | CORTLAND CAPITAL MARKET SERVICES LLC | ☒ D<br>☐ E/F<br>☐ G |
| 2.26 | US KIC TOP HAT LLC | 1411 BROADWAY   NEW YORK, NY  10018 | CORTLAND CAPITAL MARKET SERVICES LLC | ☒ D<br>☐ E/F<br>☐ G |
| 2.27 | NINE WEST DEVELOPMENT LLC | 1411 BROADWAY   NEW YORK, NY  10018 | DONNELLY MECHANICAL CORP | ☐ D<br>☐ E/F<br>☒ G |
| 2.28 | NINE WEST DISTRIBUTION LLC | 180 RITTENHOUSE CIRCLE   BRISTOL, PA  19007 | DONNELLY MECHANICAL CORP | ☐ D<br>☐ E/F<br>☒ G |

| Official Form 206H | Schedule H: Codebtors | Page 3 of 13 |
|---|---|---|

| Debtor | KASPER GROUP LLC | Case number (if known) | 18-10949 |
|---|---|---|---|
| | Name | | |

### Additional Page if Debtor Has More Codebtors

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| | Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | Check all schedules that apply: |
| 2.29 | NINE WEST HOLDINGS, INC. | 180 RITTENHOUSE CIRCLE    BRISTOL, PA  19007 | DONNELLY MECHANICAL CORP | ☐ D ☐ E/F ☒ G |
| 2.30 | NINE WEST MANAGEMENT SERVICE LLC | 180 RITTENHOUSE CIRCLE    BRISTOL, PA  19007 | DONNELLY MECHANICAL CORP | ☐ D ☐ E/F ☒ G |
| 2.31 | ONE JEANSWEAR GROUP INC. | 1411 BROADWAY    NEW YORK, NY  10018 | DONNELLY MECHANICAL CORP | ☐ D ☐ E/F ☒ G |
| 2.32 | NINE WEST DEVELOPMENT LLC | 1411 BROADWAY    NEW YORK, NY  10018 | FARMINGTON ADMINISTRATIVE SVCS INC. | ☐ D ☐ E/F ☒ G |
| 2.33 | NINE WEST DISTRIBUTION LLC | 180 RITTENHOUSE CIRCLE    BRISTOL, PA  19007 | FARMINGTON ADMINISTRATIVE SVCS INC. | ☐ D ☐ E/F ☒ G |
| 2.34 | NINE WEST HOLDINGS, INC. | 180 RITTENHOUSE CIRCLE    BRISTOL, PA  19007 | FARMINGTON ADMINISTRATIVE SVCS INC. | ☐ D ☐ E/F ☒ G |
| 2.35 | NINE WEST MANAGEMENT SERVICE LLC | 180 RITTENHOUSE CIRCLE    BRISTOL, PA  19007 | FARMINGTON ADMINISTRATIVE SVCS INC. | ☐ D ☐ E/F ☒ G |
| 2.36 | ONE JEANSWEAR GROUP INC. | 1411 BROADWAY    NEW YORK, NY  10018 | FARMINGTON ADMINISTRATIVE SVCS INC. | ☐ D ☐ E/F ☒ G |
| 2.37 | JASPER PARENT LLC | 1411 BROADWAY  NEW YORK, NY  10018 | GLAS TRUST COMPANY LLC | ☐ D ☒ E/F ☐ G |
| 2.38 | KASPER U.S. BLOCKER LLC | 1412 BROADWAY  NEW YORK, NY  10018 | GLAS TRUST COMPANY LLC | ☐ D ☒ E/F ☐ G |
| 2.39 | NINE WEST APPAREL HOLDINGS LLC | 1411 BROADWAY    NEW YORK, NY  10018 | GLAS TRUST COMPANY LLC | ☐ D ☒ E/F ☐ G |

Debtor    KASPER GROUP LLC
          Name

Case number (if known) 18-10949

**Additional Page if Debtor Has More Codebtors**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | Check all schedules that apply: |
| 2.40 | NINE WEST DEVELOPMENT LLC | 1411 BROADWAY    NEW YORK, NY  10018 | GLAS TRUST COMPANY LLC | ☐ D ☒ E/F ☐ G |
| 2.41 | NINE WEST DISTRIBUTION LLC | 180 RITTENHOUSE CIRCLE    BRISTOL, PA  19007 | GLAS TRUST COMPANY LLC | ☐ D ☒ E/F ☐ G |
| 2.42 | NINE WEST HOLDINGS, INC. | 180 RITTENHOUSE CIRCLE    BRISTOL, PA  19007 | GLAS TRUST COMPANY LLC | ☐ D ☒ E/F ☐ G |
| 2.43 | NINE WEST JEANSWEAR HOLDING LLC | 1411 BROADWAY    NEW YORK, NY  10018 | GLAS TRUST COMPANY LLC | ☐ D ☒ E/F ☐ G |
| 2.44 | NINE WEST MANAGEMENT SERVICE LLC | 180 RITTENHOUSE CIRCLE    BRISTOL, PA  19007 | GLAS TRUST COMPANY LLC | ☐ D ☒ E/F ☐ G |
| 2.45 | ONE JEANSWEAR GROUP INC. | 1411 BROADWAY    NEW YORK, NY  10018 | GLAS TRUST COMPANY LLC | ☐ D ☒ E/F ☐ G |
| 2.46 | US KIC TOP HAT LLC | 1411 BROADWAY  NEW YORK, NY  10018 | GLAS TRUST COMPANY LLC | ☐ D ☒ E/F ☐ G |
| 2.47 | NINE WEST DEVELOPMENT LLC | 1411 BROADWAY    NEW YORK, NY  10018 | INTEGRATED LOGISTICS LLC | ☐ D ☐ E/F ☒ G |
| 2.48 | NINE WEST DISTRIBUTION LLC | 180 RITTENHOUSE CIRCLE    BRISTOL, PA  19007 | INTEGRATED LOGISTICS LLC | ☐ D ☐ E/F ☒ G |
| 2.49 | NINE WEST HOLDINGS, INC. | 180 RITTENHOUSE CIRCLE    BRISTOL, PA  19007 | INTEGRATED LOGISTICS LLC | ☐ D ☐ E/F ☒ G |
| 2.50 | NINE WEST MANAGEMENT SERVICE LLC | 180 RITTENHOUSE CIRCLE    BRISTOL, PA  19007 | INTEGRATED LOGISTICS LLC | ☐ D ☐ E/F ☒ G |

| Debtor | KASPER GROUP LLC | Case number *(if known)* | 18-10949 |
|---|---|---|---|
| | Name | | |

**Additional Page if Debtor Has More Codebtors**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
| 2.51 | ONE JEANSWEAR GROUP INC. | 1411 BROADWAY    NEW YORK, NY  10018 | INTEGRATED LOGISTICS LLC | ☐ D  ☐ E/F  ☒ G |
| 2.52 | NINE WEST DEVELOPMENT LLC | 1411 BROADWAY    NEW YORK, NY  10018 | JH APPAREL (US) LLC | ☐ D  ☐ E/F  ☒ G |
| 2.53 | NINE WEST HOLDINGS, INC. | 180 RITTENHOUSE CIRCLE    BRISTOL, PA  19007 | LAIRD + PARTNERS | ☐ D  ☐ E/F  ☒ G |
| 2.54 | NINE WEST DEVELOPMENT LLC | 1411 BROADWAY    NEW YORK, NY  10018 | LM INFORMATION DELIVERY | ☐ D  ☐ E/F  ☒ G |
| 2.55 | NINE WEST DISTRIBUTION LLC | 180 RITTENHOUSE CIRCLE    BRISTOL, PA  19007 | LM INFORMATION DELIVERY | ☐ D  ☐ E/F  ☒ G |
| 2.56 | NINE WEST HOLDINGS, INC. | 180 RITTENHOUSE CIRCLE    BRISTOL, PA  19007 | LM INFORMATION DELIVERY | ☐ D  ☐ E/F  ☒ G |
| 2.57 | NINE WEST MANAGEMENT SERVICE LLC | 180 RITTENHOUSE CIRCLE    BRISTOL, PA  19007 | LM INFORMATION DELIVERY | ☐ D  ☐ E/F  ☒ G |
| 2.58 | ONE JEANSWEAR GROUP INC. | 1411 BROADWAY    NEW YORK, NY  10018 | LM INFORMATION DELIVERY | ☐ D  ☐ E/F  ☒ G |
| 2.59 | NINE WEST HOLDINGS, INC. | 180 RITTENHOUSE CIRCLE    BRISTOL, PA  19007 | NINE WEST DEVELOPMENT LLC | ☐ D  ☐ E/F  ☒ G |
| 2.60 | NINE WEST HOLDINGS, INC. | 180 RITTENHOUSE CIRCLE    BRISTOL, PA  19007 | NINE WEST MANAGEMENT SERVICE LLC | ☐ D  ☐ E/F  ☒ G |
| 2.61 | ONE JEANSWEAR GROUP INC. | 1411 BROADWAY    NEW YORK, NY  10018 | NINE WEST MANAGEMENT SERVICE LLC | ☐ D  ☐ E/F  ☒ G |

Debtor    KASPER GROUP LLC
          _____
          Name

Case number (if known)  18-10949

---

**Additional Page if Debtor Has More Codebtors**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
| 2.62 | JASPER PARENT LLC | 1411 BROADWAY  NEW YORK, NY  10018 | PENSION BENEFIT GUARANTY CORPORATION | ☐ D  ☒ E/F  ☐ G |
| 2.63 | KASPER U.S. BLOCKER LLC | 1412 BROADWAY  NEW YORK, NY  10018 | PENSION BENEFIT GUARANTY CORPORATION | ☐ D  ☒ E/F  ☐ G |
| 2.64 | NINE WEST APPAREL HOLDINGS LLC | 1411 BROADWAY  NEW YORK, NY  10018 | PENSION BENEFIT GUARANTY CORPORATION | ☐ D  ☒ E/F  ☐ G |
| 2.65 | NINE WEST DEVELOPMENT LLC | 1411 BROADWAY  NEW YORK, NY  10018 | PENSION BENEFIT GUARANTY CORPORATION | ☐ D  ☒ E/F  ☐ G |
| 2.66 | NINE WEST DISTRIBUTION LLC | 180 RITTENHOUSE CIRCLE  BRISTOL, PA  19007 | PENSION BENEFIT GUARANTY CORPORATION | ☐ D  ☒ E/F  ☐ G |
| 2.67 | NINE WEST HOLDINGS, INC. | 180 RITTENHOUSE CIRCLE  BRISTOL, PA  19007 | PENSION BENEFIT GUARANTY CORPORATION | ☐ D  ☒ E/F  ☐ G |
| 2.68 | NINE WEST JEANSWEAR HOLDING LLC | 1411 BROADWAY  NEW YORK, NY  10018 | PENSION BENEFIT GUARANTY CORPORATION | ☐ D  ☒ E/F  ☐ G |
| 2.69 | NINE WEST MANAGEMENT SERVICE LLC | 180 RITTENHOUSE CIRCLE  BRISTOL, PA  19007 | PENSION BENEFIT GUARANTY CORPORATION | ☐ D  ☒ E/F  ☐ G |
| 2.70 | ONE JEANSWEAR GROUP INC. | 1411 BROADWAY  NEW YORK, NY  10018 | PENSION BENEFIT GUARANTY CORPORATION | ☐ D  ☒ E/F  ☐ G |
| 2.71 | US KIC TOP HAT LLC | 1411 BROADWAY  NEW YORK, NY  10018 | PENSION BENEFIT GUARANTY CORPORATION | ☐ D  ☒ E/F  ☐ G |
| 2.72 | NINE WEST DEVELOPMENT LLC | 1411 BROADWAY  NEW YORK, NY  10018 | RE BUSINESS SOLUTIONS | ☐ D  ☐ E/F  ☒ G |

---

Official Form 206H

**Schedule H: Codebtors**

Page 7 of 13

| Debtor | KASPER GROUP LLC | Case number *(if known)* | 18-10949 |
|---|---|---|---|
| | Name | | |

## Additional Page if Debtor Has More Codebtors

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| | Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | Check all schedules that apply: |
| 2.73 | NINE WEST DISTRIBUTION LLC | 180 RITTENHOUSE CIRCLE    BRISTOL, PA  19007 | RE BUSINESS SOLUTIONS | ☐ D<br>☐ E/F<br>☒ G |
| 2.74 | NINE WEST HOLDINGS, INC. | 180 RITTENHOUSE CIRCLE    BRISTOL, PA  19007 | RE BUSINESS SOLUTIONS | ☐ D<br>☐ E/F<br>☒ G |
| 2.75 | NINE WEST MANAGEMENT SERVICE LLC | 180 RITTENHOUSE CIRCLE    BRISTOL, PA  19007 | RE BUSINESS SOLUTIONS | ☐ D<br>☐ E/F<br>☒ G |
| 2.76 | ONE JEANSWEAR GROUP INC. | 1411 BROADWAY    NEW YORK, NY  10018 | RE BUSINESS SOLUTIONS | ☐ D<br>☐ E/F<br>☒ G |
| 2.77 | NINE WEST DEVELOPMENT LLC | 1411 BROADWAY    NEW YORK, NY  10018 | REPORTLINE ANONYMOUS HOTLINE NETWORK | ☐ D<br>☐ E/F<br>☒ G |
| 2.78 | NINE WEST DISTRIBUTION LLC | 180 RITTENHOUSE CIRCLE    BRISTOL, PA  19007 | REPORTLINE ANONYMOUS HOTLINE NETWORK | ☐ D<br>☐ E/F<br>☒ G |
| 2.79 | NINE WEST HOLDINGS, INC. | 180 RITTENHOUSE CIRCLE    BRISTOL, PA  19007 | REPORTLINE ANONYMOUS HOTLINE NETWORK | ☐ D<br>☐ E/F<br>☒ G |
| 2.80 | NINE WEST MANAGEMENT SERVICE LLC | 180 RITTENHOUSE CIRCLE    BRISTOL, PA  19007 | REPORTLINE ANONYMOUS HOTLINE NETWORK | ☐ D<br>☐ E/F<br>☒ G |
| 2.81 | ONE JEANSWEAR GROUP INC. | 1411 BROADWAY    NEW YORK, NY  10018 | REPORTLINE ANONYMOUS HOTLINE NETWORK | ☐ D<br>☐ E/F<br>☒ G |
| 2.82 | NINE WEST HOLDINGS, INC. | 180 RITTENHOUSE CIRCLE    BRISTOL, PA  19007 | ROTH BROS INC | ☐ D<br>☐ E/F<br>☒ G |
| 2.83 | NINE WEST HOLDINGS, INC. | 180 RITTENHOUSE CIRCLE    BRISTOL, PA  19007 | SAFE & SOUND ARMED COURIER INC. | ☐ D<br>☐ E/F<br>☒ G |

Debtor   KASPER GROUP LLC
　　　　　Name

Case number *(if known)* 18-10949

| ■ | **Additional Page if Debtor Has More Codebtors** |
|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
| 2.84 | NINE WEST DEVELOPMENT LLC | 1411 BROADWAY    NEW YORK, NY  10018 | STAPLES BUSINESS ADVANTAGE | ❏ D<br>❏ E/F<br>☒ G |
| 2.85 | NINE WEST DISTRIBUTION LLC | 180 RITTENHOUSE CIRCLE    BRISTOL, PA  19007 | STAPLES BUSINESS ADVANTAGE | ❏ D<br>❏ E/F<br>☒ G |
| 2.86 | NINE WEST HOLDINGS, INC. | 180 RITTENHOUSE CIRCLE    BRISTOL, PA  19007 | STAPLES BUSINESS ADVANTAGE | ❏ D<br>❏ E/F<br>☒ G |
| 2.87 | NINE WEST MANAGEMENT SERVICE LLC | 180 RITTENHOUSE CIRCLE    BRISTOL, PA  19007 | STAPLES BUSINESS ADVANTAGE | ❏ D<br>❏ E/F<br>☒ G |
| 2.88 | ONE JEANSWEAR GROUP INC. | 1411 BROADWAY    NEW YORK, NY  10018 | STAPLES BUSINESS ADVANTAGE | ❏ D<br>❏ E/F<br>☒ G |
| 2.89 | NINE WEST DEVELOPMENT LLC | 1411 BROADWAY    NEW YORK, NY  10018 | STAPLES BUSINESS ADVANTAGE | ❏ D<br>❏ E/F<br>☒ G |
| 2.90 | NINE WEST DISTRIBUTION LLC | 180 RITTENHOUSE CIRCLE    BRISTOL, PA  19007 | STAPLES BUSINESS ADVANTAGE | ❏ D<br>❏ E/F<br>☒ G |
| 2.91 | NINE WEST HOLDINGS, INC. | 180 RITTENHOUSE CIRCLE    BRISTOL, PA  19007 | STAPLES BUSINESS ADVANTAGE | ❏ D<br>❏ E/F<br>☒ G |
| 2.92 | NINE WEST MANAGEMENT SERVICE LLC | 180 RITTENHOUSE CIRCLE    BRISTOL, PA  19007 | STAPLES BUSINESS ADVANTAGE | ❏ D<br>❏ E/F<br>☒ G |
| 2.93 | ONE JEANSWEAR GROUP INC. | 1411 BROADWAY    NEW YORK, NY  10018 | STAPLES BUSINESS ADVANTAGE | ❏ D<br>❏ E/F<br>☒ G |
| 2.94 | NINE WEST HOLDINGS, INC. | 180 RITTENHOUSE CIRCLE    BRISTOL, PA  19007 | STAPLES BUSINESS ADVANTAGE | ❏ D<br>❏ E/F<br>☒ G |

| Debtor | KASPER GROUP LLC | Case number (if known) | 18-10949 |
|---|---|---|---|
| | Name | | |

## Additional Page if Debtor Has More Codebtors

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | Check all schedules that apply: |
| 2.95 | NINE WEST HOLDINGS, INC. | 180 RITTENHOUSE CIRCLE    BRISTOL, PA  19007 | THE CHEROKEE GROUP LLC | ☐ D ☐ E/F ☒ G |
| 2.96 | NINE WEST DEVELOPMENT LLC | 1411 BROADWAY    NEW YORK, NY  10018 | TIBCO SOFTWARE INC | ☐ D ☐ E/F ☒ G |
| 2.97 | NINE WEST DISTRIBUTION LLC | 180 RITTENHOUSE CIRCLE    BRISTOL, PA  19007 | TIBCO SOFTWARE INC | ☐ D ☐ E/F ☒ G |
| 2.98 | NINE WEST HOLDINGS, INC. | 180 RITTENHOUSE CIRCLE    BRISTOL, PA  19007 | TIBCO SOFTWARE INC | ☐ D ☐ E/F ☒ G |
| 2.99 | NINE WEST MANAGEMENT SERVICE LLC | 180 RITTENHOUSE CIRCLE    BRISTOL, PA  19007 | TIBCO SOFTWARE INC | ☐ D ☐ E/F ☒ G |
| 2.100 | ONE JEANSWEAR GROUP INC. | 1411 BROADWAY    NEW YORK, NY  10018 | TIBCO SOFTWARE INC | ☐ D ☐ E/F ☒ G |
| 2.101 | NINE WEST DEVELOPMENT LLC | 1411 BROADWAY    NEW YORK, NY  10018 | TOLL GLOBAL FORWARDING | ☐ D ☐ E/F ☒ G |
| 2.102 | NINE WEST DISTRIBUTION LLC | 180 RITTENHOUSE CIRCLE    BRISTOL, PA  19007 | TOLL GLOBAL FORWARDING | ☐ D ☐ E/F ☒ G |
| 2.103 | NINE WEST HOLDINGS, INC. | 180 RITTENHOUSE CIRCLE    BRISTOL, PA  19007 | TOLL GLOBAL FORWARDING | ☐ D ☐ E/F ☒ G |
| 2.104 | NINE WEST MANAGEMENT SERVICE LLC | 180 RITTENHOUSE CIRCLE    BRISTOL, PA  19007 | TOLL GLOBAL FORWARDING | ☐ D ☐ E/F ☒ G |
| 2.105 | ONE JEANSWEAR GROUP INC. | 1411 BROADWAY    NEW YORK, NY  10018 | TOLL GLOBAL FORWARDING | ☐ D ☐ E/F ☒ G |

Debtor  KASPER GROUP LLC
        _____
        Name

Case number (if known) 18-10949

**Additional Page if Debtor Has More Codebtors**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|
| **Name** | **Mailing address** | **Name** | Check all schedules that apply: |
| 2.106  JASPER PARENT LLC | 1411 BROADWAY   NEW YORK, NY  10018 | WELLS FARGO BANK, NATIONAL ASSOCIATION, AS ADMINISTRATIVE AGENT | ☒ D ☐ E/F ☐ G |
| 2.107  KASPER U.S. BLOCKER LLC | 1412 BROADWAY   NEW YORK, NY  10018 | WELLS FARGO BANK, NATIONAL ASSOCIATION, AS ADMINISTRATIVE AGENT | ☒ D ☐ E/F ☐ G |
| 2.108  NINE WEST APPAREL HOLDINGS LLC | 1411 BROADWAY   NEW YORK, NY  10018 | WELLS FARGO BANK, NATIONAL ASSOCIATION, AS ADMINISTRATIVE AGENT | ☒ D ☐ E/F ☐ G |
| 2.109  NINE WEST DEVELOPMENT LLC | 1411 BROADWAY   NEW YORK, NY  10018 | WELLS FARGO BANK, NATIONAL ASSOCIATION, AS ADMINISTRATIVE AGENT | ☒ D ☐ E/F ☐ G |
| 2.110  NINE WEST DISTRIBUTION LLC | 180 RITTENHOUSE CIRCLE   BRISTOL, PA  19007 | WELLS FARGO BANK, NATIONAL ASSOCIATION, AS ADMINISTRATIVE AGENT | ☒ D ☐ E/F ☐ G |
| 2.111  NINE WEST HOLDINGS, INC. | 180 RITTENHOUSE CIRCLE   BRISTOL, PA  19007 | WELLS FARGO BANK, NATIONAL ASSOCIATION, AS ADMINISTRATIVE AGENT | ☒ D ☐ E/F ☐ G |
| 2.112  NINE WEST JEANSWEAR HOLDING LLC | 1411 BROADWAY   NEW YORK, NY  10018 | WELLS FARGO BANK, NATIONAL ASSOCIATION, AS ADMINISTRATIVE AGENT | ☒ D ☐ E/F ☐ G |
| 2.113  NINE WEST MANAGEMENT SERVICE LLC | 180 RITTENHOUSE CIRCLE   BRISTOL, PA  19007 | WELLS FARGO BANK, NATIONAL ASSOCIATION, AS ADMINISTRATIVE AGENT | ☒ D ☐ E/F ☐ G |
| 2.114  ONE JEANSWEAR GROUP INC. | 1411 BROADWAY   NEW YORK, NY  10018 | WELLS FARGO BANK, NATIONAL ASSOCIATION, AS ADMINISTRATIVE AGENT | ☒ D ☐ E/F ☐ G |
| 2.115  US KIC TOP HAT LLC | 1411 BROADWAY   NEW YORK, NY  10018 | WELLS FARGO BANK, NATIONAL ASSOCIATION, AS ADMINISTRATIVE AGENT | ☒ D ☐ E/F ☐ G |
| 2.116  NINE WEST DISTRIBUTION LLC | 180 RITTENHOUSE CIRCLE   BRISTOL, PA  19007 | WESTROCK CP LLC | ☐ D ☐ E/F ☒ G |

| Debtor | KASPER GROUP LLC | Case number (if known) | 18-10949 |
| | Name | | |

**Additional Page if Debtor Has More Codebtors**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | Check all schedules that apply: |
| 2.117 | ONE JEANSWEAR GROUP INC. | 1411 BROADWAY    NEW YORK, NY  10018 | WESTROCK CP LLC | ☐ D  ☐ E/F  ☒ G |
| 2.118 | NINE WEST DEVELOPMENT LLC | 1411 BROADWAY    NEW YORK, NY  10018 | WGSN INC | ☐ D  ☐ E/F  ☒ G |
| 2.119 | NINE WEST DISTRIBUTION LLC | 180 RITTENHOUSE CIRCLE    BRISTOL, PA  19007 | WGSN INC | ☐ D  ☐ E/F  ☒ G |
| 2.120 | NINE WEST HOLDINGS, INC. | 180 RITTENHOUSE CIRCLE    BRISTOL, PA  19007 | WGSN INC | ☐ D  ☐ E/F  ☒ G |
| 2.121 | NINE WEST MANAGEMENT SERVICE LLC | 180 RITTENHOUSE CIRCLE    BRISTOL, PA  19007 | WGSN INC | ☐ D  ☐ E/F  ☒ G |
| 2.122 | ONE JEANSWEAR GROUP INC. | 1411 BROADWAY    NEW YORK, NY  10018 | WGSN INC | ☐ D  ☐ E/F  ☒ G |
| 2.123 | NINE WEST DEVELOPMENT LLC | 1411 BROADWAY    NEW YORK, NY  10018 | WILLIS TOWERS WATSON | ☐ D  ☐ E/F  ☒ G |
| 2.124 | NINE WEST DISTRIBUTION LLC | 180 RITTENHOUSE CIRCLE    BRISTOL, PA  19007 | WILLIS TOWERS WATSON | ☐ D  ☐ E/F  ☒ G |
| 2.125 | NINE WEST HOLDINGS, INC. | 180 RITTENHOUSE CIRCLE    BRISTOL, PA  19007 | WILLIS TOWERS WATSON | ☐ D  ☐ E/F  ☒ G |
| 2.126 | NINE WEST MANAGEMENT SERVICE LLC | 180 RITTENHOUSE CIRCLE    BRISTOL, PA  19007 | WILLIS TOWERS WATSON | ☐ D  ☐ E/F  ☒ G |
| 2.127 | ONE JEANSWEAR GROUP INC. | 1411 BROADWAY    NEW YORK, NY  10018 | WILLIS TOWERS WATSON | ☐ D  ☐ E/F  ☒ G |

| Debtor | KASPER GROUP LLC | Case number *(if known)* | 18-10949 |
|---|---|---|---|
| | Name | | |

### Additional Page if Debtor Has More Codebtors

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
| 2.128 | NINE WEST MANAGEMENT SERVICE LLC | 180 RITTENHOUSE CIRCLE    BRISTOL, PA  19007 | WWD-FN | ☐ D<br>☐ E/F<br>☒ G |
| 2.129 | ONE JEANSWEAR GROUP INC. | 1411 BROADWAY    NEW YORK, NY  10018 | WWD-FN | ☐ D<br>☐ E/F<br>☒ G |
| 2.130 | NINE WEST DEVELOPMENT LLC | 1411 BROADWAY    NEW YORK, NY  10018 | WWD-FN | ☐ D<br>☐ E/F<br>☒ G |
| 2.131 | NINE WEST DISTRIBUTION LLC | 180 RITTENHOUSE CIRCLE    BRISTOL, PA  19007 | WWD-FN | ☐ D<br>☐ E/F<br>☒ G |
| 2.132 | NINE WEST HOLDINGS, INC. | 180 RITTENHOUSE CIRCLE    BRISTOL, PA  19007 | WWD-FN | ☐ D<br>☐ E/F<br>☒ G |

Fill in this information to identify the case and this filing:

Debtor Name KASPER GROUP LLC

United States Bankruptcy Court for the: Southern _____ District of New York

Case number (*If known*): 18-10949 _____

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☒ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

☒ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☒ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☒ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☒ *Schedule H: Codebtors* (Official Form 206H)

☒ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐ Amended *Schedule* _____

☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐ *Other document that requires a declaration* _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  5/21/2018 _____          ✘ /s/ Ralph Schipani
            MM / DD / YYYY                      Signature of individual signing on behalf of debtor

                                                Ralph Schipani
                                                Printed name

                                                Vice President & Assistant Secretary _____
                                                Position or relationship to debtor

Official Form 202          **Declaration Under Penalty of Perjury for Non-Individual Debtors**          145