James H.M. Sprayregen, P.C.
Christopher J. Marcus, P.C.
**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
601 Lexington Avenue
New York, New York 10022
Telephone:    (212) 446-4800
Facsimile:     (212) 446-4900

James A. Stempel (admitted *pro hac vice*)
Joseph M. Graham (admitted *pro hac vice*)
Angela M. Snell (admitted *pro hac vice*)
**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
300 North LaSalle Street
Chicago, Illinois 60654
Telephone:    (312) 862-2000
Facsimile:     (312) 862-2200

*Counsel to the Debtors and Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| NINE WEST HOLDINGS, INC., *et al.*,[1] | Case No. 18-10947 (SCC) |
| Debtors. | (Jointly Administered) |

**NOTICE OF WITHDRAWAL OF THE DEBTORS' FIRST OMNIBUS OBJECTION TO CERTAIN (A) AMENDED CLAIMS, (B) DUPLICATE CLAIMS, AND (C) CLAIMS TO BE MODIFIED WITH RESPECT TO PROOF OF CLAIM NUMBER 680**

**PLEASE TAKE NOTICE** that on October 1, 2018, the above-captioned debtors and debtors in possession (collectively, the "Debtors") filed the *Debtors' First Omnibus Objection to Certain (A) Amended Claims, (B) Duplicate Claims, and (C) Claims to Be Modified* [Docket No. 708] (the "First Omnibus Claims Objection").[2]

**PLEASE TAKE FURTHER NOTICE** that on November 8, 2018, the Debtors filed the *Notice of Adjournment of the Debtors' First Omnibus Objection to Certain (A) Amended Claims,*

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Nine West Holdings, Inc. (7645); Jasper Parent LLC (4157); Nine West Management Service LLC (4508); Kasper Group LLC (7906); Kasper U.S. Blocker LLC (2390); Nine West Apparel Holdings LLC (3348); Nine West Development LLC (2089); Nine West Distribution LLC (3029); Nine West Jeanswear Holding LLC (7263); One Jeanswear Group Inc. (0179); and US KIC Top Hat LLC (3076). The location of the Debtors' service address is: 1411 Broadway, New York, New York 10018.

[2] Capitalized terms not otherwise defined herein shall have the same meanings set forth in the First Omnibus Claims Objection.

*(B) Duplicate Claims, and (C) Claims to Be Modified* [Docket No. 828], which adjourned the hearing on the First Omnibus Claims Objection with respect to Claim number 680 of Timothy Danser (the "Danser Claim") to December 13, 2018.

**PLEASE TAKE FURTHER NOTICE** that the Debtors hereby withdraw without prejudice the First Omnibus Claims Objection solely with respect to the Danser Claim. The Debtors reserve all rights to object to such Claim in the future on any grounds permitted by applicable law.

**PLEASE TAKE FURTHER NOTICE** that copies of the First Omnibus Claims Objection may be obtained free of charge by visiting the website of Prime Clerk LLC at https://cases.primeclerk.com/ninewest. You may also obtain copies of any pleadings by visiting the Court's website at http://www.nysb.uscourts.gov in accordance with the procedures and fees set forth therein.

[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]

| | |
|---|---|
| New York, New York<br>Dated:  November 27, 2018 | */s/ Joseph M. Graham*<br>James H.M. Sprayregen, P.C.<br>Christopher J. Marcus, P.C.<br>**KIRKLAND & ELLIS LLP**<br>**KIRKLAND & ELLIS INTERNATIONAL LLP**<br>601 Lexington Avenue<br>New York, New York 10022<br>Telephone:     (212) 446-4800<br>Facsimile:     (212) 446-4900<br><br>- and -<br><br>James A. Stempel (admitted *pro hac vice*)<br>Joseph M. Graham (admitted *pro hac vice*)<br>Angela M. Snell (admitted *pro hac vice*)<br>**KIRKLAND & ELLIS LLP**<br>**KIRKLAND & ELLIS INTERNATIONAL LLP**<br>300 North LaSalle Street<br>Chicago, Illinois 60654<br>Telephone:     (312) 862-2000<br>Facsimile:     (312) 862-2200<br><br>*Counsel to the Debtors and Debtors in Possession* |