James H.M. Sprayregen, P.C.
Christopher J. Marcus, P.C.
**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
601 Lexington Avenue
New York, New York 10022
Telephone:    (212) 446-4800
Facsimile:    (212) 446-4900

James A. Stempel (admitted *pro hac vice*)
Joseph M. Graham (admitted *pro hac vice*)
Angela M. Snell (admitted *pro hac vice*)
**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
300 North LaSalle Street
Chicago, Illinois 60654
Telephone:    (312) 862-2000
Facsimile:    (312) 862-2200

*Counsel to the Debtors and Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| NINE WEST HOLDINGS, INC., *et al.*,[1] | Case No. 18-10947 (SCC) |
| Debtors. | (Jointly Administered) |

**NOTICE OF CANCELLATION OF THE HEARING SCHEDULED FOR
DECEMBER 18, 2018, AND ADJOURNMENT OF DIP AMENDMENT MOTION**

**PLEASE TAKE NOTICE** that the hearing scheduled for **December 18, 2018, at 10:00 a.m. (prevailing Eastern Time)**, before the Honorable Shelley C. Chapman, United States Bankruptcy Judge, in Courtroom 623, One Bowling Green, New York, New York 10004-1408 (the "Court"), **has been cancelled**.

**PLEASE TAKE FURTHER NOTICE** that the *Debtors' Motion for Entry of an Order Authorizing the Debtors to (A) Enter into an Amendment to the Term DIP Facility and (B) Pay Certain Fees and Expenses* [Docket No. 923] (the "DIP Amendment Motion")[2] filed by the above-captioned debtors and debtors in possession (collectively, the "Debtors") will be adjourned to a hearing scheduled for **January 10, 2019, at 12:00 p.m. (prevailing Eastern Time)**, before the Court. The DIP Amendment Motion may be further continued from time to time by the Court or the Debtors without further notice other than by such adjournment being

---

[1]  The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Nine West Holdings, Inc. (7645); Jasper Parent LLC (4157); Nine West Management Service LLC (4508); Kasper Group LLC (7906); Kasper U.S. Blocker LLC (2390); Nine West Apparel Holdings LLC (3348); Nine West Development LLC (2089); Nine West Distribution LLC (3029); Nine West Jeanswear Holding LLC (7263); One Jeanswear Group Inc. (0179); and US KIC Top Hat LLC (3076). The location of the Debtors' service address is: 1411 Broadway, New York, New York 10018.

[2]  Capitalized terms used but not otherwise defined herein will have the meaning given to them in the DIP Amendment Motion.

announced in open court, by an agenda filed with the Court, or by a notice of adjournment filed with the Court and served on all parties entitled to notice.

**PLEASE TAKE FURTHER NOTICE** that any responses or objections by either the Official Committee of Unsecured Creditors or the Ad Hoc Group of Unsecured Noteholders to the relief requested in the DIP Amendment Motion must be filed and be served so as to be actually received by **January 3, 2019, at 4:00 p.m. (prevailing Eastern Time)** by the entities on the Master Service List (as defined in the case management order [Docket No. 107] and available on the Debtors' case website at https://cases.primeclerk.com/ninewest).[3]

**PLEASE TAKE FURTHER NOTICE** that only those responses that are timely filed, served, and received will be considered at the hearing. Failure to file a timely objection may result in entry of an order granting the DIP Amendment Motion as requested by the Debtors.

**PLEASE TAKE FURTHER NOTICE** that replies in support of the DIP Amendment Motion must be filed with the Court by **January 8, 2019, at 4:00 p.m. (prevailing Eastern Time)**, and served so as to be actually received by such time by the entities on the Master Service List.

**PLEASE TAKE FURTHER NOTICE** that copies of the DIP Amendment Motion and all documents in the Debtors' chapter 11 cases may be obtained free of charge by visiting the website of Prime Clerk LLC at https://cases.primeclerk.com/ninewest. You may also obtain copies of any pleadings by visiting the Court's website at http://www.nysb.uscourts.gov in accordance with the procedures and fees set forth therein.

[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]

---

[3] Please take notice that the original objection deadline to the DIP Amendment Motion was December 11, 2018, at 4:00 p.m. (prevailing Eastern Time) and no parties objected by that time. Prior to the original objection deadline, the Debtors agreed to extend the objection deadline for the Official Committee of Unsecured Creditors and the Ad Hoc Group of Noteholders as set forth in this notice.

| | |
|---|---|
| New York, New York<br>Dated:  December 17, 2018 | */s/ Joseph M. Graham*<br>James H.M. Sprayregen, P.C.<br>Christopher J. Marcus, P.C.<br>**KIRKLAND & ELLIS LLP**<br>**KIRKLAND & ELLIS INTERNATIONAL LLP**<br>601 Lexington Avenue<br>New York, New York 10022<br>Telephone:    (212) 446-4800<br>Facsimile:    (212) 446-4900<br><br>- and -<br><br>James A. Stempel (admitted *pro hac vice*)<br>Joseph M. Graham (admitted *pro hac vice*)<br>Angela M. Snell (admitted *pro hac vice*)<br>**KIRKLAND & ELLIS LLP**<br>**KIRKLAND & ELLIS INTERNATIONAL LLP**<br>300 North LaSalle Street<br>Chicago, Illinois 60654<br>Telephone:    (312) 862-2000<br>Facsimile:    (312) 862-2200<br><br>*Counsel to the Debtors and Debtors in Possession* |