James H.M. Sprayregen, P.C.
Christopher J. Marcus, P.C.
**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
601 Lexington Avenue
New York, New York 10022
Telephone:    (212) 446-4800
Facsimile:    (212) 446-4900

James A. Stempel (admitted *pro hac vice*)
Joseph M. Graham (admitted *pro hac vice*)
Angela M. Snell (admitted *pro hac vice*)
**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
300 North LaSalle Street
Chicago, Illinois 60654
Telephone:    (312) 862-2000
Facsimile:    (312) 862-2200

*Counsel to the Debtors and Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| NINE WEST HOLDINGS, INC., *et al.*,[1] | Case No. 18-10947 (SCC) |
| Debtors. | (Jointly Administered) |

**AMENDED[2] AGENDA FOR HEARING TO BE HELD**
**JANUARY 10, 2019, AT 12:00 P.M. (PREVAILING EASTERN TIME)**

| | |
|---|---|
| Time and Date of Hearing: | January 10, 2019, at 12:00 p.m. (prevailing Eastern Time) |
| Location of Hearing: | The Honorable Judge Shelley C. Chapman<br>United States Bankruptcy Court for the Southern District of New York<br>Alexander Hamilton Custom House<br>One Bowling Green, Courtroom No. 623<br>New York, New York 10004 |
| Copies of Motions: | A copy of each pleading can be viewed on the Court's website at http://www.nysb.uscourts.gov and the website of the Debtors' proposed notice and claims agent, Prime Clerk LLC, at https://cases.primeclerk.com/ninewest.  Further information may be obtained via email at ninewestinfo@primeclerk.com, or by calling toll free at (855) 628-7533, or internationally at (917) 651-0324. |

---

[1]  The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are:  Nine West Holdings, Inc. (7645); Jasper Parent LLC (4157); Nine West Management Service LLC (4508); Kasper Group LLC (7906); Kasper U.S. Blocker LLC (2390); Nine West Apparel Holdings LLC (3348); Nine West Development LLC (2089); Nine West Distribution LLC (3029); Nine West Jeanswear Holding LLC (7263); One Jeanswear Group Inc. (0179); and US KIC Top Hat LLC (3076).  The location of the Debtors' service address is:  1411 Broadway, New York, New York 10018.

[2]  **Amended items appear in bold.**

KE 58819367

**I.      CONTESTED MATTERS**

1.  ***DIP Motion***.  Debtors' Motion for Entry of an Order Authorizing the Debtors to (A) Enter into an Amendment to the Term DIP Facility and (B) Pay Certain Fees and Expenses. [Docket No. 923].

    Responses Received:

    A.  Objection by the Ad Hoc Group of Unsecured Noteholders to the Motion for Entry of an Order Authorizing the Debtors to (A) Enter into an Amendment to the Term DIP Facility and (B) Pay Certain Fees and Expenses [Docket No. 1035].

    B.  Objection of the Official Committee of Unsecured Creditors of Nine West Holdings, Inc., *et al*., to the Debtors' Motion to Amend the Term DIP Facility [Docket No. 1037].

    C.  Joinder of U.S. Bank National Association to Objection of the Official Committee of Unsecured Creditors of Nine West Holdings, Inc., *et al*., to the Debtors' Motion to Amend the Term DIP Facility [Docket No. 1038].

    Related Documents:

    A.  Notice of Filing Revised Exhibit to Debtors' Motion for Entry of an Order Authorizing the Debtors to (A) Enter into an Amendment to the Term DIP Facility and (B) Pay Certain Fees and Expenses [Docket No. 935].

    B.  Notice of Cancellation of the Hearing Scheduled for December 18, 2018, and Adjournment of DIP Amendment Motion [Docket No. 982].

    C.  Notice of Filing Revised Exhibit to Debtors' Motion for Entry of an Order Authorizing the Debtors to (A) Enter into an Amendment to the Term DIP Facility and (B) Pay Certain Fees and Expenses [Docket No. 1030].

    D.  **Notice of Filing Revised Exhibit to Debtors' Motion for Entry of an Order Authorizing the Debtors to (A) Enter into an Amendment to the Term DIP Facility and (B) Pay Certain Fees and Expenses [Docket No. 1059]**.

    E.  **Certificate of No Objection Regarding Debtors' Motion for Entry of an Order Authorizing the Debtors to (A) Enter into an Amendment to the Term DIP Facility and (B) Pay Certain Fees and Expenses [Docket No. 1060]**.

    Status:  This matter is going forward.

| | |
|---|---|
| New York, New York<br>Dated: January 9, 2019 | */s/ Joseph M. Graham*<br>James H.M. Sprayregen, P.C.<br>Christopher J. Marcus, P.C.<br>**KIRKLAND & ELLIS LLP**<br>**KIRKLAND & ELLIS INTERNATIONAL LLP**<br>601 Lexington Avenue<br>New York, New York 10022<br>Telephone:    (212) 446-4800<br>Facsimile:    (212) 446-4900<br><br>- and -<br><br>James A. Stempel (admitted *pro hac vice*)<br>Joseph M. Graham (admitted *pro hac vice*)<br>Angela M. Snell (admitted *pro hac vice*)<br>**KIRKLAND & ELLIS LLP**<br>**KIRKLAND & ELLIS INTERNATIONAL LLP**<br>300 North LaSalle Street<br>Chicago, Illinois 60654<br>Telephone:    (312) 862-2000<br>Facsimile:    (312) 862-2200<br><br>*Counsel to the Debtors and Debtors in Possession* |