**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |  |
|---|---|---|
| | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| NINE WEST HOLDINGS, INC., *et al.*,[1] | ) | Case No. 18-10947 (SCC) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

## AGREED SUPPLEMENTAL SCHEDULING ORDER FOR
## CONFIRMATION HEARING ON AMENDED PLAN

WHEREAS, confirmation of the Joint Chapter 11 Plan of the Reorganization of Nine West Holdings, Inc. and Its Debtor Affiliates [Docket No. 749] was scheduled to be considered at a hearing commencing on January 28, 2019 (the "Confirmation Hearing").

WHEREAS, on November 14, 2018, this Court entered the Agreed Scheduling Order for Confirmation [Docket No. 865] (the "Scheduling Order") governing pretrial deadlines for the Confirmation Hearing;

WHEREAS, on January 20, 2019, the Debtors filed the Second Amended Joint Chapter 11 Plan of Reorganization of Nine West Holdings, Inc. and Its Debtor Affiliates [Docket No. 1111] (as may be amended, supplemented, or otherwise modified from time to time, the "Second Amended Plan");

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are:  Nine West Holdings, Inc. (7645); Jasper Parent LLC (4157); Nine West Management Service LLC (4508); Kasper Group LLC (7906); Kasper U.S. Blocker LLC (2390); Nine West Apparel Holdings LLC (3348); Nine West Development LLC (2089); Nine West Distribution LLC (3029); Nine West Jeanswear Holding LLC (7263); One Jeanswear Group Inc. (0179); and US KIC Top Hat LLC (3076).  The location of the Debtors' service address is:  1411 Broadway, New York, New York 10018.

1

WHEREAS, confirmation of the Second Amended Plan is scheduled to be considered at the Confirmation Hearing now commencing at 9:30 a.m. Prevailing Eastern Time ("ET") on February 1, 2019;

WHEREAS, good cause exists to supplement the Scheduling Order as set forth herein;

WHEREAS, the Parties have met and conferred regarding the scheduling of pretrial dates relating to the Confirmation Hearing; and

WHEREAS, the Court, being duly advised, has considered the proposed supplemental schedule in connection with the Confirmation Hearing;

IT IS HEREBY ORDERED THAT:

1.      Unless modified within this Supplemental Scheduling Order, all of the provisions, dates and deadlines agreed to previously by the parties and ordered by the Court in the Scheduling Order, shall remain in full force and effect.

2.      The parties have agreed to the following supplemental deadlines (the "Supplemental Schedule") as specified below:

| Date | Event |
|---|---|
| **Friday, November 30, 2018 – Friday February 1, 2019** | **Fact Witness Depositions**. Parties to conduct fact witness depositions.  The Parties shall give at least four business days' notice of fact witness depositions and will cooperate in scheduling depositions given witness availability. |
| **Tuesday, January 8, 2019 – Tuesday, January 29, 2019** | **Expert Witness Depositions.**  Parties to conduct expert witness depositions. |

| Date | Event |
|---|---|
| **Saturday, January 19, 2019** | **Service of Plan Supporter Expert Report Updates.** The date on which Plan Supporters shall serve any updates to reports previously prepared by expert witnesses and produce any supplemental reliance materials.  The Parties reserve all rights to object to these disclosures, including to the disclosure of any new expert opinions. |
| **Tuesday, January 22, 2019** | **Deadline for Witness and Trial Exhibit Lists.**  The deadline on which Parties must simultaneously exchange witness and trial exhibit lists.  Witness and exhibits lists may be supplemented based on depositions taken after this date or for good cause shown. |
| **Wednesday, January 23, 2019** | **Plan Objector Expert Report Updates.**  The date on which Plan Objectors shall provide any updates to reports previously prepared by expert witnesses and produce any supplemental reliance materials.  The Parties reserve all rights to object to these disclosures, including to the disclosure of any new expert opinions. |

| Date | Event |
|---|---|
| **Thursday, January 24, 2019** | **Plan Objection Deadline – 12 pm ET.**  Deadline to file any objections to the proposed Plan and/or Settlement, and briefs in opposition to confirmation of the proposed Plan and/or Settlement, and replies in support of the STN Motion.<br><br>**Deadline to Exchange Deposition Designations.**  The deadline by which Parties must simultaneously exchange a list of deposition designations for depositions with final transcripts received by Parties by January 22, 2019.  For final transcripts received after January 22, 2019, designations must be provided within two days of receipt.<br><br>**Motions in Limine Deadline.**  The deadline by which Parties must file any motions in limine, including *Daubert* motions.  Memoranda of Law in support of any such Motions are limited to **8 pages** in length.  With respect to potential motions in limine arising from depositions that have not occurred by January 23, 2019, such motions must be filed two days following receipt of the final transcript.[2] |
| **Thursday, January 24, 2019 2 pm ET** | **Pretrial Conference.**  The date on which Parties shall participate in a pretrial conference. |
| **Sunday, January 27, 2019** | **Deadline for Objections to Witness Lists.**  The deadline by which Parties must serve objections to final witness lists.<br><br>**Deadline for Supplemental Plan Documents - 5 pm ET.**  The deadline by which the Debtors must file the Plan Supplement documents identified in the Committee's reservation of rights [Docket No. 1126]. |

---

[2] The time for filing motions in limine arising from Mr. Ordway's January 25, 2019 deposition passed as the Parties were discussing parameters for the revised schedule.  As such, motions in limine arising from Mr. Ordway's January 25, 2019 deposition, if any, may be filed by Tuesday, January 29, 2019.

| Date | Event |
|---|---|
| **Tuesday, January 29, 2019** | **Deadline for Exchange of Counter-Designations and Objections to Designations.**  The deadline by which Parties exchange counter-designations and objections to deposition designations. |
| **Wednesday, January 30, 2019** | **Deadline for Oppositions to Motions in Limine - 10 am ET.**  The deadline by which Parties must file oppositions to any motions in limine. Memoranda of law in oppositions are limited to **8 pages** in length. With respect to potential motions in limine filed after January 24, 2019, the Parties must file oppositions to such motions within two days of receipt.<br><br>**Deadline for Objections to Trial Exhibit Lists - 5 pm ET.**  The deadline by which Parties must serve objections to final trial exhibit lists.<br><br>**Confirmation Brief Deadline – 5 pm ET.**  Deadline to file any briefs in support of confirmation of the proposed Plan and/or Settlement in response to the Plan Objections. |
| **Thursday, January 31, 2019 10 am ET** | **Hearing on Motions in Limine.**  The date on which Parties shall, subject to the Court's availability, participate in hearings regarding their motions in limine. |
| **Thursday, January 31, 2019** | **Deadline for Objections to Counter-Designations**. The deadline by which Parties exchange objections to deposition counter-designations. |
| **Friday, February 1, 2019 – Friday, February 15, 2019; Monday February 25, 2019 – Wednesday, February 27, 2019** | **Confirmation Hearing Dates.** |

3.        Failure to comply with any of the dates or deadlines set forth in the Scheduling

Order, as supplemented by the above Supplemental Schedule, may be a waiver of the applicable

event by the non-complying participating Party.

4.        **Amendments or Modifications.**  The Court may amend or modify the terms of

this Order for good cause shown.

5.        **Retention of Jurisdiction.**  This Court shall retain jurisdiction over any and all

matters arising from or related to the interpretation of this Order.


Dated:   January 28, 2019            /S/ Shelley C. Chapman
         New York, New York          HONORABLE SHELLEY C. CHAPMAN
                                     UNITED STATES BANKRUPTCY JUDGE