James H.M. Sprayregen, P.C.
Christopher J. Marcus, P.C.
**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
601 Lexington Avenue
New York, New York 10022
Telephone:   (212) 446-4800
Facsimile:    (212) 446-4900

James A. Stempel (admitted *pro hac vice*)
Joseph M. Graham (admitted *pro hac vice*)
Angela M. Snell (admitted *pro hac vice*)
**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
300 North LaSalle Street
Chicago, Illinois 60654
Telephone:   (312) 862-2000
Facsimile:    (312) 862-2200

*Counsel to the Debtors and Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| NINE WEST HOLDINGS, INC., *et al.*,[1] | ) | Case No. 18-10947 (SCC) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

**NOTICE OF ADJOURNMENT OF THE CONFIRMATION HEARING**

**PLEASE TAKE NOTICE** that the hearing (the "Confirmation Hearing") to consider confirmation of the *Debtors' Second Amended Joint Plan of Reorganization Pursuant to Chapter 11 of the Bankruptcy Code* [Docket No. 1111] (as may be amended or modified from time to time, the "Plan") that currently is scheduled to commence on February 1, 2019, at 10:00 a.m., prevailing Eastern Time, has been **adjourned** to **February 4, 2019, at 9:30 a.m., prevailing Eastern Time**, before the Honorable Shelley C. Chapman, in the United States Bankruptcy Court for the Southern District of New York, located at One Bowling Green, New York, New York 10004-1408.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Nine West Holdings, Inc. (7645); Jasper Parent LLC (4157); Nine West Management Service LLC (4508); Kasper Group LLC (7906); Kasper U.S. Blocker LLC (2390); Nine West Apparel Holdings LLC (3348); Nine West Development LLC (2089); Nine West Distribution LLC (3029); Nine West Jeanswear Holding LLC (7263); One Jeanswear Group Inc. (0179); and US KIC Top Hat LLC (3076). The location of the Debtors' service address is: 1411 Broadway, New York, New York 10018.

KE 59310880

**PLEASE TAKE FURTHER NOTICE** that certain deadlines related to the Confirmation Hearing have been amended, supplemented, or otherwise modified as follows:

| Date | Event |
|---|---|
| **Wednesday, January 30, 2019** | **Deadline for Oppositions to Motions in Limine – 5 pm ET.** The deadline by which Parties must file oppositions to the motions in limine filed at Docket Nos. 1131 (only with respect to Mr. Wooten), 1132, 1133, 1134, and 1135. Memoranda of Law in in oppositions are limited to **8 pages** in length.<br><br>**Supplemental or New Motion in Limine Deadline – 5 pm ET.** The deadline by which Parties must file any new or supplemental motions in limine arising from the depositions of Messrs. Ordway, Burian, Kurtz, Snyder, and Wooten, if any. |
| **Thursday, January 31, 2019** | **Deadline for Oppositions to Motions in Limine – 5 pm ET.** The deadline by which Parties must file oppositions to the motions in limine filed at Docket Nos. 1130 and 1131 (only with respect to Mr. Ordway), and by which Parties must file oppositions to any new or supplemental motions in limine arising from the depositions of Messrs. Ordway, Burian, Kurtz, Snyder, and Wooten, if any.<br><br>**Sycamore Confirmation Brief Deadline – 5 pm ET.** Deadline for Sycamore to file a brief in support of confirmation of the proposed Plan and/or Settlement in response to the Plan Objections. |

| Date | Event |
|---|---|
| **Friday, February 1, 2019** | **Plan Supporter Confirmation Brief Deadline – 10 am ET.** Deadline for parties other than Sycamore and the Debtors, which have been addressed separately, to file any substantive briefs in support of confirmation of the proposed Plan and/or Settlement in response to the Plan Objections.<br><br>**Debtors Confirmation Brief Deadline – 12 pm ET.** Deadline for the Debtors to file a brief in support of confirmation of the proposed Plan and/or Settlement in response to the Plan Objections. |
| **Friday, February 1, 2019** | **Hearing on Motions in Limine – 12:00 pm ET.** |
| **February 4, 2019** | **Opening Statements – 9:30 am ET.** |
| **Monday, February 4, 2019 – Friday, February 15, 2019; Monday February 25, 2019 – Wednesday, February 27, 2019** | **Confirmation Hearing Dates.** |

**PLEASE TAKE FURTHER NOTICE** that the Confirmation Hearing may be further continued from time to time by announcing such continuance in open court or otherwise, without further notice to parties in interest.

**PLEASE TAKE FURTHER NOTICE** that the Plan and copies of all documents filed in these chapter 11 cases are available free of charge by (a) calling the Debtors' restructuring hotline at (855) 628-7533 within the United States or Canada or, outside of the United States or Canada, by calling +1 (917) 651-0324; (b) visiting https://cases.primeclerk.com/ninewest; and/or (c) writing to Nine West Holdings, Inc. Ballot Processing, c/o Prime Clerk, LLC, 830 3rd Avenue,

3

3rd Floor, New York, New York 10022.  You may also obtain copies of any pleadings filed in these chapter 11 cases for a fee via PACER at: http://www.nysb.uscourts.gov.

| | |
|---|---|
| New York, New York<br>Dated:  January 30, 2019 | */s/ Joseph M. Graham*<br>James H.M. Sprayregen, P.C.<br>Christopher J. Marcus, P.C.<br>**KIRKLAND & ELLIS LLP**<br>**KIRKLAND & ELLIS INTERNATIONAL LLP**<br>601 Lexington Avenue<br>New York, New York 10022<br>Telephone:     (212) 446-4800<br>Facsimile:      (212) 446-4900<br><br>- and -<br><br>James A. Stempel (admitted *pro hac vice*)<br>Joseph M. Graham (admitted *pro hac vice*)<br>Angela M. Snell (admitted *pro hac vice*)<br>**KIRKLAND & ELLIS LLP**<br>**KIRKLAND & ELLIS INTERNATIONAL LLP**<br>300 North LaSalle Street<br>Chicago, Illinois 60654<br>Telephone:     (312) 862-2000<br>Facsimile:      (312) 862-2200<br><br>*Counsel to the Debtors and Debtors in Possession* |

KE 59310880