**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

In re  NINE WEST HOLDINGS, INC. et al.,
      Debtors

Case No. 18-10947 (SCC)

Reporting Period: 12/2/18 - 12/31/18

Federal Tax I.D. # 22-3497645

**CORPORATE MONTHLY OPERATING REPORT**

| REQUIRED DOCUMENTS | FORM NO. | DOCUMENT ATTACHED | EXPLANATION ATTACHED |
|---|---|---|---|
| Schedule of Cash Receipts and Disbursements | MOR-1 | Yes | No |
| Bank Reconciliation (or copies of debtor's bank reconciliations) | MOR-1 (CON'T) | Yes | No |
|   Copies of bank statements | | | |
|   Cash disbursements journals | | | |
| Statement of Operations | MOR-2 | Yes | No |
| Balance Sheet | MOR-3 | Yes | No |
| Status of Post-petition Taxes | MOR-4 | Yes | No |
|   Copies of IRS Form 6123 or payment receipt | | | |
|   Copies of tax returns filed during reporting period | | | |
| Summary of Unpaid Accounts Payable | MOR-4 | Yes | No |
|   Listing of Aged Accounts Payable | | | |
| Accounts Receivable Reconciliation and Aging | MOR-5 | Yes | No |
| Payments to Insiders and Professional | MOR-6 | Yes | No |
| Post Petition Status of Secured Notes | MOR-6 | Yes | No |
| Debtor Questionnaire | MOR-7 | Yes | No |

I declare under penalty of perjury (28 U.S.C. Section 1746) that this report and the attached documents are true and correct to the best of my knowledge and belief.

_/s/ [signature]_
Signature of Authorized Individual

Ralph Schipani
Printed Name of Authorized Individual

1/31/2019
Date

Interim CEO
Title

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In re NINE WEST HOLDINGS, INC. et al.,    Case No. 18-10947 (SCC)
Debtors

Reporting Period: 12/2/18 - 12/31/18

Federal Tax I.D. # 22-3497645

**LISTING OF DEBTOR ENTITIES & NOTES TO THE MONTHLY OPERATING REPORT**

**GENERAL:**

The report includes activity from the following Debtors and related case numbers

| Debtor | Case Number |
|---|---|
| Jasper Parent LLC | 18-10948 |
| Nine West Holdings, Inc. | 18-10947 |
| One Jeanswear Group Inc. | 18-10958 |
| Nine West Management Service LLC | 18-10957 |
| Nine West Distribution LLC | 18-10954 |
| Nine West Development LLC | 18-10953 |
| Nine West Jeanswear Holding LLC | 18-10956 |
| Nine West Apparel Holdings LLC | 18-10951 |
| Kasper Group LLC | 18-10949 |
| US KIC Top Hat LLC | 18-10959 |
| Kasper US Blocker LLC | 18-10950 |

**General Notes:**

On April 6, 2018 (the "Petition Date"), each of the Debtors filed voluntary petitions for relief under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code") in the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court"). The Debtors' chapter 11 cases are jointly administered for procedural purposes only under Nine West Holdings, Inc, No. 18-10947 (SCC) (S.D.N.Y.) pursuant to an order entered by the Bankruptcy Court on April 6, 2018 [Docket No. 3]. On April 19, 2018, the United States Trustee for Region 2 (the "U.S. Trustee") appointed an official committee of unsecured creditors pursuant to section 1102(a) of the Bankruptcy Code [Docket No. 126, 130]. The Debtors continue to operate their business and manage their properties as debtors in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code.

The financial information has been derived from the books and records of the Debtors. This information, however, has not been subject to certain procedures that would typically be applied to financial information in accordance with U.S. GAAP, and upon application of such procedures, the Debtors believe that the financial information could be subject to changes, which could be material. The information furnished in this report includes primarily normal recurring adjustments, but does not include all adjustments that would typically be made for financial statements prepared in accordance with U.S. GAAP, including but not limited to, adjustments for income tax provisions and related deferred tax asset and liability accounts and certain other asset and liability accounts.

The Debtors reserve all rights to amend or supplement this Monthly Operating Report in all respects, as may be necessary or appropriate. Nothing contained in this Monthly Operating Report shall constitute a waiver of any of the Debtors' rights or an admission with respect to their chapter 11 cases.

The Debtors are filing their consolidated Monthly Operating Report solely for the purposes of complying with the monthly operating reporting requirements applicable in the Debtors' chapter 11 cases. The financial and supplemental information contained herein is presented on a preliminary and unaudited basis, remains subject to future adjustments and may not comply in all material respects with generally accepted accounting principles in the United States of America ("U.S. GAAP"). This Monthly Operating Report should not be relied on by any persons for information relating to current or future financial conditions, events, or performance of any of the Debtors or their affiliates. Financial information presented in this Monthly Operating Report reflects results for Nine West Holdings, Inc.

The results of operations contained herein are not necessarily indicative of results that may be expected for any other period or for the full year and may not necessarily reflect the combined results of operations and financial position of the Debtors in the future.

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

In re <u>NINE WEST HOLDINGS, INC. et al.,</u>          Case No. <u>18-10947 (SCC)</u>
**Debtors**

Reporting Period: <u>12/2/18 - 12/31/18</u>

Federal Tax I.D. # <u>22-3497645</u>

### NOTES TO THE MONTHLY OPERATING REPORT

**Notes to MOR-1:**
Nine West Holdings Inc. makes disbursement on behalf of other Debtor entities. The above represents the disbursements made on behalf of each affiliated Debtor.

**Notes to MOR-2 & MOR-3:**
The information contained in MOR-2 & MOR-3 is provided to fulfill the requirements of the Office of the United States Trustee. All information contained in MOR-2 and MOR-3 is preliminary, unaudited and subject to future adjustment based on the Company's year end audit.

**Notes to MOR-4:**
The Debtors have received approval to pay prepetition tax and fee obligations, including, without limitation, sales, use and excise taxes, franchise taxes, real and property taxes, income taxes, and certain other taxes due in the normal course of business through certain First Day Motions. As such, the applicable taxes had been paid when due except for amounts that are in dispute, if any.

The tax roll-forward only reflects the payment of post-petition taxes. Due to the volume of transactions related to tax returns and payments, these items will be made available upon request.

The Debtors are current on post-petition payables, taking into consideration pending credits and adjustments and disputes that arise in the ordinary course of business.

**Notes to MOR-5:**
The Debtors reconcile and age individual customer accounts receivables in the normal course of the Debtors' operations.

**Notes to MOR-6:**
Of the total disbursements shown in the Schedule of Cash Receipts and Disbursements (MOR-1), approximately $6.9m of payments were made to Professionals.

**In re** NINE WEST HOLDINGS, INC. et al.,                                                                 Case No. 18-10947 (SCC)

**Debtors**                                                                                                Reporting Period: 12/2/18 - 12/31/18

### SCHEDULE OF CASH RECEIPTS AND DISBURSEMENTS

| CASE NO. | CASE NAME | CASH RECEIPTS | CASH DISBURSEMENTS |
|---|---|---:|---:|
| 18-10948 | Jasper Parent LLC | $ - | $ - |
| 18-10947 | Nine West Holdings, Inc.[1] | 19,658,453 | 47,858,589 |
| 18-10958 | One Jeanswear Group Inc. | 43,741,599 | 39,543,196 |
| 18-10957 | Nine West Management Service LLC | 357,632 | 11,400,935 |
| 18-10954 | Nine West Distribution LLC | - | 862,796 |
| 18-10953 | Nine West Development LLC | 33,750 | 74,145 |
| 18-10956 | Nine West Jeanswear Holding LLC | - | - |
| 18-10951 | Nine West Apparel Holdings LLC | - | - |
| 18-10949 | Kasper Group LLC | 23,547,424 | 20,097,998 |
| 18-10959 | US KIC Top Hat LLC | - | - |
| 18-10950 | Kasper US Blocker LLC | - | - |
|  |  |  |  |
|  | **Total Debtors** | **$ 87,338,858** | **$ 119,837,659** |

**Notes:**

[1] Nine West Holdings, Inc. cash disbursements includes the ABL paydown value for the Reporting Period of $36.3 million.

| In re | NINE WEST HOLDINGS, INC. et al., | | Case No. | 18-10947 (SCC) |
|---|---|---|---|---|
| | Debtors | | Reporting Period: | 12/2/18 - 12/31/18 |

## BANK ACCOUNT RECONCILIATIONS[2]

*Balance as of 12/31/2018*

| Legal Entity | Case Number | Bank/Account Description | Account Number [1] | Ending Bank Balance |
|---|---|---|---|---|
| Nine West Holdings Inc. | 18-10947 | Bank of America/Operating Account | Ending 9362 | $217,666 |
| Nine West Holdings Inc. | 18-10947 | Bank of America/Disbursement - AP (via wires) | Ending 3058 | $0 |
| Nine West Holdings Inc. | 18-10947 | Bank of America/Lockbox (#277512) | Ending 2882 | $589,163 |
| Nine West Holdings Inc. | 18-10947 | Bank of America/Receipt - International | Ending 3598 | $100,000 |
| Nine West Holdings Inc. | 18-10947 | Wells Fargo/WF Master Operating | Ending 1550 | $2,261,702 |
| Nine West Holdings Inc. | 18-10947 | Wells Fargo/Disbursement - Payroll | Ending 4014 | $0 |
| Nine West Holdings Inc. | 18-10947 | Wells Fargo/Disbursement - AP (via ACH) | Ending 6820 | $0 |
| Nine West Holdings Inc. | 18-10947 | Wells Fargo/Disbursement - AP (via EDI) | Ending 6833 | $0 |
| Nine West Holdings Inc. | 18-10947 | Wells Fargo/Receipts - Retail | Ending 0583 | $0 |
| Nine West Holdings Inc. | 18-10947 | Wells Fargo/Disbursement - AP (via checks) | Ending 7833 | $0 |
| Nine West Development LLC | 18-10953 | Wells Fargo/Disbursement - AP (via ACH, checks, EDI) | Ending 3536 | $0 |
| Nine West Development LLC | 18-10953 | Wells Fargo/Receipts - Licensing | Ending 2563 | $0 |
| Nine West Holdings Inc. | 18-10947 | Wells Fargo/WF Master Collections | Ending 3990 | $33,750 |
| Nine West Holdings Inc. | 18-10947 | Wells Fargo/Receipt - Easy Spirit Credit Card | Ending 4094 | $0 |
| Nine West Holdings Inc. | 18-10947 | Wells Fargo/Receipt - Credit Card | Ending 6185 | $42,965 |
| Nine West Holdings Inc. | 18-10947 | Wells Fargo/Receipt - from International | Ending 2531 | $0 |
| Nine West Holdings Inc. | 18-10947 | Citibank/Disbursement - Inventory | Ending 9196 | $31,230 |
| One Jeanswear Group Inc. | 18-10958 | Bank of America/Indonesia Local | Ending 3015 | $84,358 |
| Nine West Holdings, Inc. | 18-10947 | Wells Fargo Bank/Utilities | Ending 7746 | $179,422 |
| Nine West Holdings, Inc. | 18-10947 | Wells Fargo Bank/Term Loan Account | Ending 1863 | $12,523,854 |

**Notes:**

[1] Last four digits of account number.

[2] Information is presented above for the 20 Corporate Bank accounts. Balances are as of December 31, 2018. Copies of Bank Statements and Cash Disbursement journals were not included with the MOR, as these items will be made available upon request.

| | | | |
|---|---|---|---|
| In re | NINE WEST HOLDINGS, INC. et al., | Case No. | 18-10947 (SCC) |
| | Debtors | | |
| | | Reporting Period: | 12/2/18 - 12/31/18 |

## STATEMENT OF OPERATIONS [1]

See attached

**Notes:**

[1] The financial statements contained in this exhibit are unaudited. While the Debtors have made every reasonable effort to ensure that these financial statements are accurate and complete based upon information that was available at the time of preparation, the subsequent receipt of information may result in material changes in the data contained in these financial statements, and inadvertent errors or omissions may exist. To the extent the Debtors discover additional information that may differ materially from the information set forth in the financial statements contained herein, the Debtors reserve all rights to amend, supplement or otherwise modify this Monthly Operating Report as they deem necessary or appropriate.

| | |
|---|---|
| In re  NINE WEST HOLDINGS, INC. et al., | Case No. 18-10947 (SCC) |
| **Debtors** | |
| | Reporting Period: 12/2/18 - 12/31/18 |

# BALANCE SHEET [1]

See attached

**Notes:**

[1] The financial statements contained in this exhibit are unaudited. While the Debtors have made every reasonable effort to ensure that these financial statements are accurate and complete based upon information that was available at the time of preparation, the subsequent receipt of information may result in material changes in the data contained in these financial statements, and inadvertent errors or omissions may exist. To the extent the Debtors discover additional information that may differ materially from the information set forth in the financial statements contained herein, the Debtors reserve all rights to amend, supplement or otherwise modify this Monthly Operating Report as they deem necessary or appropriate.

| In re | NINE WEST HOLDINGS, INC. et al., | Case No. | 18-10947 (SCC) |
|---|---|---|---|
| | Debtors | | |
| | | Reporting Period: | 12/2/18 - 12/31/18 |

## STATUS OF POST-PETITION TAXES

| | Beginning Tax | Amount Withheld and/or Accrued | Amount Paid | Ending Tax |
|---|---:|---:|---:|---:|
| Sales & Use Tax | $ 34,360 | $ 102,002 | $ (44,360) | $ 92,002 |
| Real Property Tax | 35,663 | 27,807 | (112,661) | (49,191) |
| Personal Property Tax | 17,525 | 27,257 | (36,495) | 8,287 |
| Income Taxes | - | 796,500 | (796,500) | - |
| Other Taxes and Fees incl. NYC Rent Tax | 135,172 | 35,149 | (135,172) | 35,149 |
| Payroll Taxes | 79,086 | 2,352,632 | (2,330,155) | 101,563 |
| **Total Taxes** | **$ 301,806** | **$ 3,341,347** | **$ (3,455,342)** | **$ 187,811** |

## SUMMARY OF UNPAID POST-PETITION DEBTS[1]

| | Number of Days Past Due | | | | |
|---|---:|---:|---:|---:|---:|
| | Current | 0-30 | 31-60[2] | 61-90[2] | Total |
| **Combined** | $ 59,431,098 | $ - | $ 72,718 | $ 875,845 | $ 59,616,920 |

**Notes:**

[1] The Debtors Summary of Unpaid Post-Petition Debts includes invoices received prior to and after the petition date for post-petition merchandise and services. The invoices are aged from the date the invoices were received. The Debtors are current on post-petition payables, taking into consideration pending credits and adjustments and disputes that arise in the ordinary course of business.

[2] Invoices classified as 31-90 days past due result from inventory payables that became the responsibility of Authentic Brands Group ("ABG") upon their purchase of our Nine West/Bandolino footwear and handbag business on July 3, 2018. These payables will be paid upon receipt of reimbursements from ABG which ABG pays monthly pursuant to the terms of the Transition Services Agreement.

**In re** <u>NINE WEST HOLDINGS, INC. et al.,</u>　　　　　　　　　　　　　　　　　Case No. <u>18-10947 (SCC)</u>
　　　　**Debtors**

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Reporting Period: <u>12/2/18 - 12/31/18</u>

## ACCOUNTS RECEIVABLE RECONCILIATION AND AGING

See attached.

In re <u>NINE WEST HOLDINGS, INC. et al.,</u>
    **Debtors**

Case No. <u>18-10947 (SCC)</u>

Reporting Period: <u>12/2/18 - 12/31/18</u>

| PAYMENTS TO INSIDERS | | | |
|---|---|---|---|
| **Name** | **Type of Payment** | **Amount Paid** | **Total Paid to Date** |
| Capiola, James | Bi-Weekly Payroll, 401K Match | $0 | $180,865 |
| Curione, Karen | Bi-Weekly Payroll, 401K Match | $22,692 | $170,233 |
| Dodderidge, Nancy M | Bi-Weekly Payroll | $16,154 | $156,261 |
| Fishman, Daniel | Bi-Weekly Payroll, 401K Match, Medical/Dental | $38,496 | $375,288 |
| Gentile, Laurie | Bi-Weekly Payroll | $23,077 | $227,000 |
| Gross, Jack | Bi-Weekly Payroll, Car Allowance | $93,783 | $768,755 |
| Lind, Patricia A | Bi-Weekly Payroll, 401K Match | $30,769 | $297,000 |
| Margulies, Ira | Bi-Weekly Payroll | $25,365 | $240,965 |
| Marks, Gregg | Bi-Weekly Payroll, 401K Match, Medical/Dental | $72,740 | $689,138 |
| Miller, Alan | Director Fees | $10,000 | $80,000 |
| Neeman, George | Bi-Weekly Payroll, 401K Match | $16,000 | $152,007 |
| Schipani, Ralph | Expense Reimbursement[2] | $1,916 | $12,523 |
| Tepner, Harvey | Director Fees | $0 | $140,000 |
| Troy, Stephen | Bi-Weekly Payroll, 401K Match | $24,022 | $232,472 |
| **Total Payments To Insiders**[1] | | **$375,014** | **$3,722,508** |

**Notes:**

[1] The Debtors define "insiders" to include directors and officers of the Debtor entities. The Debtors do not take any position with respect to: (a) such person's influence over the control of the Debtors; (b) the management responsibilities or functions of such individual; (c) the decision-making or corporate authority of such individual; or (d) whether such individual could successfully argue that he or she is not an "insider" under applicable law, including the federal securities laws, or with respect to any theories of liability or for any other purpose.

[2] The Company directly pays Bank of America, the Company's corporate card provider.

**PAYMENTS TO PROFESSIONALS**

| PROFESSIONALS | | |
|---|---|---|
| **Name** | **Amount Paid During Month** | **Total Paid To Date** |
| Kirkland & Ellis LLP | $1,658,511 | $10,682,711 |
| Lazard Freres & Co. LLC | $315,401 | $1,698,480 |
| Alvarez & Marsal North America, LLC | $0 | $5,726,224 |
| Consensus Advisory Services LLC | $0 | $3,413,046 |
| Prime Clerk LLC | $276,988 | $1,409,678 |
| Deloitte US LLP | $111,264 | $436,192 |
| BDO US LLP | $36,719 | $148,587 |
| Munger, Tolles & Olsen, LLP | $1,540,491 | $2,970,689 |
| Berkeley Research Group, LLC | $543,199 | $1,353,836 |
| Akin Gump Strauss Hauer & Feld LLP | $1,445,693 | $12,940,737 |
| Kasowitz Benson Torres LLP | $324,688 | $1,157,026 |
| Houlihan Lokey LLC | $121,449 | $974,380 |
| Protiviti | $500,172 | $4,047,774 |
| Province | $71,748 | $353,323 |
| **Total Payments To Professionals** | **$6,946,322** | **$47,312,682** |

**In re** NINE WEST HOLDINGS, INC. et al.,　　　　　　　　　　　　　　　　　　　　　　Case No.　18-10947 (SCC)
**Debtors**

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Reporting Period: 12/2/18 - 12/31/18

**DIP Financing (Term Loan & ABL) - Period to Date**

| Name of Creditor | Beginning Balance | Additional Draws | Paydowns | Ending Balance |
|---|---|---|---|---|
| DIP ABL Financing | $ 82,916,470 | $ 25,996,145 | $ (36,277,125) | $ 72,635,490 |
| DIP FILO Financing | $ 22,523,513 | $ - | $ - | $ 22,523,513 |
| DIP Term Loan Financing | $ 50,000,000 | $ - | $ - | $ 50,000,000 |

**Summary of the DIP Financing Draws:**

As of the end of the Reporting Period, the Debtors had $72.6 million outstanding on the DIP ABL Financing and $22.5 million outstanding on the DIP FILO Financing and $50.0 million in ending balance for the DIP Term Loan Financing.

18-10947-scc    Doc 1186    Filed 01/31/19    Entered 01/31/19 16:23:20    Main Document
Pg 12 of 19

**In re** <u>NINE WEST HOLDINGS, INC. et al.,</u>                                   **Case No.** <u>18-10947 (SCC)</u>
**Debtors**

**Reporting Period:** <u>12/2/18 - 12/31/18</u>

**DEBTOR QUESTIONNAIRE**

| Must be completed each month.  If the answer to any of the questions is "Yes", provide a detailed explanation of each item.  Attach additional sheets if necessary. | Yes | No |
|---|---|---|
| Have any assets been sold or transferred outside the normal course of business this reporting period? | | X |
| Have any funds been disbursed from any account other than a debtor in possession account this reporting period? | | X |
| Is the Debtor delinquent in the timely filing of any post-petition tax returns? | | X |
| Are workers compensation, general liability or other necessary insurance coverages expired or cancelled, or has the debtor received notice of expiration or cancellation of such policies? | | X |
| Is the Debtor delinquent in paying any insurance premium payment? | | X |
| Have any payments been made on pre-petition liabilities this reporting period? | X[1] | |
| Are any post petition receivables (accounts, notes or loans) due from related parties? | | X |
| Are any post petition payroll taxes past due? | | X |
| Are any post petition State or Federal income taxes past due? | | X |
| Are any post petition real estate taxes past due? | | X |
| Are any other post petition taxes past due? | | X |
| Have any pre-petition taxes been paid during this reporting period? | | X |
| Are any amounts owed to post petition creditors delinquent? | | X |
| Are any wage payments past due? | | X |
| Have any post petition loans been  received by the Debtor from any party? | | X |
| Is the Debtor delinquent in paying any U.S. Trustee fees? | | X |
| Is the Debtor delinquent with any court ordered payments to attorneys or other professionals? | | X |
| Have the owners or shareholders received any compensation outside of the normal course of business? | | X |

**Notes:**

[1] Pursuant to the relief requested under "First Day Motions" and their respective interim and final orders, certain payments have been made on prepetition obligations (e.g. employee related obligations, customer programs, sales & use taxes, lien claimant, import claimants, foreign vendors, critical vendors, and 503b9 claimants).

FORM MOR-7
Page 12 of 12

# NINE WEST HOLDINGS, INC., et al.,
## (Debtors-in-Possession)

## Monthly Operating Report
## For the Period Ended December 31, 2018

**NINE WEST HOLDINGS, INC., et al.,**
**(Debtors in Possession)**

**INDEX TO CONDENSED CONSOLIDATED FINANCIAL STATEMNTS AND SCHEDULE**
**(UNAUDITED)**

|  | Page |
|---|---|
| Unaudited Financial Statements: | |
|    Condensed Consolidated Balance Sheet | 3 |
|    Condensed Consolidated Statements of Operations | 4 |
|    Notes to Condensed Consolidated Financial Statements | 5 |
| Schedule | |
|    Accounts Receivable Aging | 7 |

**U.S. BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
**NINE WEST HOLDINGS, INC., et al.,**
**(Debtors in Possession)**

**CONDENSED CONSOLIDATED BALANCE SHEET**
**(UNAUDITED)**

**\* PRELIMINARY \***

|  | December 31, 2018 |
|---|---:|
| **ASSETS** | |
| Current assets: | |
|     Cash and cash equivalents | $ 16,137,148 |
|     Accounts receivable | 158,052,887 |
|     Inventories, primarily finished goods | 135,342,227 |
|     Prepaid expenses and other current assets | 9,611,842 |
|         Total current assets | 319,144,104 |
| Property, plant and equipment, at cost, less accumulated depreciation and amortization | 26,978,648 |
| Intangibles, at cost, less accumulated amortization | 239,424,768 |
| Investments in non-Debtor subsidiaries | 90,642,397 |
| Intercompany note receivable | 12,195,886 |
| Other assets | 15,921,275 |
|     Total assets | $ 704,307,078 |
| | |
| **LIABILITIES AND MEMBERS' DEFICIENCY** | |
| Current liabilities: | |
|     Short-term borrowings | $ 72,635,490 |
|     Current portion of long-term debt and capital lease obligations | 74,483,349 |
|     Accounts payable | 121,519,483 |
|     Due to affiliates | 19,290,171 |
|     Accrued interest and facility fees | 2,629,523 |
|     Accrued expenses and other current liabilities | 53,526,623 |
|         Total current liabilities | 344,084,639 |
| Long-term debt | 162,246,686 |
| Obligations under capital leases | 7,721,778 |
| Deferred taxes | 44,224,931 |
| Intercompany note payable | 88,042,719 |
| Income taxes payable | 632,701 |
| Other noncurrent liabilities | 17,502,525 |
|     Total liabilities not subject to compromise | 664,455,979 |
| | |
| Liabilities subject to compromise (Note 3) | 1,161,220,482 |
|     Total liabilities | 1,825,676,461 |
| | |
| Members' deficiency | (1,121,369,383) |
| | |
|     Total liabilities and deficiency | $ 704,307,078 |

> These condensed consolidated financial statements and accompanying notes do not purport to represent financial statements prepared in accordance with Generally Accepted Accounting Principles in the United States of America, nor are they intended to be fully reconciled to any financial statements otherwise prepared or distributed by the Debtors or any of the Debtors' affiliates. This information is unaudited and is subject to further review and potential adjustments. The accompanying notes are an integral part of these condensed consolidated financial statements.

**U.S. BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
**NINE WEST HOLDINGS, INC., et al.,**
**(Debtors in Possession)**

**CONDENSED CONSOLIDATED STATEMENTS OF OPERATIONS**
**(UNAUDITED)**

**\* PRELIMINARY \***

|  | For the Period December 2, 2018 through December 31, 2018 |
|---|---:|
| Net sales | $ 94,505,033 |
| Licensing income | 2,310,583 |
| Total revenues | 96,815,616 |
| Cost of goods sold | 71,947,625 |
| Gross profit | 24,867,991 |
| Selling, general and administrative expenses | 16,051,467 |
| Depreciation and amortization | 2,590,437 |
| Operating loss | 6,226,087 |
| Pension items | 52,309 |
| Net interest expense and financing costs | (3,502,902) |
| Loss before reorganization items, benefit for income taxes and equity in earnings of affiliates | 2,775,494 |
| Reorganization items, net (Note 4) | (21,655,246) |
| Loss from continuing operations before benefit for income taxes and equity in earnings of affiliates | (18,879,752) |
| Equity in losses of affiliates | (222,112) |
| Loss from continuing operations | (19,101,864) |
| Income from discontinued operations | 1,282,094 |
| Net loss | $ (17,819,770) |

These condensed consolidated financial statements and accompanying notes do not purport to represent financial statements prepared in accordance with Generally Accepted Accounting Principles in the United States of America, nor are they intended to be fully reconciled to any financial statements otherwise prepared or distributed by the Debtors or any of the Debtors' affiliates. This information is unaudited and is subject to further review and potential adjustments. The accompanying notes are an integral part of these condensed consolidated financial statements.

**U.S. BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
**NINE WEST HOLDINGS, INC., et al.,**
**(Debtors in Possession)**
**NOTES TO CONDENSED CONSOLIDATED FINANCIAL STATEMENTS**
**(UNAUDITED)**

**1.  BASIS OF PRESENTATION**

The accompanying condensed consolidated financial statements of the Debtors have been prepared solely for the purpose of complying with the monthly reporting requirements of the Bankruptcy Code (referred to herein as the "Monthly Operating Report").  The Monthly Operating Report is limited in scope, covers a limited time period and the schedules contained herein were not audited or reviewed by independent accountants nor are they intended to reconcile to any financial statements otherwise prepared or distributed by the Debtors or any of the Debtors' affiliates.  The Debtors reserve all rights to supplement or amend any schedules contained in this Monthly Operating Report.

The information presented herein is subject to further review and potential adjustments, and has not been subject to all procedures that would typically be applied to financial information presented in accordance with Generally Accepted Accounting Principles in the United States of America ("US GAAP"), including, but not limited to, accruals, tax provision and other recurring adjustments considered necessary by management to fairly state the financial position, results of operations and cash flows for the interim period(s) presented.  Furthermore, the Monthly Operating Report does not contain all disclosures that would be required for presentation with US GAAP and there can be no assurance that, from the perspective of an investor or potential investor, the Monthly Operating Report is complete.  As part of their restructuring efforts, the Debtors are reviewing their assets and liabilities on an ongoing basis, including without limitation with respect to intercompany claims and obligations, and nothing contained in this Monthly Operating Report shall constitute a waiver of any of the Debtors' rights with respect to such assets, liabilities, claims and obligations that may exist.

The Debtors' condensed consolidated financial statements presented herein have been prepared on a going concern basis, which contemplates continuity of operations, realization of assets and liquidation of liabilities in the ordinary course of business.  Furthermore, the condensed consolidated financial statements contained herein have been prepared following the guidance in Financial Accounting Standards Board Accounting Standards Codification 852 "Reorganizations."  Consequently, certain prepetition liabilities have been reclassified as liabilities subject to compromise.  Liabilities subject to compromise currently include debt obligations and amounts due to third parties for goods and services received prior to April 6, 2018 (the date of the voluntary bankruptcy petition) and may include known potential settlement claim amounts.  In the future, it may also include estimates for litigation and contingent claims and claims created by the Debtors' rejection of executory contracts and unexpired leases.  The Debtors continue to analyze and reconcile these amounts, and, therefore, the amounts reflected herein are current estimates and subject to change as additional analysis and decisions are completed.  The Debtors' non-Debtor subsidiaries are treated as non-consolidated subsidiaries in these condensed consolidated financial statements and as such their net assets are included as "Investments in non-Debtor subsidiaries" in the balance sheet.

The Debtors caution readers not to place undue reliance upon the information contained in this Monthly Operating Report.  The results herein are not necessarily indicative of results which may be expected from any other period or for the full year and may not necessarily reflect the combined results and financial position of the Debtors in the future.

These condensed consolidated financial statements and accompanying notes do not purport to represent financial statements prepared in accordance with Generally Accepted Accounting Principles in the United States of America, nor are they intended to be fully reconciled to any financial statements otherwise prepared or distributed by the Debtors or any of the Debtors' affiliates.  This information is unaudited and is subject to further review and potential adjustments.  The accompanying notes are an integral part of these condensed consolidated financial statements.

**U.S. BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
**NINE WEST HOLDINGS, INC., et al.,**
**(Debtors in Possession)**
**NOTES TO CONDENSED CONSOLIDATED FINANCIAL STATEMENTS**
**(UNAUDITED)**

2.  **CHAPTER 11 FILING**

The Debtors in the Chapter 11 cases are:

| Debtor | Case Number |
|---|---|
| Nine West Holdings, Inc. | 081-18-10947 |
| Jasper Parent LLC | 081-18-10948 |
| Kasper Group LLC | 081-18-10949 |
| Kasper U.S. Blocker LLC | 081-18-10950 |
| Nine West Apparel Holdings LLC | 081-18-10951 |
| Nine West Development LLC | 081-18-10953 |
| Nine West Distribution LLC | 081-18-10954 |
| Nine West Jeanswear Holding LLC | 081-18-10956 |
| Nine West Management Service LLC | 081-18-10957 |
| One Jeanswear Group Inc. | 081-18-10958 |
| US KIC Top Hat LLC | 081-18-10959 |

3.  **LIABILITIES SUBECT TO COMPROMISE**

Estimated liabilities subject to compromise as of December 31, 2018 consist of the following.

| | |
|---|---|
| Accounts payable and accrued expenses | $ 124,154,967 |
| Accrued interest payable | 31,844,243 |
| Debt obligations | 1,005,166,000 |
| Other | 55,272 |
| Total liabilities subject to compromise | $ 1,161,220,482 |

4.  **REORGANIZATION ITEMS, NET**

Reorganization items for continuing operations for the period December 2, 2018 through December 31, 2018 consist of the following.

| | |
|---|---|
| Professional fees | $ 11,557,674 |
| U.S. Trustee fees | 347,058 |
| Employee retention expenses | 88,418 |
| Provision for rejected contracts | 9,658,486 |
| Loss on settlement of items subject to compromise | 3,610 |
| Total reorganization items, net | $ 21,655,246 |

These condensed consolidated financial statements and accompanying notes do not purport to represent financial statements prepared in accordance with Generally Accepted Accounting Principles in the United States of America, nor are they intended to be fully reconciled to any financial statements otherwise prepared or distributed by the Debtors or any of the Debtors' affiliates. This information is unaudited and is subject to further review and potential adjustments. The accompanying notes are an integral part of these condensed consolidated financial statements.

**U.S. BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
**NINE WEST HOLDINGS, INC., et al.,**
**(Debtors in Possession)**

**ACCOUNTS RECEIVABLE AGING SCHEDULE**
**DECEMBER 31, 2018**
**(UNAUDITED)**

| | |
|---|---:|
| Current accounts receivable | $ 159,321,726 |
| Past due: | |
| 0 – 30 Days | 35,402,696 |
| 31 – 60 Days | 5,056,850 |
| 61 – 90 Days | (165,841) |
| 91 – 120 Days | 1,179,999 |
| Over 120 Days | 22,657,774 |
| Total gross accounts receivable | 223,453,204 |
| Reserve for sale allowances | 43,381,074 |
| Reserve for sales discounts | 2,197,278 |
| Reserve for damages | 1,774,577 |
| Reserve for co-operative advertising | 2,847,816 |
| Reserve for credit losses | 15,199,572 |
| Total accounts receivable reserves | 65,400,317 |
| Accounts receivable, net | $ 158,052,887 |

These condensed consolidated financial statements and accompanying notes do not purport to represent financial statements prepared in accordance with Generally Accepted Accounting Principles in the United States of America, nor are they intended to be fully reconciled to any financial statements otherwise prepared or distributed by the Debtors or any of the Debtors' affiliates. This information is unaudited and is subject to further review and potential adjustments. The accompanying notes are an integral part of these condensed consolidated financial statements.