James H.M. Sprayregen, P.C.
Christopher J. Marcus, P.C.
**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
601 Lexington Avenue
New York, New York 10022
Telephone:  (212) 446-4800
Facsimile:  (212) 446-4900

James A. Stempel (admitted *pro hac vice*)
Joseph M. Graham (admitted *pro hac vice*)
Angela M. Snell (admitted *pro hac vice*)
**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
300 North LaSalle Street
Chicago, Illinois 60654
Telephone:  (312) 862-2000
Facsimile:  (312) 862-2200

*Counsel to the Debtors and Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |  |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| NINE WEST HOLDINGS, INC., *et al.*,[1] | ) ) | Case No. 18-10947 (SCC) |
| Debtors. | ) ) ) | (Jointly Administered) |

**AGENDA FOR CONFIRMATION HEARING TO BE HELD**
**FEBRUARY 4, 2019, AT 9:30 A.M. (PREVAILING EASTERN TIME)**

Time and Date of Hearing:   February 4, 2019, at 9:30 a.m. (prevailing Eastern Time)

Location of Hearing:   The Honorable Judge Shelley C. Chapman
United States Bankruptcy Court for the Southern District of New York
Alexander Hamilton Custom House
One Bowling Green, Courtroom No. 623
New York, New York 10004

Copies of Motions:   A copy of each pleading can be viewed on the Court's website at http://www.nysb.uscourts.gov and the website of the Debtors' proposed notice and claims agent, Prime Clerk LLC, at https://cases.primeclerk.com/ninewest.  Further information may be obtained via email at ninewestinfo@primeclerk.com, or by calling toll free at (855) 628-7533, or internationally at (917) 651-0324.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are:  Nine West Holdings, Inc. (7645); Jasper Parent LLC (4157); Nine West Management Service LLC (4508); Kasper Group LLC (7906); Kasper U.S. Blocker LLC (2390); Nine West Apparel Holdings LLC (3348); Nine West Development LLC (2089); Nine West Distribution LLC (3029); Nine West Jeanswear Holding LLC (7263); One Jeanswear Group Inc. (0179); and US KIC Top Hat LLC (3076).  The location of the Debtors' service address is:  1411 Broadway, New York, New York 10018.

KE 59153118

**I.      UNCONTESTED MATTERS**

1. ***Second Omnibus Claims Objection***.  Debtors' Second Omnibus Objection to Certain (A) Claims to Be Modified and (B) No Liability Claims [Docket No. 1005].

    Responses Received:  None.

    Related Documents:

    A.  Notice of Withdrawal, Adjournment, and Amendment of the Debtors' Second Omnibus Objection to Certain (A) Claims to be Modified and (B) No Liability Claims [Docket No. 1139].

    B.  Certificate of No Objection Regarding the Debtors' Second Omnibus Objection to Certain (A) Claims to be Modified and (B) No Liability Claims [Docket No. 1140].

    Status:  This matter is going forward.

2. ***Fourth Exclusivity Extension***.  Debtors' Motion for Entry of A Fourth Order (A) Extending the Debtors Exclusive Periods to File A Chapter 11 Plan and Solicit Acceptances Thereof Pursuant to Section 1121 of the Bankruptcy Code and (B) Granting Related Relief [Docket No. 1084].

    Responses Received:

    A.  Limited Objection to Debtors' Motion for Entry of a Fourth Order (A) Extending the Debtors' Exclusive Periods to File a Chapter 11 Plan and Solicit Acceptances Thereof Pursuant to Section 1121 of the Bankruptcy Code and (B) Granting Related Relief [Docket No. 1112].

    B.  Joinder of the Ad Hoc Group of Unsecured Noteholders to the Limited Objection of Paloma Partners Management Company and Whitebox Advisors LLC to Debtors' Motion for Entry of A Fourth Order (A) Extending the Debtors Exclusive Periods to File A Chapter 11 Plan and Solicit Acceptances Thereof Pursuant to Section 1121 of the Bankruptcy Code and (B) Granting Related Relief [Docket No. 1114].

    C.  Joinder of U.S. Bank National Association to Limited Objection of Paloma Partners Management Co. & Whitebox Advisors LLC to Debtors' Motion for Entry of a Fourth Order Extending the (A) Debtors Exclusive Periods to File a Chapter 11 Plan and Solicit Acceptances Thereof Pursuant to Section 1121 of the Bankruptcy Code and (B) Granted Related Relief

    Related Documents:

    A.  Certificate of No Objection Regarding the Bridge Order with Respect to the Debtors' Motion for Entry of a Fourth Order (A) Extending the Debtors'

        Exclusive Periods to File a Chapter 11 Plan and Solicit Acceptances Thereof Pursuant to Section 1121 of the Bankruptcy Code and (B) Granting Related Relief [Docket No. 1170].

    <u>Status</u>:  This matter is going forward for the purposes of entry of a bridge order.

## II.    CONTESTED MATTERS

3. ***Chapter 11 Plan of Reorganization***.  Debtors' Second Amended Joint Plan of Reorganization Pursuant to Chapter 11 of the Bankruptcy Code. [Docket No. 1111, Exhibit A].

      <u>Briefs in Support:</u>

    A.    Sycamore's Memorandum of Law in Support of Equity Holders Settlement [Docket No. 943].

    B.    Unsecured Term Loan Lenders' Objection to Creditors' Committee's Standing Motion and Statement in Support of Confirmation of the Plan [Docket No. 951].

    C.    Memorandum of Law of Secured Term Loan Parties (1) in Support of the Proposed Estate Action STL Settlement, (2) in Opposition to Official Committee of Unsecured Creditors' Motion for STN Standing, and (3) in Support of Plan Confirmation [Docket No. 953].

    D.    Memorandum of Law in Support of Confirmation of the Debtors' First Amended Joint Plan of Reorganization Pursuant to Chapter 11 of the Bankruptcy Code and Opposition to the UCC's Standing Motions [Docket No. 956].

    E.    Sycamore's Reply Memorandum of Law in Support of Equity Holders Settlement [Docket No. 1187].

    F.    Reply to Motion Reply Memorandum of Law and Joinder of Secured Term Loan Parties In Support of (1) the Proposed Estate Action STL Settlement and (2) Plan Confirmation [Docket No. 1193].

    G.    Unsecured Term Loan Lenders' Reply and Joinder in Support of Confirmation of the Plan [Docket No. 1194].

    H.    Debtors' Omnibus Reply to Plan Confirmation Objections [Docket No. 1197].

Responses and Objections Received:

A. Objection of the United States Trustee to the Debtors' First Amended Joint Plan of Reorganization Pursuant to Chapter 11 of the Bankruptcy Code [Docket No. 1069].

B. Objection of the U.S. Securities and Exchange Commission to Confirmation of the Debtors' First Amended Joint Plan of Reorganization [Docket No. 1070].

C. The 2019 Notes Trustee's Objection to the Debtors' Second Amended Joint Plan of Reorganization [Docket No. 1120].

D. 2034 Notes Trustee's Objection to Confirmation of the Debtors' Second Amended Joint Plan of Reorganization [Docket No. 1122].

E. Joinder to Certain Objections to the Debtors' Second Amended Joint Plan of Reorganization [Docket No. 1124].

F. Reservation of Rights of the Official Committee of Unsecured Creditors of Nine West Holdings Inc., *et al*. to Confirmation of the Second Amended Plan of Reorganization [Docket No. 1126].

G. 2034 Notes Trustee's Supplemental Objection to Confirmation of the Debtors' Second Amended Joint Plan of Reorganization [Docket No. 1176].

H. The 2019 Notes Trustee's Supplemental Objection to Confirmation of the Debtors Second Amended Joint Plan of Reorganization [Docket No. 1180].

Related Documents:

A. Debtors' Joint Plan of Reorganization Pursuant to Chapter 11 of the Bankruptcy Code [Docket No. 128].

B. Disclosure Statement for the Debtors' Joint Plan of Reorganization Pursuant to Chapter 11 of the Bankruptcy Code [Docket No. 129].

C. Notice of Filing of the Debtors' First Amended Joint Plan of Reorganization Pursuant to Chapter 11 of the Bankruptcy Code.  [Docket No. 749].

D. Notice of Filing of the Debtors' Disclosure Statement for the Debtors' First Amended Joint Plan of Reorganization Pursuant to Chapter 11 of the Bankruptcy Code.  [Docket No. 750].

E. Notice of Filing of the Debtors' Revised Disclosure Statement for the Debtors' First Amended Joint Plan of Reorganization Pursuant to Chapter 11 of the Bankruptcy Code.  [Docket No. 783].

F.   Notice of Filing of the Debtors' First Amended Joint Plan of Reorganization Pursuant to Chapter 11 of the Bankruptcy Code. [Docket No. 836].

G.   Notice of Filing of the Debtors' Revised Disclosure Statement for the Debtors' First Amended Joint Plan of Reorganization Pursuant to Chapter 11 of the Bankruptcy Code. [Docket No. 837].

H.   Notice of Filing of the Debtors' Revised Disclosure Statement for the Debtors' First Amended Joint Plan of Reorganization Pursuant to Chapter 11 of the Bankruptcy Code. [Docket No. 845].

I.   Order (I) Approving (A) the Adequacy of the Disclosure Statement, (B) Solicitation and Notice Procedures, and (C) Certain Dates with Respect to Plan Confirmation and (II) Granting Related Relief [Docket No. 864].

J.   Agreed Scheduling Order for Confirmation Hearing [Docket No. 865].

K.   Notice of Filing of Solicitation Version of the Debtors' First Amended Joint Plan of Reorganization Pursuant to Chapter 11 of the Bankruptcy Code [Docket No. 867].

L.   Notice of Filing Solicitation Version of the Debtors' Disclosure Statement for the Debtors First Amended Joint Plan of Reorganization Pursuant to Chapter 11 of the Bankruptcy Code [Docket No. 868].

M.   Affidavit of Service Regarding Publication Notice [Docket No. 888].

N.   Affidavit of Service Regarding Solicitation [Docket No. 897].

O.   Debtors' Motion Seeking Entry of an Order (A) Authorizing the Debtors to Redact and File Under Seal Certain Exhibits to the Confirmation Brief and (B) Granting Related Relief [Docket No. 955].

P.   Declaration of Anna Rotman in Support of Confirmation of the Debtors' First Amended Joint Plan of Reorganization Pursuant to Chapter 11 of the Bankruptcy Code [Docket No. 957].

Q.   Notice of Filing of Modified Exhibits to Memorandum of Law in Support of Confirmation of the Debtor' First Amended Joint Plan of Reorganization Pursuant to Chapter 11 of the Bankruptcy Code and Opposition to the UCC's Standing Motions [Docket No. 984].

R.   Notice of Extension of Deadline to Object to Debtors' First Amended Joint Plan of Reorganization Pursuant to Chapter 11 of the Bankruptcy Code [Docket No. 1004].

S. Plan Supplement for the Debtors' First Amended Joint Plan of Reorganization Pursuant to Chapter 11 of the Bankruptcy Code [Docket No. 1045].

T. Notice of Extension of Deadline to Object to Debtors' First Amended Joint Plan of Reorganization Pursuant to Chapter 11 of the Bankruptcy Code [Docket No. 1075].

U. Notice of Extension of Deadline to Object to Debtors' First Amended Joint Plan of Reorganization Pursuant to Chapter 11 of the Bankruptcy Code [Docket No. 1085].

V. Declaration of Craig Johnson of Prime Clerk LLC Regarding the Solicitation of Votes and Tabulation of Ballots Cast on the Debtors' First Amended Joint Plan of Reorganization Pursuant to Chapter 11 of the Bankruptcy Code [Docket No. 1115].

W. Declaration Robert J. Lack in Support of 2034 Notes Trustee's Objection [Docket No. 1123].

X. Notice of Adjournment of the Confirmation Hearing [Docket No. 1137].

Y. First Amended Plan Supplement for the Debtors' Second Amended Joint Plan of Reorganization Pursuant to Chapter 11 of the Bankruptcy Code [Docket No. 1145].

Z. Second Amended Plan Supplement for the Debtors' Second Amended Joint Plan of Reorganization Pursuant to Chapter 11 of the Bankruptcy Code [Docket No. 1146].

AA. Agreed Supplemental Scheduling Order for Confirmation Hearing on Amended Plan [Docket No. 1148].

BB. Notice of Adjournment of the Confirmation Hearing [Docket No. 1166].

CC. Corrected Notice of Adjournment of the Confirmation Hearing [Docket No. 1178].

DD. Reply Declaration of Michael T. Mervis in Further Support of Equity Holders Settlement [Docket No. 1188].

EE. Unsecured Term Loan Lenders' Motion for Authority to File Under Seal Certain Portions of the Unsecured Term Loan Lenders' Reply and Joinder in Support of Confirmation of the Plan [Docket No. 1195].

FF. Debtors' Motion Seeking Entry of an Order (A) Authorizing the Debtors to Redact and File Under Seal Certain Exhibits to the Plan Objections Reply Brief and (B) Granting Related Relief [Docket No. 1196].

GG. Declaration of Anna Rotman in Support of Debtors' Omnibus Reply to Plan Confirmation Objections [Docket No. 1198].

Contract Objections:

A. Objection to Rejection of Executory Contracts [Docket No. 1155].

B. Response of Joel Oblonsky, by his counsel DelBello, Donnellan, Weingarten, Wise & Wiederkehr, LLP, and Michael Shirey, by his counsel Decotiis, Fitzpatrick, Cole & Gibbon LLP, to the Plan Supplement for the Debtors' First Amended Joint Plan of Reorganization [Docket No. 1045] [Docket No. 1156].

C. Objection of WestRock to Debtors' Proposed Assumption and Assignment of the WestRock Supply Agreement [Docket No. 1045] [Docket No. 1157].

D. Limited Objection of Starway Limited, JL Footwear Pty Ltd, and JL Footwear New Zealand Pty Ltd to the Rejection of Certain Executory Contracts [Docket No. 1159].

E. Declaration of Eric B. Fisher in Support of Limited Objection of Starway Limited, JL Footwear Pty Ltd, and JL Footwear New Zealand Pty Ltd to Rejection of Certain Executory Contracts [Docket No. 1160].

F. Objection to the Rejection of Executory Contract [Docket No. 1181].

G. Objection to the Executory Contract [Docket No. 1182].

Status: This matter is going forward.

[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]

| | |
|---|---|
| New York, New York<br>Dated:  February 1, 2019 | */s/ Joseph M. Graham*<br>James H.M. Sprayregen, P.C.<br>Christopher J. Marcus, P.C.<br>**KIRKLAND & ELLIS LLP**<br>**KIRKLAND & ELLIS INTERNATIONAL LLP**<br>601 Lexington Avenue<br>New York, New York 10022<br>Telephone:    (212) 446-4800<br>Facsimile:     (212) 446-4900<br><br>- and -<br><br>James A. Stempel (admitted *pro hac vice*)<br>Joseph M. Graham (admitted *pro hac vice*)<br>Angela M. Snell (admitted *pro hac vice*)<br>**KIRKLAND & ELLIS LLP**<br>**KIRKLAND & ELLIS INTERNATIONAL LLP**<br>300 North LaSalle Street<br>Chicago, Illinois 60654<br>Telephone:    (312) 862-2000<br>Facsimile:     (312) 862-2200<br><br>*Counsel to the Debtors and Debtors in Possession* |