UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>NINE WEST HOLDINGS, INC., *et al.*,<br><br>Debtors. | Chapter 11<br><br>Case No. 18-10947 (SCC)<br><br>(Jointly Administered) |

### NOTICE OF STATUS CONFERENCE

PLEASE TAKE NOTICE that a status conference regarding the scheduling and conduct of future proceedings with respect to final fee applications in the above-captioned cases will be held on **March 27, 2019 at 11:00 a.m.** before the Honorable Shelley C. Chapman of the United States Bankruptcy Court for the Southern District of New York, One Bowling Green, Courtroom 623, New York, New York 10004.

Dated: March 12, 2019

/S/ Shelley C. Chapman
HON. SHELLEY C. CHAPMAN
UNITED STATES BANKRUPTCY JUDGE